# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and | ) |
| | ) |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | ) ) ) |
| | ) Case No. 15cv5781 |
| Plaintiffs, | ) Judge Feinerman |
| | ) Magistrate Judge Gilbert |
| v. | ) |
| | ) |
| LIFEWATCH INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS, and | ) ) ) |
| | ) |
| EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc., | ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiffs Federal Trade Commission and State of Florida, Office of the Attorney General, Department of Legal Affairs, will appear on July 13, 2015, at 9:00 a.m., before United States District Judge Gary Feinerman, in Courtroom 2125, at 219 S. Dearborn Street, Chicago, Illinois, to present Plaintiffs' Motion for Leave to File Memorandum in Excess of 15 Pages in Support of Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

Date: July 6, 2015

s/David A. O'Toole
David A. O'Toole
Marissa J. Reich
Rozina C. Bhimani

Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5634
dotoole@ftc.gov
mreich@ftc.gov
rbhimani@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION