UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and | ) |
| | ) |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | ) ) ) |
| | ) Case No. 15cv5781 |
| Plaintiffs, | ) Judge Feinerman |
| | ) Magistrate Judge Gilbert |
| v. | ) |
| | ) |
| LIFEWATCH INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**EXHIBITS SUPPORTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

**FTC INVESTIGATOR DECLARATIONS**

Declaration of Roberto C. Menjivar……………………………..……...……………PX 1
Investigator, Federal Trade Commission

Declaration of Laureen France……………………………………..……...……………PX 2
Investigator, Federal Trade Commission

Declaration of Reeve Tyndall……………………………………..………………………PX 3
Investigator, Federal Trade Commission

Declaration of Joseph F. Einikis III……………………………………………….....…PX 80
Investigator, Federal Trade Commission

**STATE LAW ENFORCEMENT DECLARATIONS**

Declaration of Mirisasha Velez……………………………………………..……….PX 4
Investigations Supervisor, Office of Agricultural Law Enforcement
Florida Department of Agriculture and Consumer Services

Declaration of Eliza K. Bradley……………………….………...………………PX 5
Deputy Attorney General, Office of the Indiana Attorney General

## BETTER BUSINESS BUREAU DECLARATIONS

Declaration of Bill Smith……………………………………………………….……….....PX 6
Investigator, Better Business Bureau serving Eastern Missouri and Southern Illinois

Declaration of Susan Cuomo……………………………………………….………….PX 7
Senior Manager, Information and Investigations, Better Business Bureau of
Metropolitan New York, Long Island, and the Mid-Hudson Region

## THIRD PARTY DECLARATIONS

Declaration of Rhonda Lees……………………….…………………..…......PX 8
Vice President, Legal Affairs, American Diabetes Association

Declaration of Lewis Kinard…………………………………………….……….…..PX 9
Senior Attorney, American Heart Association

Declaration of Patrick Shirdon……………………….………..……...………PX 10
Executive Officer, National Institute on Aging

Declaration of Leslie Nettleford…………………………..……..………………PX 11
Associate General Counsel, AARP

Declaration of Christopher Hendriksen………………………...….……....PX 12
Chief Executive Officer, VRI, Inc.

Declaration of Kenneth Gross………..…………………………………...………………PX 13
Executive Chairman, Connect America.com, LLC

Declaration of Michael Hilgar………………………………………..………....PX 14
*Defendant, FTC v. Worldwide Info Servs. Inc*., Civ. No. 6:14-cv-8-ORL-28DAB
(M.D. Fla.)

Declaration of Joseph Settecase………………………………….………...PX 15
*Defendant, FTC v. Worldwide Info Servs. Inc*., Civ. No. 6:14-cv-8-ORL-28DAB
(M.D. Fla.)

Declaration of Brick Kane…………………………………..………..….…PX 16
President and Chief Operating Officer, Robb Evans & Associates LLC

## CONSUMER DECLARATIONS

Declaration of Kathleen Bangasser……………………………..………….……………PX 17

Declaration of Ann Barker……………………………………..…………………...PX 18

Declaration of Roger Beyer…………………………………….………………….…..PX 19

Declaration of Milton Bird………………………………...……………………..PX 20

Declaration of Tamara Bliss……………………………………..……………………PX 21

Declaration of Shirley Bourne…………………………………..…………………..PX 22

Declaration of Donald Bristow…………………………...…………………………PX 23

Declaration of Betty Carson…………………………………...…………………PX 24

Declaration of Joan Cattie……………………………………..……………………PX 25

Declaration of Vicki Cavic……………………………..……………………..PX 26

Declaration of Albert Clawson……………….……………………..…….…..…PX 27

Declaration of Marilyn Cummings……………………………..…………..…PX 28

Declaration of Gayle D'Addario…….……………………………...………………PX 29

Declaration of Hilda Daniel………………………………………………..……PX 30

Declaration of Paul deLoca……………………………...……………………..PX 31

Declaration of David Eden………………………………..……………………..PX 32

Declaration of Lord Featherston……………………………………..……………..PX 33

Declaration of Patricia Felker………………………………..……………..…PX 34

Declaration of Barry Gates……………………………………………..……………..PX 35

Declaration of Donna Girard…………………………………………….…….……...PX 36

Declaration of Angel Gordon……………………………….....………………….....PX 37

Declaration of Sandra Green……………………………………….….………………...PX 38

Declaration of Ann Grigorian…………………………...….………………...PX 39

Declaration of Michael Haselbauer……………………………………………...PX 40

Declaration of William James………………………………….……….….………PX 41

Declaration of John Jensen……………………………………………………….......…..PX 42

Declaration of Doris Jones…………………………………………….……...PX 43

Declaration of Timothy Kirian………………………………….…….…...…………PX 44

Declaration of Edward Kulas………………………………………………...…...PX 45

Declaration of Isaac Lifshitz……………………………….…………………PX 46

Declaration of Karen McCourt………………………………………………...…...PX 47

Declaration of Ann McCraw……………………………………….…...………..PX 48

Declaration of Donn Meehl………………………………………………….…...…...PX 49

Declaration of Diana Mey…………………………….…………………….……..PX 50

Declaration of Joaquin Miller……………………………………………….…….......…..PX 51

Declaration of Laurie Monaghan……………………………………………….…………PX 52

Declaration of Lamonte Nielson……………………………………..………...……PX 53

Declaration of Kenneth Pierce……………………………………………………...PX 54

Declaration of Darlene Primm……………………………………………………...PX 55

Declaration of Donna Rench……………………………………………...………...PX 56

Declaration of Susan Rivard………………………………………….....………..PX 57

Declaration of Ann Savagian………………………………………….……………...PX 58

Declaration of Gail Thill……………………………….……………………..PX 59

Declaration of Cynthia Veysey……………………………………..……………..…..PX 60

Declaration of Deborah Wagler……………………………………………..…………..PX 61

Declaration of Claude Westerbrook……………………………………..………....…PX 62

Declaration of Carolyne Whaley……………………………………..………..…..…..PX 63

### FORMER EMPLOYEE DECLARATIONS

Declaration of Donna Smith……………………………………….……………...…...PX 64
Former Employee, Lifewatch, Inc.

Declaration of Cathy Ann Amberson………………………………….…..……..…...PX 65
Former Employee of Medical Alert Telemarketer

Declaration of Terrance Lancaster……………….…………………..…………….....PX 66
Former Employee of Medical Alert Telemarketer

Declaration of Shontae Rowells……………………………………..……......…....PX 67
Former Employee of Medical Alert Telemarketer

Declaration of Nicholas Shultz……………………………………….…..…..….…..PX 68
Former Employee of Medical Alert Telemarketer

Declaration of Elizabeth Stenger…………………………………………..…..….....PX 69
Former Employee of Medical Alert Telemarketer

Declaration of Joseph Ignatius Stevens………………………………….....…..….....PX 70
Former Employee of Medical Alert Telemarketer

### COURT FILINGS FROM *Life Alert Emergency Response, Inc. v. ConnectAmerica.com, LLC, et al.*, 2:13-CV-03455-JAK-SS (C.D. Cal.).

Declaration of Barry Gates in Support of Life Alert's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Entry of Preliminary Injunction..……...PX 71

Declaration of Danielle Levine in Support of Life Alert's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Entry of Preliminary Injunction…..…...PX 72

Declaration of Merrilin Gassman in Support of Life Alert's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Entry of Preliminary Injunction..……...PX 73

Declaration of Florence Holley in Support of Life Alert's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Entry of Preliminary Injunction.……....PX 74

Declaration of Colleen Small, Exhibit 11 to Declaration of Ryan S. Hilbert in Support of Joint Submission re Plaintiff's Motion for a Preliminary Injunction...…..…..……......PX 75

Declaration of Les Steinmetz in Support of Life Alert's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Entry of Preliminary Injunction.…........PX 76

**COURT FILINGS FROM** *Reynolds v. Lifewatch, Inc., et al.*,
**14-CV-03575-KMK (S.D.N.Y.)**

Affidavit of Evan Sirlin……………………………………………..…………..…PX 77

Affidavit of Mitchel May……………………...……………………….....…PX 78

Affidavit of Brenda Vere……………………...……………………...…..…PX 79