# Attachment A

# INBOUND TEST SCRIPT 08/14/2013 w/ Coupons

Senior Assistance Program, This is *(Rep Name)* ARI agent number *(say agent number)*, may I ask whom I am speaking with? *(Write down their name)* And in case we get disconnected, is this the best phone number to reach you back on?

Okay, Great, for responding today to our Senior Assistance Program, you've been selected to receive a FREE medical alert system package that has a value of over $400 dollars and you will also receive $3000 dollars in grocery discount coupons.

You are probably familiar with the medical alert system and how it works, you know the TV commercial "I'VE FALLEN AND I CAN'T GET UP!"? or maybe you've seen a medical alert system in NewsDay, The Washington Post or US News.

It's the same system as seen on TV and the way it works is simple. If you have a medical emergency , fire, burglary, or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the lightweight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician *(An E.M.T.)*. They will evaluate your situation, immediately get the help you need, notify family or 911 and comfort you until help arrives. Your alert button works anywhere in the house and it even works outside on your property. It has a 800 foot range. That's over one eighth of a mile.

This device could really help you in a time of need and could even be life saving. This device will give you the peace of mind that you need, allow you to feel safe and make sure you never feel alone in the case of an emergency. Mr. / Ms. *(Their Last Name)*, You will never have to feel helpless, worried or by yourself in an emergency situation.

Our device has been recommended by the American Heart Association, the American Diabetes Association, the National Institute of Aging and is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 30 years.

Your FREE Medical Alert System package includes:

- A Medical Alert Base Station with a loud speaker and very sensitive microphone
- A Waterproof Wrist or Necklace button
- Free shipping, and Free activation
- A Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.
- An away from home "Protection Card" that gives emergency personnel 24 hour a day/7 day a week access to your important medical information
- And last but not least, you will receive $3000 dollars in grocery discount coupons. These grocery coupons can be used at the same grocery stores that you shop at now to buy the exact same products that you purchase every week. You can use the $3000 dollars worth of coupons to save money each week on your grocery bill until you've spent the entire $3000 dollars. You simply select the coupons that you want for the products that you buy every week and that savings goes right into your pocket.

The system is COMPLETELY FREE and the shipping is also FREE. The emergency medical alert system package alone would Normally cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system and for the $3000 dollars in grocery discount coupons. The only thing you would be responsible for TODAY is the Emergency Medical Technician monthly monitoring fee of just *$34.95.* Everything else is FREE. Also, there is no contract whatsoever and you can cancel at any time with no cancellation fees. Now remember, the $3000 dollars in grocery savings can actually save you more money than your first 3 years of fees for the monitoring of your emergency medical alert system. This is our way of helping make our system more affordable to seniors without affecting your budget or changing your lifestyle. If you ever decide to cancel your medical monitoring service, you can keep the $3000 in grocery savings as our gift to you.

Okay, Mr./Ms. *(Their last name)* so what address would you like your Emergency Medical Alert System shipped to? *(Type their address in the customer information form)*

And for the monthly Emergency Medical monitoring, which card would you like to use? VISA, Mastercard, Discover, or American Express? (*If they say they do not have a credit card, then say* "Okay, do you have a debit card, we can go ahead and get you signed up with that instead?")

(*If NO credit card or debit card, then ask for checking or savings acct.*)
Okay, we can get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it. (*If no checking account, then say* "Do you have a savings account?") (*If yes, say* "Okay, go ahead and grab a bank statement so we can get some information off of it.")

Do you have a spouse or someone else in your home that you would also like to be protected? (*If Yes, then go on, IF No skip to* "Fill out the customer information form", *below*) Okay we will also send you, for FREE, and additional wrist and necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Emergency Medical Technician monitoring. So you and your spouse would be protected for just $39.95 per month and all of the equipment and shipping is still FREE.

(Fill out the customer information form on computer)

## Last Step – Close Up and Transfer to Confirmation

Great, your equipment will be shipped to you at (*Repeat Shipping Address*) and will arrive within the next 7 to 10 business days. Don't forget to activate your system, as soon as you receive it, by plugging it into your phone line jack and pushing the button. This will make a test call and activate your system and immediately start protecting you.

Okay, I am going to transfer you to our confirmation department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any

additional questions. Thank you very much and I hope you enjoy the safe feeling of having a medical alert system.

Please hold while I transfer you to the confirmation department. Don't hang up until you talk to the confirmation department, okay? *(Wait for them to say okay)*

<u>Transfer Call to Confirmation</u>

<u>Where did you get my number?</u>

<u>or</u>

<u>They are complaining about getting a call.</u>

(Mam / Sir), you are receiving this call because you opted-in somewhere to receive special offers. You would have opted-in either by having a check box checked while purchasing something on the internet or it may have been through a sweepstake, an order you did by mail or catalog, or maybe through a medication or health care purchase. If would like to be taken off of our opt-in special offers list, I will be more than happy to remove you right now and I apologize for any inconvenience.

## 1

### I'm not Interested # 1

(Customer Name), what's holding you back? *(Isolate the concern, repeat it back to the customer, and address it with the correlating rebuttal.)* (Customer Name) Doctors refer to the first hour after an accident or a heart attack or a stroke as the golden hour. If they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on its way immediately? Surely that's worth about a dollar a day to you, *so let's get you registered. Would you rather use you Visa, MasterCard, American Express, Discover, Debit card or checking account?*

## 2

### I need to speak with my Spouse/Family.

I completely understand. However I don't think that any of your family would not understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. **Senior Alert Care** is with you *24/7,365* days a year for as little as about a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $400 dollars absolutely free. I can't guarantee that savings at any other time, **so** *let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## 3

### I can't make a decision without my Spouse or Family.

I'm fairly confident that they would agree that saving $400 dollars on the equipment cost and protecting your health and safety for just over a $1 a day is a smart decision. And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $5 per month. That brings the cost down to less than 67 cents each per day. Remember, you can cancel at any time with no obligation so even if you try it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear. So *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

**Menjivar Att. A**
**Page 5 of 45**

FTC-WIS-S1-00000580



**4**

_I still can't decide._

(Customer Name) I know that you are interested otherwise you would not still be on the line with me, and I understand that you are on the fence about this. Let me ask you; is your safety and health worth about a dollar a day to you? (Wait for the answer) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. _So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?_

**5**

_Someone else makes my Healthcare decisions._

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

**6**

_I can't afford it._

(Customer Name), I understand completely. In these tough economic times I can appreciate that things are tight. However, **Senior Alert Care** is only about a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. What happens if you have an emergency situation at 3 or 4 in the morning? **Senior Alert Care** will be there at the push of a button and will initiate emergency help within seconds. You can't afford to be without it, so _let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?_

FTC-WIS-S1-00000581



### *How and why is this promotion possible?*

*(Customer Name)* We can offer you this promotion at such a low cost because **Senior Alert Care** believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, we have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us and hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That makes sense to you, right? *Well, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*



### *I don't want anything that needs my Credit Card or Checking Account info.*

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## 9

### *I am on a fixed income and can't afford it.*

*(Customer Name),* is your health and safety, or maybe even your life not worth about a dollar a day to you or your family? Please remember that we are sending you over $400 dollars worth of equipment absolutely free. I'm sure that once you inform your family that you would like to do this and could use a little help with the $34.95 monthly monitoring costs, that they would be happy to help. So *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## 10

### *Can you just send me a bill every month?*

*(Customer Name),* unfortunately no! We would need to have a billing method on file for the monthly monitoring cost of only or $34.95 in order to send you the actual monitoring equipment which is valued at over $400 dollars. Please remember we are giving that to you absolutely free, without even a charge for shipping it to you. We simply ask you to cover the monthly monitoring fees. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## 11

### *I'll just send you a check.*

*(Customer Name),* by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card, debit card or your checking account on this call, we can send you over $400 dollars worth of equipment absolutely free. I can't guarantee that any other way. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## L2 _How do I know that this is for real?_

**(Customer Name)** Senior Alert Care has been in business for over 30 years and has thousands and thousands of satisfied customers. You can check us out online at **www.senioralertcare.com** to learn more about our company and the services we provide. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We would not have earned our excellent reputation if we did not deliver and fulfill our services exactly as I have explained them to you. We are so confident with our services that we don't ask you to sign any long term contracts. That allows you to cancel at anytime with no penalty, so that forces us to be better than you expect. *So, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## L3 _I have never heard of your company._

**(Customer Name)** If we were not who we say we are there's no way we would have lasted for over 30 years. We have maintained our relationships with all the banking and regulatory institutes since we came into existence and that would not happen if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family. You or they can check us out anytime on the internet at **www.senioralertcare.com** . *So, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# 14 What outcomes of senior citizen falls?

Twenty to thirty percent of people who fall suffer moderate to severe injuries such as lacerations, hip fractures, or head traumas. These injuries can make it hard to get around or live independently, and increase the risk of early death.

Falls are the most common cause of traumatic brain injuries, traumatic brain injuries account for approximately 46% of fatal falls among older adults.

Most fractures among older adults are caused by falls.

In 2008, 82% of fall deaths were among people 65 and older.

# 15 Discount Coupon Description / Rebuttal

The discount coupons you are receiving are designed to help offset the price of your monthly monitoring, save you money and can be used for all kinds of things that you do and buy every week. These coupons include grocery coupons that can be used at the same grocery stores that you shop at now to buy the same products you buy every week and also include dining and other item coupons. You can use the $3000 dollars worth of coupons to save money each week until you have spent the entire $3000 dollars. You simply select the coupons you want for the things you buy every week and the savings goes directly into your pocket. By using just $15 dollars in coupons per week you can pay for your monthly monitoring and put an extra $25 dollars back in your pocket each month. Our goal is to provide you with a way to keep yourself safe and protected and save you money by discounting the groceries and items you buy every week. So let's go ahead and get you signed up today so you can start feeling safe and protected as well as put some money back in your pocket each month. Would you rather use your VISA, Mastercard, Discover or American Express for the monthly monitoring fee?

# 16 *Are you open 24 hours a day?*

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions. Remember, we are always just one push of a button away.

# 17 *How long have you been in business?*

Senior Alert Care has been in business since 1977. We have provided life safety services and peace of mind to tens of thousands of people for over 30 years and are among the leaders in our field.

# 18 *If I call for emergency help, where does my call get answered, locally or out of State?*

All calls go to the Senior Alert Care monitoring center to ensure the greatest level of service. We store all your local authority phone numbers in your record. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you. We pride ourselves at being the best in the business.

# 19 *Can I change who is contacted on the weekends?*

Again, the choices are all yours. We will do whatever you instructions you provide. It's no problem at all.

# 20 *How much or what information goes into your computer?*

It's entirely up to you. We will input whatever information you wish to provide in terms of medical records, who to contact when and in what particular order. This is very important, because by having all your medical conditions and medical records on file, it will allow the emergency responders to know the best way to treat you if they need to go to your home. Knowing somone's medical conditions before you treat them can be the difference of life or death in a medical emergency.

**Menjivar Att. A**
**Page 11 of 45**

FTC-WIS-S1-00000586

## 21

### *If it's free why do you need my Credit card/Checking Account Information?*

In order to ship out your equipment we need to know that you will use it for at least 1 month. Please understand that even though we provide you the equipment for free, which is valued at over $400 dollars, we would need to have a billing method on file for the monthly monitoring fee of only $34.95 per month. *(Customer Name)*, as I have already mentioned, that breaks down to actually just over a $1 per day and for that we guarantee that within seconds of you pushing your button at any time, day or night, 365 days a year, we will be there for you. Surely the peace of mind that it provides for you and your family is well worth the low cost of just over a $1 a day. **So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?**

## 22

### *I'm not interested # 2*

**(Customer Name)** I sincerely hope that you never need to use our service, but I can promise you this, if you do, we will be there for you at the simple push of a button and help will be on its way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth a dollar a day, right? *So let's get you registered. Would you rather use you Visa, MasterCard, American Express, Discover, Debit card or checking account?*

## 23 _Do I have to program it when it arrives?_

No, we take care of all that. You simply plug it into the phone jack the same way you would an answering machine and push the button to test it. It's that simple.

## 24 _Does this work with Voice over IP phones?_

Yes, absolutely, it works with any type of home telephone.

## 25 _Do I talk to you through the necklace, bracelet, or belt clip button?_

The button that you wear on the necklace, bracelet or belt clip activates our hands free voice console which is what we speak to you through.

## 26 _Where are you located? Do you operate your own monitoring center?_

**Senior Alert Care** owns its own UL listed monitoring center, staffed with highly trained care specialists at our secure facility in New York. From there we monitor customers from all over the United States.

## 27 _Are your operators fully trained and qualified?_

All of our people complete 180 hours of classroom training before they ever take a phone call. All **Senior Alert Care** specialists are CSAA (Central Station Alarm Association) certified. Our specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

## 28 Once the button is pressed, does the call go directly to 911?

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions but it's totally up to you. When you receive the system, you will set up instructions for us to follow and that's what we will do if you press the button. The choices are all yours. So, if you want a son, daughter, neighbor, or anyone else called first, we will follow whatever instructions you gave us at the time you activated your system.

## 29 What if I'm in a different room from the system?

The speaker is extremely loud and the microphone is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 800 feet away. That's more than the length of 2 football fields. It is over an eighth of a mile!

## 30 What happens if I can't speak or can't be heard?

If we can't hear you, we will follow the instructions you gave us ahead of time when you activated your system. We will call friends, family, loved ones, or 911 in whatever order you instructed us to call them at the time you activated your system. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are all yours.

## 31 *Is the system automatically tested or do I have to test it?*

Yes to both questions. The console test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us for further reassurance.

## 32 *Can I call because maybe I'm feeling faint but don't want 911 called: I just want someone called from my contact list instead?*

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

# 33

## Customer Objection:

*I Don't give out my credit card over the phone.*

*How do I know that this is not a scam?*

*What if I don't receive what you said I am going to receive?*

## Rebuttal (Answer):

Mr./ Mrs. _____ Have you ever heard of the Consumer Credit Protection Act?
_____ Well, it's a series of federal laws that were passed in the United States to protect credit card holders. To sum it up, they say that anyone that uses their credit card over the phone or the internet is not liable for any charges unless they receive exactly what was promised to them. So there is absolutely no risk to whatsoever. Over 70% of all Americans use their credit cards over the phone or the internet. Phone and internet transactions would have never grown to a massive multi-billion dollar industry without the federal law protecting the credit card holders. So you have nothing to worry about. I would never ask you to use your credit card over the phone if you were not 100% protected by the federal credit card protection act. It's simple, you either get exactly what you were promised or you don't have to pay. Also, if someone uses your credit card without your authorization, then you are not liable for any of the charges whatsoever. All it takes is one call to the bank and the law says they must reverse the charges and handle it right there while you are on the phone. So there is absolutely no risk to you whatsoever. A credit or debit card is the safest way to do anything over the phone because of these federal laws.

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, Let's Keep you safe.

We've been protecting Senior Citizens for over 30 years.

You will never have to feel alone again in a medical emergency.

We're going to take care of you, we're going to keep you safe.

So let's go ahead and get your FREE Medical Alert System sent out to you, would you like to use your VISA, Mastercard, Discover or American Express for the monthly Emergency Medical monitoring?

## 34 My son / daughter wanted me to get a medical alert system but I don't think I need one.

I know you have been independent all your life and are probably struggling with the thought of loosing some of that independence due to aging, but the reason your (son / daughter) wants you to get a medical alert system is because (he / she) probably knows the real statistics about senior citizen medical emergencies. (He / She) may not have wanted to scare you by telling you the facts, but let me tell you some of the things that your (son / daughter) probably already knows. *(Go to "How Big is the Problem")*

## 35 I don't think I need a medical alert system

I know you have been independent all your life and are probably struggling with the thought of loosing some of that independence due to aging, and I know you don't think you need a medical alert system but let me tell you some of the scary facts about senior citizen falls in the United States, and these facts don't even include any other medical issues *(Go to "How Big is the Problem")*

## Miscellaneous Rebuttals

Let's get you signed up, Let's Keep you safe.



### _If they say they can't afford it._

"Do any other bills matter if you're not safe?, This is the most important bill. If you don't survive a medical emergency then you won't be around to pay any of those other bills. So let's get you signed up and start keeping you safe"



### _If they are afraid to give out their information._

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, Let's Keep you safe.

We've been protecting Senior Citizens for over 30 years.

You will never have to feel alone again in a medical emergency.

We're going to take care of you, we're going to keep you safe.

Menjivar Att. A
Page 17 of 45

FTC-WIS-S1-00000592



## *They just won't do it without talking to their (Son/daughter/husband/kids)*

Mr. / Mrs. (_____), I agree with you, I don't want you to make a decision without your (Son/daughter/husband/kids). I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellations fees, Try It out TOGETHER with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep it. But if you and your (Son/daughter/husband/kids) decide you don't want to keep it, then there is no contract, no cancellation fees, and we will pay to ship it back to us.

This way you can try it with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep the system.

Now, let's go ahead and get you signed up so you can give it a try together with your ( Son/daughter/husband/kids).

## *A reminder of what decision they are making...*

Remember, the only thing you are doing today is agreeing to try the system with your (Son/daughter/husband/kids) so you can make a decision together on whether you think the system is right for you.

**Menjivar Att. A**
**Page 18 of 45**

FTC-WIS-S1-00000593

# 39    <u>Frequently Asked Questions (FAQ's)</u>

### <u>*What do I get or how does it work?*</u>

We send you our **Senior Alert Care** Speaker Unit which connects into your home phone. You also get a *help* button that communicates with the **Senior Alert Care** unit using a built in microphone. Also included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather it's on your wrist, around your neck or clipped onto your belt and you will be instantly connected to one of our care specialist who will immediately provide the help that you need.

### <u>*Tell me about your product or how does it work?*</u>

You simply press a help button that you wear and you are instantly connected to one of our Emergency Medical Technicians through the **Senior Alert Care** console. We will assist you in getting the help you need. We will contact family, friends, neighbors, an ambulance, or whoever you have instructed us to call when you activated your system. Our System provides excellent assistance and peace of mind in any emergency situation.

### <u>What happens when I press the button?</u>

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the **Senior Alert Care** console, which is a very sensitive speakerphone. We will follow your instructions and call whomever you told us ahead of time to call. If you can't speak or we can't hear you, we will follow the instructions you gave us

# 40

## How Big is the Problem?

Each year, one in every three adults age 65 and older experiences a serious fall. Falls can cause moderate to severe injuries, such as hip fractures and head traumas, and can increase the risk of early death because of not getting help quick enough.

Over 13 million adults 65 and older will fall and be injured this year, which means a senior citizen will fall every 2.3 seconds.

Even though one out of three adults age 65 and older falls each year, less than half of them get the medical advice they should.

Among older adults (those 65 or older), falls are the leading cause of injury death. They are also the most common cause of nonfatal injuries and hospital admissions for trauma.

Each year, there are approximately 20,000 senior citizens that die from unintentional fall injuries.

The death rates from falls, among senior citizens, has risen significantly over the past decade.

Each year, over 2.2 million nonfatal fall injuries among older adults were treated in emergency departments and more than 580,000 of these patients are hospitalized.

# INSERTION ORDER

This Insertion Order ("IO") is a confirmation of the Contracted Application(s) through LIFEWatch-USA and (Marketer).
Sales will be delivered and governed in accordance with the terms and conditions set forth in this IO and Purchase Agreement between LIFEWatch-USA and Marketer.

## MONETARY AGREEMENT

| Marketing Medium | Program Name | LIFEWatch Monitoring Systems billed: (Standard Rate) FALL DETECTOR, GPS, CELLULAR-IN-HOME | LIFEWatch Monitoring Systems billed: (Discounted Rate) NOT FOR GPS, FALL DETECTOR, OR CELLULAR IN-HOME | MEDILOK | OTHER |
|---|---|---|---|---|---|
| National Life Network | LifeWatch-USA | Monthly $34.95 or $44.95 (GPS): $275 at $34.95 per sale | Monthly $29.95: $255 per sale | Sale: $25 for a $40 Medilok sale $15 for a $30 Medilok sale $5 for a $20 Medilok sale | Activation Fee: Call Center keeps 50% of activation fees charged. |
| | | Quarterly $99.99 or $134.85 (GPS): $285 at $99.99 per sale | Quarterly $89.85: $265 per sale | Rental: $10 for a $3/month Medilok rental | All Inclusives: Flat commission of $15 |
| | | Annual $384.45 or $539.40 (GPS): $295 based on $384.45 | Annual $329.45: $275 based on $329.45 | | Extra Buttons, Translation Option, Etc.: No commission will be paid |

## TERMS & CONDITIONS

Payment will be made against Marketer tracked sales in LIFEWatch-USA's CRM. LIFEWatch-USA will wire funds if the payment is over $2,500.00 and the marketer will be responsible for the wiring fee. Any other payments will be cut and mailed by Friday of the following week. Any sales that cancel within the first 90 days after initial payment and that doesn't generate a fourth payment (Monthly deals) or a second payment (Quarterly deals) will have the commission reversed. *A $9.95 shipping fee must be charged or shipping cost will be deducted from commission. If MediLok is offered free of charge, payout will be reduced by $15.* Either party may terminate this IO by providing no less than 5 days prior written notice to the other party at the above referenced address or to such other address as either party may indicate to the other in writing.

| MARKETING PARTNER INFORMATION | PUBLISHER INFORMATION |
|---|---|
| Name: National Life Network | Name: LIFEWatch-USA |
| Address: 7378 W. Atlantic Blvd., Suite 315 | Address: 266 Merrick Rd., Ste 104 |
| City/State/Zip: Margate, FL 33063 | City/State/Zip: Lynbrook, New York 11598 |
| Sales Contact: Yuluisa Nieves | Contact: Evan Sirlin |
| Email: natlifenet2013@gmail.com | Email: evan@lifewatch-usa.com |
| Phone: | Phone: (516) 341-0911 |
| Fax: | Fax: (866) 339-9120 |
| Accounting Email: | |
| A/P Phone: | |

NATIONAL LIFE NETWORK

By: _____

Printed Name: YULUISA NIEVES

Title: President

Date: 11/26/13

LIFEWATCH USA

By: _____

Printed Name: Evan Sirlin

Title: P

Date: 11/26/13

# INSERTION ORDER

This Insertion Order ("IO") is a confirmation of the Contracted Application(s) through LIFEWatch-USA and (Marketer).

Sales will be delivered and governed in accordance with the terms and conditions set forth in this IO between LIFEWatch-USA and Marketer.

## MONETARY AGREEMENT

| Marketing Medium | Program Name | LIFEWatch Monitoring Systems billed: (Standard Rate) | LIFEWatch Monitoring Systems billed: (Discounted Rate) NOT GPS UNIT OR CELLULAR IN-HOME | Flight Start Date | Flight End Date |
|---|---|---|---|---|---|
| **American Innovative Concepts, Inc.** | LifeWatch-USA | **Monthly $34.95 or $44.95 (GPS):**<br><br>$245 at $34.95 per initial sale and $25 after 4th payment is received.<br><br>**Quarterly $99.99 or $134.85 (GPS):**<br><br>$245 at $99.95 per initial sale and $25 after 2nd payment is received.<br><br>**Annual $384.45 or $539.40 (GPS):**<br><br>$269 based on $384.85 | **Monthly $29.95:**<br><br>$220 per initial sale and $25 after 4th payment is received OR $180 per initial sale and $15 after 4th payment is received<br><br>**Quarterly $89.85:**<br><br>$220 at $89.95 per initial sale and $25 after 2nd payment is received OR $180 per initial sale and $15 after 2nd payment is received<br><br>**Annual $329.45**<br><br>$235 based on $329.45 | TBD | N/A |

## TERMS & CONDITIONS

Payment will be made against Marketer tracked sales in LIFEWatch-USA's CRM. LIFEWatch-USA will wire funds if the payment is over $2,500.00 and the marketer will be responsible for the wiring fee. Any other payments will be cut and mailed by Friday of the following week. Any sales that cancel within the first 90 days after initial payment and that doesn't generate a fourth payment (Monthly deals) or a second payment (Quarterly deals) will have the commission reversed. Either party may terminate this IO by providing no less than 5 days prior written notice to the other party at the above referenced address or to such other address as either party may indicate to the other in writing.

## MARKETING PARTNER INFORMATION

**Name:** American Innovative Concepts, Inc.
**Address:** 127 W. Fairbanks Ave
**City/State/Zip:** Winter Park, FL 32789
**Sales Contact:**
**Email:** aiccorp1@gmail.com
**Phone:**
**Fax:**
**Accounting Email:**
**A/P Phone:**

## PUBLISHER INFORMATION

**Name:** LIFEWatch-USA
**Address:** 266 Merrick Rd., Ste 104
**City/State/Zip:** Lynbrook, New York 11598
**Contact:** Evan Sirlin
**Email:** evan@lifewatch-usa.com
**Phone:** (516) 341-0911
**Fax:** (866) 339-9120

**AMERICAN INNOVATIVE CONCEPTS, INC.**

By: _____

Printed Name: _Yuluka Nieves_

Title: _President_

Date: _11-01-13_

**LIFEWATCH USA**

By: _____

Printed Name: _Evan Sirlin_

Title: _____

Date: _1-1-13_

**Menjivar Att. A**
**Page 22 of 45**

# INSERTION ORDER

This Insertion Order ("IO") is a confirmation of the Contracted Application(s) through LIFEWatch-USA and (Marketer).

Sales will be delivered and governed in accordance with the terms and conditions set forth in this IO between LIFEWatch-USA and Marketer.

## MONETARY AGREEMENT

| Marketing Medium | Program Name | LIFEWatch Monitoring Systems billed: (Standard Rate) | LIFEWatch Monitoring Systems billed: (Discounted Rate) NOT GPS UNIT OR CELLULAR IN-HOME | Flight Start Date | Flight End Date |
|---|---|---|---|---|---|
| American Innovative Concepts, Inc. | LifeWatch-USA | **Monthly $34.95 or $44.95 (GPS):**<br><br>$245 at $34.95 per initial sale and $25 after 4th payment is received.<br><br>**Quarterly $99.99 or $134.85 (GPS):**<br><br>$245 at $99.95 per initial sale and $25 after 2nd payment is received.<br><br>**Annual $384.45 or $539.40 (GPS):**<br><br>$269 based on $384.85 | **Monthly $29.95:**<br><br>$220 per initial sale and $25 after 4th payment is received OR $180 per initial sale and $15 after 4th payment is received<br><br>**Quarterly $89.85:**<br><br>$220 at $89.95 per initial sale and $25 after 2nd payment is received OR $180 per initial sale and $15 after 2nd payment is received<br><br>**Annual $329.45**<br><br>$235 based on $329.45 | TBD | N/A |

## TERMS & CONDITIONS

Payment will be made against Marketer tracked sales in LIFEWatch-USA's CRM. LIFEWatch-USA will wire funds if the payment is over $2,500.00 and the marketer will be responsible for the wiring fee. Any other payments will be cut and mailed by Friday of the following week. Any sales that cancel within the first 90 days after initial payment and that doesn't generate a fourth payment (Monthly deals) or a second payment (Quarterly deals) will have the commission reversed. Either party may terminate this IO by providing no less than 5 days prior written notice to the other party at the above referenced address or to such other address as either party may indicate to the other in writing.

## MARKETING PARTNER INFORMATION

**Name:** American Innovative Concepts, Inc.
**Address:** 127 W. Fairbanks Ave
**City/State/Zip:** Winter Park, FL 32789
**Sales Contact:**
**Email:** aiccorp1@gmail.com
**Phone:**
**Fax:**
**Accounting Email:**
**A/P Phone:**

## PUBLISHER INFORMATION

**Name:** LIFEWatch-USA
**Address:** 266 Merrick Rd., Ste 104
**City/State/Zip:** Lynbrook, New York 11598
**Contact:** Evan Sirlin
**Email:** evan@lifewatch-usa.com
**Phone:** (516) 341-0911
**Fax:** (866) 339-9120

AMERICAN INNOVATIVE CONCEPTS, INC.

By: _____

Printed Name: Luisa Nieves

Title: President

Date: 8-13-2013

LIFEWATCH USA

By: _____

Printed Name: Evan Sirlin

Title: V.P.

Date: 8-13-2013

**Menjivar Att. A
Page 23 of 45**

Morning meeting 10-24-13

→ 555 Deals 10-23

- Profanity will get you fired.

- Read DNC rebuttal and hang up the phone

- Use ⑮ for I can't afford it.

- Don't give up on customers that don't have a card. spend the time

- Don't make judgement calls, scratch the lottery ticket.

- Talk slowly.

**Menjivar Att. A**
**Page 24 of 45**

FTC-WIS-S1-00000054

# <u>Discount Coupon Description / Rebuttal</u>

The discount coupons you are receiving are designed to help offset the price of your monthly monitoring, save you money and can be used for all kinds of things that you do and buy every week. These coupons include grocery coupons that can be used at the same grocery stores that you shop at now to buy the same products you buy every week and also include dining and other item coupons. You can use the $3000 dollars worth of coupons to save money each week until you have spent the entire $3000 dollars. You simply select the coupons you want for the things you buy every week and the savings goes directly into your pocket. By using just $15 dollars in coupons per week you can pay for your monthly monitoring and put an extra $25 dollars back in your pocket each month. Our goal is to provide you with a way to keep yourself safe and protected and save you money by discounting the groceries and items you buy every week. So let's go ahead and get you signed up today so you can start feeling safe and protected as well as put some money back in your pocket each month. Would you rather use your VISA, Mastercard, Discover or American Express for the monthly monitoring fee?



### I'm not Interested # 1

(Customer Name), what's holding you back? *(Isolate the concern, repeat it back to the customer, and address it with the correlating rebuttal.)* (Customer Name) Doctors refer to the first hour after an accident or a heart attack or a stroke as the golden hour. If they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on its way immediately? Surely that's worth about a dollar a day to you, *so let's get you registered. Would you rather use you Visa, MasterCard, American Express, Discover, Debit card or checking account?*



### I need to speak with my Spouse/Family.

I completely understand. However I don't think that any of your family would not understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. **Senior Alert Care** is with you *24/7,365* days a year for as little as about a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $400 dollars absolutely free. I can't guarantee that savings at any other time, **so** *let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*



### I can't make a decision without my Spouse or Family.

I'm fairly confident that they would agree that saving $400 dollars on the equipment cost and protecting your health and safety for just over a $1 a day is a smart decision. And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $5 per month. That brings the cost down to less than 67 cents each per day. Remember, you can cancel at any time with no obligation so even if you try it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear. **So** *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

**4** 

### I still can't decide.

(Customer Name) I know that you are interested otherwise you would not still be on the line with me, and I understand that you are on the fence about this. Let me ask you; is your safety and health worth about a dollar a day to you? (Wait for the answer) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

**5**

### Someone else makes my Healthcare decisions.

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

**6**

### I can't afford it.

(Customer Name), I understand completely. In these tough economic times I can appreciate that things are tight. However, **EMERGENCY ALERT** is only about a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. What happens if you have an emergency situation at 3 or 4 in the morning? **EMERGENCY ALERT** will be there at the push of a button and will initiate emergency help within seconds. You can't afford to be without it, *so let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*



### How and why is this promotion possible?

*(Customer Name)* We can offer you this promotion at such a low cost because **EMERGENCY ALERT** believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, we have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us and hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That makes sense to you, right? *Well, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*




### I don't want anything that needs my Credit Card or Checking Account info.

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*



### *I am on a fixed Income and can't afford it.*

*(Customer Name)*, is your health and safety, or maybe even your life not worth about a dollar a day to you or your family? Please remember that we are sending you over $400 dollars worth of equipment absolutely free. I'm sure that once you inform your family that you would like to do this and could use a little help with the $34.95 monthly monitoring costs, that they would be happy to help. So *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### *Can you just send me a bill every month?*

*(Customer Name)*, unfortunately no! We would need to have a billing method on file for the monthly monitoring cost of only or $34.95 in order to send you the actual monitoring equipment which is valued at over $400 dollars. Please remember we are giving that to you absolutely free, without even a charge for shipping it to you. We simply ask you to cover the monthly monitoring fees. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### *I'll just send you a check.*

*(Customer Name)*, by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card, debit card or your checking account on this call, we can send you over $400 dollars worth of equipment absolutely free. I can't guarantee that any other way. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# 12 ★

### *How do I know that this is for real?*

**(Customer Name)** EMERGENCY ALERT has been in business for over 30 years and has thousands and thousands of satisfied customers. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We would not have earned our excellent reputation if we did not deliver and fulfill our services exactly as I have explained them to you. We are so confident with our services that we don't ask you to sign any long term contracts. That allows you to cancel at anytime with no penalty, so that forces us to be better than you expect. *So, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# 13 ★

### *I have never heard of your company.*

**(Customer Name)** If we were not who we say we are there's no way we would have lasted for over 30 years. We have maintained our relationships with all the banking and regulatory institutes since we came into existence and that would not happen if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family.

*So, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# 14 What outcomes of senior citizen falls?

Twenty to thirty percent of people who fall suffer moderate to severe injuries such as lacerations, hip fractures, or head traumas. These injuries can make it hard to get around or live independently, and increase the risk of early death.

Falls are the most common cause of traumatic brain injuries, traumatic brain injuries account for approximately 46% of fatal falls among older adults.

Most fractures among older adults are caused by falls.

In 2008, 82% of fall deaths were among people 65 and older.

# 15 Discount Coupon Description / Rebuttal

The discount coupons you are receiving are designed to help offset the price of your monthly monitoring, save you money and can be used for all kinds of things that you do and buy every week. These coupons include grocery coupons that can be used at the same grocery stores that you shop at now to buy the same products you buy every week and also include dining and other item coupons. You can use the $3000 dollars worth of coupons to save money each week until you have spent the entire $3000 dollars. You simply select the coupons you want for the things you buy every week and the savings goes directly into your pocket. By using just $15 dollars in coupons per week you can pay for your monthly monitoring and put an extra $25 dollars back in your pocket each month. Our goal is to provide you with a way to keep yourself safe and protected and save you money by discounting the groceries and items you buy every week. So let's go ahead and get you signed up today so you can start feeling safe and protected as well as put some money back in your pocket each month. Would you rather use your VISA, Mastercard, Discover or American Express for the monthly monitoring fee?

# 16 _Are you open 24 hours a day?_

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions. Remember, we are always just one push of a button away.

# 17 ★ _How long have you been in business?_

**EMERGENCY ALERT** has been in business since 1977. We have provided life safety services and peace of mind to tens of thousands of people for over 30 years and are among the leaders in our field.

# 18 _If I call for emergency help, where does my call get answered, locally or out of State?_

All calls go to the **EMERGENCY ALERT** monitoring center to ensure the greatest level of service. We store all your local authority phone numbers in your record. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you. We pride ourselves at being the best in the business.

# 19 _Can I change who is contacted on the weekends?_

Again, the choices are all yours. We will do whatever you instructions you provide. It's no problem at all.

# 20 _How much or what information goes into your computer?_

It's entirely up to you. We will input whatever information you wish to provide in terms of medical records, who to contact when and in what particular order. This is very important, because by having all your medical conditions and medical records on file, it will allow the emergency responders to know the best way to treat you if they need to go to your home. Knowing somone's medical conditions before you treat them can be the difference of life or death in a medical emergency.

**21**  _If it's free why do you need my Credit card/Checking Account Information?_

In order to ship out your equipment we need to know that you will use it for at least 1 month. Please understand that even though we provide you the equipment for free, which is valued at over $400 dollars, we would need to have a billing method on file for the monthly monitoring fee of only $34.95 per month. _(Customer Name)_, as I have already mentioned, that breaks down to actually just over a $1 per day and for that we guarantee that within seconds of you pushing your button at any time, day or night, 365 days a year, we will be there for you. Surely the peace of mind that it provides for you and your family is well worth the low cost of just over a $1 a day. _So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?_

**22** _I'm not interested # 2_

(Customer Name) I sincerely hope that you never need to use our service, but I can promise you this, if you do, we will be there for you at the simple push of a button and help will be on its way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth a dollar a day, right? _So let's get you registered. Would you rather use you Visa, MasterCard, American Express, Discover, Debit card or checking account?_

**Menjivar Att. A**
**Page 33 of 45**

FTC-WIS-S1-00000094

## 23 *Do I have to program it when it arrives?*

No, we take care of all that. You simply plug it into the phone jack the same way you would an answering machine and push the button to test it. It's that simple.

## 24 *Does this work with Voice over IP phones?*

Yes, absolutely, it works with any type of home telephone.

## 25 *Do I talk to you through the necklace, bracelet, or belt clip button?*

The button that you wear on the necklace, bracelet or belt clip activates our hands free voice console which is what we speak to you through.

## 26 *Where are you located? Do you operate your own monitoring center?*

**EMERGENCY ALERT** owns its own UL listed monitoring center, staffed with highly trained care specialists at our secure facility in New York. From there we monitor customers from all over the United States.

## 27 *Are your operators fully trained and qualified?*

All of our people complete 180 hours of classroom training before they ever take a phone call. All **EMERGENCY ALERT** specialists are CSAA (Central Station Alarm Association) certified. Our specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

## 28 Once the button is pressed, does the call go directly to 911?

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions but it's totally up to you. When you receive the system, you will set up instructions for us to follow and that's what we will do if you press the button. The choices are all yours. So, if you want a son, daughter, neighbor, or anyone else called first, we will follow whatever instructions you gave us at the time you activated your system.

## 29 What if I'm in a different room from the system?

The speaker is extremely loud and the microphone is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 800 feet away. That's more than the length of 2 football fields. It is over an eighth of a mile!

## 30 What happens if I can't speak or can't be heard?

If we can't hear you, we will follow the instructions you gave us ahead of time when you activated your system. We will call friends, family, loved ones, or 911 in whatever order you instructed us to call them at the time you activated your system. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are all yours.

## 31 *Is the system automatically tested or do I have to test it?*

Yes to both questions. The console test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us for further reassurance.

## 32 *Can I call because maybe I'm feeling faint but don't want 911 called; I just want someone called from my contact list instead?*

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

**Menjivar Att. A**
**Page 35 of 45**

FTC-WIS-S1-00000096



## Customer Objection:

*I Don't give out my credit card over the phone.*

*How do I know that this is not a scam?*

*What if I don't receive what you said I am going to receive?*

## Rebuttal (Answer):

Mr./ Mrs. _____ Have you ever heard of the Consumer Credit Protection Act? _____ Well, it's a series of federal laws that were passed in the United States to protect credit card holders. To sum it up, they say that anyone that uses their credit card over the phone or the internet is not liable for any charges unless they receive exactly what was promised to them. So there is absolutely no risk to whatsoever. Over 70% of all Americans use their credit cards over the phone or the internet. Phone and internet transactions would have never grown to a massive multi-billion dollar industry without the federal law protecting the credit card holders. So you have nothing to worry about. I would never ask you to use your credit card over the phone if you were not 100% protected by the federal credit card protection act. It's simple, you either get exactly what you were promised or you don't have to pay. Also, if someone uses your credit card without your authorization, then you are not liable for any of the charges whatsoever. All it takes is one call to the bank and the law says they must reverse the charges and handle it right there while you are on the phone. So there is absolutely no risk to you whatsoever. A credit or debit card is the safest way to do anything over the phone because of these federal laws.

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, Let's keep you safe.

We've been protecting Senior Citizens for over 30 years.

You will never have to feel alone again in a medical emergency.

We're going to take care of you, we're going to keep you safe.

So let's go ahead and get your FREE Medical Alert System sent out to you, would you like to use your VISA, Mastercard, Discover or American Express for the monthly Emergency Medical monitoring?

# 34 My son / daughter wanted me to get a medical alert system but I don't think I need one.

I know you have been independent all your life and are probably struggling with the thought of loosing some of that independence due to aging, but the reason your (son / daughter) wants you to get a medical alert system is because (he / she) probably knows the real statistics about senior citizen medical emergencies. (He / She) may not have wanted to scare you by telling you the facts, but let me tell you some of the things that your (son / daughter) probably already knows. *(Go to "How Big is the Problem")*

# 35 I don't think I need a medical alert system

I know you have been independent all your life and are probably struggling with the thought of loosing some of that independence due to aging, and I know you don't think you need a medical alert system but let me tell you some of the scary facts about senior citizen falls in the United States, and these facts don't even include any other medical issues *(Go to "How Big is the Problem")*

## Miscellaneous Rebuttals

Let's get you signed up, Let's keep you safe.



### If they say they can't afford it.

"Do any other bills matter if you're not safe?, This is the most important bill. If you don't survive a medical emergency then you won't be around to pay any of those other bills. So let's get you signed up and start keeping you safe"



### If they are afraid to give out their information.

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, Let's keep you safe.

We've been protecting Senior Citizens for over 30 years.

You will never have to feel alone again in a medical emergency.

We're going to take care of you, we're going to keep you safe.

Menjivar Att. A
Page 38 of 45

FTC-WIS-S1-00000099

# 38★

## _They just won't do it without talking to their (Son/daughter/husband/kids)_

Mr. / Mrs. (_____), I agree with you, I don't want you to make a decision without your (Son/daughter/husband/kids). I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellations fees, Try It out TOGETHER with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep it. But if you and your (Son/daughter/husband/kids) decide you don't want to keep it, then there is no contract, no cancellation fees, and we will pay to ship it back to us.

This way you can try it with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep the system.

Now, let's go ahead and get you signed up so you can give it a try together with your ( Son/daughter/husband/kids).

## _A reminder of what decision they are making…_

Remember, the only thing you are doing today is agreeing to try the system with your (Son/daughter/husband/kids) so you can make a decision together on whether you think the system is right for you.

**Menjivar Att. A**
**Page 39 of 45**

# 39  Frequently Asked Questions (FAQ's)

## What do I get or how does it work?

We send you our **EMERGENCY ALERT** Speaker Unit which connects into your home phone. You also get a *help* button that communicates with the **EMERGENCY ALERT** unit using a built in microphone. Also included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather it's on your wrist, around your neck or clipped onto your belt and you will be instantly connected to one of our care specialist who will immediately provide the help that you need.

## Tell me about your product or how does it work?

You simply press a help button that you wear and you are instantly connected to one of our Emergency Medical Technicians through the **EMERGENCY ALERT** console. We will assist you in getting the help you need. We will contact family, friends, neighbors, an ambulance, or whoever you have instructed us to call when you activated your system. Our System provides excellent assistance and peace of mind in any emergency situation.

## What happens when I press the button?

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the **EMERGENCY ALERT** console, which is a very sensitive speakerphone. We will follow your instructions and call whomever you told us ahead of time to call. If you can't speak or we can't hear you, we will follow the instructions you gave us

 ## How Big is the Problem?

Each year, one in every three adults age 65 and older experiences a serious fall. Falls can cause moderate to severe injuries, such as hip fractures and head traumas, and can increase the risk of early death because of not getting help quick enough.

Over 13 million adults 65 and older will fall and be injured this year, which means a senior citizen will fall every 2.3 seconds.

Even though one out of three adults age 65 and older falls each year, less than half of them get the medical advice they should.

Among older adults (those 65 or older), falls are the leading cause of injury death. They are also the most common cause of nonfatal injuries and hospital admissions for trauma.

Each year, there are approximately 20,000 senior citizens that die from unintentional fall injuries.

The death rates from falls, among senior citizens, has risen significantly over the past decade.

Each year, over 2.2 million nonfatal fall injuries among older adults were treated in emergency departments and more than 580,000 of these patients are hospitalized.

FTC-WIS-S1-00000102

additional questions. Thank you very much and I hope you enjoy the safe feeling of having a medical alert system.

Please hold while I transfer you to the confirmation department. Don't hang up until you talk to the confirmation department, okay? *(Wait for them to say okay)*

<u>Transfer Call to Confirmation</u>

<u>Where did you get my number?</u>

<u>or</u>

<u>They are complaining about getting a call.</u>

(Mam / Sir), you are receiving this call because you opted-in somewhere to receive special offers. You would have opted-in either by having a check box checked while purchasing something on the internet or it may have been through a sweepstake, an order you did by mail or catalog, or maybe through a medication or health care purchase. If would like to be taken off of our opt-in special offers list, I will be more than happy to remove you right now and I apologize for any inconvenience.

**Menjivar Att. A**
**Page 42 of 45**

FTC-WIS-S1-00000103

And for the monthly Emergency Medical monitoring, which card would you like to use? VISA, Mastercard, Discover, or American Express? *(If they say they do not have a credit card, then say "Okay, do you have a debit card, we can go ahead and get you signed up with that instead?")*

*(If NO credit card or debit card, then ask for checking or savings acct.)*
Okay, we can get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it. *(If no checking account, then say "Do you have a savings account? ")* *(If yes, say "Okay, go ahead and grab a bank statement so we can get some information off of it.")*

Do you have a spouse or someone else in your home that you would also like to be protected? *(If Yes, then go on, IF No skip to "Fill out the customer information form", below)* Okay we will also send you, for FREE, and additional wrist and necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Emergency Medical Technician monitoring. So you and your spouse would be protected for just $39.95 per month and all of the equipment and shipping is still FREE.

(Fill out the customer information form on computer)

### Last Step – Close Up and Transfer to Confirmation

Great, your equipment will be shipped to you at *(Repeat Shipping Address)* and will arrive within the next 7 to 10 business days. Don't forget to activate your system, as soon as you receive it, by plugging it into your phone line jack and pushing the button. This will make a test call and activate your system and immediately start protecting you.

Okay, I am going to transfer you to our confirmation department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any

Your FREE Medical Alert System package includes:

- A Medical Alert Base Station with a loud speaker and very sensitive microphone
- A Waterproof Wrist or Necklace button
- Free shipping, and Free activation
- A Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.
- An away from home "Protection Card" that gives emergency personnel 24 hour a day/7 day a week access to your important medical information
- And last but not least, you will receive $3000 dollars in grocery discount coupons. These grocery coupons can be used at the same grocery stores that you shop at now to buy the exact same products that you purchase every week. You can use the $3000 dollars worth of coupons to save money each week on your grocery bill until you've spent the entire $3000 dollars. You simply select the coupons that you want for the products that you buy every week and that savings goes right into your pocket.

The system is COMPLETELY FREE and the shipping is also FREE. The emergency medical alert system package alone would Normally cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system and for the $3000 dollars in grocery discount coupons. The only thing you would be responsible for TODAY is the Emergency Medical Technician monthly monitoring fee of just *$34.95*. Everything else is FREE. Also, there is no contract whatsoever and you can cancel at any time with no cancellation fees. Now remember, the $3000 dollars in grocery savings can actually save you more money than your first 3 years of fees for the monitoring of your emergency medical alert system. This is our way of helping make our system more affordable to seniors without affecting your budget or changing your lifestyle. If you ever decide to cancel your medical monitoring service, you can keep the $3000 in grocery savings as our gift to you.

Okay, Mr./Ms. *(Their last name)* so what address would you like your Emergency Medical Alert System shipped to? *(Type their address in the customer information form)*

# INBOUND TEST SCRIPT 08/14/2013 w/ Coupons

Senior Assistance Program, This is *(Rep Name)* ARI agent number *(say agent number)*, may I ask whom I am speaking with? *(Write down their name)* And in case we get disconnected, is this the best phone number to reach you back on?

Okay, Great, for responding today to our Senior Assistance Program, you've been selected to receive a FREE medical alert system package that has a value of over $400 dollars and you will also receive $3000 dollars in grocery discount coupons.

You are probably familiar with the medical alert system and how it works, you know the TV commercial "I'VE FALLEN AND I CAN'T GET UP!"? or maybe you've seen a medical alert system in NewsDay, The Washington Post or US News.

It's the same system as seen on TV and the way it works is simple. If you have a medical emergency, fire, burglary, or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the lightweight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician *(An E.M.T.)*. They will evaluate your situation, immediately get the help you need, notify family or 911 and comfort you until help arrives. Your alert button works anywhere in the house and it even works outside on your property. It has a 800 foot range. That's over one eighth of a mile.

This device could really help you in a time of need and could even be life saving. This device will give you the peace of mind that you need, allow you to feel safe and make sure you never feel alone in the case of an emergency. Mr. / Ms. *(Their Last Name)*, You will never have to feel helpless, worried or by yourself in an emergency situation.

Our device has been recommended by the American Heart Association, the American Diabetes Association, the National Institute of Aging and is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 30 years.