# Attachment B

Daisy M.

## Customer Service Change  Date: 4/25/2013

### Agent 141-Rhonda Winland

Customer ID ▮▮▮▮▮▮▮    Name ▮▮▮▮▮▮▮

Phone Number: 718-▮▮▮▮    Time:_____   Time to Call_____

Reason: Agent told customer's ~~she~~ Daughter could activate the system months down the road and would not be charged. Did not cancel post dated to save.

**Menjivar Att. B**
**Page 1 of 41**

FTC-WIS-S2-00001494

DAILY LOG                                    DATE 6/13

Name: Kristy Smith    Time IN:____ Lunch____ Time Out:____

Customer ID_____ Name_____

CC__ ACH__ SD__ D__ PD__    Save_____

Reason: husband shut it down.
_____

301
Customer ID_____ Name_____

CC__ ACH__ SD__ D__ PD__    Save_____

Reason: was told I don't pay until I
receive it a h/u on me - no chance
to save daily -                    295 Susan

919
Customer ID_____ Name_____

CC__ ACH__ SD__ D__ PD__    Save_____

Reason: changed mind doesn't
want it a h/u on me -

Customer ID_____ Name_____

CC__ ACH__ SD__ D__ PD__    Save_____

Reason: no chance

**Menjivar Att. B
Page 2 of 41**

FTC-WIS-S2-00001519

DAILY LOG                                   DATE 6/12

Name: Kristy Smith        Time IN:_____ Lunch_____ Time Out:_____

814
Customer ID ████        Name ████

*cC*

CC___ACH___SD___D___PD___ Save_____

Reason: thought the dr. ordered;
_____
                    (Tele Roy
                      Hamilton)

Customer ID ████        Name ████

*SC*

CC___ACH___SD___D___PD___ Save 34.95; pd 6/19

Reason: wants to speak w/ daughter
agreed to post date

Customer ID ____        Name ████

CC___ACH___SD___D___PD___ Save_____

Reason: no chance to save; won't
answer; 1x fee

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save_____

Reason:_____
_____
_____

**Menjivar Att. B**
**Page 3 of 41**

DAILY LOG      DATE 6/11

Name: Keity Smith    Time IN:_____ Lunch_____ Time Out:_____

210    Customer I[ ]    Name[ ]

CC__ ACH__ SD__ D__ PD__    Save_____

Reason: who ref me? can't afford-

(205 Susan Laugen)

Customer ID[ ]    Name[ ]

CC__ ACH__ SD__ D__ PD__    Save 29.95

Reason: very hesitate; who ref me?

(148 Ladaisheya Washington)

334    Customer ID[ ]    [N]am[e]

CC__ ACH__ SD__ D__ PD__    Save_____

Reason: Can't afford it;

(505 Alesandria Fleming)

956    Customer ID[ ]    Name[ ]

CC__ ACH__ SD__ D__ PD__    Save_____

Reason: No chance to save

(082 Mark Rampertab)

**Menjivar Att. B**
**Page 4 of 41**
FTC-WIS-S2-00001526

4/10

DAILY LOG                    DATE 6/10                 3
                                                   8 4 77
Name: Kristy Smith    Time IN: _____ Lunch _____ Time Out: _____     C

570
CC   Customer ID ▓▓▓▓▓      Name ▓▓▓▓▓▓▓▓▓▓▓

CC__ ACH__ SD__ D__ PD__    Save _____

Reason: Son shut it down, who ordered
this? who paid for this?        (040 Lisa Kilgore)

518
CC   Customer ID ▓▓▓▓▓      Name ▓▓▓▓▓▓▓▓▓

CC__ ACH__ SD__ D__ PD__    Save _____

Reason: daughter shut it down,
says she doesn't want it cause
she's never home.        (19 Diane
                              Webb)

SC   Customer ID ▓▓▓▓▓      Name ▓▓▓▓▓▓▓▓▓▓▓

CC__ ACH__ SD__ D__ PD__    Save 34.95; pd 7/5.

Reason: didn't know

                              (265 Nicholas
                                   Figueroa)

SC   Customer ID ▓▓▓▓▓      Name ▓▓▓▓▓▓▓▓▓▓▓

CC__ ACH__ SD__ D__ PD__    Save 34.95

Reason: Wasn't sure of address that

**Menjivar Att. B**
**Page 5 of 41**

FTC-WIS-S2-00001529

DAILY LOG                           DATE 7/27/2013

Name: ▓ Julia Rush    Time IN:_____ Lunch_____ Time Out:_____

CC  Customer ID __Ø_____  Name ▓▓▓▓▓▓▓▓▓▓
CC ✓ ACH __ SD __ D __ PD __   Save __cancel__
Reason: Kept yelling over me. Wanted to know who referred
her and speak w/ her daughter. Tried to rebuttal. Kept yelling
H/U cancel
                                    Rep 353 Chrissen Millien

CC  Customer ID __Ø_____  Name ▓▓▓▓▓▓▓▓▓▓
CC __ ACH __ SD __ D __ PD __   Save __cancel__
Reason: She told sales rep to cancel sent over anyways.
H/U. CB 5X Answering machine. No chance to save.
CANCEL
                                    Rep 023 Kyle McBride

CC  Customer ID __Ø_____  Name ▓▓▓▓▓▓▓▓▓▓
CC __ ACH __ SD __ D __ PD __   Save __cancel__
Reason: One time fee. Offered to lower to $24.95 after refusing
offered to postdate. Wanted to postdate for September 3.
explained he can call before on the 27th of Aug to
re extend. Refused. CANCEL       Rep 488 Deshawn surblan

CC  Customer ID __Ø_____  Name ▓▓▓▓▓▓▓▓▓▓
CC ✗ ACH __ SD __ D __ PD __   Save __cancel__
Reason: Very angry. Offered to lower to $29.95. Offered to postdate
refused. CANCEL
         Rep 483 Ashley Thompson

**Menjivar Att. B**
**Page 6 of 41**
FTC-WIS-S2-00001534

Q: Why can't I use my Post Office Box as my shipping address?
**A: We currently use only UPS and FedEx to ship our equipment. UPS & FedEx bring the system directly to your front door. This way we know for sure that you will receive your system. FedEx and UPS cannot deliver to a mailbox or post office box.**

Q: What is the name of your company?
A: **Senior Safe Alert.**

Q: Where are you located?
**A: We have several offices located all over the country, I am currently located in the Orlando Area.**
(If they keep asking over and over again, have the customer hold the line for a cancel/save rep)

Q: How long has your company been in business?
A: **Our company has been in business since 1980, we are the oldest and largest residential emergency medical alert company in the nation.**

Q: I thought the system was free???
A: **The equipment is absolutely free. There are no activation fees and no contract;The only thing YOU ARE responsible for is the Emergency Medical Technician (E.M.T.) MONTHLY monitoring fee which is $34.95 if you decide not to keep your emergency medical alert system, you can cancel your service at any time and there are no cancellation fees. All we ask is that you give it a try. I'm sure you will love our Emergency Medical Alert System, it saves lives!**

## The "You're not charging my card today!" rebuttal:

"Sir/Mam" this is how it works... **We charge your card or acct TODAY**for your first month's emergency medical monitoring fee, but your billing cycle does not start until you receive the system and activate it,which means you don't't start using the money until you actually activate the system. Now keep in mind, your next monthly monitoring payment will not be processed for 30 days from the date you activate your system. So you don't actually pay for monitoring until your system is activated and you are protected.DON'T wait for customer to respond***, move right on with the confirmation.

> **Now could you go ahead and read me the numbers off the front of your card to confirm that I have them all correct?**

> If customer responds "I don't have any money in my account today":**Okay do you have another form of payment you would rather use today? Maybe another credit/debit card?** Wait for answer (if answer is no) = **or do you have a check book and we can use your checking or savings acct.**

> If customer responds "No" to all questions ask:**"Okay, no problem, we can do what is called a post date, just tell me what day you will have the first month's monitor fee of $34.95 available in your account and we will not process the $34.95 payment until that day you tell us. So, what day should we go ahead and process this?**

**Menjivar Att. B**
**Page 7 of 41**

# <u>They just won't do it without talking to their (Son/daughter/husband/kids)</u>

Mr. / Mrs. (_____), I agree with you, I don't want you to make a decision without your (Son/daughter/husband/kids). I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellations fees, Try It out TOGETHER with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep it. But if you and your (Son/daughter/husband/kids) decide you don't want to keep it, then there is no contract, no cancellation fees, and we will pay to ship it back to us.

This way you can try it with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep the system.

Now, let's go ahead and get you signed up so you can give it a try together with your ( Son/daughter/husband/kids).

# <u>A reminder of what decision they are making...</u>

Remember, the only thing you are doing today is agreeing to try the system with your (Son/daughter/husband/kids) so you can make a decision together on whether you think the system is right for you.

## Rebuttal for "My Family is paying for it"

Mam/Sir, or Mr./Ms. _____ you were referred to us by either by a friend, a family member or maybe someone you know,  and because you were referred, the system is completely free to you. (Go back to script)

## Rebuttal for "Who exactly referred me?"

Mam/Sir, or Mr./Ms. _____ for security and privacy reasons my screen does not say who referred you, the only information i have is that you were referred to us either by a friend, a family member or maybe someone you know, and because you were referred, the system is completely free to you. (Go back to script)

**John Amberson**

| From: | Katie Sylvers [katie4git@gmail.com] |
|---|---|
| Sent: | Monday, August 05, 2013 7:03 PM |
| To: | john4git@gmail.com |
| Subject: | Fwd: New Order Processing Co-manager |

Please print this e mail and put a copy on my entire teams desk :) also let Bryanna & Kristy know

Sent from my iPhone

Begin forwarded message:

> From: Lauren Vandewater <lauren@lifewatch-usa.com>
> Date: August 5, 2013, 9:46:23 AM EDT
> To: Katie Sylvers <katie4git@gmail.com>, Joseph Denaro <jdenaro@lifewatch-usa.com>
> Subject: New Order Processing Co-manager
>
> Good morning Katie,
>
> can you please continue to copy Jessica on all save and cancel emails and for other issues on accounts please continue to copy myself but also add Joseph Denaro <jdenaro@lifewatch-usa.com>. he will be doing the same stuff I do so anything you would typically email me please copy him also. there will be 2 managers in this dept now :)
>
> Thanks
> Lauren Vandewater
> Order Processing Manager
> 800-716-1433 Ext 147
> Lifewatch-USA

1

**John.**

| | |
|---|---|
| **From:** | Katie Sylvers [katie4git@gmail.com] |
| **Sent:** | Tuesday, October 29, 2013 3:25 PM |
| **To:** | John Amberson |
| **Subject:** | Fwd: new deals |

Sent from my iPhone

Begin forwarded message:

> **From:** Lauren Vandewater <lauren@lifewatch-usa.com>
> **Date:** October 29, 2013 at 12:19:25 PM EDT
> **To:** Katie Sylvers <katie4git@gmail.com>, Joseph Denaro <jdenaro@lifewatch-usa.com>
> **Subject: new deals**
>
> Hey katie,
>
> the agents are forgetting to put a unit on the accounts they are just adding the extra button. can you make sure they enter the product. it is slowing down the processors with processing those orders
>
>
> thanks
> **Lauren Vandewater**
> **800-716-1433 Ext 147**
> **Lifewatch-USA**

1

**FTC-WIS-S2-00001058**

## Activation Call Script

*in the activation dept.*

Hi. This is **Daisy** with Lifewatch. I'm just giving you a courtesy call to welcome you to the Lifewatch Family. According to UPS/FedEx, it shows your equipment was delivered on __/__/__. Did you receive it? Have you been able to hook it up? Did you test it?

---

(if they didn't receive it)
Let me check the status of the package....
I show that it should have been delivered to the _____ (front door, side door, etc). Have you checked at all doors? OR checked with neighbors?

(if they didn't hook it up)
Ok well do you have some time now to hook it up? I'll help walk you through it over the phone! Just open the box and let's go over the instructions together (follow the How to Hook Up / Test Your Lifewatch Equipment Guide in the Welcome Pack)

(if they didn't test it)
Can you test it now? I can walk you through it over the phone. Do you have a cell phone? (follow the How to Test Your Lifewatch Equipment Guide in the Wecome Pack)

(if they are unable to talk)
Well I'd like to help you get this hooked up so can I call you back at a time that is better for you?

---

~~Before I let you go, I'd like to mention that right now we're offering a special on the _____. Are you familiar with that?~~
~~(go into details on whatever upsell you are offering)~~

Please keep in mind we are always adding new products and services so if you see anything advertised with a different company or your needs change, please feel free to call us and I'm sure we'll be able to help.

---

Well, it sounds like you're all set with Lifewatch. Do you have any additional questions at this time?

If at any time you need us feel free to call. Do you need our toll free 800#?

Thanks so much and have a great day!

**Menjivar Att. B**
**Page 12 of 41**

FTC-WIS-S2-00000702

# CONFIRMATION SCRIPT 12/19/13

Hi, this is _____ in the confirmation department. Today is *(say todays date)*. I just want to take a quick minute to confirm that all of your information has been entered into our computer correctly. *(Confirm Address & Home Phone)*

***If not Mobile Help Cellular System*** *Sir/Mam* Remember we will not be able to ship you your equipment without a valid HOME telephone number on file. So *Sir/Mam* this is your home telephone number, not your cell phone, correct?

What telephone company do you use there at home? (is it bundled with your cable company)

Also, we need an additional contact that we can list in case our shipping department has trouble reaching you, it can be a friend, family member or neighbor? (Collect Full Name & Phone Number). And just to confirm one last time we have it correct here in our system, do you want the necklace button or wristband? ****(only if customer asks) Most of our customers choose the necklace button.

Okay, I see here we have you set up with the medical alert system which is $_____ per month. You will also receive the wrist or necklace emergency button, a voice remote and last but not least, You get Unlimited contact with our Emergency Medical Technicians, which means you can push the button as many times as you want to. All this is included today at no charge!

Let me tell you about a new promotion we have, for only an extra $5 dollars per month we can give you an unconditional lifetime warranty on the your equipment, which means, if a pet chews the cord or anything goes wrong at all with your system, you are still covered 100%. We will even cover the shipping an unlimited amount of times. This way, no matter what, we will keep you safe 24 hours a day 7days a week. *(If they agree, then do rest of confirmation script at $39.95)*

*(If Credit Card)* I see here that we will be charging your _____ TODAY that ends in *(read last 4 digits)* for the 1st month of the $_____ monthly monitoring fees. Can you please read me the numbers on the front of the card just to make sure we have them all correct?*(get expiration date & CVC #)*Okay, Now do I have your authorization to charge your _____ today for $34.95/$39.95 to cover the first month of monthly monitoring?*(or first 3 months if quarterly)*

Okay, Great, Your system will be shipped via UPS or Fed Ex and will arrive at your home within in the next 10 to 14 business days.

*(If ACH)* I also see that you'll be using your bank account today for the monthly monitoring fee. Do you have a credit or debit card that we can use instead? It would allow us to ship your system much faster so we can begin protecting you right away. *(If yes, go to above, if no, continue below)*

That's okay, we can use the bank account you gave us. So you'll be using your account with the routing number that starts with _____(1st 4 digits) for the $34.95 / $39.95 monthly monitoring fee. Can you read me the whole routing and account numbers on the bottom of your check so we can make sure we get it completely and correctly entered into the system?

**Menjivar Att. B**
**Page 13 of 41**

FTC-WIS-S2-00000792

We will be processing your ach payment on your checking / savings account today. All future monthly monitoring payments will be processed 30 days from the prior month's processing date.

If you would like to cancel any ach transaction, just call our customer service department and they will take care of you.  I will give you our customer service number as well as your customer ID number in just a moment.

Now, don't forget to activate your system as soon as you receive it. It's very easy, it works just like a telephone, so just plug the Medical Alert System into your telephone jack and then plug your telephone into our system. Then simply push the Red button on the top of the main unit.  That will automatically call us and you will hear a live representative answer through the speaker and they will talk you through the rest of the set up. It's very easy and this will activate your system and immediately start protecting you.  Now if you can grab a pen and a paper, in a moment I will be giving you your customer ID confirmation number and our customer service telephone number.

Company Name:

# EMERGENCY ALERT

Customer Service#:  1-800-941-5729

FTC-WIS-S2-00000793



Lifewatch USA
266 Merrick Rd Suite 104
Lynbrook, NY 11563
1.800.716.1433
customerservice@lifewatch-usa.com

## Lifewatch Subscriber and Responder Form

Unit ID: _____    Model :_____    Date: 7/10/2013

Subscriber Name: _____ _____ Male ___ / Female ___  Birth Date ___/___/___
Spouses's Name: _____ _____ Male ___ / Female ___  Birth Date ___/___/___
Street Address: _____
City: _ _____ State: _____ Zip: _____
Household Telephone #: _____ Email: _____
Cross Streets: _____ Township (TX, PA, NJ Only): _____
Hidden Key/Lockbox location:_____
Lockbox Code: _____ Private Home ___ / Apartment ___

**Medical Information**
Medical Insurance: _____
Physician's Name: _____ Physician's Telephone #: _____
Physician's Name: _____ Physician's Telephone #: _____
Preferred Hospital: _____
Allergies: _____
Medication Taken: _____
_____
Medication Location: _____
_____

Physical Limitations:
___Heart             ___Hearing Impaired      ___High BP          ___Visually Impaired
___Diabetes          ___Walker/Cane           ___Low BP           ___See Attached
___Oxygen            ___Arthritis             ___Speech Impaired

### Responder Information
Phone codes: C = cell phone, H = home phone, W = work phone

| IN ORDER OF PRIORITY | PHONE #1 | PHONE CODE | PHONE #2 | PHONE CODE | RELATIONSHIP | Must Notify Y/N | Responder Y/N | Keys Y/N |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Check One:**
**If no communication**        ___ **Dispatch EMS First  or**        ___ **Call Responders First**

**Subscriber's Signature:** _____

**Changes and Additions:** _____
_____

Subscriber has provided LIFEWATCH with above information and acknowledges that it is accurate. Subscriber must notify LIFEWATCH Monitoring Center of any changes or additions to the above customer information.

**Menjivar Att. B**
**Page 15 of 41**



Lifewatch USA
266 Merrick Rd Suite 104
Lynbrook, NY 11563
1.800.716.1433
customerservice@lifewatch-usa.com

## Lifewatch Financial Form

Unit ID: _____     Model : _____          Date: 7/10/2013

Subscriber Name: _____
Street Address: _____
City: _____ State:_____ Zip:_____
Home Telephone: _____ _____

| Responsible Party: | Rental Agreement: | |
|---|---|---|
| I designate _____ | Beginning:07/20/2012 | |
| Phone: _____ · Relationship: _____ | Through:08/20/2012 | |
| This person is the only person that can make changes on my | Billing Cycle   Monthly | |
| responder form, will be responsible for returning equipment if I | Rental and Monitoring Rate: | $_____ |
| am unable to do so, and settle any finances pertaining to my | Additional Button/Monitoring | $_____ |
| account. | Anywhere Alert 911 | $_____ |
| Subscriber: _____ Date: _____ | Medilok Lockbox | $_____ |
| | Installation Fee | $_____ |
| Notes: _____ | Refundable Deposit | $_____ |
| _____ | Total Paid | $_____ |

### Form of Payment (select one)

___ Credit Card #▮▮▮▮ Exp Date:▮▮▮▮
Card Holder Name: ▮▮▮▮▮▮▮▮_____

___ Bank Authorization:
Bank Name: _____
Routing #: _____ Account#: _____

#### AUTHORIZATION AGREEMENT FOR PREAUTOHRIZED (CREDIT CARD OR ACH) PAYMENTS

I (we) hereby authorize LIFEWATCH, INC, hereinafter called COMPANY to initiate debit entries and to initiate, if necessary, credit entries and adjustments for any debit entires in error to my (our) checking/savings account indicated.

This authority is to remain in full force and effect until Bank has received written notification from me (or either of us) of its termination in such time and in such manner as to afford BANKS termination of this agreement.

Signature: _____           Date:_____

THIS AGREEMENT IS SUBJECT TO ALL PROVISIONS ON BOTH THIS FORM AND ON THE SUBSCRIBER AGREEMENT DOCUMENT. Please read them carefully and make certain all of your questions are answered before signing this agreement. IT IS THE SUBSCRIBER'S RESPONSIBLITIY TO TEST THE UNIT ON A MONTHLY BASIS.
SUBSCRIBER'S RIGHT OF CANCELLATION: You may cancel this agreement without penalty or obligation within 30 business days from the above date.
THE UNDERSIGNED HAVE READ, UNDERSTAND, AND AGREE TO ALL TERMS OF THIS AGREEMENT (Subject to acceptance by Lifewatch, Inc)

Subscriber: _____           Date: _____

FTC-WIS-S2-00000801

# DAILY LOG                    DATE

Name:_____ Time IN:_____ Lunch_____ Time Out:_____

Customer ID[redacted]    Name[redacted]

CC___ACH___SD___D___PD___  Save 5/9/2013

Reason: Customer wanted paper billing. I told her we only do paper billing w/ yearly and tried to explain to her why. Customer hung up. I called back. Lowered fee to 29.95 and post dated to 5/20/2013 to give her time. Customer agreed. SAVED.

Customer ID___[redacted]    Name[redacted]

CC___ACH___SD___D___PD___  Save_____

Reason: No Chance - Keeps hanging up.

Customer ID_____    Name[redacted]

CC___ACH___SD___D___PD___  Save 5/10/2013

Reason: Customer had already ordered a system w/ another company and she still hasn't received it. She did not want anything to do w/ our company and kept telling me to cancel. CANCEL

Customer ID[redacted]    Name[redacted]

CC___ACH___SD___D___PD___  Save 5/10/2013

Reason: Customer wanted to know who ordered the system I rebuttaled and lower to 29.95 and customer agreed. SAVED.

Menjivar Att. B
Page 17 of 41

FTC-WIS-S2-00000939

# DAILY LOG

## DATE_____

Name:_____ Time IN:_____ Lunch_____ Time Out:_____

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save  0/10/2013

Reason: Customer thought we were a scam. I rebuttaled and rebuttaled. I lower fee to 29.95 and tried to post date. She kept refusing. Cancel.

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save  0/10/2013

Reason: Customer called the bank while I was on the line. I tried rebuttaling and she kept refusing. CANCEL.

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save  0/10/2013

Reason: Customer_____

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save  0/10/2013

Reason: Customer wanted to cancel b/c she wanted to know who got the problem for her. I offered to lower to 29.95 and post date to 6/1/2013. Customer agreed. SAVED.

Menjivar Att. B
Page 18 of 41

FTC-WIS-S2-00000942

# DAILY LOG

DATE 5/13 - 5/17

Name:_____ Time IN:_____ Lunch_____ Time Out:_____

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save 5/15/2013

Reason: Customer said she couldn't afford monthly fee. I rebuttaled and offered to lower fee to 29.95 customer wasn't sure so I post date to 6/15/2013. SAVED.

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save 5/15/2013

Reason: Customer wanted to speak w/ her son first. Her son was out of town. So I offered to post date to 6/05/2013 to give her time to speak w/ her son. Customer agreed. SAVED.

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save 5/15/2013

Reason: Customer wanted to know who ordered system for him. I kept rebuttaling and rebuttaling and customer just kept telling me no and why I can't understand. Just cancel.

Customer ID_____ Name_____

CC___ACH___SD___D___PD___ Save 5/15/2013

Reason: Customer was told everything was being paid for. I rebuttaled I offered to lower fee and post date. Customer kept refusing and hung up. CANCEL.

**Menjivar Att. B**
**Page 19 of 41**

FTC-WIS-S2-00000950

# DAILY LOG

## DATE _____

Name: _____ Time IN: _____ Lunch _____ Time Out: _____

Customer ID _____ Name _____

CC ___ ACH ___ SD ___ D ___ PD ___ Save 5/16/2015

Reason: Customer did not want anything to do w/ our company I rebuttaled and lower fee and customer kept refusing. and kept telling me to cancel. Cancel.

Customer ID _____ Name _____

CC ___ ACH ___ SD ___ D ___ PD ___ Save 5/16/2013

Reason: Customer wanted to speak w/ husband first and they couldn't afford monthly fee lowered fee to 29.905 and post date to 5/30/2013. SAVED

Customer ID _____ Name _____

CC ___ ACH ___ SD ___ D ___ PD ___ Save 5/16/2013

Reason: Customer wanted to know who referred her to us. She had called her whole family to see who ordered it and they all said no. I kept rebuttaling and lowered fee to 29.99 customer kept saying cancel cancel and had got son on the phone and he kept saying to cancel.

Customer ID _____ Name _____

CC ___ ACH ___ SD ___ D ___ PD ___ Save 5/16/2013

Reason: Customer did not want her CC to be charged today before she received equipment. I rebuttaled and rebuttaled and customer said she will try out system. Then she said she wanted to speak w/ family members, so I post date to 5/25/2013. Customer agreed. SAVED

Menjivar Att. B
Page 20 of 41

# DAILY LOG                    DATE_____

Name:_____ Time IN:\_\_\_\_\_ Lunch_____ Time Out:_____

Customer ID_____ Name▮▮▮▮▮▮▮▮▮▮

CC\_\_ACH\_\_SD\_\_D\_\_PD\_\_ Save 8/16/2013

Reason: Customer did not want anything done electronically.
I rebuttaled and rebuttaled and customer told me to
cancel everything b/c she wants to send a check. CANCEL

Customer ID\_▮▮▮▮▮▮\_ Name\_▮▮▮▮▮▮\_

CC\_\_ACH\_\_SD\_\_D\_\_PD\_\_ Save 8/16/2013

Reason: Customer was told that the system will be shipped out
today and that he doesn't have to pay for monitoring til they
activate the system. I rebuttaled, lowered fee to 28.95 and
post date to 6/6/2013. Customer agreed. SAVED

Customer ID▮▮▮▮▮ Name\_▮▮▮▮▮

CC\_\_ACH\_\_SD\_\_D\_\_PD\_\_ Save 8/16/2013

Reason: upsold to MHC.

Customer ID\_▮▮▮▮▮ Name\_▮▮▮▮▮

CC\_\_ACH\_\_SD\_\_D\_\_PD\_\_ Save 8/17/2013

Reason: lowered to 29.95, couldn't afford monthly fee.
SAVED

Menjivar Att. B
Page 21 of 41

FTC-WIS-S2-00000954

## Rebuttal for "My Family is paying for it"

Mam/Sir, or Mr./Ms. _____ you were referred to us by either by a friend, a family member or maybe someone you know,  and because you were referred, the system is completely free to you. (Go back to script)

## Rebuttal for "Who exactly referred me?"

Mam/Sir, or Mr./Ms. _____ for security and privacy reasons my screen does not say who referred you, the only information i have is that you were referred to us either by a friend, a family member or maybe someone you know, and because you were referred, the system is completely free to you. (Go back to script)

**Menjivar Att. B**
**Page 22 of 41**

FTC-WIS-S2-00001213

# Convert to Quarterly Script 1/24/2013

**Now Mr. / Mrs. _____ I wanted to offer you a special promotion that we have available today. We are willing to lower your monthly medical monitoring fee to just $33.33 per month. If you are willing to switch to our quarterly billing method, which means you pay for the first three months of your monthly medical monitoring service today, which would be only $99.99, and then you don't have another bill due for three months from the time you activate your system. If you are willing to use this method of billing, then with today's promotion we are also willing to give you $1000 in grocery discount coupons. These grocery coupons can be used at the same grocery stores that you shop at now to buy the exact same products that you purchase every week. You can use the $1000 worth of coupons to save money each week on your grocery bill until you've spent the entire $1000. You simply select the coupons that you want for the products that you buy every week and that savings goes right into your pocket. The $1000 in grocery savings actually offsets your first 3 years of fees for the monitoring of your emergency medical alert system. This is our way of helping make our system more affordable to seniors without affecting your budget or changing your lifestyle. If you ever decide to cancel your medical monitoring service you can keep the $1000 in grocery savings as our gift to you. So, would you like to go ahead and switch to our quarterly billing and receive the $1000 in grocery discount coupons?**

Basic Medical Alert - **$99.99** (Quarterly) / **$34.95** (Monthly)
VOIP Unit - **$99.99** (Quarterly) / **$34.95** (Monthly)
Basic/VOIP (with Spouse Button Added On) **$114.99** (Quarterly) / **$39.95** (Monthly)

Mobile Help Cellular – **$134.85** (Quarterly) / **$44.95** (Monthly)
Fall Detector System - **$129.99** (Quarterly] / **$45.00** (Monthly)

**John Amberson**

| | |
|---|---|
| **From:** | Katie [katiewwinfo@gmail.com] |
| **Sent:** | Tuesday, May 21, 2013 8:22 PM |
| **To:** | Michael Medalert; johnwwinfo@gmail.com |
| **Subject:** | Fwd: Canadian orders |

John & Michael,

This is effective immediately per Rick.

Please make changes on floor.

Thank you,

Katie

Begin forwarded message:

> **From:** Lauren Vandewater <lauren@lifewatch-usa.com>
> **Date:** May 10, 2013, 3:57:13 PM EDT
> **To:** Katie <katiewwinfo@gmail.com>, "WorldWide InfoServices, Inc"
> <wwinfoservices@gmail.com>
> **Subject: Canadian orders**
>
> Good afternoon Katie,
>
> see below from Sarai regarding all Canadian orders
>
> 1) going forward on all Canada orders, here are the pricing options:
>    a) $49.95/month plus $50 deposit
>    b) $39.95/month plus $100 deposit
>    Deposit is refundable whenever customer returns equipment
> 2) lockboxes cannot be offered for Canada orders
> 3) lifewatch must verbally confirm all Canadian orders. if we are unable to speak
> with customer within 2 days, account will be kicked back to call center to follow up
> with. we will not ship out without confirmation.
>
> **Lauren Vandewater**
> **Order Processing Supervisor**
> **800-716-1433 Ext 147**
> **Lifewatch-USA**

**Menjivar Att. B**
**Page 24 of 41**

FTC-WIS-S2-00001261

**John Amberson**

| | |
|---|---|
| **From:** | Katie Sylvers [katie4git@gmail.com] |
| **Sent:** | Monday, August 05, 2013 7:03 PM |
| **To:** | john4git@gmail.com |
| **Subject:** | Fwd: New Order Processing Co-manager |

Please print this e mail and put a copy on my entire teams desk :) also let Bryanna & Kristy know

Sent from my iPhone

Begin forwarded message:

> **From:** Lauren Vandewater <lauren@lifewatch-usa.com>
> **Date:** August 5, 2013, 9:46:23 AM EDT
> **To:** Katie Sylvers <katie4git@gmail.com>, Joseph Denaro <jdenaro@lifewatch-usa.com>
> **Subject: New Order Processing Co-manager**
>
> Good morning Katie,
>
> can you please continue to copy Jessica on all save and cancel emails and for other issues on accounts please continue to copy myself but also add Joseph Denaro <jdenaro@lifewatch-usa.com>. he will be doing the same stuff I do so anything you would typically email me please copy him also. there will be 2 managers in this dept now :)
>
> Thanks
> **Lauren Vandewater**
> **Order Processing Manager**
> **800-716-1433 Ext 147**
> **Lifewatch-USA**

1

FTC-WIS-S2-00001264

**John Amberson**

| | |
|---|---|
| **From:** | Katie Sylvers [katie4git@gmail.com] |
| **Sent:** | Tuesday, August 27, 2013 4:34 PM |
| **To:** | john4git@gmail.com |
| **Subject:** | Fwd: Return labels |

Please print & have my entire team sign. Thanks

Sent from my iPhone

Begin forwarded message:

> **From:** Lauren Vandewater <lauren@lifewatch-usa.com>
> **Date:** August 27, 2013, 2:22:58 PM EDT
> **To:** Katie Sylvers <katie4git@gmail.com>, Joseph Denaro <jdenaro@lifewatch-usa.com>
> **Subject: Return labels**
>
> Good afternoon Katie,
>
> They just wanted me to send out a reminder to let you know that we do not send out return labels to customers. we have been getting a large increase in those requests and we will certainly make exceptions for certain customers depending on the issue but the ones we have received lately (which have been a lot) are just because the customers are complaining even though it is their responsibility. Please make sure that they agents are aware that we do not send return labels to customers and that it is the customers job to send it back.
>
> thanks so much
> **Lauren Vandewater**
> **Order Processing Manager**
> **800-716-1433 Ext 147**
> **Lifewatch-USA**

1

FTC-WIS-S2-00001271

**Hi, this is William from the shipping department of the senior citizens help program, ummm, We've been trying to reach you to uhhh set up the delivery of your emergency medical alert system, which helps avoid an injury or death from a fall, medical emergency or burglary, and it uhhhh says here, you are also getting $3000 in grocery discount and eating certificates that can be used at the same grocery stores and restaurants you shop and eat at every week, looks like it's a system that is uhhh recommended by thousands of hospitals and medical professionals, let's seeeeeee, (rattle papers) say's here that the system has already been paid for, Looks like you are getting the uhh system because umm, looks like either yourself, a friend, a family member or maybe someone you know had experienced a FALL or medical emergency in the past, so again the system and the $3000 in discount grocery and eating certificates have uhh already been paid for, so there is no cost to you whatsoever, also says here that the uhh shipping has also already been paid for. So to set up the delivery of you emergency medical alert system and the $3000 in discount grocery and eating certificates, press 1 now, again to set up the shipping, press 1 now, press 5 now to decline the shipment of your system.**

FTC-WIS-S2-00000004



Worldwide Today< wwinfodanny@gmail.com>

## [FWD: Customer sales call needed]

**sarai@lifewatch-usa.com** < sarai@lifewatch-usa.com>                          Thu, Oct 11, 2012 at 10:50 AM
To: InfoServices WorldWide <wwinfoservices@gmail.com>
Cc: wwinfodanny@gmail.com

Please see below....Philips needs to know.

**Sarai Baker**
**Direct Line 516.341.0911**
sarai@lifewatch-usa.com

**LIFE*Watch*USA**
PERSONAL EMERGENCY SERVICE SINCE 1980

-------- Original Message --------
Subject: Customer sales call needed
From: "Berment, Tammy" <tammy.berment@philips.com>
Date: Thu, October 11, 2012 10:39 am
To: "sarai@lifewatch-usa.com" <sarai@lifewatch-usa.com>,
"evan@lifewatch-usa.com" <evan@lifewatch-usa.com>
Cc: "Vere, Brenda" <brenda.vere@philips.com>

Hi Sarai – can you please add this one to your review list and the call recordings we'd like to be sent to us ...

| Question/issue | Order Info (order date, order#, sub name) | |
|---|---|---|
| The son ▓ called to complain about the incorrect info they were given, which led him to cancel his mom's credit card and the Philips Lifeline service. ▓ says that his mom received an automated sales call from LW, and that she pushed a number to speak to a sales rep. and order the service.  The number she was given the incorrect call back number of 800-457-0525 which led them to believe the whole thing was a scam.  The number on her caller ID of 888-522-4517 is an invalid number, and the son reported seeing  negative comments on the internet about that number. Also, he says that number shows up under a misleading website, www.safelinealert.com, that made him think the whole thing was a scam.  He was dissatisfied with the entire circumstance of events. | Order Date/Time | : 9/27/2012 8:13:00 PM |
| | Program Code | : CS507 |
| | External Lead ID # | : 29282 |
| | Subscriber Gender | : Female |
| | Subscriber First Name | : ▓ |
| | Subscriber Last Name | : ▓ |
| | Subscriber Home Phone | : 920▓ |

Thanks

Tammy Berment
Global Commercial Operations
Philips Healthcare
Home Monitoring - Telecare
1 Clarks Hill
Framingham, MA 01702
(o) 508-988-1231
(c) 774-232-1936

**From:** Berment, Tammy
**Sent:** Wednesday, October 10, 2012 11:39 AM
**To:** sarai@lifewatch-usa.com; evan@lifewatch-usa.com
**Cc:** Vere, Brenda (brenda.vere@philips.com)
**Subject:** 3 customer sales calls needed

Hi Sarai -

We have 3 different customer situations that we need your help.  Can you please pull and send us the sales call
recordings for these 3 instances?

| Question/issue | Order Info (order date, order#, sub name) |
|---|---|
| | |

**Menjivar Att. B**
**Page 28 of 41**

FTC-WIS-S2-00000190

| | |
|---|---|
| [redacted] called to complain about a number of "incorrect statements". He says he was told he would receive a complete refund if they decided not to keep the service, and the phrasing about receiving the unit for free prompted him to ask if he could keep it if they cancelled. Sales rep asked him to hold while she checked on it, and she came back online and said he could keep the equip. He was quoted the correct monthly rate but he said he was offered a quarterly payment option at a reduced rate, and that if he didn't choose it now he could switch to it in the future. He also complained that he was offered coupons (not associated with PLL) that he didn't receive.<br><br>He says the sales agent he spoke with was Karen Myer. | Order Date/Time : 9/27/2012 6:43:00 PM<br>Program Code : CS507<br>External Lead ID # : 29252<br>Subscriber Gender : Male<br>Subscriber First Name :<br>Subscriber Last Name :<br>Subscriber Home Phone : 920 |
| The subscriber [redacted] says that she was told the Philips Lifeline was a GPS service. | Order Date/Time : 10/4/2012 12:24:00 PM<br>Program Code : CS507<br>External Lead ID # : 124618<br>Subscriber Gender : Female<br>Subscriber First Name :<br>Subscriber Last Name :<br>Subscriber Language : English<br>Subscriber Home Phone : 248 |
| The sub's daughter [redacted] would like the LW Sales call listened to because she says the LW rep. told her the service was being sold through Senior Alert Line, which she was led to believe was a scam. Also, she says she was promised things that Philips Lifeline does not have.<br><br>Daughter is threatening to contact the BBB | Order Date/Time : 10/2/2012 3:11:00 PM<br>Program Code : CS507<br>External Lead ID # : 118510<br>Subscriber Gender : Female<br>Subscriber First Name :<br>Subscriber Last Name :<br>Subscriber Language : English<br>Subscriber Home Phone : 337 |

Thanks

Tammy Borment
Global Commercial Operations
Philips Healthcare
Home Monitoring - Telecare
1 Clarks Hll
Framingham, MA 01702
(o) 508-988-1231
(c) 774-232-1936

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

https://mail.google.com/mail/u/0/?ui=2&ik=e534d34040&view=pt&search=inbox&msg=... 10/11/2012

FTC-WIS-S2-00000191



Katie C <katiewwinfo@gmail.com>

## Recordings
1 message

**gerardo@lifewatch-usa.com** <gerardo@lifewatch-usa.com>                    Thu, Sep 13, 2012 at 3:41 PM
To: Michael Hilgar <wwinfoservices@gmail.com>, Katie C <katiewwinfo@gmail.com>
Cc: Evan Sirlin <evan@lifewatch-usa.com>, sarai@lifewatch-usa.com, les Steinmetz <Les@lsteinmetz.com>

Good afternoon, I haven't hear from you about this recordings, Please send it to us
ASAP



Please help us with this, we really need to get bank ASAP

**Gerardo "G" Duran**
Account Manager
(516) 599-3620 Ext. 121



**FTC-WIS-S2-00000133**



US Affiliates< usaffiliatesinc@gmail.com>

## ▮▮▮▮▮▮r PLEASE CEASE ALL FURTHER SALES CALLS TO THIS PERSON

**gerardo@lifewatch-usa.com**< gerardo@lifewatch-usa.com>                Mon, Sep 24, 2012 at 3:13 PM
To: Ben Commissions <usaffiliatescorp@gmail.com>, US Affiliates <usaffiliatesinc@gmail.com>

Please make sure to stop calling this customer

We received a call from the nurse in site named ▮▮▮▮▮, calling on
behalf of ▮▮▮▮▮▮▮ at 239▮▮▮▮▮. ▮▮▮▮▮ repports that
Ms. ▮▮▮▮r had received a sales call from Lifewatch and informed the salesperson
that she would think things
over a call him back.

Since that conversation has taken place, ▮▮▮▮ reports that the
salesperson ans call back at least 6 times, including today and has
show a more aggressive and rude behavior. Ms. ▮▮▮▮ now feels that
she is being harassed and demands that all calls cease immediately.

Please share this with our sales team as soon as you are able. Thank you.

*Gerardo "G" Duran*
Account Manager
(516) 599-3620 Ext. 121

**LIFE***Watch*USA
PERSONAL CARING SERVICE SINCE 1980

FTC-WIS-S2-00000128



**WorldWide InfoServices, Inc< wwinfoservices@gmail.com>**

## [FWD: Fw: Customer concerned calls]

**sarai@lifewatch-usa.com** < sarai@lifewatch-usa.com>        Mon, Oct 1, 2012 at 10:22 AM
To: InfoServices WorldWide <wwinfoservices@gmail.com>, Eric <philitservice@gmail.com>

Hi Guys,
Is there any way to know if the below people were contacted by you?

**Sarai Baker**
**Direct Line 516.341.0911**
sarai@lifewatch-usa.com



-------- Original Message --------
Subject: Fw: Customer concerned calls
From: evan@lifewatch-usa.com
Date: Mon, October 01, 2012 9:42 am
To: "Evan sarai office direct" <sarai@lifewatch-usa.com>

Asap
Sent from my Verizon Wireless BlackBerry

**From:** "Berment, Tammy" <tammy.berment@philips.com>
**Date:** Mon, 1 Oct 2012 13:30:32 +0000
**To:** evan@lifewatch-usa.com<evan@lifewatch-usa.com>
**Cc:** Vere, Brenda<brenda.vere@philips.com>
**Subject:** RE: Customer concerned calls

Good Morning Evan -

Were able to determine if the two instances below were contacted by your
company or are your existing customers?

We have another person that contacted us that we are inquiring if a customer
of yours...

    ██████████████

    Phone# 309-███████
    Was contacted by someone who sold her "Lifeline" service

Please let us know.
Thanks

Tammy Berment
Global Commercial Operations

**Menjivar Att. B**
**Page 32 of 41**

https://mail.google.com/mail/u/0/?ui=2&ik=97e52252b5&view=pt&search=inbox&msg=1...   10/1/2012

FTC-WIS-S2-00000185

Dear Valued Customer,

Thank you for selecting us as your Senior Medical Alert provider. As you were promised, here is your $1000 Grocery Discount Coupon Savings Certificate at absolutely no charge. As an added value to you, and to show our appreciation to you for becoming a new customer, we have upgraded your certificate from $1000 to $1500 in grocery savings coupons at absolutely no charge. We have also added an additional $1500 in Dining Discounts, at no charge, in hopes of saving you even more money when you dine out on the town. Both of these certificates are yours to keep, FREE of charge, and with no obligation whatsoever. They are our gift to you.

Both the $1500 in Grocery Discount Coupons and the $1500 Dining Discount Certificate are completely transferable so you may allow family members and friends to use them on your behalf or even for themselves. For your convenience, every aspect of these offers can be printed or emailed directly from your computer.

Logging onto the web site to begin your savings is very easy. You simply go to the internet web site www.seniorgrocerysavings.com and click on the button that says SIGN IN HERE. Then on the next web page, click the JOIN NOW button and enter the Authorization Number and the PIN code provided to you on your certificate found enclosed with this letter. Fill out your personal information and you are on your way to saving money.

Your Certificates DO NOT have an expiration date, so you can use them at your leisure until you have used all $3000 in discounts.

You may also log into your account from different computers or even share your login with your family members, so if you do find grocery coupons or dining discounts that you would like to share you can do so quite easily.

There are many ways to save with these amazing offers, so take some time to browse through our web site and the links to our partner web sites. Once you get the hang of it you will find that saving money is quite fun and easy.

Our hope is that by providing you with these Discount Coupon Savings Certificates and the additional upgrade to our Premium $1500 in Grocery Discount Coupons and the $1500 Dining Discounts certificate, at no charge, that you will enjoy years of savings and possibly pass on a good word about us to your friends and family members.

Once again, we hope that you enjoy and save with our free gift to you and we would like to say thank you for allowing us to be your Senior Medical Alert System provider.

If you have any additional questions, you can call us at 1-800-717-9295 during our customer service hours of operation which are Monday – Friday 10am – 6pm EST

Thank You,

Lifewatch USA

**Menjivar Att. B**
**Page 33 of 41**

—Daisy M.

## Customer Service Change  Date: 01|31|2013

### Agent 530 Heather Issers

Customer ID [redacted]          Name [redacted]

Phone Number: 256- [redacted]   Time: 1:24pm Time to Call _____

Reason: Customer was told by rep that she
did not have to pay anything until
after she tried out the system

Catalina

Customer Service Change  Date: 1/31/13

Agent 483, Wynesha Wallace

Customer ID _____ Name _____

Phone Number: 414 _____ Time: 8:20pm Time to Call N/A

Reason: Rep told customer that she
didn't have to pay today only when
activated & also gave her a
customer service # 18005714929.



**Katie C <katiewwinfo@gmail.com>**

## [FWD: Duplicate]
1 message

**lauren@lifewatch-usa.com** <lauren@lifewatch-usa.com>          Fri, Feb 1, 2013 at 12:51 PM
To: Jake Walters <jakewwinfo@gmail.com>
Cc: Katie C <katiewwinfo@gmail.com>

Hey guys,

We are noticing that the agents are entering the deals multiple times.

I asked one of my processors to send me an example to let you know. see below

and she found about 4 (1 more after she sent this one)

## Lauren Vandewater
## (516) 599-3620 Ext. 147



-------- Original Message --------
Subject: Duplicate
From: <loretta@lifewatch-usa.com>
Date: Fri, February 01, 2013 12:37 pm
To: lauren@lifewatch-usa.com

█████████ -█████████ This is the third duplicate i have found from WW and
US.

Are you replying to Nicole's emails?
- can you teach Ken how to do this

Ken can look up clean ups & listen as well

**Menjivar Att. B**
**Page 36 of 41**

FTC-WIS-S2-00000549



Misty Newton <mistywwinfo@gmail.com>

## Fwd: ▮▮▮▮▮▮ ▮ - ▮▮▮▮▮▮▮▮

2 messages

**Jake Walters** <jakewwinfo@gmail.com>
To: Misty Newton <mistywwinfo@gmail.com>

Mon, Nov 26, 2012 at 4:11 PM

Please send this customer coupons. Thanks

Jake

——— Forwarded message ———
From: <lauren@lifewatch-usa.com>
Date: Wed, Nov 21, 2012 at 4:00 PM
Subject: ▮▮▮▮▮▮▮▮▮▮
To: Jake Walters <jakewwinfo@gmail.com>



▮▮▮▮▮▮▮▮▮▮

Jamaica, NY ▮▮▮▮▮▮

The above customer is asking about the coupons can you please have somebody take care of it

Thanks so much :)

## Lauren Vandewater
## (516) 599-3620 Ext. 147

**LIFE**Watch**USA**
PERSONAL CARING SERVICE SINCE 1980

**Misty Newton** <mistywwinfo@gmail.com>
To: Jake Walters <jakewwinfo@gmail.com>

Mon, Nov 26, 2012 at 4:11 PM

np
[Quoted text hidden]

**Menjivar Att. B**
**Page 37 of 41**

FTC-WIS-S2-00006143



Misty Newton <mistywwinfo@gmail.com>

███████████████████████

3 messages

**Misty Newton** <mistywwinfo@gmail.com>                    Wed, Dec 5, 2012 at 11:26 AM
To: lauren@lifewatch-usa.com
Cc: Katie C <katiewwinfo@gmail.com>

Lauren,

Could you please let me know this customers tracking # as well as if you know where her system is,,, she is
showing in Processed US Google Doc, and has called back this morning where her system is... I told her I would
get back to her as soon as I hear status on system

Thank you so much for your help
Misty

---

**lauren@lifewatch-usa.com** <lauren@lifewatch-usa.com>            Wed, Dec 5, 2012 at 12:05 PM
To: Misty Newton <mistywwinfo@gmail.com>
Cc: Katie C <katiewwinfo@gmail.com>

████████████████

supposed to be delivered
today



Estimated Delivery 12/5

**Lauren Vandewater**

**(516) 599-3620 Ext. 147**



[Quoted text hidden]

---

**Misty Newton** <mistywwinfo@gmail.com>                    Wed, Dec 5, 2012 at 12:06 PM
To: lauren@lifewatch-usa.com
Cc: Katie C <katiewwinfo@gmail.com>

thank you sooo much
[Quoted text hidden]

**Menjivar Att. B**
**Page 38 of 41**

FTC-WIS-S2-00006221



Misty Newton <mistywwinfo@gmail.com>

2 messages

**Farrah Heath** <farrahwwinfo@gmail.com>                                    Thu, Dec 6, 2012 at 4:05 PM
To: lauren@lifewatch-usa.com
Cc: Misty Newton <mistywwinfo@gmail.com>, Katie C <katiewwinfo@gmail.com>

This is a US CA Decline created 11/15 declined 11/16. CC info updated & auth to charge today. Pls expedite
shipment & include tracking number when available.

Thanks,
Farrah

**Misty Newton** <mistywwinfo@gmail.com>                                    Thu, Dec 6, 2012 at 4:11 PM
To: Farrah Heath <farrahwwinfo@gmail.com>
Cc: lauren@lifewatch-usa.com, Katie C <katiewwinfo@gmail.com>

crm as well as google doc are both updated
Misty
[Quoted text hidden]

**Menjivar Att. B**
**Page 39 of 41**

FTC-WIS-S2-00006227



Misty Newton <mistywwinfo@gmail.com>

## Fwd: ███████████████

2 messages

**Jake Walters** <jakewwinfo@gmail.com>                          Mon, Dec 10, 2012 at 11:33 AM
To: Misty Newton <mistywwinfo@gmail.com>

Please make sure this customer is in the process of receiving their grocery coupons. Thanks

Jake

———— Forwarded message ————
From: <lauren@lifewatch-usa.com>
Date: Mon, Dec 10, 2012 at 9:21 AM
Subject ████████████████████
To: Jake Walters <jakewwinfo@gmail.com>



Lansing, MI ███████

The above customer is upset that she has not received her coupons yet. Can you please have
somebody send them out or she will cancel she thinks its a scam

## Lauren Vandewater

## (516) 599-3620 Ext. 147



_Added 40 coupons_

**Misty Newton** <mistywwinfo@gmail.com>                          Mon, Dec 10, 2012 at 11:34 AM
To: Jake Walters <jakewwinfo@gmail.com>

_MN 12/10_

taken care of
[Quoted text hidden]

**Menjivar Att. B**
**Page 40 of 41**

FTC-WIS-S2-00006236

+Jenn   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

Google

Click here to enable desktop notifications for Gmail. Learn more Hide

Gmail

**COMPOSE**

FreeScoreOnline - 3 Bureau Credit Report - View your latest Credit Scores from all 3 bureaus in 60 seconds for $0!

Inbox (11)

Starred

Important

Sent Mail

Drafts (3)

Circles

Employee Licenses

Search people...

Jenna Law
Misty Newton
Giselle Gutierrez
solarbiz
Connolly, Dennis
David Saltrelli
David Saltrelli
erins
Katie
Lynn C. Bishop

Fwd: ▮▮▮▮▮▮▮▮▮▮    Inbox   203

More

12/13

Call # W

Dec 11

Left final vmail

**Jake Walters** <jakewwinfo@gmail.com>
to Misty, me

Helpppppp couponssss

──────── Forwarded message ────────
From: <lauren@lifewatch-usa.com>
Date: Tue, Dec 11, 2012 at 1:06 PM
Subject: ▮▮▮▮▮▮▮
To: Jake Walters <jakewwinfo@gmail.com>

Mailed November 13th

Fairfield, Cf ▮▮▮▮▮

The above customer is fuming about her coupons.  Can somebody send them out and give her a call to let her know

thanks

**Lauren Vandewater**
**(516) 599-3620 Ext. 147**



Coupons



FTC-WIS-S2-00006264

# Attachment C

| | |
|---|---|
| **From:** | John <johnwwinfo@gmail.com> |
| **Sent:** | Thursday, May 30, 2013 10:54 PM |
| **To:** | 'Katie Sylvers' <katiewwinfo@gmail.com>; 'Michael Medalert' <michaelmedalert@gmail.com> |
| **Subject:** | RE: Fraud Charges |

Sales rep is 537 Christopher Enoveso

**From:** Katie Sylvers [mailto:katiewwinfo@gmail.com]
**Sent:** Thursday, May 30, 2013 6:12 PM
**To:** Michael Medalert; johnwwinfo@gmail.com
**Subject:** Fwd: Fraud Charges

Please see who the sales rep is on this account

Sent from my iPhone

Begin forwarded message:

> **From:** Sarai Baker <sarai@lifewatch-usa.com>
> **Date:** May 30, 2013, 5:05:18 PM EDT
> **To:** Katie <katiewwinfo@gmail.com>
> **Subject: Fwd: Fwd: Fraud Charges**
>
> Katie,
> Please take a look below. Do you have any info that can shed some light on this?
>
>
> ---------- Forwarded message ----------
> From: **Pam Cohen** <pam@lifewatch-usa.com>
> Date: Thu, May 30, 2013 at 1:41 PM
> Subject: Fwd: Fraud Charges
> To: Sarai Baker <Sarai@lifewatch-usa.com>
>
> Client is ███████ - this is the second one this week where customer claims right after they ordered the service (US Affiliates) they had strange charges on their credit card, then cancelled. I am still trying to reach the other one for him to fax or email me his credit card statement.
>
> ---------- Forwarded message ----------
> From: **Becky Daleo** <becky@lifewatch-usa.com>
> Date: Thu, May 30, 2013 at 1:32 PM
> Subject: Fraud Charges
> To: Alex Lindsley <Alex@lifewatch-usa.com>, Pam Cohen <Pam@lifewatch-usa.com>
>
> I received a call from this client's daughter ███████. Here's a copy of the interaction from the account.
> Manager call ███████ daugther, very upset that sales rep misled mom, said her children bought her this unit, only paying $██.95 monthly, wouldn't hang up until she gave credit card #, daughter very upset-also stated next

**Menjivar Att. C**
**Page 1 of 13**

day 5/16/2013 charge from ████████████ L $219.25████████████ l & another charge 5/16/2013 from
████████████ appeared on her moms discover card. they are disputing those charges with discover.
Wants to return unit due to being misled & thinks we r a fraud, explained we have 0 tolerance for this, we will
terminate sales rep who did this, doesnt want-unit has not been opened, advised to go to fed ex & return to
sender-if they do not accept it, will send return shipping label to customer. gave my name & ext in case of any
problems, will call me when unit returned for refund, at that time she will give me new discover card number for
refund, called daughter and left message, would like to see if she can fax/email me her mom's discover card bill
to see charges & have it investigated, left vm on ████████████ #
████████ did fax the statement to me and I have attached it. No agent name shows on the admin account, it
just shows us Affiliates Data Entry.
Thanks!


--

Warm Regards,

Becky

Customer Service Assistant Manager

1-800-716-1433 ext 123




--

Warm Regards,

Pam Cohen
Customer Service/Retention Manager
516-582-1214 Cell
1-800-716-1433, ext. 105 Work




--

Sarai Baker, Director of Operations
Direct Line 516-405-4600
LIFE*Watch*USA


--

Sarai Baker, Director of Operations
Direct Line 516-405-4600
LIFE*Watch*USA

| | |
|---|---|
| **From:** | Katie Sylvers <katie4git@gmail.com> |
| **Sent:** | Tuesday, August 20, 2013 8:25 PM |
| **To:** | john4git@gmail.com |
| **Subject:** | Fwd: Misleading sales rep |

Please pull confirmation call and let me know if customer agreed to charging today

Sent from my iPhone

Begin forwarded message:

> **From:** "EVAN@Lifewatch-USA.com" <evan@lifewatch-usa.com>
> **Date:** August 20, 2013, 3:58:26 PM EDT
> **To:** Sarai Baker <sarai@lifewatch-usa.com>
> **Cc:** Katie Sylvers <katie4git@gmail.com>
> **Subject: Re: Misleading sales rep**
>
> We'll this is hwy we need activations done-
>
> Evan Sirlin LIFEWATCH-USA.com
>
> ---
>
> **From:** Sarai Baker
> **Sent:** Tuesday, August 20, 2013 3:30 PM
> **To:** Evan Sirlin; Mitchel.may@earthlink.net
> **Subject:** Fwd: Misleading sales rep
>
> here is a dispute where customer was told she wouldnt' have to pay until she activates it. i have gotten others like this. was rick told to remove this from his pitch?
>
> ---------- Forwarded message ----------
> From: **Yokasta Disla** <ydisla@lifewatch-usa.com>
> Date: Tue, Aug 20, 2013 at 3:21 PM
> Subject: Misleading sales rep
> To: Sarai Baker <Sarai@lifewatch-usa.com>
> Cc: Pam Cohen <Pam@lifewatch-usa.com>
>
>
> Good afternoon,
>
> This is another case of the many where the sales rep told her she would not have to pay for the unit unless she activates it. now this client has had our unit since May and refuses to pay because of what the sales rep has told her.
>
> Thank you,
> Yokasta



Customer ID ▮▮▮▮▮
Name ▮▮▮▮▮▮
Address ▮▮▮▮
Houston, TX ▮▮▮▮
Verify - Replace - Local - Map
Phone 1 (713) ▮▮▮▮ Home

--
Sarai Baker, Director of Operations
Direct Line 516-405-4600
**LIFE*Watch*USA**

| **From:** | Katie Sylvers <katie4git@gmail.com> |
| **Sent:** | Tuesday, August 6, 2013 5:55 PM |
| **To:** | John Amberson <john4git@gmail.com> |
| **Subject:** | Fwd: Complaints |

---------- Forwarded message ----------
From: **Pam Cohen** <pam@lifewatch-usa.com>
Date: Tue, Aug 6, 2013 at 1:42 PM
Subject: Complaints
To: Katie Sylvers <katie4git@gmail.com>
Cc: Evan Sirlin <Evan@lifewatch-usa.com>, Mitch May <Mitch@lifewatch-usa.com>, Sarai Baker
<Sarai@lifewatch-usa.com>

We have been getting countless calls and cancellations from Subscribers that they are being told in the
initial Sales Pitch that they are being told "Congratulations...someone paid $400 for the service for
you..."  In addition to that, they are being told they will have the equipment in 3 to 5 days.  The most
recent one called in a few minutes ago..█████ ID█████.

I, of course, always try to work around it by saying Yes, the equipment is free.  You are only paying for
the Monitoring Service, etc. etc.  In many cases, however, at that point, the Subscribers and their
families have lost complete trust in us.

█████ also complained that whatever number the initial call came from was not a working number.  So,
when she did not receive her equipment after 3 or 4 days, she panicked because she had no one to
contact.

The Script must be reworked--if, in fact, subscribers are being told someone paid for the service for
them, please stop that, and please tell the subscribers their equipment will be received in 7 to 10 business
days, not 3 to 5 business days.

Incidentally, I could not convince █████, no matter what I offered-a free month, free button on a
wristband as requested, lower her rate, my personal cell # as the contact #.  Our reps, as well as myself,
spend countless hours trying to resolve these issues.  Unfortunately, this is another that we cannot
"save"--and our reputation is further damaged.

I am drafting this email to you, while I have █████ and her son telling me about all the Scam Reports they
have read about and seen on their local News about Medical Alarm Companies.

Warm Regards,

Pam Cohen
Customer Service/Retention Manager
516-582-1214 Cell
1-800-716-1433, ext.105 Work

**Menjivar Att. C**
**Page 4 of 13**



| | |
|---|---|
| **From:** | Katie Sylvers <katiewwinfo@gmail.com> |
| **Sent:** | Saturday, July 20, 2013 5:22 PM |
| **To:** | john4git@gmail.com |
| **Subject:** | Fwd: Do not call |

Please make sure this gets removed, per Rick

Sent from my iPhone

Begin forwarded message:

> **From:** Lifewatch-EVAN <evan@lifewatch.net>
> **Date:** July 20, 2013, 12:22:31 PM EDT
> **To:** "sarai@lifewatch-usa.com sarai office" <sarai@lifewatch-usa.com>, Katie C
> <katiewwinfo@gmail.com>
> **Subject: Fw: Do not call**

Evan Sirlin

**From:** ███████
**Sent:** Saturday, July 20, 2013 12:13 PM
**To:** evan@lifewatch.net
**Subject:** Do not call

Do not ever call me again. Take my number off your auto call list: 901 ███████ . I have reported you to the National Do Not Call registry.

**Menjivar Att. C
Page 6 of 13**

**From:**      John Amberson <john4git@gmail.com>
**Sent:**      Saturday, July 20, 2013 11:03 PM
**To:**      'Phillips IT services' <philitservice@gmail.com>
**Subject:**      FW: Do not call

901 █████

Please DNC


Thanks



**From:** Katie Sylvers [mailto:katiewwinfo@gmail.com]
**Sent:** Saturday, July 20, 2013 1:22 PM
**To:** john4git@gmail.com
**Subject:** Fwd: Do not call

Please make sure this gets removed, per Rick

Sent from my iPhone

Begin forwarded message:

> **From:** Lifewatch-EVAN <evan@lifewatch.net>
> **Date:** July 20, 2013, 12:22:31 PM EDT
> **To:** "sarai@lifewatch-usa.com sarai office" <sarai@lifewatch-usa.com>, Katie C <katiewwinfo@gmail.com>
> **Subject: Fw: Do not call**


Evan Sirlin

> **From:** █████████
> **Sent:** Saturday, July 20, 2013 12:13 PM
> **To:** evan@lifewatch.net
> **Subject:** Do not call

Do not ever call me again. Take my number off your auto call list: 901 █████. I have reported you to the National Do Not Call registry.

| | |
|---|---|
| **From:** | John <johnwwinfo@gmail.com> |
| **Sent:** | Thursday, May 23, 2013 1:09 AM |
| **To:** | 'Phillips IT services' <philitservice@gmail.com> |
| **Subject:** | FW: LifeWatch More Information Request - from home page |

580████

**From:** Katie [mailto:katiewwinfo@gmail.com]
**Sent:** Wednesday, May 22, 2013 8:40 PM
**To:** johnwwinfo@gmail.com
**Subject:** Fwd: LifeWatch More Information Request - from home page

Can you ask Joe to remove this number from the list please per Evan & Rick :)


Begin forwarded message:

> **From:** "evan Sirlin" <evan@lifewatch-usa.com>
> **Date:** May 22, 2013, 8:03:14 PM EDT
> **To:** "Katie C" <katiewwinfo@gmail.com>
> **Subject: Fw: Fwd: LifeWatch More Information Request - from home page**
> **Reply-To:** evan@lifewatch-usa.com
>
> DNC-
> Sent from my Verizon Wireless BlackBerry
>
> **From:** Sarai Baker <sarai@lifewatch-usa.com>
> **Date:** Wed, 22 May 2013 19:52:18 -0400
> **To:** evan@lifewatch-usa.com<evan@lifewatch-usa.com>
> **Subject:** Fwd: LifeWatch More Information Request - from home page
>
> ???
>
> Sarai Baker
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** internetsales@lifewatch-usa.com
> > **Date:** May 22, 2013, 7:48:51 PM EDT
> > **To:** sarai@lifewatch-usa.com
> > **Cc:** evan@lifewatch-usa.com
> > **Subject: LifeWatch More Information Request - from home page**
> >
> > First Name: ████
> > Last Name: ████
> > Address: ████
> > City: Enid
> > State: OK
> > ZIP: ████
> > Phone: 580████
> > Email: ████gmail.com
> > Message: someone's calling me and I would confirm first if it is true
> > Dropdown: Client Referral

**Menjivar Att. C**
**Page 8 of 13**

| | |
|---|---|
| **From:** | Katie Sylvers <katiewwinfo@gmail.com> |
| **Sent:** | Monday, June 10, 2013 10:30 PM |
| **To:** | john4git@gmail.com |
| **Subject:** | Fwd: pre-ship script (guidelines) |
| **Attach:** | Call Script for Pre Ship for Call Centers.docx; ATT00261.htm |

Can you please print 20 copies of this attachment and wait for instructions tomorrow on what to do with it :)

Thanks

Sent from my iPhone

Begin forwarded message:

> **From:** Sarai Baker <sarai@lifewatch-usa.com>
> **Date:** June 10, 2013, 5:17:08 PM EDT
> **To:** Katie <katiewwinfo@gmail.com>
> **Subject: pre-ship script (guidelines)**
>
>
>
> --
> Sarai Baker, Director of Operations
> Direct Line 516-405-4600
> **LIFE*Watch*USA**

## Call Script – "Pre Ship"

Hi. This is _____ with Lifewatch. This is a courtesy call to welcome you to the Lifewatch Family and to confirm your order for a Lifewatch Medical Alarm System.

In order to get your order shipped out immediately, I need to quickly confirm some basic information with you:

Home address
Home phone number
Home phone service
Lockbox code
Shipping Address (if different)

Hold on one moment, let me get our Verification dept on the line in order to confirm your billing information…(516-405-4588).
This call may be monitored or recorded. May I continue?

This is _____ with Lifewatch ##### (dealer #). I have Mr/Mrs _____ on the line to confirm his/her order.
Today's date is ___/___/___. Customer ID _____. For the record, please state your First name …. and Last name…

Mr/Mrs _____, you are confirming your order for the Lifewatch service and agree to pay $_____ every mth/qtr/year, to be automatically taken out of your _____ (checking account/MC/VISA/DISC/AMEX) ending in _____ (last four digits). Do you agree? Excellent.

Do I have your authorization to charge your _____ today for the $_____ to cover the first mth/qtr/year of the monitoring?

Our payment will appear on your credit card/checking account statement as a draft of $_____ each mth/qtr/year on the _____ of the month as Medical Alarms .

That is all the information that I need from you at this time. Before I ship it out, did you have any questions about your order?

Once payment is cleared we will ship your Emergency Medical Alert system to you immediately. It will arrive to you within the next 5-7 business days. We ask that once you receive it give us a call so we can walk you through plugging the unit in, range testing, etc. It is very easy to do! There will also be some paperwork that needs to be filled out and sent back to us within 10 business days. We can assist you with that also. And again, it is all very easy to do.

If you have a pen and paper I would like to give you our call back number. Please feel free to call us at any time at 1-800-716-1433

**Menjivar Att. C**
**Page 10 of 13**

| | |
|---|---|
| **From:** | Jake Walters <jakewwinfo@gmail com> |
| **Sent:** | Thursday, March 28, 2013 3:34 PM |
| **To:** | John <johnmedalert@gmail com> |
| **Subject:** | Fwd: Example of why we should not let WWIS run real time charges |

Sent from my iPhone

Begin forwarded message:

> **From:** Katie <katiewwinfo@gmail com>
> **Date:** March 28, 2013, 11:32:55 AM EDT
> **To:** Jake Walters <jakewwinfo@gmail com>
> **Subject: Fwd: Example of why we should not let WWIS run real time charges**

Sent from my iPad

Begin forwarded message:

> **From:** "evan Sirlin" <evan@lifewatch-usa com>
> **Date:** March 28, 2013, 11:20:31 AM EDT
> **To:** "Katie C" <katiewwinfo@gmail com>
> **Subject: Fw: Example of why we should not let WWIS run real time charges**
> **Reply-To:** evan@lifewatch-usa com

Please address these issues with G and sarai so we don't kill processor-
Sent from my Verizon Wireless BlackBerry

> **From:** Gerardo Duran <gerardo@lifewatch-usa com>
> **Date:** Thu, 28 Mar 2013 11:09:35 -0400
> **To:** <evan@lifewatch-usa com>
> **Cc:** Sarai Baker<Sarai@lifewatch-usa com>
> **Subject:** Re: Example of why we should not let WWIS run real time charges

In this case, WWIS agent Amanda Summers entered the credit card and run the charge, it came back declined, then she went and repeat the same process 15 times in a 30 min. period. This issue was happening before and in some of this cases the customer was being contacted by their bank for the multiple un-successful  attempts  to get money out from their account.

**Gerardo "G" Duran**
CRM ANALYST
(516) 599-3620 Ext. 121



On Thu, Mar 28, 2013 at 10:57 AM, evan Sirlin <evan@lifewatch-usa com> wrote:
> Explain more to me
> Sent from my Verizon Wireless BlackBerry

> **From:** Gerardo Duran <gerardo@lifewatch-usa com>
> **Date:** Thu, 28 Mar 2013 10:31:58 -0400
> **To:** Evan Sirlin<Evan@lifewatch-usa com>; Mitch May<Mitchel may@earthlink net>
> **Cc:** Sarai Baker<Sarai@lifewatch-usa com>; Paule Oliveri<Paule@lifewatch-usa com>
> **Subject:** Example of why we should not let WWIS run real time charges

Here is an example of something that was happening before and now that they can charge themselves it's going to create an increase of chargebacks.

They don't understand that a credit card can only be run max 3 times from the same company in a 24 hour period.

Customer ID 
Address 
Harlingen, TX
Verify · Replace · Local · Map

Phone 1 (956)

**Menjivar Att. C**
**Page 11 of 13**

## Payment Method

| Method | Type | Information |
|--------|------|-------------|
| VISA | Credit Card | ▮ - Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | - Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ - Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ BIN Check |
| VISA | Credit Card | ▮ - Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ - Visa - xxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ Visa - xxxxx ▮ - BIN Check |
| VISA | Credit Card | ▮ - Visa - xxxxx ▮ - BIN Check |

## Transactions

## Transactions

| Date | Amount | Method | Processor | Information |
|------|--------|--------|-----------|-------------|
| March 26, 2013 at 1:52 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:50 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:49 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:44 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:36 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:35 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:34 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:31 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:30 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:29 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:29 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:27 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:23 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:20 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |
| March 26, 2013 at 1:19 PM by USA Amanda Summers | $34.95 | VISA | Credit Card - HEI | Payment 1 VoIP Unit (2639) |

## Interactions

**Menjivar Att. C**
**Page 12 of 13**

**Gerardo "G" Duran**
CRM ANALYST
(516) 599-3620 Ext. 121



# Attachment D

# KARL A. KRUGER
ATTORNEY AND COUNSELOR AT LAW

Barrister Hall
Nine First Street Northwest
Rochester, Minnesota 55901

Tele: 507.280.0100
Fax: 507.280.6797
Web: www.krugerlawoffice.com
Email: karl@krugerlawoffice.com

August 22, 2014

Ms. Melissa Reich
Federal Trade Commission – Midwest Region
55 West Monroe Street, Suite 1825
Chicago, IL 60603

RE:     Subpoena for CFM Data Network, LLC
        In Re : Federal Trade Commission, et al. v. Worldwide Info Services, Inc. et al.
        U.S. District Court for the Middle District of Florida Civil Action No. 6:14-cv-00008-CEM-DAB

Dear Ms. Reich:

Attached herewith on CD please find my client's production of documents and information for the above referenced matter in answer to the Subpoena dated August 5, 2014.

A.  Please see attached Documents 1 through 15.  Each of the responsive documents attached have some sort of contact information, identifying information, or account information for the referred to Defendants.
B.  Please see Documents 6 through 15.
C.  Please see Documents 1, 2, 6 through 15.
D.  Please see Documents 3 through 5.  My client only retains recorded telephone calls for 6 months and all communications with Defendants fall outside that range.
E.  Please see Documents 3 through 15.  My client does not retain custom lists, nor the lists of the types ordered by Defendants because they are obsolete after one year.
F.  My client obtained all of the data delivered to Defendant from World Information Data, Inc. (www.theworldinfodata.com) formerly known as www.infovio.com.
G.  None. The lists purchased by Defendants were general consumer lists. No one on the lists had opted in for any prerecorded telemarketing calls. The customer knew when he purchased the lists they were not DNC scrubbed, and it was their obligation to follow all applicable rules and regulations. This is evident from the attached signed invoices and particularly the emails where CFM Data staff explicitly told the Defendants' representative that it was their obligation to scrub the lists.
H.  None.

I have also attached the requested Certification of Records of Regularly Conducted Activity.  If you have additional questions or concerns please feel free to contact my office directly at the number listed above.

Very Truly Yours,

Karl A. Kruger
Attorney at Law

Enclosures

Cc:     Complete Financial Marketing, LLC

**Menjivar Att. D**
**Page 1 of 2**

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.      I, _ANDREW NOLTING_____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.      I have authority to certify the authenticity of the records produced by CFM Data Network, LLC and attached hereto.

3.      The documents produced and attached hereto by CFM Data Network, LLC are originals or true copies of records of regularly conducted activity that:

   a)      Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b)      Were kept in the course of the regularly conducted activity of CFM Data Network, LLC; and

   c)      Were made by the regularly conducted activity as a regular practice of CFM Data Network, LLC.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____8-22-_____, 2014.

_____
Signature

# Attachment E



**CFM Leads - 56Leads.com**

2002 2nd St SW Ste 5
Rochester, MN 55902

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2013 | 081513-01 |

| Ship To | Bill To |
|---------|---------|
| Global Service Providers<br>Mike Hilgar<br>5415 Lake Howell Rd #142<br>Winter Park , FL  32792 | Global Service Providers<br>Mike Hilgar<br>5415 Lake Howell Rd #142<br>Winter Park , FL  32792 |

| Customer E-mail | Customer Fax | Customer Phone | Sale Via |
|-----------------|--------------|----------------|----------|
| globalspinc@gmail.com | | 407-466-6463 | Cathy |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Senior Database Count: 42,277,029 | | 8,999.99 | 8,999.99T |
| Special Discount: APPV CM | | -4,000.00 | -4,000.00 |
| OVERNIGHT EXPRESS SHIPPING (USA) | | 30.00 | 30.00T |

Orders must be submitted and/or confirmed in writing before shipping.  By signing below I understand I have read and agree with CFM Data Network EULA located at http://www.cfmleads.com/eula.html and I verbally authorized payment over the phone.  I understand CFM Data Network does not warrant or guarantee the results of any mailing or other use of data provided.  Demographic overlay data is considered accurate and reliable, but not guaranteed.  No other warranties or refunds apply.  In no event shall CFM Data Network be liable in excess of the cost of the product ordered.  In the case of electronic data transfer, no refunds or returns will be allowed.  Cancelled, changed or re-run orders are subject to costs incurred for all work-in-progress including but not limited to run charges, format costs, shipping expenses and handling fees. Our 100% satisfaction guarantee does not apply to all lists. Please review our guarantee on our website.

| | |
|---|---|
| **Subtotal** | $5,029.99 |
| **Sales Tax (0.0%)** | $0.00 |
| **TOTAL** | $5,029.99 |
| **Balance Due** | $5,029.99 |

NOTE:  Please carefully check all of the information on this page.  Once this order confirmation has been returned to CFM Data Network, changes cannot be made to the order.  By signing below I agree I have ordered the above referenced products and agree to pay above total amount according to card issuer agreement. It is the responsibility of the list user to comply with all states and/or Federal laws. This includes the DNC list, unsolicited faxing and Voice Broadcasting. Under no circumstances will CFM Data Network be liable for consequential, incidental or any other damages or claims based upon any breach of government regulations by the list user. Any data that is advertised as Opt-In, has been collected by user input through a web form or landing page owned and hosted by a 3rd party company. This data is considered to be accurate, but is not guaranteed. It is common for users to input a fake phone number, name, email, physical address, or birth date when filling out these forms.      It is common for users to opt-in on multiple sites so they may be listed more than once. Due to the nature of this data we can not guarantee a certain percentage of accuracy.  It is common to see at least a 20% bounce rate when sending email to these lists. We can not guarantee overnight delivery- once the package is out of our possession, it is out of our hands. Exchanges are available for damaged media only. Damaged media must be sent back within 30 days. We do not offer refunds or returns on custom orders, or opened software or any file that was sent via download link.

Authorizing Signature: _~~M Hilg~~_____ (signature must match name on card )

Printed Name: _Michael Hilgar_____ Date: _8-15-13_

**Menjivar Att. E**

**PLEASE SIGN, DATE, and FAX back to: 612-454-2644.**
**You may scan your signed copy and email it to: Shipping@CFMLeads.com**

# Attachment F

From: <underwriting@electronicpayments.com>     Page: 2/6     Date: 2/28/2013 4:42:38 PM

WFB

███████████ 0551



AUTOMATED MERCHANT SERVICES

# Merchant Application

BPI 1306                          PAGE 1 OF 3                          EPI1306

| OFFICE USE ONLY | MERCHANT # ███████ 0551 | | | ISO OFFICE NAME | Automated Merchant Services, Inc. | |
|---|---|---|---|---|---|---|
| | RICMCO CODE 5047 | FICO SCORE 711 | ANALYST | ISO OFFICE PHONE | (516) 887-1797 | OFFICE CODE RAP01 |

## ISO USE ONLY
☐ Option A   ☐ Option B   ☐ Option C   ☐ Option D   ☒ Option E   ☐ Option F

## 1 MERCHANT INFORMATION

| MERCHANT BUSINESS NAME (DOING BUSINESS AS) | MERCHANT LEGAL/CORPORATE NAME (IF DIFFERENT FROM DBA) |
|---|---|
| Lifewatch Inc | Lifewatch Inc |
| DBA OUTLET LOCATION | LEGAL ADDRESS |
| 268 Merrick Road | 268 Merrick Road |
| DBA OUTLET CITY, STATE & ZIP | LEGAL CITY, STATE & ZIP |
| Lynbrook, NY 11563 | Lynbrook, NY 11563 |

| CONTACT NAME | DBA LOCATION TELEPHONE # | FAX # | CUSTOMER SERVICE TELEPHONE # |
|---|---|---|---|
| Paula L Oliveri | (516) 405-4595 | (866) 338-9120 | (800) 716-1433 |

| WEBSITE ADDRESS (IF APPLICABLE) | MAIL STATEMENTS AND INVOICES TO: | IS THIS A SEASONAL BUSINESS? |
|---|---|---|
| HTTP://lifewatch-usa.com | ☒ CORPORATE ADDRESS ☐ BUSINESS ADDRESS | ☐ YES ☒ NO |
| MERCHANT EMAIL ADDRESS | MAIL RETRIEVAL REQUESTS TO: ☒ CORPORATE ADDRESS ☐ BUSINESS ADDRESS | MC PROGRAM REGISTRATION ID: |

## 2 IRS DISCLOSURE AND FORM W9

| IRS NAME (EXACTLY AS IT APPEARS ON YOUR INCOME TAX RETURN) | Lifewatch Inc | | |
|---|---|---|---|
| FEDERAL TAX ID # (USED TO FILE YOUR INCOME TAX RETURN) ███████ 7307 | TIN TYPE | ☐ SOCIAL SECURITY # ☒ EMPLOYER ID # | ☒ INDIVIDUAL/SOLE PROPRIETOR ☐ C CORPORATION ☒ S CORPORATION ☐ PARTNERSHIP ☐ TRUST/ESTATE |
| ☐ I CERTIFY THAT I AM A FOREIGN ENTITY/NONRESIDENT ALIEN. (IF CHECKED, PLEASE ATTACH IRS FORM W-8) | YOU MUST CHECK ONE BOX | | |

## 3 OWNERS/OFFICERS/PARTNERS

| OWNER/PRINCIPAL # 1 (PRINT) | | | | OWNER/PRINCIPAL # 2 (PRINT) | | |
|---|---|---|---|---|---|---|
| Evan Sitlin | | 100 % EQUITY OWNERSHIP | | | | % EQUITY OWNERSHIP |
| SOCIAL SECURITY NUMBER ███████ | TITLE Pres | TELEPHONE NUMBER (800) 716-1433 | | SOCIAL SECURITY NUMBER | TITLE | TELEPHONE NUMBER |
| RESIDENCE ADDRESS ███████ | | | | RESIDENCE ADDRESS | | |
| CITY, STATE AND ZIP Hewlett NY ███ | | COUNTRY | DATE OF BIRTH | CITY, STATE AND ZIP | COUNTRY | DATE OF BIRTH |
| DRIVERS LICENSE # | | DL STATE New York | | DRIVERS LICENSE # | | DL STATE |

HAS MERCHANT OR ANY ITEMS/OWNER DISCLOSED ABOVE FILED BANKRUPTCY OR BEEN SUBJECT TO AN INVOLUNTARY BANKRUPTCY?
☐ YES  ☒ NO  (IF YES, EXPLAIN) _____

**Automated Merchant Services**
269 Hempstead Ave. Suite 210 Malverne, NY 11565
Phone: 516-887-1797  |  Fax: 516-593-8352                          V.12.522.1

Menjivar Att. F
Page 1 of 4

From: <underwriting@electronicpayments.com>     Page: 3/6     Date: 2/28/2013 4:42:38 PM

EPI1306                                Page 2 of 3                                EPI1306

## 4 | MERCHANT PROFILE AND PROCESSING SUMMARY

DOES THIS MERCHANT USE A THIRD PARTY ENTITY TO STORE, PROCESS OR TRANSMIT CREDIT CARD TRANSACTIONS? IF YES, GIVE NAME AND ADDRESS, IDENTIFY SOFTWARE USED BY THIRD PARTY PROCESSOR, IF YES, EXPLAIN.
☒ YES ☐ NO    *Auth.net*

WHAT IS THE TIMEFRAME OF DELIVERY OF THE PRODUCT? EXPLAIN IF NECESSARY.
☐ IMMEDIATE/AT SALE ☒ 0 < 7 DAYS ☐ 7 < 30 DAYS ☐ 30 DAYS +

WHO PERFORMS THE PRODUCT OR SERVICE FULFILLMENT FOR THE MERCHANT?
☒ DIRECT BY MERCHANT ☐ VENDOR ☐ OTHER (IF "VENDOR" INPUT NAME AND ADDRESS)

VENDOR NAME

VENDOR CITY, STATE AND ZIP                     VENDOR PHONE

CREDIT CARD SALES ARE DEPOSITED
☐ DATE OF ORDER ☐ DATE OF DELIVERY ☐ OTHER (EXPLAIN)

ARE CUSTOMERS REQUIRED TO LEAVE DEPOSIT?
☐ YES ☐ NO (IF YES, PERCENTAGE REQUIRED_____%)

| FINANCIAL DATA (ROUND TO WHOLE NUMBERS) | GROSS YEARLY SALES VOLUME (CASH + CREDIT + CHECKS) $ 15,206,897 | AVERAGE YEARLY VISA/MC/DNV/VOLUME $ 4,875,000 | AVERAGE TICKET AMOUNT $ 65.00 | HIGHEST TICKET AMOUNT $ 1000.00 |

**WHERE IS THE SALE TRANSACTED?**
STORE FRONT SWIPED ____%
INTERNET ____%
MAIL ORDER *100*%
TELEPHONE ORDER ____%
                                    **100%**

**HOW IS THE TRANSACTION COMPLETED?**
ELECTRONIC DATA CAPTURE – CARD SWIPED ____%
MANUAL KEYED WITH CARD IMPRINT ____%
KEYED ENTRY = CARD NOT PRESENT OR IMPRINTED *100*%
VOICE AUTH AND CAPTURE ____%
                                    **100%**

WHAT IS THE MERCHANT'S REFUND POLICY? EXPLAIN IF NECESSARY.
☐ NO REFUNDS ☐ EXCHANGE ONLY ☒ FULL REFUND ☐ STORE CREDIT

IF ISSUING A VISA/MC/DNV CREDIT, HOW LONG UNTIL A CREDIT IS ISSUED BACK TO THE CUSTOMER'S CARD?
☒ 0–3 DAYS ☐ 4–7 DAYS ☐ 8–14 DAYS ☐ MORE THAN 14 DAYS

DOES MERCHANT PERFORM RECURRING TRANSACTIONS OR AUTO-RENEWALS? EXPLAIN.
☐ YES ☐ NO

## 5 | BANKING INFORMATION

| NAME OF MERCHANT'S BANK | BANK CONTACT REPRESENTATIVE | BANK PHONE NUMBER |
|---|---|---|
| Community National Bank | Diane Lumot | 516-594-1321 |

ACCOUNT TYPE
☒ CHECKING ☐ SAVINGS

TRANSIT #/BANK/ROUTING NUMBER ▓▓▓▓

DDA ACCOUNT NUMBER ▓▓▓▓0209

## 6 | EXISTING ENTITLEMENTS

HAVE YOU PREVIOUSLY HAD AN AMERICAN EXPRESS SE #?
☒ YES ☐ NO

AMERICAN EXPRESS SE # ▓▓▓2429

E/T FNS #

## 7 | VENDOR TRADE REFERENCES

| REFERENCE 1 | VENDOR NAME _____  CONTACT NAME _____  PHONE NUMBER _____ |
|---|---|
|  | VENDOR ADDRESS _____  ACCOUNT # _____ |
| REFERENCE 2 | VENDOR NAME _____  CONTACT NAME _____  PHONE NUMBER _____ |
|  | VENDOR ADDRESS _____  ACCOUNT # _____ |

## 8 | MERCHANT SITE SURVEY AND BUSINESS DETAILS

ARE YOU USING AN OUTSIDE VENDOR FOR THIS SITE INSPECTION? ☐ YES ☒ NO (IF YES, ATTACH A COPY OF THE VENDOR'S REPORT.)

GIVE A DETAILED EXPLANATION OF THE MERCHANDISE AND/OR SERVICE SOLD/PERFORMED BY MERCHANT? *Medical Alarms + Alert System*
☐ RETAIL ☐ RESTAURANT ☐ LODGING ☐ PETROLEUM
☐ TRADESHOW ☐ CAR RENTAL ☐ INTERNET ☒ MO/TO
LENGTH OF CURRENT OWNERSHIP *17 years*

BUSINESS LOCATION TYPE
☐ RETAIL-STORE FRONT ☒ OFFICE BUILDING ☐ HOME-BASED ☐ RESTAURANT ☐ MIXED USE ☐ OTHER ____

☒ INCORPORATION ☐ LLC ☐ PARTNERSHIP ☐ GOVT ☐ SOLE PROPRIETORSHIP ☐ NON-PROFIT ☐ OTHER
DATE INCORPORATED *12 1996*
STATE OF INCORPORATION *NY*
WHAT IS THE NAME OF YOUR PREVIOUS PROCESSOR AND REASON AND DATE FOR LEAVING?
☐ RATED ☐ SERVICE ☐ CLOSED O/A _____

AREA ZONED AS ☒ COMMERCIAL ☐ INDUSTRIAL ☐ RESIDENTIAL

SQUARE FOOTAGE ☐ 0–250 ☐ 251–500 ☒ 501–2,000 ☐ 2001 +

DOES THE MERCHANT INVENTORY AND MERCHANDISE ON SHELVES AND FLOOR APPEAR CONSISTENT WITH THE TYPE OF BUSINESS SPECIFIED ABOVE? (IF NO, EXPLAIN)
☒ YES ☐ NO

NUMBER BUILDING LEVELS/FLOORS ☐ 1 ☒ 2–4 ☐ 5–10 ☐ 11+

MERCHANT OCCUPIES WHICH FLOOR *First*

IS BUSINESS LICENSE VISIBLE? (IF NO, EXPLAIN) ☒ YES ☐ NO

HOW MANY TERMINALS OR REGISTERS?

HOW MANY EMPLOYEES?

REMAINING FLOORS OCCUPIED BY
☐ RESIDENTIAL ☒ COMMERCIAL ☐ COMBINATION

ADVERTISING METHOD (ATTACH EXAMPLE)
☐ CATALOG ☐ BROCHURE ☐ DIRECT MAIL ☐ TV/RADIO ☐ INTERNET ☐ PHONE

WHERE IS THE MERCHANT'S SIGNAGE DISPLAYED? *Door*

I HEREBY VERIFY THAT THIS APPLICATION HAS BEEN FULLY COMPLETED BY MERCHANT AND THAT I HAVE PHYSICALLY INSPECTED THE BUSINESS PREMISES OF THE MERCHANT AT THIS ADDRESS AND THE INFORMATION STATED ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. ANY MISREPRESENTATION MAY RESULT IN LOSSES AND/OR LIABILITIES. EPI MAY ALSO CONTRACT WITH AN OUTSIDE SIDE INSPECTION TO SCHEDULE AN EXTERNAL SITE SURVEY AND/OR THE MERCHANT WILL SCHEDULE AN APPOINTMENT IMMEDIATELY UPON REQUEST.

AGENT NAME *Craig Rossein*     SIGNATURE *Craig Rossein*     SALES REP ID *RAP01*     DATE *2/28/13*

Menjivar Att. F
Page 2 of 4

From: <underwriting@electronicpayments.com>    Page: 4/6    Date: 2/28/2013 4:42:38 PM

EPI1306    Page 3 of 3    EPI1306

## 9. SERVICE FEE SCHEDULE

YOU MAY CHOOSE WHICH CARD TYPES TO ACCEPT/APPLY FOR BY SELECTING THE CHECKBOX. DISCOUNT RATES AND FEES ARE CHARGED ON GROSS SALES VOLUME.

| ☒ VISA CREDIT | ☒ VISA DEBIT | ☐ VOYAGER | ☒ MASTERCARD CREDIT | ☒ MASTERCARD DEBIT |
| ☒ PIN DEBIT/ATM | ☒ AMERICAN EXPRESS® ONE POINT | ☐ WRIGHT EXPRESS | ☐ EBT | ☒ DISCOVER® NETWORK |

### RATES AND PERCENTAGES

☒ PASS IC THROUGH PLUS: 15 % + $ .06 PER ITEM    ADD'L OPTIONS: ☒ DUES/ASSESSMENTS ☐ CR VOUCHER ☒ VISA BASE AND MC INET

| ☐ 2 TIER | QUAL ___ % + $ ___ | MID ___ % + $ ___ | ☐ 2 TIER WITH ERR | QUAL ___ % + $ ___ | ERR RATE: ___ % |
| ☐ 3 TIER | QUAL ___ % + $ ___ | MID ___ % + $ ___ | NON ___ % + $ ___ | ☐ PASS INTERCHANGE PER ITEM FEES TO MERCHANT | |
| ☐ 4 TIER | QUAL ___ % + $ ___ | MID ___ % + $ ___ | NON ___ % + $ ___ | CHK ___ % + $ ___ | ☒ EARLY FUNDING CUTOFF |

PLEASE REFER TO THE PROGRAM GUIDE FOR ADDITIONAL RATE DESCRIPTIONS, SEE SECTION x.x OF THE PROGRAM GUIDE FOR DETAILS REGARDING LIMITED ACCEPTANCE.

### TRANSACTION AND AUTHORIZATION CHARGES

| VISA | $ ___ (PER ITEM) | SEE ABOVE SECTION | PIN-BASED ATM/DEBIT | ___ % + $ ___ |
| MASTERCARD | $ ___ (PER ITEM) | SEE ABOVE SECTION | BATCH FEE | $ ___ (PER INSTANCE) |
| DISCOVER NETWORK | $ ___ (PER ITEM) | SEE ABOVE SECTION | ADDRESS VERIFICATION FEE | $ ___ (PER ITEM) |
| AMERICAN EXPRESS ONE POINT* | $ ___ (PER ITEM) | DISCOUNT RATE ___ % | EBT TRANSACTION FEE | $ ___ (PER ITEM) |
| PREPAID/GIFTCARD CHARGES AND FEES | SUPERMARKETS $ 0.20 (PER ITEM) | | ALL OTHER MERCHANTS 1.95 % DISCOUNT RATE | |

*An inbound fee of 0.40% will be applied by American Express. Any Charge made by an American Express Card/Account using a Card Issued by an American Express Issuer located outside of the United States.

*0.30% downgrade will be charged by American Express for transactions whenever a CNP or Card Not Present Charge occurs. CNP means a Charge for which the Card is not presented at the point of purchase (e.g., Charges by mail, telephone, fax or the internet).

PLEASE REFER TO THE TERMS AND CONDITIONS FOR STANDARD FEES AND THE EARLY TERMINATION FEE. EARLY TERMINATION OF THIS AGREEMENT MAY RESULT IN A MINIMUM CHARGE OF $250.00.

### RECURRING SERVICE CHARGES

| ☐ MONTHLY SERVICE CHARGE | $ ___ (PER LOCATION) | ☐ ONLINE ACCOUNT MAINTENANCE FEE | $ ___ (PER LOCATION) |
| ☐ MONTHLY MINIMUM FEE | $ ___ (PER LOCATION) | ☐ DEBIT ACCESS FEE | $ ___ |
| ☐ ANNUAL PROGRAM MEMBERSHIP FEE | $ ___ | ☐ PCI / SUPPLY / WARRANTY MERCHANT ADVANTAGE PROGRAM | $ ___ (PER ITEM) (MONTHLY FEE) AND (MAINTENANCE) |

### WIRELESS ACCESS FEES

| ☐ WIRELESS AIRTIME ACCESS PER MONTH AND TRANSACTION | $ ___ (MONTHLY PER ITEM) $ ___ (ONE TIME SETUP FEE) $ ___ (PER TRANSACTION) |

### MICROS / AUTH FEES / INTERNET GATEWAY

| ☐ MONTHLY GATEWAY FEE PER MONTH AND TRANSACTION | $ ___ (MONTHLY PER ITEM) $ ___ (ONE TIME SETUP FEE) $ ___ (PER TRANSACTION) |

### 10. PERSONAL GUARANTEE (NO TITLES)

Personal Guarantee: The undersigned guarantees to Electronic Payments, Inc. ('EPI') and Wells Fargo Bank ('Bank') the performance of this Agreement, if applicable, and any addendum thereto by Client, and in the event of default, hereby waives Notice of Default and agrees to indemnify the other parties, including but not limited to, the payment of all sums due and owing and costs associated with enforcement of the terms thereof. EPI and Bank shall not be required to first proceed against Client or enforce any other remedy before proceeding against the undersigned individual. This is a continuing guarantee and shall not be discharged or affected by the death of the undersigned and shall bind the heirs, administrators, representatives and assigns and be enforced by or for the benefit of any successor of EPI and Bank. The term of this guarantee shall be for the duration of the Merchant Processing Application and any addendum thereto and shall guarantee all obligations which may arise or occur in connection with my activities during the term thereof (through enforcement) and shall be equally subsequent to any termination.

| PRINCIPAL #1 FROM APPLICATION - SIGNATURE *(signed)* Evan Siclia | DATE ACCEPTED 2/28/13 | PRINCIPAL #2 FROM APPLICATION - SIGNATURE | DATE ACCEPTED |
| PRINT NAME | | PRINT NAME | |

### 11. SIGNATURE

Client certifies that all information set forth in this completed Merchant Processing Application is true and correct and that Client has received a copy of the terms and conditions of any optional Electronic Payments, Inc. ('EPI') programs Client has selected to participate in from Section 7, the Program Guide (Version EPI1306) and Confirmation Page, which is part of this Merchant Processing Application (consisting of Sections 1-11), and by this reference incorporated herein. Client further agrees that Client will not accept more than 20% of its card transactions via mail, telephone or internet order. However, if Client's Application is approved based upon contrary information stated in Section 4, Merchant Profile and Processing Summary section above, you are authorized to accept transactions in accordance with the percentages indicated in that section. Client authorizes EPI and Wells Fargo Bank ('Bank') and their agents to investigate the references, statements and other data submitted herein and to obtain additional information from credit bureaus and other lawful sources, including personal and commercial referred to in this Merchant Processing Application. Client authorizes EPI and BANK and their agents (x) to procure information from any consumer reporting agency bearing his/her personal credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, and (ii) to contact current employers, personal references and educational institutions, Each of the undersigned authorizes us and our Affiliates to provide amongst each other the information contained in this Merchant Processing Application and Agreement and any information received from all references, including banks and consumer reporting agencies. It is our responsibility and policy to obtain certain information in order to verify your identity while processing your account application, including but not limited to, an OFAC search, MasterCard® MATCH lookup, Discover Network Consortium Merchant Negative File ('CMNF') and inquiry into your FICO score.

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express Card Acceptance Agreement ('Agreement'), and that all information provided herein is true, complete, and accurate. I authorize Electronic Payments, Inc. ('EPI') and American Express Travel Related Services Company, Inc. ('AXP') and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information in their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct EPI and AXP and AXP agents and Affiliates to inform me directly, or through the entity above, of reports about me that may have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports from consumer reporting agencies for marketing and administrative purposes.

I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it either to AXP's program for EPI to perform services for AXP or to AXP's standard Card acceptance program which would require a different agreement (e.g., different speeds of pay). I understand that if the entity does not qualify for the EPI servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Client agrees to all the terms of this Merchant Processing Application and Agreement. You further acknowledge and agree that you will not use your merchant account and/or the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq., as may be amended from time to time. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by EPI and Bank. This Agreement shall be deemed accepted only upon the assignment and issuance of a Merchant ID Number (MID) by EPI or Bank.

**PRINT LEGAL NAME OF MERCHANT BUSINESS**

Lifewatch Inc

| X *(signed)* PRINCIPAL #1 FROM APPLICATION - SIGNATURE | DATE ACCEPTED 2/28/13 | PRINCIPAL #2 FROM APPLICATION - SIGNATURE | DATE ACCEPTED |
| PRINT NAME Evan Sirelin | TITLE Pres | PRINT NAME | TITLE |

ACCEPTED BY ELECTRONIC PAYMENTS, INC. 1160 SCOTT AVE, CALVERTON, NY 11933    ACCEPTED BY WELLS FARGO BANK, 12500 MONTEGO, WALNUT CREEK, CA 94598

**Menjivar Att. F**
**Page 3 of 4**

**EPI1306** | **CONFIRMATION PAGE**

Please read the Program Guide in its entirety. It describes the terms under which we will provide merchant processing services to you.

From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most commonly asked.

1. Your discount rates are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard, Visa and Discover Network. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 17 of the Program Guide).

2. We may debit your bank account from time to time for amounts owed to us under the Agreement.

3. There are many reasons why a Chargeback may occur. When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargebacks, see Section 10.

4. If you dispute any charge or funding, you must notify us within 60 days of the date of the statement where the charge or funding appears or should have appeared.

5. The Agreement limits our liability to you. For a detailed description of the limitation of liability see Section 19.

6. We have assumed certain risks by agreeing to provide you with Card processing. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you (see Section 22, Term; Events of Default and Section 23, Reserve Account; Security Interest).

7. By executing this Agreement with us you are authorizing us and our Affiliate to obtain financial and credit information regarding your business and the signer and guarantors of the Agreement until all your obligations to us and our Affiliate are satisfied.

8. The Agreement contains a provision that in the event you terminate the Agreement early, you may be responsible for the payment of early termination fees as set forth in Section 33, Additional Fee Information.

9. Card Organization Disclosure
Visa and MasterCard Member Bank Information: Wells Fargo Bank, N.A.
The Bank's mailing address is 1200 Montego Way, Walnut Creek, CA 94598, and its phone number is (925) 746-4143.

Important Member Bank Responsibilities:

a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.

b) The Bank must be a principal (signer) to the Merchant Agreement.

c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.

d) The Bank is responsible for and must provide settlement funds to the Merchant.

e) The Bank is responsible for all funds held in reserve that are derived from settlement.

Important Merchant Responsibilities:

a) Ensure compliance with cardholder data security and storage requirements.

b) Maintain fraud and chargebacks below Card Organization thresholds.

c) Review and understand the terms of the Merchant Agreement.

d) Comply with Card Organization rules.

Print Client's Business Legal Name:  Lifewatch Inc

By its signature below, Client acknowledges that it received the complete Program Guide [Version EPI1306 ] consisting of 26 pages (including this confirmation).

Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed.

Client understands that a copy of the Program Guide is also available for downloading from the Internet at:
www.electronicpayments.com/prg/

NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED AND, IF MADE, ANY SUCH ALTERATIONS OR STRIKE-OUTS SHALL NOT APPLY.

Client's Business Principal:
Signature (Please sign below):

X _____     Title  President     Date  2/28/13

Please Print Name of Signer  Evan Sirlin

# Attachment G

Harmonious App p1.jpg - Gmail                                              Page 1 of 2

WFR

**1096**



AUTOMATED MERCHANT SERVICES

# **Merchant** Application

| EPI 1305 | | MERCHANT # | | PAGE 1 OF 5 | | EPI |

| OFFICE USE ONLY | MERCHANT # | SIGNED CODE **5047** | ISO SOCIAL **738** | ANALYST | ISO OFFICE NAME Automated Merchant Services, Inc. | |
| | | | | | ISO OFFICE PHONE (516) 987-1797 | OFFICE CODE **RAPCG** |

| **ISO USE ONLY** | □ Option A | □ Option B | □ Option C | □ Option D | □ Option E | □ Option |

## 1. MERCHANT INFORMATION

| MERCHANT BUSINESS NAME (DOING BUSINESS AS) | MERCHANT LEGAL/CORPORATE NAME (IF DIFFERENT FROM DBA) |
|---|---|
| HOME HEALTH ALERT | HARMONIOUS ENTERPRISES INC |
| DBA OUTLET LOCATION | LEGAL ADDRESS |
| 246 MERRICK RD | 37 W 47th STREET |
| DBA OUTLET CITY, STATE & ZIP | LEGAL CITY, STATE & ZIP |
| Lynbrook, NY 11563 | New York NY 10036 |
| CONTACT NAME | DBA LOCATION TELEPHONE # | TAX # | CUSTOMER SERVICE TELEPHONE # |
| Paul Oliveri | 516-405-4595 | | 1-800-716-1455 |
| WEBSITE ADDRESS (IF APPLICABLE) | EMAIL STATEMENTS AND INVOICES TO: | IS THIS A SEASONAL BUSINESS |
| HTTP// | ☑ CORPORATE ADDRESS □ BUSINESS ADDRESS | □ YES ☑ NO |
| MERCHANT EMAIL ADDRESS | MAIL RETRIEVAL REQUESTS TO: | IRS PROGRAM REGISTRATION |
| | □ CORPORATE ADDRESS ☑ BUSINESS ADDRESS | |

## 2. IRS DISCLOSURE AND FORM W9

| IRS NAME (EXACTLY AS IT APPEARS ON YOUR INCOME TAX RETURN) | HARMONIOUS ENTERPRISES INC | |
|---|---|---|
| FEDERAL TAX ID # (USED TO FILE YOUR INCOME TAX RETURN) | 2445 | TIN TYPE □ SOCIAL SECURITY # ☑ EMPLOYER ID # |
| □ I CERTIFY THAT I AM A FOREIGN ENTITY/NONRESIDENT ALIEN. (IF CHECKED, PLEASE ATTACH IRS FORM W-8.) | YOU MUST CHECK ONE BOX | □ INDIVIDUAL/SOLE PROPRIET □ C CORPORATION □ S CORPORATION □ PARTNERSHIP □ TRUST/ESTATE |

## 3. OWNERS/OFFICERS/PARTNERS

| OWNER/PRINCIPAL # 1 (PRINT) | | % EQUITY OWNERSHIP | OWNER/PRINCIPAL # 2 (PRINT) | | % EQUITY OWNER |
|---|---|---|---|---|---|
| Hing TACK CHEN | 100 | | | | |
| SOCIAL SECURITY NUMBER | TITLE Mr. | TELEPHONE NUMBER 212 | SOCIAL SECURITY NUMBER | TITLE | TELEPHONE NUMBER |
| RESIDENCE ADDRESS | | | RESIDENCE ADDRESS | | |
| Fresh Meadows, NY | COUNTRY USA | DATE OF BIRTH | CITY, STATE AND ZIP | COUNTRY | DATE OF BIRTH |
| DRIVERS LICENSE # | DL STATE NY | | DRIVERS LICENSE # | | DL STATE |
| HAS THE OWNER OR ANY PRINCIPAL/OWNER DISCLOSED ABOVE FILED BANKRUPTCY OR BEEN SUBJECT TO AN INVOLUNTARY BANKRUPTCY? □ YES ☑ NO (IF YES, EXPLAIN) | | | | | |

From: <underwriting@electronicpayments.com>     Page: 3/7     Date: 7/15/2013 2:40:09 PM

Harmonious App p2.jpg - Gmail                                           Page 1 of 2

EPH306                          Page 2 of 3                          EPH11

## 4. MERCHANT PROFILE AND PROCESSING SUMMARY

DOES THE MERCHANT USE A THIRD PARTY ENTITY TO STORE, PROCESS OR TRANSMIT CREDIT CARD TRANSACTIONS? IF YES, GIVE NAME AND VENDOR, IDENTIFY SOFTWARE USED BY THIRD PARTY PROCESSOR, IF YOU EXPLAIN

☒ YES ☐ NO   _Authorize.net_

| WHERE IS THE SALE TRANSACTED? | | HOW IS THE TRANSACTION COMPLETED? | |
|---|---|---|---|
| STORE FRONT SWIPED | ___% | ELECTRONIC DATA CAPTURE – CARD SWIPED | ___ |
| INTERNET | ___% | MANUAL KEYED WITH CARD IMPRINT | ___ |
| MAIL ORDER | _100_% | KEYED ENTRY – CARD NOT PRESENT OR IMPRINTED | _100_ |
| TELEPHONE ORDER | ___% | VOICE AUTH AND CAPTURE | ___ |
| | 100% | | 100% |

WHAT IS THE TIMEFRAME OF DELIVERY OF THE PRODUCT? EXPLAIN IF NECESSARY.
☐ IMMEDIATE/INT SALE ☒ 0 < 7 DAYS ☐ 7 < 30 DAYS ☐ 30 DAYS +

WHO PERFORMS THE PRODUCT OR SERVICE FULFILLMENT FOR THE MERCHANT?
☒ DIRECT BY MERCHANT ☐ VENDOR ☐ OTHER (IF 'VENDOR' INPUT NAME AND ADDRESS)

VENDOR NAME

VENDOR CITY, STATE AND ZIP          VENDOR PHONE

CREDIT CARD SALES ARE DEPOSITED
☒ DATE OF ORDER ☐ DATE OF DELIVERY ☐ OTHER (EXPLAIN)

ARE CUSTOMERS REQUIRED TO LEAVE DEPOSITS?
☐ YES ☒ NO (IF YES, PERCENTAGE REQUIRED ___%)

WHAT IS THE MERCHANT'S REFUND POLICY? EXPLAIN IF NECESSARY.
☐ NO REFUNDS ☐ EXCHANGE ONLY ☒ FULL REFUND ☐ STORE CREDIT

IF ISSUING A VISA/MC/ON CARDS, HOW LONG UNTIL A CREDIT IS ISSUED BACK TO THE CUSTOMER'S CARD
☒ 0-3 DAYS ☐ 4-7 DAYS ☐ 8-14 DAYS ☐ MORE THAN 14 DAYS

DOES MERCHANT PERFORM RECURRING TRANSACTIONS OR AUTO-RENEWALS? EXPLAIN.
☒ YES ☐ NO   _Monthly Service_

| ☑ FINANCIAL DATA (ROUND TO WHOLE NUMBERS) | DOES YEARLY SALES VOLUME = (EARN + CREDIT + CHECKS) | AVERAGE YEARLY VISA/MC/RUN VOLUME | AVERAGE TICKET AMOUNT | HIGHEST TICKET AMOUNT |
|---|---|---|---|---|
| | $ 1,925,000.00 | $ 175,000 | $ 35 | $ 500 |

## 5. BANKING INFORMATION

NAME OF MERCHANT'S BANK   _Signature Bank_
BANK CONTACT REPRESENTATIVE   _Angela Hosea_
BANK PHONE NUMBER   _516-214-0842_

ACCOUNT TYPE   ☑ CHECKING ☐ SAVINGS
TRANSIT / ABA / ROUTING NUMBER   ▓▓▓▓
DDA ACCOUNT NUMBER   ▓▓▓ 1010

## 6. EXISTING ENTITLEMENTS

HAVE YOU PREVIOUSLY HAD AN AMERICAN EXPRESS SE #?  ☒ YES ☐ NO
AMERICAN EXPRESS SE #   ▓▓▓▓ 0451
EST TXC #

## 7. VENDOR TRADE REFERENCES

| REFERENCE 1 | VENDOR NAME | CONTACT NAME | PHONE NUMBER |
|---|---|---|---|
| | VENDOR ADDRESS | | ACCOUNT # |
| REFERENCE 2 | VENDOR NAME | CONTACT NAME | PHONE NUMBER |
| | VENDOR ADDRESS | | ACCOUNT # |

## 8. MERCHANT SITE SURVEY AND BUSINESS DETAILS

ARE YOU USING AN OUTSIDE VENDOR FOR THIS SITE INSPECTION? ☐ YES ☒ NO (IF YES, ATTACH A COPY OF THE VENDOR'S REPORT.)

GIVE A DETAILED EXPLANATION OF THE MERCHANDISE AND/OR SERVICE SOLD/PERFORMED BY MERCHANT
☐ RETAIL ☐ RESTAURANT ☐ LODGING ☐ PETROLEUM
☐ TRADESHOW ☐ CAR RENTAL ☐ INTERNET ☒ MO/TO

_Personal Emergency Response Systems_

LENGTH OF CURRENT OWNERSHIP   _5 months_

BUSINESS LOCATION TYPE   ☐ RETAIL STORE FRONT ☒ OFFICE BUILDING ☐ HOME-BASED ☐ RESTAURANT ☐ MIXED USE ☐ OTHER

☒ CORPORATION ☐ LLC ☐ PARTNERSHIP ☐ GOVT ☐ SOLE PROPRIETORSHIP ☐ NON-PROFIT ☐ OTHER
DATE INCORPORATED   _2/1/13_
STATE OF INCORPORATION   _NY_
WHAT IS THE NAME OF YOUR PREVIOUS PROCESSOR AND REASON A DATE FOR LEAVING?
☐ RATES ☐ SERVICE ☐ CLOSED ON ___

AREA ZONED AS   ☒ COMMERCIAL ☐ INDUSTRIAL ☐ RESIDENTIAL
SQUARE FOOTAGE   ☐ 0-250 ☐ 251-500 ☐ 501-1,000 ☐ 200

DOES THE MERCHANT INVENTORY AND/OR MERCHANDISE ON SHELVES AND FLOOR APPEAR CONSISTENT WITH THE TYPE OF BUSINESS SPECIFIED ABOVE? IF NO, EXPLAIN
☒ YES ☐ NO
NUMBER BUILDING LEVELS/FLOORS   ☐ 1 ☒ 2-4 ☐ 5-10 ☐ 11+
MERCHANT OCCUPIES WHICH FLOOR   _First_

IS BUSINESS LICENSE VISIBLE? IF NO, EXPLAIN   ☒ YES ☐ NO
HOW MANY TERMINALS OR REGISTERS?
HOW MANY EMPLOYEES?
REMAINING FLOORS OCCUPIED BY   ☐ RESIDENTIAL ☒ COMMERCIAL ☐ COMBINATION

ADVERTISING METHOD (ATTACH EXAMPLE)
☐ CATALOG ☐ BROCHURE ☐ DIRECT MAIL ☐ TV/RADIO ☐ INTERNET ☐ PHONE
WHERE IS THE MERCHANT'S SIGNAGE DISPLAYED?

I HEREBY VERIFY THAT THIS APPLICATION HAS BEEN FULLY COMPLETED BY MERCHANT AND THAT I HAVE PHYSICALLY INSPECTED THE BUSINESS PREMISES OF THE MERCHANT AT THIS ADDRESS AND THE INFORMATION STATED ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. ANY MISREPRESENTATION MAY RESULT IN CLOSED AND/OR LIABILITIES. REP MAY ALSO CONTRACT WITH AN OUTSIDE SITE INSPECTOR TO SCHEDULE AN EXTERNAL SITE SURVEY AND I OR THE MERCHANT WILL SCHEDULE AN APPOINTMENT IMMEDIATELY UPON REQUEST.

_Craig Rossen_   _Craig Rossen_   _RAPCG_

**Menjiyar Att. G**
**Page 2 of 4**

From: <underwriting@electronicpayments.com>    Page: 4/7    Date: 7/15/2013 2:40:09 PM

Harmonious App p3.jpg ~ Gmail    Page 1 of 2

EPI1308    Page 3 of 3    EPI

## SERVICE FEE SCHEDULE

YOU MAY CHOOSE WHICH CARD TYPES TO ACCEPT SIMPLY BY SELECTING THE CHECKBOX. DISCOUNT RATES AND FEES ARE CHARGED ON GROSS SALES VOLUME.

| ☒ VISA CREDIT | ☒ VISA DEBIT | ☐ VOYAGER | ☒ MASTERCARD CREDIT | ☒ MASTERCARD DEBIT |
| ☒ PIN DEBIT/ATM | ☐ AMERICAN EXPRESS ONE POINT | ☐ WRIGHT EXPRESS | ☐ EBT | ☒ DISCOVER® NETWORK |

## RATES AND PERCENTAGES

☒ PASS IC THROUGH PLUS ℅ + 15 % + $ .06 PER ITEM   ADD'L OPTIONS: ☒ DUES/ASSESSMENTS  ☐ CR VOUCHER  ☒ VISA BASE AND MC INE

☐ 2 TIER   QUAL ___ % + $ ___   MID ___ % + $ ___   ☒ 2 TIER WITH ERR   QUAL ___ % + $ ___   ERR RATE: ___

☐ 3 TIER   QUAL ___ % + $ ___   MID ___ % + $ ___   NON ___ % + $ ___   ☐ PASS INTERCHANGE PER ITEM FEES TO MERCHANT

☐ 4 TIER   QUAL ___ % + $ ___   MID ___ % + $ ___   NON ___ % + $ ___   CHK ___ % + $ ___   ☒ EARLY FUNDING CUT

PLEASE REFER TO THE PROGRAM GUIDE FOR ADDITIONAL RATE DESCRIPTIONS. SEE SECTION 1.9 OF THE PROGRAM GUIDE FOR DETAILS REGARDING LIMITED ACCEPTANCE.

## TRANSACTION AND AUTHORIZATION CHARGES

| VISA | $ ___ PER ITEM | SEE ABOVE SECTION | PIN-BASED ATM/DEBIT | ___ % + $ ___ PER IT |
| MASTERCARD | $ ___ PER ITEM | SEE ABOVE SECTION | BATCH FEE | $ ___ PER INSTANCE |
| DISCOVER NETWORK | $ ___ PER ITEM | SEE ABOVE SECTION | ADDRESS VERIFICATION FEE | $ ___ PER ITEM |
| AMERICAN EXPRESS ONE POINT | $ ___ PER ITEM | SEE ABOVE SECTION | EBT TRANSACTION FEE | $ ___ PER ITEM |
| PREPAID/GIFT CARD CHARGES AND FEES | SUPERMARKETS $ .20 TRANSACTION PER | | ALL OTHER INDUSTRIES 3.95 % DISCOUNT RATE |

## RECURRING SERVICE CHARGES

| ☐ MONTHLY SERVICE CHARGE | $ ___ PER LOCATION | ☐ ONLINE ACCOUNT MAINTENANCE FEE | $ ___ PER LOCATION |
| ☐ MONTHLY MINIMUM FEE | $ ___ PER LOCATION | ☐ DEBIT ACCESS FEE | $ ___ PER LOCATION |
| ☐ ANNUAL PROGRAM MEMBERSHIP FEE | $ ___ PER LOCATION | ☐ PCI / SUPPLY / WARRANTY MERCHANT ADVANTAGE PROGRAM | % ___ PER LOCATION |

## WIRELESS ACCESS FEES

| ☐ WIRELESS AIRTIME ACCESS PER MONTH AND TRANSACTION | $ ___ ONE TIME SETUP FEE | $ ___ PER TRANSACTION |

## MICROS/AUTH FEES/INTERNET GATEWAY

| ☐ MONTHLY GATEWAY FEE PER MONTH AND TRANSACTION | $ ___ ONE TIME SETUP FEE | $ ___ PER TRANSACTION |

## PERSONAL GUARANTEEING TITLES

Personal Guaranty: The undersigned guarantees to Electronic Payments, Inc. ('EPI') and Wells Fargo Bank ('Bank') the performance of this Agreement, if applicable, and any addendum thereto by Client, a in the event of default, hereby waives Notice of Default and agrees to indemnify the other parties, including but not limited to, the payment of all sums due and owing and funds associated with enforcement of terms thereof. EPI and Bank shall not be required to first proceed against Client or enforce any other remedy before proceeding against the undersigned individual. This is a continuing guarantee and shall not be discharged or affected by the death of the undersigned and shall bind the heirs, administrators, representatives and assigns and be enforced by or for the benefit of any successors of EPI and Bank. The term of guaranty shall be for the duration of the Merchant Processing Application and Agreement and any addendum thereto and shall guarantee all obligations which may arise or occur in connection with my activ guaranty from thereof through enforcement shall be sought independent of any termination.

X _Chen Hy Cnek_ 7/15/13

PRINCIPAL #1 FROM APPLICATION - SIGNATURE    DATE ACCEPTED    PRINCIPAL #2 FROM APPLICATION - SIGNATURE    DATE ACCEPTED

_Hung Tuck Chen_

PRINT NAME    PRINT NAME

## SIGNATURE

Client certifies that all information set forth in this approved Merchant Processing Application is true and correct and that Client has received a copy of the terms and conditions of any Applicant Electronic Payments, Inc. ('EPI') program, Client has adhered to participate in Item Section 7, the Program Guide (Version EPI1308) and Confirmation Page, which is part of this Merchant Processing Application (consisting of Sections 1-11), and by this reference incorporated herein. Client further agrees that Client will not engage more than 20% of its card transactions via mail, telephone or internet order. However, if Client's Application is approved based upon a primary information encoded in Section 4, Merchant Profile and Processing Summary section above, you are authorized to accept transactions in accordance with percentages indicated in that section. Client authorizes EPI and Wells Fargo Bank ('Bank') and their agents to investigate the references, statements and other data contained herein and to obtain additional information from credit bureaus and other credit sources, including persons and companies named in this Merchant Processing Application. Client authorizes EPI and BANK and their agents (a) to procure information from this consumer reporting agency bearing his/her personal credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, and (b) to contact all prior/co employers, personal references and appropriate individuals. Each of the undersigned authorizes in and our Affiliates to provide aggregate each other the information contained in this Merchant Processing Application and Agreement and any information received from all references, including banks and consumer reporting agencies. If such responsibility and policy to obtain certain information in order to verify your identity while processing your account application, including but not limited to, an OFAC search, MasterCard® MATCH lookup, Discover Network Consortium Merchant Nega File ('CMNF') and inquiry into your FICO score.

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ('Agreement'), and that all information provided herein is true, complete, and accurate. I authorize Electronic Payments, Inc. ('EPI') and American Express Travel Related Services Company, Inc. ('AXP') and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and also exchanging my information with your customer reporting agencies, and other parties for any purpose permitted by law. I authorize and direct EPI and AXP and AXP's agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. This information will include the name and address of the agency furnishing the report. I also authorize AXP and its agents and Affiliates to use the information obtained reporting agencies for marketing and administrative purposes.

I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it either to AXP's program for EPI to perform services for AXP or to AXP's standard Card acceptance program which has different servicing terms (e.g. different speeds of pay). I understand that if the entity does not qualify for the EPI program that the entity may be enabled to AXP's standard Card Acceptance program, and the entity may terminate this Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intent to be bound, the entity agrees to be bound by the Agreement.

Client agrees to all the terms of this Merchant Processing Application and Agreement. You further acknowledge and agree that you will not use your merchant account under the Services for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by EPI and Bank. The Agreement shall be deemed to accepts only upon the assignment and issuance of a Merchant ID Number (MID) by EPI or Bank.

PRINT LEGAL NAME OF MERCHANT BUSINESS

X _Chen Hy Cnek_ 7/15/13

PRINCIPAL #1 FROM APPLICATION - SIGNATURE    DATE ACCEPTED    PRINCIPAL #2 FROM APPLICATION - SIGNATURE    DATE ACCEPTED

_Hung Tuck Chen_   _President_

PRINT NAME    TITLE    PRINT NAME    TITLE

Menjivar Att. G

**CONFIRMATION PAGE**

Please read the Program Guide in its entirety. It describes the terms under which we will provide merchant processing services to y

From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor. The following info summarizes portions of your Agreement in order to assist you in answering some of the questions we are most commonly asked.

1. Your discount rates are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard, Visa and Discover Network. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 17 of the Program Guide).

2. We may debit your bank account from time to time for amounts owed to us under the Agreement.

3. There are many reasons why a Chargeback may occur. When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargebacks, see Section 10.

4. If you dispute any charge or funding, you must notify us within 60 days of the date of the statement where the charge or funding appears or should have appeared.

5. The Agreement limits our liability to you. For a detailed description of the limitation of liability see Section 19.

6. We have assumed certain risks by agreeing to provide you processing. Accordingly, we may take certain actions to mitigate including termination of the Agreement, and/or hold monies payable to you (see Section 22, Term; Events of Default and S Reserve Account; Security Interest).

7. By executing this Agreement with us you are authorising u Affiliate to obtain financial and credit information regarding your and the signer and guarantors of the Agreement until all your ol to us and our Affiliate are satisfied.

8. The Agreement contains a provision that in the event you the Agreement early, you may be responsible for the paymen termination fees as set forth in Section 33, Additional Fee Infer

9. **Card Organization Disclosure**
**Visa and MasterCard Member Bank Information: Wells Fargo Bank, N.A.**
The Bank's mailing address is 1200 Montego Way, Walnut Creek, CA 94598, and its phone number is (925) 746-4143.

**Important Member Bank Responsibilities:**
a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
b) The Bank must be a principal (signer) to the Merchant Agreement.
c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.
d) The Bank is responsible for and must provide settlement funds to the Merchant.
e) The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities:**
a) Ensure compliance with cardholder data security and storag requirements.
b) Maintain fraud and chargebacks below Card Organization thresholds.
c) Review and understand the terms of the Merchant Agreemer
d) Comply with Card Organization rules.

Print Client's Business Legal Name: *Harmonious Enterprises Inc.*

By its signature below, Client acknowledges that it received the complete Program Guide [Version EP11308 ] consisting of 26 pages (I this confirmation).

Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agr Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed.

Client understands that a copy of the Program Guide is also available for downloading from the Internet at:
**www.electronicpayments.com/prg/**

NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED AND, IF MADE, ANY SUCH ALTER. OR STRIKE-OUTS SHALL NOT APPLY.

**Client's Business Principal:**
Signature (Please sign below):

X *Chen Hy Tack*          Title *President*          Date *7/15/13*
*Hing Track Chen*
Please Print Name of Signer

**Menjivar Att. G**
**Page 4 of 4**