# Attachment L



# STATE OF CONNECTICUT

*DEPARTMENT OF CONSUMER PROTECTION*

August 8, 2013

## CERTIFIED MAIL NO. 7011 2000 0001 0588 8502
## RETURN RECEIPT REQUESTED

Evan Sirlin, CEO
Lifewatch Inc.
266 Merrick Road
Lynbrook, NY 11563

Re: Investigative Demand, Docket No. 13-612

Dear Mr. Sirlin:

I am an attorney for the Connecticut Department of Consumer Protection. This department has reason to believe that your company may have engaged in deceptive telemarketing practices. As part of this investigation, Consumer Protection Commissioner William Rubenstein has issued an Investigative Demand under Connecticut's Unfair Trade Practices Act. This Investigative Demand requires you to answer Interrogatories and provide certain documents.

I have enclosed a true and correct copy of the above-referenced Investigative Demand that has been executed by Commissioner Rubenstein. Please note that the responses must be made under oath and are due on September 6, 2013. If you have any questions, please call me at (860) 713-6092. If I am not available, please call Attorney Elisa Nahas at (860) 713-6088.

Very truly yours,

Steven J. Schwane
Staff Attorney

Enclosure
SD/L-LIFEWATCH

Menjivar Att. L
Page 1 of 8

FTC00428

## STATE OF CONNECTICUT

## DEPARTMENT OF CONSUMER PROTECTION

### INVESTIGATIVE DEMAND

TO:    Lifewatch Inc.                                                                            Docket No. 13-612

GREETINGS:

BY AUTHORITY OF THE STATE OF CONNECTICUT and, more particularly, pursuant to the authority granted the Commissioner of Consumer Protection by virtue of Section 42-110d(c) of the Connecticut General Statutes, you are hereby commanded to present to the Office of the Commissioner, State Office Building, Room 103, 165 Capitol Avenue, Hartford, Connecticut 06106, written answers, UNDER OATH, to the following interrogatories and to produce at said place certain documentary materials which may be in your possession, custody or control with respect to an investigation presently being conducted by the Department of Consumer Protection. The methods, acts or practices under investigation concern telemarketing telephone calls to Connecticut consumers for medical alert products or services. These acts may constitute violations of Connecticut's Unfair Practices Act, Chapter 735a, and Do Not Call law, Connecticut General Statues, Section 42-288a. Compliance is to be made no later than 4:30 p.m., Friday, September 6, 2013.

If you fail to obey this Investigative Demand, appropriate relief will be sought in accordance with Section 42-110d of the Connecticut General Statutes.

All documentary material requested by this Investigative Demand should be attached to your answer. In answering this Investigative Demand, please provide all information that is available to you, whether based on personal knowledge or upon

information and belief. If certain information is not available to you, state where that information is located and who has custody of it, if you know.

For the purposes of this Investigative Demand, the following definitions apply:

(i)    "or" means and/or;

(ii)    "document" or "documentary materials" means the original or a copy of a book, record, report, memorandum, paper, communication, tabulation, map, chart, photograph, mechanical transcription, or other tangible document or record, wherever situate;

(iii)    "person" means a natural person; and

(iv)    "company" means corporation, limited liability company, partnership, limited liability partnership, incorporated or unincorporated association, and any other legal entity.

## INTERROGATORIES

Prior to the rendition of your answers to the following written interrogatories, please repeat the text of the question to which you are responding.

1.    Please state the legal name of your business or businesses, and state the type of legal entity (e.g., corporation, limited liability company, etc.).

2.    Please list your State of incorporation or organization, and the date of incorporation or organization.

3.    If you are a corporation, please list the names and addresses of your Board of Directors and your corporate officers.

2

4.     If you are a limited liability company or other legal entity, please list the names and addresses of your officers, members, managers or other persons legally authorized to manage your business.

5.     If you are a foreign (non-Connecticut) corporation, limited liability company or other legal entity, please provide proof that you have a certificate of authority to conduct business from the Connecticut Secretary of the State.

6.     Please list the address and telephone number of your principal place of business.

7.     Please list the addresses of all other places of business of your company.

8.     Please state any other names or fictitious trade names used by your company.

9.     Please list the names and addresses of any other business entity your company is affiliated with, owns, or has a partial ownership interest in, and please list any business entity that owns or has an ownership interest in your company.

10.    Please state whether you have entered into agreements with any person or company to do your telemarketing. If yes, please state names and addresses of these persons or companies and the dates these companies did telemarketing for your company at any time since July 1, 2012.

11.    Please state the date your company first began doing business in the State of Connecticut.

12.    Please state the date your company, or any person or company on your behalf, commenced telemarketing telephone calls into the State of Connecticut.

3

**Menjivar Att. L**
**Page 4 of 8**

13. Please list all telephones numbers used by your company for telemarketing, to Connecticut residents since July 1, 2012. Please include any telephone numbers used by other companies or persons employed by you to call on behalf of your company.

14. Please state whether your company has used the following telephone numbers in its telemarketing to Connecticut: 203-896-7109, 860-840-7104 or 860-315-6012.

15. Please list the telephone numbers of all Connecticut consumers to which telemarketing telephone calls were made by your company since July 1, 2012.

16. Please state how your Connecticut telephone database was generated or obtained, and if purchased, the company name and address from whom purchased.

17. Please state whether you use the "Do Not Call" list maintained by the Federal Trade Commission. If yes, please state the date this list was obtained.

18. Please state if you have policies in place to remove the telephone numbers on the "Do Not Call"" list maintained by the Federal Trade Commission from your telemarketing telephone number database.

19. Please state whether your company maintains a "Do Not Call List" for consumers who request that your company not call them in the future.

20. Please state whether you have written procedures on compliance with the federal and state "Do Not Call" laws.

21. If you answered yes to Interrogatory No. 20, please state whether you have trained your employees to follow the written procedures on compliance with federal and state "Do Not Call" laws. If yes, please state the nature of this training.

4

22.    Please state whether you have made any "robocalls" or calls by use of a recorded message device to Connecticut consumers. If yes, please state the date these calls commenced.

23.    Please state whether you have sent solicitations by mail to Connecticut residents concerning the services your company offers.

24.    Please state whether you have run radio or television commercials in Connecticut concerning the goods or services you offer.

25.    Please state whether you have used in Connecticut any "drop boxes" or displays in stores, restaurants or other places of businesses.

26.    Please list the names and addresses of Connecticut customers who entered into contracts with you, what services were provided by you to these customers, and the cost or fees paid by these customers to you.

27.    For any costs or fees referenced in Interrogatory No. 26, please list any third party source of reimbursement, whether pending or actually paid.

28.    Please state whether your company, since January 1, 2010, has been sued by any state or federal agency, or any private person or company, concerning your companies marketing practices or sales or telemarketing practices. If yes, please state the dates, name and addresses of the agencies, companies or persons, the nature of the claims and any legal decisions, judgments or agreements in these actions.

## DOCUMENTARY MATERIAL TO BE PRODUCED

Please provide copies of the following documents:

5

1.      any scripts or guides used by telephone solicitors or salespersons during sales solicitations or sales presentations made by or on behalf of your company;

2.      any agreements entered into with telemarketing companies referred to in the answer to Interrogatory No. 10;

3.      any policies to remove telephone numbers on the "Do Not Call" list referred to in the answer to Interrogatory No. 18;

4.      the "Do Not Call" list referred to in the answer to Interrogatory No. 19;

5.      any written procedures on compliance with federal and state "Do Not Call" laws referred to in the answer to Interrogatory No. 20;

6.      any records of employee training concerning compliance with federal and state "Do Not Call" laws referred to in the answer to Interrogatory No. 21;

7.      any scripts of the "robocalls" or recorded messages referred to in the answer to Interrogatory No. 22;

8.      any solicitations by mail referred to in the answer to Interrogatory No. 23;

9.      any scripts of all radio or television commercials referred to in the answer to Interrogatory No. 24;

10.     any "drop boxes" or displays referred to in the answer to Interrogatory No. 25;

11.     all contracts entered into with the Connecticut consumers referred to in the answer to Interrogatory No. 26;

12.     all records of payments by Connecticut consumers or third parties referred to in the answers to Interrogatories Nos. 26 or 27; and

6

13.    any administrative or legal Complaints, or settlement or agreements referred to in the answer to Interrogatory No. 28.

HEREOF FAIL NOT, UNDER PENALTY OF LAW.

Dated at Hartford, Connecticut this ⏤ day of August, 2013.

William M. Rubenstein
Commissioner of Consumer Protection

SD/CID-LIFEWATCH

7

# Attachment M

# Organizational Chart



**LIFE**Watch USA
PERSONAL CARING SERVICE SINCE 1980

**Evan Sirlin**
President

**Deirdre Aquino**
Exec Assistant

**Paula Johnson**
Exec Assistant

**Lisa Benzola**
HR Director

**Mitchell May**
Vice President

**David Roman**
Vice President

**Craig Cleasby**
Treasurer

**Paule Oliveri**
Controller

**Nicole Simeona**
Accounting Supervisor

**Sarai Baker**
Director of Operations

**Chynna Griffin**
Receptionist/Admin Assistant

**Accounting Dept**
4 Employees

**3 Customer Service Supervisors**

**Gerardo Duran**
CRM Manager

**Juan S. Gomez**
Inventory Manager

**Jason Cooper**
Sales Manager

**Joe Denaro**
Order Processing Manager

**Customer Service Dept**
20 employees

**CRM Analysts**
3 Employees

**Inventory Dept**
22 employees

**Sales Dept**
1 employee

**Order Processing Dept**
12 employees

**Menjivar Att. M**

FTC00325

# Attachment N

| | |
|---|---|
| Sales: | [Inaudible 00.00] program this is Quinisha Hampton, ARI agent number 7967, may I ask whom I'm speaking with? |
| Buyer: | XXXX. |
| Sales: | XXX? |
| Buyer: | Right. |
| Sales: | How you doing today Ms. XXXX? |
| Buyer: | Fine. |
| Sales: | And in case we get disconnected is this the best phone number to reach you back on? |
| Buyer: | Probably so. |
| Sales: | Okay great, [inaudible 00:31] to our [inaudible] assistance program. [inaudible] medical alert system package that has a value of over $400. You are probably familiar with our medical alert system and how it works? |
| Buyer: | True. |
| Sales: | Okay if you have a medical emergency, fire, burglary, or even something as simple as a fall that you have difficulty getting up from. You simply push the button on the light weight, waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified emergency medical technician. They— |
| Buyer: | [crosstalk] I'm needing to get into work. So boil it down to how much this is initially costing. |
| Sales: | Okay I'm sorry, okay the emergency medical technician monthly monitoring fee of $34.95. |
| Buyer: | It's $4.95 a month? |
| Sales: | $34.95. |
| Buyer: | Oh $34.95. |
| Sales: | Yes. |
| Buyer: | I can't—I wouldn't even be home now except I have an inner ear infection, so can't hear the best. All right $34.00 and something a month? |
| Sales: | Yes ma'am. |

| | |
|---|---|
| Buyer: | But how much a year? So we're talking $35.00 a month basically and then In 12 months this is how much? |
| Sales: | It adds up to $300 and some dollars, but if you don't want it, you can ship it back at no cost. If you ship it back, you tired of it; if you feel like you're tired of it and you just don't want it no more, you can ship it back with no problem and no cost. |
| Buyer: | Okay, is this just one or is it for my husband and I both? |
| Sales: | Oh you can get one for your husband, it just won't be nothing but $5.00 more that's it, for your husband, for you both. |
| Buyer: | So It would be $40.00 a month right? |
| Sales: | Yes for both of you guys—go ahead. |
| Buyer: | Can it be well—I don't know what to ask. Is it—does his cost extra? |
| Sales: | No, no. |
| Buyer: | I mean to get it? |
| Sales: | No, no. |
| Buyer: | Shipped at once? |
| Sales: | Yeah you could get it—the shipping is free. The regular price is $34.95 and then you add your husband I it will just be $40.00 and that's it. It's not no extra $34.95 cent for him. It would still stay the same. It just depends. |
| Buyer: | Okay. |
| Sales: | $5.00 more for your husband and that's it. |
| Buyer: | Okay, now but the apparatus does it cost me? You will ship me two free ones right? |
| Sales: | Yes. |
| Buyer: | All right, go ahead and do this, let's try it. I mean we run a business, we're pretty well on our feet, but he's 70 and I'm 66, will be in July, I will be 66 and I – I'm a diabetic and he has—he's had a heat stroke. I can think of a time last year when he had kind of a heat stroke, or a panic attack. He got a fish hook tangled up in his hands and he about went into a shock or something. If he would have had something like that to push he would have been in a lot better shape. |
| Sales: | Yeah. |

FTC00862

| | |
|---|---|
| Buyer: | So— |
| Sales: | I'm sorry to hear that. |
| Buyer: | So he's freaking out on fishing trips and all this as all these people are getting— he walks way back in from somewhere some times and as ornery as people are getting you could push that and get help and maybe immediately. |
| Sales: | Yes [inaudible 04:48] somebody finding him. I'm so sorry to hear that. |
| Buyer: | Well he's fine now but it's just— |
| Sales: | It scared [crosstalk] |
| Buyer: | Well if they can find, well it scared him you k now but tell me this, can somebody find him out in the middle of a lake? |
| Sales: | Oh yeah, all you have to do is press the button, and they come straight to where he's at. |
| Buyer: | Okay, all right, let's do this. |
| Sales: | Okay can you give me the street address? |
| Buyer: | Send it to XXX X. XXXXXXX, [crosstalk]▇▇▇▇, just like the college. And this is my business it's ◀▇▇▇▇▇▇▇▇▇▇▇▇. |
| Sales: | Just a second. |
| Buyer: | In Care of ▇▇▇▇XXXX. |
| Sales: | XXX X. ◀▇▇▇▇▇▇ the city? |
| Buyer: | ◀▇▇▇▇▇ Oklahoma, ▇ And ◀▇▇▇▇▇▇▇ |
| Sales: | Just a second. ▇▇▇▇ |
| Buyer: | And then ◀▇▇▇▇▇▇▇▇▇ |
| Sales: | Okay Cambridge, okay I got it. Okay. Can you repeat the city for me again please? |
| Buyer: | It's ▇▇▇▇▇. |
| Sales: | ▇▇▇▇. |
| Buyer: | ▇Mm-hmm |
| Sales: | ▇▇▇▇okay that did it, okay just a second. |

| | |
|---|---|
| Buyer: | And then Oklahoma. |
| Sales: | Okay, okay. |
| Buyer: | And then |
| Sales: | Okay and for the monthly emergency medical monitoring which card would you like to use? Visa, MasterCard, Discover or American Express? |
| Buyer: | Well just a moment. |
| Sales: | Okay, take your time. |
| Buyer: | Let me get up and get over here, I'm kind of dizzy from my ear [crosstalk] |
| Sales: | Don't move too fast. |
| Buyer: | I'll fall down. |
| Sales: | Don't want that. |
| Buyer: | I had always wondered why my dad had multiple strokes, this and that, and I always wondered why he fell backwards when he had a walker he could lean, it makes you want to fall backwards. |
| Sales: | Yeah if you get dizzy [crosstalk], yeah if you get dizzy you'll [crosstalk]. |
| Buyer: | Sit backwards? Looks to me like if hanging onto a—I don't know. |
| Sales: | Yeah see sometimes, sometimes, sometimes when you dizzy and you do have to sit down because if you don't and then you get dizzy real bad you will fall, you will fall backwards or forwards. That's why when you get dizzy if you notice some people sit down. Yeah. |
| Buyer: | Okay this is an American Express. |
| Sales: | Okay. |
| Buyer: | And the number is XXXX.—I don't know if I can run this through the business here, just a minute let me think a minute. |
| Sales: | Go ahead. |
| Buyer: | All right, what is this going to be billed like? Medical Alert, I mean what is this going to fall under when the bill comes to the credit card? |
| Sales: | Oh Medical Alert System. |
| Buyer: | Medical Alert Systems. |

| | |
|---|---|
| Sales: | Yeah. |
| Buyer: | Okay I better go ahead and use this one. Okay you get the XXXX? |
| Sales: | Yes. |
| Buyer: | Okay XXXX.XXXX.XXX. |
| Sales: | Okay and the expiration date? |
| Buyer: | XX/XX |
| Sales: | XX/XX? |
| Buyer: | Yeah XX/XX and the name on the card is [ ] X. XXXXX. The numbers on the back is XXX. And the zip it comes to is at XXXXX. |
| Sales: | So can you give me the CVC number again? |
| Buyer: | XXX |
| Sales: | Okay. Okay great. |
| Buyer: | [crosstalk] this card and XXXX. |
| Sales: | Yes. .The X, you said XXXX.XXXX.XXXXX.XXX |
| Buyer: | Right, right. |
| Sales: | Okay great. Your equipment will be shipped to you at XXX X. [ ] And will arrive within the next 7-10 business days.. Don't forget to activate your system as soon as you receive it by plugging it into your phone line jack and pushing the button. This will make a tech call and activate your system, and immediately start protecting you. Okay I am going to transfer you to our confirmations department so they can give you your order number and verify that I entered all of your information into the system correct. They will also give you our customer service number in case you have any additional questions. Thank you very much and I hope you enjoy the safe feeling of having a medical alert system. Please hold while I transfer you to the confirmations department, don't hang up until you talk to the confirmations department okay? |
| Buyer: | Okay. |
| Sales: | And tell your husband I said be careful and stop going on a fishing trip by himself. |
| Buyer: | Well you know you never can find somebody—I mean they're all working or you know they're –it's just hard to find somebody to go with him. |

| Sales: | Yeah. Well he loves fishing and my grandmother, she loves fishing too, but I don't like to go because I don't like the yucky stuff so I don't go. |
|---|---|
| Buyer: | You're mean, okay [crosstalk] you're going to—okay I need to hurry along with this because I'm being late to work now [inaudible 11:50] |
| Sales: | Okay. Okay well please hold while I transfer you to confirmation okay? |
| Buyer: | Sure. |
| Sales: | Okay. |
| Buyer: | Okay. |
| Sales: | Hello? Yes the CVC number is the four digit number that's on top of the 15 digit number that you gave me. |
| Buyer: | I haven't gotten any numbers. |
| Sales: | Do you see, do you see the four digit numbers on the front? |
| Buyer: | Of what. |
| Sales: | On top of the credit card number, do you see four digits? |
| Buyer: | Yes. |
| Sales: | Can you give them to me please? |
| Buyer: | Okay. XXXX |
| Sales: | XXXX okay once again, hold and I'm going to transfer you to confirmation. |
| Buyer: | Okay. |

# Attachment O

4/3/2014        Lifewatch USA Mail - Fwd: Issues with customers not getting restaurant.com coupons

 **LIFE***Watch*USA                               Pam Cohen <pam@lifewatch-usa.com>

---

## Fwd: Issues with customers not getting restaurant.com coupons

1 message

---

**Sarai Baker** <sarai@lifewatch-usa.com>                 Wed, Feb 12, 2014 at 3:54 PM
To: Pam Cohen <Pam@lifewatch-usa.com>

see below. let me know of any other customer IDs

---------- Forwarded message ----------
From: **Kirston Smith** <medalertsales@gmail.com>
Date: Wed, Feb 12, 2014 at 3:52 PM
Subject: Re: Issues with customers not getting restaurant.com coupons
To: Sarai Baker <sarai@lifewatch-usa.com>
Cc: "Mitchel.may@earthlink.net" <Mitchel.may@earthlink.net>


The orders for restaurant.com are processed within 48 hours of receiving there order - If its an approved payment
they are being sent the cert. If EVER there is an issue where the customer says they don't receive that cert we
would be happy to provide another cert for them immediately just please send me the ID for any customer that
has an issue with this and I will have it processed that day.

customer ID: ▮▮▮▮▮▮▮ - new cert will be sent today - wont go out in the mail until tomorrow since its so late.


On Wed, Feb 12, 2014 at 2:38 PM, Sarai Baker <sarai@lifewatch-usa.com> wrote:
> Kirston,
> We have had numerous complaints from customers who have not received their restaurant.com certificate. The
> only way this can work is if you send customers in a decent amount of time. Here is 1 customer ID:
> ▮▮▮▮▮▮▮. Please get this resolved asap. Thank you.
>
> --
> Sarai Baker, Director of Operations
> Direct Line 516-405-4600
> **LIFE***Watch*USA
>
>
>
>
>
> --
>
>
>
>
> Thanks,
> Kirston Smith
> Motivated Marketing, LLC


--
Sarai Baker, Director of Operations
Direct Line 516-405-4600

 **LIFE***Watch*USA

# Re: 1420-NCPC Lead Request for Evan Sirlin

**Pam Cohen** <pam@lifewatch-usa.com>                                   Fri, Jun 21, 2013 at 10:14 PM
To: Lifewatch-EVAN <evan@lifewatch.net>
Cc: "sarai@lifewatch-usa.com" <sarai@lifewatch-usa.com>

I will find out what it is

Sent from my iPhone

On Jun 21, 2013, at 7:02 PM, Lifewatch-EVAN <evan@lifewatch.net> wrote:

> NOW these complaints kill ME-----
>
> I would do anything to stop these
>
> Evan Sirlin
>
> **From:** request@longtermcarelink.net
> **Sent:** Friday, June 21, 2013 6:58 PM
> **To:** info@helpforcare.com; tom@careutah.com; evan@lifewatch.net
> **Subject:** 1420-NCPC Lead Request for Evan Sirlin
>
> NCPC Form Submit
> ==================================
>
> Name: ▌▌▌▌▌
>
> Mailing Address: , Covington, LA ▌▌▌
>
> eMail: ▌▌▌▌@yahoo.com
>
> DayPhone: 951▌▌▌▌
>
> Comments: I want to return the lifewatch equipment due to very poor customer service. I do not feel
> they will provide reliable help in an emergency.
> ==================================

**Menjivar Att. O**
**Page 2 of 5**

4/8/2014                    Lifewatch USA Mail - RE: [FWD: 656722253 Norma Kovacina]

 **LIFE**Watch**USA**

---

## RE: [FWD: 656722253 Norma Kovacina]

---

**Pam@lifewatch-usa.com** <Pam@lifewatch-usa.com>                    Thu, Sep 20, 2012 at 4:32 PM
To: Jessica Guderian <jessicawwinfo@gmail.com>
Cc: Katie C <katiewwinfo@gmail.com>, becky@lifewatch-usa.com, sarai@lifewatch-usa.com, Evan Sirlin
<evan@lifewatch-usa.com>

   OK, but if you see the date on the top when the Customer called in, and they have actually
become a subscriber, and there is no information on the Sticky Notes that they must be prorated,
you can assume what they are saying is correct--that she was charged the day she ordered it.

   Pam Cohen
Customer Service/Retention Manager
Pam@lifewatch-usa.com
800-716-1433 (Work)
516-582-1214 (Cell)
866-339-9120 (Fax)

   -------- Original Message --------
Subject: Re: [FWD: 656722253 Norma Kovacina]
From: Jessica Guderian <jessicawwinfo@gmail.com>
Date: Thu, September 20, 2012 4:16 pm
To: Pam@lifewatch-usa.com
Cc: Katie C <katiewwinfo@gmail.com>, becky@lifewatch-usa.com,
sarai@lifewatch-usa.com, Evan Sirlin <evan@lifewatch-usa.com>

In all fairness for the customer service Dept we can not see all transactions ran on
customers accounts. So just for clarity, I felt the need to pass this info along so all of us
were on the same page.

Thanks for your help,

Jess

On Thu, Sep 20, 2012 at 3:48 PM, <Pam@lifewatch-usa.com> wrote:
   Hi:

   This is exactly what I was talking about in my previous email---the customer was
"confused"--was not supposed to get charged until September or October--who told
her that? did she understand that we could not expedite the order until she was
charged?  Finally, who charged her?--the WW Sales Agent.  So, why is this email being
forwarded to us to deal with?  It is really getting difficult for us to have to continue to
resolve these complaints because they are being given incorrect information from the
WWIS Agents.  What should be explained to the new subscribers is that in order to
expedite the order, we must be certain that their form of payment is good for future
billing, so they must be charged before the equipment is shipped, but we give them
extra time before the billing cycle actually begins.

**Menjivar Att. O**
**Page 3 of 5**

Warm regards,

Pam Cohen
Customer Service/Retention Manager
Pam@lifewatch-usa.com
800-716-1433 (Work)
516-582-1214 (Cell)
866-339-9120 (Fax)

-------- Original Message --------
Subject: [FWD: 656722253 Norma Kovacina]
From: <becky@lifewatch-usa.com>
Date: Thu, September 20, 2012 3:09 pm
To: Pam@lifewatch-usa.com

**Becky**
**Customer Service Representative**
**1.800.716.1433**

-------- Original Message --------
Subject: 656722253 Norma Kovacina
From: Jessica Guderian <jessicawwinfo@gmail.com>
Date: Thu, September 20, 2012 2:19 pm
To: customerservice@lifewatch-usa.com
Cc: Katie C <katiewwinfo@gmail.com>, gerardo
<gerardo@lifewatch-usa.com>

This customer says she wasn't supposed to get charged till Sept or
Oct, but was charged on Aug 25th, which is when the acct was
created. I believe this customer is confused. I am referring her to
billing to clear up any questions she may have. She said she thinks
she might have gotten charged in Sept too, but didnt have a specific
date. Again, this customer was a little confused over all.

Please see if we can give her some clarity.

Thanks,

Jess

**Menjivar Att. O**
**Page 4 of 5**



## Important Info

**gerardo@lifewatch-usa.com** <gerardo@lifewatch-usa.com>                    Thu, May 3, 2012 at 10:37 AM
To: Michael Hilgar <wwinfoservices@gmail.com>, Katie C <katiewwinfo@gmail.com>, Aaron Modugno <Aaron@4tyllc.net>
Cc: Evan Sirlin <evan@lifewatch-usa.com>, sarai@lifewatch-usa.com, Les Steinmetz <mbu123@aol.com>

I have come across a situation that is being growing more everyday and for reasons like this we need to find the way to prevent them to keep happening.

Customer [ ] - 656[ ], just called us cancelling and told to our customer service the following:

She says Agent told her she would not be charged until June 5th and agent promised her that she would not. Then $34.95 was taken out that same day. She was excited about getting this but now feels she was lied to and doesn't trust us anymore. She refuses to stay no matter what I say so I canceled order as requested.

I instructed the CS rep, to offer lower the monthly payment and to give her a free month but she said that she repeat 100 times not to charge her but we still did it.

Please let me know if you have any questions or if there is anything we can do to help you.

Gerardo "G" Duran
Account Manager
(516) 599-3620 Ext. 121



# Attachment P



LIFEWatch USA
266 Merrick Road, Suite 104
Lynbrook, NY 11563

Dear Valued Customer,
We care deeply about your safety, happiness, and peace of mind. Since the beginning, we've focused on providing the highest quality personal emergency response services. That is why our company has continued to thrive over the last 30 years.

We understand that you face challenges each and every day. Today, our company is facing a challenge. We recently learned that outside companies that sold Lifewatch products were named in a civil lawsuit in Florida. Lifewatch is not named as a party in this lawsuit, which was brought by the Federal Trade Commission and the Florida Attorney General's Office. The lawsuit alleges that the outside companies attempted to sell our products to consumers by making the following alleged false statements:

    a. That a Lifewatch product or service had already been purchased by a friend, family member or other acquaintance;
    b. That Lifewatch's products or services have been endorsed by the American Heart Association, the American Diabetes Association, and the National Institute on Aging;
    c. That consumers would not be charged the first monitoring fee until they received and activated the Lifewatch medical alert system.

Lifewatch is still looking into the allegations against the outside companies. Further, we are presently working with the Federal Trade Commission in an effort to determine what actually happened. But, given the nature of the allegations, we feel obligated to reaffirm our commitment to our customers.
Accordingly, we are taking the following immediate actions:
• We are doing all we can to try to prevent any company we might do business with in the future from making any false statements about our products and services; and
• We are offering a refund to any customer that was contacted by one of the outside companies and then purchased Lifewatch's products or services based on any of the points set forth above in sections a through c. Simply call our customer service department at **800.716.1433**, and we will promptly provide you a refund. Please note that if you believe that such statements were made to you, but you would still like to continue using our services, we would like to hear from you. Please call us so we can hear how you are doing and what experiences you had with these outside companies.

By doing this, we hope to eliminate any confusion and give you full confidence in our company and the services that we provide. We are so appreciative of your trust in Lifewatch. We thank you for the support you have given us over the years.
Sincerely,

The Lifewatch Family

**Menjivar Att. P**

**FTC09201**