UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>           Plaintiffs,<br><br>    v.<br><br>LIFEWATCH INC., *et al.*,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 15cv5781<br>) Judge Feinerman<br>) Magistrate Judge Gilbert<br>)<br>)<br>)<br>)<br>)<br>) |

**EXHIBITS SUPPORTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

**FTC INVESTIGATOR DECLARATIONS**

Declaration of Roberto C. Menjivar (cont'd)……………………………...……………PX 1
Investigator, Federal Trade Commission                                           Atts. X - DD