# Attachment X

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.    

TITLE         LIFEWATCH, INC.

DATE          RECORDED:  DATE UNKNOWN
              TRANSCRIBED:  FEBRUARY 26, 2015
              REVISED:  MARCH 31, 2015

PAGES         1 THROUGH 23

TELEPHONE CONVERSATION BETWEEN PAUL D'LUCA & FRANCES KING

323-281-1572-CA-Mr-Paul-$3000-Medical-Alert-22Min-Mgr-Script-
EVIDENCE-#26

2

```
 1                      FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4     RECORDING:                                        PAGE:

 5     Telephone Conversation with

 6          Paul D'Luca and Frances King                    4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                      FEDERAL TRADE COMMISSION

 2

 3      In the Matter of:              )

 4      Lifewatch, Inc.               )   Matter No. ███████

 5                                     )

 6      -----------------------------)

 7                                   Date Unknown

 8

 9

10

11           The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      February 24, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                    **P R O C E E D I N G S**

2                    -    -    -    -    -

3    **TELEPHONE CONVERSATION WITH PAUL D'LUCA AND FRANCES KING**

4            RECORDED MESSAGE:  You now qualify under the

5    new national senior assistance program to receive $3,000

6    in free grocery saving certificates that can be used at

7    over 100 major grocery chains across the U.S.

8            In addition to your $3,000 in saving

9    certificates, you will receive a free emergency medical

10   alert bracelet or necklace.  This medical alert device is

11   designed to save your life if you ever experience a fall

12   or any other emergency.

13           Press one now to speak to a representative.

14           **(Selection entered.)**

15           **(On-hold music.)**

16           MS. KING:  Senior Assistance Program.  This is

17   Frances King, Agent Number 8045.  May I ask whom I'm

18   speaking with?

19           MR. D'LUCA:  This is Paul.

20           MS. KING:  Hi (inaudible) and in case we get

21   disconnected, is this the best phone number to reach you

22   back on?

23           MR. D'LUCA:  Yes, that's right.

24           MS. KING:  Okay, great.  For responding today

25   to our Senior Assistance Program, you've been selected to

5

1    receive a free medical alert system package that has a

2    value of over $400, and you will also receive $3,000 in

3    grocery discount coupons.

4            You are probably familiar with the medical

5    alert system and how it works.  You know the TV

6    commercial "I've fallen and I can't get up."  Or maybe

7    you've seen a medical alert system in Newsday, The

8    Washington Post, or US News.  It's the same system as

9    seen on TV, and the way it works is simply if you have a

10   medical emergency, fire, burglary, or even something as

11   simple as a fall that you have difficult [sic] getting up

12   from, you simply push the button on the lightweight

13   waterproof necklace or bracelet and speak hands-free from

14   anywhere in your home to a live certified emergency

15   medical technician.

16           An EMT, they will evaluate your situation,

17   immediately get the help you need, notify family or 911,

18   and comfort you until help arrives.  Your alert button

19   works anywhere in the house and it even works outside on

20   your property.  It has an 800-foot range.  That's over

21   one-eighth of a mile.

22           This device could really help you in the time

23   of need and could even be life-saving.  This device will

24   give you the peace of mind that you need, allow you to

25   feel safe, and make sure you never feel alone in case of

6

1      an emergency.  You will never have to feel helpless,

2      worried, or by yourself in an emergency situation.

3           Our device has been recommended by the American

4      Heart Association, the American Diabetes Association, the

5      National Institute of Aging, and is trusted by thousands

6      of hospitals and more than 65,000 healthcare

7      professionals.  Our device has been helping save the

8      lives of American senior citizens for over 30 years.

9           Your free medical alert system package includes

10     a medical alert base station with a loudspeaker and very

11     sensitive microphone; a waterproof (inaudible) wrist or

12     necklace button; free shipping; and free -- free

13     activation; a voice remote, which is an easy-to-use

14     device that allows you to answer and talk on the

15     telephone by simply pressing your necklace button.  So,

16     no more getting up to answer the phone and no more missed

17     calls.

18          An away-from-home protection card that gives

19     emergency personnel 24 hours a day, seven days a week,

20     access to your important medical information.  And last

21     but not least, you will receive $3,000 in grocery

22     discount coupons.  These grocery coupons can be used at

23     the same grocery stores that you shop at now to buy the

24     same exact products that you purchase every week.  You

25     can use the $3,000 worth of coupons to save money each

7

1        week on your grocery bill until you've spent the entire

2        $3,000.  You simply select the coupons that you want for

3        the products that you buy every week, and the savings

4        goes right into your pocket.

5                 The system is completely free.  The shipping is

6        also free.  The emergency medical alert system package

7        alone would normally cost over $400, but today you pay

8        absolutely nothing for the system and our $3,000 in

9        grocery discount coupons.  The only thing you would be

10       responsible for us today is our emergency medical

11       technician monthly monitor fee of just $34.95.

12       Everything else is free.

13                 Also, there is no contract whatever --

14       whatsoever, and you can cancel at any time with no

15       cancellation fee.  Now, remember, the $3,000 in grocery

16       savings can actually save you more money than your first

17       three years of fees for monitoring of your emergency

18       medical alert system.  This is our way of helping make

19       our system more affordable to seniors without affecting

20       your budget or changing your lifestyle.  If you ever

21       decide to cancel your medical monitor services, you can

22       keep the $3,000 in grocery savings as a gift to you.

23                 Okay, so, what address would you like your

24       emergency medical alert system shipped to?

25                 MR. D'LUCA:  Yes, I -- I wanted -- where do I

8

1    cancel if -- you say that I -- I can cancel and -- and

2    keep the $3,000 in groceries coupons?

3         MS. KING:  (Inaudible).

4         MR. D'LUCA:  Where do I cancel --

5         MS. KING:  Yes, sir.

6         MR. D'LUCA:  -- if I have to?

7         MS. KING:  You -- you call the -- the number of

8    the customer service and you cancel (inaudible).

9         MR. D'LUCA:  Oh.

10        MS. KING:  You cancel with them.

11        MR. D'LUCA:  Okay, customer service.  What --

12   what is that number?

13        MS. KING:  I would have to put you on hold

14   to --

15        MR. D'LUCA:  Oh, I -- don't worry --

16        MS. KING:  -- transfer you over to --

17        MR. D'LUCA:  -- don't worry about it.  How

18   do -- how do I pay for this?

19        MS. KING:  Okay, I'm going to take some

20   information from you.  I'm going to get some information

21   from you first.

22        MR. D'LUCA:  Mm-hmm.

23        MS. KING:  And then -- okay.  Can I -- can you

24   spell your name for me?

25        MR. D'LUCA:  Yes.  Does it -- does it show up

9

1       on your ID?  It's -- it's kind of complicated.

2                  MS. KING:  If you spell it -- you know, I --

3       I'm -- I'm here to help you.

4                  MR. D'LUCA:  Oh, okay.

5                  MS. KING:  So, you can spell it for me.

6                  MR. D'LUCA:  My -- my name is --

7                  MS. KING:  You take your time.

8                  MR. D'LUCA:  -- yeah, my name is Paul.

9                  MS. KING:  P A U L.

10                 MR. D'LUCA:  Yeah.  D --

11                 MS. KING:  Okay.

12                 MR. D'LUCA:  D -- D --

13                 MS. KING:  Uh-huh, D.

14                 MR. D'LUCA:  -- L, capital L.

15                 MS. KING:  L.

16                 MR. D'LUCA:  D, apostrophe.

17                 MS. KING:  Yes.

18                 MR. D'LUCA:  It's D apostrophe.

19                 MS. KING:  Okay.

20                 MR. D'LUCA:  L.

21                 MS. KING:  Okay.

22                 MR. D'LUCA:  U.

23                 MS. KING:  Yes.

24                 MR. D'LUCA:  C.

25                 MS. KING:  U.

10

```
 1                    MR. D'LUCA:  A.

 2                    MS. KING:  C A.

 3                    MR. D'LUCA:  L U C A, yeah.

 4                    MS. KING:  L U C A.

 5                    MR. D'LUCA:  Mm-hmm.

 6                    MS. KING:  Your address?

 7                    MR. D'LUCA:  It's ███████████████.

 8                    MS. KING:  Could you spell ███████? It's ████

 9          --

10                    MR. D'LUCA:  ████████████.

11                    MS. KING:  ██████████████. ██████████

12                    MR. D'LUCA:  ████████████, Greensboro, North

13          Carolina.

14                    MS. KING:  And you said that's the city of?

15          The city of?

16                    MR. D'LUCA:  Greensboro, North Carolina.

17                    MS. KING:  Greensboro, G R E E N, Greensburl, B

18          U R L?

19                    MR. D'LUCA:  B O R O.  Where are you calling

20          from?

21                    MS. KING:  O R.  I'm in Orlando.

22                    MR. D'LUCA:  Orlando, okay.

23                    MS. KING:  Green -- yes, sir.  Greensboro,

24          North Carolina.  And can I have your zip code, please?

25                    MR. D'LUCA:  Yes, it's ████.
```

11

1          MS. KING:  ████████      And a phone number to reach

2     you on?

3          MR. D'LUCA:  Yes.  3 -- (336).

4          MS. KING:  That's -- I'm starting with the area

5     code is 336?

6          MR. D'LUCA:  Yes.  ████████  --

7          MS. KING:  ████.

8          MR. D'LUCA:  ████.

9          MS. KING:  ████  Okay, I'm going to go over

10    your information again just to make sure I have it right.

11    Your name is Paul.

12         MR. D'LUCA:  Mm-hmm.

13         MS. KING:  D L U C A.

14         MR. D'LUCA:  Mm-hmm.

15         MS. KING:  D, apostrophe, L U C A.  Your

16    address is  ████████████████.

17         MR. D'LUCA:  Mm-hmm.

18         MS. KING:  ████████, Greensboro, North Carolina.

19         MR. D'LUCA:  Right.

20         MS. KING:  Zip -- zip code ████.

21         MR. D'LUCA:  Mm-hmm.

22         MS. KING:  Phone -- phone number, area code

23    (366) ████.

24         MR. D'LUCA:  Mm-hmm.

25         MS. KING:  Okay.  Do you have some type of

12

1    payment, Visa, MasterCard?

2              MR. D'LUCA:  Yes.  Yes, I do.

3              MS. KING:  Yes?  Okay.  Can I have the -- the

4    CC number, which is the middle number on the card?

5              MR. D'LUCA:  Well, the middle number, what --

6    what middle number?

7              MS. KING:  The -- the long middle -- the long

8    number in the middle.

9              MR. D'LUCA:  Well, there's -- there's about

10   four, eight, 12, 16 numbers.

11             MS. KING:  Yes, sir, that's correct.

12             MR. D'LUCA:  Yeah.  And -- and before I give

13   you my number, I -- I want to know the company that I'm

14   dealing with.

15             MS. KING:  Okay.  Just -- just a moment.

16             MR. D'LUCA:  Mm-hmm.

17             MS. KING:  I'm going to put you -- I'm just

18   going to put you on hold a minute --

19             MR. D'LUCA:  Yeah, I need -- I need to know the

20   address and the customer number.

21             MS. KING:  Yes.

22             MR. D'LUCA:  The customer service number.

23             MS. KING:  Yes, sir.  Okay, just a moment, sir.

24             MR. D'LUCA:  Mm-hmm.

25             **(On hold.)**

13

1        MS. KING:  Hello?

2        MR. D'LUCA:  Yes, hi.

3        MS. KING:  Mr. -- Mr. Boro?  I'm in the

4 promotions department.  I get your information, and then

5 when I'm through, I transfer you over to my -- my manager

6 and they give you everything that you need.

7        MR. D'LUCA:  Oh, okay.  Well, I -- I just want

8 to know what company I'm -- I'm, you know, doing business

9 with before I give you my card number.

10       MS. KING:  Yes.  When I've finished getting

11 your information, that's when I -- I'm only in the

12 promotions department.

13       MR. D'LUCA:  Yeah, sure.

14       MS. KING:  But when I get your information,

15 I'll transfer you over to my manager, and they give you

16 everything, the customer service and every number, you

17 know, tell you everything else that -- that you need.

18       MR. D'LUCA:  Yeah, well, you know, I don't want

19 to give you my number until I -- I know who I'm talking

20 with and what's the address of your company.

21       MS. KING:  Okay.  Okay.  Just a moment.

22       **(On hold.)**

23       MS. KING:  Okay, Mr. Paul, okay, when I get

24 through, I could transfer you over to our confirmation

25 department, and they can give you your order number and

14

1    verify and enter your information into the system and

2    correctly and they will also give you our customer

3    service number in case you have any problems.

4              MR. D'LUCA:  Mm-hmm.

5         MS. KING:  And they give you all the

6    information.  I'm just the -- I'm just the promotions

7    department.

8              MR. D'LUCA:  Yeah, but --

9         MS. KING:  And then after we get through, I

10   transfer over you to them and they give you the

11   information that you need --

12             MR. D'LUCA:  Mm-hmm.

13        MS. KING:  -- what you're asking for, they can

14   give you all of that.

15             MR. D'LUCA:  Okay.  Well, I -- I guess, you

16   know, if you can't give me the address of the -- of the

17   company I'm dealing with --

18             MS. KING:  Yes, when I transfer you --

19             MR. D'LUCA:  -- I can't -- I can't -- I can't

20   give you my --

21             MS. KING:  When I transfer you, they can give

22   you all -- they can give you all the information.

23             MR. D'LUCA:  Oh, okay.

24             MS. KING:  Understand that I'm just the

25   promotions department, that's all.

15

1          MR. D'LUCA:  Okay, right.  But I -- but I can't

2     give you my number until I know who I'm dealing with,

3     because there are -- there are a lot of operations that

4     take --

5          MS. KING:  Yes.

6          MR. D'LUCA:  -- the card number but you -- you

7     never get what they say they're going to give you.

8          MS. KING:  Right.  Have you ever heard of

9     our -- the credit card protection law?

10          MR. D'LUCA:  Yeah, I have.  Yeah, I have heard

11     of that.

12          MS. KING:  Yes, and when you give me your

13     information, it's -- it's -- it is protected.

14          MR. D'LUCA:  Okay.  All right, well --

15          MS. KING:  That's why on the back of your card

16     it has the -- if you -- when you give me your number, on

17     the back of the card is three numbers, and that is your

18     protection number.

19          MR. D'LUCA:  Yeah.  Right.

20          MS. KING:  That number is to protect you.

21          MR. D'LUCA:  Right.  Right.  Well, you do

22     understand --

23          MS. KING:  I put --

24          MR. D'LUCA:  -- you know, I --

25          MS. KING:  -- yes, and I understand --

16

1          MR. D'LUCA:  I appreciate your effort, but I

2     can't give you my -- my information unless I know where

3     your address is and what company I'm dealing with.

4          MS. KING:  Oh, okay.  Just a moment.  Let me

5     transfer you over to someone who can --

6          MR. D'LUCA:  Thank you.

7          MS. KING:  -- know.

8          MR. D'LUCA:  Mm-hmm.

9          **(On hold.)**

10          MS. KING:  Mr. Paul?

11          MR. D'LUCA:  Yes, thank you.

12          UNIDENTIFIED MALE:  Tell him that there's not a

13     manager available on the floor right now.  You will be

14     able to assist him the best you can (inaudible).

15          MS. KING:  Mr. Paul --

16          MR. D'LUCA:  Yeah.

17          MS. KING:  -- there's not a manager on the

18     floor right now, but I'll be here to assist you the best

19     way I can.

20          MR. D'LUCA:  Mm-hmm.

21          UNIDENTIFIED MALE:  And what is it that I can

22     assist you (inaudible) --

23          MS. KING:  And what is it --

24          UNIDENTIFIED MALE:  -- besides what I've

25     already answered?

1    MS. KING:  And what is it can I assist with you

2    besides what I've already answered for you?

3    MR. D'LUCA:  Well, tell -- tell your manager

4    that I'm not stupid, okay?  Thank you.

5    MS. KING:  Mr. Paul?

6    MR. D'LUCA:  Mm-hmm.

7    MS. KING:  Okay.  Like I explained to you, I'm

8    only the promotions department.  We can offer you this

9    promotion such a low cost because of Senior Alert Care

10   believes in customer loyalty.

11   MR. D'LUCA:  Hmm.

12   MS. KING:  Instead of spending millions of

13   dollars on advertising such as TV, billboard --

14   MR. D'LUCA:  Yeah, you -- you can --

15   MS. KING:  -- and radio --

16   MR. D'LUCA:  -- you can -- you can -- you can

17   stop now.  I really appreciate your efforts.  You're a

18   very nice person.  I -- I don't know whether you gave me

19   your name or not, but I -- I cannot give you my card

20   number --

21   MS. KING:  I -- but --

22   MR. D'LUCA:  -- until you give me an address of

23   where -- where the company is located.  So, thank you

24   very much.  I'm sorry I can't give you the number.

25   MS. KING:  Again, have you heard of the credit

18

1    protection -- credit card protection --

2              MR. D'LUCA:  Yes.  Yes.

3              MS. KING:  -- program.

4              MR. D'LUCA:  Yes.  Tell -- tell your manager

5    that I'm not stupid.  Thank you.  Thank you very much.

6              MS. KING:  Mr. -- Mr. Paul --

7              MR. D'LUCA:  Goodbye.

8              MS. KING:  -- I can --

9              MR. D'LUCA:  Goodbye.

10             MS. KING:  -- Mr. Paul --

11             MR. D'LUCA:  Goodbye.  Thank you for your

12   effort.

13             MS. KING:  Mr. Paul?

14             MR. D'LUCA:  Yes.

15             MS. KING:  Like I said, I'm only

16   (unintelligible/inaudible) promotion department, and this

17   is a --

18             MR. D'LUCA:  Yeah, I -- I know.

19             MS. KING:  -- you know, something great that I

20   know you're going to, you know, need.

21             MR. D'LUCA:  Yeah, I --

22             MS. KING:  After I get your information --

23             MR. D'LUCA:  -- I don't -- I don't need -- I

24   don't need to have my credit card number given out if I

25   don't know who I'm dealing with.

19

1          MS. KING:  Right.  That's -- that's why you're

2     --

3          MR. D'LUCA:  You can't give me the address.

4          MS. KING:  -- protected by the --

5          MR. D'LUCA:  Yeah.

6          MS. KING:  -- credit card law.

7          MR. D'LUCA:  Yeah.  Thank --

8          MS. KING:  I'm only the promotions department.

9          MR. D'LUCA:  Right.

10          MS. KING:  And when we finish everything, I

11     send you over to confirmation --

12          MR. D'LUCA:  Yeah.

13          MS. KING:  -- and they will give you -- answer

14     all the questions that you need --

15          MR. D'LUCA:  Well, yeah, why don't -- why don't

16     you --

17          MS. KING:  -- and give you the customer service

18     --

19          MR. D'LUCA:  -- send me -- send me to

20     confirmation now.  I'll talk to them now.

21          UNIDENTIFIED MALE:  We need to go ahead and get

22     all your information set up, what card would you be

23     using?

24          MS. KING:  Okay, when we get all your

25     information set up, what card would you be using?  And I

20

```
1        would be happy to transfer you --

2                MR. D'LUCA:  Yeah.

3                MS. KING:  -- into confirmation, and they will

4        answer any question that you may --

5                MR. D'LUCA:  Yeah, I have -- I have a -- I have

6        a Visa card.

7                MS. KING:  Okay, can I go ahead --

8                UNIDENTIFIED MALE:  Four numbers at a time,

9        starting (inaudible).

10               MS. KING:  Okay, can you give me the four

11       numbers at a time?

12               MR. D'LUCA:  I'm not giving you my numbers.

13               MS. KING:  When I -- I'm -- I'm only

14       promotions.

15               MR. D'LUCA:  Yes.  Tell -- let me speak --

16               MS. KING:  I can appreciate --

17               MR. D'LUCA:  -- let me -- let me -- let me

18       speak to your manager, please.

19               MS. KING:  Okay.  I can appreciate your concern

20       about protecting your account information.

21               MR. D'LUCA:  Mm-hmm.

22               MS. KING:  Remember, you can cancel at any time

23       with no -- with no questions asked.

24               MR. D'LUCA:  I want -- I want the address of

25       your company.  I want to know --
```

1          MS. KING:  Okay --

2          MR. D'LUCA:  -- where you're located.

3          MS. KING:  -- if that is not for you, our main

4     goal is to have you refer to our company to other seniors

5     so we can -- we may provide you the same --

6          MR. D'LUCA:  Mm-hmm.

7          MS. KING:  -- level of service as (inaudible)

8     as we can.

9          MR. D'LUCA:  Okay, let me speak to your

10    manager.

11         UNIDENTIFIED MALE:  No manager on duty right --

12    there's no manager on the floor right now.

13         MS. KING:  There's no manager --

14         UNIDENTIFIED MALE:  They're all assisting other

15    customers.

16         MS. KING:  There's no manager on the floor

17    right now, Mr. Paul.  They're all --

18         MR. D'LUCA:  All right.

19         MS. KING:  -- assisting someone else.

20         MR. D'LUCA:  You tell --

21         MS. KING:  But I promise you --

22         MR. D'LUCA:  You -- you --

23         MS. KING:  -- I promise you --

24         MR. D'LUCA:  You tell the man that is telling

25    you what to say that I will find out where the location

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Menjivar Att. X**
**Page 21 of 23**

22

1     of your company is.  Thank you.

2               MS. KING:  Mr. Paul, Senior Alert Care owns all

3     of (inaudible) listed --hello?

4               UNIDENTIFIED MALE:  Anytime anyone ever asks

5     for an address, tell them that number 26, no matter what,

6     and if -- once you read that to him, come over here and

7     hit --

8               **(The call was concluded.)**

9               **(The recording was concluded.)**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

23

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: ████████

4      CASE TITLE: LIFEWATCH, INC.

5      TAPING DATE: DATE UNKNOWN

6      TRANSCRIPTION DATE: FEBRUARY 26, 2015

7      REVISION DATE: MARCH 31, 2015

8

9          I HEREBY CERTIFY that the transcript contained

10     herein is a full and accurate transcript of the tapes

11     transcribed by me on the above cause before the FEDERAL

12     TRADE COMMISSION to the best of my knowledge and belief.

13

14                    DATED:  February 27, 2015

15                    _Sara J. Vance_

16                    _____

17                    SARA J. VANCE

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24                    _Elizabeth M. Farrell_

25                    _____
                       ELIZABETH M. FARRELL

# Attachment Y

# ORIGINAL

**OFFICIAL TRANSCRIPT PROCEEDING**

**FEDERAL TRADE COMMISSION**

MATTER NO.       

TITLE             LIFEWATCH, INC.

DATE              RECORDED:  DATE UNKNOWN
                  TRANSCRIBED:  FEBRUARY 26, 2015
                  REVISED:  MARCH 31, 2015

PAGES             1 THROUGH 23

TELEPHONE CONVERSATION BETWEEN PAUL DELL & LENNY

212-662-5375-Medical-Alert-Lenny-Paul-Robo-Call

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                  PAGE:

5    Telephone Conversation with

6         Paul Dell and Lenny                      4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3      In the Matter of:              )

 4      Lifewatch, Inc.               )    Matter No. ███████

 5                                     )

 6      ------------------------------)

 7                                 Date Unknown

 8

 9

10

11          The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      February 24, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1              **P R O C E E D I N G S**

2                  –    –    –    –    –

3      **TELEPHONE CONVERSATION WITH PAUL DELL AND LENNY**

4           RECORDED MESSAGE:  Since you've already been

5      referred by a medical professional, you are eligible for

6      a personal medical alert system at no cost to you.  By

7      accepting the package today --

8           **(Selection entered.)**

9           RECORDED MESSAGE:  Your call is very important

10     to us.  Please stay on the line, and you'll be

11     transferred to the next available agent.

12           **(On-hold music.)**

13           LENNY:  Hello?

14           MR. DELL:  Hello.

15           LENNY:  Hello?

16           MR. DELL:  Yes.

17           LENNY:  Hi, sir.  My name is Lenny.  I'm with

18     Senior Medical Alert Systems.

19           MR. DELL:  Uh-huh.

20           LENNY:  The reason for the call, Senior Medical

21     Alert is doing our yearly state-to-state promotion, and

22     today we're doing area code 336.

23           MR. DELL:  Uh-huh.

24           LENNY:  We'll be sending out a brand new

25     waterproof state-of-the-art medical alert system.

5

1          MR. DELL:  Mm-hmm.

2          LENNY:  It's valued at over $475, at no cost to

3     you.

4          MR. DELL:  Mm-hmm.

5          LENNY:  The shipping of $9.95 is no cost to

6     you.  To activate the system is no cost to you, sir.  All

7     you're responsible for is a monthly monitoring fee at

8     around $1 a day.

9          MR. DELL:  Mm-hmm.

10          LENNY:  You're not signing any contracts.

11     There's no contracts to sign.

12          MR. DELL:  Mm-hmm.

13          LENNY:  It's month-to-month, and you're going

14     to get 24 hours a day, 24 hours, seven days a week

15     protection for you and your family.

16          MR. DELL:  Mm-hmm.

17          LENNY:  And at the press of a button -- have

18     you seen it on television, sir?

19          MR. DELL:  No, I -- I haven't.

20          LENNY:  Yeah.  It's a life-saver.  If you get

21     chest pains, if you feel faint --

22          MR. DELL:  Mm-hmm.

23          LENNY:  -- and a lot of seniors have problems

24     of slipping and hurting themselves --

25          MR. DELL:  Mm-hmm.

6

1            LENNY: -- in the shower --

2            MR. DELL: Mm-hmm.

3            LENNY: -- you know, slipping and falling.

4            MR. DELL: Mm-hmm.

5            LENNY: And in many cases, if they can get to

6 you on time, they can save your life.

7            MR. DELL: Mm-hmm.

8            LENNY: A lot of times they don't get to you in

9 time because people don't have the way to get to -- to

10 notify people.

11            MR. DELL: Yeah, right.

12            LENNY: So, you know, it's really -- you know,

13 I can only tell you one quick story, sir --

14            MR. DELL: Mm-hmm.

15            LENNY: -- that happened to me in my -- where I

16 live in a condominium --

17            MR. DELL: Mm-hmm.

18            LENNY: -- okay, and when I moved in -- when I

19 moved in, there was a woman, she was about 89, 90 years

20 old, a frail woman about five -- five-foot tall, maybe

21 four-nine --

22            MR. DELL: Mm-hmm.

23            LENNY: -- small but in decent shape. And she

24 used to walk the hallways --

25            MR. DELL: Mm-hmm.

1           LENNY:  -- okay, because the hallways are air-
2      conditioned.  I do it, too.
3           MR. DELL:  Mm-hmm.
4           LENNY:  I do it -- a matter of fact, I did it
5      this morning.  It gives me a little exercise, and it's --
6      it's air-conditioned.
7           MR. DELL:  Mm-hmm.
8           LENNY:  Okay, and, so, she used to do it every
9      day.
10          MR. DELL:  Mm-hmm.
11          LENNY:  All of a sudden, nobody saw her for a
12     couple of days, including myself.
13          MR. DELL:  Mm-hmm.
14          LENNY:  Okay, and all -- I don't know how they
15     got in, that part I can't tell you, but whether the kids
16     tried to reach her and they couldn't reach her or people
17     saw that she wasn't out walking, what -- what happened to
18     her.
19          MR. DELL:  Mm-hmm.
20          LENNY:  Okay, anyway, the windup was a couple
21     of days later, they were able to get into her apartment,
22     whether it was someone had the key or her kids had it --
23          MR. DELL:  Mm-hmm.
24          LENNY:  -- I can't -- I can't know how they got
25     in.

8

1          MR. DELL:  Mm-hmm.

2          LENNY:  When they got in, she's laying there on

3     the ground, on the floor, she -- she had to go into the

4     bathroom in -- in her clothes --

5          MR. DELL:  Mm-hmm.

6          LENNY:  -- she couldn't get to a -- a toilet.

7     She didn't eat, okay, and they rushed her to the

8     hospital, and the windup was they did save her.

9          MR. DELL:  Mm-hmm.

10         LENNY:  They did -- they did save her, but two

11    months later, she passed away.

12         MR. DELL:  Mm-hmm.

13         LENNY:  And they said that the fact of the

14    matter that -- that she was under all that stress --

15         MR. DELL:  Mm-hmm.

16         LENNY:  -- and pain --

17         MR. DELL:  Mm-hmm.

18         LENNY:  -- okay, for all that time, had

19    somebody gotten to her sooner --

20         MR. DELL:  Mm-hmm.

21         LENNY:  -- the doctor said that the kid --

22    because the kids were cleaning out her apartment --

23         MR. DELL:  Mm-hmm.

24         LENNY:  -- so, they said this is what the

25    doctor said, that had someone gotten to her sooner, they

9

```
 1      would have saved her life --
 2                  MR. DELL:  Mm-hmm.
 3                  LENNY:  -- (inaudible) the pain --
 4                  MR. DELL:  Mm-hmm.
 5                  LENNY:  -- everything she was under helped her,
 6      you know, facilitate her demise.
 7                  MR. DELL:  Right, right.
 8                  LENNY:  Okay?
 9                  MR. DELL:  Mm-hmm.
10                  LENNY:  So, it -- it, you know, it's -- it's --
11      you know, it's a life-saver --
12                  MR. DELL:  Mm-hmm.
13                  LENNY:  -- and we hope you never need it.  We
14      really hope you never need it --
15                  MR. DELL:  Right.
16                  LENNY:  -- but, frankly speaking, many people
17      are alive today because they had it.
18                  MR. DELL:  Yeah, now --
19                  LENNY:  You know?
20                  MR. DELL:  -- how much did you say the
21      monitoring fee is a month?
22                  LENNY:  Okay, it's only -- it's -- actually,
23      it's a dollar a day, and with tax, it comes out to
24      $34.95.
25                  MR. DELL:  Okay.
```

1          LENNY:  And the beautiful part about it, sir,

2     there's no contract to sign --

3          MR. DELL:  Mm-hmm.

4          LENNY:  -- it's month-to-month, so you're not

5     obligating yourself, you know, but frankly, when people

6     have it, they love it.

7          MR. DELL:  Right.

8          LENNY:  Because --

9          MR. DELL:  Right.

10         LENNY:  -- also, it goes about 1,500 feet from

11    your home, which is about a quarter of a mile.  So, let's

12    say you're walking around the block --

13         MR. DELL:  Mm-hmm.

14         LENNY:  -- you know or something like that, you

15    know, when you have -- so, it's -- it's something where

16    it's waterproof --

17         MR. DELL:  Mm-hmm.

18         LENNY:  -- so, if you go in the swimming

19    pool --

20         MR. DELL:  Mm-hmm.

21         LENNY:  -- you go in the shower, and a lot of

22    things take place because of people getting hurt in the

23    shower.

24         MR. DELL:  Right.  Now --

25         LENNY:  You know what I mean?

1          MR. DELL:  -- what -- what kind of brand is

2     this?  Does General Electric make this or someone else?

3          LENNY:  Honestly, you know, I -- I -- that's a

4     very good question, sir.  I'm not really sure.  I don't

5     want to give you an answer I'm not sure of, you know.

6          MR. DELL:  Mm-hmm.

7          LENNY:  But what I can do, sir, and this is

8     actually -- I'm in my -- my lunch-hour now, everybody

9     went out.  But what I'm going to do is if I can catch

10    someone now, if not, they're going to be back at 2:00.

11    Okay?

12         MR. DELL:  Mm-hmm.

13         LENNY:  What -- what is your name?  What is

14    your name, sir?

15         MR. DELL:  My name is Paul Del, D E L.

16         LENNY:  D -- oh -- oh, just one L, sir?

17         MR. DELL:  Yeah.  Two -- two Ls.

18         LENNY:  Oh, okay.  Oh, two Ls, okay, yeah.

19    Usually that -- okay.  And what's your address out there,

20    Paul?

21         MR. DELL:  Well, what is your name again?

22         LENNY:  My name is Lenny.

23         MR. DELL:  Lenny.

24         LENNY:  L E N N Y.

25         MR. DELL:  Okay.

12

| | |
|---|---|
| 1 | LENNY:  Yes. |
| 2 | MR. DELL:  And -- |
| 3 | LENNY:  Yeah. |
| 4 | MR. DELL:  -- you know, of course, my -- my -- |
| 5 | I do need one.  You know, I -- I always worry about |
| 6 | falling, and if -- |
| 7 | LENNY:  Yeah. |
| 8 | MR. DELL:  -- I can't be helped, you know, |
| 9 | especially if my wife's not here, but at this point, I |
| 10 | hesitate only because I'm not sure of the quality of this |
| 11 | particular one.  You say that -- |
| 12 | LENNY:  Okay. |
| 13 | MR. DELL:  -- I don't have to pay shipping; I |
| 14 | don't have to pay this or that. |
| 15 | LENNY:  No, no. |
| 16 | MR. DELL:  And -- |
| 17 | LENNY:  No, no. |
| 18 | MR. DELL:  -- who do I -- who do I contact if |
| 19 | there's a problem with it? |
| 20 | LENNY:  Oh, they're going to give you all the - |
| 21 | - all the information, sir.  That's -- that's what I |
| 22 | said.  I want to answer that question for you. |
| 23 | MR. DELL:  Oh, okay. |
| 24 | LENNY:  I want to have it answered.  Yeah, no, |
| 25 | we -- I want to address your question.  You asked me |

1       about what kind of brand and what name, you know, and --

2                MR. DELL:  Oh.

3                LENNY:  -- was it -- it was a --

4                MR. DELL:  Oh, okay.

5                LENNY:  -- yeah, so, what I'm going to do is --

6       as I said, they're on their lunch-hour now.

7                MR. DELL:  Oh, okay.

8                LENNY:  As soon as I hang up, I'm going to log

9       out.  So, they come back at 2:00 --

10               MR. DELL:  Okay.

11               LENNY:  -- and, so, soon as -- or if they're

12      back before, I'll call you back and I'll put them on the

13      phone.  And --

14               MR. DELL:  Oh.

15               LENNY:  -- they'll answer all your questions.

16               MR. DELL:  Okay.  And they'll --

17               LENNY:  Okay?

18               MR. DELL:  -- answer those questions, okay.

19               LENNY:  Yeah, yeah, sure.  And what -- what

20      state are you in, Paul?

21               MR. DELL:  I'm in North Carolina.

22               LENNY:  Oh, okay.  Are you anywhere near

23      Ashevillle?

24               MR. DELL:  No, no, that's -- that's the

25      mountain air in the west.

14

1        LENNY:  Oh, okay.  Yeah, because my son and --

2    and my son's partner used to own property up there.

3        MR. DELL:  Oh.  Uh-huh.

4        LENNY:  It was like vacation -- like vacations

5    -- my oldest son happens to be an attorney.

6        MR. DELL:  Yeah, I think --

7        LENNY:  Okay, and his partner --

8        MR. DELL:  -- I think -- yeah.  It takes about

9    seven hours --

10       LENNY:  Yeah.

11       MR. DELL:  -- to drive from the East Cost to

12   the west.  It's like New York.

13       LENNY:  Oh, really?

14       MR. DELL:  It's like New York, yeah.

15       LENNY:  Oh.  Oh, I see.

16       MR. DELL:  It's a pretty big state.

17       LENNY:  Hey, Paul --

18       MR. DELL:  Length --

19       LENNY:  -- yeah.  It's supposed to be beautiful

20   out there, the mountains and everything.

21       MR. DELL:  Well, yeah, you know --

22       LENNY:  You know?

23       MR. DELL:  -- it has its advantages, certainly,

24   you know --

25       LENNY:  Yeah.

15

1       MR. DELL:  -- I've lived in New York; I've

2   lived in Chicago.  So, I -- I know what cities are like

3   and, you know, I kind of miss the snow once in a while.

4       LENNY:  What part -- what -- I don't miss it at

5   all.  I'm here in Miami, Paul.  What part of New York you

6   from?

7       MR. DELL:  I grew up in Brooklyn, Queens.  I

8   lived in Westchester.

9       LENNY:  Oh, really?

10       MR. DELL:  So, yeah, sure.  Sure.

11       LENNY:  You sound like -- you sound like we

12   could have been -- I grew up in Long Island City, you

13   know, Queens Plaza --

14       MR. DELL:  Right.

15       LENNY:  -- was the -- going over the 59th

16   Street Bridge.  At that time, they had the trolley, you

17   know?

18       MR. DELL:  Right, right, right.

19       LENNY:  I remember that.  I'm an old Giant fan,

20   San Francisco Giants --

21       MR. DELL:  That's right.

22       LENNY:  -- that are now, you know, New York

23   Giants.

24       MR. DELL:  That's right.

25       LENNY:  Willie Mays -- Willie Mays was my idol.

16

1          MR. DELL:  Sure, of course.

2          LENNY:  Okay, growing up.

3          MR. DELL:  I've been to the Polo Grounds,

4     Ebbets Field.  You know.

5          LENNY:  Oh, yeah.  Ebbets Field.  Matter of

6     fact, I got to tell you a quick story, Paul.

7          MR. DELL:  Yeah.

8          LENNY:  I don't know if you remember.  How old

9     of a fellow are you, Paul?

10          MR. DELL:  I'm 70.

11          LENNY:  Okay, I'm going to be 73 in October.

12          MR. DELL:  Yeah, uh-huh.

13          LENNY:  Okay?  And -- and I remember, Paul,

14     they had -- if you remember, they used to have the Elsie

15     Borden -- the tops on the -- you know, the -- what the

16     hell is it -- the cups, the Dixie cups, if you had 10 cup

17     tops --

18          MR. DELL:  Uh-huh.

19          LENNY:  -- you got a free ticket in the -- in

20     the bleachers at Ebbets field.

21          MR. DELL:  Right.  Right.  Right.

22          LENNY:  Okay?  So, we saved them up.  I saved

23     them up, and we were in the bleachers, a couple of

24     friends and myself.

25          MR. DELL:  Yeah.

17

1      LENNY:  Okay?  And, you know, it's hot out

2   there. There was no coverage, you know, or anything like

3   that.

4      MR. DELL:  Right.

5      LENNY:  So, as a kid, there was a fence

6   separating the grandstands from the bleachers, if you

7   remember that.

8      MR. DELL:  Right, right.

9      LENNY:  Okay?

10      MR. DELL:  Right, right.

11      LENNY:  So, I -- all my friends, we scaled the

12   fence; we climbed up on the fence and over.

13      MR. DELL:  Right.

14      LENNY:  Okay?  I was -- I was a little heavy

15   and not as agile as my friends.

16      MR. DELL:  Right.

17      LENNY:  I got stuck.  My -- my pants leg got

18   stuck on the top of the fence.

19      MR. DELL:  Right.

20      LENNY:  Okay?  And -- and this is the time -- I

21   remember it like it was yesterday.

22      MR. DELL:  That's right.

23      LENNY:  And the -- the whole -- the crowd was -

24   - was cheering for me on the other side.  I think the --

25   the security guard turned his head --

18

1           MR. DELL:  Mm-hmm.

2           LENNY:  -- because I think if he had looked in

3      my direction, the -- the crowd would have killed him.

4           MR. DELL:  That's right.

5           LENNY:  You know what I mean?

6           MR. DELL:  Sure, sure.

7           LENNY:  You know what I mean?  So --

8           MR. DELL:  Yeah.

9           LENNY:  -- I finally -- I finally made it over

10     the fence, and we -- we wound up in the grandstands, you

11     know, with the coverage --

12          MR. DELL:  Yeah, sure.

13          LENNY:  -- and everything else.  And then I

14     moved to Long Island City -- from Long Island City to

15     Brooklyn.  What part of Brooklyn were you in?

16          MR. DELL:  Oh, I lived -- I lived in -- I lived

17     -- I'd say I lived in Manhattan for a while, I lived in

18     Brooklyn, what's that area? Crown Heights?  Not Crown

19     Heights.

20          LENNY:  Oh.

21          MR. DELL:  Oh, hell, I can't remember.

22          LENNY:  Easton?

23          MR. DELL:  No, it's across from Manhattan.

24          LENNY:  Flatbush?

25          MR. DELL:  It's -- it's --

1          LENNY:  Oh, oh --

2          MR. DELL:  Down by the water.

3          LENNY:  -- I think I know.

4          MR. DELL:  Where the brownstones are.

5          LENNY:  (Inaudible) I think -- I think I know.

6    The brownstones, okay.

7          MR. DELL:  Yeah, sure.

8          LENNY:  And it so happens, I sold -- I was in

9    real estate in New York.

10          MR. DELL:  Yeah.

11          LENNY:  I'm still a broker here in Florida.

12          MR. DELL:  Yeah.

13          LENNY:  My son who's an attorney is holding my

14   license, but I used to sell real estate in Brooklyn.

15          MR. DELL:  Yeah, I'm just --

16          LENNY:  Okay?

17          MR. DELL:  -- trying to remember.

18          LENNY:  And I'm trying to remember -- I'm

19   trying to remember the area.

20          MR. DELL:  You know, it's -- it's the -- it's

21   an exclusive area.  I just lived there for about a -- a

22   year, you know, rented a place.

23          LENNY:  Oh, okay.

24          MR. DELL:  But --

25          LENNY:  Right.

20

1      MR. DELL:  -- I just wish I could remember the

2    name.  You know where -- you know where --

3      LENNY:  Yeah, well, I mean -- so, I'm trying to

4    remember it.  I lived in -- in --

5      MR. DELL:  Brooklyn Heights.

6      LENNY:  -- off the (inaudible) Highway.

7      MR. DELL:  It's Brooklyn Heights.

8      LENNY:  Brooklyn Heights.

9      MR. DELL:  Yeah.

10      LENNY:  Brooklyn Heights, yeah.

11      MR. DELL:  Yeah, yep.

12      LENNY:  Very nice -- very nice area there, and

13    close to Manhattan.

14      MR. DELL:  That's right.

15      LENNY:  You know, and, you know, if you're

16    going through the tunnel and pretty much that was it --

17      MR. DELL:  Yeah.

18      LENNY:  -- you know?

19      MR. DELL:  There's no place like it.

20      LENNY:  Yeah, it brings --

21      MR. DELL:  But, anyway --

22      LENNY:  Let me tell you, I'm still an -- I'm

23    still a New York Knick fan, Paul.

24      MR. DELL:  Yeah.

25      LENNY:  What about you?

1              MR. DELL:  I -- I don't -- I don't --

2              LENNY:  Really?

3              MR. DELL:  -- I don't follow sports,

4        unfortunately.  I --

5              LENNY:  Oh, you don't?

6              MR. DELL:  -- no, I -- I try not to.  I don't

7        even have TV, you know.

8              LENNY:  Oh, really?

9              MR. DELL:  I don't -- yeah.  I just --

10             LENNY:  Wow.  How -- how come?

11             MR. DELL:  -- I -- I got -- I just got tired of

12       it.

13             LENNY:  Do you do a lot of reading?

14             MR. DELL:  I read.  I read.  You know, I read.

15             LENNY:  Oh, you read, okay.

16             MR. DELL:  Yeah, I --

17             LENNY:  Okay.

18             MR. DELL:  -- I've sent one text message in my

19       life.  I don't have a cell phone that I use.

20             LENNY:  Oh, okay.

21             MR. DELL:  I use --

22             LENNY:  All right.

23             MR. DELL:  -- but anyway, let me -- let me --

24             LENNY:  Okay.

25             MR. DELL:  -- cut you off, only because I got

22

1      my grandkids here and they're driving me crazy.

2                  LENNY:  Yeah, Paul.  Yeah, Paul (inaudible)

3      going to call you back --

4                  MR. DELL:  But they're going to -- they're

5      going to call me back.  How are they going to do that,

6      because I have to stand by the phone or -- or what?

7                  LENNY:  No, no, don't stand by it.  Just --

8      just around 2:00 today, 2:15 or maybe a little before,

9      I'm going to give you a call back at (336)███████.

10                 MR. DELL:  Yeah.

11                 LENNY:  And that's it, and they'll answer your

12     questions for you.

13                 MR. DELL:  Okay, great.

14                 LENNY:  Okay?

15                 MR. DELL:  All right.  Thank you, Lenny.

16                 LENNY:  Okay, nice -- nice talking to you.

17                 MR. DELL:  Right, you, too.

18                 LENNY:  Thank you.

19                 MR. DELL:  Bye-bye.

20                 LENNY:  Right, bye now.

21                 **(The call was concluded.)**

22                 **(The recording was concluded.)**

23

24

25

23

**C E R T I F I C A T I O N   O F   T Y P I S T**

MATTER NUMBER: ████████ _____

CASE TITLE: <u>LIFEWATCH, INC.</u> _____

TAPING DATE: <u>DATE UNKNOWN</u> _____

TRANSCRIPTION DATE: <u>FEBRUARY 26, 2015</u> _____

REVISION DATE: <u>MARCH 31, 2015</u> _____


    I HEREBY CERTIFY that the transcript contained
herein is a full and accurate transcript of the tapes
transcribed by me on the above cause before the FEDERAL
TRADE COMMISSION to the best of my knowledge and belief.


            DATED:  February 27, 2015

*Sara J. Vance*
_____

            SARA J. VANCE

**C E R T I F I C A T I O N   O F   P R O O F R E A D E R**


    I HEREBY CERTIFY that I proofread the transcript for
accuracy in spelling, hyphenation, punctuation and
format.

*Elizabeth M Farrell*
_____

          ELIZABETH M. FARRELL

# Attachment Z

ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.      

TITLE           LIFEWATCH, INC.

DATE            RECORDED:  DATE UNKNOWN
                TRANSCRIBED:  FEBRUARY 26, 2015
                REVISED:  MARCH 31, 2015

PAGES           1 THROUGH 23

TELEPHONE CONVERSATION BETWEEN PAUL DELOCA AND THERESA,
JACQUELINE AND JENNIFER

410-985-6570-Life-Alert-Watch-Theresa-Agent#2002-ORIGINAL ORDER

2

1          FEDERAL TRADE COMMISSION

2                I N D E X

3

4    RECORDING:                                    PAGE:

5    Telephone Conversation with Theresa          4

6    Telephone Conversation with Jacqueline       14

7    Telephone Conversation with Jennifer         21

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case: 1:15-cv-05781 Document #: 17-1 Filed: 07/06/15 Page 52 of 72 PageID #:469

```
 1                    FEDERAL TRADE COMMISSION

 2

 3        In the Matter of:              )

 4        Lifewatch, Inc.               )   Matter No. ████████

 5                                       )

 6        ----------------------------)

 7                                 Date Unknown

 8

 9

10

11             The following transcript was produced from a

12        digital recording provided to For The Record, Inc. on

13        February 24, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Menjivar Att. Z**
**Page 3 of 23**

4

1               P R O C E E D I N G S

2                  -   -   -   -   -

3      TELEPHONE CONVERSATION WITH PAUL DELOCA AND

4           THERESA, JACQUELINE AND JENNIFER

5           MR. DELOCA:  Hello?

6           RECORDED MESSAGE:  Congratulations.  The

7      Federal Government is shipping you a free medical alert

8      system.  Press one now to speak to an agent to get your

9      free information.

10          **(Selection entered.)**

11          RECORDED MESSAGE:  Your call is very important

12     to us.  Please stay on the line and you'll be transferred

13     to the next available agent.

14          THERESA:  Hello?

15          MR. DELOCA:  Yes, hello?

16          THERESA:  Hi, my name is Theresa.  My PLS agent

17     number is 2002.

18          MR. DELOCA:  Okay.

19          THERESA:  May I ask whom I'm speaking with?

20          MR. DELOCA:  Yes.  My name is Paul.

21          THERESA:  And, Paul, in case we get

22     disconnected, is this the best phone number to reach you

23     back on?

24          MR. DELOCA:  Yes, it's -- it's a home phone.

25          THERESA:  It's a home line?

5

1          MR. DELOCA:  Yes.

2          THERESA:  Okay.  For responding today to our

3    Senior Life Support Assistance Program, you've been

4    selected to receive a medical alert system at no cost.

5          MR. DELOCA:  Mm-hmm.

6          THERESA:  It has -- it has a value over $400.

7          MR. DELOCA:  Mm-hmm.

8          THERESA:  And my job today is to make sure that

9    you still qualify for this offer, if -- to which system

10   you qualify for.

11         MR. DELOCA:  Okay.

12         THERESA:  Are you responsible for your own

13   finances, sir?

14         MR. DELOCA:  Yes, I am.

15         THERESA:  And is this system for yourself or

16   for someone else?

17         MR. DELOCA:  I'm sorry?

18         THERESA:  Is this system for yourself or would

19   it be for someone else?

20         MR. DELOCA:  Oh, it's -- it's for my -- my wife

21   and I.

22         THERESA:  Okay.  And do you currently own any

23   type of medical device?

24         MR. DELOCA:  No, I don't.

25         THERESA:  Okay.  And which address would you

6

1    like this shipment shipped to?

2              MR. DELOCA:  And what kind of medical alert

3    device is it?

4              THERESA:  It's a -- either a medical alert

5    bracelet or necklace.

6              MR. DELOCA:  Medical alert bracelet, okay.

7    Well, I live -- I live in Greensboro, North Carolina.

8              THERESA:  Mm-hmm.

9              MR. DELOCA:  And my address is ███████████

10   ████.

11             THERESA:  Okay.  Okay.  Sir, for -- your

12   medical alert system includes a waterproof necklace or

13   bracelet.

14             MR. DELOCA:  Mm-hmm.

15             THERESA:  A medical alert base station with a

16   loudspeaker and a very sensitive microphone.

17             MR. DELOCA:  Okay.

18             THERESA:  Also included is away-from-home

19   protection card --

20             MR. DELOCA:  Mm-hmm.

21             THERESA:  -- that gives emergency personnel 24

22   hours a day --

23             MR. DELOCA:  Mm-hmm.

24             THERESA:  -- seven days a week access to your

25   important medical information.

7

1          MR. DELOCA:  Okay.

2          THERESA:  It is a -- it is the same system as

3    seen on TV and it works very simple.  If you have a

4    medical emergency or fire, a burglary or even something

5    as simply as a fall --

6          MR. DELOCA:  Mm-hmm.

7          THERESA:  -- that you have difficulty getting

8    up from, you would simply push the button on the

9    lightweight waterproof necklace --

10         MR. DELOCA:  Mm-hm.

11         THERESA:  -- or bracelet and you could speak

12   hands-free from anywhere in your home to a live certified

13   medical technician.

14         MR. DELOCA:  Okay.

15         THERESA:  They will -- they will evaluate the

16   situation, immediately get the help that you need --

17         MR. DELOCA:  Mm-hmm.

18         THERESA:  -- notify family or 911 and comfort

19   you or your wife until help has arrived.

20         MR. DELOCA:  And -- and who -- who makes the

21   medical alert --

22         THERESA:  Lifewatch.

23         MR. DELOCA:  Lifewatch?  Oh, okay.

24         THERESA:  Yes.  Okay, your alert button works

25   anywhere in the home and even works outside of your home.

8

1      It has a 1500-foot range, which is over a quarter of a

2      mile, okay?

3              MR. DELOCA:  Mm-hmm.

4              THERESA:  And I think it's -- I think it's

5      great that you decide to get yourself and your wife

6      protected today.  This device has been saving lives for

7      over 35 years.  Now, I do know --

8              MR. DELOCA:  Yeah, and if I don't like it -- go

9      ahead.

10             THERESA:  I'm sorry, what's the question?

11             MR. DELOCA:  I said if I don't like it, can I

12     return it?

13             THERESA:  Yes, because there's no commitment,

14     so you could send it back at any time.

15             MR. DELOCA:  Okay.

16             THERESA:  The shipment's free.

17             MR. DELOCA:  Okay.

18             THERESA:  Okay.  So, now as you know, we

19     provide you with all the equipment; the shipping and

20     activation is completely free.  All you have to do today,

21     sir, is pay the small monthly monitoring fee of $34.75 a

22     month, but there is no contract, and you can cancel at

23     any time with no cancellation fee.  Everything else is

24     completely free.  How does that sound?

25             MR. DELOCA:  And -- and what is it, 35-how-

9

1      much, 34-what?

2              THERESA:  $34.95 each month.

3              MR. DELOCA:  Okay.

4              THERESA:  Okay.  And, also, each month, you'll

5      receive a $50 gift card, that is from restaurant.com,

6      that you and your lovely wife will go out to eat.

7              MR. DELOCA:  Mm-hmm.

8              THERESA:  You'll also receive a free membership

9      to our pharmacy discount club.  We'll give -- be able to

10     give you a huge discount on all your prescription

11     medications.

12             MR. DELOCA:  Okay.

13             THERESA:  And -- and for the monthly monitoring

14     fee, do you currently have your checkbook handy?

15             MR. DELOCA:  I don't have my checkbook.  I -- I

16     can pay by debit card.

17             THERESA:  Okay.  If you can grab that debit

18     card, I need the expiration date on that card.

19             MR. DELOCA:  January '16.

20             THERESA:  January '16?

21             MR. DELOCA:  Mm-hmm.

22             THERESA:  Okay, and is that a Visa or

23     MasterCard?

24             MR. DELOCA:  It's a -- a Visa card.  And -- and

25     what company are you with?

10

1               THERESA:  This is -- if you have a pen and

2     paper, this is Senior Life Support.

3               MR. DELOCA:  Senior Life Support.  Okay.  And

4     where are you located?

5               THERESA:  And is it a -- our main office is in

6     New York.

7               MR. DELOCA:  New York, okay.

8               THERESA:  Right.

9               MR. DELOCA:  Do you have an address?

10              THERESA:  And on that -- no, we do not have a

11    physical address, sir, but once you qualify, you'll

12    receive everything in writing, sir.

13              MR. DELOCA:  Oh, okay.  And -- and when will

14    the medical alert thing come?

15              THERESA:  It will arrive within 7 to 10 days.

16              MR. DELOCA:  Okay.  All right.

17              THERESA:  And can you verify that -- you said

18    it was -- is it a Visa card or MasterCard?

19              MR. DELOCA:  It's a Visa card.

20              THERESA:  And can you verify that Visa card

21    number, sir?

22              MR. DELOCA:  XXXX XXXX XXXX XXXX.

23              THERESA:  And how does your name appear on that

24    account, sir?

25              MR. DELOCA:  Paul Deloca.

11

```
1              THERESA:  And you said you was in ▇▇▇
2    ▇▇▇▇▇▇▇▇▇▇.
3              MR. DELOCA:  Yeah, how are you spelling
4    Clarendon?
5              THERESA:  And that --▇▇▇▇▇▇▇▇▇▇▇▇▇.
6              MR. DELOCA:  Yeah, that's correct.
7              THERESA:  And what is the zip code?
8              MR. DELOCA:  ▇▇▇▇.
9              THERESA:  I'm sorry?
10             MR. DELOCA:  ▇▇▇▇.
11             THERESA:  No, I'm missing a number.  You said
12   ▇▇.  That's all I heard.
13             MR. DELOCA:  Two.  Two.  The number two.
14             THERESA:  ▇▇▇?
15             MR. DELOCA:  ▇▇▇.
16             THERESA:  Okay.
17             MR. DELOCA:  Mm-hmm.
18             THERESA:  Okay.  And would you like the
19   bracelet or the necklace, Ms. -- Mr. Deloca?
20             MR. DELOCA:  Well, I -- I -- I -- I don't know.
21   I don't know.  What would you recommend?
22             THERESA:  Most -- I recommend the necklace.
23             MR. DELOCA:  The necklace.  And --
24             THERESA:  And for your wife, would she like?
25             MR. DELOCA:  I don't know.  A necklace.  Well,
```

12

1    a bracelet or a necklace.  I -- why would you recommend

2    the bracelet versus the necklace versus the bracelet?

3              THERESA:  Because that's what most people --

4    most people choose the necklace.  That's why.

5              MR. DELOCA:  Okay.  Well, I guess if we don't

6    like it we can return it.  Yeah, okay.

7              THERESA:  So, you want two -- you want two

8    necklace?

9              MR. DELOCA:  No, I don't want two.

10             THERESA:  Okay.

11             MR. DELOCA:  We'll try one.

12             THERESA:  One for you, one for your wife?  You

13   just want one, okay.

14             MR. DELOCA:  Yeah.

15             THERESA:  Oh -- okay.  I'm going to place you

16   on a -- a brief hold to get you to your confirmation

17   number.  Please have a pen and paper ready.  Just -- and

18   have the Visa card, Mr. Deloca.  They're going to be

19   referring to it one more time, okay?

20             MR. DELOCA:  I'm sorry?

21             THERESA:  Hold the line.  You're going to hear

22   some music.  I said hold the line while I transfer you to

23   -- to the verification department.  I will be on the line

24   one more time to give you some additional information,

25   okay?

13

1    MR. DELOCA:  Okay.  Thank you.

2    THERESA:  Hold the line for me.  Thank you.

3    (Inaudible)?

4    MR. DELOCA:  Yes.

5    THERESA:  Okay, once again, congratulations.

6    The monitoring fee is $34.95 each month.  In case you

7    no longer wanted the system, just simply send it back.

8    So -- and there's no cancellation fee, so you will not --

9    there -- the monitor (inaudible) the unit's worth $475,

10   so please send it back so there will not be a charge of

11   that.  Okay?

12   MR. DELOCA:  Say that last thing.

13   THERESA:  I'm transfer -- I said the unit, like

14   I was telling you, is worth over $400.

15   MR. DELOCA:  Right.

16   THERESA:  So, in case you -- in case you were

17   to cancel, in case you no longer want the system, please

18   ship it back because the shipment's free, so you won't

19   get charged of the $475.

20   MR. DELOCA:  Yeah, and --

21   THERESA:  If you just keep --

22   MR. DELOCA:  -- I'm going to have -- I'm going

23   to have the address and the phone number and everything

24   listed when I get the material, right?

25   THERESA:  Everything will go -- they're going

14

1    to give you a confirmation and they're going to give you

2    the number, so do you have a pen and paper?  They're

3    going to give you information as well today, so --

4              MR. DELOCA:  Okay.

5              THERESA:  -- everything's going to be in the --

6    in your -- in your welcome package, so have a happy

7    holiday.  Hold the line while I transfer you --

8              MR. DELOCA:  Mm-hmm.

9              THERESA:  Thank you.

10             **(On-hold music.)**

11             RECORDED MESSAGE:  Your call is very important

12   to us.  Please stay on the line, and you'll be

13   transferred to the next available agent.

14             MR. DELOCA:  Yes, hello?

15             JACQUELINE:  Hi, am I speaking to Paul?

16             MR. DELOCA:  Yes.  Thank you.

17             JACQUELINE:  Okay, my name's Jacqueline.  I'm

18   with the verification department for Senior Life Support.

19   I was just going to verify the order you just placed for

20   the medical alert system, okay?

21             MR. DELOCA:  Okay.  And what did you say your

22   name was?  Saka?

23             JACQUELINE:  Jacqueline.

24             MR. DELOCA:  Jocelyn, okay.

25             JACQUELINE:  You can call my Jackie.

15

```
 1              MR. DELOCA:  Okay.

 2              JACQUELINE:  Okay?

 3              MR. DELOCA:  Okay.

 4              JACQUELINE:  Now, this line is being recorded

 5      for quality assurance purposes.  Now, I have your first

 6      name as Paul, and that's P A U L.

 7              MR. DELOCA:  Mm-hmm.

 8              JACQUELINE:  Do you have a middle initial?

 9              MR. DELOCA:  J.  J.

10              JACQUELINE:  J?

11              MR. DELOCA:  Mm-hmm.

12              JACQUELINE:  Okay.  Last name Deloca, D E L O C

13      A.

14              MR. DELOCA:  Mm-hmm.

15              JACQUELINE:  Is that correct?  Okay.  And the

16      address I have for you is ███████████████████,

17      Greensboro, North Carolina --

18              MR. DELOCA:  Mm-hmm.

19              JACQUELINE:  ████████.

20              MR. DELOCA:  Mm-hmm.

21              JACQUELINE:  Okay.  And the phone number that I

22      have for you is (336)███████.

23              MR. DELOCA:  That's correct.  Uh-huh.

24              JACQUELINE:  Is that the home phone number?

25              MR. DELOCA:  Mm-hmm.
```

16

1      JACQUELINE:  It's a landline, correct?

2      MR. DELOCA:  Yes.

3      JACQUELINE:  Okay, thank you.

4      And what is the best time to contact you on

5      that phone number, sir?

6      MR. DELOCA:  Well, I have an answering machine

7      here, so there's no -- no best time.  You know, I don't

8      know when you call, but --

9      JACQUELINE:  The reason why I ask is because we

10     give a courtesy call before we ship the equipment out.

11     MR. DELOCA:  Mm-hmm.

12     JACQUELINE:  So, I would need to know -- we

13     would need to speak to you.

14     MR. DELOCA:  Oh.

15     JACQUELINE:  So, what time would be best that

16     you would -- you think you would be home?

17     MR. DELOCA:  Well, I'm usually home in the

18     morning, but a lot of times I -- I don't have the ringer

19     on, so if you called me, you know, I could call you back.

20     JACQUELINE:  Morning?

21     MR. DELOCA:  I can call you back.

22     JACQUELINE:  Okay.

23     MR. DELOCA:  Do you have a number I can call

24     you back?

25     JACQUELINE:  Well, we're going to provide you

1    with a number.  Yes, I'm going to provide you with --

2    well, I'm going to transfer you to our corporate office,

3    where they will provide you with that number, okay?

4              MR. DELOCA:  Oh, okay.

5              JACQUELINE:  Okay, sir.  So, you're receiving

6    the basic system for $34.95.  You're getting a necklace,

7    a $50 restaurant gift card from restaurant.com, and

8    pharmacy discount card, as well.  Is that correct, sir?

9              MR. DELOCA:  Yeah, mm-hmm.

10             JACQUELINE:  And I see that you are using your

11   Visa card today.  Do you still have that card on you and

12   a pen and a piece of paper?

13             MR. DELOCA:  Yes, I do.

14             JACQUELINE:  Okay, sir.  Now, by providing your

15   credit card information and a verbal authorization to --

16   December 23rd, 2014, you are authorizing Senior Life

17   Support to initiate a one-time credit card debit on

18   December 23rd, 2014, for the amount of $34.95 --

19             MR. DELOCA:  Mm-hmm.

20             JACQUELINE:  -- and a recurring credit card

21   debit to your account in the amount of $34.95 on the 3rd

22   of every month.

23             MR. DELOCA:  Mm-hmm.

24             JACQUELINE:  The first credit card debit shall

25   be drafted or applied from your account on or after

18

1    December 23rd, 2014, to be followed by successive debits,

2    if applicable, as just described.

3         MR. DELOCA:  Mm-hmm.

4         JACQUELINE:  Now, please note that if at any

5    time you wish to revoke the authorization and cancel any

6    scheduled debit to your account, you must notify us three

7    business -- prior to your scheduled debit date.

8         MR. DELOCA:  Mm-hmm.

9         JACQUELINE:  Now, in the event that you choose

10   not to return the equipment but to purchase the

11   equipment, you authorize the one-time charge of $475.

12        MR. DELOCA:  Mm-hmm.

13        JACQUELINE:  So, please make sure if you ever

14   decide to cancel that you do the return the equipment

15   back to us.  Okay, sir?

16        MR. DELOCA:  Mm-hmm.

17        JACQUELINE:  And you have 30 days to return

18   that equipment back.

19        MR. DELOCA:  Okay.

20        JACQUELINE:  All right.  Thank you.

21        Do you authorize Senior Life Support to proceed

22   with the credit card debits for the $34.95?

23        MR. DELOCA:  Yeah, sure.  Yeah, I'm anxious --

24   I'm anxious to see the equipment, yeah.

25        JACQUELINE:  Okay.  (Inaudible) credit card

1    debit --

2            MR. DELOCA:  Go ahead.

3            JACQUELINE:  Okay, credit card debits will be

4    drafted from your account with the following information.

5    I have card number XXXX XXXX XXXX XXXX.

6            MR. DELOCA:  Mm-hmm.

7            JACQUELINE:  Expiration date 1/16.

8            MR. DELOCA:  Mm-hmm.

9            JACQUELINE:  And what is the three-digit

10   security code on the back of the card?

11           MR. DELOCA:  XXX.

12           JACQUELINE:  And does the card read Paul J.

13   Deloca?

14           MR. DELOCA:  Yes.

15           JACQUELINE:  And is the billing address the

16   same as the home address?

17           MR. DELOCA:  Yes.

18           JACQUELINE:  Okay, great.  Your equipment will

19   arrive within 10 to 14 business days.  Don't forget to

20   activate it as soon -- as soon as you receive it by

21   plugging into the phone line jack.  Okay?

22           MR. DELOCA:  Okay.

23           JACQUELINE:  Now, I'm going to transfer you to

24   our corporate office, but before I do that, I will give

25   you your confirmation number.  Can you write this down,

20

1      please?

2              MR. DELOCA:  Go ahead.

3              JACQUELINE:  It is 658.

4              MR. DELOCA:  Mm-hmm.

5              JACQUELINE:  223.

6              MR. DELOCA:  Mm-hmm.

7              JACQUELINE:  178.

8              MR. DELOCA:  178?  What was that again?

9              JACQUELINE:  Now hold on --

10             MR. DELOCA:  Hello?

11             JACQUELINE:  -- 6582231 -- yes, can you hear

12     me?

13             MR. DELOCA:  Yeah.  One?

14             JACQUELINE:  658223178.

15             MR. DELOCA:  178.  Okay.

16             JACQUELINE:  Okay, now, stay on the line with

17     me while I transfer you to our billing department, and

18     they will finalize the order and also provide you with a

19     customer service number, okay?

20             MR. DELOCA:  Okay.

21             JACQUELINE:  Thank you.

22             RECORDED MESSAGE:  Thank you for calling

23     Medical Alarm Systems.  If you know your party's

24     extension, you may dial it at any time.  Please hold for

25     the next available representative.  Thank you.

21

```
 1              (On-hold music.)
 2              JENNIFER:  Medical Alarms, Jennifer.  How many
 3      I help you?
 4              MR. DELOCA:  Hello --
 5              JACQUELINE:  Hi, I have a Paul Deloca on the
 6      line.
 7              JENNIFER:  Okay, what's the customer ID?
 8              JACQUELINE:  658223178.
 9              JENNIFER:  Hi, this is Jennifer with Medical
10      Alarms.  Can you hear me okay?
11              MR. DELOCA:  Sure.  What -- what was your name?
12      Ashton?
13              JENNIFER:  My name is Jennifer.
14              MR. DELOCA:  Jennifer, okay.
15              JENNIFER:  All right, just give me a minute,
16      sir.
17              I see that you have an in-home unit for $34.95
18      per month.
19              MR. DELOCA:  Mm-hmm.
20              JENNIFER:  For the medical alert, Paul, can I
21      process the payment with you for that?
22              MR. DELOCA:  Yes.
23              JENNIFER:  Okay.  Okay.  Okay.  So, I see I
24      have your address as ████████████████, Greensboro,
25      North Carolina, ██████.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555    **Menjivar Att. Z**
**Page 21 of 23**

22

1          MR. DELOCA:  Yeah.  How did you spell

2    ████████?

3          JENNIFER:  ███████████

4          MR. DELOCA:  That's correct.

5          JENNIFER:  All right.  All right, sir,

6    otherwise you'll get your shipment in 10 business days.

7          MR. DELOCA:  Mm-hmm.

8          JENNIFER:  And your next billing date is

9    February 7th, 2015, okay?

10         MR. DELOCA:  Mm-hmm.

11         JENNIFER:  All right, sir, you have a nice

12    holiday, okay?

13         MR. DELOCA:  All right.  Thank you very much.

14    All right.

15         JENNIFER:  All right.

16         MR. DELOCA:  Oh, wait, wait, you didn't --

17         JENNIFER:  (Inaudible) no problem --

18         MR. DELOCA:  -- you didn't give me -- you

19    didn't give me the number of customer service.  They told

20    me that you'd give me that number so I can call back if

21    I'm not here when the -- they call.  Hello?  Hello?

22         **(The call was concluded.)**

23         **(The recording was concluded.)**

24

25

23

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: ███████ _____

4     CASE TITLE: LIFEWATCH, INC. _____

5     TAPING DATE: DATE UNKNOWN _____

6     TRANSCRIPTION DATE: FEBRUARY 26, 2015 _____

7     REVISION DATE:  MARCH 31, 2015 _____

8

9         I HEREBY CERTIFY that the transcript contained

10    herein is a full and accurate transcript of the tapes

11    transcribed by me on the above cause before the FEDERAL

12    TRADE COMMISSION to the best of my knowledge and belief.

13

14                    DATED:  February 27, 2015

15                    _Sara J. Vance_

16                    _____

17                    SARA J. VANCE

18       C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24                    _Elizabeth M. Farrell_
                      _____

25                    ELIZABETH M. FARRELL