# Attachment AA

# ORIGINAL

**OFFICIAL TRANSCRIPT PROCEEDING**

**FEDERAL TRADE COMMISSION**

MATTER NO.   

TITLE         LIFEWATCH, INC.

DATE          RECORDED:  NOVEMBER 25, 2014
              TRANSCRIBED: MARCH 31, 2015
              REVISED:  MAY 7, 2015

PAGES         1 THROUGH 17

TELEPHONE CONVERSATION BETWEEN FEMALE REP, JACQUELINE AND
GARY GILMORE
20141125135709001424I3075418998 (BogusOrder)

2

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4      RECORDING:                              PAGE:

 5      Telephone conversation with Female Rep     4

 6      Telephone conversation with Jacqueline    10

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         FEDERAL TRADE COMMISSION

 2

 3        In the Matter of:            )

 4        Lifewatch, Inc.             )   Matter No. ███████

 5                                     )

 6        ----------------------------)

 7                                      November 25, 2014

 8

 9

10

11             The following transcript was produced from a

12        digital recording provided to For The Record, Inc. on

13        March 24, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3    TELEPHONE CONVERSATION BETWEEN FEMALE REP, JACQUELINE

4                    AND GARY GILMORE

5              MR. GILMORE:  Hello, tell me about it.

6              MALE RECORDING:  Hi, this is an important

7    message from the Life Alert System.  You've been selected

8    to receive a free Life Alert System with free equipment

9    use, free shipping and free warranty, this Life Alert

10   System can protect your family from medical emergencies,

11   from fire emergencies to gas emergencies to intruder

12   emergencies.  Press one now to speak to our customer

13   service department.

14              (Brief pause.)

15              FEMALE REPRESENTATIVE:  Medical Alert, thank

16   you for holding.

17              MR. GILMORE:  Yes, how are you today?

18              FEMALE REPRESENTATIVE:  Oh, I'm all right, I

19   guess.

20              MR. GILMORE:  All right.

21              FEMALE REPRESENTATIVE:  How are you?

22              MR. GILMORE:  I'm doing okay.  How's this thing

23   work?

24              FEMALE REPRESENTATIVE:  Well, basically, a lot

25   of people use it for alarms or for help.  (Inaudible)

5

```
1     press that button which will be around your wrist or your
2     neck and it's very lightweight and waterproof.  You have
3     a base station that sits in your home.
4              MR. GILMORE:  Mm-hmm.
5              FEMALE REPRESENTATIVE:  It has a very loud
6     speaker and a sensitive microphone in it.  That's what
7     you're getting all for free right now.  Free shipping,
8     free activation.  There is a monetary service that comes
9     with that service that monitors you 24/7.  That's $34 a
10    month.  You pay that and they send you a gift card back
11    every month of $50.  Also, that gift card is for you to
12    use at any restaurant.  Now, there's no contracts against
13    you or cancellation fees.
14              MR. GILMORE:  Okay.
15              FEMALE REPRESENTATIVE:  So, would you think
16    that this service will benefit for you?
17              MR. GILMORE:  Yeah, that sounds pretty good.
18              FEMALE REPRESENTATIVE:  Great.
19              MR. GILMORE:  How do I go about getting one?
20              FEMALE REPRESENTATIVE:  Well, let's go ahead
21    and get you signed up.
22              MR. GILMORE:  Okay.
23              FEMALE REPRESENTATIVE:  Now, the payment
24    methods they do accepts are checks, savings, debit or
25    credit card.
```

6

1          MR. GILMORE:  Okay.

2          FEMALE REPRESENTATIVE:  All right.  Go ahead

3    and verify your billing address for me, please.

4          MR. GILMORE:  Oh, ██████████████.

5          FEMALE REPRESENTATIVE:  ██████████?

6          MR. GILMORE:  ████████████████████.

7    ██████████████.

8          FEMALE REPRESENTATIVE:  Oh, █████.

9          MR. GILMORE:  Yeah.

10          FEMALE REPRESENTATIVE:  And that's █████ or

11    █████?

12          MR. GILMORE:  Street.  Yeah, just ██████████.

13    And that's Memphis, Tennessee.

14          FEMALE REPRESENTATIVE:  Tennessee.  Memphis?

15          MR. GILMORE:  Mm-hmm.

16          FEMALE REPRESENTATIVE:  How is Memphis?

17          MR. GILMORE:  Well, cold.  Colder than it

18    should be at this time of year, but nothing compared

19    to -- to the north.  It gets too cold for me when I'm

20    here.   I'm ready to head further south myself every

21    winter.

22          FEMALE REPRESENTATIVE:  Oh, Jesus.

23          MR. GILMORE:  I don't even like ice cream.

24          FEMALE REPRESENTATIVE:  Oh, I know that's

25    right.

7

1             MR. GILMORE: I don't even like ice cream.

2             FEMALE REPRESENTATIVE: The snowbirds are

3 running to the south. You don't?

4             MR. GILMORE: If it's cold, I don't like it. I

5 divorced my ex because her blood was cold. I mean, I

6 just -- I don't like cold.

7             FEMALE REPRESENTATIVE: Yeah, I don't like that

8 cold either. It makes you lock up.

9             MR. GILMORE: Yeah.

10             FEMALE REPRESENTATIVE: All right. And your

11 zip code is?

12             MR. GILMORE: ███.

13             FEMALE REPRESENTATIVE: ███?

14             MR. GILMORE: ██.

15             FEMALE REPRESENTATIVE: Okay. And your first

16 and last name?

17             MR. GILMORE: First name is Gary, G-A-R-Y.

18             FEMALE REPRESENTATIVE: Gary, G-A-R-Y.

19             MR. GILMORE: And last name is Gilmore, G-I-L-

20 M-O-R-E.

21             FEMALE REPRESENTATIVE: All right, okay. And

22 how will you be paying the $34 today, check, savings,

23 debit or credit?

24             MR. GILMORE: Can I just send you a check

25 (inaudible) card?

8

```
 1                    FEMALE REPRESENTATIVE:  Okay.

 2                    MR. GILMORE:  Okay.

 3                    FEMALE REPRESENTATIVE:  Do you have a debit

 4       card or do you have your checkbook with you?

 5                    MR. GILMORE:  Well, I've got a debit card.  I

 6       guess we can do that.

 7                    FEMALE REPRESENTATIVE:  Okay.  Is it a debit?

 8       Verify your expiration date on the account.

 9                    MR. GILMORE:  It will be 11/19.

10                    FEMALE REPRESENTATIVE:  (Inaudible).  Okay, 11

11       what again, I'm sorry?

12                    MR. GILMORE:  Nineteen.

13                    FEMALE REPRESENTATIVE:  Okay.  And go ahead and

14       verify the account on the front from left to right.

15                    MR. GILMORE:  Let's see, it's -- let me get

16       this thing.  XXXX XXXX XXXX XXXX.

17                    FEMALE REPRESENTATIVE:  What was the first four

18       again?

19                    MR. GILMORE:  XXXX.

20                    FEMALE REPRESENTATIVE:  XXXX, okay.

21                    MR. GILMORE:  Right.

22                    FEMALE REPRESENTATIVE:  You want the necklace

23       or the bracelet?

24                    MR. GILMORE:  The necklace thing, the thing

25       that goes around your neck, I guess, yeah.
```

9

```
 1                FEMALE REPRESENTATIVE:  Great.  I'm sending out
 2       your gift card and everything.  I'm sorry to rush off
 3       real quick.  Hold on one moment, okay?
 4                MR. GILMORE:  Okay.
 5                FEMALE REPRESENTATIVE:  All right.
 6                (Brief pause.)
 7                MR. GILMORE:  Well, what's taking so long?
 8                (Brief pause.)
 9                FEMALE REPRESENTATIVE:  Okay, I have everything
10       set up for you.
11                MR. GILMORE:  Mm-hmm.
12                FEMALE REPRESENTATIVE:  Your gift card sent out
13       for you.  I have ███████████████, Memphis,
14       Tennessee ███ --
15                MR. GILMORE:  No, it's ███.  ███.
16                FEMALE REPRESENTATIVE:  I'm sorry?
17                MR. GILMORE:  ████.
18                FEMALE REPRESENTATIVE:  Oh, ██ --
19                MR. GILMORE:  It's ████.
20                FEMALE REPRESENTATIVE:  ███ --
21                MR. GILMORE:  It's four digits, ███.
22                FEMALE REPRESENTATIVE:  Oh, it's three digits.
23                MR. GILMORE:  No, it's four digits, ████.
24                FEMALE REPRESENTATIVE:  Oh, okay, I got you.  I
25       changed that in there.  I have your debit card is 11/19,
```

10

1      XXXX XXXX XXXX XXXX.

2               MR. GILMORE:  Right.

3               FEMALE REPRESENTATIVE:  I'm also sending you a

4      well card.  (Inaudible) the phone, get a pen and paper so

5      I'll give you a confirmation number, do all the

6      verifications that I didn't do anything wrong or lie to

7      you about anything, because we're being recorded with the

8      Better Business Bureau as well, okay?

9               MR. GILMORE:  Okay.

10              FEMALE REPRESENTATIVE:  Now, with this, they're

11     also going to give you a corporate call that also

12     confirms everything before it's all sent out to you,

13     okay?

14             MR. GILMORE:  Okay.

15             FEMALE REPRESENTATIVE:  So, hold on one moment

16     so I can send this over, and you have a blessed

17     Thanksgiving.

18             MR. GILMORE:  Okay, you, too.

19             (Brief pause.)

20             MR. GILMORE:  I bet she hangs up.  I bet they

21     disconnect me before I get the corporate info.  I betcha.

22             (Brief pause.)

23             JACQUELINE:  Hello?

24             MR. GILMORE:  Hello.

25             JACQUELINE:  Hi, Mr. Gilmore?

11

```
1              MR. GILMORE:  Yes.
2              JACQUELINE:  Hi, this is Jacqueline.  I'm with
3       the verification department for Senior Life Support.
4              MR. GILMORE:  Uh-huh.
5              JACQUELINE:  I'm just going to verify the order
6       you just placed and make sure everything's correct in our
7       system, okay?
8              MR. GILMORE:  Okay.
9              JACQUELINE:  All right.  Now, I want to let you
10      know that this line is being recorded for quality
11      assurance purposes.
12             MR. GILMORE:  Mm-hmm.
13             JACQUELINE:  During the verification process, I
14      am not allowed to answer any questions.
15             MR. GILMORE:  Okay.
16             JACQUELINE:  Because this is a timed recording,
17      okay?
18             MR. GILMORE:  Okay.
19             JACQUELINE:  I will provide you with a customer
20      service number and a customer ID number in case you do
21      have any questions, okay?
22             MR. GILMORE:  Okay.
23             JACQUELINE:  All right.  I have your first name
24      as Gary, G-A-R-Y, is that correct?
25             MR. GILMORE:  Right.
```

12

1               JACQUELINE:  Do you have a middle initial,

2    Gary?

3               MR. GILMORE:  E.

4               JACQUELINE:  G?

5               MR. GILMORE:  No, E.

6               JACQUELINE:  Okay.  Huh?

7               MR. GILMORE:  Yes.

8               JACQUELINE:  Okay.  Last name Gilmore, G-I-L-M-

9    O-R-E.

10              MR. GILMORE:  Right, mm-hmm.

11              JACQUELINE:  I have your address as ███████

12   ███████.

13              MR. GILMORE:  Right.

14              JACQUELINE:  Memphis, Tennessee.

15              MR. GILMORE:  Right.

16              JACQUELINE:  ████.

17              MR. GILMORE:  That's correct.

18              JACQUELINE:  Okay.  And I have your phone

19   number as (901)████, is that correct?

20              MR. GILMORE:  That's correct.

21              JACQUELINE:  Okay.  Is this your home phone

22   number?

23              MR. GILMORE:  Yes.

24              JACQUELINE:  Okay.  And what is the best

25   contact time for this number?  Mornings, evenings,

13

1    afternoons?

2              MR. GILMORE:  Afternoons.

3              JACQUELINE:  Okay.  And I see you're getting

4    the basic system for 34.95.

5              MR. GILMORE:  Okay.

6              JACQUELINE:  You're receiving a necklace, a $50

7    restaurant gift card from Restaurant.com and a wellness

8    card, is that correct, sir?

9              MR. GILMORE:  Right, mm-hmm.

10             JACQUELINE:  All right.  I also see you're

11   using your Visa card.  Do you still have that card on

12   you?

13             MR. GILMORE:  Yeah.

14             JACQUELINE:  And a pen and a piece of paper?

15             MR. GILMORE:  Right, mm-hmm.

16             JACQUELINE:  Okay.  By providing your credit

17   card information and verbal authorization today, November

18   25th, 2014, you are authorizing Senior Life Support to

19   initiate a one-time credit card debit on November 25th,

20   2014, for the amount of $34.95, and a recurring credit

21   card debit to your account in the amount of $34.95, and

22   that will be on the 5th of every month.  The first credit

23   card debit shall be drafted or applied from your account

24   on or after November 25th, 2014, to be followed by

25   successive debits if applicable as just described.

14

1          Now, please note that if at any time you wish

2     to revoke this authorization and cancel any scheduled

3     debit to your account, you must notify us at 855 --

4               MR. GILMORE:  855.

5               JACQUELINE:  -- 796 --

6               MR. GILMORE:  796.

7               JACQUELINE:  -- 7524.

8               MR. GILMORE:  7524.  And the name of the

9     company is?

10               JACQUELINE:  And that's Senior Life Support.

11               MR. GILMORE:  You said it's --

12               JACQUELINE:  And that's Monday through Friday.

13     Senior Life Support.

14               MR. GILMORE:  7924?

15               JACQUELINE:  All right, 855-796-7524.

16               MR. GILMORE:  7524, okay, I got it.

17               JACQUELINE:  All right.  Monday through Friday

18     between the hours of 10:00 a.m. and 6:00 p.m. Eastern

19     Standard time, and you must call at least three business

20     days prior to your scheduled debit date.  Now, in the

21     event that you choose not to return the equipment but to

22     purchase it, you authorize a one-time charge of $475.

23     So, make sure if you ever cancel that you do return that

24     equipment, okay?

25               MR. GILMORE:  Okay.

15

1          JACQUELINE:  All right, sir, do you authorize

2     Senior Life Support to proceed with the credit card

3     debit?

4          MR. GILMORE:  Yes.

5          JACQUELINE:  Okay.  Credit card debits will be

6     drafted from your account with the following information.

7     I have card number XXXX XXXX XXXX XXXX, expiration date

8     11/19.

9          MR. GILMORE:  Right.

10          JACQUELINE:  And what is the three-digit

11     security code on the back of the card?

12          MR. GILMORE:  XXX.

13          JACQUELINE:  Okay.  And do you have that middle

14     initial E on the card, sir?

15          MR. GILMORE:  No.

16          JACQUELINE:  No?

17          MR. GILMORE:  No.

18          JACQUELINE:  Is your billing address the same

19     as your home address?

20          MR. GILMORE:  Yes.

21          JACQUELINE:  Okay, great.  Your equipment will

22     arrive within 10 to 14 business days.  Don't forget to

23     activate it as soon as you receive it by plugging it into

24     your phone line jack, okay?

25          MR. GILMORE:  Okay.

```
 1                JACQUELINE:  I have your confirmation number.
 2      Please write this down.
 3                MR. GILMORE:  Okay.
 4                JACQUELINE:  It is 658 --
 5                MR. GILMORE:  658.
 6                JACQUELINE:  -- 143 --
 7                MR. GILMORE:  143.
 8                JACQUELINE:  -- 298.
 9                MR. GILMORE:  298.
10                JACQUELINE:  Okay?
11                MR. GILMORE:  Okay.
12                JACQUELINE:  All right, sir, we're all done.
13      Thank you for trusting Senior Life Support and you have a
14      wonderful day, okay?
15                MR. GILMORE:  Okay.  You, too.
16                JACQUELINE:  All right, thank you, bye.
17                MR. GILMORE:  Bye.
18                (The call was concluded.)
19                (The recording was concluded.)
20
21
22
23
24
25
```

17

1          C E R T I F I C A T I O N    O F    T Y P I S T

2

3       MATTER NUMBER: █████████

4       CASE TITLE: LIFEWATCH, INC.

5       TAPING DATE:  NOVEMBER 25, 2014

6       TRANSCRIPTION DATE:  MARCH 31, 2015

7       REVISION DATE:  MAY 7, 2015

8            I HEREBY CERTIFY that the transcript contained

9       herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                           DATED:  MAY 7, 2015

14

15                           _____

16                           ELIZABETH M. FARRELL

17

18         C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24                           _____

25                           SARA J. VANCE

# Attachment BB

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.    

TITLE         LIFEWATCH, INC.

DATE          RECORDED:   NOVEMBER 26, 2014
              TRANSCRIBED:  MARCH 31, 2015
              REVISED:  MAY 7, 2015

PAGES         1 THROUGH 14

TELEPHONE CONVERSATION BETWEEN LAVERNE AND GARY GILMORE
20141126091714000757i8006158364 (Declined)

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4       RECORDING:                              PAGE:

5       Telephone conversation with Laverne        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                     FEDERAL TRADE COMMISSION

 2

 3      In the Matter of:              )

 4      Lifewatch, Inc.               )   Matter No. ████

 5                                     )

 6      ------------------------------)

 7                                     November 26, 2014

 8

 9

10

11           The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      March 24, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                    P R O C E E D I N G S

2                 -    -    -    -    -

3      **TELEPHONE CONVERSATION BETWEEN LAVERNE AND GARY GILMORE**

4              MR. GILMORE:  Hello.

5              LAVERNE:  Hi, is Mr. Gary Gilmore available?

6              MR. GILMORE:  Yes, speaking.

7              LAVERNE:  Hi, Mr. Gilmore.  This is Laverne

8      calling from Lifewatch, the medical alarm company.

9              MR. GILMORE:  Uh-huh.

10             LAVERNE:  I was calling to confirm some

11     information on file so we could send your equipment out

12     to you.  We're getting ready to ship it out to you.

13             MR. GILMORE:  Okay.

14             LAVERNE:  You're at ███████████████████ in

15     Memphis, Tennessee?

16             MR. GILMORE:  Right, mm-hmm.

17             LAVERNE:  ██████.

18             MR. GILMORE:  Uh-huh.

19             LAVERNE:  Okay.  We're going to be shipping out

20     the equipment and you should be receiving it within the

21     next ten business days.  It's coming through regular

22     mail.

23             MR. GILMORE:  Okay.

24             LAVERNE:  Okay?  And we're going to be taking

25     the initial payment out of your account today for $34.95.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555     **Menjivar Att. BB**
                                                      **Page 4 of 14**

5

1            MR. GILMORE:  Okay.

2            LAVERNE:  Your next billing payment is going to

3      be January -- oh, the card was declined.  Let's go back.

4            MR. GILMORE:  What?

5            LAVERNE:  It was declined.  Let's see.

6            MR. GILMORE:  Why would that -- why would that

7      be happening?

8            LAVERNE:  Okay, let's see what -- let's try it

9      again and see what they said, okay?

10           MR. GILMORE:  Okay.

11           LAVERNE:  Then we can verify the -- let's run

12     it again.  Maybe it has to do with maybe -- okay, this

13     transaction has been declined.  It doesn't say.  Can we

14     just verify -- let me just go back for a minute.

15           MR. GILMORE:  Hmm.

16           LAVERNE:  Let me --

17           MR. GILMORE:  I can't imagine why that would

18     decline it.

19           LAVERNE:  Okay.  Let's -- let's go back for one

20     second.  I'm going to pull up the credit card here.  Is

21     there any way you could just verify some information with

22     me?

23           MR. GILMORE:  Sure.  Can you verify some as

24     well?  Where are you guys located?

25           LAVERNE:  We're in Connecticut.  I'm calling

6

1       from Connecticut.  Our home office is in New York.  The

2       shipment is -- the equipment is going to be shipped from

3       New York.

4               MR. GILMORE:  Okay.  Well, your company name

5       and office, where would that be?

6               LAVERNE:  I'm calling from Lifewatch Medical

7       Alarm Systems, and I'm out of Cromwell, Connecticut.

8               MR. GILMORE:  Do you have --

9               LAVERNE:  And we have an office also on --

10      in -- on Middle Street?

11              MR. GILMORE:  What's the address?

12              LAVERNE:  975 Middle Street.

13              MR. GILMORE:  97 --

14              LAVERNE:  In Middletown, Connecticut.

15              MR. GILMORE:  Middle Street.

16              LAVERNE:  Mm-hmm.

17              MR. GILMORE:  What was that city again?

18              LAVERNE:  Middletown, Connecticut.

19              MR. GILMORE:  Middletown?

20              LAVERNE:  Mm-hmm, Connecticut.

21              MR. GILMORE:  What's the two digits for

22      Connecticut?

23              LAVERNE:  I'm -- oh, the zip code or the area

24      code?

25              MR. GILMORE:  Well, the zip code behind that.

7

1          LAVERNE:   The abbreviation for Connecticut is

2     C-T.

3          MR. GILMORE:   C-T, okay.   I couldn't remember

4     that.

5          LAVERNE:   Okay.

6          MR. GILMORE:   Okay, let's see.   I'm just --

7          LAVERNE:   Okay, because you spoke with someone

8     on yesterday.

9          MR. GILMORE:   Yeah.

10          LAVERNE:   Mm-hmm.

11          MR. GILMORE:   In fact, you guys have been

12     calling me, oh, golly, sometimes five or six times a day

13     and --

14          LAVERNE:   Really?   Okay.

15          MR. GILMORE:   And you've been using an illegal

16     machine when you call, when you --

17          LAVERNE:   Okay.   Well --

18          MR. GILMORE:   A robo caller.   And -- and every

19     time I press the button to talk to somebody, you know,

20     your machine is -- it needs tuning up because there's no

21     telemarketer available most of the time.   I push the

22     button and it just hangs up.

23          LAVERNE:   Okay.

24          MR. GILMORE:   And then it calls back later.

25     Even though this number is on the Do Not Call List, I

8

```
1      keep getting these calls.

2                 LAVERNE:  Okay.

3                 MR. GILMORE:  And even though I've told you not

4      call me again, I keep getting the calls.  And, yet,

5      because of the bogus spoof caller ID information and all

6      that, you know, it's kind of hard to track down the

7      criminals and see who they are.

8                 LAVERNE:  Okay.

9                 MR. GILMORE:  So -- so, I gave you people a

10     card number that is just as valid as the caller ID

11     information that you people keep giving me.

12                LAVERNE:  Okay.  Okay.

13                MR. GILMORE:  So, now -- now, I want it

14     officially on the record that I'm talking to you, right.

15                LAVERNE:  Okay (inaudible).

16                MR. GILMORE:  That this number is on the Do Not

17     Call List and I've told you repeatedly not to call me

18     again and, yet, you keep calling and every single call

19     from now on is going to be turned over to my lawyer and

20     you will be seeing it in small claims court.  And I

21     intend to publish all of this information online for

22     others -- other victims as well to -- because you're

23     violating at least six different laws every time you call

24     my number and you've done it hundreds of times so far.

25                LAVERNE:  Okay.  Can I say something to you?
```

9

1          MR. GILMORE:  Yes, yes, I'd like to hear what

2     you have to say about that bunch of crap.

3          LAVERNE:  I was calling because I'm in the pre-

4     ship department and I was calling you to confirm the

5     information so we could get ready to send your equipment

6     out to you.  That's why I was calling.

7          MR. GILMORE:  Mm-hmm.

8          LAVERNE:  Because you just placed an order with

9     us and I was calling to confirm information, which I

10    confirmed your mailing address and I was getting ready to

11    initially push the payment button and it was declined.

12    That's why I had asked you could we verify the

13    information we have on file so we can send out the

14    equipment.

15         MR. GILMORE:  Yes.  And, see, I gave you a

16    bunch of bogus information because --

17         LAVERNE:  (Inaudible) you did.

18         MR. GILMORE:  -- I have no intention of

19    actually buying anything from a bunch of criminals.

20         LAVERNE:  Okay, okay.

21         MR. GILMORE:  What I wanted to do was find out

22    who the criminals were and now I know and now I know --

23         LAVERNE:  Okay.

24         MR. GILMORE:  -- the information to give to the

25    law.  Do you understand?

10

1          LAVERNE:  Okay, Mr. Gilmore.

2          MR. GILMORE:  My name's not even Gilmore.  You

3     think I'm going to give a real name to criminals on --

4     who call me over and over?

5          LAVERNE:  Okay.  Well, this is my first time

6     calling you.

7          MR. GILMORE:  Yeah, mm-hmm.

8          LAVERNE:  I'm in the pre-ship department and I

9     was calling to confirm the information.  All our lines

10    are recorded.

11         MR. GILMORE:  Yeah, all of my calls are

12    recorded, too.

13         LAVERNE:  Okay, okay.

14         MR. GILMORE:  In fact, I can play you back

15    right now if you'd like to hear it --

16         LAVERNE:  That's --

17         MR. GILMORE:  -- the conversation yesterday.

18    Would you like to hear that?

19         LAVERNE:  Well, I didn't call you yesterday.

20    This is my first time calling.

21         MR. GILMORE:  Well, your company.  You know --

22         LAVERNE:  Okay.

23         MR. GILMORE:  -- maybe -- maybe this is the

24    first time I've heard from you as a particular criminal,

25    but you're working for criminals or working with

11

1    criminals, I don't know.  But, anyway, a bunch of

2    criminals using an illegal -- an illegal robo caller.

3    You're calling a number that's on the Do Not Call List,

4    right?

5            LAVERNE:  Okay.

6            MR. GILMORE:  You're using spoof caller ID

7    information.  You're using fake company information on

8    the initial call.  You -- you know, a bunch of different

9    lies here.  And by the way, after you've been told not to

10    call anymore, which you have been, I -- it's a double --

11    double damages after that.  And you've called me just

12    dozens of times in the last week.

13            LAVERNE:  Okay, Mr. Gilmore.

14            MR. GILMORE:  Okay.  You can call me --

15            LAVERNE:  Okay.  Well, you're not Mr. Gilmore,

16    so okay.

17            MR. GILMORE:  Do you know who Gary Gilmore is?

18            LAVERNE:  Whoever I'm speaking with --

19            MR. GILMORE:  You don't even keep up with the

20    news much, do you?  Gary Gilmore was executed by firing

21    squad, okay, for multiple murders.

22            LAVERNE:  Okay, all right.  Well, thank you

23    very much.

24            MR. GILMORE:  Well, thank you for nothing

25    except for you've given me information to identify who

12

1    the criminals are.  Now, am I going to hear from you

2    people again or are you --

3                LAVERNE:  (Inaudible).

4                MR. GILMORE:  -- are you going to keep using

5    the autodialer and call me?

6                LAVERNE:  Right now -- right now, I'm going to

7    hang up.  After finishing hanging up with you, I'm going

8    to have my -- speak to my supervisor, okay?

9                MR. GILMORE:  Oh, okay.  And what is your

10   supervisor's name?

11              LAVERNE:  His name is Carmelo.

12              MR. GILMORE:  Carmelo what?

13              LAVERNE:  Carmelo Bello.

14              MR. GILMORE:  Ah, right, uh-huh.  And, okay, I

15   will be turning all of that over as well.

16              LAVERNE:  Okay.

17              MR. GILMORE:  But --

18              LAVERNE:  All right.

19              MR. GILMORE:  -- anyway, for the record, do not

20   call my number anymore.

21              LAVERNE:  Okay.

22              MR. GILMORE:  That's for the record, and this

23   call is recorded as well, by the way.

24              LAVERNE:  Okay.  All right then, thank you very

25   much.

13

1          MR. GILMORE:  And I bet I will hear from you

2     again anyway, because I always do.

3          LAVERNE:  Okay.  All right, thank you.

4          MR. GILMORE:  (Inaudible) don't listen.

5          LAVERNE:  Bye-bye.

6          MR. GILMORE:  Bye.

7          **(The call was concluded.)**

8          **(The recording was concluded.)**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

14

1         **C E R T I F I C A T I O N    O F    T Y P I S T**

2

3    MATTER NUMBER: █████████ _____

4    CASE TITLE: LIFEWATCH, INC. _____

5    TAPING DATE: NOVEMBER 26, 2014 _____

6    TRANSCRIPTION DATE: MARCH 31, 2015 _____

7    REVISION DATE: MAY 7, 2015 _____

8      I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13              DATED: MAY 7, 2015

14

15

16              ELIZABETH M. FARRELL

17

18      **C E R T I F I C A T I O N    O F    P R O O F R E A D E R**

19

20      I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25              SARA J. VANCE

# Attachment CC

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.   

TITLE        LIFEWATCH, INC.

DATE         RECORDED:  NOVEMBER 26, 2014
             TRANSCRIBED:  MARCH 31, 2015

PAGES        1 THROUGH 16

TELEPHONE CONVERSATION BETWEEN LAVERNE, CARMELO AND
WILLIAM JAMES
20141128130855001310O8006158364

2

```
 1                    FEDERAL TRADE COMMISSION
 2                       I N D E X
 3
 4      RECORDING:                              PAGE:
 5      Telephone conversation with Laverne        4
 6      Telephone conversation with Carmelo        6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       Lifewatch, Inc.                )   Matter No. ███████

5                                      )

6       ------------------------------)

7                                      November 28, 2014

8

9

10

11              The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      March 24, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

**P R O C E E D I N G S**

-   -   -   -   -

**TELEPHONE CONVERSATION BETWEEN LAVERNE, CARMELO AND**

**WILLIAM JAMES**

MALE RECORDING:  Thank you for calling Medical

Alarm Systems.  If you know your party's extension, you

may dial it at any time.  Please hold for the next

available representative.  Thank you.

(Brief pause.)

LAVERNE:  Laverne speaking.

MR. JAMES:  Yes, Laverne, you're the same one I

talked to the other day.  This is William James again.

Since I told -- last talked to you and told you, yet

again, never to call me anymore except for your

supervisor to call me about this ongoing harassment and

this is on the Do Not Call List and you're breaking six

different laws every time I hear from you guys.

You know, since then I've been -- I've gotten

at least four more calls, including a couple of them --

if you're talking about a $10,000 violation just for

using the spoof caller ID and this guy called and the

caller ID only had four digits.  So, you know, you guys

are racking up some big bills here.  Let me put it that

way.  And, apparently, you're just going to continue to

harass me from now on, is that -- is that correct?

5

1      LAVERNE:  Mr. -- Mr. James, it's not me calling

2   you.  I am not the one that's calling you.

3      MR. JAMES:  It's your company.  I didn't say

4   you personally were --

5      LAVERNE:  Okay, hold on for one second, please.

6   Hold on.

7      MR. JAMES:  Okay.

8      (Brief pause.  The following message played

9   while on hold.)

10     MALE RECORDING:  -- change your phone service

11  and please be sure to test your alarm once a new phone

12  service is installed to ensure you're connected to your

13  central monitoring station.  A customer service

14  specialist will be happy to assist you.  Thank you for

15  making your home a safe home.

16     Did you know a property crime occurs in the

17  U.S. every 3.1 seconds, a burglary every 14.7 seconds, a

18  fire every 60 seconds?  Our security systems help ensure

19  rapid response times to your home emergencies, so you've

20  made a good decision in making your home a safe home, and

21  thank you for the trust you've placed in us.

22     Now, safely store the key to your home with an

23  all-metal, all-weather key safe from Safe Home Security.

24  (Inaudible) for friends, neighbors and the kids, key

25  safes make authorized access to your home easy and

6

1      convenient. Your key safe combination can even be

2      confidentially stored at your central station so that

3      emergency responders gain fast, easy access to your home.

4                LAVERNE: Mr. James?

5                MR. JAMES: Yes, ma'am.

6                LAVERNE: I'm going to transfer you over to my

7      manager, okay? Hold on, please.

8                MR. JAMES: Okay.

9                (Brief pause.)

10               (Brief pause. The following message played

11     while on hold.)

12               MALE RECORDING: -- specialist will be with you

13     shortly. They'll gladly take your --

14               (Phone ringing.)

15               CARMELO: Medical Alarms, this is Carmelo.

16               MR. JAMES: Yes, this is William James. I just

17     talked to Laverne, I think her name was, again --

18               CARMELO: Uh-huh.

19               MR. JAMES: -- about these repeated harassing

20     telemarketing calls I keep getting from you guys on my

21     cell phone, even though my number's on the Do Not Call

22     List and even though you've been told many, many, many

23     times never to call this number again and I keep hearing

24     from you sometimes five or six times a day and I've got

25     it on record. You can contact the FCC ticket number

7

1     16540 and mention my name if you want to verify that I

2     have complained to them.  And I have every one of those

3     calls on -- not only on recorded as far as the times and

4     everything, but I've got every one of them voice-recorded

5     as well.

6           CARMELO:  Okay.  I mean, I put you -- because

7     we talk -- Laverne told me about this once before and I

8     sent it to the Do Not Call List section of our company.

9     So, I don't -- are you sure it's us that's continuing to

10    call because I don't think it's us calling you.

11         MR. JAMES:  Yeah, yes, it's the exact same

12    recording, the same -- the same spoof that asks for the

13    same bogus name I gave them the first time.  Yeah, it's

14    the same -- it's you guys.  I mean, I can prove it many

15    times over, a whole bunch of different ways.  I gave them

16    the fake name Gary Gilmore and -- which is a name that

17    anybody that was around in the '70s should recognize, but

18    obviously it's not me.

19         But the last call I got, you know, a spoof --

20    using a spoof caller ID is a $10,000 per violation fine

21    and every single one of these has used spoof caller IDs.

22    The last one, they called me, oh, less than half an hour

23    ago, used only four digits on the caller ID, number 2024.

24    You know, that's obviously spoofed.  And he asked for the

25    same name.  In fact, I'll play it for you.  It's a short

8

1      call.  It only takes a minute.  You can hear it yourself.

2                (Recording played.)

3                MR. JAMES:  Hello.

4                UNIDENTIFIED MALE:  Hi, may I speak with Gary

5      Gilmore, please?

6                MR. JAMES:  Yes, speaking.

7                UNIDENTIFIED MALE:  Hi, how you doing, sir?

8      This is Jason White with Senior Life Support.

9                MR. JAMES:  Mm-hmm, how are you doing today?

10               UNIDENTIFIED MALE:  I'm doing pretty good.  I

11     am giving you a call today, sir, because I did see a

12     notification in my system.  It says that you did place an

13     order for a medical alert system on November 26th.

14               MR. JAMES:  Yes.

15               UNIDENTIFIED MALE:  But the order was canceled.

16     What was the reason that the order canceled, sir?

17               MR. JAMES:  They didn't tell you?  We don't

18     want to -- this was kind of interesting, all things

19     considered, where the -- the reason it was canceled is

20     because it never existed in the first place.  I placed

21     the order after getting hundreds literally -- I'm not

22     exaggerating, I'm talking about hundreds of telemarketing

23     calls using spoof caller ID information, calling a cell

24     phone, violating six different laws every time you call

25     me.

9

1          UNIDENTIFIED MALE:  Okay, good-bye.

2          MR. JAMES:  And I found out who you are.

3     Hello?

4          (Recording ended.)

5          CARMELO:  I'm still here.

6          MR. JAMES:  Okay.  Well, that was the other

7     recording.  I called the number back there just so I

8     would have a record when I called back and the number is

9     no good.

10         CARMELO:  Yeah, that was -- that was on the

11    26th, because that's, I think, when Laverne got the --

12    according -- you said -- when you called Laverne.

13         MR. JAMES:  Yeah, see, after all these calls,

14    I, you know, tell them not to call and all that kind of

15    mess, you know, for weeks and weeks, you know.  And, in

16    fact, the people you are using to generate these calls,

17    they've spent the last two years running a scam for Card

18    -- what do they call it, Card Member Services, which is a

19    credit card gathering scam and the authorities have been

20    looking for them for a long time, but nobody will ever

21    identify them.  The reason I know is because they're

22    using the same set of spoof caller ID numbers, all right?

23         But, now, you guys have hired them to generate

24    your calls for you, all right.  And I'm not going to

25    assist you by telling you the method they use to avoid

10

1  people like me finding them, but you didn't use that

2  method and that's how I was able to track it down.  I

3  went on and placed a bogus order, gave bogus information,

4  bogus credit card information on it and I waited for you

5  to call back when the card didn't go through.  And when

6  they called back, they called back from a valid number

7  and gave an actual real company name, which they don't do

8  on the front end.  So -- and I was able to look that up.

9      And that's how I tracked it back to you guys

10  and that's how I know it is you guys, because it was --

11  it was -- I think it was Laverne who called me back to

12  verify the information.  It may have been somebody else,

13  but it was the same number, after the card failed.  So,

14  there's no way that you can possibly deny that you aren't

15  behind these calls because you called me about it and

16  asked for the same name and had the same bogus credit

17  card information that I gave trying to verify it.  So,

18  there's no way you can deny that you people are

19  responsible for it.

20      CARMELO:  I mean, it is a third party company,

21  but --

22      MR. JAMES:  I know.  You're hiring other

23  criminals to commit your crimes for you.  But you are

24  just as responsible as they are under the law.  And

25  you'll find that out when we get to court, because I do

11

1　　　　intend to go after you for criminal and civil charges.

2　　　　　　　　CARMELO:  Okay.  I mean, obviously, we can

3　　　respond accordingly.  But I'm just saying I emailed this

4　　　a while -- a couple days ago and said take this off, it's

5　　　Do Not Call List.

6　　　　　　　　MR. JAMES:  Yeah, and I've gotten four calls

7　　　since then.

8　　　　　　　　CARMELO:  The fact that it's still happening,

9　　　I'm wondering if it's even us that's doing it or -- well,

10　　the third party company that's doing it --

11　　　　　　　MR. JAMES:  Nope, it's you guys.

12　　　　　　　CARMELO:  -- (inaudible) for --

13　　　　　　　MR. JAMES:  It's the same --

14　　　　　　　CARMELO:  -- somebody else possibly.

15　　　　　　　MR. JAMES:  -- same everything.  I mean, it's

16　　you guys.  There's no doubt about it and I can prove it.

17　　But the -- who is the -- oh, the officer in charge in

18　　your company that would be -- oh, what's the term for it

19　　-- the one you serve the papers to anyway and what's the

20　　address on that?

21　　　　　　　CARMELO:  I -- what do you mean?

22　　　　　　　MR. JAMES:  Well, every company -- every

23　　legitimate company anyway, they've got one party assigned

24　　with the company whose job it is to accept legal

25　　documents.  For example, a process server, when a process

12

1      server shows up at your door, who does he ask for?

2                CARMELO:  Oh, uh, I mean, I can give you an

3      address.  I'm not sure who exactly that's supposed to go

4      to.

5                MR. JAMES:  Okay.  You -- you don't own the

6      company, I take it, right?

7                CARMELO:  No, I don't own the company.

8                MR. JAMES:  Okay, all right.  What would the

9      name be?

10               CARMELO:  The name of the company is called

11     Lifewatch.

12               MR. JAMES:  Lifewatch, okay.

13               CARMELO:  If you're looking for an address,

14     it's 266 --

15               MR. JAMES:  266.

16               CARMELO:  Actually, let me give you our

17     Connecticut one.  Hold on.

18               MR. JAMES:  I've got the one in Connecticut,

19     975 Middle Street, Middletown, Connecticut.

20               CARMELO:  Yep, 975 Middle Street in Middletown,

21     Connecticut.

22               MR. JAMES:  What's the other address?

23               CARMELO:  266 Merrick Road.  That's M as in

24     Michael-E-R-R-I-C-K.

25               MR. JAMES:  Okay.

13

1           CARMELO:  Road, Suite 104.

2           MR. JAMES:  Okay.

3           CARMELO:  And that's in Lynbrook, New York, L-

4       Y-N-B as in boy-R-O-O-K.

5           MR. JAMES:  Okay.

6           CARMELO:  New York, 11563.

7           MR. JAMES:  11563.  What is that -- that Suite

8       104, is that like a private P.O. Box thing or is there an

9       actual real like a --

10          CARMELO:  No, Suite 104 is just a -- it's a

11      floor of the building.

12          MR. JAMES:  That's an actual office?

13          CARMELO:  Yes.

14          MR. JAMES:  Okay.  And who owns the company?

15          CARMELO:  What's that?

16          MR. JAMES:  And who owns the company?  Who's

17      the owner?

18          CARMELO:  I guess -- hold on (inaudible).  Evan

19      Sirlin.

20          MR. JAMES:  Who?

21          CARMELO:  Evan S-I-R -- how do you spell Evan's

22      last name -- L-I-N.

23          MR. JAMES:  The first name is Evan, E-V-A-N?

24          CARMELO:  Yep, you got it.

25          MR. JAMES:  And the last name is spelled S-I-R-

14

1       L-I-N.

2                   CARMELO:  You got it.

3                   MR. JAMES:  All right.  And I guess he lives in

4       Lynbrook or does he live in Connecticut?

5                   CARMELO:  Sir, I don't know.

6                   MR. JAMES:  Okay.

7                   CARMELO:  All righty.

8                   MR. JAMES:  And what is the name of the company

9       that you're paying to generate these calls?

10                  CARMELO:  I'm not sure which one you're

11      referring to.  I don't even have a file pulled up.

12                  MR. JAMES:  Well, I'll -- you know, you are

13      conspiring with proven known criminals that the FCC is

14      looking for, I can tell you that.  And --

15                  CARMELO:  I don't (inaudible).

16                  MR. JAMES:  -- I guess maybe you guys will

17      identify them on the stand.

18                  CARMELO:  Okay.  Is there anything else I can

19      help you with, sir?

20                  MR. JAMES:  Yeah, stop calling me.

21                  CARMELO:  Okay.  (Inaudible) okay.

22                  MR. JAMES:  Again, again, do not -- no more

23      calls.  This is on the Do Not Call List and I'm telling

24      you officially --

25                  CARMELO:  Okay.

15

1               MR. JAMES:  -- on the record and being

2     recorded, do not call my phone number.

3               CARMELO:  I understand.  You have a good one,

4     okay?

5               MR. JAMES:  Okay.

6               CARMELO:  All right, bye.

7               MR. JAMES:  Bye.

8               **(The call was concluded.)**

9               **(The recording was concluded.)**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

16

# C E R T I F I C A T I O N  O F  T Y P I S T

MATTER NUMBER: ███████ _____

CASE TITLE: <u>LIFEWATCH, INC.</u> _____

TAPING DATE: <u>NOVEMBER 28, 2014</u> _____

TRANSCRIPTION DATE: <u>MARCH 31, 2015</u> _____


I HEREBY CERTIFY that the transcript contained

herein is a full and accurate transcript of the tapes

transcribed by me on the above cause before the FEDERAL

TRADE COMMISSION to the best of my knowledge and belief.


DATED:  MARCH 31, 2015

_____

ELIZABETH M. FARRELL


# C E R T I F I C A T I O N  O F  P R O O F R E A D E R


I HEREBY CERTIFY that I proofread the transcript for

accuracy in spelling, hyphenation, punctuation and

format.

_____

SARA J. VANCE

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Menjivar Att. CC**
**Page 16 of 16**

# Attachment DD

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.    

TITLE         LIFEWATCH, INC.

DATE          RECORDED:  JANUARY 30, 2015
              TRANSCRIBED:  MARCH 31, 2015
              REVISED:  MAY 7, 2015

PAGES         1 THROUGH 25

TELEPHONE CONVERSATION BETWEEN ALEXA, STEPHEN, ASHLEY,
LAVERNE AND MARTIN BORMANN
2015-01-30 call_10_15-56_IN_3203765238

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                              PAGE:
```

```
 5     Telephone conversation with Alexa         4

 6     Telephone conversation with Stephen      13

 7     Telephone conversation with Ashley       15

 8     Telephone conversation with Laverne      21
```

```
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      Lifewatch, Inc.                )   Matter No. ██████

5                                     )

6      ------------------------------)

7                                  January 30, 2015

8

9

10

11              The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     March 24, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3        **TELEPHONE CONVERSATION BETWEEN ALEXA, STEPHEN,**

4             **ASHLEY, LAVERNE AND WILLIAM BORMANN**

5              MR. BORMANN:  Hello.

6              MALE RECORDING:  Hello, seniors.  Due to new

7    health care regulations, you are now eligible to receive

8    a personal medical alert system at no cost to you.  Since

9    you've already been referred to by a friend or family

10   member, we have the system waiting to be shipped out to

11   you.  Press one now.

12              (Phone ringing.)

13              ALEXA:  Hello, thank you for holding, this is

14   Alexa.  Are you responding to the promotion today?

15              MR. BORMANN:  Yes, yes, I'd like to get one of

16   those things.  What do I do?

17              ALEXA:  All right, great.  May I ask who I'm

18   speaking with?

19              MR. BORMANN:  Yes (inaudible) Martin Bormann.

20              ALEXA:  Martin?

21              MR. BORMANN:  Yeah.

22              ALEXA:  Great, Martin.  How's your morning

23   going so far?

24              MR. BORMANN:  Oh, okay, I reckon.

25              ALEXA:  Well, that's great to hear.  Now, have

5

1    you heard of the medical alert system before?  Are you

2    aware of the product?

3          MR. BORMANN:  Yeah.  Is this the thing where

4    the -- where the lady on TV says, I've fallen and I can't

5    get up?

6          ALEXA:  Right, that is correct.  Now, it is

7    very simple (inaudible).  That's easy.  All you have to

8    do is press that button in case of a medical emergency, a

9    fire, a burglary or something as simple as a fall.  And

10    that button will contact an EMT immediately.  They will

11    evaluate -- evaluate the situation --

12          MR. BORMANN:  Mm-hmm.

13          ALEXA:  -- and they'll get you help.  They'll

14    also notify your family if you have a family member

15    (inaudible) or they'll call 911 and stay on the phone

16    with you.  You do -- do you have a land line or a cell

17    phone?

18          MR. BORMANN:  Yes.

19          ALEXA:  Do you have a land line?

20          MR. BORMANN:  I don't have a land line at the

21    moment.  Do I need to get it back?  I was -- I had it

22    shut down, but --

23          ALEXA:  Well, actually -- actually, no.  We

24    actually have a better system, depending on your

25    (inaudible) phone system that will decide which equipment

6

```
 1      will fit your need.  But it looks like the GPS watch

 2      would actually fit better for you.  And with the GPS,

 3      that actually protects you away from home.  You get

 4      emergency help, driving dir-record -- or driving

 5      directions.  They'll have your medical records on file

 6      already.  There's a two-way speakerphone, a GPS OnStar,

 7      and just in case you have, you know, a car accident and

 8      you're unable to actually speak, that will actually let

 9      the EMT know your location without you saying anything at

10      all.

11               MR. BORMANN:  Okay.

12               ALEXA:  How does that sound to you?

13               MR. BORMANN:  That sounds pretty good.  I

14      didn't know it was with the OnStar stuff and all that.

15               ALEXA:  Yeah.  Actually, I didn't either.  I

16      just found that out like recently.

17               MR. BORMANN:  Okay.

18               ALEXA:  But --

19               MR. BORMANN:  Are you guys the same company

20      that does the TV commercials?

21               ALEXA:  Actually, we -- we are not (inaudible)

22      another company.  It's a better company.  I've actually

23      had calls from that company and they had customers for

24      years and they are already dissatisfied with them.  So,

25      we actually took that company and made it a better
```

7

1    company.  We've like upgraded from them.

2               MR. BORMANN:  Oh, okay.  Oh, that's cool, all

3    right.

4               ALEXA:  Right.  Now, it is a free activation

5    for that and free equipment.  And for the GPS, it is

6    going to be, you know, just like a cell phone service.

7    You are paying for a service monthly.  We do charge for

8    the monitoring service, which that is 44.95, but you get

9    all the benefits of this GPS.

10              MR. BORMANN:  Okay, all right.  That sounds

11    good.

12              ALEXA:  All right?  All right, great.  Would

13    you like me to go ahead and get you registered for that

14    today?

15              MR. BORMANN:  Yeah, yeah, (inaudible) do that.

16              ALEXA:  All right, perfect.  Now, I am going to

17    need some information from you.

18              MR. BORMANN:  Okay.

19              ALEXA:  What is your first name?

20              MR. BORMANN:  Martin, M-A-R-T-I-N.

21              ALEXA:  M-A-R-T-I-N --

22              MR. BORMANN:  Right, mm-hmm.

23              ALEXA:  -- is that correct?

24              MR. BORMANN:  Yes.

25              ALEXA:  And your last name?

```
 1              MR. BORMANN:  Bormann, B-O-R-M-A-N-N.
 2              ALEXA:  N-A?
 3              MR. BORMANN:  No, Bormann, B-O-R-M-A-N-N.
 4              ALEXA:  Hello?
 5              MR. BORMANN:  Yes, B-O-R-M-A-N-N.
 6              ALEXA:  Oh, B-O-R -- I'm sorry, it's -- I just
 7      turned up the speaker on my phone.
 8              MR. BORMANN:  Okay.
 9              ALEXA:  Can you repeat that one more time?
10              MR. BORMANN:  B-O-R-M-A-N-N.
11              ALEXA:  N-N -- M-A-N-N.
12              MR. BORMANN:  Right.
13              ALEXA:  All right, perfect.  And what's your
14      mailing address?
15              MR. BORMANN:  ███████████.
16              ALEXA:  ████?
17              MR. BORMANN:  ███████████████████
18      ██████.
19              ALEXA:  ███████████, okay.  And the city?
20              MR. BORMANN:  Memphis, Tennessee.
21              ALEXA:  Perfect, Tennessee.  Memphis?
22              MR. BORMANN:  Memphis, Tennessee, right.
23              ALEXA:  And the zip code?
24              MR. BORMANN:  █████.
25              ALEXA:  I'm sorry, can you repeat that one more
```

9

1    time?  I'm having difficulty hearing you.  It's breaking

2    up every now and then, I do apologize.

3            MR. BORMANN:  ███.

4            ALEXA:  Perfect, perfect.  Now, let's see here,

5    it's the mobile help center -- the mobile help cellular,

6    it is a bracelet or a -- it's actually a watch.

7            MR. BORMANN:  Mm-hmm.

8            ALEXA:  All you have to do is press a button on

9    the watch and it contacts an EMT for you anywhere.

10           MR. BORMANN:  (Inaudible)?

11           ALEXA:  It is 44.95.  And the shipping would be

12   9.95.  We are going to ask for you to pay a one-time fee,

13   just one time, which is going to be 54.90, and that's one

14   time.  But after that, it is going to go right back to,

15   you know, the normal rate of 44.95.  How does that sound

16   to you?

17           MR. BORMANN:  Okay, all right.

18           ALEXA:  That's okay?

19           MR. BORMANN:  I think I can handle that, yeah.

20           ALEXA:  Right, right.  All right.  Now, we are

21   going to need a form of payment for today, like I said,

22   just for the shipping and handling and, you know, the

23   one-time fee.

24           MR. BORMANN:  Okay.

25           ALEXA:  Is that (inaudible)?  Now, what card

10

1  would you be using?

2      MR. BORMANN:  It would be a Mastercard.

3      ALEXA:  A Mastercard, perfect.

4      MR. BORMANN:  Okay.

5      ALEXA:  And what is the card number?

6      MR. BORMANN:  It would be -- excuse me, XXXX --

7      ALEXA:  Mm-hmm.

8      MR. BORMANN:  -- XXXX --

9      ALEXA:  Okay

10     MR. BORMANN:  -- XXXX --

11     ALEXA:  Okay.

12     MR. BORMANN:  XXXX.

13     ALEXA:  Perfect.  Expiration date?

14     MR. BORMANN:  Let's see, it looks 10 of '16

15     ALEXA:  10/16?

16     MR. BORMANN:  Right.

17     ALEXA:  And the zip code you said was ▮?

18     MR. BORMANN:  Right, mm-hmm.

19     ALEXA:  And what's the three-digit code?

20     MR. BORMANN:  XXX.

21     ALEXA:  XXX, is that correct?

22     MR. BORMANN:  Right, mm-hmm.

23     ALEXA:  All right, perfect.  Now, what I'm

24  going to do now is I'm going to go ahead and send you to

25  the verification center right now.  I'm going to transfer

11

1     you over there, okay?

2             MR. BORMANN:  Okay.

3             ALEXA:  So that they can verify your name

4     and -- I'm going to go ahead and send you over to the

5     verification center so they can verify your name, your

6     address.  They're going to explain to you exactly what

7     you're receiving --

8             MR. BORMANN:  Mm-hmm.

9             ALEXA:  -- and they're going to go ahead and

10    ship you out -- transfer you to the shipping department,

11    okay?

12            MR. BORMANN:  Okay.

13            ALEXA:  All right, thank you so much, Mr.

14    Martin.  And I hope that you're -- you're going to be so

15    happy with the product, I swear.

16            MR. BORMANN:  All right.

17            ALEXA:  All right.

18            MR. BORMANN:  Where are y'all located anyway?

19            ALEXA:  All right, let me get -- excuse me?

20            MR. BORMANN:  Where are y'all located?

21            ALEXA:  We are located in New York.

22            MR. BORMANN:  New York?  Okay, all righty.

23            ALEXA:  All right, let me put you on a brief

24    hold.

25            MR. BORMANN:  Okay.

12

```
 1                    (Brief pause.)

 2                    ALEXA:  Mr. Martin, are you with me?

 3                    MR. BORMANN:  Yes, mm-hmm.

 4                    ALEXA:  Mr. Martin, okay, I just need to find

 5            out what day you need -- or what day you'd like to be

 6            billed on.

 7                    MR. BORMANN:  You mean what day of the month

 8            every month or (inaudible)?

 9                    ALEXA:  Yes, what day of the -- yes, what day

10            of the month of every day -- of every month.

11                    MR. BORMANN:  Oh, the 15th should be good.

12                    ALEXA:  All right.  Mr. Martin?

13                    MR. BORMANN:  Mm-hmm, yes, ma'am.

14                    ALEXA:  Right.  What date would you like to be

15            billed on?

16                    MR. BORMANN:  The 15th would be good

17            (inaudible).  It doesn't really matter.

18                    ALEXA:  Perfect, the 15th, all right.  So, all

19            right, I'll go ahead and put you down for the 15th.

20                    MR. BORMANN:  Okay.

21                    ALEXA:  Mr. Martin, is it okay if we run the

22            card today?

23                    MR. BORMANN:  Okay.

24                    ALEXA:  For the 54.90?

25                    MR. BORMANN:  Let me see.
```

13

1     ALEXA:  All right, great.

2     MR. BORMANN:  Let me make sure that the check

3 has gone through there.  Can you run it through tomorrow

4 instead?

5     ALEXA:  Yes, we can go ahead and definitely --

6 yes, we can definitely run it through tomorrow.

7     MR. BORMANN:  Okay, all righty, that will work.

8     ALEXA:  All right.  Well, we'll go ahead and do

9 so.  I'm going to go ahead and transfer you over to the

10 verification center, okay?

11     MR. BORMANN:  Okay.

12     ALEXA:  All right, thank you so much, Mr.

13 Martin.  You have a wonderful day.

14     MR. BORMANN:  Okay.  You, too.  Bye.

15     (Brief pause.)

16     STEPHEN:  Mr. Bormann?

17     MR. BORMANN:  Yes.

18     STEPHEN:  Hello, Mr. Bormann?

19     MR. BORMANN:  Yes.

20     STEPHEN:  Hi, sir, I just wanted to

21 congratulate you.  My name is Stephen.  I'm the manager

22 here.  I just wanted to congratulate you on (inaudible)

23 the GPS unit, okay?

24     MR. BORMANN:  (Inaudible) you're the manager

25 with what company?

1          STEPHEN:  You just bought the GPS unit?

2          MR. BORMANN:  Yeah.  What's the name of the

3    company?

4          STEPHEN:  So, you did go with the -- excuse me,

5    I'm having a hard time hearing you.

6          MR. BORMANN:  Well, I'm -- I'm sorry, you're

7    the manager of which company again?

8          STEPHEN:  This is Medical Alarms USA.

9          MR. BORMANN:  Okay, all righty.  Okay, Medical

10   Alarms USA.

11         STEPHEN:  Okay.  I just want to congratulate

12   you --

13         MR. BORMANN:  All right.

14         STEPHEN:  Hello?

15         MR. BORMANN:  Yes.

16         STEPHEN:  Okay, I'm going to transfer you over

17   to verification.  What they're going to do, they're going

18   to verify all your information, okay?  They're going to

19   get your quick record (inaudible).  That's giving us

20   authorization to ship the device to you, okay?

21         MR. BORMANN:  Okay.

22         STEPHEN:  Then they're going to transfer you to

23   pre-shipment and they're going to ship the device to you

24   probably tomorrow after they charge, because you want it

25   to be charged tomorrow, correct?

15

```
1              MR. BORMANN:  Yeah, mm-hmm, right.

2              STEPHEN:  Okay, all right.  One moment, here's

3     verification, okay?  You have a wonderful day, sir, okay?

4              MR. BORMANN:  All right.  You, too.

5              STEPHEN:  All right, thank you.

6              MR. BORMANN:  Okay.

7              (Brief pause.)

8              ASHLEY:  Verification department, this is

9     Ashley.  Is this Mr. Bormann?

10             MR. BORMANN:  Yes.

11             ASHLEY:  How are you doing today, sir?

12             MR. BORMANN:  I'm doing okay.

13             ASHLEY:  Good, good, I'm very glad to hear

14    that.  Now (inaudible) what I'm going to do is just go

15    over the information I have --

16             MR. BORMANN:  Mm-hmm.

17             ASHLEY:  -- at this time.  Now, it looks like

18    your city you live in is Nepa, Tennessee.

19             MR. BORMANN:  No, Memphis.  It's Memphis,

20    Tennessee.

21             ASHLEY:  Memphis, okay.  So, I see how that was

22    written down wrong.  Memphis, Tennessee, okay.  Just give

23    me one -- just bear with me while I type this information

24    in.

25             MR. BORMANN:  Okay.
```

1        ASHLEY:  All right.  So, it looks like you are

2     getting the mobile help cellular unit and you are making

3     your first payment tomorrow, correct?

4        MR. BORMANN:  Correct.

5        ASHLEY:  And you chose to be billed monthly on

6     the 15th of every month, correct?

7        MR. BORMANN:  Right.

8        ASHLEY:  All right.  Now, I don't see a phone

9     number here.  Is there a good phone number that we can

10    reach you at?

11       MR. BORMANN:  Yeah.  Area code (901)███████.

12       ASHLEY:  Now, is that a home or a cell phone?

13       MR. BORMANN:  That's a cell phone.

14       ASHLEY:  Cell phone, okay.  (Inaudible).  All

15    right.  And I just want to make sure that your

16    representative made you aware that your first payment

17    tomorrow is the one-time shipping fee of $9.95.

18       MR. BORMANN:  Mm-hmm.

19       ASHLEY:  So your first payment will be $54.90.

20       MR. BORMANN:  Okay.

21       ASHLEY:  And then on the 15th of every month,

22    you'll only pay $44.95.

23       MR. BORMANN:  Okay.

24       ASHLEY:  All right.  What I'm going to do next

25    is I'm going to get you on a recorded line and I'm just

17

```
1        going to verify your payment information.  All I need you
2        to do is just answer everything with a yes, okay?
3                    MR. BORMANN:  Okay.
4                    ASHLEY:  All right.  And if you have any
5        questions at all, just wait until we are done and
6        completed with the recording.
7                    MR. BORMANN:  Okay.
8                    ASHLEY:  Since there is -- there is a
9        (inaudible) in there that I like to tell people ahead of
10       time because it sometimes confuses people.  It's -- if
11       you choose to cancel your service but you do not return
12       your equipment, they will -- you will be charged $475.
13                   MR. BORMANN:  Oh, okay.
14                   ASHLEY:  And they give you like 30 days to
15       return your equipment.
16                   MR. BORMANN:  (Inaudible) I'm sure this is kind
17       of expensive, yeah.
18                   ASHLEY:  Yeah, exactly.  So --
19                   MR. BORMANN:  Okay.
20                   ASHLEY:  All right.  Now, just give me one
21       moment, I'm going to go ahead and get the recording
22       started, okay?
23                   MR. BORMANN:  Okay.
24                   ASHLEY:  All right, thank you.
25                   (Brief pause.)
```

18

1          ASHLEY:  Okay, Mr. Bormann --

2          MR. BORMANN:  Yes?

3          ASHLEY:  -- once you hear the beep, that's when

4    the recording starts, okay?

5          MR. BORMANN:  Okay.  Hold on a second, this is

6    a fax line here.  Okay.

7          ASHLEY:  Martin Bormann, by providing your

8    credit card information and verbal authorization today,

9    January 30th, 2015, you are authorizing Medical Alarms to

10   initiate a one-time credit card debit on January 31st,

11   2015, for the amount of $54.90 and a recurring credit

12   card debit to your account in the amount of $44.95 on the

13   15th of every month.

14         MR. BORMANN:  Yes.

15         ASHLEY:  Okay.  And the first credit card debit

16   shall be drafted or applied from your account on or after

17   January 31st, 2015, to be followed by successive debits

18   as (inaudible) as just described, okay?

19         MR. BORMANN:  Yes.

20         ASHLEY:  Now, please note, if at any time you

21   wish to revoke this authorization and cancel any

22   scheduled debit to your account, you must notify us at

23   customer service at least three business days prior to

24   the scheduled debit date.

25         MR. BORMANN:  Okay.

19

1        ASHLEY:  Okay?  In the event that you choose

2    not to return the equipment, but to purchase it, you

3    would then authorize a one-time charge of $475.

4        MR. BORMANN:  Yes, I understand.

5        ASHLEY:  Okay.  Now, do you authorize Medical

6    Alarms to proceed with the credit card debit?

7        MR. BORMANN:  Yes.

8        ASHLEY:  Thank you very (inaudible).  Credit

9    card debits will be drafted from your account with the

10   following information.  I have your Mastercard XXXX XXXX

11   XXXX XXXX, your CVV code as XXX, expiration 10 of '16, in

12   the amount of $44.95.

13       MR. BORMANN:  Yes.

14       ASHLEY:  Okay.  And should you have any

15   questions regarding your payment, you can reach our

16   customer service office, okay?  So, at this time, do you

17   have any questions regarding the credit card debit

18   procedure?

19       MR. BORMANN:  No.  Just (inaudible).

20       ASHLEY:  Okay.

21       MR. BORMANN:  The customer service number

22   (inaudible).

23       ASHLEY:  Okay.  Give me one moment.

24       MR. BORMANN:  Okay.

25       (Brief pause.)

1          ASHLEY:  Do you have a pen and paper?  I can

2     give you our customer service number.

3          MR. BORMANN:  Yeah, hold on a second so I can

4     get that.  Okay?

5          ASHLEY:  All right.  Just let me know when

6     you're ready.

7          MR. BORMANN:  I'm ready.

8          ASHLEY:  All right.  It is 1-800 --

9          MR. BORMANN:  Okay.

10          ASHLEY:  -- 716 --

11          MR. BORMANN:  716.

12          ASHLEY:  -- 1 -- 716-1433.

13          MR. BORMANN:  1433, okay.

14          ASHLEY:  Correct.  Now, I see here that you

15     didn't add in the contacts to your account.  Did you want

16     to add a contact?  In case an emergency was to happen, we

17     could -- we will contact this person as well, a family

18     member, a friend, a neighbor?

19          MR. BORMANN:  Not at this time, no.

20          ASHLEY:  Not at this time, okay.  If you ever

21     want to go and add a contact in the future, you can call

22     -- give that customer service number a call and they'll

23     be able to do so for you.

24          MR. BORMANN:  Okay.

25          ASHLEY:  All right.  Now, what I'm going to do

1     next is I'm going to get you over to our pre-shipment

2     department --

3              MR. BORMANN:  Mm-hmm.

4              ASHLEY:  -- so they can answer any questions

5     you may have regarding your shipping and just verify the

6     address so they're making sure that you're -- they're

7     sending it to the correct place, okay?

8              MR. BORMANN:  Okay.

9              ASHLEY:  All right.  Well, it was a pleasure

10    speaking with you, Mr. Bormann.  Just stay on the line

11    while I transfer you over, okay?

12             MR. BORMANN:  Okay.

13             ASHLEY:  All right, have a good day.

14             MR. BORMANN:  You, too.

15             ASHLEY:  Thank you, bye-bye.

16             (Brief pause.)

17             LAVERNE:  Hi, Laverne speaking.

18             MR. BORMANN:  Yes, hello.

19             LAVERNE:  Hi.  This is Laverne from the

20    confirmation department.  I'm just going to confirm the

21    order that you just placed with us.

22             MR. BORMANN:  Okay.

23             LAVERNE:  Mr. Bormann, okay, can you hear me

24    okay?

25             MR. BORMANN:  Yes.

22

1                 LAVERNE:  Can you -- okay.  You're at ▮

2     ▮             in Memphis, Tennessee, ▮

3                 MR. BORMANN:  Yeah.

4                 LAVERNE:  And you ordered -- you ordered the

5    GPS unit for $44.95 and you also agreed to a one-time

6    shipping fee of $9.95.

7                 MR. BORMANN:  Right.

8                 LAVERNE:  Okay.  We have a (inaudible) card on

9    file.  Is it okay that we take the initial payment that

10   is required today for $54.90?

11               MR. BORMANN:  Okay.  Yes.

12               LAVERNE:  Is that okay?

13               MR. BORMANN:  Yes.  You're supposed to do that

14   tomorrow, though.

15               LAVERNE:  Okay.

16               MR. BORMANN:  You're supposed to do that

17   tomorrow.

18               LAVERNE:  Uh-oh.  Oh, you want it taken out

19   tomorrow?

20               MR. BORMANN:  Yes.

21               LAVERNE:  Oh, yeah, you have it here, the 31st,

22   okay.  I apologize for that.

23               MR. BORMANN:  Mm-hmm.

24               LAVERNE:  Okay.  So, what we're going to do is

25   postdate this for tomorrow to have it taken out on the

23

```
 1      31st.

 2                  MR. BORMANN:  Right.

 3                  LAVERNE:  Okay.  And for the billing, you want

 4      the billing to be on the 15th of every month?

 5                  MR. BORMANN:  Yes.

 6                  LAVERNE:  Okay, all right.  So, what we're

 7      going to do is tomorrow, we're going to go into your --

 8      your Mastercard --

 9                  MR. BORMANN:  Okay.

10                  LAVERNE:  -- and we're going to pull out the

11      payment of $54.90.  Once we pull it out and it's clear,

12      we're going to be sending out the equipment.  You should

13      be receiving it within the next ten business days.

14                  MR. BORMANN:  Okay.

15                  LAVERNE:  Once you get your equipment, there is

16      some paperwork in the packet that we ask you to complete

17      and send back to us, and there's also a 1-800 customer

18      service number that if you have any questions or

19      concerns, you can give us a call.  Would you like the

20      customer service center number now?

21                  MR. BORMANN:  Yes.

22                  LAVERNE:  Okay, let me know when you're ready.

23                  MR. BORMANN:  I'm ready.

24                  LAVERNE:  Okay.  It's 1-800 --

25                  MR. BORMANN:  Okay.
```

24

```
 1              LAVERNE:  -- 716 --
 2          MR. BORMANN:  Okay.
 3              LAVERNE:  -- 1433.
 4          MR. BORMANN:  All right.
 5              LAVERNE:  Okay?
 6          MR. BORMANN:  Okay.
 7              LAVERNE:  All right, you're all set.  Thank you
 8      very much.
 9          MR. BORMANN:  Okay, I appreciate it.
10              LAVERNE:  Okay, all right, bye-bye.
11          MR. BORMANN:  Bye-bye.
12          (The call was concluded.)
13          (The recording was concluded.)
14
15
16
17
18
19
20
21
22
23
24
25
```

25

C E R T I F I C A T I O N    O F    T Y P I S T

MATTER NUMBER: ███████ _____

CASE TITLE: LIFEWATCH, INC. _____

TAPING DATE: JANUARY 30, 2015 _____

TRANSCRIPTION DATE: MARCH 31, 2015 _____

REVISION DATE: MAY 7, 2015 _____

I HEREBY CERTIFY that the transcript contained
herein is a full and accurate transcript of the tapes
transcribed by me on the above cause before the FEDERAL
TRADE COMMISSION to the best of my knowledge and belief.


DATED:  MAY 7, 2015

_____
ELIZABETH M. FARRELL


C E R T I F I C A T I O N    O F    P R O O F R E A D E R


I HEREBY CERTIFY that I proofread the transcript for
accuracy in spelling, hyphenation, punctuation and
format.

_____
SARA J. VANCE