# Attachment EE

ORIGINAL

**OFFICIAL TRANSCRIPT PROCEEDING**

**FEDERAL TRADE COMMISSION**

MATTER NO.          

TITLE          LIFEWATCH, INC.

DATE          RECORDED:  FEBRUARY 13, 2015
TRANSCRIBED:  APRIL 21, 2015
REVISED:  MAY 7, 2015

PAGES          1 THROUGH 32

TELEPHONE CONVERSATION BETWEEN DESHAUNA, JACQUELINE,
LAVERNE AND "CHARLES DAWES"
!!!BOGUS ORDER 2015-02-13call_15-34-26_IN_4109856570

2

```
 1                    FEDERAL TRADE COMMISSION
 2                         I N D E X
 3
 4        RECORDING:                              PAGE:
 5        With Deshauna                             5
 6        With Jacqueline                          19
 7        With Laverne                             25
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                        FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        Lifewatch, Inc.                )   Matter No.  ███████

5                                        )

6        ------------------------------)

7                                            February 13, 2015

8

9

10

11             The following transcript was produced from a

12       digital recording provided to For The Record, Inc. on

13       April 17, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1              P R O C E E D I N G S

 2              -    -    -    -    -

 3     TELEPHONE CONVERSATION WITH DESHAUNA, JACQUELINE

 4                    AND LAVERNE

 5          MR. DAWES:  Hello.

 6          MALE RECORDING:  Hello, seniors.  Due to new

 7     health care regulations, you are now eligible to receive

 8     a personal medical alert system at no cost to you.  Since

 9     you've already been referred to by a friend or family

10     member, we have a system waiting to be shipped out to

11     you.  Press one now to receive your personal medical

12     alert system.  And by taking advantage today, you'll also

13     receive $1,000 in grocery saving coupons, plus a 75

14     percent prescription discount card.

15              Again, press one now to receive your personal

16     medical alert system.  Press nine to opt out.

17              (On hold.  Music playing.)

18          MALE RECORDING:  Your call is very important to

19     us.  Please stay on the line and you'll be transferred to

20     the next available agent.

21              (On hold.  Music playing.)

22          MALE RECORDING:  Your call is very important to

23     us.  Please stay on the line and you'll be transferred to

24     the next available agent.

25              (On hold.  Music playing.)
```

5

```
 1              MALE RECORDING:  Your call is very important to
 2      us.  Please stay on the line and you'll be transferred to
 3      the next available agent.
 4              (On hold.  Music playing.)
 5              MALE RECORDING:  Your call is very important to
 6      us.  Please stay on the line and you'll be transferred to
 7      the next available agent.
 8              (On hold.  Music playing.)
 9              DESHAUNA:  Hello, this is Deshauna (phonetic)
10      from Senior Life Support.  May I ask who am I speaking
11      with?
12              MR. DAWES:  Yes, this is Charles.
13              DESHAUNA:  I'm sorry, was that Charles?
14              MR. DAWES:  Yes.  Last name is Dawes.
15              DESHAUNA:  Okay.  And in case we -- and in case
16      we get disconnected, is this the best number to reach you
17      back on?
18              MR. DAWES:  Yes, mm-hmm.
19              DESHAUNA:  Okay, now, sir, is this a landline
20      or your cell phone?
21              MR. DAWES:  It's my cell phone.
22              DESHAUNA:  You said it's your cell phone?
23              MR. DAWES:  Yes, ma'am.
24              DESHAUNA:  And do you have a home phone at
25      home?
```

6

1          MR. DAWES:  Not at the moment, no.

2          DESHAUNA:  Okay.

3          MR. DAWES:  I'm --

4          DESHAUNA:  Well, Mr. Charles, for responding

5     today to our senior --

6          MR. DAWES:  -- going to get one, though.

7          DESHAUNA:  I'm sorry?

8          MR. DAWES:  I plan on getting one.  I had it

9     disconnected a few months ago.  I'm thinking of getting

10    it back, though.  I kind of miss it.

11         DESHAUNA:  Okay, sir, I completely understand.

12    Well, sir, for responding today to our senior life

13    support assistance program, you've been selected to

14    receive a medical alert system at no cost, that has a

15    value of over $400.

16         MR. DAWES:  (Inaudible).

17         DESHAUNA:  And my job is just to make sure that

18    you are still eligible to take advantage of this special

19    offer today.

20         MR. DAWES:  (Inaudible).

21         DESHAUNA:  I need to ask a couple of questions

22    which will determine which one of our systems you qualify

23    for, okay?

24         MR. DAWES:  Okay.

25         DESHAUNA:  Okay.  Now, are you interested in

7

```
1      getting a medical alert system for yourself or someone
2      else?
3                 MR. DAWES:  (Inaudible) for myself.
4                 DESHAUNA:  Okay.  Do you currently own any type
5      of medical alert system?
6                 MR. DAWES:  No.
7                 DESHAUNA:  Have you fallen before, sir?
8                 MR. DAWES:  Not -- not lately.  I'm not in the
9      best of health, though.
10                DESHAUNA:  Okay.  Okay.  Have you ever been in
11     a situation where you needed help and couldn't get to a
12     phone?
13                MR. DAWES:  Yeah, a few years ago, it was kind
14     of a scare, but I'm okay now.
15                DESHAUNA:  Okay.  I completely understand.
16     Okay, sir, so do you live alone or spend multiple hours
17     by yourself?
18                MR. DAWES:  Yes, I'm alone most of the time.
19                DESHAUNA:  Okay.  And are you responsible for
20     your own finances or does someone else help you with
21     that --
22                MR. DAWES:  I'm responsible.
23                DESHAUNA:  -- write your checks, pay your
24     bills?
25                MR. DAWES:  I am responsible for that.  Besides
```

8

```
1    my Social Security, I got a pension as well.  So, I'm

2    okay financially.

3            DESHAUNA:  Okay, sir.  Okay, sir.  Now, Mr.

4    Charles, what address would you like your medical alert

5    system sent to?  I just want to make sure you qualify for

6    free shipping as well.

7            MR. DAWES:  It would -- it would be ▓▓▓▓ --

8            DESHAUNA:  I'm sorry, what was that?

9            MR. DAWES:  ▓▓▓▓▓▓▓▓▓▓.

10           DESHAUNA:  ▓▓▓▓?

11           MR. DAWES:  ▓▓▓▓▓▓.

12           DESHAUNA:  ▓▓▓▓▓▓▓▓▓?

13           MR. DAWES:  Right, right.  And that's Horn

14   Lake, Mississippi.

15           DESHAUNA:  I'm sorry, what was that, sir?

16           MR. DAWES:  That's Horn Lake, Mississippi.

17           DESHAUNA:  Sandlake, Mississippi?

18           MR. DAWES:  No, Horn Lake, H-O-R --

19           DESHAUNA:  (Inaudible).

20           MR. DAWES:  Horn, H-O-R-N.

21           DESHAUNA:  Oh, oh, I'm sorry about that, Horn

22   Lake, Mississippi.

23           MR. DAWES:  Yes.

24           DESHAUNA:  And your zip code?

25           MR. DAWES:  ▓▓▓▓▓.
```

9

```
 1              DESHAUNA:     ██?
 2              MR. DAWES:    ██.
 3              DESHAUNA:     ██.  And I'm sorry about that, but
 4    is your street name ████████████████████████████████,
 5    ██████████████?
 6              MR. DAWES:  Well, they call it ██████, you know.
 7    ████████████████ is what they call it.
 8              DESHAUNA:     ██████████████?
 9              MR. DAWES:  Yeah.
10              DESHAUNA:  Okay.  Thank you so much for that.
11    And, Mr. Charles, can you spell your first and last name
12    for me?
13              MR. DAWES:  Well, my first name's Charles, C-H-
14    A-R-L-E-S, last name is Dawes, D-A-W-E-S.
15              DESHAUNA:  D-A-W-E -- okay, Mr. Dawes.  Okay,
16    no problem.  Now, let me tell you a little bit about the
17    system you qualify for, okay, Mr. Dawes?
18              MR. DAWES:  Okay.
19              DESHAUNA:  Okay.  You qualify for our mobile
20    help cellular GPS unit, and with this system, you will
21    receive a two-way voice speaker phone with GPS OnStar
22    technology, a lightweight and waterproof help button
23    wearable as a bracelet or it can be kept in your pocket
24    or car as you decide.  It's the same system you would see
25    on TV and it works very simply.
```

10

1        If you have a medical emergency, a fire,
2    burglary or even something extra like a fall that you
3    have difficulty getting up from, you simply push the help
4    button and speak hands-free to a care center
5    representative.  They will evaluate your situation,
6    immediately get you the help you need, notify family or
7    911, and comfort you until help arrives.  It provides
8    great protection away from home and works in all 50
9    states and Canada.
10        You can also get driving directions, medical
11    records and much more with just the push of a button.
12        Now, does that sound like something you'd be
13    interested in today, Mr. Dawes?
14        MR. DAWES:  Yeah, I -- in fact, you say it's a
15    regular cell phone, too?
16        DESHAUNA:  No, sir, it's pretty much like --
17    it's like a lightweight bracelet.
18        MR. DAWES:  Okay, okay, I'm --
19        DESHAUNA:  (Inaudible).
20        MR. DAWES:  I was wondering if I might be able
21    to change cell phones at the same time if it were to
22    work, but, okay, never mind.
23        DESHAUNA:  Okay.  Okay.  Now, with our special
24    offer today, you will also receive a $50 gift card from
25    Restaurants.com that can be used at over 50,000

11

1    restaurants nationwide.

2           MR. DAWES:  Mm-hmm.

3           DESHAUNA:  Each month you continue to use the

4    system, you will receive a new $50 gift card in the mail

5    that you can share with whoever you like.

6           MR. DAWES:  Okay.

7           DESHAUNA:  Also, you -- also, you will receive

8    a free membership to our pharmacy discount club, which

9    will give you huge discounts on all medications,

10   prescriptions and all.

11          MR. DAWES:  Okay.

12          DESHAUNA:  Okay?  All right.  I think it's

13   great that you decided to get yourself protected today.

14   It sure will give you that piece of mind knowing that

15   help is always there if you need it.

16          MR. DAWES:  It sounds pretty good.  How much is

17   it a month?

18          DESHAUNA:  Oh, that's -- okay.  Now, as you

19   know, we will be providing you with all the equipment for

20   free.

21          MR. DAWES:  Mm-hmm.

22          DESHAUNA:  And right now it shows that you also

23   will receive free shipping and your activation fees will

24   also be waived.

25          MR. DAWES:  (Inaudible).

12

1           DESHAUNA:  All you would have to pay today is

2      the small monthly monitoring fee of $44.95.  There are

3      absolutely no contracts.  You can cancel at any time with

4      no cancellation fees and everything else is completely

5      free.  Would you be interested in that today, sir?

6           MR. DAWES:  Yeah.  What is the monthly fee?  Is

7      it the same every month?

8           DESHAUNA:  Yes, sir.  And like I said, there's

9      no contract or cancellation fee.  You are not obligated.

10     You can try out the system for a month.  And if you don't

11     like it, you can always send back the equipment --

12          MR. DAWES:  Okay.

13          DESHAUNA:  -- and never be charged ever again.

14          MR. DAWES:  All right.  Okay.  That actually

15     sounds pretty good.

16          DESHAUNA:  Would you be interested in that

17     today, sir?

18          MR. DAWES:  Yeah, that's cheaper than the ones

19     I've been looking at.  Okay, yeah.

20          DESHAUNA:  Okay.  And for the monthly emergency

21     medical monitoring, do you have your checkbook handy?

22          MR. DAWES:  No, I've got my -- I've got a

23     credit card.  Is that okay?

24          DESHAUNA:  Okay.  Is it Visa, Master --

25          MR. DAWES:  Visa.

13

```
 1                  DESHAUNA:  -- Discover or American Express?

 2                  MR. DAWES:  Visa.

 3                  DESHAUNA:  It's Visa?

 4                  MR. DAWES:  Right, mm-hmm.

 5                  DESHAUNA:  Yes, sir.  Well, you can use that

 6       card if you'd like.

 7                  MR. DAWES:  All right, okay, yeah.  I'd rather

 8       do that.

 9                  DESHAUNA:  Okay, no problem.  Let me get -- and

10       you said it's a Visa?

11                  MR. DAWES:  Yes, ma'am.

12                  DESHAUNA:  Okay.  Can I get the num -- the card

13       number?

14                  MR. DAWES:  Okay, let's see.  It's XXXX --

15                  DESHAUNA:  Mm-hmm.

16                  MR. DAWES:  XXXX.

17                  DESHAUNA:  XXXX, mm-hmm.

18                  MR. DAWES:  XXXX.

19                  DESHAUNA:  XXXX?

20                  MR. DAWES:  Right.  And then XXXX.

21                  DESHAUNA:  XXXX.  So, I have XXXX XXXX XXXX

22       XXXX.

23                  MR. DAWES:  Yeah, that's right.

24                  DESHAUNA:  Is that right, Mr. Dawes?

25                  MR. DAWES:  Yes.
```

14

1          DESHAUNA:  Okay.  And your expiration date,
2      please?
3          MR. DAWES:  It would be 10 of 2016.
4          DESHAUNA:  10/16, okay.
5          MR. DAWES:  Yeah.
6          DESHAUNA:  Thank you so much for that.  Okay.
7      And your correct number is (901) ████████?
8          MR. DAWES:  Yes, ma'am.
9          DESHAUNA:  Okay.
10         MR. DAWES:  When will it come in --
11         DESHAUNA:  And that's -- that is your cell
12     phone number, right?
13         MR. DAWES:  Right, mm-hmm.
14         DESHAUNA:  I'm sorry?
15         MR. DAWES:  Yes.  When will it come in?
16         DESHAUNA:  Okay.  It will be coming sev --
17     between -- within 7 to 10 business days.
18         MR. DAWES:  Does it have to be wired up to
19     anything in the house or it just operates off a -- off a
20     phone line as a separate --
21         DESHAUNA:  I'm sorry?
22         MR. DAWES:  Does it have to be wired up to
23     anything in the house?  Do I need my landline back?
24         DESHAUNA:  No, sir, this is a -- no, sir, you
25     qualify -- you wanted -- you qualify for the GPS unit and

15

```
1       that has nothing to do with your home.
2                  MR. DAWES:  Oh, okay.
3                  DESHAUNA:  It's pretty much -- it's pretty much
4       going to deal with your cell phone for the most part.
5                  MR. DAWES:  Okay, that's good, yeah.  Okay.
6                  DESHAUNA:  Okay?
7                  MR. DAWES:  Okay.
8                  DESHAUNA:  Oh, I'm sorry?
9                  MR. DAWES:  Okay, yes.
10                 DESHAUNA:  All right.  Hold on right -- hold on
11      for one moment while I put your information in and make
12      sure I get all your information correct, okay?
13                 MR. DAWES:  Okay.
14                 DESHAUNA:  Okay.
15                 (On hold.)
16                 DESHAUNA:  Okay, sir, so I have your address as
17      ████████████████████████████████████████████.
18                 MR. DAWES:  Yes.
19                 DESHAUNA:  Horn Lake, Mississippi.
20                 MR. DAWES:  Mm-hmm.
21                 DESHAUNA:  Zip code ██████.
22                 MR. DAWES:  That's correct.
23                 DESHAUNA:  And I have your name as Charles, C-
24      H-A-R-L-E-S, Dawes, D-A-W-E-S.
25                 MR. DAWES:  Right.
```

1          DESHAUNA:  Okay.  And I have your card

2     information as a Visa XXXX XXXX XXXX XXXX, is that

3     correct?

4          MR. DAWES:  Yes, ma'am.

5          DESHAUNA:  Okay.  Now, would you like your

6     payment postdated, sir, or you want them to take it out

7     today?

8          MR. DAWES:  If you could take it out Monday,

9     that would be better.

10         DESHAUNA:  Monday?

11         MR. DAWES:  Yeah.

12         DESHAUNA:  And Monday would be the 16th.

13         MR. DAWES:  Right, mm-hmm.

14         DESHAUNA:  Okay.  So, you want it out Monday,

15    February 16th, 2015?

16         MR. DAWES:  Yes, ma'am, that would be better.

17         DESHAUNA:  Okay, no problem.  Okay, give me one

18    moment while I put all your information into the system.

19         MR. DAWES:  Okay.

20         (On hold.)

21         DESHAUNA:  Hello, Mr. Dawes?

22         MR. DAWES:  Yes.

23         DESHAUNA:  Okay.  Now, this is just a reminder.

24         MR. DAWES:  Mm-hmm.

25         DESHAUNA:  The $44.95 will be charged to --

17

1    will be charged Monday, the 16th, and every month after

2    as long as you decide to keep the system.  But you can

3    cancel at any time with no cancellation fees or

4    obligations, okay?  All you have to do --

5              MR. DAWES:  Okay.

6              DESHAUNA:  -- is send back the equipment and

7    you will never be charged again, okay?

8              MR. DAWES:  Okay.  Who would I send it back to?

9    Would that be Lifewatch?

10             DESHAUNA:  I'm sorry?

11             MR. DAWES:  What company will I send it back

12   to?  Is it Lifewatch?

13             DESHAUNA:  You will send -- no, you will send

14   it back to Senior Life Support.  You will get all that

15   information when you get your system.

16             MR. DAWES:  Okay.  Where -- where is Senior

17   Life Support located?

18             DESHAUNA:  Our main office is in Buffalo, New

19   York.

20             MR. DAWES:  Okay, all right, okay.  I was just

21   curious.

22             DESHAUNA:  Okay?

23             MR. DAWES:  All right.

24             DESHAUNA:  Oh, great.  Your -- your equipment

25   will be shipped to you at ████████████████████████

18

1

2          MR. DAWES: Mm-hmm.

3          DESHAUNA: Horn Lake, Mississippi, ▮▮, and

4   will arrive within the next seven to ten business days,

5   okay?

6          MR. DAWES: Okay. All right, thanks.

7          DESHAUNA: Okay. Now, Mr. Dawes, remember to

8   keep your card handy for verification because while in

9   verification, the agents are not trained to answer any

10  questions. So, before I transfer you, do you have any

11  more questions for me?

12         MR. DAWES: No, I think that you've covered it

13  all.

14         DESHAUNA: Okay, no problem. Thank you so much

15  for that. I'm going to transfer you to our verification

16  department so they can give you your order number and

17  verify that I entered all of your information into the

18  system correctly, okay?

19         MR. DAWES: Okay.

20         DESHAUNA: Okay. Again, before I transfer you,

21  my name is Deshauna, and I'm the sales agent submitting

22  your request. Please hold while I transfer you to the

23  confirmation department. This may take a few minutes for

24  your call to be answered, but please be patient and don't

25  hang up until you talk to the confirmation department,

19

1    okay?

2              MR. DAWES:  Okay.

3              DESHAUNA:  Okay.  Thank you for your time, sir,

4    and I hope you enjoy your medical alert system when you

5    get it, okay?

6              MR. DAWES:  Okay, thank you.  I hope I never

7    need it.

8              DESHAUNA:  Bye-bye, have a nice day.

9              MR. DAWES:  Okay.

10             DESHAUNA:  Okay, bye-bye.

11             MR. DAWES:  Bye.

12             (On hold.)

13             MALE RECORDING:  Your call is very important to

14   us.  Please stay on the line and you'll be transferred to

15   the next available agent.

16             (On hold.)

17             MALE RECORDING:  Your call is very important to

18   us.  Please stay on the line and you'll be transferred to

19   the next available agent.

20             (On hold.)

21             MALE RECORDING:  Your call is very important to

22   us.  Please stay on the line and you'll be transferred to

23   the next available agent.

24             (On hold.)

25             JACQUELINE:  Hello.

20

```
1              MR. DAWES:  Yes, hello.

2              JACQUELINE:  Hi, am I speaking with Charles?

3              MR. DAWES:  Yes.

4              JACQUELINE:  Hi, this is Jacqueline and I'm

5      with the verification department for Senior Life Support,

6      and I'm just going to review the order you placed for the

7      medical alert system, okay?

8              MR. DAWES:  Okay.

9              JACQUELINE:  All right.  And this line is being

10     recorded for quality assurance purposes.  Now, I have

11     your first name as Charles, spelled C-H-A-R-L-E-S.

12             MR. DAWES:  Yes.

13             JACQUELINE:  Do you have a middle initial?

14             MR. DAWES:  G.

15             JACQUELINE:  G, okay.  Last name Dawes, D-A-W-

16     E-S.

17             MR. DAWES:  Yes.

18             JACQUELINE:  Okay.  One moment.  And I have

19     your address as ███████████████, Horn Lake,

20     Mississippi.

21             MR. DAWES:  Yes.

22             JACQUELINE:  Okay.  And the zip code I have is

23     ██████.

24             MR. DAWES:  Yes, that's right.

25             JACQUELINE:  It says there are multiple
```

1    addresses at that place.  Is there -- is it an apartment

2    number?

3                MR. DAWES:  No.

4                JACQUELINE:  No, no apartment number?

5                MR. DAWES:  No, there shouldn't be any other

6    addresses at that location.

7                JACQUELINE:  Hmm, that's strange.  Okay.  So,

8    it's ███████████████████?

9                MR. DAWES:  Right.

10               JACQUELINE:  Okay, all right.  And the phone

11   number we have on file for you is (901)████████.  Is that

12   a home phone or a cell phone?

13               MR. DAWES:  That's a cell phone, but it's the

14   only phone I got.  It's -- I got rid of my landline.

15               JACQUELINE:  All right.  And what is -- you

16   want to get the landline?

17               MR. DAWES:  No, I got rid of my landline a few

18   months ago.

19               JACQUELINE:  Oh, okay.  Oh, okay.

20               MR. DAWES:  (Inaudible).

21               JACQUELINE:  And what is the best time to

22   contact you, mornings, afternoons or evenings?

23               MR. DAWES:  Mornings after about 10:00.

24               JACQUELINE:  Okay.  All right.  And what is

25   your date of birth, sir?

22

```
1           MR. DAWES:  Date of birth?
2           JACQUELINE:  Yes.
3           MR. DAWES:  ██████.
4           JACQUELINE:  ██████?
5           MR. DAWES:  No, ███.  ██████.
6           JACQUELINE:  I can't hear you.  ██████?
7           MR. DAWES:  ██████, right.
8           JACQUELINE:  Okay.  And what is the year?
9           MR. DAWES:  ███.
10          JACQUELINE:  Okay, thank you.  All right.  And
11   I see that you are signed up for the GPS system for
12   $44.95 per month.  You're getting a $50 restaurant gift
13   card from Restaurant.com and a pharmacy discount card and
14   you're having this postdated til --
15          MR. DAWES:  Monday.
16          JACQUELINE:  -- the 16th, February 16th?
17          MR. DAWES:  Yeah.
18          JACQUELINE:  Okay, just making sure.  All
19   right.  And for the monthly payment, let's see, you'll be
20   using a Visa card, is that correct, sir?
21          MR. DAWES:  Yes.
22          JACQUELINE:  All right.  Now, by providing your
23   credit card information and verbal authorization today,
24   February 13th, 2015, you are authorizing Senior Life
25   Support to initiate a one-time credit card debit on
```

23

1    February 13 -- I'm sorry, yeah, February 16th, 2015, and

2    that will be for the amount of $44.95.  And a recurring

3    credit card debit to your account in the amount of $44.95

4    on the 26th of every month.  The first credit card debit

5    will be drafted or applied from the account on or after

6    February 16th, 2015, to be followed by a successive

7    debit, if applicable, as just described.

8            Now, please note that if at any time you wish

9    to revoke the authorization and cancel any scheduled

10   debit to the account, you must notify us at least three

11   business days prior to your scheduled debit date.  In the

12   event that you choose not to return the equipment, but

13   you want to purchase the equipment, there is a one-time

14   fee of $475.  So, make sure if you cancel that you do

15   return the equipment so you're not charged that fee,

16   okay?

17           MR. DAWES:  Okay.

18           JACQUELINE:  All right, sir, do you authorize

19   Senior Life Support to proceed with the credit card

20   debits for the $44.95 on February 16th, 2015?

21           MR. DAWES:  Yes, mm-hmm.

22           JACQUELINE:  Okay, thank you.  Credit card

23   debits will be drafted from the account with the

24   following information.  Now, I'm just going to go over

25   your card.  I have card number XXXX XXXX XXXX XXXX.

24

1          MR. DAWES:  Ah --

2          JACQUELINE:  Expiration date, 10/16.

3          MR. DAWES:  Yes, that's right.

4          JACQUELINE:  And what is the three-digit

5    security code on the back of the card?

6          MR. DAWES:  ███.

7          JACQUELINE:  Okay.  And do you have that middle

8    initial G on the card?

9          MR. DAWES:  Yes.

10         JACQUELINE:  Okay.  And is the billing address

11   the same as your home address?

12         MR. DAWES:  Yes.

13         JACQUELINE:  Okay, great.  Give me one moment

14   while I (inaudible) your customer ID number?

15         MR. DAWES:  Okay.

16         JACQUELINE:  Do you have a pen and paper on

17   you?

18         MR. DAWES:  Yes, hold on a second, let me get

19   that.  Okay.

20         JACQUELINE:  It is 658 --

21         MR. DAWES:  658.

22         JACQUELINE:  658402 --

23         MR. DAWES:  402.

24         JACQUELINE:  Uh-huh.  128.

25         MR. DAWES:  128, okay.

25

1          JACQUELINE:  Okay.  Now, give -- stay on the

2     line with me, I'm just going to send you over to our

3     shipping department.  They're just going to finalize the

4     order and let you know when you'll receive your

5     equipment, okay?

6          MR. DAWES:  Okay.

7          JACQUELINE:  All right, please hold.

8          (On hold.)

9          MALE RECORDING:  Thank you for calling Medical

10    Alarm Systems.  If you know your party's extension, you

11    may dial it at any time.  Please hold for the next

12    available representative.  Thank you.

13         (On hold.)

14         LAVERNE:  Laverne speaking.

15         JACQUELINE:  Yes, hi, I have a Charles on the

16    line, customer ID is 658402 --

17         LAVERNE:  Okay, give me one second.

18         JACQUELINE:  Okay.

19         LAVERNE:  Give me one second, okay?  658402.

20         JACQUELINE:  128.

21         LAVERNE:  128, okay.

22         JACQUELINE:  Okay?

23         LAVERNE:  All right, you can put him through.

24         JACQUELINE:  Okay, thank you.

25         MR. DAWES:  Hello.

26

1          LAVERNE:  You're welcome.

2          Hi, Mr. Dawes.

3          MR. DAWES:  Yes.  Laverne?

4          LAVERNE:  Hi, this is Laverne --

5          MR. DAWES:  Yeah.

6          LAVERNE:  -- from the -- yes.  Laverne from the

7    confirmation department.  I just want to confirm the

8    order that you just placed with us.

9          MR. DAWES:  Yeah, well --

10         LAVERNE:  You're at ████████████ in Horn

11   Lake, Mississippi.

12         MR. DAWES:  Yeah, that's (inaudible).

13         LAVERNE:  ████.

14         MR. DAWES:  Mm-hmm.

15         LAVERNE:  Okay.  You ordered a GPS unit for

16   $44.95 per month.

17         MR. DAWES:  Uh-huh.

18         LAVERNE:  And you want us to postdate it til

19   February 16th.

20         MR. DAWES:  Yeah, that's what I said.

21         LAVERNE:  Okay.  Just let me save this

22   information here.

23         MR. DAWES:  I think you --

24         LAVERNE:  Okay, yes.  So, on Feb -- I'm sorry?

25         MR. DAWES:  Yeah, this is not the first time

27

1    we've talked, Laverne.  My -- my real name is William

2    James.  It seems like every time I go through the process

3    of tracking these telemarketing scammers down, it always

4    leads back to you.  Now, are you -- are you guys going --

5            LAVERNE:  Okay.

6            MR. DAWES:  -- to tell me yet again that you're

7    not behind it?  Not you personally, but your company.

8            LAVERNE:  I'm sorry, the call was -- the call

9    was transferred to me, so you're not Willie -- you're not

10   Charles Dawes?

11           MR. DAWES:  No, I'm -- nor am I Gary Dopemor

12   (phonetic) which is another name I gave you.

13           LAVERNE:  Okay.

14           MR. DAWES:  You remember me now, don't you?

15           LAVERNE:  Yes, I do.

16           MR. DAWES:  Okay, all right.  Once again, I've

17   gone through the motions because these scamming crooks

18   called my cell phone using a spoof caller ID that's -- my

19   number is on the do not call list and I told you people

20   never ever to call me again and I'm still hearing from

21   you guys just about every single day, sometimes several

22   times a day.  And every single time I go through the

23   process of wasting an hour placing a bogus order, giving

24   all bogus information, every single time, it tracks right

25   back to Lifewatch USA and every single time, people with

28

1     your company keep telling me, oh, we're not behind it,

2     it's somebody else, it's not us.  I just wonder what you

3     have to say about it this time?

4              LAVERNE:  Mr. Dawes or Mr. James --

5              MR. DAWES:  Yeah, I'm not Martin (inaudible)

6     either.

7              LAVERNE:  -- William James?

8              MR. DAWES:  Yeah, that's another name I used

9     once before with you guys.

10             LAVERNE:  Okay.  Well, I'm the -- from the

11    confirmation department and what I do is confirm the

12    orders.

13             MR. DAWES:  Yeah, you always --

14             LAVERNE:  So, I'm not sure --

15             MR. DAWES:  Yeah, you're always the one that

16    (inaudible).  You're apparently the only one that

17    confirms orders from all these telemarketers for

18    Lifewatch USA.  They gave a fake company name yet again,

19    too, by the way, which is another violation of the law.

20    You guys are breaking six different laws --

21             LAVERNE:  Mr. Dawes?

22             MR. DAWES:  -- every time you call me, and

23    you've called me hundreds of times and --

24             LAVERNE:  Okay, Mr. Dawes --

25             MR. DAWES:  -- you keep trying to get

29

1     (inaudible).

2            LAVERNE:  -- can you hold on for one second,

3     please?

4            MR. DAWES:  Yeah.

5            LAVERNE:  I'm going to have you talk to --

6            MR. DAWES:  (Inaudible).

7            LAVERNE:  I'm going to have you hold on for a

8     minute.  Hold --

9            MR. DAWES:  Yeah.

10           LAVERNE:  Hold on for one second.

11           MR. DAWES:  Let me speak to the owner of the

12    company this time.

13          (On hold.)

14          MALE RECORDING:  -- referrals, the more you

15    save.  A customer service specialist will assist you

16    shortly.  After they've helped you, why not refer some

17    special people that you'd like to see protected and start

18    saving with free monitoring.

19          (On hold.)

20          MALE RECORDING:  More and more people are

21    changing their phone service to take advantage of lower

22    rates and today's technology, like voiceover Internet

23    protocol.  Doing so may require the rewiring of your

24    alarm so that it works with your new phone service.

25    Please let us know if you plan to change or have already

30

1    changed your phone service and please be sure to test

2    your alarm once a new phone service is installed to

3    ensure you're connected to your central monitoring

4    station.  A customer service specialist will be happy to

5    assist you.  Thank you for making your home a safe home.

6            (On hold.)

7            MALE RECORDING:  Did you know a property crime

8    occurs in the U.S. every 3.1 seconds?  A burglary every

9    14.7 seconds?  A fire every 60 seconds?  Our security

10   systems help ensure rapid response times to your home

11   emergencies.  So, you've made a good decision in making

12   your home a safe home, and thank you for the trust you've

13   placed in us.

14           (On hold.)

15           MALE RECORDING:  Now, safely store the key to

16   your home with an all-metal, all-weather key safe from

17   Safe Home Security.  Ideal for friends, neighbors and the

18   kids, key safes make authorized access to your home easy

19   and convenient.  Your key safe combination can even be

20   confidentially stored at your central station so that

21   emergency responders gain fast, easy access to your home.

22   Safe Homes key safes install easily and you'll love their

23   slim, low-profile design --

24           MR. DAWES:  I'm going to hang up.  (Inaudible).

25           MALE RECORDING:  -- not to mention the price,

31

1        just $29.95, shipping's included.

2                    **(The call was concluded.)**

3                    **(The recording was concluded.)**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

32

1               C E R T I F I C A T I O N   O F   T Y P I S T

2

3       MATTER NUMBER: ███████ _____

4       CASE TITLE: LIFEWATCH, INC. _____

5       TAPING DATE: FEBRUARY 13, 2015 _____

6       TRANSCRIPTION DATE: APRIL 21, 2015 _____

7       REVISION DATE: MAY 7, 2015 _____

8            I HEREBY CERTIFY that the transcript contained

9       herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  MAY 7, 2015

14

15                         _____

16                         ELIZABETH M. FARRELL

17

18          C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20           I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24                         _____

25                         SARA J. VANCE

# Attachment FF

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.    

TITLE        LIFEWATCH, INC.

DATE        RECORDED:  FEBRUARY 28, 2015
                TRANSCRIBED:  APRIL 21, 2015
                REVISED:  MAY 7, 2015

PAGES       1 THROUGH 22

TELEPHONE CONVERSATION BETWEEN TODD, CRYSTAL AND ROBERT
WILLIAMS
!!!BOGUS ORDER (8437109764) 10~51~10 -2-28-2015

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Menjivar Att. FF
Page 1 of 22**

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4        RECORDING:                           PAGE:

5        With Todd                               4

6        With Crystal                           15

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3      In the Matter of:           )

 4      Lifewatch, Inc.            )   Matter No. ███████

 5                                  )

 6      -----------------------------)

 7                              February 28, 2015

 8

 9

10

11           The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      April 17, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1              **P R O C E E D I N G S**

2                  —    —    —    —    —

3        **TELEPHONE CONVERSATION WITH TODD AND CRYSTAL**

4              MR. WILLIAMS:  Hello.

5              MALE RECORDING:  Hello, seniors.  Due to new

6        health care regulations, you are now eligible to receive

7        a personal medical alert system at no cost to you.  Since

8        you've already been referred to by a friend or family

9        member, we have a system waiting to be shipped out to

10       you.  Press one now to receive your personal medical

11       alert system.  And --

12             MR. WILLIAMS:  Come on.

13             (On hold.  Music playing.)

14             MALE RECORDING:  Your call is very important to

15       us.  Please stay on the line and you'll be transferred to

16       the next available agent.

17             (On hold.  Music playing.)

18             TODD:  Good morning, this is Todd.  My agent

19       number is 7009.  Who do I have the pleasure of speaking

20       to today?

21             MR. WILLIAMS:  Hello, yes, this is Robert

22       Williams.

23             TODD:  Hey, Mr. Williams, good morning to you,

24       sir.  And if we get disconnected, is this the best number

25       to reach you back on?

5

1          MR. WILLIAMS:  Yes, mm-hmm.

2          TODD:  Good, sir.  Now, for responding today to

3     our endless medical alert system, you've been selected to

4     receive a medical alert system --

5          MR. WILLIAMS:  Mm-hmm.

6          TODD:  -- at no cost.  Now, that has a value

7     over $400.  Now, you're probably familiar with the

8     medical alert system as seen on the TV commercials.

9          MR. WILLIAMS:  Is this the one where --

10          TODD:  The (inaudible).

11          MR. WILLIAMS:  -- the lady says, I've fallen

12     and I can't get up, that commercial?

13          TODD:  Now, it's the same system as seen on

14     television, sir, and it works very simple.  If you have a

15     medical emergency, a fire --

16          MR. WILLIAMS:  Uh-huh.

17          TODD:  -- a burglary or even something as

18     serious as a fall that you have difficulty getting up

19     from --

20          MR. WILLIAMS:  Uh-huh.

21          TODD:  -- you would simply push the button on

22     the lightweight waterproof necklace or bracelet and speak

23     hands-free from anywhere in your home to a live --

24          MR. WILLIAMS:  Okay, so, it's not --

25          TODD:  -- certified emergen --

6

1              MR. WILLIAMS:  It's not just --

2              TODD:  Excuse me?

3              MR. WILLIAMS:  It's not just medical; it's --

4              TODD:  What?

5              MR. WILLIAMS:  -- if you have a break-in and

6      stuff, too.

7              TODD:  Yeah, absolutely, sir.

8              MR. WILLIAMS:  Okay.

9              TODD:  Okay?

10             MR. WILLIAMS:  Okay, I got that.

11             TODD:  Yes, sir.  Yeah, absolutely, sir.  Now,

12     your alert button will work from anywhere in the home and

13     it would even work outside of your home.  It has a 1500-

14     foot range --

15             MR. WILLIAMS:  Uh-huh.

16             TODD:  -- which is over a quarter of a mile.

17             MR. WILLIAMS:  Yeah.

18             TODD:  Now, this device will give you the peace

19     of mind that you need, allow you to feel safe and make

20     sure that you never feel alone in the case of an

21     emergency.  Now, sir, it could really help you in a time

22     of need and it can even be lifesaving.  Our device is

23     trusted by thousands of hospitals and more than 65,000

24     health care professionals.  Our device has been helping

25     save the lives of Americans for over 35 years, sir.  All

7

1     right?

2          Now, your free medical alert system is going to

3     include a medical alert base station with a loudspeaker

4     and a very sensitive microphone, a waterproof wrist or

5     necklace button, free shipping and free activation.  Also

6     included is an away-from-home protection card that gives

7     emergency, personal 24-hour, 7-day-a-week access to your

8     important medical information, and last but not least, as

9     an added incentive, sir, for you to give our system a use

10    today, we are going to ship you out a $50 gift card.

11    Now, you can use this gift card at over 50,000

12    restaurants nationwide.  All right?

13          Now, the system is at no cost for the use of

14    the equipment and the shipping is also free.  Now,

15    normally all of this would cost over $400.  But, today,

16    you pay absolutely nothing for the use of the system.

17    Now, the only thing that you would be responsible for is

18    the emergency medical monitoring --

19          MR. WILLIAMS:  Okay.

20          TODD:  -- of just $34.95 every month, sir, and

21    you would pay today.  Now, there are absolutely no

22    contracts.  You can cancel the system at any time with no

23    cancellation fees.  Now, sir, everything else is going to

24    be completely free for you today, all right, sir?

25          MR. WILLIAMS:  Okay.  Does that cost --

8

```
 1              TODD:  All right.
 2              MR. WILLIAMS:  -- ever go up?
 3              TODD:  Huh?
 4              MR. WILLIAMS:  Does that monthly fee ever go
 5      up?
 6              TODD:  No, absolutely not, sir.
 7              MR. WILLIAMS:  Okay.
 8              TODD:  We would not do that to you, sir.  All
 9      right?  Now, what address would you like us to ship your
10      emergency medical alert system to?
11              MR. WILLIAMS:  How about ███████████.
12              TODD:  ██████████?
13              MR. WILLIAMS:  Well, ████████.
14              TODD:  Oh, two -- okay.  And that ███████████████
15      or █████, sir?
16              MR. WILLIAMS:  That's ██████.
17              TODD:  Huh?
18              MR. WILLIAMS:  That's █████.
19              TODD:  Oh, ██████, got you, sir.  And is that a
20      home or an apartment, sir?
21              MR. WILLIAMS:  Yeah, that's a home.
22              TODD:  All right, great, sir.  Now, what city
23      and state do you reside in?
24              MR. WILLIAMS:  That's in Memphis, Tennessee.
25              TODD:  All right, good stuff, sir.  Memphis.
```

9

1              MR. WILLIAMS:  Mm-hmm.

2              TODD:  Tennessee, all right.  And the zip code,

3        sir?

4              MR. WILLIAMS:  ███

5              TODD:  ███.  Now, let me ask you a question,

6        sir.  Is this a landline, a home phone or a cellular

7        phone that I'm speaking to you on?

8              MR. WILLIAMS:  Oh, it's a cell phone.

9              TODD:  A landline?

10             MR. WILLIAMS:  No, a cell --

11             TODD:  A cell phone.  Do you own a landline?

12       Do you own a landline phone, sir?

13             MR. WILLIAMS:  No, but I --

14             TODD:  You do?

15             MR. WILLIAMS:  -- I'm thinking of getting it

16       back.  I had one, but I --

17             TODD:  Okay, now, listen, because you don't own

18       a -- yeah, because you don't own a landline, which our

19       standard device runs off of --

20             MR. WILLIAMS:  Mm-hmm.

21             TODD:  -- what I'm going to do is upgrade you

22       to our GPS, if you will, of our devices.  Now, this GPS,

23       this will protect you anywhere in the United States of

24       America, as well as Canada, sir.

25             MR. WILLIAMS:  Okay.

10

1        TODD:  It has -- yeah, it's waterproof.  You

2    can wear that in the shower.  That's where most of the

3    serious falls are.

4        MR. WILLIAMS:  Yeah, I'm --

5        TODD:  And like I said, if you --

6        MR. WILLIAMS:  So, I wouldn't need a landline

7    for it?

8        TODD:  No, absolutely not.  It will -- it will

9    run off of -- it runs off batteries, so you -- a full

10   life battery operated, it will be up to a week's life.

11       MR. WILLIAMS:  Okay.

12       TODD:  Okay?  Now -- yes, now for the GPS, what

13   would you prefer, the necklace or bracelet, sir?

14       MR. WILLIAMS:  Necklace would probably be a lot

15   better.

16       TODD:  Yes, it would, sir.  And like I said,

17   that is waterproof and you -- anywhere in the United

18   States of America, you will be covered by this device,

19   sir.

20       MR. WILLIAMS:  Okay.

21       TODD:  All right?  Good stuff, sir.  And, sir,

22   let me get your first and last name so I can put it in my

23   system.

24       MR. WILLIAMS:  My name, Robert Williams.

25       TODD:  Oh, Robert, that's right.  I apologize.

11

1       You did tell me that.  I didn't write it down.  I didn't

2       put it in my computer.  Now, do you go by a middle name

3       or initial, Mr. Williams?

4               MR. WILLIAMS:  No, I'm -- middle initial though

5       is (inaudible) it's H.

6               TODD:  Okay, that's no problem.  All right.

7               MR. WILLIAMS:  It's not (inaudible).

8               TODD:  Now, Mr. Williams, we want to do

9       something very special for you on your birthday.  What's

10      your birthday day and year -- month, day and year?

11              MR. WILLIAMS:  ████████████████.

12              TODD:  ████████?  And the year?

13              MR. WILLIAMS:  ████.

14              TODD:  ████?

15              MR. WILLIAMS:  Mm-hmm.

16              TODD:  Gotcha, sir, I heard you, Mr. Williams.

17      I definitely appreciate you, sir.  Now, Mr. Williams, for

18      the monitoring of the GPS other -- now, like I said, that

19      would be an additional $5 because you're getting the GPS

20      monitoring.  So, that would bring the grand total to

21      $39.95.  Now, you can secure that payment on a Visa, a

22      Mastercard, American Express or Discover.  How would you

23      like to secure that payment on today, Mr. Williams?

24              MR. WILLIAMS:  Well, I got a Visa debit card.

25      Is that okay?

12

1          TODD:  All right, oh -- yes, sir, absolutely.

2     Now, all the numbers on that card from left to right, Mr.

3     Williams.

4          MR. WILLIAMS:  Okay, let me see.  Let me get

5     that right quick.  It's -- let's see -- XXXX.

6          TODD:  All right, next four.

7          MR. WILLIAMS:  XXXX.

8          TODD:  XXXX.  Next four, sir.

9          MR. WILLIAMS:  XXXX.

10          TODD:  XXXX, okay.  And the last four, sir?

11          MR. WILLIAMS:  XXXX.

12          TODD:  Gotcha, sir.  And can I please have the

13     expiration date on that card, sir?

14          MR. WILLIAMS:  The -- August of 2017.

15          TODD:  All right, 2017, gotcha, sir.  Let me

16     just put this in my computer.  So, that's 8/17, correct?

17          MR. WILLIAMS:  Right.

18          TODD:  All right, good stuff, Mr. Williams.

19          MR. WILLIAMS:  Can you guys wait until --

20          TODD:  Now, Mr. Williams, this is just a

21     reminder, sir.

22          MR. WILLIAMS:  Can you guys wait until -- until

23     Monday to do the --

24          TODD:  Yeah, yeah, absolutely.  Yeah, yeah,

25     yeah.  I'll put that in my system right now, Mr.

13

1     Williams.

2            MR. WILLIAMS: Okay.

3            TODD: What's Monday? What's that date?

4     What's Monday's date?

5            MR. WILLIAMS: Let's see. That would be --

6            TODD: Oh, it would be the 2nd.

7            MR. WILLIAMS: The 2nd, right.

8            TODD: The 1st or the 2nd?

9            MR. WILLIAMS: The 2nd.

10          TODD: The 2nd, okay. We'll do it to the 2nd,

11    gotcha, sir. Now, Mr. Williams, this is just a reminder.

12    On March 2nd, the $39.95 will be drafted.

13         MR. WILLIAMS: Mm-hmm.

14         TODD: And that will be every month as long as

15    you decide to keep the system, which you can cancel at

16    any time. There's no contract, there's no cancellation

17    fees, okay, sir?

18         MR. WILLIAMS: Okay.

19         TODD: Now, your system is going to be shipped

20    to            , Memphis, Tennessee,     . It will

21    get to you in seven to ten business days. Now, like I

22    said, Mr. Williams, you have the GPS, so all you would

23    have to do is charge that battery and a full charge would

24    be up to a week's life, sir. Okay, sir?

25         MR. WILLIAMS: Okay.

14

 1          TODD:  Now -- now, my name is Todd, Mr.

 2    Williams, and I am the agent submitting your request.

 3    So, if you have any -- if you have any questions, sir,

 4    don't hesitate to ask.  Otherwise, I'm going to transfer

 5    you now to our verification department.

 6          MR. WILLIAMS:  Okay.

 7          TODD:  They're going to give you a customer

 8    service -- they're going to give you our customer service

 9    number and an order number so you could track your

10    device.  Now, Mr. Williams, let me just ask you, let me

11    have you verify your cellular phone number so I make sure

12    I have it correct in my computer, sir?

13          MR. WILLIAMS:  All right, it's (901) ███████

14          TODD:  Okay.  You said -- the area code one

15    more time?

16          MR. WILLIAMS:  901.

17          TODD:  901.

18          MR. WILLIAMS:  ██████ --

19          TODD:  ███?

20          MR. WILLIAMS:  Right.  ████.

21          TODD:  █████████?

22          MR. WILLIAMS:  Right.

23          TODD:  That's your cell -- that's your cell

24    phone, right, that I'm speaking to you on?

25          MR. WILLIAMS:  Right.

15

1      TODD:  All right, yeah, all right, good stuff.

2      Okay, now, sir, like I said, I definitely want to

3      appreciate you.  Trust in Endless Medical Alert, and I

4      hope you enjoy the safe feeling of having this GPS alert

5      system.  Now, sir, don't hang up, make sure you stay on

6      the line until you speak with our folks over at the

7      verification department.  Now, it may take a moment to

8      connect, so just please be very patient with us, sir.  We

9      definitely appreciate you again and just hold the line.

10     Make sure you keep your Visa card handy.  Thanks, again,

11     sir.

12         MR. WILLIAMS:  Okay.

13         TODD:  God bless you and --

14         MR. WILLIAMS:  Okay, thanks.

15         (On hold.)

16         CRYSTAL:  Good morning or good afternoon,

17     rather.  My name is Crystal and I'm with Endless Med

18     Alert verification department.  This call is being

19     recorded for quality assurance purposes.  Today's date is

20     February 28th of 2015.  And just to verify, who am I

21     speaking with?

22         MR. WILLIAMS:  My name's Robert Williams.

23         CRYSTAL:  Okay, Mr. Williams, if you could give

24     me one moment, I'm going to go ahead and pull up your

25     order.

16

```
 1              MR. WILLIAMS:  Okay.
 2              (Brief pause.)
 3              CRYSTAL:  Okay.  And you said the best
 4      telephone number for you is area code -- one moment --
 5      it's moving kind of slow -- (901) --
 6              MR. WILLIAMS:  Right.
 7              CRYSTAL:  -- ███ --
 8              MR. WILLIAMS:  Right.
 9              CRYSTAL:  -- ███.
10              MR. WILLIAMS:  Right.
11              CRYSTAL:  Is this your home telephone number or
12      your cell phone number?
13              MR. WILLIAMS:  It's my cell phone and my home
14      number.  It's the only number I got.
15              CRYSTAL:  Okay.  And this other number, sir,
16      (662)███████
17              MR. WILLIAMS:  What?  What number is that?
18              CRYSTAL:  I'm sorry, sir, I was looking at the
19      wrong telephone number.  I do apologize.
20              MR. WILLIAMS:  Okay.
21              CRYSTAL:  Okay.  And, sir --
22              MR. WILLIAMS:  Yes.
23              CRYSTAL:  -- we have your address as ███████
24      ███ --
25              MR. WILLIAMS:  Right, ███.
```

17

1          CRYSTAL:  -- ███████.

2          MR. WILLIAMS:  No, ██████ is the ████.  That's

3   ██████.

4          CRYSTAL:  Okay.

5          MR. WILLIAMS:  ████████.

6          CRYSTAL:  Okay, ████████.

7          MR. WILLIAMS:  Most people just call it ████

8   ████, you know, but technically it's ██████.

9          CRYSTAL:  And this is coming out of Memphis,

10  Tennessee, sir?

11         MR. WILLIAMS:  Right, mm-hmm.

12         CRYSTAL:  And the zip is █████?

13         MR. WILLIAMS:  Right.

14         CRYSTAL:  Okay.  And if you would, go ahead and

15  grab the same Visa card that you provided to my

16  representative.

17         MR. WILLIAMS:  Mm-hmm.

18         CRYSTAL:  I'm going to go ahead and verify it.

19         MR. WILLIAMS:  Okay, I got it right here.

20         CRYSTAL:  I'm sorry?

21         MR. WILLIAMS:  I've got it right here.

22         CRYSTAL:  Okay, sir, you said that card number

23  was XXXX --

24         MR. WILLIAMS:  Mm-hmm.

25         CRYSTAL:  -- XXXX --

18

```
1              MR. WILLIAMS:  Right.

2              CRYSTAL:  -- XXXX --

3              MR. WILLIAMS:  Right.

4              CRYSTAL:  One moment.  XXXX.

5              MR. WILLIAMS:  That's correct.

6              CRYSTAL:  Expiration August of 2017.

7              MR. WILLIAMS:  That's right.

8              CRYSTAL:  Okay, sir, if you would, flip that

9     card over, what is that three-digit PIN located on the

10    back of the card?

11             MR. WILLIAMS:  ███.

12             CRYSTAL:  Okay.  And how is your name as it is

13    printed on the card?

14             MR. WILLIAMS:  It's just Robert Williams.

15             CRYSTAL:  It's just Robert Williams?

16             MR. WILLIAMS:  Yeah, it doesn't have a middle

17    name or initial or anything on it.

18             CRYSTAL:  The billing address is the same?

19             MR. WILLIAMS:  Yes, ma'am.

20             CRYSTAL:  Okay.  One moment.

21             MR. WILLIAMS:  Okay.

22             (Brief pause.)

23             CRYSTAL:  Okay.  And I see that you did sign up

24    to receive our GPS unit for $39.95 a month.

25             MR. WILLIAMS:  Yes.
```

19

1    CRYSTAL: Okay. You're also going to be

2 receiving a $50 restaurant gift card, along with our well

3 care prescription discount card.

4    MR. WILLIAMS: Right, that's what they told me.

5    CRYSTAL: Okay. And you said that you wanted

6 the necklace.

7    MR. WILLIAMS: Right.

8    CRYSTAL: Okay. And you're want it to postdate

9 this payment until March 2nd?

10    MR. WILLIAMS: Right, if you can wait until

11 Monday, that would -- that would be good. I want to make

12 sure there's enough money in there when you run it

13 through.

14    CRYSTAL: Okay. And if you would, for the

15 record, verify your date of birth?

16    MR. WILLIAMS: ██████████ -- excuse me,

17 ██.

18    CRYSTAL: Okay. And if you would, go ahead and

19 grab a pen and a piece of paper. I'm going to be

20 providing you with our customer service number and,

21 shortly thereafter, you will receive your order number.

22    MR. WILLIAMS: Okay. (Inaudible) there. Okay.

23    CRYSTAL: Okay.

24    MR. WILLIAMS: Go ahead.

25    CRYSTAL: It's 1-800 --

20

1          MR. WILLIAMS:  Okay.

2          CRYSTAL:  -- 716 --

3          MR. WILLIAMS:  716.

4          CRYSTAL:  Yes, sir.

5          MR. WILLIAMS:  Okay.

6          CRYSTAL:  1433.

7          MR. WILLIAMS:  1433, okay.

8          CRYSTAL:  I want you to repeat that number back

9     to me, sir.

10          MR. WILLIAMS:  1-800-716-1433.

11          CRYSTAL:  That is correct, sir.  Now, one

12    moment.  In about ten seconds, I'll have your ID number

13    for you.

14          MR. WILLIAMS:  Okay.

15          CRYSTAL:  The ID number is 658 --

16          MR. WILLIAMS:  658.

17          CRYSTAL:  -- 435 --

18          MR. WILLIAMS:  435.

19          CRYSTAL:  -- 547.

20          MR. WILLIAMS:  547, okay.

21          CRYSTAL:  Okay.  All together?

22          MR. WILLIAMS:  What?

23          CRYSTAL:  I said all together.

24          MR. WILLIAMS:  Oh, 658436547?

25          CRYSTAL:  No, it's 658435547.

21

1           MR. WILLIAMS:  Oh, 658 --

2           CRYSTAL:  The three middle, 435.

3           MR. WILLIAMS:  435, okay, I put a 6 there.

4      658435.

5           CRYSTAL:  547.

6           MR. WILLIAMS:  547, okay, all right.  So,

7      there's two fives in a row, 658435547.

8           CRYSTAL:  That is correct, sir.  And I want to

9      thank you for your time, sir, and this completes our

10     verification process.  What's going to happen is someone

11     will be giving you a call on Monday to process your

12     payment and finalize your order, sir.

13          MR. WILLIAMS:  Okay.

14          CRYSTAL:  Okay.  Thank you for your time and

15     you have a great day.

16          MR. WILLIAMS:  Okay, thanks.

17          CRYSTAL:  Mm-hmm.

18          **(The call was concluded.)**

19          **(The recording was concluded.)**

20

21

22

23

24

25

22

**C E R T I F I C A T I O N   O F   T Y P I S T**

MATTER NUMBER: ████████ _____

CASE TITLE: LIFEWATCH, INC. _____

TAPING DATE: _FEBRUARY 28, 2015_ _____

TRANSCRIPTION DATE: _APRIL 21, 2015_ _____

REVISION DATE: _MAY 7, 2015_ _____

    I HEREBY CERTIFY that the transcript contained
herein is a full and accurate transcript of the tapes
transcribed by me on the above cause before the FEDERAL
TRADE COMMISSION to the best of my knowledge and belief.


DATED:  MAY 7, 2015

_____

ELIZABETH M. FARRELL


**C E R T I F I C A T I O N   O F   P R O O F R E A D E R**


    I HEREBY CERTIFY that I proofread the transcript for
accuracy in spelling, hyphenation, punctuation and
format.

_____

SARA J. VANCE

# Attachment GG

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO. 

TITLE      LIFEWATCH, INC.

DATE      RECORDED: SEPTEMBER 9, 2014
           TRANSCRIBED: DECEMBER 22, 2014
           REVISED: JANUARY 19, 2015

PAGES      1 THROUGH 14

TELEPHONE CONVERSATION WITH LILY AND DIANA MEY
9.9.14 AT 11.56 am FROM CID 307.316.7473 TO CID 304█████

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555    **Menjivar Att. GG**

2

```
 1                      FEDERAL TRADE COMMISSION

 2                           I N D E X

 3

 4          RECORDING:                              PAGE:

 5          With Lily                                 4

 6          With Unidentified Female                  9

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Lifewatch, Inc.                )   Matter No. ███████

5                                   )

6    ------------------------------)

7                              September 9, 2014

8

9

10

11          The following transcript was produced from a

12   digital recording provided to For The Record, Inc. on

13   December 11, 2014.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                  P R O C E E D I N G S
 2                  -    -    -    -    -
 3      TELEPHONE CONVERSATION WITH LILY AND DIANA MEY
 4           DIANA:  Hello.
 5           RECORDING:  Every year, it is estimated that
 6      over 30 percent of the senior population accidentally
 7      falls.  Many of these falls are serious and require
 8      medical attention.  Now, a new program designed to help
 9      keep seniors safe and more protected is available for a
10      short time.  Don't become a helpless victim --
11           DIANA:  Hello.
12           RECORDING:  -- lying on the floor without
13      options.  You may qualify to receive a free medical
14      emergency alert system.  To find out if this program is
15      available in your area, press one now.  Press five to be
16      removed.  But to feel more protected --
17           (Number pressed.)
18           LILY:  Good afternoon, this is Lily.  My ID
19      number is 15.  How are you doing today?
20           DIANA:  I'm -- I'm good.
21           LILY:  That's good to know.  Your number is
22      304-_____.  Your number was (inaudible) to receive a
23      special offer and you did qualify for over $400 worth of
24      equipment free.  Would you be interested in a necklace or
25      a bracelet?
```

5

1          DIANA:  Bracelet.

2          LILY:  Okay, great.  It's lightweight,

3     waterproof and adjustable, meaning you can take a nice,

4     long, soothing bath or shower and it would still continue

5     to work.  Now, you're not on any contract.  For any

6     reason you feel it's not for you, that's fine.  Simply

7     call the 1-800 number that we're going to provide for you

8     for your state with your registry, also with your order

9     number and cancel.  There's no extra deductibles, there's

10    no hidden fees.  I'm very straightforward and to the

11    point, okay?

12         DIANA:  Okay.

13         LILY:  Now, we've been in business for

14    (inaudible) over 35 years of keeping, okay, people safe

15    and protected and saving money at the same time.  You're

16    not on a contract, so you don't have to keep it at all.

17    If you don't like it for any reason, that's fine.  You

18    can simply call the 1-800 number and cancel.  Now, the

19    monitoring was $90 a month, but it's only $29.95.

20         DIANA:  Okay.

21         LILY:  Okay.  Now, you said you wanted the

22    bracelet?

23         DIANA:  Yes.

24         LILY:  Okay.  Can you spell your first name for

25    me, please?

6

```
 1                  DIANA:  My first name is Diana, D-I-A-N-A.
 2                  LILY:  Okay.  Middle initial?
 3                  DIANA:  L.
 4                  LILY:  Last name?
 5                  DIANA:  Mey, M-E-Y.
 6                  LILY:  Okay.  Your address?
 7                  DIANA:  ███████████████, Wheeling, West
 8        Virginia.
 9                  LILY:  That's S -- ██████?
10                  DIANA:  ████████.
11                  LILY:  Okay.  You said California?
12                  DIANA:  No, Wheeling, West Virginia.
13                  LILY:  Okay.  Can you spell Wheeling for me,
14        please?
15                  DIANA:  It's W-H-E-E-L-I-N-G.
16                  LILY:  Okay.  And you're in what city?
17                  DIANA:  Wheeling, West Virginia.
18                  LILY:  Okay.  And the state?
19                  DIANA:  West Virginia.
20                  LILY:  West Virginia.
21                  DIANA:  Mm-hmm.
22                  LILY:  Okay.  Now, the zip code?
23                  DIANA:  ████.
24                  LILY:  Okay.  Now, do you go out to eat
25        sometimes (inaudible) restaurants?
```

7

1          DIANA:  Yeah.

2          LILY:  Okay.  I'm going to give you a $50

3     restaurants card.  You can have a nice bite to eat at

4     over 50,000 restaurants nationwide.  It's going to be on

5     us, not a charge to you at all.  At any point in time,

6     you know, you want to have a nice bite to eat, keep your

7     money in your pocket and let it be on us.  Each month you

8     keep our service, I'll send you a brand new card so you

9     can use it at over 50,000 restaurants nationwide, okay?

10          DIANA:  Okay.

11          LILY:  All right.  Now, for the monitoring of

12     your system, remember, if you were to pay the normal

13     pricing for this, it would run you about 975 plus tax,

14     but you're only paying $29.95 to monitor your equipment.

15     That's basically connecting you to the live certified

16     technician.  God forbid if anything were to happen to

17     you, we do need to make sure you're going to immediately

18     get the assistance you need, whether it's notifying

19     family, friends, 911 or your next door neighbor, okay?

20          DIANA:  Okay.

21          LILY:  All right.  Now, for the monitoring,

22     would you be using your debit, Visa, Mastercard, American

23     Express or Discover card?

24          DIANA:  I have a Mastercard.

25          LILY:  Okay.  Go ahead and get that -- go ahead

8

```
1    and get that and also get a pen and paper also, okay?
2                    DIANA:  Okay.
3                    (Brief pause.)
4                    DIANA:  Okay, I've got it.
5                    LILY:  Okay.  Now, what's the month and year
6    your card expires?
7                    DIANA:  I'm sorry, I didn't understand what you
8    said.
9                    LILY:  The month and year your card expires?
10                   DIANA:  November 2014.
11                   LILY:  Can you read the numbers across to me --
12   straight across?  November, you said, 2014?
13                   DIANA:  Yes.
14                   LILY:  Okay.  Can you give me the month number?
15                   DIANA:  The what?
16                   LILY:  The month numbers.  You say two numbers
17   slash '14.
18                   DIANA:  Eleven.
19                   LILY:  Okay.  Now, there's 16 digits on the
20   front of the card.  Can you read them to me in groups of
21   four, please?
22                   DIANA:  XXXX XXXX XXXX XXXX.
23                   LILY:  Okay.  Now, please hold on.  Let me make
24   sure I put your information.  The zip code is ███?
25                   DIANA:  No, ██ -- no, ███.
```

9

1                   LILY:  Okay.  And you're in Wheeling, W-H-E-E-

2     L-I-N-G.

3                   DIANA:  Right.

4                   LILY:  Your address is ████████████████

5   ████████.  Is that ████████████████████████

6   ████?

7                   DIANA:  ██████.

8                   LILY:  Okay.  Is it a house or an apartment?

9                   DIANA:  House.

10                 LILY:  Okay.  And you said you wanted the

11   bracelet, am I correct?

12                 DIANA:  Yes.

13                 LILY:  Okay.  It's light, waterproof and

14   adjustable, meaning you can take a nice, long, soothing

15   bath or shower and it would still continue to work, okay?

16                 DIANA:  Okay.

17                 LILY:  All right.  Now, please hold.  My

18   verifier is going to get on the phone and make sure that

19   all the information that I have is correct in my system,

20   okay?

21                 DIANA:  Okay.

22                 LILY:  Okay, don't hang up.

23                 DIANA:  All right.

24                 (On hold.)

25                 UNIDENTIFIED FEMALE:  Hello, Diana?

10

1      DIANA:  Yes.

2      UNIDENTIFIED FEMALE:  I'm just going to go over

3   the order before I submit it to our verification

4   department.  I have your name is Diana L. Mey.

5      DIANA:  Right.

6      UNIDENTIFIED FEMALE:  And the address where

7   we're shipping the product is ▉▉▉▉▉▉▉▉▉▉, and

8   that's Wheeling, West Virginia, ▉▉▉▉.

9      DIANA:  That's right.

10      UNIDENTIFIED FEMALE:  Okay.  And is this your

11   land line phone number?

12      DIANA:  No, it's a wireless.

13      UNIDENTIFIED FEMALE:  It's a wireless, it's a

14   cell phone?

15      DIANA:  Yes.

16      UNIDENTIFIED FEMALE:  Okay.  Do you have a home

17   phone because the system works off a home phone?

18      DIANA:  It what?

19      UNIDENTIFIED FEMALE:  The system works off a

20   land line.  Do you have a land line number?

21      DIANA:  Yes.

22      UNIDENTIFIED FEMALE:  Okay.  What's your land

23   line number?

24      DIANA:  304-▉▉▉ --

25      UNIDENTIFIED FEMALE:  Mm-hmm.

11

1      DIANA:   -- ███.

2      UNIDENTIFIED FEMALE:  Okay.  So, I'll have them

3  call you on your cell if you'd like, but we do need the

4  land line number for the system to work, okay?

5      DIANA:   Okay.  You can have them call me on my

6  cell.

7      UNIDENTIFIED FEMALE:  Would you like them to

8  call you on your cell?

9      DIANA:   Are they calling back now?

10     UNIDENTIFIED FEMALE:  Yes.  Let me just -- do

11  you still have your Mastercard in front of you?

12     DIANA:   Yes.

13     UNIDENTIFIED FEMALE:  Okay.  I have the card

14  numbers as XXXX XXXX XXXX XXXX.

15     DIANA:   Right.

16     UNIDENTIFIED FEMALE:  That's correct.  Okay,

17  expiration 11/14?

18     DIANA:   Yes.

19     UNIDENTIFIED FEMALE:  Okay.  You are getting

20  the bracelet for $29.95 and you are aware that it's

21  $29.95 monthly payment and we're charging your first

22  payment for today for the $29.95.  Are you aware of that,

23  ma'am?

24     DIANA:   What's the company again?

25     UNIDENTIFIED FEMALE:  Senior Life Support.

12

1          DIANA:  Senior -- okay.

2          UNIDENTIFIED FEMALE:  Okay?  So, I'm going to

3     go ahead and submit it to our verification department.

4     They're going to call you within 15 to 20 minutes, okay?

5          DIANA:  Okay.

6          UNIDENTIFIED FEMALE:  All right.  I'll have

7     them call your cell.

8          DIANA:  What -- where will they be calling me

9     from so I can make sure I get the call?  What's the

10    number?

11         UNIDENTIFIED FEMALE:  It's going to be an 800

12    number.  It's going to be an 800 number.

13         DIANA:  Okay.  You don't have the number it

14    will be calling from then?

15         UNIDENTIFIED FEMALE:  Yes.

16         DIANA:  What -- what is it?

17         UNIDENTIFIED FEMALE:  Okay.  It's going to be

18    about -- it's going to be -- no, I don't have it exactly,

19    but it's going to be an 800 number and it's going to be

20    in about 15 to 20 minutes.

21         DIANA:  All right.

22         UNIDENTIFIED FEMALE:  Okay?

23         DIANA:  All right, bye.

24         UNIDENTIFIED FEMALE:  I'll have them -- okay,

25    thanks.

13

1          DIANA:  Bye.

2              **(The call was concluded.)**

3              **(The recording was concluded.)**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

14

# C E R T I F I C A T I O N   O F   T Y P I S T

MATTER NUMBER: ███████ _____

CASE TITLE: <u>LIFEWATCH, INC.</u> _____

TAPING DATE: <u>SEPTEMBER 9, 2014</u> _____

TRANSCRIPTION DATE: <u>DECEMBER 22, 2014</u> _____

REVISION DATE: <u>JANUARY 19, 2015</u> _____

    I HEREBY CERTIFY that the transcript contained
herein is a full and accurate transcript of the tapes
transcribed by me on the above cause before the FEDERAL
TRADE COMMISSION to the best of my knowledge and belief.


DATED: JANUARY 19, 2015

_____

ELIZABETH M. FARRELL


# C E R T I F I C A T I O N   O F   P R O O F R E A D E R

    I HEREBY CERTIFY that I proofread the transcript for
accuracy in spelling, hyphenation, punctuation and
format.

_____

SARA J. VANCE

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Menjivar Att. GG**
**Page 14 of 14**