# Attachment NN

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.    

TITLE         LIFEWATCH, INC.

DATE          RECORDED:  OCTOBER 3, 2014
              TRANSCRIBED:  FEBRUARY 2, 2015
              REVISED:  FEBRUARY 13, 2015

PAGES         1 THROUGH 18

TELEPHONE CONVERSATION BETWEEN MS. RODELL AND DIANA MEY

10.3.14 AT 10:57 AM FROM CID 708.529.4774 TO CID 304.████WAV

2

```
 1                    FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4     RECORDING:                              PAGE:

 5     Telephone Conversation Between

 6          Ms. Rodell and Diana May              4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3        In the Matter of:              )

 4        Lifewatch, Inc.               )  Matter No. ████████

 5                                       )

 6        ------------------------------)

 7                                       October 3, 2014

 8

 9

10

11             The following transcript was produced from a

12        digital recording provided to For The Record, Inc. on

13        January 23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

**P R O C E E D I N G S**

- - - - -

**TELEPHONE CONVERSATION BETWEEN MS. RODELL AND DIANA MEY**

MS. MEY:  Hello?

RECORDED MESSAGE:  Recently, there were 281,000 hospital admissions for hip fractures among people aged 65 and older, and one out of five hip-fracture patients die within a year of their injury.  Don't gamble with your personal health and safety.  Get a free medical alert system shipped to you for free with no charge for activation, but you must act now.

Press one to get your free system; press five to be removed; but to be protected 24 hours per day, seven days per week, press one now.

**(Selection entered.)**

**(Brief on-hold music.)**

MS. RODELL:  Good afternoon.  This is Ms. Rodell (phonetic), and my agent ID is 955.  May I ask whom I have the pleasure of speaking with today?

MS. MEY:  This is Diana.

MS. RODELL:  How are you today, Ms. Diana?

MS. MEY:  I'm doing pretty good.

MS. RODELL:  Great, great.  I was giving you a call today to give you some information in regard to the medical alert.  Now, I know you're probably familiar with

5

1    the system seen in your TV commercials or even your

2    weekly newspaper ads.

3            Are you familiar with the medical alert?

4            MS. MEY:  I think I've -- is that the lady that

5    says I'm -- I've fallen and I can't get up?

6            MS. RODELL:  It's a similar system as seen on

7    the TV and it works very simple.  You know, if you have

8    any type of medical emergency, any fires, any burglaries,

9    or even the slip and fall that you may have difficulties

10   getting up from, you're going to just simply push the

11   button on your lightweight, waterproof wrist or necklace

12   button.  Okay?

13           MS. MEY:  Okay.

14           MS. RODELL:  Now, there's -- when you push that

15   button, you'll speak with a live certified emergency

16   medical technician.  Now, that technician is trained to

17   evaluate your situation, and they're going to immediately

18   get you the help that you need.  They'll notify your

19   family, and they also will stay on that line and comfort

20   you until that help arrives.  Okay?

21           MS. MEY:  Okay.

22           MS. RODELL:  Now, the -- now, the great thing

23   with the unit is it is a home unit that would actually

24   work outside of the home, as well, because it does have a

25   range of over a quarter of a mile.

6

```
1                    MS. MEY:  How much does it cost?

2                    MS. RODELL:  Now, being -- I'm -- go ahead.

3                    MS. MEY:  How much does it cost?

4                    MS. RODELL:  Okay, under no contract, ma'am, no

5          cancellation fees, free equipment, free shipping, the

6          only thing you will be responsible for is the $29.95 for

7          the monthly monitoring.

8                    MS. MEY:  Well, that' not too bad.

9                    MS. RODELL:  Okay?  I'm sorry?

10                   MS. MEY:  I said that's not too bad.

11                   MS. RODELL:  No, it actually is not because

12         we're not, you know, making you obligate yourself.  You

13         have the option to cancel at any given time you choose,

14         no questions asked.  All you will have to do is call up

15         the 1-800 customer service number and let them know that

16         you want to cancel your services.  We also send you out

17         the return label, so that way you can do that.

18                   MS. MEY:  Okay.  What's the company again?

19                   MS. RODELL:  We're Senior Life Support, and

20         we're an assistance program to help get the system at an

21         affordable rate.

22                   MS. MEY:  Where are you guys located?  In -- in

23         West Virginia here?

24                   MS. RODELL:  I'm located in the registration

25         department in Albany, New York.
```

7

1           MS. MEY:  Oh.  Okay.

2           MS. RODELL:  Now, are you interested in the

3   services for yourself or a loved one?

4           MS. MEY:  For myself.

5           MS. RODELL:  Okay.  Now, are you more

6   interested in the necklace or the bracelet?

7           MS. MEY:  You say it's a bracelet, too?

8           MS. RODELL:  You either -- it's either a

9   necklace or a bracelet.  They're both 100 percent

10  waterproof and shockproof, which means you can wear it in

11  the shower and it's still going to work properly.

12          MS. MEY:  I like the idea of a bracelet.

13          MS. RODELL:  Which is good, good.  Now, what we

14  do here today to get you registered, to get you, you

15  know, get everything shipped out to you within the next

16  seven to 10 days, we do all of the basic information so

17  that we do make sure we know who the system is being

18  monitored to; the physical home address, where the unit

19  will be monitored at; and the home landline number that

20  the unit will be monitored on.  Okay?

21          MS. MEY:  Okay.

22          MS. RODELL:  Do you have a home landline

23  number?  Is this the number that we're speaking on, 304-

24  ████████, is this your home landline number?

25          MS. MEY:  It's a cell phone.

8

1          MS. RODELL:  Okay.  Do you have a home landline

2    number?

3          MS. MEY:  Yes.

4          MS. RODELL:  Okay.  And then we do take the

5    first initial month of monitoring for the 29.95, so that

6    way when you receive the equipment it's already ready to

7    be -- to begin to protect you.  We send you out a $50

8    restaurant card with that packet that allows you to eat

9    at over --

10         MS. MEY:  Who's the restaurant card good for?

11         MS. RODELL:  You can eat at restaurants such as

12    Red Lobster, Olive Garden, TGI Fridays, Golden Corral,

13    Ale House, Benihana's, and that's just to name a few,

14    okay?

15         MS. MEY:  Okay.

16         MS. RODELL:  Each month that you decide to stay

17    monitored and protected by Senior Life Support, we'll

18    send you out a new $50 restaurant card by mail.

19         MS. MEY:  Oh, that sounds like a good deal.

20         MS. RODELL: Okay?  It -- yes.  It comes with

21    your U.S. Postal Service.  In the packet, you're going to

22    receive your first restaurant card with your bracelet.

23    We do take the first initial month of monitoring today to

24    cover your first month.  The way that we do that is

25    either we do a Visa, MasterCard, American Express,

9

1    Discover, or debit.

2           MS. MEY:  Okay.

3           MS. RODELL:  Which card would you like to use

4    with us today?

5           MS. MEY:  I have a MasterCard.

6           MS. RODELL:  Okay.  I can get you registered

7    with your MasterCard.  Now, I want you to keep in mind

8    there's no contract whatsoever, meaning you're not

9    obligating yourself, and if you ever decide to change

10    your method of payment, after today, all you have to do

11    is call up the 1-800 customer service number.  You always

12    have the option to put a different method of payment for

13    the following month.  Okay?

14           MS. MEY:  Okay.

15           MS. RODELL:  Now, I'm going to start getting

16    you registered.  I want to input you into the system.

17           Now, you did say that you want the bracelet,

18    correct?

19           MS. MEY:  Yeah, that would be good.

20           MS. RODELL:  Hello?

21           MS. MEY:  Yes.

22           MS. RODELL:  Okay.  And your first name is

23    spelled D I A N A?

24           MS. MEY:  That's right.

25           MS. RODELL:  Okay.  And the last name is M E Y?

10

1          MS. MEY:  Right.

2          MS. RODELL:  Is that -- okay.  Okay, now, the

3     physical home address, are you still at ███████████

4     ██?

5          MS. MEY:  Yes.

6          MS. RODELL:  Okay.  Now, there -- is there a

7     unit number, lot number or anything?  Or this is a house?

8          MS. MEY:  This is a house.

9          MS. RODELL:  Okay.  Now, Ms. -- Ms. Diana, is

10    there -- with that MasterCard, do you have a middle

11    initial on that?

12         MS. MEY:  No.

13         MS. RODELL:  Okay.

14         Okay, now, I have you for the $50 restaurant

15    card.  What I'm doing is I'm putting your address,

16    matching it up with the U.S. Postal registry, just to

17    make sure that the address is registered and deliverable.

18    Okay?

19         MS. MEY:  Okay.

20         MS. RODELL:  Okay, now while doing that, Ms.

21    Diana, excuse me.  While doing that, Ms. Diana, I want

22    you to remember that all of our calls are monitored and

23    recorded for the quality and assurance for the customer

24    purpose.  You know this is a recording that you can

25    always fall back on.  Now, for the monitoring that you

11

1  said for the 29.95 and you say you wanted to use your

2  MasterCard, do you have that handy?

3      MS. MEY:  Yes.

4      MS. RODELL:  Okay.  Let me know when you're

5  ready to provide me with that number, so that way I can,

6  you know, submit the -- the registration, and then I'll

7  transfer you over to my management department.

8      MS. MEY:  Okay.

9      MS. RODELL:  And what they do there is make

10  sure that everything that I told you was correct and I

11  didn't mislead you in any way and make sure that I

12  inputted all of your information into the system

13  correctly.  Okay?

14      MS. MEY:  Okay.

15      MS. RODELL:  Okay, so let me know when you're

16  ready to provide me with the number.

17      MS. MEY:  I'm ready.

18      MS. RODELL:  Go ahead.

19      MS. MEY:  XXXX.

20      MS. RODELL:  Okay.

21      MS. MEY:  XXXX.

22      MS. RODELL:  Mm-hmm.

23      MS. MEY:  XXXX XX --

24      MS. RODELL:  You said XX?

25      MS. MEY:  Pardon me?

12

```
1            MS. RODELL:  Okay, XXXX XX --
2            MS. MEY:  No, XX.  XXXX.
3            MS. RODELL:  Okay.
4            MS. MEY:  XXXX.
5            MS. RODELL:  And the four-digit expiration?
6            MS. MEY:  Eleven of '14.
7            MS. RODELL:  Okay.  Now, Ms. Diana, could you
8       provide me with your home landline number?
9            MS. MEY:  304-███ --
10           MS. RODELL:  Mm-hmm.
11           MS. MEY:  -- ███.
12           MS. RODELL:  ███?
13           MS. MEY:  Yes.
14           MS. RODELL:  Okay.  Now, I do want to thank
15      you, Ms. Diana, for getting yourself protected with
16      us today.  If you stay on the line for just a moment,
17      my management department will come on just to go
18      over everything like I've explained to you before.
19      Okay?
20           MS. MEY:  Okay.
21           MS. RODELL:  Okay, and thank you, and I hope
22      you enjoy the rest of your day.
23           MS. MEY:  You, too.
24           MS. RODELL:  You just give them one moment,
25      they'll be here in about two seconds.  Okay?
```

13

```
 1              MS. MEY:  Okay.
 2              MS. RODELL:  Okay.
 3              (Brief pause.)
 4              SHERRY:  Hi, how are you?
 5              MS. MEY:  I'm good.  How are you?
 6              SHERRY:  I'm doing great.  My name is Sherry
 7    and I'm one of the supervisors here, and I'm going to go
 8    over your order with you, okay?
 9              MS. MEY:  Okay.
10              SHERRY:  Now, your address is        ███████
11    ██████, correct?
12              MS. MEY:  Right.
13              SHERRY:  And it's Wheeling, West Virginia?
14              MS. MEY:  Right.
15              SHERRY:  ████.
16              MS. MEY:  Right.
17              SHERRY:  Okay, and this is your landline phone
18    we're speaking on, right?
19              MS. MEY:  No, this is my cell phone.  I gave
20    her my landline number, though.
21              SHERRY:  Okay, that's the 304-██████,
22    correct?
23              MS. MEY:  Yeah.
24              SHERRY:  Perfect.  Now, we're going to be
25    billing the $29.95.  It's going to go on your MasterCard.
```

14

1      MS. MEY:  Right.  That's for the monitoring,
2  right?
3      SHERRY:  For the what?
4      MS. MEY:  She said that was for the monthly
5  monitoring.
6      SHERRY:  Yes, exactly.
7      MS. MEY:  Okay, because she said the equipment
8  was free.
9      SHERRY:  If you can -- absolutely.  All you're
10 paying is 29.95.
11     MS. MEY:  Okay.
12     SHERRY:  She's giving you the restaurant card,
13 the $3,000 in grocery savings.
14     MS. MEY:  I thought you -- she said it was 50.
15     SHERRY:  $50 restaurant card.
16     MS. MEY:  Oh, and then a grocery -- that's
17 something different.  She didn't tell me about that.
18     SHERRY:  Okay, well, you're going to get
19 vouchers for $3,000 for groceries.
20     MS. MEY:  Is that like one month or one year?
21     SHERRY:  It's whenever.  You -- it comes in --
22 you pick and choose what you want to use the vouchers on,
23 and --
24     MS. MEY:  I see.
25     SHERRY:  -- it's like the -- not like the

```
1       Sunday coupons.  They're -- you know, it could be like
2       for free milk, $2 off a pack of --
3               MS. MEY:  Who does that come from?  I mean, who
4       sponsors it?
5               SHERRY:  (Inaudible).  Huh?
6               MS. MEY:  Who sponsors the --
7               SHERRY:  Our company.
8               MS. MEY:  Oh, okay.
9               SHERRY:  Our company does, yeah.
10              MS. MEY:  Okay.
11              SHERRY:  And even if you have any pets in the
12      home.
13              MS. MEY:  Do I have to go to a certain grocery
14      store or what -- what is it?
15              SHERRY:  Any store you shop at right now to buy
16      the exact same groceries.
17              MS. MEY:  Oh, okay.
18              SHERRY:  Okay?  And if you have any pets, you
19      can actually purchase pet food and stuff with them.
20              MS. MEY:  Oh, okay.
21              SHERRY:  And there's even the vouchers that
22      many of our members have to wear the adult diapers,
23      the Depends and stuff, they can even get those with
24      them.
25              MS. MEY:  Okay.
```

16

1                    SHERRY:  Okay?

2              MS. MEY:  Uh-huh.

3                    SHERRY:  Now, if you could read your MasterCard

4        back to me?

5              MS. MEY:  XXXX XXXX XXXX XXXX.

6                    SHERRY:  Good until 11 of '14, perfect.  Now,

7        we're going to go process your order now.  Okay?

8              MS. MEY:  Okay.

9                    SHERRY:  We're processing your order.  We are

10       going to call you back with your confirmation number, our

11       customer service number.  And we -- at that time, it's

12       the security department calling.  They will ask you for

13       the three-digit code on the back of the card, okay?

14             MS. MEY:  I see.  Okay.

15                   SHERRY:  Okay, now, that call is going to come

16       to you within 30 minutes.  I want to thank you so much

17       for becoming a member, and thank you for trusting Senior

18       Life Support.

19             MS. MEY:  Okay.

20                   SHERRY:  While I still have you on the phone,

21       do you have any more questions for me?

22             MS. MEY:  I don't think so.

23                   SHERRY:  Okay.  Well, thank you very much, and

24       you'll be getting a call, and it's been a pleasure

25       speaking with you.

17

1          MS. MEY:  Thanks.  Bye.

2          SHERRY:  Okay, bye-bye.

3          **(The call was concluded.)**

4          **(The recording was concluded.)**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

18

1           C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: ███████ _____

4      CASE TITLE: LIFEWATCH, INC. _____

5      TAPING DATE: OCTOBER 3, 2014 _____

6      TRANSCRIPTION DATE: FEBRUARY 2, 2015 _____

7      REVISION DATE:  FEBRUARY 13, 2015 _____

8

9          I HEREBY CERTIFY that the transcript contained

10     herein is a full and accurate transcript of the tapes

11     transcribed by me on the above cause before the FEDERAL

12     TRADE COMMISSION to the best of my knowledge and belief.

13

14                    DATED:  February 13, 2015

15

16                    _____Sara J. Vance_____

17                         SARA J. VANCE

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24                    _____Elizabeth M. Farrell_____

25                         ELIZABETH M. FARRELL

# Attachment OO

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.    

TITLE        LIFEWATCH, INC.

DATE        RECORDED:  OCTOBER 3, 2014
                    TRANSCRIBED:  DECEMBER 15, 2014
                    REVISED:  JANUARY 19, 2015

PAGES       1 THROUGH 13

TELEPHONE CONVERSATION WITH BELLA, MICHELLE AND DIANA MEY
10.3.14 at 11:20 am from CID 855.796.7524 to 304.███████

2

```
1                    FEDERAL TRADE COMMISSION
2                          I N D E X
3
4      RECORDING:                            PAGE:
5      With Bella                              4
6      With Michelle                          10
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                                                                    3

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       Lifewatch, Inc.                )   Matter No. ███████

5                                       )

6       ------------------------------)

7                                      October 3, 2014

8

9

10

11            The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      December 10, 2014.

14

15

16

17

18

19

20

21

22

23

24

25

4

1                    P R O C E E D I N G S

2                  -    -    -    -    -

3      TELEPHONE CONVERSATION BETWEEN BELLA, MICHELLE AND

4                          DIANA MEY

5              DIANA MEY:  Hello?

6              BELLA:  Hi, is this Diana?

7              DIANA MEY:  Yes.

8              BELLA:  Hi, this is Bella with the verification

9      department for Senior Life Support.  And today's date is

10     October 3rd, 2014.  This line is being recorded for

11     quality assurance, okay?

12             DIANA MEY:  Yes.  You said Senior Life Support?

13             BELLA:  Yes, ma'am.

14             DIANA MEY:  I'm just curious, why does it come

15     up on caller ID as Lifewatch?

16             BELLA:  I'm not 100 percent sure.  I do know

17     for a while our lines were being crossed and it was -- a

18     lot of people were saying that, but I'm not 100 percent

19     sure.  I can write that down and talk to our IT guy and

20     have him look into it.

21             DIANA MEY:  Did you used to be called Lifewatch

22     maybe?

23             BELLA:  No, I don't believe so.

24             DIANA MEY:  Okay.

25             BELLA:  All right.  Okay.  And, now, I just

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555      **Menjivar Att. OO**
                                                       **Page 4 of 13**

5

1    need to verify that we have all your information in our

2    system correctly, okay?

3                DIANA MEY:  Okay.

4                BELLA:  And I have your first name spelled D-I-

5    A-N-A?

6                DIANA MEY:  Right.

7                BELLA:  Okay.  And last name it says M-R-Y.  Is

8    that correct?

9                DIANA MEY:  No, it's M-E-Y.

10               BELLA:  M-E-Y, okay.  And the address I have

11   here is ███████████████, Wheeling, West Virginia,

12   ███.

13               DIANA MEY:  Now, it's ███████████.

14               BELLA:  ███████████, okay.  All right, thank

15   you.  And I have the zip code █████?

16               DIANA MEY:  That's right.

17               BELLA:  Okay.  And the phone number I have here

18   for you is (304)████████?

19               DIANA MEY:  Well, that's not the number they

20   called.

21               BELLA:  Okay.  When -- just now?

22               DIANA MEY:  Right.

23               BELLA:  Because that's the number that I have

24   here and that is the number that I dialed then.

25               DIANA MEY:  Huh, I don't know.

6

1           BELLA:  Okay.  Is that not your main number?

2           DIANA MEY:  Well, they've called me on my --

3           BELLA:  Or do you have another number?

4           DIANA MEY:  -- home phone.

5           BELLA:  Okay.  Is that the -- is that (304)

6  number your cell phone number?

7           DIANA MEY:  Yes.

8           BELLA:  Okay.  Because that's the number that

9  they wrote down for a contact number.  Okay.  So, do you

10  want me to keep that in here and --

11           DIANA MEY:  It's up to you.

12           BELLA:  -- just -- or do you want me to put

13  your home phone in our records instead?

14           DIANA MEY:  Oh, it doesn't matter to me.

15           BELLA:  Okay, all right.  And I see that you

16  will be receiving the basic package, a bracelet for

17  $29.95 every month, is that correct?

18           DIANA MEY:  Yes.

19           BELLA:  And a $50 restaurant gift card every

20  month you stay our customer and also you will be

21  receiving $3,000 in grocery discount coupons.  Okay?  And

22  now I just need to verify the payment and I see that you

23  will be using Msatercard and -- do you have that card

24  handy so I can just verify the number?

25           DIANA MEY:  Sure.

7

1          BELLA:  Okay.  All right.  And that number I

2     have here is XXXX XXXX XXXX XXXX.

3          DIANA MEY:  Yes.

4          BELLA:  Is that -- okay.  And the expiration

5     date I have is November of 2014.  And on the back of that

6     card, there is a CCV code or a security code.  Could you

7     read that number to me, please, Diana?

8          DIANA MEY:  ███.

9          BELLA:  ███?

10         DIANA MEY:  Yes.

11         BELLA:  Okay, thank you.  And is your mailing

12    address the same as your home address?

13         DIANA MEY:  Yes.

14         BELLA:  Okay.

15         **(Brief pause.)**

16         BELLA:  Okay.  Okay.  Now, Diana Mey, by

17    providing your credit card information and verbal

18    authorization today, October 3rd, 2014, you are

19    authorizing to initiate a one-time credit card debit on

20    October 3rd, 2014, for the amount of $29.95 and a

21    reoccurring credit card debit to your account in the

22    amount of $29.95 on the 13th of next month and every

23    month after.  Okay?

24         The first credit card debit shall be drafted or

25    applied from your account on or after October 3rd, 2014,

8

1   to be followed by successive debits, if applicable, as

2   just described.  And do you have a pen and paper handy so

3   I can give you some important numbers?

4           DIANA MEY:  Sure.

5           BELLA:  Okay.  I'm going to be giving you our

6   customer service number first in just a moment.  Okay.

7   And please note that if at any time you wish to revoke

8   this authorization and cancel any scheduled debit to your

9   account, you must notify us at our customer service

10  number at least three business days prior to the

11  scheduled debit date, and that number -- are you ready

12  for that number?

13          DIANA MEY:  Yes.

14          BELLA:  That number is 855-796-7524.

15          DIANA MEY:  Okay.

16          BELLA:  Okay.  And you -- and that is our

17  customer service number and we are open Monday through

18  Friday, 10:00 a.m. to 6:00 p.m., Eastern Standard time.

19  Okay?  And in the event that you choose not to return the

20  equipment, but to purchase it, you would authorize a one-

21  time charge of $475.  And what that means, Diana, is if

22  you were to ever cancel with us for any reason, all we

23  would ask is that you send the equipment back or that

24  would be a one-time charge of $475 for the equipment,

25  okay?

9

```
1          And do you authorize Senior Life Support to
2    proceed with these credit card debits?
3          DIANA MEY:  I don't know about -- you're
4    charging me $400.  I thought you said it was free.
5          BELLA:  No, ma'am, I'm not charging you $400.
6    The only reason you would ever be charged that is if
7    you were to cancel your monitoring monthly payment with
8    us and not send the equipment back.  You would just
9    cancel -- if you were to cancel, call three business days
10   prior to your next payment and just send the equipment
11   back.  If you did not send the equipment back, that's the
12   only time you would ever be charged that.
13         DIANA MEY:  Nobody said that to me before.
14         BELLA:  They didn't tell you that the equipment
15   is worth over $400?
16         DIANA MEY:  No.
17         BELLA:  Okay.  Well, our equipment that we are
18   sending you for free is worth over $400, and like I said,
19   the only way that would ever be charged to you is if you
20   were to cancel and not send the equipment back.
21         (Call ends abruptly.)
22   _____
23         DIANA MEY:  Hello.
24         BELLA:  Hi, Diana.  I wasn't sure if our phone
25   call got disconnected and I just wanted to give you a
```

10

1   call back.  This is Bella again.

2               DIANA MEY:  Could I speak to your supervisor?

3               BELLA:  We're not -- yes, give me one moment.

4               DIANA MEY:  Okay.

5               (Brief pause.)

6               MICHELLE:  This is Michelle.  How can I help

7   you?

8               DIANA MEY:  Michelle, I --

9               MICHELLE:  Yes?

10              DIANA MEY:  -- was talking to the girl about

11  your system and I'm a little concerned 'cause she says

12  your company's Senior Life Support, but there's a name

13  Lifewatch that comes up on my caller ID.  How can you

14  explain that?  Did you used to be Lifewatch?

15              MICHELLE:  Well, we -- we have a -- all of the

16  products are from Lifewatch.

17              DIANA MEY:  Where are they located?

18              MICHELLE:  But we're -- all of it's in

19  Lynbrook, New York.

20              DIANA MEY:  So, your product is Lifewatch, but

21  are you a completely different company or how does that

22  work?

23              MICHELLE:  No, like I don't know how to -- we

24  sell for them.

25              DIANA MEY:  Who is the we?

11

1        MICHELLE:  So, we have our own -- huh?  Our

2    company.

3        DIANA MEY:  What's your company?

4        MICHELLE:  Yes.

5        DIANA MEY:  No, what is your company's name?

6        MICHELLE:  Senior Life Support.

7        DIANA MEY:  But you're not Lifewatch or you

8    used to be Lifewatch?

9        MICHELLE:  We sell their products.

10       DIANA MEY:  Oh.  That sounds a little shady.

11       MICHELLE:  No, it isn't, ma'am.  It's like, you

12   know, Proctor and Gamble sells many products for many

13   different companies.  I mean, it's no different.

14       DIANA MEY:  Well, why does Lifewatch come up on

15   caller ID then?

16       MICHELLE:  Because I just said to you, we're

17   selling their product.

18       DIANA MEY:  Well, the other girl said she had

19   no idea --

20       MICHELLE:  The name --

21       DIANA MEY:  -- who Lifewatch was and she didn't

22   know why it was coming up on caller ID.

23       MICHELLE:  Well, she's new, too.

24       DIANA MEY:  Oh.

25       MICHELLE:  That's why I'm sitting here next to

12

1    her.  So, I do apologize for that, but I can tell you we

2    have been in business for over 35 years.

3              DIANA MEY:  Who, Lifewatch or you guys?

4              MICHELLE:  Our company, ma'am.

5              DIANA MEY:  Where is your company actually

6    located?

7              MICHELLE:  In Lynbrook, New York.

8              DIANA MEY:  Okay.  Listen, don't call me again,

9    okay?  Take all my numbers off your calling list.

10             MICHELLE:  Okay, ma'am, you really don't have

11   to be so nasty.  But you have a blessed day, okay?

12             DIANA MEY:  You think I was nasty?  That's

13   nasty?  Wow, your level of tolerance must be low.

14             **(The call was concluded.)**

15             **(The recording was concluded.)**

16

17

18

19

20

21

22

23

24

25

13

# C E R T I F I C A T I O N   O F   T Y P I S T

MATTER NUMBER: ██████

CASE TITLE: LIFEWATCH, INC.

TAPING DATE: OCTOBER 3, 2014

TRANSCRIPTION DATE: DECEMBER 15, 2014

REVISION DATE: JANUARY 19, 2015

    I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.


DATED: JANUARY 19, 2015

*Elizabeth M. Farrell*

ELIZABETH M. FARRELL


# C E R T I F I C A T I O N   O F   P R O O F R E A D E R

    I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

*Sara J. Vance*

SARA J. VANCE

# Attachment PP

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO. 

TITLE      LIFEWATCH, INC.

DATE      RECORDED: OCTOBER 14, 2014
TRANSCRIBED: FEBRUARY 2, 2015
REVISED: FEBRUARY 13, 2015

PAGES      1 THROUGH 14

TELEPHONE CONVERSATION BETWEEN

ANDREW SMITH AND DIANA MEY

10.14.14 AT 10.53 AM FROM CID 303.465.2218 TO 304.█████WAV

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Telephone Conversation Between

 6        Andrew Smith and Diana Mey            4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Lifewatch, Inc.                )   Matter No. ███████

 5                                   )

 6    ------------------------------)

 7                                   October 14, 2014

 8

 9

10

11          The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on

13    January 23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1              P R O C E E D I N G S

2                -    -    -    -    -

3     **TELEPHONE CONVERSATION BETWEEN ANDREW SMITH AND DIANA MEY**

4              MS. MEY:  Hello?

5              RECORDED MESSAGE:  Every year, it is estimated

6     that over 30 percent of the senior population

7     accidentally falls.  Many of these falls are serious and

8     require medical attention.  Now, a new program designed

9     to help keep seniors safe and more protected is available

10    for a short time.  Don't become a helpless victim lying

11    on the floor without options.

12             You may qualify to receive a free medical

13    emergency alert system.  To find out if this program is

14    available in your area, press one now.  Press five to be

15    removed, but to feel more protected 24 hours a day, seven

16    days per week, press one now.

17             **(Selection entered.)**

18             **(Brief on-hold music.)**

19             MR. SMITH:  Hello, my name is Andrew Smith.

20    May I ask whom I'm speaking with?

21             MS. MEY:  This is Diana.

22             MR. SMITH:  How are you doing, Mrs. Diana?

23             MS. MEY:  I'm good.  I'm good.

24             MR. SMITH:  Okay.  And in case we get

25    disconnected, is 304-███████ the best number to reach

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555   **Menjivar Att. PP**
                                                    **Page 4 of 14**

5

1    you back on?

2            MS. MEY:  Yes.

3            MR. SMITH:  Okay.  Are you familiar with the

4    medical alert system as seen on the (inaudible) TV

5    commercials?

6            MS. MEY:  I -- I think so.  Is that the one

7    where the lady falls?

8            MR. SMITH:  Yes, ma'am.  We have a -- a system

9    and it works very simple.  If you have a medical

10   emergency, a fire, a burglary, or even something as

11   simple as a slip and fall that you're having difficulty

12   getting up from, you simply push the button on the

13   lightweight, waterproof necklace or bracelet.  And you

14   will be able to speak hands-free from anywhere in your

15   home to a live, certified emergency medical technician.

16   They would evaluate your situation, immediately get you

17   the help you need, notify family and 911, and also

18   comfort you until help arrives.

19            Now, your alert button works from anywhere in

20   the home, and it even works outside of your home.  It has

21   a 1,500-foot range, which is over a quarter of a mile.

22   If you'd like, we'll give you the peace of mind that you

23   need, allow you to feel safe, and make sure that you

24   never feel alone in case of an emergency.  It could

25   really help you in time of need.  It can even be life-

6

1    saving.

2            Now, Mrs. Diana, we have some special

3    promotions that we're also giving away today.  Do you do

4    any grocery shopping at all?

5            MS. MEY:  Yes, I do a little bit.

6            MR. SMITH:  Okay.  Well, ma'am, we know that

7    things are getting very tough in these economic times,

8    and we know that some senior citizens are on a fixed

9    income.  So, we're also going to send you 3,000 in

10   grocery coupon savings.  With these grocery coupon

11   savings, you can go to any grocery store of your choice

12   and purchase the same items that you purchase day to day.

13           MS. MEY:  $3,000?

14           MR. SMITH:  And you will receive up -- yes,

15   ma'am, 3,000 in grocery coupon savings.

16           MS. MEY:  Oh.

17           MR. SMITH:  (Inaudible) you have the grocery --

18   you have the grocery coupons (inaudible) and you pick and

19   choose, you know like you make your grocery list before

20   you go to the grocery store, you will go through your

21   coupons and you will pick and choose which coupons you

22   want to use today.

23           MS. MEY:  Is it good at Kroger's?

24           MR. SMITH:  Okay.  Yes, ma'am.  They're good at

25   any grocery store.

7

1          MS. MEY:  Well, that's pretty good.

2          MR. SMITH:  Yes, ma'am.  And -- and, Mrs.

3     Diana, we're so confident with our services that we do

4     not keep any contracts.  This allows you to cancel at any

5     time with no cancellation fees and with no penalties.

6     And --

7          MS. MEY:  Well, how much does it cost?

8          MR. SMITH:  A dollar a day, ma'am.  That's it.

9     A dollar a day, and that will be $29.95 each month.  But,

10     Mrs. Diana, each month that you pay your monthly fee, we

11     are going to send you a $50 restaurant card for you and

12     whoever you want, you can go to any restaurant of your

13     choice each and every month or your favorite restaurant

14     and dine up to $50 completely free.

15          So, each month you pay your $29.95, you're

16     going to get the free $50 restaurant card in the mail,

17     each and every month.  And for the first month, we're

18     going to send you 3,000 in grocery coupon savings.  No

19     contracts; no commitment.  You can cancel at any time,

20     with no cancellation fees.  Mrs. Diana, if you ever

21     wanted to cancel --

22          MS. MEY:  Well, how much is that little box,

23     though, that box -- I think that it was a necklace the

24     lady used.  How much is that cost?

25          MR. SMITH:  That's completely free.  That's --

8

1    we're sending you $400 worth of equipment completely

2    free, the necklace or the bracelet, the medical alert

3    base station with the loudspeaker and a very sensitive

4    microphone.  We're going to ship it for free, and we're

5    going to activate it for free.  The only thing that we

6    actually need to do is to pay for the monitoring fee.

7    That's the person, or should I say the live emergency

8    medical technician that will be on call for you 24 hours

9    a day whenever you push that button, seven days a week.

10            MS. MEY:  Where -- who -- who -- what -- where

11   are they at?  Is that -- is that a monitoring company?

12            MR. SMITH:  It's going to be your local -- it's

13   -- no, ma'am.  It's going to be your local fire station,

14   your local police department.

15            MS. MEY:  Oh, okay.

16            MR. SMITH:  Or your local ambulance.

17            MS. MEY:  Okay.

18            MR. SMITH:  Everything is going to be local in

19   your radius.

20            MS. MEY:  Okay.

21            MR. SMITH:  If you're not satisfied -- if

22   you're not satisfied, Mrs. Diana, you call us up, we pay

23   for shipping, we send you the shipping labels and the

24   shipping box, and you simply send it back completely free

25   of charge.  Would you like to go ahead and test out this

9

1    system for one month, and if you're not satisfied, send
2    it back, completely free of charge.  You still can keep
3    the grocery coupons, and you still can keep the $50
4    restaurant card.  Those were gifts.
5            MS. MEY:  Okay.
6            MR. SMITH:  Okay?  So, what would you prefer, a
7    necklace or a bracelet?
8            MS. MEY:  A necklace.
9            MR. SMITH:  A necklace?  Okay.  And remember,
10   you're going to get the grocery coupons, 3,000, and each
11   month, you're going to get the $50 restaurant card.
12           MS. MEY:  Okay.
13           MR. SMITH:  Okay.
14           MS. MEY:  All right.
15           MR. SMITH:  Now, Mrs. Diana, my -- Mrs. Diana,
16   the address that you would like me to ship this to is?
17           MS. MEY:  Do you have it there?  Hello?
18           MR. SMITH:  Is it -- is it █████████
19   ██████?
20           MS. MEY:  Yes.
21           MR. SMITH:  Wheeling, West Virginia, okay.  And
22   how would you make your payment today, Visa, MasterCard?
23           MS. MEY:  I have a MasterCard.
24           MR. SMITH:  Okay.  Could you locate that?  Take
25   your time.  I'll be here waiting for you.

```
 1              MS. MEY:  Okay, hold on.

 2              Okay, I got it.

 3              MR. SMITH:  Okay.  And the card number is?

 4              MS. MEY:  XXXX.

 5              MR. SMITH:  Okay.

 6              MS. MEY:  XXXX --

 7              MR. SMITH:  Okay.

 8              MS. MEY:  XXXX XXXX.

 9              MR. SMITH:  And the expiration date is?

10              MS. MEY:  November 2012 -- or 2014, I'm sorry.

11              MR. SMITH:  Okay.  So, that's 11/14?

12              MS. MEY:  Right.

13              MR. SMITH:  And this is your landline number,

14      is that correct, or this is your -- your cell phone?

15              MS. MEY:  Landline.

16              MR. SMITH:  Landline?

17              MS. MEY:  Mm-hmm.

18              MR. SMITH:  Okay.  Right now, what I'm going to

19      do, I'm going to pass this on to my manager.  My manager

20      is going to confirm that I entered everything in

21      correctly.  You're going to get your confirmation number

22      and everything else that you need, okay, Mrs. Diana?

23              MS. MEY:  Okay.

24              MR. SMITH:  And your last name is Mey, M E Y?

25              MS. MEY:  Right.
```

11

1          MR. SMITH:  Okay.  One second, please.  I'm

2    going to pass the phone to my manager.  Please don't hang

3    up, and thanks for joining Senior Life Support.  One

4    second.

5          MS. MEY:  Senior -- joining who?  Senior Life

6    Support?

7          **(Brief pause.)**

8          MANAGER:  Hello, Diana?

9          MS. MEY:  Yes.

10          MANAGER:  How you doing today?

11          MS. MEY:  Good.

12          MANAGER:  Good.  Thank you for choosing Senior

13    Life Support.  And I'm the floor supervisor for today and

14    --

15          MS. MEY:  You say it's Senior Life Support?

16          MANAGER:  Yes.

17          MS. MEY:  How come this name, this other name,

18    comes up on Caller ID?  It's Lifewatch.

19          MANAGER:  I'm not sure.  Maybe the lines are

20    crossed, but, no, our company name is Senior Life

21    Support.

22          MS. MEY:  You've never been called Lifewatch?

23          MANAGER:  No.  Un-nuh.

24          MS. MEY:  Are you sure?  Could you ask someone?

25          MANAGER:  No, ma'am, I've been here.

12

1    MS. MEY:  How long?

2    MANAGER:  For six years?

3    MS. MEY:  You sure they've never been called

4    Lifewatch?

5    MANAGER:  No, ma'am.

6    MS. MEY:  Because when you sent me the monitor

7    last month it had Lifewatch written on it.

8    MANAGER:  Your monitor?  So you're already a

9    customer?

10   MS. MEY:  Well, I wouldn't say I'm a customer,

11   but you sent me the documentation and it all said

12   Lifewatch, and you called me from this same number and

13   said you were Senior Life Support.  And then I asked you

14   never to call me again and you've called back the same

15   number almost every day for the last week.  Can you

16   explain that to me?

17   MANAGER:  I really can't because I don't know

18   if the lines are crossed or something's wrong with

19   (inaudible) system.

20   MS. MEY:  That's a -- that's a convenient --

21   that's a convenient excuse.  You know very well what's

22   going on.

23   MANAGER:  Ma'am, I do not know what's going on,

24   but our company name is Senior Life Support, ma'am.

25   MS. MEY:  Why don't you ask your supervisor if

13

```
1    it used to be Lifewatch?  I guarantee you it used to be
2    Lifewatch.
3             MANAGER:  I am -- I am the supervisor, but
4    there -- our company name is not Lifewatch.  We're Senior
5    Life Support.
6             MS. MEY:  Are you in Lynbrook, New York?
7             MANAGER:  No, we're in Albany, New York.
8             MS. MEY:  Yeah, but the materials say Lynbrook.
9    I mean, I have them sitting here in front of me, so I
10   know who you are and where you're calling from.  Don't
11   call me again, please.
12            MANAGER:  Okay.
13            MS. MEY:  Thank you.
14            MANAGER:  Okay, ma'am, but if you -- if you
15   have --
16            MS. MEY:  Bye.
17            (The call was concluded.)
18            (The recording was concluded.)
19
20
21
22
23
24
25
```

14

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: ███████

4     CASE TITLE: LIFEWATCH, INC.

5     TAPING DATE: OCTOBER 14, 2014

6     TRANSCRIPTION DATE: FEBRUARY 2, 2015

7     REVISION DATE: FEBRUARY 13, 2015

8

9          I HEREBY CERTIFY that the transcript contained

10    herein is a full and accurate transcript of the tapes

11    transcribed by me on the above cause before the FEDERAL

12    TRADE COMMISSION to the best of my knowledge and belief.

13

14                    DATED: February 13, 2015

15                    _Sara J. Vance_

16                    _____

17                    SARA J. VANCE

18          C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23                    _Elizabeth M Farrell_

24                    _____

25                    ELIZABETH M. FARRELL

# Attachment QQ

# ORIGINAL

**OFFICIAL TRANSCRIPT PROCEEDING**

**FEDERAL TRADE COMMISSION**

MATTER NO. 

TITLE        LIFEWATCH, INC.

DATE        RECORDED: OCTOBER 14, 2014
                   TRANSCRIBED: FEBRUARY 2, 2015

PAGES        1 THROUGH 8

TELEPHONE CONVERSATION BETWEEN

ANDREW SMITH AND DIANA MEY

10.14.14 AT 11.05 AM FROM CID 360.322.1124 TO 304.████WAV

2

```
 1                    FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4     RECORDING:                              PAGE:

 5     Telephone Conversation Between

 6          Andrew Smith and Diana Mey             4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3      In the Matter of:              )

 4      Lifewatch, Inc.                )   Matter No. ██████████

 5                                     )

 6      ------------------------------)

 7                                     October 14, 2014

 8

 9

10

11           The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      January 23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                    P R O C E E D I N G S

 2                   -    -    -    -    -

 3    TELEPHONE CONVERSATION BETWEEN ANDREW SMITH AND DIANA MEY

 4              MS. MEY:  Hello?

 5              MR. SMITH:  Hello, Mrs. Diana?

 6              MS. MEY:  Yes.

 7              MR. SMITH:  Yes, this is Andrew Smith.  We were

 8    just speaking about the medical alert system.

 9              MS. MEY:  Yes.

10              MR. SMITH:  What happened when my manager got

11    on the phone to try to confirm it?

12              MS. MEY:  I have asked you guys in the past not

13    to call me.

14              MR. SMITH:  Who?  What guys, Mrs. Diana?

15              MS. MEY:  You call almost every day from this

16    same phone number, Senior Life Support, who used to be

17    called Lifewatch.  And I've asked you not to call my --

18              MR. SMITH:  Ma'am, our name was never

19    Lifewatch, Mrs. Diana.

20              MS. MEY:  Yes, it was.  I already got the --

21    the monitoring equipment.  It -- you guys sent it to my

22    house last month, and there's a big sticker on it that

23    says "Lifewatch."  And the materials and the paperwork

24    that came with it says it's from Lifewatch.

25              MR. SMITH:  Mrs. Diana, Mrs. Diana.
```

5

1         MS. MEY:  Yes, sir.

2         MR. SMITH:  Please listen to me.  I promise

3    you, we are not Lifewatch.

4         MS. MEY:  Yes, you are.

5         MR. SMITH:  When you get your equipment in the

6    mail -- Mrs. Diana, listen, please.  When you get your

7    equipment in the mail, there will be nothing on there

8    that says "Lifewatch."  This is the Senior Life --

9         MS. MEY:  It all -- I've already --

10        MR. SMITH:  -- Support Assistance Program.

11        MS. MEY:  Where are you actually calling from?

12        MR. SMITH:  Mrs. Diana, I'm actually calling

13   from Albany, New York, inside of a secure call center.

14        MS. MEY:  Okay.  And --

15        MR. SMITH:  This is not Lifewatch.

16        MS. MEY:  And every time you've called and I've

17   had them admit to me that they are Senior -- Lifewatch,

18   and I'm telling you --

19        MR. SMITH:  Ma'am, ma'am, I --

20        MS. MEY:  -- you want me to email you a copy of

21   -- of the photo of the equipment I got and it says Senior

22   Life Support, and then there's a sticker on it that says

23   "Lifewatch?"

24        MR. SMITH:  Mrs. Diana --

25        MS. MEY:  Are you familiar with Lifewatch?  You

6

1     know who they are?

2            MR. SMITH:  Mrs. Diana, I've been working for

3     the company for two years now.  We have never been called

4     Lifewatch since I've been here.

5            MS. MEY:  Oh, I believe that.

6            MR. SMITH:  I'm just telling you what I know.

7            MS. MEY:  I believe that, but I would challenge

8     you to Google FTC and then the word "Lifewatch."  Do you

9     know who the owner of your company is?  Is it Evan

10    Sirlin?

11           MR. SMITH:  No, ma'am.

12           MS. MEY:  Who's the owner?  What's the owner's

13    name?  Do you know?

14           MR. SMITH:  Is it -- yes, ma'am, it's not that

15    name.

16           MS. MEY:  Okay.  Well, who -- what is the

17    owner's name?  It should be public information if it's a

18    -- if it's a registered corporation.

19           MR. SMITH:  It's Mark.

20           MS. MEY:  Mark who?

21           MR. SMITH:  I don't know, Mrs. Diana.  I don't

22    know his last name.

23           MS. MEY:  Well, I'm telling you, please don't

24    call me again.  Would you please take my number off your

25    calling list?

7

```
1              MR. SMITH:  Mrs. -- Mrs. Diana.
2              MS. MEY:  Yes, sir.
3              MR. SMITH:  So, you don't want your equipment?
4              MS. MEY:  No, I don't.
5              Do you know --
6              (The call was concluded.)
7              (The recording was concluded.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

8

```
1        C E R T I F I C A T I O N    O F    T Y P I S T

2

3     MATTER NUMBER: ██████████ _____

4     CASE TITLE: LIFEWATCH, INC. _____

5     TAPING DATE: OCTOBER 14, 2014 _____

6     TRANSCRIPTION DATE: FEBRUARY 2, 2015 _____

7

8           I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                       DATED:  February 3, 2015

14
                              Sara J. Vance
15                       _____

16                         SARA J. VANCE

17

18      C E R T I F I C A T I O N    O F    P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23
                              Elizabeth M. Farrell
24                       _____

25                         ELIZABETH M. FARRELL
```

# Attachment RR

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.     

TITLE          LIFEWATCH, INC.

DATE           RECORDED:   OCTOBER 27, 2014
               TRANSCRIBED: DECEMBER 15, 2014
               REVISED:  JANUARY 19, 2015

PAGES          1 THROUGH 19

TELEPHONE CONVERSATION WITH MR. ADDISON, TRENISHA AND
DIANA MEY
10.27.14 at 11:42 am from 757.644.3695 to 304.█████

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4       RECORDING:                            PAGE:

 5       With Mr. Addison                         4

 6       With Trenisha                           16

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1               FEDERAL TRADE COMMISSION

2

3      In the Matter of:           )

4      Lifewatch, Inc.             )   Matter No. ███████

5                                  )

6      ------------------------------)

7                                  October 27, 2014

8

9

10

11           The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      December 10, 2014.

14

15

16

17

18

19

20

21

22

23

24

25

4

1              P R O C E E D I N G S

2                 -   -   -   -   -

3      TELEPHONE CONVERSATION WITH MR. ADDISON, TRENISHA AND

4                        DIANA MEY

5            DIANA:  Hello?

6            RECORDING:  In case of a slip and fall accident

7      or sudden cardiac arrest, you may not be able to reach

8      your phone to call for help.  Don't be another victim

9      lying helplessly on the floor.  Get a free medical alert

10     system and help can be reached with a single press of a

11     button 24 hours a day.  For your health, safety and peace

12     of mind, get your free medical alert system if you act

13     now by pressing one.  Press five to be removed, but to be

14     protected 20- --

15            (Number pressed.)

16            MR. ADDISON:  Hello.

17            DIANA MEY:  Hello.

18            MR. ADDISON:  Hi, how are you doing today?

19            DIANA MEY:  Good.

20            MR. ADDISON:  Mr. Addison with the seniors

21     program and we were advertising medical alert systems.

22     Are you familiar with medical alert system?

23            DIANA MEY:  I think I've seen it on TV.

24            MR. ADDISON:  Okay, yeah, because we advertise

25     the commercials on TV.  We got them in newspapers,

5

1    magazines, and then we advertise through phone.  My name

2    is Mr. Addison and -- I'm not quite sure if you're

3    familiar with it.  Are you familiar -- you've seen the TV

4    commercials, so you've got pretty much an idea of how

5    they work?

6           DIANA MEY:  Is that the one where the lady

7    falls, I've fallen and I can't get up?

8           MR. ADDISON:  Can't get up, mm-hmm.  Yes,

9    ma'am.

10          DIANA MEY:  Yeah.

11          MR. ADDISON:  Okay.  And are you a senior

12   citizen that lives alone today?

13          DIANA MEY:  No, I live with my husband.

14          MR. ADDISON:  Oh, okay.  And would you like

15   some brief information about the medical alert system?

16          DIANA MEY:  The -- sure.

17          MR. ADDISON:  Well, the medical alert system

18   works very simple.  If you have a medical emergency

19   situation, whether a fire, burglary or even a fall that

20   you might have had difficulties getting up from, it

21   simply works when you push the button on the necklace or

22   bracelet and it speaks hand-free from anywhere in your

23   home to a live certified emergency medical technician,

24   which is an EMT.  And the EMT will evaluate your

25   situation and get the help you need immediately or they

6

1      will notify your family member or 911 until help

2      arrives.

3         But your alert button works from anywhere in

4      your home and it even works outside of your home.  And it

5      has a GPS device which will go anywhere in the States and

6      this device will just allow, you know, you to feel safe

7      and never alone in case of emergency, and it can even be

8      life-saving.  But our device has been trusted by

9      thousands of hospitals and more than 65,000 health care

10     professionals and it also has been helping save senior

11     citizens lives for over 35 years.

12        What the medical alert system includes and

13     comes with is a medical alert base station with a

14     loudspeaker and a very sensitive microphone and then you

15     have a waterproof (inaudible) necklace button or bracelet

16     button, and our company does the free shipping and free

17     activation of our system, that's included.  And then you

18     have an away-from-home protection card that gives

19     emergency personnel 24 hours, 7 day a week access to your

20     (inaudible) --

21      DIANA MEY:  Well, how much does it cost?

22      MR. ADDISON:  I was just getting -- I was just

23     going to get into that.

24      DIANA MEY:  Oh, I'm sorry.

25      MR. ADDISON:  Well, actually -- well, actually,

7

```
1       the cost -- it has a monitoring service fee of $29.95 a

2       month, but there ain't no contracts and it can be

3       canceled at any given time with no cancellation fees.

4               DIANA MEY:  So, it's only $29 a month?

5               MR. ADDISON:  That's it, ma'am, mm-hmm.

6               DIANA MEY:  Uh-huh, okay.

7               MR. ADDISON:  And what we do is just to help

8       our seniors today, you know, that never would change

9       their lifestyles, we send you a $3,000 grocery discount

10      coupon booklet to help you save towards your grocery

11      shopping weekly or monthly and also available we have a

12      $50 restaurant gift card that you are receiving to mail

13      each month to share with friends and family if you

14      (inaudible).

15              DIANA MEY:  Which -- which restaurant?  Which

16      restaurant?

17              MR. ADDISON:  Oh, any restaurant.  There are

18      50,000 restaurants nationwide.  This is actually a $50

19      restaurant gift card.  So, it will go with any -- you

20      know, any available restaurants you decide you wanted to

21      eat at.

22              DIANA MEY:  Oh.

23              MR. ADDISON:  And you'll receive that in the

24      mail each month.

25              DIANA MEY:  Oh, every month?
```

8

```
 1              MR. ADDISON:  Every month.  We -- becoming our
 2     -- staying and becoming our customer, you will receive --
 3     will send that every month, yeah.
 4              DIANA MEY:  Okay.
 5              MR. ADDISON:  As long as you are our customer,
 6     we will send you the $50 restaurant gift card in the
 7     mail.
 8              DIANA MEY:  Okay.
 9              MR. ADDISON:  And, you know, everything else is
10     basically, you know, free as far as the system actually
11     itself besides the monitoring service fee of $29.99 a
12     month.
13              DIANA MEY:  Okay.  That sounds pretty good.
14     What's the company again?
15              MR. ADDISON:  Senior Life Savings, and through
16     our assistance program.
17              DIANA MEY:  Senior Life Savings?
18              MR. ADDISON:  Mm-hmm.
19              DIANA MEY:  How -- I was looking at my caller
20     ID and the name Lifewatch came up.  Who is that?
21              MR. ADDISON:  Lifewatch?  That's -- Lifewatch
22     is a part of the assistance program that we're
23     advertising through.  Lifewatch -- through our seniors,
24     anything -- just like (inaudible).
25              DIANA MEY:  What's that?
```

9

1           MR. ADDISON:  Just like through our assistance

2      program, we're advertising to -- they use the numbers

3      from -- through our system -- through our Senior Life

4      Savings Program, we advertise different other products

5      besides medical alert systems.  So, if the number came up

6      Life -- you say Lifewatch?

7           DIANA MEY:  Yes.

8           MR. ADDISON:  That might be what -- I mean, I

9      don't know how.  We don't do the calling, so a company

10     does the calling.  I mean, I don't know how they set up

11     their numbers.

12          DIANA MEY:  Okay.

13          MR. ADDISON:  Their phone numbers.  Because, I

14     mean, they --

15          DIANA MEY:  Your company doesn't do the

16     calling?  Who does the calling?

17          MR. ADDISON:  No, our company does the calling.

18     I said we don't do the calling.  Like how we just got you

19     on the phone --

20          DIANA MEY:  Yeah.

21          MR. ADDISON:  -- I did not just -- I did not

22     just dial your number and got your number on the phone.

23     This actually -- our company does this through our

24     program, they're calling seniors.  So, I don't know how

25     they actually set up because we have 31 different

10

1    locations in the States and our main headquarters in

2    Pennsylvania.  But we have 31 other, you know, programs

3    in 31 states that we're advertising --

4         DIANA MEY:  Oh.

5         MR. ADDISON:  Right.

6         DIANA MEY:  Well, I'm in West Virginia right

7    next to Pennsylvania.  Where -- where are they located in

8    Pennsylvania?  Is that where their headquarters is?

9         MR. ADDISON:  Yeah, Freeport.  Freeport,

10   Pennsylvania.

11        DIANA MEY:  Oh, okay.

12        MR. ADDISON:  Right.  So, you're in West

13   Virginia?  See, we have one -- a senior assistance

14   program that's in Virginia Beach.  We have them like from

15   the East Coast.  We have 31 -- there's 31 of these

16   programs that's going on in the States.

17        DIANA MEY:  Oh, that's pretty -- you must be a

18   pretty big company.

19        MR. ADDISON:  Yes, it's -- yeah, I mean, for

20   the medical alerts because they advertise these

21   commercials -- you've seen these commercials everywhere.

22        DIANA MEY:  Yeah.

23        MR. ADDISON:  With medical alert, the life

24   alert.  There's three different alert systems.  We have

25   ADP, Life Alert, and then this -- our company does

1   Medical Alert, which is medical alarm system.

2             DIANA MEY:  Oh, I see, okay.  Okay.

3             MR. ADDISON:  Okay.  So, you said that you was

4   interested in this type of system?

5             DIANA MEY:  Yes.

6             MR. ADDISON:  Okay.  So, you would like to be

7   signed up today?

8             DIANA MEY:  I'd be interested in -- yes.

9             MR. ADDISON:  Okay.  So, what we have to do, we

10  set up the -- we have a reform here that I have to send

11  to verification and they transfer you over to them.

12            DIANA MEY:  Okay.

13            MR. ADDISON:  We have -- we have a payment

14  method reform we have to have on file and then we like --

15  if you signed up today, this is -- the verification

16  (inaudible) upstairs, they would do the shipping.  What

17  they would do is they would -- transfer you over to them.

18  They would discuss this information with you so they can

19  start your process (inaudible) and they would tell you,

20  you know, everything else of what they would do.

21            DIANA MEY:  Okay.

22            MR. ADDISON:  And what I -- what we have here

23  in front of me, I have this reform.  I need your first

24  and last name, full physical address, and how would you

25  set up your payment method, you know, through checkings,

12

```
 1       savings --
 2               DIANA MEY:  Okay.
 3               MR. ADDISON:  -- credit, ATM or debit.
 4               DIANA MEY:  Okay.
 5               MR. ADDISON:  And would you like the necklace
 6       or the bracelet?
 7               DIANA MEY:  The necklace.
 8               MR. ADDISON:  You would like the necklace,
 9       okay.  Because I have to write this stuff in notes so --
10               DIANA MEY:  Okay.
11               MR. ADDISON:  So they can, you know, notify you
12       what they would be sending you.
13               DIANA MEY:  Okay.
14               MR. ADDISON:  All righty.  And your first and
15       last name?
16               DIANA MEY:  My first name is Diana, D-I-A-N-A.
17               MR. ADDISON:  D-I-A-N-A, mm-hmm.
18               DIANA MEY:  My last name is Mey, M-E-Y.
19               MR. ADDISON:  Oh, M-E-Y.  I know a lady
20       named -- last name Mey, but hers was spelled M-A-Y.
21               DIANA MEY:  Yeah, most people spell it M-A.
22               MR. ADDISON:  Mm-hmm.
23               DIANA MEY:  That's my husband's family's fault
24       for spelling it M-E.
25               MR. ADDISON:  No, that's okay.  That's not no
```

13

1    one's fault.  That's okay.

2              DIANA MEY:  They wanted to be different, I

3    guess.

4              MR. ADDISON:  Okay.  And your full physical

5    address?

6              DIANA MEY:  ████████████████████

7              MR. ADDISON:  ████████████ --

8              DIANA MEY:  Avenue.

9              MR. ADDISON:  And that's ██████ -- that's ████████

10   █ ?

11             DIANA MEY:  Right.

12             MR. ADDISON:  ████████████████

13             DIANA MEY:  Uh-huh.

14             MR. ADDISON:  Okay, mm-hmm.

15             DIANA MEY:  Wheeling, West Virginia.

16             MR. ADDISON:  Wheeling --

17             DIANA MEY:  W-H-E-E-L-I-N-G.  Just like a wheel

18   with an "ing" on it.

19             MR. ADDISON:  And you said that's Wheelman?

20             DIANA MEY:  Wheeling, W-H-E-E-L-I-N-G.

21             MR. ADDISON:  Oh, Wheeling.

22             DIANA MEY:  Wheeling.

23             MR. ADDISON:  Oh, okay, Wheeling.

24             DIANA MEY:  West Virginia.

25             MR. ADDISON:  Virginia.

14

1    DIANA MEY:  West Virginia.

2    MR. ADDISON:  Virginia, okay.

3    DIANA MEY:  ██████.

4    MR. ADDISON:  ██████.  And I have your phone

5    number, (304) ████████.

6    DIANA MEY:  Right.

7    MR. ADDISON:  Okay.  And would you set up your

8    payment reform through checkings, savings, credit, ATM,

9    debit or --

10   DIANA MEY:  I have a Mastercard.

11   MR. ADDISON:  -- (inaudible).  Okay, that would

12   be available.  Yeah, either or.

13   DIANA MEY:  Okay.

14   MR. ADDISON:  And then you have the expiration

15   date and the card number?  Do you have the card in front

16   of you?

17   DIANA MEY:  Yes.

18   MR. ADDISON:  Okay.

19   DIANA MEY:  It's 11 of '15.

20   MR. ADDISON:  11/15, that's the expiration?

21   DIANA MEY:  November 2015.

22   MR. ADDISON:  Oh, okay, November 20.  So,

23   that's 9/15, okay.  And your card number?

24   DIANA MEY:  XXXX.

25   MR. ADDISON:  XXXX.

15

1          DIANA MEY:  XXXX.

2          MR. ADDISON:  XXXX.

3          DIANA MEY:  XXXX.

4          MR. ADDISON:  XXXX.

5          DIANA MEY:  XXXX.

6          MR. ADDISON:  XXXX.

7          DIANA MEY:  Yes.

8          MR. ADDISON:  Okay, I'm going to repeat those

9     for you.  XXXX XXXX XXXX XXXX.

10          DIANA MEY:  That's right.

11          MR. ADDISON:  Okay.  And thank you, Mrs. Mey,

12     for signing up and becoming our customer.  I'm going to

13     transfer you over to verification and then you will be

14     able to discuss this information with them and they will

15     let you know what their procedures are.

16          DIANA MEY:  Thanks.  Thank you.

17          MR. ADDISON:  And that's a Mastercard.  That's

18     a credit or debit card?

19          DIANA MEY:  Debit card.

20          MR. ADDISON:  Okay.  I'll put debit, so...

21          All right.  And I need you to stay on the line

22     and hold on for me one second.

23          DIANA MEY:  Okay.

24          MR. ADDISON:  So we can transfer you over.

25          DIANA MEY:  Okay.

16

1                  **(Brief pause.)**

2           TRENISHA:  Hello, am I speaking with a Ms.

3    Diane Mey?

4           DIANA MEY:  Yes.

5           TRENISHA:  Thanks for standing by.  This is the

6    verification department for Senior Life Savers.  My name

7    is Trenisha and today's date is October 27th, 2014.  This

8    line is being recorded for quality assurance, okay?

9           DIANA MEY:  What's the name of the company?

10          TRENISHA:  Senior Life Savers.

11         DIANA MEY:  How come the name Lifewatch comes

12    up on caller ID?

13         TRENISHA:  Well, our company is Senior Life

14    Savers, but it's all the same -- that's what's going to

15    show up on your bank statement is Lifewatch.

16         DIANA MEY:  Oh, so --

17         TRENISHA:  But the name of our specific company

18    is Senior Life Savers and you're getting a medical alert

19    system.  It's just the way it all works out.

20         DIANA MEY:  Oh.

21         TRENISHA:  But, yeah, Lifewatch is going to

22    show up on your bank statement.

23         DIANA MEY:  How come Lifewatch if your company

24    is named Senior Life Savers?

25         TRENISHA:  Because Lifewatch is over all of us.

17

1     We're just a small branch from them.

2             DIANA MEY:  Oh, I see.  Where is Lifewatch at?

3             TRENISHA:  We're located out of New York, but I

4     work in -- I work in Orlando, but the big company is

5     located out of New York.

6             DIANA MEY:  I see.  How did you know to call

7     me?

8             TRENISHA:  Well, there's a couple ways that we

9     get your information, either a family member, a doctor or

10    you opted in somewhere online and most of the time,

11    that's not the case because most people don't get online.

12    But just by checking a box online, you opt in or either a

13    family member or a doctor.

14           DIANA MEY:  What if I told you I was certain

15    that didn't happen?

16           TRENISHA:  If you were certain that a family

17    member or a doctor didn't --

18           DIANA MEY:  Yes.

19           TRENISHA:  -- put your name in the system?

20           DIANA MEY:  Uh-huh.

21           TRENISHA:  Well, ma'am, those are the only ways

22    that I know that we could get your information.  Other

23    than that, I wouldn't be able to tell you.

24           DIANA MEY:  Who makes your calls?  The other

25    guy said there's another company that actually does the

18

1    dialing.  Who does that?

2              TRENISHA:  Another -- the other company that

3    does the dialing?

4              DIANA MEY:  Yeah.

5              TRENISHA:  I don't know.  I can find out for

6    you, though, if you would like me to, find out who makes

7    the calls to you guys.

8              DIANA MEY:  Sure.  I'll hold.

9              TRENISHA:  Okay.  Hold on one moment, please.

10   Hold one moment.

11             DIANA MEY:  Thanks.  Thanks.

12             **(Brief pause.)**

13             DIANA MEY:  Yeah, I figured.  She hung up.

14             **(The call was concluded.)**

15             **(The recording was concluded.)**

16

17

18

19

20

21

22

23

24

25

19

```
1          C E R T I F I C A T I O N    O F    T Y P I S T

2

3      MATTER NUMBER: ███████

4      CASE TITLE: LIFEWATCH, INC.

5      TAPING DATE:  OCTOBER 27, 2014

6      TRANSCRIPTION DATE:  DECEMBER 15, 2014

7      REVISION DATE:  JANUARY 19, 2015

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                       DATED:  JANUARY 19, 2015

14

15                       _____

16                       ELIZABETH M. FARRELL

17

18        C E R T I F I C A T I O N    O F    P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24                       _____

25                       SARA J. VANCE
```