# Attachment SS

ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO. ███████

TITLE LIFEWATCH, INC.

DATE RECORDED: OCTOBER 27, 2014
TRANSCRIBED: DECEMBER 15, 2014

PAGES 1 THROUGH 10

TELEPHONE CONVERSATION BETWEEN UNIDENTIFIED FEMALE AND
DIANA
10.27.14 at 11:59 am from 855.849.1855 to 304.████████

2

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4        RECORDING:                        PAGE:

 5        With Unidentified Female               4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:              )

 4     Lifewatch, Inc.               )   Matter No. ███████

 5                                    )

 6     ------------------------------)

 7                               October 27, 2014

 8

 9

10

11          The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     December 10, 2014.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                    **P R O C E E D I N G S**

2                    -    -    -    -    -

3     **TELEPHONE CONVERSATION BETWEEN UNIDENTIFIED FEMALE AND**

4                            **DIANA**

5              DIANA:  Hello.

6              UNIDENTIFIED FEMALE:  Hello, Ms. Diana?

7              DIANA:  Yes.

8              UNIDENTIFIED FEMALE:  Okay.  So, I spoke with

9     my supervisor and she explained to me that all those

10    questions that you have, you can contact customer service

11    and they'll be able to answer all of that.  I'm just a

12    verifier for the verification department.  So, all I'm

13    here to do is just verify information that you already

14    gave to the representative.  With our customers, we give

15    them a customer ID number, as well as a customer service

16    number, and you'll be able to ask all your questions with

17    them.

18             DIANA:  What's the customer service number?

19             UNIDENTIFIED FEMALE:  I'm going to get --

20    that's in my department.  I give you all that

21    information.  So, I have to run through the verification

22    process and you'll have those two numbers.

23             DIANA:  Well, I would really like that

24    information before I make my final decision.

25             UNIDENTIFIED FEMALE:  You would like the

5

1    customer service phone number before you make your final

2    decision?

3              DIANA:  No.  I would just like to know how --

4    who -- how -- who your calling company is, how they got

5    my information.

6              UNIDENTIFIED FEMALE:  Well, we work under

7    Lifewatch, so Lifewatch would be that company.  That's

8    how we -- we all work under Lifewatch.  So, that's how we

9    got -- get the numbers.  I'm just the verification

10   department.  I just verify all of your information.

11   That's all that I do.

12             DIANA:  Well, see, the problem is my number has

13   been on the do not call list since 2003, so -- and I've

14   asked you guys to quit calling me and you just keep

15   calling and calling and calling.  Isn't that a waste of

16   your time?

17             UNIDENTIFIED FEMALE:  Well, the thing is if we

18   put you on our do not call list, there are other

19   companies that sell this product.  So that doesn't

20   mean --

21             DIANA:  It's always you, from the same phone

22   number.

23             UNIDENTIFIED FEMALE:  -- we are necessarily --

24             DIANA:  It's always you from the same phone

25   number.

6

1    UNIDENTIFIED FEMALE:  Oh, then I don't -- I

2    don't know.  I know we put a customer on the do not call

3    list, their number is put on there.  But if you opt in

4    when you get that phone call again, it takes about 30 to

5    50 days for you to (inaudible) --

6    DIANA:  Well, why would I get a phone call

7    again?  It's been over -- it's been several months.  Why

8    would I get a phone call if my number's on your do not

9    call list?

10   UNIDENTIFIED FEMALE:  Well, ma'am, I couldn't

11   tell you if it's our -- if it's our specific company

12   that's calling you.  There's other small companies

13   that -- who sell --

14   DIANA:  It is, I've asked.  They've always said

15   -- did your name used to be Senior Life Support, too?  I

16   think you just changed it in the last month again.

17   UNIDENTIFIED FEMALE:  Yeah, yes, the name was

18   Senior Life Support.  Now it's Senior Lifesavers.

19   DIANA:  Why do you change the name so often?

20   UNIDENTIFIED FEMALE:  Ma'am, I can't answer

21   that question, I really don't know why the name was

22   changed.  I'm just a verifier.

23   DIANA:  Doesn't that bother you?

24   UNIDENTIFIED FEMALE:  In the -- no, ma'am, it

25   doesn't bother me.  I'm just doing my job.  I'm verifying

1 the information that you already gave.  All those

2 questions -- once you got transferred to my department,

3 ma'am, all I was supposed to do was verify your

4 information, the information that you already gave to the

5 representative.  Anything before that, I really -- I

6 really don't know.

7     DIANA:  Yeah, I understand.

8     UNIDENTIFIED FEMALE:  I'm just a verifier,

9 that's it.

10     DIANA:  I just -- I mean, just for my own

11 curiosity, wouldn't it -- wouldn't it -- wouldn't you be

12 curious as to why you work for a company that changes

13 their name every month?  Wouldn't you think that there's

14 something --

15     UNIDENTIFIED FEMALE:  Well, ma'am, I don't work

16 for a company that does that.  That was the only time

17 that's ever happened since I've been here --

18     DIANA:  No, they used to be called Lifewatch.

19     UNIDENTIFIED FEMALE:  No, that's -- I wouldn't

20 know anything about that.  So --

21     DIANA:  You just told me that you were -- you

22 were -- your company --

23     UNIDENTIFIED FEMALE:  No, we're all underneath

24 that -- that branch.  As far as the company (inaudible)

25 here, it would be the Senior Life Support, then it got

8

1    switched to Senior Lifesavers.

2              DIANA:  Well, what's the --

3              UNIDENTIFIED FEMALE:  But anything before that,

4    I wouldn't be able to tell you.

5              DIANA:  What's the head of your company's name?

6              UNIDENTIFIED FEMALE:  Lifewatch.

7              DIANA:  No, the man -- the individual?  What's

8    his name?

9              UNIDENTIFIED FEMALE:  The individual?

10             DIANA:  Is it a man?

11             UNIDENTIFIED FEMALE:  Ma'am, I wouldn't -- I

12    don't -- I wouldn't even know that information, ma'am.

13             DIANA:  The CEO?

14             UNIDENTIFIED FEMALE:  I'm just a verifier.  I

15    wouldn't know that information.  Customer service knows

16    all of that.  I'm just a verifier in the verification

17    department.

18             DIANA:  Oh.  How long have you been working?

19             UNIDENTIFIED FEMALE:  Now, if you go through --

20    how long have I been working here?  About two months,

21    yeah.

22             DIANA:  Have you ever Googled the name

23    "Lifewatch?"

24             UNIDENTIFIED FEMALE:  No, ma'am.

25             DIANA:  You might want to.

9

```
1            UNIDENTIFIED FEMALE:  Okay.

2            DIANA:  Google the name "Lifewatch" and then

3    FTC, that's Federal Trade Commission.

4            UNIDENTIFIED FEMALE:  Okay.

5            DIANA:  All right.  Please don't call me again.

6            UNIDENTIFIED FEMALE:  Yes, ma'am, no problem.

7            DIANA:  Thank you.  Bye-bye.

8            UNIDENTIFIED FEMALE:  You're welcome.  Bye-bye.

9            (The call was concluded.)

10           (The recording was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1             **C E R T I F I C A T I O N    O F    T Y P I S T**

2

3    MATTER NUMBER: ███████ _____

4    CASE TITLE: <u>LIFEWATCH, INC.</u> _____

5    TAPING DATE: <u>OCTOBER 27, 2014</u> _____

6    TRANSCRIPTION DATE: <u>DECEMBER 15, 2014</u> _____

7

8      I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                   DATED:   DECEMBER 15, 2014

14

15                 _____

16                 ELIZABETH M. FARRELL

17

18    **C E R T I F I C A T I O N   O F   P R O O F R E A D E R**

19

20      I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24                 _____

25                 SARA J. VANCE

# Attachment TT

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          

TITLE          LIFEWATCH, INC.

DATE          RECORDED:  OCTOBER 31, 2014
TRANSCRIBED:  FEBRUARY 2, 2015
REVISED:  FEBRUARY 13, 2015

PAGES          1 THROUGH 10

TELEPHONE CONVERSATION WITH UNIDENTIFIED REPRESENTATIVE
AND DIANA MEY

10.31.14 AT 11.34 AM FROM CID 757.644.3695 TO CID 304.███████WAV

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                    PAGE:

5    Telephone Conversation Between

6         Unidentified Representative and Diana May    4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        Lifewatch, Inc.               )   Matter No. ████████

5                                       )

6        -----------------------------)

7                                       December 31, 2014

8

9

10

11            The following transcript was produced from a

12        digital recording provided to For The Record, Inc. on

13        January 23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

1                          P R O C E E D I N G S

2                          -     -     -     -     -

3              TELEPHONE CONVERSATION WITH UNIDENTIFIED

4                  REPRESENTATIVE AND DIANA MEY

5              MS. MEY:  Hello?

6              RECORDED MESSAGE:  Every year, it is estimated

7         that over 30 percent of the senior population

8         accidentally falls.  Many of these falls are serious and

9         require medical attention.  Now, a new program designed

10        to help keep seniors safe and more protected is available

11        for a short time.  Don't become a helpless victim lying

12        on the floor without options.

13              You may qualify to receive a free medical

14        emergency alert system.  To find out if this program is

15        available in your area, press one now.  Press five to be

16        removed, but to feel more protected 24 hours a day, seven

17        days per week, press one now.

18              (Selection entered.)

19              (Brief on-hold music.)

20              RECORDED MESSAGE:  You are currently caller

21        number two waiting to speak with a representative.  Thank

22        you for your patience.

23              (On-hold music.)

24              REPRESENTATIVE:  Hello.  Whom am I speaking

25        with?

5

1        MS. MEY:  This is Diana.

2        REPRESENTATIVE:  How you doing, Diana?

3        MS. MEY:  I'm -- I'm doing good.  How are you?

4        REPRESENTATIVE:  I'm good.  Thanks for asking.

5    You've been selected to receive the medical alert system.

6    Are you familiar with that system?

7        MS. MEY:  Is that the one where the lady falls

8    down and can't get up?

9        REPRESENTATIVE:  That is correct.

10        MS. MEY:  Okay.

11        REPRESENTATIVE:  That's -- now, just to give a

12    little more information about it, but this is the medical

13    alert system. It's like -- it's just like that but this

14    is the medical alert system, which is -- it protects you

15    from fire, burglary, let's say if you get, you know, it's

16    like the commercial, you get -- you fall down and can't

17    get help or just you got some kind of -- any other -- any

18    other kind of medical problem, you press the button, it

19    will connect you directly to the 911 services.  They will

20    send someone out to you immediately.  It's a lightweight

21    device, waterproof, has a range of 1,500 --

22        MS. MEY:  How much does it cost?

23        REPRESENTATIVE:  $29.

24        MS. MEY:  That's not too bad.

25        REPRESENTATIVE:  Okay.  So, are you definitely

6

1          -- you want to sign up for one today?

2                    MS. MEY:  For $29, that sounds good to me.

3                    REPRESENTATIVE:  Okay.  The only thing I will

4     need from you is a credit card or debit, and we can get

5     you signed up today.

6                    MS. MEY:  Okay, let me get my purse.  Hold on.

7                    Do you take MasterCard?

8                    REPRESENTATIVE:  Yes, ma'am.

9                    MS. MEY:  Okay, I have it.

10                   REPRESENTATIVE:  All right.  What's your card

11    number?

12                   MS. MEY:  XXXX.

13                   REPRESENTATIVE:  Mm-hmm.

14                   MS. MEY:  XXXX XXXX XXXX.

15                   REPRESENTATIVE:  Expiration date?

16                   MS. MEY:  Eleven of '15.

17                   REPRESENTATIVE:  All right.  What's your first

18    name?

19                   MS. MEY:  Diana.

20                   REPRESENTATIVE:  All right.  And that's D I A N

21    A, or two Ns?

22                   MS. MEY:  Just one.

23                   REPRESENTATIVE:  All right.  Last name?

24                   MS. MEY:  Mey, M E Y.

25                   REPRESENTATIVE:  Address?

7

1      MS. MEY:  ██████████████

2      REPRESENTATIVE:  ████████,  okay,  ██████.

3      MS. MEY:  Right.

4      REPRESENTATIVE:  Avenue.  Okay.  City?

5      MS. MEY:  Wheeling, West Virginia.

6      REPRESENTATIVE:  Wheeling?  Wheeling, like --

7  okay, spell that for me.

8      MS. MEY:  W H E E L I N G.

9      REPRESENTATIVE:  Okay.  West Virginia, you

10  said?

11      MS. MEY:  Yes.

12      REPRESENTATIVE:  All right.  Zip code?

13      MS. MEY:  ██████

14      REPRESENTATIVE:  And this is your phone number

15  right here, the --

16      MS. MEY:  Yes.

17      REPRESENTATIVE:  -- this 304?  All right.

18      MS. MEY:  What is it?  What did you have?

19      REPRESENTATIVE:  304-██████?

20      MS. MEY:  Yes.  And what's the name of the

21  company again?

22      REPRESENTATIVE:  Senior Life -- Senior Life

23  Savers.

24      MS. MEY:  Okay.  How come --

25      REPRESENTATIVE:  All right --

8

1      MS. MEY:  -- how come there's like on Caller ID
2      there's like a name Lifewatch that comes up?
3             REPRESENTATIVE:  Lifewatch?
4             MS. MEY:  Yeah.
5             REPRESENTATIVE:  That was supposed to change,
6      you know, they're working on it.  You know, I don't know
7      why -- you know, I don't know why, but it eventually
8      will, you know, start saying Senior Life Savers on it.
9             MS. MEY:  Oh, with --
10            REPRESENTATIVE:  I guess they haven't, you
11     know, switched it over yet.
12            MS. MEY:  What, does your company change their
13     name or something?
14            REPRESENTATIVE:  Well, yeah, we -- we got up
15     under new management and whatnot, so they, you know,
16     because, you know, that used to be the name, but now it's
17     Senior Life Savers.
18            MS. MEY:  Okay.
19            REPRESENTATIVE:  Okay.  Let me -- hold on one
20     moment.  I'm going to -- I'm going to get you transferred
21     over to our verification department, okay?
22            MS. MEY:  Okay.
23            REPRESENTATIVE:  All right, hold on one...
24            Okay, you want the necklace or the bracelet?
25            MS. MEY:  The necklace is fine.

9

```
 1                    REPRESENTATIVE:  Okay.  All right, hold on one
 2          moment.
 3                    MS. MEY:  Okay.
 4                    (Long pause.)
 5                    MS. MEY:  Hello?
 6                    Hello?
 7                    (The call was concluded.)
 8                    (The recording was concluded.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

10

## C E R T I F I C A T I O N   O F   T Y P I S T

MATTER NUMBER: █████████ _____

CASE TITLE: LIFEWATCH, INC. _____

TAPING DATE: OCTOBER 31, 2014 _____

TRANSCRIPTION DATE: FEBRUARY 2, 2015 _____

REVISION DATE: FEBRUARY 13, 2015 _____

    I HEREBY CERTIFY that the transcript contained
herein is a full and accurate transcript of the tapes
transcribed by me on the above cause before the FEDERAL
TRADE COMMISSION to the best of my knowledge and belief.


DATED: February 13, 2015

*Sara J. Vance*
_____

SARA J. VANCE

## C E R T I F I C A T I O N   O F   P R O O F R E A D E R

    I HEREBY CERTIFY that I proofread the transcript for
accuracy in spelling, hyphenation, punctuation and
format.

*Elizabeth M Farrell*
_____

ELIZABETH M. FARRELL

# Attachment UU

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO. 

TITLE          LIFEWATCH, INC.

DATE           RECORDED:  OCTOBER 31, 2014
               TRANSCRIBED:  FEBRUARY 2, 2015

PAGES          1 THROUGH 7

TELEPHONE CONVERSATION WITH SHERRY AND DIANA MEY

10.31.14 AT 11.44 AM FROM CID 855.849.1855 TO CID 304.███████WAV

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                                    PAGE:

 5    Telephone Conversation Between

 6         Sherry and Diana May                       4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        Lifewatch, Inc.                )    Matter No. █████

5                                        )

6        ------------------------------)

7                                        October 31, 2014

8

9

10

11            The following transcript was produced from a

12        digital recording provided to For The Record, Inc. on

13        January 23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S
 2                    -    -    -    -    -
 3        TELEPHONE CONVERSATION WITH SHERRY AND DIANA MEY
 4             MS. MEY:  Hello?
 5             SHERRY:  Hi, is this Ms. Diana May?
 6             MS. MEY:  Yes, it is.  Who's this?
 7             SHERRY:  My name is Sherry, and I'm with the
 8        verification department at Senior -- Senior Life Savers.
 9        I'm sorry for keeping you on hold.  Evidently, when they
10        tried to transfer it to the verification department we
11        lost you, and I do apologize for that.
12             MS. MEY:  Okay.
13             SHERRY:  Okay.  Again, my name is Sherry, and
14        today's date is October 31st, 2014.  This line is --
15             MS. MEY:  How come the name Lifewatch shows up
16        on Caller ID?
17             SHERRY:  Lifewatch comes up on Caller ID?
18        Well, it's the Medical Alert Lifewatch.  It's through
19        Senior Life Savers.
20             MS. MEY:  Did you guys change your name?
21             SHERRY:  I -- I don't know if they did.  I'm --
22        I'm in the verification department with Senior Life
23        Savers.  The -- it's probably the name of the button that
24        you're using.
25             MS. MEY:  The button?
```

5

1        SHERRY:  Yes, you're going to get a waterproof

2    necklace that has the button that you push in case of an

3    emergency.

4        MS. MEY:  So, Lifewatch makes the button, is

5    that what you're saying?

6        SHERRY:  Right.

7        MS. MEY:  Oh.

8        SHERRY:  Yes, ma'am.

9        MS. MEY:  Did you used to be called Lifewatch?

10       SHERRY:  I -- I don't -- we may have.  I'm in

11   the verification department.  I'm fairly new --

12       MS. MEY:  How long have -- oh, you're new.

13       SHERRY:  Okay.

14       MS. MEY:  I thought they also used to be called

15   Senior Life Support.

16       SHERRY:  Okay, I think that's a subsidiary of

17   another company.

18       MS. MEY:  But you've heard that name?

19       SHERRY:  I -- I -- I do believe I think I have.

20       MS. MEY:  Hmm.

21       SHERRY:  Excuse me, I'm sorry.  I have a tickle

22   in my throat.

23       MS. MEY:  I do have another question for you.

24   What does it take --

25       SHERRY:  Yes, ma'am.

6

1    MS. MEY:  -- to get off of your calling list,
2    because I've repeatedly asked you guys to stop calling
3    me?
4            SHERRY:  Oh, okay.  Well, I was under the
5    impression that you were signing up.  You gave us a
6    MasterCard number.
7            MS. MEY:  You called me after I told you guys
8    not to call me anymore.  Can you explain why you keep
9    calling people that don't want to be called?
10           SHERRY:  Well, I do apologize for that --
11           MS. MEY:  All right.
12           SHERRY:  -- so this is -- you were just doing
13   this as a hoax or something?  You don't want this system?
14           MS. MEY:  A hoax?  I'm trying to figure out
15   who's calling me illegally.
16           SHERRY:  Oh, okay.  Well, I'm in the
17   verification, ma'am, and your paperwork came up with a
18   MasterCard number, stating that you wanted a -- a
19   necklace --
20           MS. MEY:  Would you please make sure I don't
21   get anymore calls?
22           SHERRY:  Not a problem.  You have a good day.
23           MS. MEY:  Thanks.  You, too.  Bye.
24           **(The call was concluded.)**
25           **(The recording was concluded.)**

7

## C E R T I F I C A T I O N    O F    T Y P I S T

MATTER NUMBER: ████████ _____

CASE TITLE: LIFEWATCH, INC. _____

TAPING DATE: OCTOBER 31, 2014 _____

TRANSCRIPTION DATE: FEBRUARY 2, 2015 _____

    I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:  February 3, 2015

*Sara J. Vance*

_____

SARA J. VANCE

## C E R T I F I C A T I O N    O F    P R O O F R E A D E R

    I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

*Elizabeth M. Farrell*

_____

ELIZABETH M. FARRELL

# Attachment VV

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO. 

TITLE        LIFEWATCH, INC.

DATE        RECORDED: NOVEMBER 6, 2014
TRANSCRIBED: DECEMBER 15, 2014
REVISED: JANUARY 19, 2015

PAGES        1 THROUGH 7

TELEPHONE CONVERSATION BETWEEN HOWARD AND DIANA MEY
11.6.14 at 10.30 am from CID 304.███████to 800.716.1433

2

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4      RECORDING:                         PAGE:

 5      With Howard and Diana Mey              4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:              )

 4     Lifewatch, Inc.               )   Matter No. ███████

 5                                    )

 6     ------------------------------)

 7                              November 6, 2014

 8

 9

10

11          The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     December 10, 2014.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

| 1 | P R O C E E D I N G S |
|---|---|

- - - - -

**TELEPHONE CONVERSATION BETWEEN HOWARD AND DIANA MEY**

4         RECORDING:  Thank you for calling Medical Alarm

5   Systems.  If you know your party's extension, you may

6   dial it at any time.  Please hold for the next available

7   representative.  Thank you.

8         (Brief pause.)

9         HOWARD:  Medical Alarm Systems, this is Howard.

10   Please hold a moment.

11         DIANA MEY:  Thank you.

12         (Brief pause.)

13         HOWARD:  I'm sorry for keeping you waiting.  My

14   name is Howard.  How can I help you?

15         DIANA MEY:  Hi.  My name's Diana Mey.  I got a

16   letter in the mail the other day with your phone number

17   on it.  It said I have a payment overdue and I'm trying

18   to --

19         HOWARD:  Okay.  Let me look -- let me look up

20   the account.  What is the -- there's an unpaid billing

21   cycle number along the top.  It begins with a six.

22         DIANA MEY:  657 --

23         HOWARD:  Mm-hmm.

24         DIANA MEY:  -- 982720.  This says it's from

25   Lifewatch.  I never bought anything from Lifewatch.

5

1    There was a company called Senior Life Support, but --

2    HOWARD: Okay. You do have an account with us

3    for a medical alert device that's in your home. This was

4    set up back on September the 9th and shipped to you USPS.

5    DIANA MEY: But I never did business with

6    Lifewatch. It was a company called Senior Life Support.

7    So, I think you have me confused with someone else.

8    HOWARD: Okay. Do you have -- okay. Diana, we

9    sent you the equipment. It was sent by the United States

10    Postal Service and was delivered to you on September

11    17th.

12    DIANA MEY: But I never talked to anybody from

13    Lifewatch. How could that be?

14    HOWARD: Well (inaudible) because the company

15    you dealt with may have been a telemarketing company that

16    uses their name to get the business and then they forward

17    it to us because we're the ones who process. Now, do you

18    have a medical alert device yourself? It's a white box.

19    DIANA MEY: Well, what was the name of the

20    company?

21    HOWARD: Okay, ma'am, let's confirm the post

22    office delivered a unit to your home. I'm trying to

23    determine --

24    DIANA MEY: Well, I was hoping you could

25    confirm the name of the company that called me because --

6

1          HOWARD:  It was -- we do -- we deal with a

2     number of different --

3          DIANA MEY:  Well, who?

4          HOWARD:  -- telemarketing companies.  Well,

5     it's a full list.  There's Safe Alarm, there's Safeguard,

6     there's Payless, there's Oasis, there's IPS, there's

7     Instinctive, there's Senior Medical Alert, there's

8     Answering Assistance.  So, there are a number of

9     companies.  Now, we have one that's Senior Medical Alert.

10          DIANA MEY:  That's what?

11          HOWARD:  Senior Medical Alert.

12          DIANA MEY:  Well, that isn't even the company

13     that called me.  It was Senior Life Support.

14          HOWARD:  Okay, that may be another company we

15     are no longer dealing with.  I only have the current list

16     in front of me.

17          DIANA MEY:  Well, I think you have me confused

18     with someone else because I never dealt with --

19          HOWARD:  Okay, ma'am --

20          DIANA MEY:  So, thank you.  You have a good

21     day.

22          HOWARD:  -- you have (inaudible) --

23          **(The call was concluded.)**

24          **(The recording was concluded.)**

25

7

1       C E R T I F I C A T I O N   O F   T Y P I S T

2

3       MATTER NUMBER: ████████ _____

4       CASE TITLE: LIFEWATCH, INC. _____

5       TAPING DATE: NOVEMBER 6, 2014 _____

6       TRANSCRIPTION DATE: DECEMBER 15, 2014 _____

7       REVISION DATE: JANUARY 19, 2015 _____

8            I HEREBY CERTIFY that the transcript contained

9       herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  JANUARY 19, 2015

14

15                          _____

16                          ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20           I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24                          _____

25                          SARA J. VANCE

# Attachment WW

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.       

TITLE            LIFEWATCH, INC.

DATE             RECORDED:  NOVEMBER 19, 2014
                 TRANSCRIBED:  DECEMBER 15, 2014
                 REVISED:  JANUARY 19, 2015

PAGES            1 THROUGH 15

TELEPHONE CONVERSATION BETWEEN TANISHA AND DIANA MAY
11.19.14 at 11.41 am from CID 515.207.3384 to 304.

2

1                      FEDERAL TRADE COMMISSION

2                          I N D E X

3

4      RECORDING:                              PAGE:

5      With Tanisha and Diana May                4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Lifewatch, Inc.                )   Matter No. ███████

 5                                   )

 6    ------------------------------)

 7                             November 19, 2014

 8

 9

10

11          The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on

13    December 10, 2014.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | - - - - - |
| 3 | **TELEPHONE CONVERSATION BETWEEN TANISHA AND DIANA MAY** |
| 4 | DIANA MAY: Hello? |
| 5 | RECORDING: Every year, it is estimated that |
| 6 | over 30 percent of the senior population accidentally |
| 7 | falls. Many of these falls are serious and require |
| 8 | medical attention. Now, a new program designed to help |
| 9 | keep seniors safe and more protected is available for a |
| 10 | short time. Don't become a helpless victim lying on the |
| 11 | floor without option. You may qualify to receive a free |
| 12 | medical emergency alert system. To find out if this |
| 13 | program is available in your area, press one now. Press |
| 14 | five to be removed. But to feel more protected 24 hours |
| 15 | a day, 7 days per week, press one now. |
| 16 | (Number pressed.) |
| 17 | RECORDING: You are currently caller number 12 |
| 18 | waiting to speak with a representative. Thank you for |
| 19 | your patience. |
| 20 | DIANA MAY: Twelve. |
| 21 | (On hold.) |
| 22 | RECORDING: You are currently caller number |
| 23 | seven waiting to speak with a representative. Thank you |
| 24 | for your patience. |
| 25 | (On hold.) |

5

1           RECORDING:  You are currently caller number

2      four waiting to speak with a representative.  Thank you

3      for your patience.

4           (On hold.)

5           TANISHA:  Hello.

6           DIANA MAY:  Hello.

7           TANISHA:  Hi, did you press one to hear more

8      about the medical alert system?

9           DIANA MAY:  Yes, I did.

10         TANISHA:  Okay.  Well, my name is Tanisha.  My

11     agent number is 107.  May I ask who's speaking?

12         DIANA MAY:  This is Diana.

13         TANISHA:  Okay.  In case we get disconnected,

14     is this the best phone number to reach you back on?

15         DIANA MAY:  What number did you dial?

16         TANISHA:  (304) ████.

17         DIANA MAY:  Yes.

18         TANISHA:  Okay, ma'am.  Well, I am contacting

19     you today from our Senior Life Saver assistance program

20     and you have been selected to receive a medical alert

21     system.  Now, are you familiar --

22         DIANA MAY:  How much does it cost?

23         TANISHA:  Okay.  Well, just give me just a

24     moment so that I can give you the information so you'll

25     understand the entire package --

6

1          DIANA MAY:  Oh, okay.

2          TANISHA:  -- and how our system works, okay?

3          DIANA MAY:  I'm sorry.

4          TANISHA:  Okay.  Now, ma'am -- it's fine.  I

5     can answer any questions that you have at the end, okay?

6          DIANA MAY:  Okay.

7          TANISHA:  Okay.  Now, we have the same system

8     as seen on TV and it works very simple.  If you have a

9     medical emergency, a fire, burglary, or even something as

10    simple as a fall that you have difficulty getting up

11    from, you simply push the button on the lightweight

12    waterproof necklace or bracelet and speak hands-free from

13    anywhere in your home to allow a certified emergency

14    medical technician.  They will evaluate your situation,

15    immediately get you the help you need, notify family or

16    911 and comfort you until help arrives.  Your alert

17    button works from anywhere in the home and it even works

18    outside of your home.  It has a 1,500 foot range, which

19    is over a quarter of a mile.

20          Now, ma'am, this device will give you the peace

21    of mind that you need, allow you to feel safe and make

22    sure that you never feel alone in case of an emergency.

23    Our device is trusted by thousands of hospitals and more

24    than 65,000 health care professionals.  Our device has

25    been helping save the lives of America's senior citizens

7

1    for over 35 years.

2            Now, ma'am, your medical alert system package

3    is going to include a medical alert base station with a

4    loudspeaker and a very sensitive microphone, a waterproof

5    wrist or necklace button, free shipping and free

6    activation.  Also included is an away-from-home

7    protection card, and that gives emergency personnel 24-

8    hour a day, 7-day a week access to your important medical

9    information.

10           And last, but not least, you will receive a $50

11   gift card from Restaurant.com that can be used at over

12   50,000 restaurants nationwide.  Ma'am, each month you

13   stay our customer, you'll receive a new $50 gift card in

14   the mail that you can share with friends and family.

15           Now, ma'am, the system is at no cost for the

16   use of the equipment.  The shipping is also free.

17   Normally, all of this would cost over $400, but today you

18   pay absolutely nothing for the use of the system.  The

19   only thing you would be responsible for is the emergency

20   medical monitoring of just $1 a day for each month.

21           Now, there are absolutely no contracts.  You

22   can cancel at any time with no cancellation fees.

23   Everything else is completely free.  Okay?

24           DIANA MAY:  Okay.

25           TANISHA:  Did I answer your question for you?

8

1           DIANA MAY:  Yes.  Is it -- I do have a

2    question.  Is it -- who does the monitoring?  What's the

3    company?

4           TANISHA:  Well, the monitoring -- well, that's

5    the emergency -- the emergency medical technicians.

6    They're your local emergency medical technicians for

7    wherever you live at, you know, and they're linked to the

8    hospital, of course.  And that is who does the

9    monitoring.

10          DIANA MAY:  So, there's not a company that

11   would be listening to me all the time?  It's just when I

12   press the button.

13         TANISHA:  Yes, ma'am.

14         DIANA MAY:  Okay.

15         TANISHA:  Yes.  When you press the button,

16   you're going to be able to speak to a live certified

17   EMT --

18         DIANA MAY:  Where are they located?

19         TANISHA:  -- and from there, they're going

20   to --

21         DIANA MAY:  The certified EM --

22         TANISHA:  Well, they are located -- they're

23   located wherever -- wherever you are, the nearest EMT

24   service that are near you, that's where -- that's who's

25   going to monitor your system and, you know, make sure

9

1      that you're safe 24 hours a day, 7 days a week.

2             DIANA MAY:  So, the system --

3             TANISHA:  Okay?

4             DIANA MAY:  -- basically just dials 911, right?

5             TANISHA:  Yes, when you push the button, it

6      dials 911 and you speak with the EMTs and --

7             DIANA MAY:  I see.

8             TANISHA:  -- you know, they decide the priority

9      of your situation and from there, they will decide who

10     they will ship out, maybe the ambulance with the police

11     or whatever the cause may be.

12           DIANA MAY:  I see.

13           TANISHA:  That's how -- you know, okay?  Now,

14     are we doing today as agreeing to try the system out for

15     one month?  Now, like I mentioned before, if you decide

16     to cancel, you can do that at any time and there are no

17     cancellation fees nor any contracts.  You also get to

18     keep that $50 gift card that we're going to ship you out,

19     okay?

20           DIANA MAY:  Okay.

21           TANISHA:  Okay.  Now, ma'am, would you like to

22     try our system out for at least one month?

23           DIANA MAY:  I think so.

24           TANISHA:  Okay.  That's wonderful.  So, what

25     address would you like your system to be shipped to?

10

1          DIANA MAY: ███████████████████.

2          TANISHA: ██████████████████?

3          DIANA MAY:  Yes.

4          TANISHA:  Okay.  And what is your name to make

5  sure I have it correct here, ma'am?

6          DIANA MAY:  It's Diana.

7          TANISHA:  Diana.  Is it D-I-A-N-N-A?

8          DIANA MAY:  Just one N.

9          TANISHA:  Oh, just one N.

10         DIANA MAY:  Uh-huh.

11         TANISHA:  Okay.  What's your last name, ma'am?

12         DIANA MAY:  What do you have it down there as?

13         TANISHA:  Well, I don't -- I don't have

14  anything here.  I just have your phone number.

15         DIANA MAY:  Oh, I thought you said you had my

16  information and that's how you knew to call me.

17         TANISHA:  Oh, you did tell me Diana.  You told

18  me Diana, but I didn't know if I had it spelled

19  correctly.

20         DIANA MAY:  Oh, yes, you did.  It's May.

21         TANISHA:  M-A-Y.

22         DIANA MAY:  Yes.

23         TANISHA:  Okay, okay, wonderful.  And what is

24  the city and state, ma'am?

25         DIANA MAY:  Wheeling, West Virginia.

11

1          TANISHA:  Can you spell it?  Can you spell the

2    city, please?

3          DIANA MAY:  W-H-E-E-L-I-N-G.

4          TANISHA:  Oh, Wheeling.

5          DIANA MAY:  Mm-hmm.

6          TANISHA:  West Virginia.  And what's the zip

7    code there?

8          DIANA MAY:  ██████.

9          TANISHA:  ██████, okay, that's wonderful.  Now,

10   ma'am, would you like a medical alert necklace or

11   bracelet?

12         DIANA MAY:  A necklace.

13         TANISHA:  Necklace, okay.  Now, for the monthly

14   emergency medical monitoring --

15         DIANA MAY:  And the system is free you say?

16         TANISHA:  Yes, the system is free.  All you

17   have to pay for is your monitoring.

18         DIANA MAY:  Okay, all right.

19         TANISHA:  Okay.  Now, how would you like to

20   secure that payment today?

21         DIANA MAY:  Well, I have a Mastercard.  Is that

22   good enough?

23         TANISHA:  Okay.  Well, yes, we have merchants

24   with Mastercard, Visa, American Express and Discover.

25         DIANA MAY:  Okay.

1          TANISHA:  So, whenever you're -- whenever

2     you're ready, go ahead and grab your card and I'll get

3     some information here, okay?

4          DIANA MAY:  All right.  It's XXXX.

5          TANISHA:  XXXX.

6          DIANA MAY:  XXXX.

7          TANISHA:  Okay.

8          DIANA MAY:  XXXX.

9          TANISHA:  Okay.

10         DIANA MAY:  XXXX.

11         TANISHA:  Okay.  Now, ma'am, the expiration

12    date?

13         DIANA MAY:  November 2017.

14         TANISHA:  Okay.  So, 11/17.  Okay, wonderful.

15    And you want the necklace.  That's the basic system.

16    Now, remember, that is -- did I tell you $29.95 for the

17    monitoring?

18         DIANA MAY:  $29.99 and it dials 911, okay.

19         TANISHA:  Yes, ma'am.  Okay.  And I'm also

20    going to give you that restaurant gift card that I

21    mentioned earlier.  And you're going to get that card

22    each month you stay our customer, okay?

23         DIANA MAY:  Well, couldn't I just dial 911 if I

24    had a problem?

25         TANISHA:  Well, I mean, you could, but, you

1     know, maybe you can't get to the phone and maybe there's

2     a fire or burglary and some way you may not be able to

3     get to the phone or -- you know, the priority of the

4     situation.  That's what the system is designed for.

5     Okay?

6              DIANA MAY:  So, the button dials 911?

7              TANISHA:  The button dials the -- they dial the

8     EMT service first and you speak with them and let them

9     know the priority of your situation is.  From there, they

10    will decide who will be shipped out.  Now, if you just

11    happen to press the button by accident or if you decide

12    to press the button and, you know, you can't speak,

13    they're automatically going to send someone out just to

14    make sure that you're okay.  Okay?

15            DIANA MAY:  Okay.

16            TANISHA:  Okay.  Now, ma'am, I just have some

17    information here --

18            DIANA MAY:  And what's your company name again?

19            TANISHA:  We are Senior Life Saver.  We're an

20    assistance program out of Lynbrook, New York.

21            DIANA MAY:  Okay.

22            TANISHA:  Okay.  Now, I have some information

23    to fill out here.  Just give me one moment, okay?

24            DIANA MAY:  All right.

25            TANISHA:  Okay.

14

1     DIANA MAY: Can I ask you a question?

2     TANISHA: Yes, ma'am.

3     DIANA MAY: How come the name Lifewatch shows

4 up on caller ID if you're Senior Life something? What

5 did you say, Senior Life --

6     TANISHA: Well, we just changed out -- we just

7 recently changed our company name and it's probably not

8 updated yet in the database.

9     DIANA MAY: Oh, you used to be called

10 Lifewatch?

11     TANISHA: Yes, ma'am.

12     DIANA MAY: Okay.

13     TANISHA: Okay. Now, your phone number I have

14 here is (304) &#9608;&#9608;&#9608;&#9608;, is that the correct number?

15     DIANA MAY: Right.

16     TANISHA: Okay, wonderful. Now, ma'am,

17 great --

18     DIANA MAY: I changed my mind. I don't want

19 your system. I know Lifewatch is a bad company. Thank

20 you, bye.

21     TANISHA: Okay. Well, just --

22     **(The call was concluded.)**

23     **(The recording was concluded.)**

24

25

15

1 **C E R T I F I C A T I O N   O F   T Y P I S T**

2

3 MATTER NUMBER: ██████████

4 CASE TITLE: LIFEWATCH, INC.

5 TAPING DATE: NOVEMBER 19, 2014

6 TRANSCRIPTION DATE: DECEMBER 15, 2014

7 REVISION DATE: JANUARY 19, 2015

8     I HEREBY CERTIFY that the transcript contained

9 herein is a full and accurate transcript of the tapes

10 transcribed by me on the above cause before the FEDERAL

11 TRADE COMMISSION to the best of my knowledge and belief.

12

13                 DATED: JANUARY 19, 2015

14

15                 _____

16                 ELIZABETH M. FARRELL

17

18 **C E R T I F I C A T I O N   O F   P R O O F R E A D E R**

19

20     I HEREBY CERTIFY that I proofread the transcript for

21 accuracy in spelling, hyphenation, punctuation and

22 format.

23

24                 _____

25                 SARA J. VANCE

# Attachment XX

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.         

TITLE              LIFEWATCH, INC.

DATE               RECORDED:   NOVEMBER 19, 2014
                   TRANSCRIBED:  DECEMBER 15, 2014
                   REVISED:  JANUARY 19, 2015

PAGES              1 THROUGH 31


TELEPHONE CONVERSATION WITH MICHAEL, JASON AND DIANA
11.19.14 at 11.53 am from CID 352.535.8784 to 304.███████

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    With Michael, Jason and Diana             4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       Lifewatch, Inc.                )    Matter No. ███████

5                                       )

6       ------------------------------)

7                                November 19, 2014

8

9

10

11            The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     December 10, 2014.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                  P R O C E E D I N G S
 2                  -    -    -    -    -
 3        TELEPHONE CONVERSATION MICHAEL, JASON AND DIANA
 4              DIANA:  Hello.
 5              UNIDENTIFIED FEMALE:  Well, ma'am, just -- we
 6     have your information here.  Would you like to speak with
 7     one of my managers?
 8              DIANA:  Sure.
 9              UNIDENTIFIED FEMALE:  I'm sorry about the
10     inconvenience.  Okay?  Just one moment, okay?
11              DIANA:  Okay.
12              (Brief pause.)
13              MICHAEL:  Hello.
14              DIANA:  Hello.
15              MICHAEL:  Hi, my name is Michael.  I'm one of
16     the managers here on the floor.  How are you?
17              DIANA:  Oh, I'm good, Michael.  How are you?
18              MICHAEL:  I'm doing great.  I actually used to
19     -- I'm looking at your -- everything into the system, I
20     actually used to live in Beckley, West Virginia for a
21     while.
22              DIANA:  Really?
23              MICHAEL:  Yes, ma'am.
24              DIANA:  That's on the other end of the state.
25              MICHAEL:  Yeah, it is.  And I know where
```

5

1      Wheeling is.  That's up north, correct?

2             DIANA:  Yes, it is.

3             MICHAEL:  All right.  Well, ma'am, it's my

4      understanding you had a bad experience with Lifewatch,

5      correct?

6             DIANA:  Yes.

7             MICHAEL:  Well, the best thing about it,

8      though, we're not a part of -- we're not affiliated with

9      Lifewatch at all.  Okay?  We're our own company.

10            DIANA:  Well, that's not what your

11     representative said.  She said that you just changed your

12     name.

13            MICHAEL:  No, we did not.  Lifewatch is still

14     in existence, okay?  I don't know the information that

15     she did say, but we are not affiliated with Lifewatch

16     whatsoever.  They're their own company.  That's our

17     competitor company.  So --

18            DIANA:  I don't think you're telling me the

19     truth there.

20            MICHAEL:  Ma'am, I really am telling you the

21     truth.  We've actually been in existence since 1977,

22     okay?  Like I said, I mean, I don't know -- like what

23     came up to make you think that we were Lifewatch?

24            DIANA:  The name came up on caller ID.

25            MICHAEL:  Well, we are definitely not

6

1      Lifewatch, okay?  I promise you that, I guarantee that.

2      We are not affiliated with that company whatsoever.  I

3      don't understand why it came up Lifewatch.

4            DIANA:  Well, when you guys have called me

5      before for Senior Life Savers, they've told me that they

6      are Lifewatch.  They just changed their name.

7            MICHAEL:  They told you that we're Lifewatch?

8            DIANA:  Yes.

9            MICHAEL:  Because we are not -- we are not

10     Lifewatch whatsoever.

11           DIANA:  Well, you have the same address as

12     Lifewatch.

13           MICHAEL:  We don't have any aff --

14           DIANA:  Lynbrook, New York.

15           MICHAEL:  Well, our headquarters are out of

16     Lynbrook, New York.  Just like Medical Alert, they're

17     there.  Like majority of the companies lie within the

18     Lynbrook, New York area.  Now, the reason being --

19           DIANA:  How long have you worked for the

20     company?

21           MICHAEL:  How long have I worked here?

22           DIANA:  Mm-hmm.

23           MICHAEL:  I've been here five years --

24           DIANA:  Mmm.  And you --

25           MICHAEL:  -- for the company.

7

1              DIANA:  And you never worked for Lifewatch?

2              MICHAEL:  No, ma'am, I do not -- I'm not

3      affiliated with them.  I --

4              DIANA:  I said have you ever worked for

5      Lifewatch?

6              MICHAEL:  No, ma'am, I have never worked for

7      Lifewatch, no, ma'am.

8              DIANA:  Mm-hmm.

9              MICHAEL:  We're not affiliated with that

10     company whatsoever.  I just don't understand why it says

11     that on the caller ID.  But what I will do --

12             DIANA:  I don't believe you.

13             MICHAEL:  I mean, I'm telling you the truth.

14     We are definitely not Lifewatch.  When you get your

15     system, it's not going to say Lifewatch on it.

16             DIANA:  Unfortunately, I already got one of

17     your systems --

18             MICHAEL:  It's going to say Senior Life Savers.

19             DIANA:  -- and it does say Lifewatch on it.

20             MICHAEL:  You already own one of our systems?

21             DIANA:  I ordered your system a month or so ago

22     from these same calls and they do say Lifewatch on them.

23             MICHAEL:  Oh, wow.  Well, here's the thing, if

24     you did order it from our company, what I'm trying to

25     tell you is we're not affiliated with that company

8

```
 1    whatsoever.

 2                DIANA:  Well, you sent me a system that has the

 3    Lifewatch -- it came with all the paperwork, all the

 4    letterhead said Lifewatch.

 5                MICHAEL:  Right.

 6                DIANA:  The sticker on the device --

 7                MICHAEL:  Okay.  Cool --

 8                DIANA:  -- says Lifewatch.  I can text you a

 9    picture of the system if you want.

10                MICHAEL:  Okay.  Well, what I'll do, okay, this

11    is what I'm going to do, one of our regional managers is

12    in today, so what I'll have him do is I'll have him speak

13    to you, okay?

14                DIANA:  What's the --

15                MICHAEL:  And then you can actually explain to

16    him --

17                DIANA:  Okay, so you're --

18                MICHAEL:  -- everything that's gone on.

19                DIANA:  Where are you based at?  You're based

20    in New York, right?

21                MICHAEL:  No, we have call centers all across

22    the United States.  One of the call centers is in

23    Orlando, Florida.  There's where we're calling out of

24    right now.

25                DIANA:  Okay.  So, where's the corporate
```

9

1    headquarters for Senior Life Savers?

2              MICHAEL:  The corporate headquarters -- the

3    corporate headquarters are in Lynbrook, New York.

4              DIANA:  Okay.

5              MICHAEL:  There's a bunch of -- there's a bunch

6    of companies that reside in Lynbrook, New York that do

7    medical alert systems.

8              DIANA:  So, if I look up your company name,

9    Senior Life Savers, with the New York Department of -- or

10   the Secretary of State, because every business in New

11   York is required to be registered with the Secretary of

12   State, then I should find Senior Life Savers, right?

13             MICHAEL:  Yes, we're called Senior Life Savers,

14   correct.

15             DIANA:  Have you ever done a search yourself?

16   Because I just did it again and there is no such company

17   by the name of Senior Life Savers registered to do

18   business in the State of New York.

19             MICHAEL:  Well, we are Senior Life Savers and

20   we've been in existence since 1977.  Are you sure -- like

21   what search are you under?

22             DIANA:  I'm under the New York Department of

23   State Division of Corporations, State Records and UCC,

24   business entity name search.  Senior Life Savers, right?

25   S-A-V-E-R-S.  There is no company by that name.

10

1          MICHAEL:  Well, what I'll do for you is I
2     actually can prove that we are a legitimate company.  I
3     mean, we've been in business since 1977, so that's over
4     35 years.
5          DIANA:  A legitimate company registers with
6     the Secretary of State in the corporate -- in the state
7     in which they have their corporate offices.  Maybe
8     they're --
9          JASON:  Hello?
10         DIANA:  Yeah, I'm here.
11         JASON:  Yes, hi, my name is Jason.  I'm one of
12    the regional managers.  Michael, my floor manager, just
13    called me over to speak with you.
14         DIANA:  Yeah.
15         JASON:  I see here that we have everything
16    pretty much all set and ready for you, Diana.  You're ████
17    ███████████████████, Wheeling, West Virginia, ████.  We
18    have your number here.  I see you're using your
19    Mastercard ending in ████.  You have our basic system.
20    Actually -- he actually even reduced the price for you to
21    $29.95.  You have the $50 restaurant gift card and you're
22    getting the necklace.
23         DIANA:  What kind of partnership do you have
24    with Restaurants.com that you are able to -- do you have
25    a partnership with them or how does that work?

1      JASON:  No, they provide those to us as a

2   benefit.  You figure they steadily supply us with those

3   because even though they are donating roughly an eighth

4   of a cent on the dollar they make in their revenue, they

5   provide us these $50 gift cards to provide to our clients

6   and then that way -- I mean, they're getting the money

7   right back.  It's going to encourage you to go try new

8   restaurants, frequent the restaurants you already go to

9   more often, maybe bring a friend or you order a dessert.

10   Either way, they provide those to us --

11      DIANA:  So, you have a partnership with

12   Restaurants.com of some sort.

13      JASON:  Well, we don't have a partnership with

14   them, no.  They supply us with these.  Sometimes actually

15   we even cooperate with grocery stores.  Sometimes we have

16   grocery store coupons and discounts that we're able to

17   pass out.  And --

18      DIANA:  Okay.  What's your company's name then?

19      JASON:  What's that?

20      DIANA:  What is the company's name that

21   you're --

22      JASON:  Senior Life Savers.

23      DIANA:  Okay.  And your corporate office is in

24   New York?

25      JASON:  Lynbrook, New York, L-Y-N-N -- Brook,

12

1    B-R-O-O-K, New York.

2            DIANA:  Well, why is Senior Life Savers not

3    registered with the New York Secretary of State to do

4    business in the State of New York?

5            JASON:  We're registered to do business all

6    over the entire United States, as well as Canada.  That's

7    what our --

8            DIANA:  You're not currently registered with

9    the State of New York unless maybe -- are you registered

10   under another name like Lifewatch maybe?

11           JASON:  Well, no, we're not.  We are Senior

12   Life Savers and I would have -- I don't know why it's not

13   coming up that we're not registered with the State of New

14   York because we're registered in every state in the U.S.,

15   as well as Canada.

16           DIANA:  Well, the girl that initially called

17   me --

18           JASON:  That's why our GPS system --

19           DIANA:  -- told me that you guys just changed

20   your name from Lifewatch to Senior Life Savers.

21           JASON:  Yes.  Well, I just came into the

22   building so I'm just now getting (inaudible) --

23           DIANA:  Is that true?  Were you used to be

24   called Lifewatch?

25           JASON:  Previously, yes.

1          DIANA:  Now, this -- your other manager just

2      jumped all over the place, swore up and down and told me

3      you were never called Lifewatch.  Now, Lifewatch is

4      registered with the Secretary of State of New York.

5          JASON:  Yes.  On the package that you receive

6      with your medical alert system, it's going to say

7      Lifewatch on it.  That's what our medical alert system is

8      registered under.  We just changed --

9          DIANA:  He told me you were a competitor with

10     Lifewatch.

11         JASON:  -- the company name.  The company name

12     became Senior Life Savers.

13         DIANA:  Well, he just told me Lifewatch was

14     your competitor.

15         JASON:  And that's why --

16         DIANA:  That my equipment should say Senior

17     Life Savers.  You guys can't keep your (inaudible).

18         JASON:  I'm going to have a -- I'm going to

19     have a good stern talk with Michael.

20         DIANA:  I bet you are.

21         JASON:  I'm above him.

22         DIANA:  You got to get him -- you've got to get

23     him online with the story that you guys put out every

24     time you call.

25         JASON:  Well, it's not a story.  That's why

14

1      (inaudible) --

2                DIANA:  The fairytale that you guys tell.

3                JASON:  -- the exact conversation is something

4      that should never be --

5                DIANA:  You guys can't even keep the story

6      straight.  You guys are hilarious.  You can't even keep

7      your story straight between managers.

8                JASON:  (Inaudible) the story straight.  I'm

9      one of the regional managers and I'm not in the office

10     very often.  So, I just happened to come in here and he

11     called me over to speak with you, which I usually don't

12     even have to get on the phone and --

13               DIANA:  Aren't you glad you got to talk to me

14     today?

15               JASON:  What's that?

16               DIANA:  Aren't you glad you got to talk to me

17     today?

18               JASON:  Yeah, because now I know that I'm going

19     to have a severe reprimand for Michael --

20               DIANA:  Why?

21               JASON:  -- if not worse because, apparently --

22               DIANA:  He's spewing the storyline.

23               JASON:  -- he just completely killed your

24     confidence in our company and that's something that is

25     not allowable.

15

1       DIANA:  Trust me, trust me --

2       JASON:  We spread --

3       DIANA:  -- my confidence was killed for your

4       company long before I talked to him.  I bought your

5       system last month when you guys swore that you were

6       Senior Life Savers and it came with all your logos of

7       Lifewatch on it.

8       JASON:  That's why I informed you that that's

9       what it's going to come as.

10      DIANA:  Well, he swore it wasn't.

11      JASON:  That was the first thing I said.

12      DIANA:  I had -- would you be surprised --

13      JASON:  One of the first things I told you was

14      it is (inaudible).

15      DIANA:  -- to know that you've called this same

16      number dozens and dozens of times and I have asked you

17      not to call me back, that my number is on the Do Not Call

18      Registry and I have repeatedly asked not to be called?

19      JASON:  So --

20      DIANA:  Would that surprise you to find that

21      out?  Probably not.

22      JASON:  No, no.  You want honesty?  (Inaudible)

23      no, that's not surprising.  But --

24      DIANA:  Who's -- what's the --

25      JASON:  -- (inaudible) --

16

1           DIANA:  -- (inaudible) owner of the company

2    these days?  Is it still Evan Sirlin?

3           JASON:  No, that name is not familiar to me

4    and --

5           DIANA:  Who owns the company then?

6           JASON:  Evan Sterling?  Well, I'm not privy to

7    give out --

8           DIANA:  I bet you're not.  But that is supposed

9    to be information if you're registered with the Secretary

10   of State.  Let's see if the -- no, he's still listed --

11   Evan Sirlin is listed as the CEO on the New York

12   Secretary of State's website.

13          JASON:  Hmm.

14          DIANA:  Merrick Road, Lynbrook, New York.

15          JASON:  Yes.

16          DIANA:  Yeah, he's listed still as the CEO.

17          JASON:  Well, all righty then.

18          DIANA:  How long have you been with the

19   company?

20          JASON:  Well, Diane -- well, Diana, I can tell

21   you it seems to me like you are not interested in -- I

22   mean, it seems --

23          DIANA:  What gave you a clue?

24          JASON:  What is your angle?

25          DIANA:  What gave you a clue?

1               JASON:  As soon as I got on the phone.

2               DIANA:  Listen --

3               JASON:  Normally, I get these in a memo or an

4       email and I just happened to -- he just waved me over and

5       I hopped on the phone.

6               DIANA:  It was your lucky day today, wasn't it?

7               JASON:  I tell you what.  So, all right.  So,

8       your main goal here is to be removed --

9               DIANA:  Have you ever Googled Lifewatch?

10              JASON:  -- from our --

11              DIANA:  Have you ever Googled Lifewatch --

12              JASON:  -- call registry so that you're no

13      longer --

14              DIANA:  -- and the F -- Federal Trade

15      Commission?

16              JASON:  Honestly, no.

17              DIANA:  You should.

18              JASON:  No, I haven't.

19              DIANA:  You should.  There's an action pending

20      against Lifewatch.  It's all over the Internet.

21              JASON:  Hmm, well, all right.  I'm going to

22      actually -- when I get off the phone with you, I am going

23      to go Google it and see what I can find out because

24      that's -- all right.

25              DIANA:  You might want to look for another job.

18

1           JASON:  When I get done with this phone call --

2      I am very, very glad (inaudible) that I got on this phone

3      call.  And you, you're -- go in my office now.

4           DIANA:  He did nothing.  He did nothing.  He

5      spewed the story line that he's supposed to that I'm sure

6      he's been told.

7           JASON:  No, I just -- yeah, when I get off the

8      phone with you, he better be sitting in my office.  So,

9      all right.

10         DIANA:  He didn't do anything, bud.  He's not

11     guilty of anything but spewing the story line.

12         JASON:  (Inaudible) but apparently not doing

13     his job correctly, yes.

14         DIANA:  He did his job just fine.  He did his

15     job just fine.  I'm telling you, I've talked to dozens

16     and dozens of your employees and they all spew the same

17     story line.  So, somewhere along the line, somebody is

18     telling them to lie about who Senior Life Savers really

19     is.  So, don't take it out on that guy, he did what he

20     was probably told to do.

21         JASON:  Well, being a regional manager, they do

22     kind of what I dictate amongst the other CEOs here.  So,

23     mind you, we are --

24         DIANA:  You're in Florida, right?

25         JASON:  -- a huge corporation -- yes.  This is

19

1    one of our subsidiaries.  That's why I happened to come

2    down here.

3              DIANA:  Well, you --

4              JASON:  We have companies all across the U.S.

5    and Canada and I have to travel to all of them frequently

6    throughout the year.

7              DIANA:  Yeah, my husband travels all over for

8    his company, too.  I'm just curious, the call centers

9    that you make the calls from, are they actual -- are they

10   a second company or are they still --

11             JASON:  No, no, they're still under our label,

12   they're still under our everything.

13             DIANA:  And how many do you have --

14             JASON:  Senior Life Savers.

15             DIANA:  -- throughout the country?

16             JASON:  We have -- throughout the United

17   States, we have 17, and in Canada, we have 4.

18             DIANA:  Really?  So, it's actually a pretty big

19   operation.

20             JASON:  Yes, ma'am, our main head corporation

21   is out of Lynbrook, New York, and then all of our

22   subsidiaries and minor affiliations are throughout the 17

23   throughout the U.S. and the 4 in Canada.

24             DIANA:  About how many people in a call center?

25             JASON:  Well, on this floor here we have almost

20

1   70.

2           DIANA:  Really?

3           JASON:  And they range anywhere 20 to 100.  It

4   varies, you know.  It is not a job cut out for everybody.

5           DIANA:  Right.

6           JASON:  So, the people that are really good

7   people people and are able to communicate over the phone

8   well with others, they make it and they stay for a long

9   time.  That's why you get moved up.

10          DIANA:  Well, who --

11          JASON:  Or the people that can't cut it, well,

12  they leave.

13          DIANA:  Yeah.  Well, who makes the initial

14  outbound call?  Is that your call center as well or is

15  that another party?

16          JASON:  No, that's a main PBX server that

17  generates the call.  They are numbers that are provided

18  to us for people that are actually interested.  Now,

19  people that aren't interested, we remove their numbers

20  off of that and then we cycle through the next set of --

21  mind you, throughout the whole U.S. and Canada, there's

22  millions of numbers.

23          DIANA:  Right.

24          JASON:  We cycled through around 10,000 a day.

25          DIANA:  But I'm curious.  That initial

21

1     prerecorded call that you get that's sent out, who sends

2     that out?

3              JASON:  That was made a long time ago and we

4     update it as need be.  It hasn't been updated in quite a

5     while.  But --

6              DIANA:  No, I mean today.  Like the first call

7     I got is a prerecorded message that says, you know --

8              JASON:  Ah, seniors welcome, you are available

9     to receive our medical alert system at no cost.

10             DIANA:  Right.

11             JASON:  Press one, press five, yada, yada.

12             DIANA:  Who sends that out?

13             JASON:  What's that?

14             DIANA:  Where does that start at?  Does that --

15             JASON:  That's off the computer.

16             DIANA:  Where is the computer located, in your

17    call center right there?

18             JASON:  Not here, no.  Out of Lynbrook.

19             DIANA:  So, the call's actually -- that initial

20    prerecorded message is generated out of Lynbrook.  Do you

21    have any idea where they get those leads from?

22             JASON:  Right.

23             DIANA:  Do they buy them from somebody or how

24    does that work?

25             JASON:  Well, I'm not going to give away all

22

1    the company's secrets.

2              DIANA:  No, I mean, just generally, is it a

3    (inaudible)?

4              JASON:  No, they -- generally, yes.  They're

5    either bought or they're provided to us by other

6    companies that know -- obviously, we only contact

7    generally senior communities or persons that have medical

8    or physical ailments that may be interested in our

9    system.  We don't call people that are going to have

10   absolutely no interest whatsoever in our equipment

11   because that's just a waste of time and money.

12             DIANA:  But you realize --

13             JASON:  So, we generally do contact --

14             DIANA:  -- that you're doing that, right,

15   because there's a bazillion complaints about your calls

16   on the Internet from people that get them and that have

17   no desire or need.  You realize that's happening.

18             JASON:  And that's why we removed them.  That's

19   why we have a do not call registry that every caller that

20   we speak with that does not wish to be called again, we

21   do take their number out of the system and they are

22   removed.

23             DIANA:  Seriously, that's not happening.  You

24   realize that, don't you?  Because I'm not --

25             JASON:  Yes, I do.

23

1          DIANA:  -- exaggerating with you when I tell

2      you --

3          JASON:  Believe me, I've gotten enough emails

4      and memos about people being called days and days and

5      days and days and days and days and days and days and

6      days and days in a row.

7          DIANA:  Well (inaudible) what's happening.

8          JASON:  So, and that's making us look bad

9      because that's not happening.  So, we are doing the best

10     we can to make sure these persons are not called again

11     because I have had, once again, too many emails, too many

12     memos and too much baloney --

13         DIANA:  I bet.

14         JASON:  Yeah.

15         DIANA:  Yeah, I can understand your

16     frustration.  But let me ask one other question.  When

17     the call -- say I get the prerecorded call and I push one

18     to find out who it is, that call from -- that Lynbrook

19     call is then -- what is it, transferred to your call

20     center?  Is that how it works?

21         JASON:  Yeah, it filters out the calls.  If you

22     receive the call and you press one, that -- when you

23     press one, it's going to go to one of our call centers.

24         DIANA:  Okay.

25         JASON:  One of the 17 in the U.S. or one of the

1    4 in Canada.  It will go to one of those phones in one of

2    those call centers.  But mind you, there's thousands of

3    calls being made and sent out at once because it's all

4    ran off a server.  So, that server goes out, makes those

5    calls, you answer, you hit five to be removed, you hit

6    one to speak with a representative.  When you hit one,

7    you're transferred then to one of those centers to one of

8    the representatives in those centers.

9         DIANA:  So, where does the package actually get

10   sent out of, Lynbrook, the --

11        JASON:  Lynbrook, New York, our main

12   corporation, yes, ma'am.  That's where all of our -- we

13   have four floors of EMTs there.  That's where our quality

14   control center is, that's where our customer service

15   center is.  There's where --

16        DIANA:  You have EMTs?  So, the EMT, when I

17   press the button actually goes to an EMT?  You guys

18   monitor?

19        JASON:  Yes, correct.

20        DIANA:  So, it's not like pressing -- when I

21   press a button, it dials my local 911.  It actually

22   dials --

23        JASON:  No.  And it goes right through to one

24   of our EMTs in Lynbrook, New York, and upon you pressing

25   that alert button, that EMT will answer the phone, hello,

1      Diane, I see that you -- and on the computer screen in
2      front of them, they have all the information you've
3      previously provided.
4                 DIANA:  Oh, okay.
5                 JASON:  I mean, if you can't respond or --
6                 DIANA:  No, I didn't understand that.
7                 JASON:  Yeah, no, you press it and then they
8      answer the call in the computer screen in front of them,
9      their screen flashes up, okay, and they have all your
10     information, your name, your address --
11                DIANA:  I see.  Who do they actually work for?
12                JASON: -- friends and family you've provided.
13     What's that?
14                DIANA:  Who do those EMTs work for?
15                JASON:  Us.  That's why there is a monthly
16     monitoring cost.
17                DIANA:  I see, okay.  I -- I don't think the
18     girl actually understood that either because I said, does
19     it dial -- do you guys monitor, do you have your own team
20     of monitoring people or does it just merely dial 911 and
21     connects to my local, you know, 911 operator and she said
22     it connects to my local 911.  So, that's actually the way
23     it works.
24                JASON:  No, it does not.  So, I'm going to have
25     to have a talk with her and make sure -- obviously, she

26

1    didn't pay attention in training day.  So, no, you go

2    directly to our own monitoring center and there wouldn't

3    be any point in you pressing your alert to speak with the

4    911 operator if you need a fire truck or ambulance.

5         DIANA:  Yeah, exactly.

6         JASON:  Or maybe you just need help getting up.

7    Some people -- you get down low to get something from

8    under your bed or your sofa and you just have difficulty

9    getting up, you can press your alert and say, yeah, I

10   need my neighbor Frank or my daughter Jill to just come

11   over and help me out.  I don't need an ambulance blaring

12   down my driveway.

13        DIANA:  Yeah, yeah.

14        JASON:  Or, of course, if something more

15   serious has occurred, you're going to get the exact help

16   that you do need.

17        DIANA:  So, you literally have a staff of EMTs

18   on 24/7?

19        JASON:  Correct, certified emergency --

20   certified emergency medical technicians, 24/7, 365.

21        DIANA:  How many of those do you have on staff?

22        JASON:  Four floors.

23        DIANA:  Really?

24        JASON:  About 700.

25        DIANA:  Seven hundred?

27

1          JASON:  And four floors, yes, ma'am.

2          DIANA:  I'm impressed.  Have you ever been up

3     there and actually seen it or are they just telling you

4     that?

5          JASON:  Oh, yeah.  No, no, I'm -- I'm at that

6     office at least three or four times a year.  I've been in

7     -- here in Orlando for about two days.  I just happened

8     to come in and was just checking out the sales floor and

9     saw Michael wave me over and say, hey, and he was

10    pointing to the phone and, obviously, that's why I got on

11    so quick because he just waved me over and, well, here we

12    are.

13         DIANA:  Well, listen, I don't want to bust your

14    chops.  I really don't.  I know you work hard and I'm

15    just -- you know, I'm a curious person.  So --

16         JASON:  No.  And that's why I'm able to answer

17    and respond accurately to your questions.

18         DIANA:  All right.  Well, listen, you have a

19    great day.

20         JASON:  Well, listen, I see here you -- now,

21    were you, I guess, pulling my representative's leg

22    because I see you used your Mastercard and you were

23    interested.  Are you still interested in receiving the

24    system?

25         DIANA:  No, no.

28

1     JASON: Should I go ahead and just cancel this

2  right on out?

3     DIANA: You can just cancel it.

4     JASON: Ahhhh, you're not going to give us a

5  chance?

6     DIANA: No. No.

7     JASON: Well, I mean, I've been as honest and

8  accurate as I can with you, ma'am, and we are a

9  legitimate business. We will be happy to protect you.

10     DIANA: You -- your people lie constantly about

11  who you are.

12     JASON: And I'm sorry that they are

13  misinformed.

14     DIANA: You changed --

15     JASON: I have fully informed --

16     DIANA: -- the name --

17     JASON: -- you, ma'am.

18     DIANA: Does it ever occur to you --

19     JASON: My name is Jason. I'm the regional

20  manager.

21     DIANA: Listen, does it ever occur to you that

22  it's -- that your company changes its name every other

23  month? I mean, two months ago when you called me, you

24  were Senior Life Support. Now you're Senior Life Savers.

25  Doesn't that ever occur --

29

1          JASON:  No, that's an alternate company.

2     That's not us.  Senior Life Support is not our company.

3     I know who Senior Life Support is --

4          DIANA:  The company that I bought the device

5     from two months ago was Senior Life Support and it came

6     stamped with Lifewatch on the device.

7          JASON:  Okay, that's an alternate company.

8     That's not us.  That has never been us.  We have never

9     been Senior Life Support.

10         DIANA:  So, what are you -- are you telling me

11    that Lifewatch sells their supplies or supplies the

12    device to multiple monitoring companies?  Is that what

13    you're saying?

14         JASON:  There you go.  You hit the nail on the

15    head.

16         DIANA:  But why are none of those other

17    companies, like Senior Life Saver or Senior Life Support,

18    I can't find them registered anywhere to do business.

19    They're not registered with the Secretary of State of New

20    York like they're required under the law.

21         JASON:  I do not know why they are not.  We are

22    supposed to be.  That's why I am very confident we are

23    registered --

24         DIANA:  But the recording --

25         JASON:  -- with the Better Business Bureau as

30

1          well.  (Inaudible).

2                    DIANA:  The recording all says the same thing

3          for every different name, you know.

4                    Hello?  (Inaudible).

5                    **(The call was concluded.)**

6                    **(The recording was concluded.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

31

1     **C E R T I F I C A T I O N   O F   T Y P I S T**

2

3     MATTER NUMBER: ███████

4     CASE TITLE: LIFEWATCH, INC.

5     TAPING DATE:  NOVEMBER 19, 2014

6     TRANSCRIPTION DATE:  DECEMBER 15, 2014

7     REVISION DATE:  JANUARY 19, 2015

8           I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:  JANUARY 19, 2015

14

15                    _____

16                    ELIZABETH M. FARRELL

17

18    **C E R T I F I C A T I O N   O F   P R O O F R E A D E R**

19

20          I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24                    _____

25                    SARA J. VANCE