# Attachment A



**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

**ADAM H. PUTNAM**

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700
http://www.800helpfla.com/
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

Document Tracking No#          **2422343**          Application Date          **11/09/2012 02:48:26 PM**

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name****

LIFEWATCH, INC

**Fictitious Names****

LIFEWATCH USA

---

**All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

266 MERRICK ROAD SUITE 104
LYNBROOK, New York 11563 USA

**Mailing Address**

266 MERRICK ROAD SUITE 104
LYNBROOK, New York 11563 USA

**Telephone Number**                                   **Fax Number**

516-███████

**Email Address**

EVAN@LIFEWATCH-USA.COM

**Website Address**

LIFEWATCH-USA.COM

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

████████

**Form of Organization.**

Corporation
12/3/1996                                              New York

## Registered Agent

ROBERT RUDOCK
200 S BISCAYNE BLVD SUITE 3600
MIAMI, Florida 33131 USA
305-███████                          rjrudock@arnstein.com

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 3 of 112 PageID #:1333

## Business Details

Brief description of product(s) sold and/or service(s) provided:

**MEDICAL ALERT/ALARM SERVICES AND PRODUCTS**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines? **No**

## Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld. **No**

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? **No** Conviction includes a finding of guilt where adjudication has been withheld.

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction? **No**

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? **No**

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant? **No**

## Occupation History

**1.**
Occupation: emp                                         Period: 12/03/1996 - 11/06/2012

Employer: MEDICAL ALERT/ALARM PROVIDER FOR SERVICES AND EQUIPMENT

Address: 266 MERRICK ROAD SUITE 104 LYNBROOK,NY 11563

## Previous Experience

0 Months experience

## Parents And Affiliates

Does not apply was selected for parent and affiliates.

## Officers

**Officer 1.**

Name:                                    EVAN SIRLIN
Title:                                   President

**Information**

Date of Birth:                           ██████
ID Type:                                 Driver's License Number
ID Number:                               ██████
ID State:                                NEW YORK

**Home Address**


HEULETT, New York ██████ USA

**Criminal And Litigation History**

1. Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

2. Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

3. Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by **No** a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

4. Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or **No** other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

**Officer 2.**

Name:                                    CAROLE SIRLIN
Title:                                   Owner

**Information**

Date of Birth:                           ██████
ID Type:                                 Driver's License Number
ID Number:                               ██████
ID State:                                FL DMV

**Home Address**

██████

OCEANSIDE, New York ███ USA

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by **No** a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or **No** other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

**Officer 3.**

Name:                                        JILL SIRLIN
Title:                                       Owner

**Information**

Date of Birth:                               ███
ID Type:                                     Driver's License Number
ID Number:                                   ███
ID State:                                    NEW YORK

**Home Address**

███
WOODMERE, New York ███ USA

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a governmental agency, including any action affecting any license to do business or practice an occupation or trade? **No**

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position? **No**

## Salespersons

No Salespersons listed.

## Locations

**Location**
Business Name: LIFEWATCH INC

266 MERRICK ROAD SUITE 104
LYNBROOK, New York 11563 USA

This is a Physical address.

Manager Name:EVAN SIRLIN

## Questions

**Question 11**

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(l)3, F.S.]                    **[X]**

b.We do not use sales scripts.                                                                                           [  ]

**Question 12**

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(l)3, F.S.]                                                              **[X]**

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).                                                                                                      [  ]

**Question 13**

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3, F.S.]                                                                                                                 **[X]**

b.We do not send any written material to any prospective or actual purchaser.                                            [  ]

**Question 14**

a. Does not apply.                                                            [ ]

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614, F.S.]

- The item(s) is/are offered unconditionally                                  **[X]**
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:     [ ]

**Question 15**

a. A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.    **[X]**

b. Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:     [ ]

**Entered Information**

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
  ○

- The odds a single prospective purchaser has of receiving each item described is:
  ○

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate.     [ ]

## Financial Institutions

**Institution**

Institution Name: COMMUNITY NATIONAL BANK NY
Conatact Name: SCOTT MCGRATH
Contact Number:

**Address**

333 MERRICK ROAD
ROCKVILLE CENTRE, New York 11570-5325 USA

**Accounts**

███████

## Security Information

Security Type: Surety Bond
Security Amount: $50,000
Security ID Number: █████
Security Begin Date : 10/23/2012
Security End Date: 10/23/2013

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 8 of 112 PageID #:1338

Security Institution Name: INTERNATIONAL FIDELITY INSURANCE COMPANY

**Security Institution Address**

ONE NEWARK CENTER 20TH FLOOR
NEWARK, New Jersey 07102 USA

Security Institution Phone: 800-333-4167

## Uploaded Documents

**All Uploaded Documents**

| Name | Description | Type |
| --- | --- | --- |
| Exhibit 40001.PDF | | TC13A |
| Customer Agreement.PDF | | TC13A |
| Call Center Welcome Package.PDF | | TC12A |
| Script revised to comply w FL stat 11.6.12.pdf | | SCRIPTS |

## Verification Information

**Verification Questions**

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

**Preparer Information**

Preparer Name: TIFFANY EATON
Preparer Phone: 954-███████

**Signature Information**

Signature Name: EVAN SIRLIN
Signature Date: 10/29/2012

# Attachment B

DRAFT 08-09-12



# CALL CENTER
# WELCOME PACKAGE

DRAFT 08-09-12

# THE PRODUCT

The LIFEWatch Medical Alert system has been featured in numerous well known periodicals such as NewsDay, The Washington Post, US News, and more. The commercials have aired nationally with Dick Van Patten as the official spokesperson. It has been recommended by the American Diabetes Association, and the National Institute of Aging along with many hospitals and healthcare organizations. It is the only EMT-Certified Medical Monitoring in the U.S. It is the most affordable service available and requires no contract.

The way it works is simple. Simply press the LIFEWatch button on either the necklace or wristband and you can speak "hands-free" with the LIFEWatch Care Center from anywhere in your home. A LIFEWatch certified EMT will notify emergency services, family and friends.

The next few years are going to see a huge growth in the 65 and older population. 4 out of 10 seniors will experience a fall that requires assistance. The average time they will spend waiting for assistance without a medical alert device is 15 hours. By becoming a marketing partner with LIFEWatch you are partnering with a company that has years of experience in elderly care products that fulfill a genuine need that saves lives.

# ANYWHERE ALERT

Anywhere Alert 911 for $9.99 a month.

Up-sell Script:

As a special offer for signing up today we are able to offer you a free Anywhere alert pendant. This pendant can be worn anywhere in the United States and with just a push of a button you get the help you need immediately. Normally the service for this pendant is $34.95 a month,

DRAFT 08-09-12

# REBUTTALS

### How do I know that this is for real?

*(Customer Name)* The medical alert system we offer is through a company that has been in business for over 30 years and have thousands and thousands of satisfied customers. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We are so confident with their services that we don't ask you to sign any long term contracts. That allows you to cancel at anytime with no penalty, so that forces us to be better than you expect. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### I have never heard of your company.

*(Customer Name)* Our company is a preferred Medical Alert marketer. The company we sign you up with has maintained relationships with all the banking and regulatory institutes since they came into existence 30 years ago. That would not happen if they did not deliver 100% customer satisfaction. We simply want to impress you and hope you will refer us to you friends and family. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### How and why is this promotion possible?

*(Customer Name)* We can offer you this promotion at such a low cost because **the Medical Alert company we work with** believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, they have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us and hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That make's sense to you, right? *Well, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

<u>**I don't want anything that needs my Credit Card or Checking Account info.**</u>

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

<u>*I'm not Interested # 1*</u>

(Customer Name), what's holding you back? (*Isolate the concern, repeat it back to the customer, and address it with the correlating rebuttal.*)

(Customer Name) Doctors refer to the first hour after an accident or a heart attack or a stroke as the golden hour. If they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on it's way immediately? Surely that's worth a dollar a day to you, so let's get you registered.

Would you rather use you Visa, Mastercard, American Express, Discover, Debit card or checking account?

**(Customer Name)** I sincerely hope that you never need to use the medical alert service, but I can promise you this.... If you do, we will be there for you at the simple push of a button and help will be on it's way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth a dollar a day, right? So let's get you registered.

Would you rather use you Visa, Mastercard, American Express, Discover, Debit card or checking account?

<u>**Need to speak with my Spouse/Family.**</u>

DRAFT 08-09-12

I completely understand. However I don't think that any of your family would not understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. **The Medical Alert company** is with you 24/7, 365 days a year for as little as about a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $200 absolutely free. I can't guarantee that savings at any other time, *so let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### Can't make a decision without my Spouse or Family.

I'm fairly confident that they would agree that saving $200 on the equipment cost and protecting your health and safety for about a $1 a day is a smart decision. And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $4.99 per month. That brings the cost down to less than 60 cents each per day. Remember, you can cancel at any time with no obligation so even if you try it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear. *So let's get you signed up. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### Still can't decide.

(Customer Name) I know that you are interested otherwise you would not still be on the line with me, and I understand that you are on the fence about this. Let me ask you, is your safety and health worth about a dollar a day to you? (Wait for the answer) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $200 if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. *What do we need to do to get you registered today?*

### Someone else makes my Healthcare decisions.

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

### I can't afford it.

*(Customer Name),* I understand completely. In these tough economic times I can appreciate that things are tight. However, this service is only about a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. What happens if you have an emergency situation at 3 or 4 in the morning? **The medical alert service** will be there at the push of a button and will initiate emergency help **within seconds.** You can't afford to be without it, *so let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

DRAFT 08-09-12

## I am on a fixed Income and can't afford it.

*(Customer Name),* is your health and safety, or maybe even your life not worth about a dollar a day to you or your family? I'm sure that once you inform your family that you would like to do this and could use a little help with the **$34.95** monthly monitoring costs that they would be happy to help. *So let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## Can you just send me a bill every month?

*(Customer Name),* unfortunately no! We would need to have a billing method on file for the monthly monitoring cost of only **$34.95** in order to send you the actual monitoring equipment which is valued at **over $350.** We simply ask you to cover the monthly monitoring fees. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## I'll just send you a check.

*(Customer Name),* by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card, debit card or your checking account on this call, we can send you over $350 worth of equipment , all you pay is for the service. I can't guarantee that any other way. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## If it's free why do you need my Credit card/Checking Account Information?

In order to ship out your equipment we need to know that you will use it for at least 1 month. Please understand that even though we provide you the equipment for free, which is valued at over $350, all you pay is for the service, we would need to have a billing method on file for the monthly monitoring fee of only **$34.95** per month. *(Customer Name),* as I have already mentioned, that breaks down to actually less than $1 per day and for that we guarantee that within seconds of you pushing your button at any time, day or night, 365 a year, we will be there for you. Surely the peace of mind that provides for you and your family is well worth the low cost of about a $1 a day. *So let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# Frequently Asked Questions (FAQ's)

DRAFT 08-09-12

### What do I get, how does it work?

We send you our **Medical Alert** Speaker Unit which connects into your home phone. You also get a help button that communicates with the **Medical Alert** unit using a built in microphone. Also included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather its on your wrist, around you neck or clipped onto your belt and you will be instantly connected to one of our care specialist who will immediately provide the help that you need.

### Tell me about your product, how does it work?

You simply press a help button at you wear and you are instantly connected to one of our care specialist's through the **Medical Alert** console. We will assist you in getting the help you need. We will contact family, friends, neighbors or an ambulance, whoever you want. Our System provides excellent assistance and peace of mind in an emergency.

### What happens when I press the button?

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the **Medical Alert** console, which is a very sensitive speakerphone. We will follow your instructions and summon whomever you want. If you or they can't speak for any reason we will follow the set of instruction set up by you when you first received the system.

### Once the button is pressed, does the call go directly to 911?

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions its up to you. When you receive the system, you will set of instructions for us to follow and that's what we will do if you do press the button. The choices are all yours.

### What if I'm in a different room from the system?

The speaker is extremely loud and the microphone on the button is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 1500 feet away. That's more than the length of a football field. Is your house bigger than football field?

### What happens if I can't speak or can't be heard?

If we can't hear you, we will follow the instructions you give us when you set up your system. We will call friends, family, loved ones, or 911. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are yours.

### Is the system automatically tested or do I have to test it?

Yes to both questions. The console tests test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us a further reassurance.

### Can I call because maybe I'm feeling faint but don't want 911 called; I just want someone called from my contact list instead?

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

### Do I have to program it when it arrives?

No, we take care of all that. You simply need to plug it in the same way you would an answering machine and push the button to test it. It's that simple.

### Does this work with Voice over IP phones?

Yes, absolutely. So long as I make a note of that we can send you a unit that is completely compatible with VOIP phone systems.

### Do I talk to you through the necklace, watch bracelet or belt clip?

The button that you wear on the necklace, watch bracelet or belt clip activates our hands free voice console which is what we speak to you through.

### Where are you located? Do you operate your own monitoring center?

We are a preferred marketing company for Medical Alert Devices. The company that provides the medical alert service owns its own UL listed monitoring center, staffed with highly trained care specialists at their secure facility in New York. From there they monitor customers from all across the US.

### Are you operators fully trained and qualified?

All of the specialists complete 180 hours of classroom training before they ever take a phone call. All **Medical Alert** care specialists are CSAA (Central Station Alarm Association) certified. These specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

### Is the Medical Alert facility open 24 hours a day?

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions.

### How long have you been in business?

DRAFT 08-09-12

The medical alert company we sign you up with has been in business since 1980. They have provided life safety services and peace of mind to over 500,000 people for over 30 years and are among the leaders in our field.

## If I call for emergency help, where is my call get answered, locally or out of State?

All calls go to the monitoring center to ensure the greatest level of service. We store in your record all you local authority phone numbers. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you.

## Can I change who is contacted on the weekends?

Again, the choices are all yours. We will do whatever you instructions you provide. It's no problem at all.

## How much, or what information goes into your computer?

It's entirely up to you. We will input whatever information you wish to provide in terms of medial records, who to contact, when and in what particular order.

# Phone Service Overview

Landline – connected via telephone jack; hard wired or cordless:

Verizon, AT&T, BellSouth
· All units at any price range will work with these types of services

DSL/Broadband/FIOS – Digital telephone lines; usually combined with a computer

Verizon FIOS, BellSouth DSL, AT&T DSL, ISN DSL

· All units will work but need a DSL filter (purchased at RadioShack model #279-101)

· In some cases, phone companies send this filter with their products, please check with the customer.

**VOIP** – Analog telephone lines that use the computer service to talk and operate

**1st level:**
Cablevision, Optimum      , Comcast, Windstream, Timewarner, Roadrunner, Charter

· Possible that these will work with basic unit (it is important to remember that if the customer has this type of phone service Basic Alarms might not work. We need to offer the service at $29.95 and up in case we need to switch the unit to a VOIP. Please refrain from selling this deal at $24.95.
· Some areas may require a VOIP unit.

· May offer GPS or Cellular in Home for additional fee.

**2nd level:**
Knology, Vonage, Cox      , Bright House Networks, Century Link

· DON'T OFFER BASIC ALARMS, THEY DON'T WORK WITH THESE TYPE OF PHONE SERVICE.
· These services require VOIP unit.

· May offer GPS or Cellular in Home for additional fee.

**3rd level:**
Magic Jack, AT&T Universe, Ooma

· DON'T OFFER BASIC ALARMS, THEY DON'T WORK WITH THESE TYPE OF PHONE SERVICE

· These services only compatible with VOIP unit

**Cellular (no home telephone)** – uses cell phone towers

· Offer CL-52, Anywhere Alert 911 or Mobile Help Cellular

# Quality Control

LifeWatch prides itself on the superior quality of their customer service. Our clients are always our number one priority. As a marketer you can rest assured that you are marketing a product that is backed by a company with a 30 year track record of integrity and honesty. By following the guidelines outlined here, you will help maintain LifeWatch-USA's reputation as well as maximize your client retention.

**Basic Requirements:**
1) Caller ID: all outbound calls must display a caller ID that has the name of your company and a number that can be called back to speak to a live operator or be placed on the do not call list.
2) Licensing: All companies must be properly licensed and bonded in the states they operate to and from.
3) FTC compliance: in addition to varying state and local laws, all companies must familiarize themselves and abide by all telemarketing laws (telemarketing sales rules) implemented by the FTC and the FCC. This includes registering, and downloading the National Do Not Call list.

DRAFT 08-09-12

**Scripts and Rebuttals:**
1) Scripts and Rebuttals must be approved by LifeWatch-USA
2) Scripts and Rebuttals must be dated and archived when revisions are made
3) Procedures need to be in place to ensure no outdated scripts or rebuttals are used

**For call centers utilizing advertisements and mailers:**
1) All mailers need to be approved
2) All mailers need to be dated as to their creation and mail out times
3) All inbound calls need to be tied to a specific mailer and noted in the CRM

**Recordings:**
1) All sales must be recorded from beginning to end
2) All clients need to be informed that they are being recorded
3) All recording need to be checked for compliance
4) All recordings need to be available for LIFEWatch-USA Review

**Do not call lists:**
1) All call centers need to maintain an internal do not call list that is in addition to the national and state do not call lists.
2) All new internal do not call numbers need to be uploaded to LifeWatch weekly.
3) All call centers need to download an updated consolidated list weekly from the same site.
4) We do not allow outbound telemarketing to the following states: Kansas, Virginia, Maryland, Washington DC, New York.

**Reasons a call will fail quality control:**
1) Misleading: misinforming the clients as to the way a product works, or how it is delivered. This can be intentional or unintentional.
2) Misrepresenting: informing a client that you are from LifeWatch-USA or any other organization other than the company you work for.
3) Not getting proper authorization: There must be a recorded clear authorization for the first payment as well as the recurring payments.
4) Rudeness: Talking in a manner or tone that can be interpreted as disrespectful to a client or potential client.

# Attachment C



**LIFE***Watch***USA**
PERSONAL CARING SERVICE SINCE 1980

**800.716.1433**
www.lifewatch-usa.com

LIFE*Watch*, Inc. • 266 Merrick Road, Suite 104, Lynbrook, NY 11563 • 800.716.1433

*exhibit 5*

## LIFEWATCH INC
## WWW.LIFEWATCH-USA.COM

### MEDICAL ALARM SYSTEM LEASE AND MONITORING SERVICE AGREEMENT

Agreement dated _____ , by and between Lifewatch Inc (hereinafter referred to as "Lifewatch" or "ALARM COMPANY")

and _____ (hereinafter referred to as "Subscriber", "You" or "Purchaser".) Phone: _____

The parties hereto agree that:

**1. MEDICAL ALARM SYSTEM IS LEASED AND REMAINS PERSONAL PROPERTY OF ALARM COMPANY:** ALARM COMPANY shall lease, instruct the Subscriber in the proper use of the Medical Alarm System (hereinafter referred to as "System" or "equipment"), provide self installation instructions for the Subscriber to self install the System at Subscriber's location including all necessary devices and equipment, for the duration of this agreement, with the understanding that the entire System is and shall always remain the sole personal property of ALARM COMPANY and shall not be considered a fixture or a part of the realty, or an addition to, alternation, conversion, improvement, modernization, remodeling, repair or replacement of any part of the realty, and Subscriber shall not permit the attachment thereto of any apparatus not furnished by ALARM COMPANY.

**2. MEDICAL ALARM MONITORING SERVICES / DOCUMENTATION / COMMENCEMENT OF SERVICES:** Medical Alarm Monitoring services shall commence upon LifeWatch's receipt of this Agreement signed by Subscriber. Commencement of monitoring services shall constitute LifeWatch's acceptance of this Agreement. This Agreement includes other documents which are to be signed and returned to LifeWatch by Subscriber, These documents include: LifeWatch Financial Form, LifeWatch Subscriber Information and Responder Form and Primary Response Directive. Subscriber acknowledges receiving LifeWatch's Welcome Notice, Instructions how to test and use the LifeWatch System and Installation instructions.

**3. CANCELLATION:** Subscriber may cancel this agreement and all services on 30 days notice to ALARM COMPANY. If Subscriber cancels this agreement pursuant to any statutory authority ALARM COMPANY will, within 10 days or within such time as such statute specifies, upon such cancellation and return of equipment refund to Subscriber any amount paid for the equipment and any advance payment for services not yet rendered. Your statutory right to cancel may vary from state to state and LifeWatch will comply with your state's requirements

**4. LEASE, MONITORING, AND SERVICE CHARGES:** Subscriber agrees to pay ALARM COMPANY as provided in the Lifewatch Financial Form, plus tax if any, payable in advance for the lease, monitoring, and service of the System for the term of this agreement commencing on the day Subscriber receives the System, and continuing monthly thereafter until Subscriber returns Lifewatch's system.

This contract will automatically renew every month after the initial term, unless either party gives written notice of its intent to cancel. Failure to return all equipment in satisfactory condition will result in a charge of $350.00. If you receive this package but do not activate this system for any reason, you are still responsible for a $50 restock fee. In addition, your account will continue to be billed at the monthly monitoring fee as indicated on the Lifewatch Financial Form until our equipment is returned in good working order. TO: ALARM COMPANY at 266 Merrick Road, Suite 104 Lynbrook, NY 11563

**5. TERM OF AGREEMENT/RENEWALS:** The term of this agreement shall be for a period of 30 DAYS. This agreement shall renew itself month to month thereafter under the same terms and conditions, unless either party gives written notice to the other by fax, email or written correspondence of their intention not to renew the contract at least 30 days prior to the expiration of any term.

**6. INCREASES OF MONTHLY CHARGE:** ALARM COMPANY shall be permitted to increase the charges provided for herein at any time or times after the expiration of one year from the date hereof and Subscriber agrees to pay such increase.

**7. MEDICAL ALARM SYSTEM CENTRAL OFFICE MONITORING:** Upon receipt of a signal, ALARM COMPANY or its designated central office, shall make every reasonable effort to notify Subscriber and the appropriate municipal police or fire department or emergency personal response service designated by Subscriber. Subscriber acknowledges that signals which are transmitted over telephone lines, internet, VOIP, or other modes of communication pass through communication networks beyond the control of ALARM COMPANY and are not maintained by ALARM COMPANY, except ALARM COMPANY may own the radio network, and therefore ALARM COMPANY shall not be responsible for any

Velez Att. C
Page 1 of 4

equipment failure which prevents transmission signals from reaching the central office monitoring center or damages arising as a result thereof, or for data corruption, theft or viruses to Subscriber's computer via the alarm system notification equipment. Subscriber shall provide ALARM COMPANY with names and telephone numbers of those persons Subscriber wishes to receive notification of emergency conditions together with a list of all medication, allergies and medical conditions Subscriber wishes to be available to all PERS personnel and medical personnel. All changes and revisions shall be supplied to ALARM COMPANY in writing. Subscriber acknowledges that ALARM COMPANY provides no response to a System signal except notification to the appropriate party, and that the provisions of this agreement exculpating and limiting ALARM COMPANY's liability are fully applicable to the Medical Alarm System service. ALARM COMPANY may, without prior notice, suspend or terminate its services, in event of Subscriber's default in performance of this agreement or in event designated central office facility or communication network is nonoperational or Subscriber's system is sending excessive communication. ALARM COMPANY is authorized to record all telephone conversations and shall own such recordings.

**8. SUBSCRIBER'S CARE OF EQUIPMENT: REPAIRS AND ADDITIONS:** Subscriber agrees not to tamper with, remove or otherwise interfere with the System. Subscriber agrees to bear the cost of repairs or replacement to the System made necessary as a result of any damage, including damage caused by unauthorized intrusion to the premises, lightning or electrical surge, except for ordinary wear and tear, in which event repair or replacement shall be made by ALARM COMPANY without additional charge. Batteries, electrical surges, lightning damage, obsolete components and components exceeding manufacturer's useful life are not included in service and will be repaired or replaced at Subscriber's expense.

**9. TELEPHONE SERVICE IS NECESSARY AND SUBSCRIBER'S RESPONSIBILITY:** Subscriber acknowledges that the MEDICAL ALARM System Transmitter plugs into a standard telephone jack and communicates over standard telephone lines using two way voice communication. The transmitter may not work with VOIP Internet connection.

**10. SUBSCRIBER'S DUTY TO SUPPLY ELECTRIC AND TELEPHONE SERVICE:** Subscriber agrees to furnish, at Subscriber's expense, all 110 Volt AC power and electrical outlets and receptacles, telephone hook-ups, RJ31x Block or equivalent, as deemed necessary by ALARM COMPANY or MEDICAL ALARM equipment manufacturer.

**11. DELAY IN INSTALLATION:** ALARM COMPANY shall not be liable for any damage or loss sustained by Subscriber as a result of delay in installation of equipment, equipment failure, or for interruption of service due to electric failure, transmission failure, acts of God, or other causes, including ALARM COMPANY's negligence in the performance of this agreement, and Subscriber shall not be relieved from payments due under this agreement for such period.

**12. TESTING AND SERVICE OF MEDICAL ALARM SYSTEM:** The parties hereto agree that the SYSTEM, once installed, is in the exclusive possession and control of the Subscriber, and it is Subscriber's sole responsibility to test the operation of the SYSTEM and to notify ALARM COMPANY if it is in need of repair or replacement. During the contract period and so long as Subscriber is current in payment, ALARM COMPANY shall service or replace the System if returned by the Subscriber to ALARM COMPANY at ALARM COMPANY's address. ALARM COMPANY will upon Subscriber's request arrange pick up and delivery, at Subscriber's expense by UPS or US Postal Service. If ALARM COMPANY fails to repair or replace the SYSTEM within 7 days after receipt of said written notice, Subscriber shall not be obligated to pay any amount for service from date said written notice is given, until the SYSTEM is restored to working order unless ALARM COMPANY determines that the equipment is operational and the system failure was electrical or telephone service related at Subscriber's premises, in which event Subscriber shall pay ALARM COMPANY's cost of shipping and inspection charge of $75.00 or if Alarm Company determines that the equipment was damaged by other than ordinary wear and tear, in which event Subscriber shall be charge $350 for a replacement System.

**13. SUBSCRIBER TO INSURE ALARM COMPANY'S EQUIPMENT:** Subscriber shall insure ALARM COMPANY's equipment against fire and casualty and Subscriber agrees to name ALARM COMPANY in said insurance policy as "loss payee" to the extent of the value of the equipment as set forth hereinabove. Subscriber shall be responsible for any loss occasioned by fire or casualty and the cost of replacing or restoring the Medical Alarm System.

**14. AUDIO LISTEN IN AND FORCIBLE ENTRY:** The system includes two-way voice and is meant to be heard under optimal conditions throughout most of the house. In the event that the two way audio is not clear, or the central station does not hear audio, subscriber authorizes Company and central station to follow emergency response procedures. Company will notify 911 first, unless otherwise told in writing. Subscriber authorizes the Company in its sole discretion to authorize forcible entry to gain access to Subscriber's premises in the event the System emits a signal to the Central Station and the Subscriber cannot be heard throughout the unit's microphone nor does the Subscriber answer the telephone. Subscriber does hereby release the Company and Central Station from any and all liability whatsoever as a result of said forcible entry.

**15. LIFEWATCH 911 UNIT:** If Subscriber chooses to add an Alert 911 unit, it is understood that this product calls 911 direct and scrubscriber must be able to give their name and location to the 911 operator. There is no GPS locator. All other Terms and Conditions below apply.

**16. MOBILE ALERT SYSTEM:** If you have our Mobile Alert System, monitoring service will not begin and Company and the Central Station will have no obligation to notify emergency personnel or other persons identified as emergency contacts until (1) Company has received your emergency contact information and (2) you have called to activate system and sent a test signal from the system which was successfully received by the Central Station. Please note you must have adequate cellular coverage in the area where system is being used. You are responsible for testing your mobile device everywhere you go. Subscriber also understands that their physical location will be used in connection with providing the service that authorized caregivers may request your current location via our secure web portal. You hereby agree that the Company and the Central Station may provide the Responders and any other necessary third parties, as determined by us and the Central Station in our reasonable discretion, with access to your physical location. You hereby release the Company and the Central Station of any liability which may arise out of disclosure of such information to Responders and any other necessary third parties.

**17. MEDICAL OR RELATED EXPENSES:** In the event the Subscriber utilizes the System by giving the Central Station a signal, the Subscriber does hereby authorize the Company to seek to notify or obtain assistance. The Subscriber shall be obligated for and agrees to pay costs and expenses incurred including, but not limited to, ambulance, physician, or other medical assistance in obtaining assistance, or cost whatsoever incurred as a result of the Subscriber's use of the System.

**18. OPTION TO UPDATE MEDICAL DATA INFORMATION:** At the option of the Subscriber, the Subscriber shall communicate in writing with the Central Station for the purpose of verifying medical data information on file at the Central Station and updating said information, if necessary.

**19. SELF-PROTECTION/SUBSCRIBER'S DUTIES:** The Subscriber understands that the unit is used to help the Subscriber protect his or her person. IT does not assure such protection. Available devices and techniques are too numerous to list but include (a) basic health precaution; and (b) adherence to physician's directions and recommendations.



**LIFE**Watch**USA**
PERSONAL CARING SERVICE SINCE 1980

**800.716.1433**
www.lifewatch-usa.com

LIFEWatch, Inc. • 266 Merrick Road, Suite 104, Lynbrook, NY 11563 • 800.716.1433

**20. SYSTEM USE/SUBSCRIBER'S DUTIES:** The Subscriber understands that certain laws, rules, regulations and ordinances imposed by the governmental authorities, utilities, businesses, homeowners associations, and/or other entities may affect the Subscriber's rights in relation to the installation and service of the system.
The Subscriber agrees to obtain and maintain in current status all licenses and permits or other authorizations necessary for the installation and use of the System.

**21. PHYSICAL RESPONSE:** The Subscriber is advised that certain areas in the country have in existence requirements that when an alarm monitoring service reports a medical alarm to a responding agency, that it must also report such alarm to an entity available twenty-four hours each day which is contractually obligated to respond to an emergency within one hour or within another designated time.

**22. ASSIGNMENTS/WAIVER OF SUBROGATION RIGHTS:** Subscriber shall not be permitted to assign this agreement without written consent of ALARM COMPANY. Any such assignment without prior approval shall be deemed a breach of this agreement. ALARM COMPANY shall have the right to assign this contract and shall be relieved of any obligations created herein upon such assignment. Subscriber on its behalf and any insurance carrier waives any right of subrogation Subscriber's insurance carrier may otherwise have against ALARM COMPANY or ALARM COMPANY's subcontractors arising out of this agreement or the relation of the parties hereto.

**23. INDEMNITY:** Subscriber agrees to and shall indemnify and hold harmless ALARM COMPANY, its employees, agents and subcontractors, from and against all claims, lawsuits, including reasonable attorneys' fees, and losses asserted against and alleged to be caused by ALARM COMPANY's performance, negligent performance or failure to perform its obligations under this agreement. Parties agree that there are no third party beneficiaries of this contract.

**24. REMOVAL OF SYSTEM:** Upon termination of this agreement ALARM COMPANY will be permitted to discontinue all monitoring service and Subscriber shall at Subscriber's expense return, via UPS or US Postal Service, signature required, ALARM COMPANY equipment to ALARM COMPANY. If for any reason caused by Subscriber, or the owner of the premises if other than the Subscriber, said System is not delivered to ALARM COMPANY within 7 days of such termination, Subscriber shall be deemed to have purchased the equipment for the agreed value stated in this agreement.

**25. LEGAL ACTION.** In the event of Subscriber's default of this agreement ALARM COMPANY shall be permitted to terminate or suspend all its services under this agreement without relieving Subscriber of any obligation herein and may notify Authority Having Jurisdiction. Additionally, in the event of Subscriber's failure to return the System within 15 days of termination of this contract the System shall be deemed sold to Subscriber in as in condition for $350.00 which the parties agree is the value of the System. Any action by Subscriber against ALARM COMPANY must be commenced within one year of the accrual of the cause of action or shall be barred. All actions or proceedings against ALARM COMPANY must be based on the provisions of this agreement. Any other action that Subscriber may have or bring against ALARM COMPANY in respect to other services rendered in connection with this agreement shall be deemed to have merged in and be restricted to the terms and conditions of this agreement. If ALARM COMPANY prevails in any litigation or arbitration between the parties, Subscriber shall pay ALARM COMPANY's legal fees. Subscriber submits to the jurisdiction and laws of New York and agrees that in any litigation or arbitration between the parties must be commenced and maintained in Nassau County, New York. Any dispute between the parties or arising out of this contract, including issues of arbitrability, shall, at the option of any party, be determined by arbitration administered by Arbitration Services Inc., under its Commercial Arbitration Rules www.natarb.com. Service of process or papers in any legal proceeding or arbitration between the parties may be made by First-Class Mail delivered by the U.S. Postal Service addressed to the party's address in this agreement or another address provided by the party in writing to the party making service.

SUBSCRIBER AND LifeWatch WAIVE THEIR RESPECTIVE RIGHTS TO A JURY TRIAL IN ANY ACTION OR PROCEEDING INVOLVING LifeWatch. SUBSCRIBER ACKNOWLEDGES THAT SUBSCRIBER IS WAIVING RIGHT TO A JURY TRIAL VOLUNTARILY AND KNOWINGLY, AND FREE FROM DURESS OR COERCION. AND THAT SUBSCRIBER HAS A RIGHT TO CONSULT WITH A PERSON OF SUBSCRIBERS CHOOSING, INCLUDING AN ATTORNEY, BEFORE SIGNING THIS DOCUMENT. THE PARTIES AGREE THAT THEY MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITY, AND NOT AS A CLASS ACTION PLANTIFF OR CLASS ACTION MEMBER IN ANY PURPORTED CLASS OR REPRESENTITIVE PROCEEDING. SUBSCRIBER UNDERSTANDS THAT INSTEAD OF SUING OR BEING SUED IN COURT, THE PARTIES MAY HAVE THEIR DISPUTE DETERMINED BY ARBITRATION. SUBSCRIBER ACKNOWLEDGES THAT THE RULES IN ARBITRATION ARE DIFFERENT. AND THAT SUBSCRIBER HAS HAD THE OPORTUNITY TO SEAK LEGAL OR OTHER ADVICE IN REGARD TO THIS CONTRACT AND IN PARTICULAR THIS ARBITRATION PROVISION. SUBSCRIBER AGREES THAT THE ARBITRATOR MAY NOT CONSOLIDATE PROCEEDINGS OF MORE THAN ONE PERSON'S CLAIM AND MAY NOT OTHERWISE PRESIDE OVER ANT FOURM OF A REPRESENTITIVE OR CLASS PROCEEDING. THE PARTIES AGREE THAT ANY DISPUTE BETWEEN THEM, INCLUDING BUT NOT LIMITED TO THE SCOPE OF THIS ARBITRATION CLAUSE AND ISSUES OF ARBIRABILITY, OR ANY DISPUTE RELATING TO THIS AGREEMENT OR BASED ON A FEDERAL OR STATE STATUTE (EXCEPT WHERE PROHIBETED BY LAW), MAY, AT THE OPTION OF EITHER PARTY, BE DETERMINED BY ADMINISTERED BY ARBITRATION SERVICES, INC. UNDER ITS CONSUMER ARBITRATION RULES, WHICH ARE AVAILABLE AT WWW.ARBITRATIONSERVICESINC.COM, BY FAX AT 516-364-3456 OR BY TELEPHONE AT 516-364-1730 THIS CONTRACT EVIDENCES A TRANSACTIONIN INTERSTATE COMMERCE, AND THUS THE FEDERAL ARBITRATION ACT GOVERNS THE INTERPETATION AND ENFORCEMENT OF THIS PROVISION

**26. ADDITIONAL PAYMENTS:** In addition to the payments set forth herein, Subscriber agrees to be liable for and pay to ALARM COMPANY any excise, sales, property, or other tax, telephone line charges, and any increases thereof, which may be imposed upon ALARM COMPANY because of this agreement. Should ALARM COMPANY be required by existing or here after enacted law to perform any service or furnish any material not specifically covered by the terms of this agreement Subscriber agrees to pay ALARM COMPANY for such service or material.

**27. FALSE ALARMS/PERMIT FEES:** Subscriber is responsible for all permits and permit fees, agrees to file for and maintain in any permit required by applicable law and indemnify or reimburse ALARM COMPANY for any permit fees or false alarm or false alarm ALARM COMPANY shall have no liability for permit fees, false alarm fines, police or fire response, any damage to personal or real property or personal injury caused by EMT, police or fire department response to emergency conditions, whether false alarm or otherwise, or the refusal of the police or fire department to respond. In the event of termination of police or EMT this contract shall nevertheless remain in full force and Subscriber shall remain liable for all payments provided for herein. Should ALARM COMPANY be required by existing or hereinafter enacted law to perform any service or furnish any material not specifically covered by the terms of this agreement Subscriber agrees to pay ALARM COMPANY for such service or material. ALARM COMPANY shall have no liability for police, fire or EMT non-response, response, or any damage to person or property in connection with any emergency condition reported by ALARM COMPANY or its designated central station in response to a signal received from Subscriber's SYSTEM.

**28. ALARM COMPANY'S RIGHT TO SUBCONTRACT SPECIAL SERVICES:** Subscriber agrees that ALARM COMPANY is authorized and permitted to subcontract any services to be provided by ALARM COMPANY to third parties who may be independent of ALARM COMPANY, and that ALARM COMPANY shall not be liable for any loss, damage or injury sustained by Subscriber by reason of any other cause whatsoever caused by the negligence of third parties. Subscriber acknowledges that this agreement, and particularly those paragraphs relating to ALARM COMPANY's disclaimer of warranties, exemption from liability, even for its negligence, limitation of liability and indemnification, inure to the benefit of and are applicable to any assignees, subcontractors and central offices of ALARM COMPANY.

**29. NO WARRANTIES OR REPRESENTATIONS: SUBSCRIBER'S EXCLUSIVE REMEDY:** ALARM COMPANY does not represent nor warrant that the System will prevent any loss, damage or injury, or that the System will in all cases provide the protection for which it is installed or intended. Subscriber acknowledges that ALARM COMPANY is not an insurer, and that Subscriber assumes all risk for loss or injury to Subscriber's property or System. ALARM COMPANY has made no representation or warranties, and hereby disclaims any warranty of merchantability or fitness for any particular use. Subscriber's exclusive remedy for ALARM COMPANY's default hereunder is to require ALARM COMPANY to repair or replace, at ALARM COMPANY's option, any equipment or part of the System which is non-operational. Except for services provided pursuant to this agreement, Subscriber agrees to look to manufacturer's warranty for any equipment warranty.

**30. EXCULPATORY CLAUSE:** The parties agree that ALARM COMPANY is not an insurer and no insurance coverage is offered herein. Subscriber's payments to ALARM COMPANY are for the installation, rental and service of a System designed to reduce certain risks of loss, though ALARM COMPANY does not guarantee that no loss will occur. ALARM COMPANY is not assuming liability and therefore shall not be liable to Subscriber for any loss or injury sustained by Subscriber as a result of any cause whatsoever, regardless of whether or not such loss or injury was caused by or contributed to by ALARM COMPANY's negligent performance to any degree or failure to perform any obligation or strict products liability. Subscriber releases ALARM COMPANY from any claims for contribution, indemnity or subrogation.

**31. LIMITATION OF LIABILITY:** The parties agree that the System is not designed or guaranteed to prevent any loss or injury. If, notwithstanding the terms of this agreement, there should arise any liability on the part of ALARM COMPANY as a result of any cause whatsoever, regardless of whether or not such loss, damage, or personal injury was caused by or contributed to by ALARM COMPANY's negligence to any degree or failure to perform any obligation or strict products liability, such liability will be limited to an amount equal to six (6) times the monthly payment paid by the Subscriber to ALARM COMPANY at the time such liability is fixed, or to the sum of $250.00, whichever is greater. If Subscriber wishes to increase ALARM COMPANY's maximum amount of such limitation of liability, Subscriber may, as a matter of right, at any time, by entering into a supplemental agreement, obtain from ALARM COMPANY a higher limit by paying an additional amount consonant with the increase of liability. This shall not be construed as insurance coverage.

**32. PERSONAL MEDICAL DISCLOSURE AUTHORIZATION:** Any medical or other personal information provided by Subscriber to ALARM COMPANY may be disclosed by ALARM COMPANY to any EMS personnel or medical personnel requesting same.

**26. CONFLICTING DOCUMENTS:** Should there arise any conflict between this agreement and Subscriber's purchase order or other document, this agreement will govern, whether such purchase order or document is prior to or subsequent to this agreement.

**33. FULL AGREEMENT/SEVERABILITY:** This agreement constitutes the full understanding of the parties and may not be amended, modified or canceled, except in writing signed by both parties, except ALARM COMPANY's requirements regarding items of protection provided for in this agreement imposed by Authority Having Jurisdiction. Subscriber acknowledges and represents that Subscriber has not relied on any representation, assertion, guarantee, warranty, collateral contract or other assurance, except those set forth in this agreement and waives any claims in connection with same. Should any provision of this agreement be deemed void, all other provisions will remain in effect.

THIS AGREEMENT INCLUDES OTHER DOCUMENTS REFERRED TO IN PARAGRAPH 2. READ THEM BEFORE YOU SIGN THIS CONTRACT. SUBSCRIBER ACKNOWLEDGES THAT THIS CONTRACT AND INCORPORATED DOCUMENTS WERE DELIVERED TO SUBSCRIBER'S ADDRESS BY US POSTAL SERVICE OR OTHER MAIL CARRIERS AND THAT NO HOME SOLICITATION WAS MADE BY LIFEWATCH. THIS CONTRACT CONTAINS AN ARBITRATION PROVISION AND OTHER PROVISIONS IN PARAGRAPH 25 THAT AFFECT YOUR LEGAL RIGHTS.

SUBSCRIBER: _____

Signature (Name must be printed below)

Print Name: _____

*If someone other than Subscriber is signing this contract state relationship to Subscriber and by signing this Contract such person represents that he or she has authority to bind Subscriber to this contract.*

# Attachment D

**LIFE***Watch* USA
PERSONAL CARING SERVICE SINCE 1980

**800.716.1433**
**www.lifewatch-usa.com**

LIFE*Watch*, Inc. • 266 Merrick Road, Suite 104, Lynbrook, NY 11563 • 800.716.1433

# GET 2 FREE MONTHS!!!

## "FRIEND TO FRIEND" PROGRAM

Happy with your Lifewatch system? Have a friend that would benefit from a Lifewatch system too?
**Be a friend and refer them!** For each friend that signs up for our service we will credit you two
FREE months of service with Lifewatch.

*There's no limit on referrals, which means you could potentially receive Lifewatch at no cost to you!*

**Please provide your friends' information below and fax to: 866.339.9120
or mail this form to us at: Lifewatch, Inc. • 266 Merrick Road, Suite 104, Lynbrook, NY 11563**

Your Name:_____

Phone#:_____ Unit ID#:_____

**FRIEND #1**
Name:_____
Address:_____
City:_____ State:_____ Zip:_____
Phone#:_____

**FRIEND #2**
Name:_____
Address:_____
City:_____ State:_____ Zip:_____
Phone#:_____

Please fax this form to: 866.339.9120
or mail to: Lifewatch, Inc. • 266 Merrick Road, Suite 104, Lynbrook, NY 11563
**Thank you for referring your friends and using Lifewatch.**

Velez Att. D
Page 1 of 8

**LIFE***Watch*USA
PERSONAL CARING SERVICE SINCE 1980

**800.716.1433**
www.lifewatch-usa.com
TC #

LIFE*Watch*, Inc. • 266 Merrick Road, Suite 104, Lynbrook, NY 11563 • 800.716.1433

To our newest subscriber and family,

**Welcome to Lifewatch!** Thank you for choosing us as your medical alarm company. Our goal is to provide prompt, courteous and caring attention, 24/7/365. Lifewatch is now celebrating our 30th year. We continue to pride ourselves on our quality products, services, and innovations.

Enclosed you will find your Lifewatch system, instructions on how to connect and use the equipment, responder forms, financial agreement, and our terms and conditions. You are only required to return a completed responder form by fax, email, or mail. You may also complete the form online at: http://lifewatch-usa.com/currentclients.html.

**Fax to: 866.339.9120 or
Email to: customerservice@lifewatch-usa.com
or mail to:**

**266 Merrick Road, Suite 104,
Lynbrook, NY 11563
The second copy is for your records.**

If you need customer service or technical support or have any questions, please contact the business office at: **800.716.1433 (customer service - prompt 3, technical support - prompt 4)**, or email us at: **customerservice@lifewatch-usa.com**.

Our office hours are: **Monday - Friday from 9am until 6pm, EST**. If you are in need of assistance outside normal business hours please call or email to schedule an appointment and a Lifewatch associate will get back to you. *If you desire a 24-hour technical support number, that can be arranged.*

**In order to properly respond in the case of an emergency, we must receive your signed paperwork back within 30 days of receiving the equipment. If we do not hear from you within 30 days from receipt of equipment, you are agreeing to our terms and conditions.**

Once again thank you for joining Lifewatch. We hope you feel more safe, secure, and confident. **Remember, you're never alone with Lifewatch.**

    **Sincerely,
    The Lifewatch Family**



**LIFE***Watch*USA
PERSONAL CARING SERVICE SINCE 1980

800-716-1433
www.lifewatch-usa.com
266 Merrick Rd., Suite 104 • Lynbrook, NY 11563

TC

Dear Loyal Customer,

Firstly, we would like to thank you for using us as your medical alarm company. We realize there are many other companies providing similar service, which is why we guarantee our clients receive the highest quality service including prompt, courteous, and caring attention from our organization. We have been in business for 32 years and are now bigger than ever!

> To show you just how much we appreciate your business, we would like to
> offer you some special discounts! Please see the enclosed
> **"Special Money Saving Offers"**
> **flyer for more information.**

Our company provides you with the longest range of any company (1500'), longest battery back-up (5 days) and your calls are always answered by EMT certified operators. We're always on the cutting edge of keeping up to date with the best monitoring equipment available while keeping our prices down. We offer many different products and services for the Senior Community. If you see something that another company is offering, ask us! Chances are we already have it and we guarantee the lowest price anywhere!

> Check out the enclosed **"Senior Safety Products"**
> **flyer that includes some of our newest products and services such as**
> **Mobile 911 Anywhere Alert, Mobile GPS alert, and our MedReady Medication Monitor!**

If you are interested in any of these additional services or offers, feel free to call our office at **1-800-716-1433** and speak to a consultant. We want to hear from you! You may also visit our website, **lifewatch-usa.com** for details or to manage your account if you are an existing customer. Also, feel free to email us at **customerservice@lifewatch-usa.com** with any comments or questions.

Sincerely,

The Lifewatch Family

**P. S. Don't forget to test your equipment once a month to ensure it is working properly and please remember you're never alone with Lifewatch!**

Velez Att. D
Page 3 of 8





"I have peace of mind...
Mom remains independent."



"I'm never alone
with LIFEWatch."
—Dick Van Patten

# Senior Safety
Products & Services
Brought to You by
LIFEWatch USA!



**Just a reminder...**
Don't forget to test your
LIFE*Watch* equipment
once a month.

**For More Information Call the
Lifewatch Care Center Today!**



PERSONAL CARING SERVICE SINCE 1980

 Visit us on
facebook

# 800.716.1433
## www.lifewatch-usa.com

TC #

# Thank You for Being a Valued LIFE*Watch* USA Customer.
# Here are Additional Senior Safety Products and Services
## Brought to You By

**LIFE*Watch*USA**

PERSONAL CARING SERVICE SINCE 1980

**Mobile Alert with GPS**



Protection *Away* from **Home**

**Anywhere Alert 911**



As low as
$9.99 a month

**Cellular-Based In Home System**



As Low as
$1.00 a day!

**The Carewatch**

**Speaker Pendant**



As Low as
$1.00 a day!

**Medilok Lockbox**



Only
$39.95

**MEDMonitoring Device**

As low as
$29.95 a month



**Fall Detector**

As low as
$39.95 a month

**Smoke Detectors**



**Carbon Monoxide Detectors**



**Senior Activity Monitor w/video**



**Folding Cane**

Only
$12.95

*Suggested retail $19.99.



**NATURAL PAIN RELIEF**

**FREE**

1.800.292.3457



**Golden Cuisine**
Nutritious Meal
Delivery Program



**Genius LED**
A personal reading light that
goes anywhere you go!



**CONTOUR**

Fixed and
adjustable
rate reverse
mortgages
available

**Additional Products and Services Available**



For More Information Call the
Lifewatch Care Center Today!



**LIFE**Watch**USA**
PERSONAL CARING SERVICE SINCE 1980



**800.716.1433**
www.lifewatch-usa.com

TC H

C

# Attachment E

# SCRIPT 12.17.12

**Hello I am a Lifewatch** Agent, my name and license number is: *(Rep True Name, License Number TP_____), I am calling on behalf of Lifewatch USA,* may I ask whom I am speaking with? *(Write down their* name)And in case we get disconnected, is this the best phone number to reach you back on? *(Read their phone number)* As this a home phone or cell phone? *(Make sure they have a home phone so you can pitch the home landline unit for $34.95) I am calling on behalf of Lifewatch Inc to offer you the safety of a medical alert system. We are calling you today to offer you medical alert equipment and services.*

Okay, Great, for responding today to our Senior Medical Alert program, you've been selected to receive a medical alert system package at NO CHARGE TO YOU. You are probably familiar with the Senior Medical Alert system and how it works or maybe you've seen medical alert systems on TV, in the News Day, The Washington Post, US News or even in AARP magazine.

The way the system works is simple. If you have a medical emergency, fire, burglary, or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician (An *E.M.T.).* They will evaluate your situation and immediately get you the help you need. Your alert button works anywhere in the house and it even works outside on your property. It has a range of approximately 1500 ft. depending on your homes construction, the alert pendant is both impact resistant and waterproof and it comes with a free damage warranty which covers it's replacement as long as you are a customer.

This device could really help you in a time of need and could even be life saving. This device will give you the peace of mind that you need, allow you to feel safe and make sure you never feel alone in the case of an emergency.

Mr/Mrs. _____Senior Medical Alert devices have been helping save the lives of America's senior citizens for over 30 years.

Your Medical Alert System package includes:
• A Medical Alert Base Station with a speaker at no cost to you.
• A Wrist or necklace button

• A daily wellness check if you would like ,that feature is when one of our representatives contacts you every day to ensure that you are safe and sound
• Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.

The Senior Medical Alert system AND the shipping are FREE. The only thing you would be responsible for TODAY is the Emergency Medical Technician monthly monitoring fee of just *'$34.95 (If hooked to a home phone))* per month and the billing cycle doesn't start until you receive the system and activate it. Everything else is FREE. Also, we have no "long term" contracts. The only thing we ask is that you use the system for 90 days. Beyond that if you no longer need the system, you can cancel at any time with no questions asked and no cancellation fees.

Okay, Mr./Ms. *(Their last name )* so what address would you like your Emergency Medical Alert System shipped to? *(Type their address in the customer information form)*

And for the $34.95 monthly Emergency Medical monitoring fee, which preferred payment method would you like to use? VISA, Mastercard, Discover, or American Express or a checking or savings account?

O.K. great if you could start reading the numbers on the card to me from left to right.

And the expiration date? I also need the 3 digit security code located on the back of the card.

*(If NO credit or debit, then ask for checking or savings acct.)*

Okay, would you like to use a checking or savings account?

Once you have payment information...

Okay great, I have that information... Now we have made things real simple for you with 2 payment options. You can pay Quarterly, which covers you for 3 months... or you can pay annually which would cover you for the FULL Year! If you do pay for the year you actually get the 12 month for FREE! You save money and you have the convenience of just one payment per year. That total for the year

would be 329.45 (?)... or if you would like to just start out with the Quarterly that is only 99.99 (?). Did you want to pay for the year or Quarterly?

Do you have a spouse that you would also like to be protected? *(If Yes, then go on, IF No skip to "Fill out the customer information form", below)* Okay we will also send you, for FREE, an additional wrist and necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Emergency Medical Technician monitoring. So you and your spouse would be protected for just $39.95 per month and all of the equipment and shipping is still FREE.

(Fill out the customer information form on computer and then <u>PITCH UPSELL</u>)

## <u>UPSELL</u>

### <u>?????????</u>

### <u>Last Step  Close Up</u>

Great, your equipment will be shipped to you at *(Repeat Shipping Address)* and should arrive within in the next 7-10 BUSINESS days and will be arriving by either FedEx or UPS so keep a look out for it. Don't forget to activate your system, as soon as you receive it, buy plugging it into your phone line jack and pushing the button. This will make a test call and activate your system and immediately start protecting you.

You may cancel this Agreement for a full refund if you do so within 7 days after receipt of your alarm system.  Should you need to cancel, you may do so by calling, 800-716-1433, or by writing to us at Lifewatch Inc., 266 Merrick Rd, Suite 104, Lynbrook, NY 11563.  Our license number is TC_____, and again my license number is TP_____.

Now Mr/Mrs._____ I'm going to place you on hold and transfer you over to the confirmation department where they will verify all of the information that we just went over, thank you so much for calling today and it was my pleasure to assist you. Hold for just one moment please.

*Call  for floor verification*

*Upon approval TRANSFER CALL*

716-1433

# Attachment F



**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

**ADAM H. PUTNAM**

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700

www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#          **TC4342**

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name\*\***

LIFEWATCH, INC.

**Fictitious Names\*\***

LIFEWATCH USA

\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

266 MERRICK RD STE 104
LYNBROOK, New York 11563-2640 USA

**Mailing Address**

266 MERRICK RD STE 104
LYNBROOK, New York 11563-2640 USA

**Telephone Number**                    **Fax Number**

516-███████

**Email Address**

evan@lifewatch-usa.com

**Website Address**

lifewatch-usa.com

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

██████████

**Form of Organization.**

Corporation
12/3/1996                              New York

## Registered Agent

ROBERT RUDOCK
200 S BISCAYNE BLVD STE 3600
MIAMI, Florida 33131-2395 USA

Velez Att. F
Page 1 of 8

## Business Details

Brief description of product(s) sold and/or service(s) provided:

**medical alert products and services**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines? **No**

## Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld. **No**

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld. **No**

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction? **No**

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? **No**

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant? **No**

## Occupation History

**1.** Occupation: emp      Period: 12/03/1996 - 12/16/2013
     Employer: medical alert services
     Address: 266 Merrick Road Suite 104 Lynbrook,NY 11563

## Previous Experience

12 Months experience

## Parents And Affiliates

Does not apply was selected for parent and affiliates.

## Officers

**Officer 1.**

Velez Att. F
Page 2 of 8

Name:                              EVAN SIRLIN
Title:                             Manager

## Information

Date of Birth:                     ███████
ID Type:                           Driver's License Number
ID Number:                         ███████
ID State:

## Home Address

███████████████

HEWLETT, New York ████████ USA

## Criminal And Litigation History

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a **No** finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a **No** governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other entity **No** that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Officer 2.

Name:                              EVAN SIRLIN
Title:                             President

### Information

Date of Birth:                     ███████
ID Type:                           Driver's License Number
ID Number:                         ███████
ID State:

## Home Address

███████████████

HEWLETT, New York ████████ USA

## Criminal And Litigation History

Velez Att. F
Page 3 of 8

1. Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a **No** finding of guilt where adjudication has been withheld.

2. Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

3. Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a **No** governmental agency, including any action affecting any license to do business or practice an occupation or trade?

4. Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other entity **No** that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Officer 3.

| | |
|---|---|
| Name: | CAROL SIRLIN |
| Title: | Owner |

### Information

| | |
|---|---|
| Date of Birth: | ███████ |
| ID Type: | Driver's License Number |
| ID Number: | ████████████ |
| ID State: | |

### Home Address

████████████

OCEANSIDE, New York ███████ USA

### Criminal And Litigation History

1. Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a **No** finding of guilt where adjudication has been withheld.

2. Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

3. Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a **No** governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other entity **No** that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

| Officer 4. | |
| --- | --- |
| Name: | JILL SIRLIN |
| Title: | Owner |

**Information**

| | |
| --- | --- |
| Date of Birth: | ████ |
| ID Type: | Driver's License Number |
| ID Number: | ████ |
| ID State: | |

**Home Address**

████
WOODMERE, New York ████ USA

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a **No** finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a **No** governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other entity **No** that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Salespersons

No Salespersons listed.

## Locations

**Location**

Business Name: Lifewatch, Inc

266 Merrick Road Suite 104
Lynbrook, New York 11563 USA

This is a Physical address.

Manager Name:Evan Sirlin

## Questions

### Question 11

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(l)3, F.S.]  [X]

b.We do not use sales scripts.  [ ]

### Question 12

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(l)3, F.S.]  [X]

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).  [ ]

### Question 13

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3, F.S.]  [X]

b.We do not send any written material to any prospective or actual purchaser.  [ ]

### Question 14

a. Does not apply.  [X]

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614, F.S.]

- The item(s) is/are offered unconditionally
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

[ ]

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:  [ ]

### Question 15

a.A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.  [ ]

b. Complete the following if the event or purchase does not actually let give all of the items described by the seller or salesperson:

    [  ]

### Entered Information

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
  - ◦
- The odds a single prospective purchaser has of receiving each item described is:
  - ◦

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate.

    **[X]**

## Financial Institutions

### Institution

Institution Name: Community National Bank NY
Contact Name: Scott McGrath
Contact Number:

### Address

333 Merrick Road
Rockville Centre, New York 11570-5325 USA

### Accounts



## Security Information

Security Type: Surety Bond
Security Amount: $50,000
Security ID Number: ████████
Security Begin Date : 10/23/2013
Security End Date: 10/23/2014

Security Institution Name: International Fidelity Insurance Company

### Security Institution Address

One Neward Center, 20th Floor
Newark, New Jersey 07102-5207 USA

Security Institution Phone: 800-333-4167

## Uploaded Documents

### All Uploaded Documents

| Name | Description | Type |
|---|---|---|
| 2014 Bond continuation certificate.pdf | | BOND |
| Exhibit 40001.PDF | | TC13A |
| Service Agreement - Exhibit 5 updated 12.4.12.pdf | | TC13A |

Script revised to comply w FL stat
updated 12.17.12.pdf

Case: 0:15-cv-60423 Document #: 22-2 Filed: 07/06/15 Page 47 of 112 PageID #:1377

Script revised to comply w FL stat
updated 12.17.12.pdf

YC12A

SCRIPTS

## Verification Information

### Verification Questions

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

### Preparer Information

Preparer Name: Tiffany Eaton
Preparer Phone: 954-███████

### Signature Information

Signature Name: Evan Sirlin
Signature Date: 12/10/2013

# Attachment G

# LIFE Watch USA

**800.716.1433**

PERSONAL CARING SERVICE SINCE 1980

**www.Lifewatch-usa.com**

**LIFEWATCH INC**
**WWW.LIFEWATCH-USA.COM**
266 Merrick Road Suite 104
Lynbrook, NY 11563
TC#_____

### MEDICAL ALARM SYSTEM LEASE AND MONITORING SERVICE AGREEMENT

Agreement dated _____ by and between Lifewatch Inc (hereinafter referred to as "Lifewatch" or "ALARM COMPANY") and _____(hereinafter referred to as 'Subscriber'7You" or "Purchaser') Phone: _____

The parties hereto agree that:

**1. MEDICAL ALARM SYSTEM IS LEASED AND REMAINS PERSONAL PROPERTY OF ALARM COMPANY: ALARM COMPANY**: ALARM COMPANY shall lease, instruct the Subscriber in the proper use of the Medical Alarm System (hereinafter referred to as "System" or "equipment"), provide self installation instructions for the Subscriber to self install the System at Subscriber's location including all necessary devices and equipment, for the duration of this agreement, with the understanding that the entire System is and shall always remain the sole personal property of ALARM COMPANY and shall not be considered a fixture or a part of the realty, or an addition to, alternation, conversion, improvement, modernization, remodeling, repair or replacement of any part of the realty, and Subscriber shall not permit the attachment thereto of any apparatus not furnished by ALARM COMPANY.

**2. MEDICAL ALARM MONITORING SERVICES/DOCUMENTATION/COMMENCEMENT OF SERVICES**: Medical Alarm Monitoring services shall commence upon LifeWatch's receipt of this Agreement signed by Subscriber. Commencement of monitoring services shall constitute LifeWatch's acceptance of this Agreement. This Agreement includes other documents which are to be signed and returned to LifeWatch by Subscriber, These documents include: LifeWatch Financial Form, LifeWatch Subscriber Information and Responder Form and Primary Response Directive. Subscriber acknowledges receiving LifeWatch's Welcome Notice, Instructions how to test and use the LifeWatch System and Installation instructions.

**3. CANCELLATION:** You may cancel this Agreement for a full refund if you do so within 7 days after receipt of you Alarm System.  Should you need to cancel, you may do so by calling 801-716-1433 or by writing to Lifewatch, Inc. 266 Merrick Road, Suite 104, Lynbrook, NY  11563.

**4. LEASE, MONITORING, AND SERVICE CHARGES:** Subscriber agrees to pay ALARM COMPANY a monthly monitoring fee in the amount of _____ _____, plus tax **if** any, payable in advance for the lease, monitoring, and service of the System for the term of this agreement commencing on the day Subscriber receives the System, and continuing monthly thereafter until Subscriber returns Lifewatch's system.
This contract will automatically renew every month after the initial term, unless either party gives written notice of its intent to cancel. If Agreement is not cancelled within 7 days of receipt of your system, then a failure to return all equipment in satisfactory condition for any cancellations occurring after 7 days will result in a charge of $350.00. In addition, your account will continue to be billed at the monthly monitoring fee as indicated on the Lifewatch Financial Form until our equipment is returned in good working order. Send all equipment back to: ALARM COMPANY at 266 Merrick Road, Suite 104 Lynbrook, NY 11563

**5. TERM OF AGREEMENT/RENEWALS:** The term of this agreement shall be for a period of 30 DAYS. This agreement shall renew itself month to month thereafter under the same terms and conditions, unless either party gives written notice to the other by fax, email or written correspondence of their intention not to renew the contract at least 30 days prior to the expiration of any term.

**6. INCREASES OF MONTHLY CHARGE:** ALARM COMPANY shall be permitted to increase the charges provided for herein at any time or times after the expiration of one year from the date hereof **and** Subscriber agrees to pay such increase.

**7. MEDICAL ALARM SYSTEM CENTRAL OFFICE MONITORING:** Upon receipt of a signal, ALARM COMPANY or its designated central office, shall make every reasonable effort to notify Subscriber and the appropriate municipal police or fire department or emergency personal response service designated by Subscriber. Subscriber acknowledges that signals which are transmitted over telephone lines, internet, VOIP, or other modes **of** communication pass through communication networks beyond the control of ALARM COMPANY and are not maintained by ALARM COMPANY, **except ALARM COMPANY** may own the radio network, and therefore ALARM COMPANY shall not be responsible for any equipment failure which prevents transmission signals from reaching the central office monitoring center or damages arising as a result thereof, or for data corruption, theft or viruses to Subscriber's computers If connected to the PERS communication equipment. Subscriber agrees to furnish ALARM COMPANY with a written list of names and telephone numbers of those persons Subscriber wishes to receive notification of emergency conditions together with a list of all medication: allergies and medical conditions Subscriber wishes to be available to all PERS personnel and medical personnel. All changes and revisions shall be supplied to ALARM COMPANY in writing. Subscriber acknowledges that ALARM COMPANY provides no response to a System signal except notification to the appropriate party, and that the provisions of this agreement exc015pating and limiting ALARM COMPANY'S liability are fully applicable to the Medical Alarm System service. ALARM COMPANY may, without prior notice, suspend or terminate its services, in event of Subscriber's default **in** performance of this agreement or in event designated central office facility or communication network is nonoperational or Subscriber's system is sending excessive communication. ALARM COMPANY is authorized to record all telephone conversations and shall own such recordings.

**8. SUBSCRIBER'S CARE OF EQUIPMENT: REPAIRS AND ADDITIONS:** Subscriber agrees not to tamper with, remove or otherwise interfere with the System. Subscriber agrees to bear the cost of repairs or replacement to the System made necessary as a result of any damage, including damage caused by unauthorized intrusion to the premises, lightning or electrical surge, except for ordinary wear and tear, in which event repair or replacement shall be made by ALARM COMPANY without additional charge. Batteries, electrical surges, lightning damage, obsolete components and components exceeding manufacturer's useful life are not included in service and will be repaired or replaced at Subscriber's expense.

**9. TELEPHONE SERVICE IS NECESSARY AND SUBSCRIBER'S RESPONSIBILITY:** Subscriber acknowledges that the MEDICAL ALARM System Transmitter plugs into a standard telephone jack and communicates over standard telephone lines using two way voice communication. The transmitter may not work with VOIP Internet connection.

**10. SUBSCRIBER'S DUTY TO SUPPLY ELECTRIC AND TELEPHONE SERVICE:** Subscriber agrees to furnish, at Subscriber's expense, all 110 Volt AC power and electrical outlets and receptacles, telephone hook-ups, RJ31 x Block or equivalent, as deemed necessary by ALARM COMPANY or MEDICAL ALARM equipment manufacturer.

**11. DELAY IN INSTALLATION:** ALARM COMPANY shall not be liable for any damage or loss sustained by Subscriber as a result of delay in installation of equipment, equipment failure, or for interruption of service due to electric failure, transmission failure, acts of God, or other causes, including ALARM COMPANY's negligence in the performance of this agreement, and Subscriber shall not be relieved from payments due under this agreement for such period.

**12. TESTING AND SERVICE OF MEDICAL ALARM SYSTEM;** The parties hereto agree that the SYSTEM, once installed, is in the exclusive possession and control of the Subscriber, and it is Subscriber's sole responsibility to test the operation of the SYSTEM and to notify ALARM COMPANY if it is in need of repair or replacement. During the contract period and so long as Subscriber is current in payment, ALARM COMPANY shall service or replace the System if returned by the Subscriber to ALARM COMPANY at ALARM COMPANY'S address. ALARM COMPANY will upon Subscriber's request arrange pick up and delivery, at Subscriber's expense by UPS or US Postal Service. If ALARM COMPANY fails to repair or replace the SYSTEM within 7 days after receipt of said written notice, Subscriber shall not be obligated to pay any amount for service from date said written notice is given, until the SYSTEM is restored to working order unle5s ALARM COMPANY determines that the equipment is operational and the system failure was electrical or telephone service related at Subscriber's premises, in which event Subscriber shall pay ALARM COMPANY'S cost of shipping and inspection charge of $75.00 or if Alarm Company determines that the equipment was damaged by other than ordinary wear and tear, in which event Subscriber shall be charge $350 for a replacement System.

**13. SUBSCRIBER TO INSURE ALARM COMPANY'S EQUIPMENT:** Subscriber shall insure ALARM COMPANY's equipment against fire and casualty and Subscriber agrees to name ALARM COMPANY in said insurance policy as "loss payee" to the extent of the value of the equipment as set forth hereinabove. Subscriber shall be responsible for any loss occasioned by fire or casualty and the cost of replacing or restoring the Medical Alarm System.

**14. AUDIO LISTEN IN AND FORCIBLE** ENTRY: The system includes two-way voice is and meant to be heard under optimal conditions throughout most of the house. In the event that the two way audio is not clear, or the central station does not hear audio, subscriber authorizes company and central station to follow emergency response procedures. Company will notify 911 first, unless otherwise told in writing. Subscriber authorizes the Company in its sole discretion to authorize forcible entry to gain access to Subscriber's premises **in** the event the System emits a signal to the Central Station and the Subscriber cannot be heard throughout the unit's microphone nor does the Subscriber answer the telephone. Subscriber does hereby release the Company and Central Station from any and all liability whatsoever as a result of said forcible entry.

**15. LIFEWATCH 911 UNIT:** If Subscriber chooses to add an Alert 911 unit, it is understood that this product calls 911 direct and subscriber must be able to give their name and location to the 911 operator. There is no GPS locator, All other Terms and Conditions below apply.

**16. MOBILE ALERT SYSTEM:** If you have our Mobile Alert System, monitoring service will not begin and Company and the Central Station will have no obligation to notify emergency personnel or other persons identified as emergency contacts until (1) Company has received your emergency contact information and (2) you have called to activate system and sent a test signal from the system which was successfully received by the Central Station. Please note you must have adequate cellular coverage in the area where system is being used. You are responsible for testing your mobile device everywhere you go. Subscriber also understands that their physical location will be used in connection with providing the service that authorized caregivers may request your current location via our secure web portal. You hereby agree that the Company and the Central Station may provide the Responders and any other necessary third parties, as determined by us and the Central Station in our reasonable discretion, with access to your physical location. You hereby release the Company and the Central Station of any liability which may arise out of disclosure of such information to Responders and any other necessary third parties.

**17. MEDICAL OR** RELATED EXPENSES: In the event the Subscriber utilizes the System by giving the Central Station a signal, the Subscriber does hereby authorize the Company to seek to notify or obtain assistance. The Subscriber shall be obligated for and agrees to pay costs and expenses incurred including, but not limited to, ambulance, physician, or other medical assistance in obtaining assistance, or cost whatsoever incurred as a result of the Subscriber's use of the System.

**18. OPTION TO UPDATE MEDICAL DATA INFORMATION:** At the option of the Subscriber, the Subscriber shall communicate in writing with the Central Station for the purpose of verifying medical data information on file at the Central Station and updating said information, if necessary.

**19. SELF-PROTECTION/SUBSCRIBER'S DUTIES:** The Subscriber understands that the unit is used to help the Subscriber protect his or her person. IT does not assure such protection. Available devices and techniques are too numerous to list but include (a) basic health precaution; and (b) adherence to physician's directions and recommendations.

**20. SYSTEM USE/SUBSCRIBER'S DUTIES:** The Subscriber understands that certain laws, rules, regulations and ordinances imposed by the governmental authorities, utilities, businesses, homeowners associations, and/or other entities may affect the Subscriber's rights in relation to the installation and service of the system.
The Subscriber agrees to obtain and maintain in current status all licenses and permits or other authorizations necessary for the installation and use of the System.

**21. PHYSICAL RESPONSE:** The Subscriber is advised that certain areas in the country have in existence requirements that when an alarm monitoring service reports a medical alarm to a responding agency, that it must also report such alarm to an entity available twenty-four hours each day which is contractually obligated to respond to an emergency within one hour or within another designated time.

**22. ASSIGNMENTS/WAIVER OF SUBROGATION RIGHTS**: Subscriber shall not be permitted to assign this agreement without written consent of ALARM COMPANY. Any such assignment without prior approval shall be deemed a breach of this agreement. ALARM COMPANY shall have the right to assign this contract and shall be relieved of any obligations contained herein upon such assignment. Subscriber on its behalf and any insurance carrier waives any right of subrogation Subscriber's insurance carrier may otherwise have against ALARM COMPANY or ALARM COMPANY's subcontractors arising out of this agreement or the relation of the parties hereto.

**23. INDEMNITY:** Subscriber agrees to and shall indemnify and hold harmless ALARM COMPANY, its employees, agents and subcontractors, from and against all claims, lawsuits, including reasonable attorneys' fees, and losses asserted against and alleged to be caused by ALARM COMPANY's performance, negligent performance or failure to perform its obligations under this agreement. Parties agree that there are no third party beneficiaries of this contract.

**24. REMOVAL OF SYSTEM:** Upon termination of this agreement ALARM COMPANY shall be permitted to discontinue all monitoring service and Subscriber shall at Subscriber's expense return, via UPS or US Postal Service, signature required, ALARM COMPANY equipment to ALARM COMPANY. If for any reason caused by Subscriber, or the owner of the premises if other than the Subscriber, said System is not delivered to ALARM COMPANY within 7 days of such termination, Subscriber shall be deemed to have purchased the equipment for the agreed value stated in this agreement.

**25. LEGALACTION**. In the event of Subscriber's default of this agreement ALARM COMPANY shall be permitted to terminate or suspend all its services under this agreement without relieving Subscriber of any obligation herein and may notify Authority Having Jurisdiction. Additionally, in the event of Subscriber's failure to return the System within 15 days of termination of this contract the System shall be deemed sold to Subscriber in as in condition for $350.00 which the parties agree is the value of the System. Any action by Subscriber against ALARM COMPANY must be commenced within one year of the accrual of the cause of action or shall be barred. All actions or proceedings against ALARM COMPANY must be based on the provisions of this agreement. Any other action that Subscriber may have or bring against ALARM COMPANY in respect to other services rendered in connection

with this agreement shall be deemed to have merged in and be restricted to the terms and conditions of this agreement. If ALARM COMPANY prevails in any litigation or arbitration between the parties, Subscriber shall pay ALARM COMPANY's legal fees. Subscriber submits to the jurisdiction and laws of New York and agrees that any litigation or arbitration between the parties must be commenced and maintained in Nassau County, New York. Any dispute between the parties or arising out of this contract, including issues of arbitrability, shall, at the option of any party, be determined by arbitration administered by Arbitration Services Inc., under its Commercial Arbitration Rules www.natarb.com. Service of processor papers in any legal proceeding or arbitration between the parties may be made by First-Class Mail delivered by the U.S. Postal Service addressed to the party's address in this agreement or another address provided by the party in writing to the party making service.

SUBSCRIBER AND LifeWatch WAIVE THEIR RESPECTIVE RIGHTS TO A JURYTRIAL IN ANY ACTION OR PROCEEDING INVOLVING LifeWatch. SUBSCRIBER ACKNOWEDGES THAT SUBSCRIBERS WAIVING RIGHT TO A JURY TRIALVOLUNTARILY AND KNOWINGLY, AND FREE FROM DURESS OR COERCION. ANDTHAT SUBSCRIBER HAS A RIGHT TO CONSULT WITH A PERSON OF SUBSCRIBERS CHOOSING, INCLUDING AN ATTORNEY, BEFORE SIGNING THIS DOCUMENT. THE PARTIES AGREE THAT THEY MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITY, AND NOT AS A CLASS ACTION PLAINTIFF OR CLASS ACTION MEMBER IN ANY PURPORTED CLASS OR REPRESENTITIVE PROCEEDING. SUBSCRIBER UNDERSTANDS THAT INSTEAD OF SUING OR BEING SUED IN COURT, THE PARTIES MAY HAVE THEIR DISPUTE DETERMINED BY ARBITRATION. SUBSCRIBER ACKNOWEDGES THAT THE RULES IN ARBITRATION ARE DIFFERENT AND THAT SUBSCRIBER HAS HAD THE OPORTUNITY TO SEAK LEGAL OR OTHER ADVICE IN REGARD TO THIS CONTRACT AND IN PARTICULAR THIS ARBITRATION PROVISION. SUBSCRIBER AGREES THAT THE ARBITRATOR MAY NOT CONSOLIDATE PROCEEDINGS OF MORE THAN ONE PERSON'S CLAIM AND MAY NOT OTHERWISE PRESIDE OVER ANT FOURM OF A REPRESENTITIVE OR CLASS PROCEEDING. THE PARTIES AGREE THAT ANY DISPUTE BETWEEN THEM, INCLUDING BUT NOT LIMITED TO THE SCOPE OF THIS ARBITRATION CLAUSE AND ISSUES OF ARBIRABILITY, OR ANY DISPUTE RELATING TO THIS AGREEMENT OR BASED ON A FEDERAL OR STATE STATUTE (EXCEPTWHERE PROHIBETED BYLAW), MAY, AT THE OPTION OF EITHER PARTY BE DETERMINED BY ADMINISTERED BY ARBITRATION SERVICES, INC. UNDER ITS CONSUMER ARBITRATION RULES, WHICH ARE AVAILABLE AT WWW.ARBITRATIONSERVICESINC.COM, BY FAX AT 516-364-3456 OR BY TELEPHONE AT 516-364-1730 THIS CONTRACT EVIDENCES A TRANSACTION IN INTERSTATE COMMERCE, AND THUS THE FEDERAL ARBITRATION ACT GOVERNS THE INTERPETATION AND ENFORCEMENT OF THIS PROVISION

**26. ADDITIONAL PAYMENTS:** In addition to the payments set forth herein. Subscriber agrees to be liable for and pay to ALARM COMPANY any excise, sales, property, or other tax, telephone line charges, and any increases thereof, which may be imposed upon ALARM COMPANY because of this agreement. Should ALARM COMPANY be required by existing or here after enacted law to perform any service or furnish any material not specifically covered by the terms of this agreement Subscriber agrees to pay ALARM COMPANY for such service or material.

**27. FALSE ALARM/PERMIT FEES**: Subscriber Is responsible for all permits and permi fees, agrees to file for and maintain any permits required by applicable law and indemnify or reimburse ALARM COMPANY for any fines relating to permits or false alarms. ALARM COMPANY shall have no liability for permit fees, false alarms, false alarm fines, police or fire response, any damage to personal or real property or personal injury caused by EMT, police or fire department response to emergency conditions, whether false alarm or otherwise, or the refusal of the police or fire department to respond. In the event of termination of police or EMT this contract shall nevertheless remain in full force and Subscriber shall remain liable for all payments provided for herein. Should ALARM COMPANY be required by existing or hereinafter enacted law to perform any service or furnish any material not specifically covered by the terms of this agreement Subscriber agrees to pay ALARM COMPANY for such service or material. ALARM COMPANY shall have no liability for police, fire or EMT non-response, response, or any damage to person or property in connection with any emergency condition reported by ALARM COMPANY or its designated central station in response to a signal received from Subscriber's SYSTEM.

**28. ALARM COMPANY'S RIGHTTO SUBCONTRACT SPECIAL SERVICES**: Subscriber agrees that ALARM COMPANY is authorized and permitted to subcontract any services to be provided by ALARM COMPANY to third parties who may be independent of ALARM COMPANY, and that ALARM COMPANY shall not be liable for any loss, damage or injury sustained by Subscriber by reason of any other cause whatsoever caused by the negligence of third parties. Subscriber acknowledges that this agreement, and particularly those paragraphs relating to ALARM COMPANY's disclaimer of warranties, exemption from liability, even for its negligence, limitation of liability and indemnification, inure to the benefit of and are applicable to any assignees, subcontractors and central offices of ALARM COMPANY.

**29. NO WARRANTIES OR REPRESENTATIONS; SUBSCRIBER'S EXCLUSIVE REMEDY**: ALARM COMPANY does not represent nor warrant that the System will prevent any loss, damage or injury, or that the System will in all cases provide the protection for which it is installed or intended. Subscriber acknowledges that ALARM COMPANY is not an insurer, and that Subscriber assumes all risk for loss or injury to Subscriber's property or System. ALARM COMPANY has made no representation or warranties, and hereby disclaims any warranty of merchantability or fitness for any particular use. Subscriber's exclusive remedy for ALARM COMPANY's default hereunder is to require ALARM COMPANY to repair or replace, at ALARM COMPANY's option, any equipment or part of the System which is non-operational. Except for services provided pursuant to this agreement, Subscriber agrees to look to manufacturer's warranty for any equipment warranty.

**30. EXCULPATORY CLAUSE:** The parties agree that ALARM COMPANY is not an insurer and no insurance coverage is offered herein. Subscriber's payments to ALARM **COMPANY** are for the installation, rental and service of a System designed to

reduce certain risks of loss, though ALARM COMPANY does not guarantee that no loss will occur. ALARM COMPANY is not assuming liability and therefore shall not be liable to Subscriber for any loss or injury sustained by Subscriber as a result of any cause whatsoever, regardless of whether or not such loss or injury was caused by or contributed to by ALARM COMPANY's negligent performance to any degree or failure to perform any obligation or strict products liability. Subscriber releases ALARM COMPANY from any claims for contribution, indemnity or subrogation.

**31. LIMITATION OF LIABILITY:** The parties agree that the System is not designed or guaranteed to prevent any loss or injury. If, notwithstanding the terms of this agreement, there should arise any liability on the part of ALARM COMPANY as a result of any cause whatsoever, regardless of whether or not such loss, damage, or personal injury was caused by or contributed to by ALARM COMPANY's negligence to any degree or failure to perform any obligation or strict products liability, such liability will be limited to an amount equal to six (6) times the monthly payment paid by the Subscriber to ALARM COMPANY at the time such liability is fixed, or to the sum of $250.00, whichever is greater. If Subscriber wishes to increase ALARM COMPANY's maximum amount of such limitation of liability, Subscriber may, as a matter of right, at anytime, by entering into a supplemental agreement obtain from ALARM COMPANY a higher limit by paying an additional amount consonant with the increase of liability. This shall not be construed as insurance coverage.

**32. PERSONAL MEDICAL DISCLOSURE AUTHORIZATION:** Any medical or other personal information provided by Subscriber to ALARM COMPANY may be disclosed by ALARM COMPANY to any EMS personnel or medical personnel requesting same.

**26. CONFLICTING DOCUMENTS:** Should there arise any conflict between this agreement and Subscriber's purchase order or other document this agreement will govern, whether such purchase order or document is prior to or subsequent to this agreement.

**33. FULL AGREEMENT/SEVERABILITY:** This agreement constitutes the full understanding of the parties and may not be amended, modified or canceled, except in writing signed by both parties, except ALARM COMPANY's requirements regarding items of protection provided for in this agreement imposed by Authority Having Jurisdiction. Subscriber acknowledges and represents that Subscriber has not relied on any representation, assertion, guarantee, warranty, collateral contract or other assurance, except those set forth in this agreement and waives any claims in connection with same. Should any provision of this agreement be deemed void, all other provisions will remain in effect.

THIS AGREEMENT INCLUDES OTHER DOCUMENTS REFERREDTO IN PARAGRAPH 2. READ THEM BEFORE YOU SIGN THIS CONTRACT. SUBSCRIBER ACKNOWLEDCES THAT THIS CONTRACT AND INCORPORATED DOCUMENT'S WERE DELIVERED TO SUBSCRIBER'S ADDRESS BY US POSTAL SERVICE OR OTHER MAIL CARRIERS AND THAT NO HOME SOUCITA11ON WAS MADE BY LIFEWATCH.THIS CONTRACT CONTAINS AN ARBITRATION PROVISION AND OTHER PROVISIONS IN PARAGRAPH 25 THAT AFFECT YOUR LEGAL RIGHT'S.

You are not obligated to pay any money unless you sign this contract and return it to the Telephone Commercial Seller.

**SUBSCRIBER:** _____     Your

Sales Representative was:_____     License Number: TP_____

Signature (Name must be printed below)

Print Name: _____

*If someone other than Subscriber is signing this contract state relationship to Subscriber and by signing this Contract such person represents that he or she has authority to bind Subscriber to this contract.*

# Attachment H



**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

Mailing Address:

Attn: Commercial Telephone Salesperson

Florida Department of Agriculture and Consumer Services

2005 Apalachee Parkway

Tallahassee, FL 32399-6700

www.800helpfla.com

1-800-HELP-FLA (435-7352) FL Only

850-488-2221 Calling Outside Florida

Fax 850-410-3804

### COMMERCIAL TELEPHONE SELLER BUSINESS LICENSE APPLICATION

**ADAM H. PUTNAM**

Chapter 501.608, Florida Statutes

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#              **TC4342**

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name\*\***

LIFEWATCH, INC.

**Fictitious Names\*\***

LIFEWATCH USA

---

\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

266 MERRICK RD STE 104
LYNBROOK, New York 11563-2640 USA

**Mailing Address**

266 MERRICK RD STE 104
LYNBROOK, New York 11563-2640 USA

**Telephone Number**                    **Fax Number**

516-███████

**Email Address**

evan@lifewatch-usa.com

**Website Address**

lifewatch-usa.com

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

██████

**Form of Organization.**

Corporation
12/3/1996                                        New York

## Registered Agent                              Velez Att. H

Page 1 of 9

ROBERT RUDOCK

200 S BISCAYNE BLVD STE 3600

MIAMI, Florida 33131-2395 USA

305-███████                                    rjrudock@arnstein.com

## Business Details

Brief description of product(s) sold and/or service(s) provided:

**medical alert products and monitoring services**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines?  **No**

## Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld.  **No**

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld.  **No**

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction?  **No**

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?  **No**

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant?  **No**

## Occupation History

**1.** Occupation:        emp                                         Period: 12/03/1996 - 01/16/2015

   Employer:       medical alert products and monitoring services

   Address:        266 Merrick Rd Suite 104 Lynbrook,NY 11563

## Previous Experience

24 Months experience

## Parents And Affiliates

Does not apply was selected for parent and affiliates.

## Officers

### Officer 1.

| | |
|---|---|
| Name: | EVAN SIRLIN |
| Title: | Manager |

### Information

| | |
|---|---|
| Date of Birth: | ███████ |
| ID Type: | Driver's License Number |
| ID Number: | ███████ |
| ID State: | |

### Home Address

███████████████

HEWLETT, New York ██████ USA

### Criminal And Litigation History

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving **No** racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

### Officer 2.

| | |
|---|---|
| Name: | EVAN SIRLIN |
| Title: | President |

**Information**

| | |
|---|---|
| Date of Birth: | ███████ |
| ID Type: | Driver's License Number |
| ID Number: | ███████ |
| ID State: | |

**Home Address**

██████████████

HEWLETT, New York ███████ USA

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving **No** racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

**Officer 3.**

| | |
|---|---|
| Name: | CAROL SIRLIN |
| Title: | Owner |

**Information**

| | |
|---|---|
| Date of Birth: | ███████ |
| ID Type: | Driver's License Number |
| ID Number: | ███████ |
| ID State: | |

**Home Address**

██████████████

OCEANSIDE, New York ███████ USA

## Criminal And Litigation History

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the **No** use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Officer 4.

| | |
|---|---|
| Name: | JILL SIRLIN |
| Title: | Owner |

### Information

| | |
|---|---|
| Date of Birth: | ████████ |
| ID Type: | Driver's License Number |
| ID Number: | ██████████ |
| ID State: | |

### Home Address

████████████████

WOODMERE, New York ██████████ USA

### Criminal And Litigation History

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of **No**

voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Salespersons

No Salespersons listed.

## Locations

### Location

Business Name: Lifewatch Inc

266Merrick Rd Suite 104
Lynbrook, New York 11563 USA

This is a Physical address.

Manager Name:Evan Sirlin

## Questions

### Question 11

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(I)3, F.S.]  **[X]**

b.We do not use sales scripts.  **[ ]**

### Question 12

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(I)3, F.S.]  **[X]**

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).

[ ]

## Question 13

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3, F.S.]

**[X]**

b.We do not send any written material to any prospective or actual purchaser.

[ ]

## Question 14

a. Does not apply.

**[X]**

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614, F.S.]

- The item(s) is/are offered unconditionally
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

[ ]

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:

[ ]

## Question 15

a.A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.

[ ]

b. Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:

[ ]

### Entered Information

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
  - ○

- The odds a single prospective purchaser has of receiving each item described is:
  - ○

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate.

**[X]**

## Institution

Institution Name: Community National Bank NY
Contact Name: Scott McGrath
Contact Number:

## Address

333 Merrick Rd
Rockville Centre, New York 11570 USA

## Accounts



## Security Information

Security Type: Surety Bond
Security Amount: $50,000
Security ID Number: ███████
Security Begin Date : 10/23/2014
Security End Date: 10/23/2015

Security Institution Name: International Fidelity Insurance Company

## Security Institution Address

One Newark Center, 20th Floor
Newark, New Jersey 07102 USA

Security Institution Phone: 800-333-4167

## Uploaded Documents

### All Uploaded Documents

| Name | Description | Type |
|------|-------------|------|
| copy of renewal.pdf | | BOND |
| Script revised to comply w FL stat updated 12.17.12.pdf | | TC12A |
| Script revised to comply w FL stat updated 12.17.12.pdf | | SCRIPTS |
| Call Center Welcome Package.PDF | | TC13A |

## Verification Information

### Verification Questions

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provision of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

## Preparer Information

Preparer Name: Tiffany Eaton
Preparer Phone: 954-████████

## Signature Information

Signature Name: Evan Sirlin
Signature Date: 1/15/2015

# Attachment I



**Florida Department of Agriculture and Consumer Services
Division of Consumer Services**

**FLORIDA TELEMARKETING ACT
MATERIAL CHANGE FORM**

Chapter 501.608, Florida Statutes

**ADAM H. PUTNAM**

*Mailing Address:*
Attn: Commercial Telephone Salesperson
Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6700

www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#                          **TC3614**
Document Tracking No#        **2434271**        Application Date        **12/18/2012 03:11:45 PM**

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name****

U S DIGEST LLC

**Fictitious Names****

Senior Care Alert

---

****All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

4950 PARK BLVD N
PINELLAS PARK, Florida 33781-3409 USA

**Mailing Address**

4950 park bvld
Pinellas park, Florida 33781 USA

**Telephone Number**                                    **Fax Number**

727-███████                                              727-████████

**Email Address**

██████@gmail.com

**Website Address**

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

████████

**Form of Organization.**

LLC
11/9/2008                                                        Florida

## Salespersons

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 66 of 112 PageID #:1396

SP List attached.

Verification Information

**Verification Questions**

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

**Preparer Information**

Preparer Name: Nekenja Franklin
Preparer Phone: 727-███████

**Signature Information**

Signature Name: Nekenja Franklin
Signature Date: 12/18/2012

# Attachment J



**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

**ADAM H. PUTNAM**

| |
|---|
| *Mailing Address:* |
| Attn: Commercial Telephone Salesperson |
| Florida Department of Agriculture and Consumer Services |
| 2005 Apalachee Parkway |
| Tallahassee, FL 32399-6700 |
| http://www.800helpfla.com/ |
| 1-800-HELP-FLA (435-7352) FL Only |
| 850-488-2221 Calling Outside Florida |
| Fax 850-410-3804 |

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#               **TC3614**

Document Tracking No#         **2538712**      Application Date      **04/18/2014 01:39:48 PM**

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name\*\***

U S DIGEST LLC

**Fictitious Names\*\***

Does not apply was selected for Ficticious Names

---

\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

4950 PARK BLVD N
PINELLAS PARK, Florida 33781-3409 USA

**Mailing Address**

4950 PARK BLVD N
PINELLAS PARK, Florida 33781-3409 USA

**Telephone Number**                    **Fax Number**

727-██████                          727-██████

**Email Address**

██████@gmail.com

**Website Address**

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

██████

**Form of Organization.**

LLC

11/2/2008                                        Florida

## Registered Agent

JUNE FRANKLIN
5555 DR MARTIN LUTHER KING JR ST S
SAINT PETERSBURG, Florida 33705-5138 USA
727-██████

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 69 of 112 PageID #:1399

## Business Details

Brief description of product(s) sold and/or service(s) provided:

**Magazines**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines?  **No**

### Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld.  **No**

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? **No** Conviction includes a finding of guilt where adjudication has been withheld.

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any **No** jurisdiction?

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or **No** the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading **No** representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant?

### Occupation History

**1.** Occupation:        emp                              Period: 11/02/2008 - 04/18/2014
   Employer:        Telesales
   Address:         4950 park blvd pinellas park,FL 33781

### Previous Experience

60 Months experience

### Parents And Affiliates

Does not apply was selected for parent and affiliates.

### Officers

**Officer 1.**

Name:                                    Angelica Cobane

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 70 of 112 PageID #:1400

Title:                          Manager
**Information**
Date of Birth:                  ████
ID Type:
ID Number:
ID State:

**Home Address**
████████
pinellas park, Florida ████ USA
**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, **No** fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by **No** a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or **No** other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Salespersons

SP List attached.

## Locations

**Location**
Business Name: U S DIGEST LLC

4950 PARK BLVD N
PINELLAS PARK, Florida 33781-3409 USA

This is a Physical address.

Manager Name:

## Questions

**Question 11**

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(I)3, F.S.]                    **[X]**

b.We do not use sales scripts.                                                                                              [  ]

**Question 12**

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform
our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to
conduct telephonic sales, sample introductions, sample closings, product information and contest or              [ ]
premium award information.) [501.605(2)(I)3, F.S.]

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature      **[X]**
described in 12(a).

**Question 13**

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(I)3,       **[X]**
F.S.]

b.We do not send any written material to any prospective or actual purchaser.                                       [  ]

**Question 14**

a. Does not apply.                                                                                                    **[X]**

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be
referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614,
F.S.]

- The item(s) is/are offered unconditionally                                                                          [  ]
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will
receive certain specific items or one or more items from among designated items, or a certificate of any type
which the purchaser must redeem to obtain the item described in the certificate, whether the items are            [  ]
referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:

**Question 15**

a.A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.                             **[X]**

b. Complete the following in the event a purchaser does not actually receive all of the items described by the
seller or salesperson:                                                                                              [  ]

**Entered Information**

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
  - 

- The odds a single prospective purchaser has of receiving each item described is:
  - 

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 72 of 112 PageID #:1402

more items among designated items or a certificate of any type which the purchaser must redeem to obtain          [   ]
the item described in the certificate.

## Financial Institutions

**Institution**

Institution Name: Grow Financial
Contact Name: Grow Financial
Contact Number:

**Address**

6900 park blvd n
pinellas park, Florida 33781 USA

**Accounts**

███████████

### Security Information

Security Type: Surety Bond
Security Amount: $50,000.00
Security ID Number: ████████
Security Begin Date : 03/12/2014
Security End Date: 03/12/2015

Security Institution Name: Surety1

**Security Institution Address**

3225 Monier Circle ste 100
Rancho Cordova, California 95742 USA

Security Institution Phone: 916-294-0044

### Uploaded Documents

**All Uploaded Documents**

| Name | Description | Type |
| --- | --- | --- |
| Confirm New.docx | | TC13A |
| LAND SCRIPT.docx | | SCRIPTS |
| MAGAZINE SALES SCRIPT 2014.docx | | SCRIPTS |
| Welcome_Package_05-31-12__copy.pdf | | SCRIPTS |
| Sales person.docx | | TCTPLIST |

### Verification Information

**Verification Questions**

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background
investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 73 of 112 PageID #:1403

or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

**Preparer Information**

Preparer Name: June Franklin
Preparer Phone: 727 █████████

**Signature Information**

Signature Name: June Franklin
Signature Date: 4/18/2014

# Attachment K

DRAFT 05-31-12



# CALL CENTER
# WELCOME  PACKAGE

DRAFT 05-31-12

# THE PRODUCT

The LIFEWatch Medical Alert system has been featured in numerous well known periodicals such as NewsDay, The Washington Post, US News, and more.  The commercials have aired nationally with Dick Van Patten as the official spokesperson. It has been recommended by the American Diabetes Association, and the National Institute of Aging.  It is the only EMT-Certified Medical Monitoring in the U.S.  It is the most affordable service available and requires no contract.

The way it works is simple.  Simply press the LIFEWatch button on either the necklace or wristband and you can speak "hands-free" with the LIFEWatch Care Center from anywhere in your home.  A LIFEWatch certified EMT will notify emergency services, family and friends.

The next few years are going to see a huge  growth in the 65 and older population.  By becoming a marketing partner with LIFEWatch you are partnering with a company that has years of experience in elderly care products that fulfill a genuine need that saves lives.



DRAFT 05-31-12

# SALES SCRIPT

(INTRO):
HI, (customer name)? Hi (customer name) this is (your name) calling from (your company) You have been selected to receive a free Medical Alert System for either you or a family member. This call may be recorded for quality control.

(SCRIPT):
This is the same system as seen on TV with Dick Van Patten and recommended by the American Diabetes Association and featured in Newsweek Magazine valued at over $200. Medical alert systems have become essential in helping to keep you or your loved ones safe and secure in the event of a medical emergency.   Are you familiar with the Medical Alert System?

(Customer Name) the way it works is simple. If you or a family member has a medical emergency, fire, or burglary, even something so simple as a fall that you have difficulty getting up from, simply push the button on a lightweight waterproof necklace or bracelet and speak hands free from anywhere in the home to a live operator, who is a fully trained Emergency Medical Technician, who has all your personal contacts on file. They will attempt communication with you, evaluate your situation and immediately get help for you, notify family or 911, and comfort you until help arrives. However, whether we communicate with you or not, help is always on the way, from anywhere inside your home as well as your property outside. This medical alert unit has the farthest range of any – 1500ft.  The entire unit is absolutely free, you are only billed for the service.  Our service is one of the most affordable on the market.  You pay only $29.95/$34.95 for your first month of risk free service, we pay for your shipping and handling, and it can be cancelled at any time, there is never a contract.  If you are not completely satisfied within the first 30 days, you can cancel for a full refund.  As an added bonus for signing up today you will also receive, for free, our Medilock Key Lockbox, a $40 value giving you piece of mind that no windows will be broken in you house in the event of an emergency.  It works just like a realtors lock, with a combination you choose that gives access to only people you want to have access to your house.  In addition, we are also offering, free today, a daily wellness check.  Everyday at a pre-determined time of your choosing the medical alert company will contact you through your medical alert device to make sure everything is ok.  You truly will never be more than 24 hours without someone checking up on you.

You total package includes:
The Medical Alert Base station with speaker and 1500 ft.range and Voice Remote, so you can even answer your phone without getting up!, wrist and necklace adaptor and one button, the Medilock Key Lockbox, and the daily wellness check.  This package has a value at over $300. You pay nothing except the monthly service fee of 29.95/$34.95 and even that is risk free for the first 30days.

(BILLING INFORMATION)
(Customer Name) we would like to ship your equipment out to you today, so it will arrive within the next 7-10 business days. Your service starts as soon as you receive it and activate the unit and remember there is no contract, no added taxes, no shipping fees.
Now I just need to verify that we have all of your information in our system correctly.

DRAFT 05-31-12

- We have your first name as _____. Correct?
- We have your last name spelled _____. Correct
- And is this unit for you or someone else? And what is their name?
- And I have your mailing address as _____. Is that correct? Is this the address you would like your package mailed to? (Spell it out to ensure accuracy)
- Is that the address where the equipment will be installed? (If not): What is that address?
- What's the phone number there? And this is a (cellular, voip, regular) phone line?
- And your email address? (not required)
- In case of an emergency it is very important that we have an emergency contact for you. Who would you like us to contact? (This is Emergency Contact Info)
- And what is their telephone number?
- To better assist paramedics, what is the primary medical concern?
- Do you have a credit card (or checkbook) handy, or do you need me to hold?
- Go ahead and give me the credit card number (or numbers at the bottom of the check, first nine are the routing numbers, the rest are the account numbers)
- And the expiration date?
- And the billing address?

(BILLING CONFIRMATION):
Great! Now (customer name) today's date is (Full Date) Your first month of service will be billed today (or post date) at only $29.95/$34.95 to the credit card (checking account) you provided, ok? (Need affirmative response) You will receive your entire package in 7-10 business days (unless Post Dated) which will include the state of the art monitoring system, Medilock Lockbox, and Daily wellness check, all together valued at over $300. There will be no contract, and you can cancel at anytime. After the first month, we will simply bill your credit card (checking account) once a month for only the $29.95/$34.95 service fee for as long as you keep the service. Ok? (need affirmative response here)

(OPTIONAL READ UPSELL SCRIPT(S) HERE)

Great! Your equipment will be shipped to you at (Repeat Shipment Address) and will arrive within the next 7-10 business days (unless post date). Don't forget to activate your system as soon as you receive it by plugging it in and making a test call. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

(Submit Order now for approval)

Ok, I have your customer number. Please write this down. It is_____, did you get that? Great! The number we contacted you at today is (repeat phone number) Is this the best contact number for you? (Customer Name) again my name is (Rep Name). If you have any questions at all please do not hesitate to contact us (your company name) at (your company phone number). Also, please write down the number for LifeWatch-USA, the medical alert provider we work with, (1-800-716-1433). Have a wonderful day/evening.

DRAFT 05-31-12

# ANYWHERE ALERT

Anywhere Alert 911 for $9.99 a month.



Up-sell Script:

As a special offer for signing up today we are able to offer you a free Anywhere alert pendant. This pendant can be worn anywhere in the United States and with just a push of a button you get the help you need immediately. Normally the service for this pendant is $34.95 a month, however, for our existing Medical Alert customers the service for the Anywhere Alert 911 pendant is just $9.99 a month, ok? (if yes, repeat the Billing Confirmation adding the $9.99 monthly charge)


(Continue to submission process)


# ADDITIONAL FREE PRODUCTS

FREE: Medilok key Lockbox-Prevents broken doors and windows ($40 VALUE)

FREE: Away from Home "Protection" Card -24/7 access to medical information ($60/yr value)

FREE: Voice Remote- This revolutionary device allows a telephone conversation by simply pressing the pendant during incoming phone calls. No need to get out of your chair or off the couch. No more missed calls! ($60/yr value)

FREE: VERY IMPORTANT -Daily wellness check. Everyday the Medical Alert company will check up on you and make sure your ok. ($60/yr value)

DRAFT 05-31-12

# REBUTTALS

### *How do I know that this is for real?*

*(Customer Name)* The medical alert system we offer is through a company that has been in business for over 30 years and have thousands and thousands of satisfied customers.  Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We are so confident with their services that we don't ask you to sign any long term contracts. That allows you to cancel at anytime with no penalty, so that forces us to be better than you expect. ***So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

### *I have never heard of your company.*

*(Customer Name)*  Our company is a preferred Medical Alert marketer.  The company we sign you up with has maintained relationships with all the banking and regulatory institutes since they came into existence 30 years ago.  That would not happen if they did not deliver 100% customer satisfaction. We simply want to impress you and hope you will refer us to you friends and family. ***So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

### *How and why is this promotion possible?*

*(Customer Name)* We can offer you this promotion at such a low cost because **the Medical Alert company we work with** believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, they have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us and hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That make's sense to you, right? ***Well, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

### *I don't want anything that needs my Credit Card or Checking Account info.*

I can appreciate your concerns about protecting your account information.  Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. ***So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

DRAFT 05-31-12

## *I'm not Interested # 1*

(Customer Name), what's holding you back? (*Isolate the concern, repeat it back to the customer, and address it with the correlating rebuttal.*)

(Customer Name) Doctors refer to the first hour after an accident or a heart attack or a stroke as the golden hour. If they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on it's way immediately? Surely that's worth a dollar a day to you, so let's get you registered.

Would you rather use you Visa, Mastercard, American Express, Discover, Debit card or checking account?

**(Customer Name)** I sincerely hope that you never need to use the medical alert service, but I can promise you this…. If you do, we will be there for you at the simple push of a button and help will be on it's way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth a dollar a day, right?  So let's get you registered.

Would you rather use you Visa, Mastercard, American Express, Discover, Debit card or checking account?

## *Need to speak with my Spouse/Family.*

I completely understand. However I don't think that any of your family would not understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. **The Medical Alert company** is with you 24/7, 365 days a year for as little as about a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $200 absolutely free. I can't guarantee that savings at any other time, *so let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## *Can't make a decision without my Spouse or Family.*

I'm fairly confident that they would agree that saving $200 on the equipment cost and protecting your health and safety for only $1 a day is a smart decision. And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $4.99 per month. That brings the cost down to less than 60 cents each per day. Remember, you can cancel at any time with no obligation so even if you try it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear. *So let's get you signed up. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## *Still can't decide.*

(Customer Name) I know that you are interested otherwise you would not still be on the line with me, and I understand that you are on the fence about this. Let me ask you, is your safety and health worth about a dollar a day to you? (Wait for the answer) Please remember that because

DRAFT 05-31-12

of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $200 if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. ***What do we need to do to get you registered today?***

### *Someone else makes my Healthcare decisions.*

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

### **I can't afford it.**

***(Customer Name),*** I understand completely. In these tough economic times I can appreciate that things are tight. However, this service is only about a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. What happens if you have an emergency situation at 3 or 4 in the morning? **The medical alert service** will be there at the push of a button and will initiate emergency help **within seconds.** You can't afford to be without it, ***so let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

### **I am on a fixed Income and can't afford it.**

***(Customer Name),*** is your health and safety, or maybe even your life not worth about a dollar a day to you or your family? Please remember that we are sending you over $200 worth of equipment **absolutely free.** I'm sure that once you inform your family that you would like to do this and could use a little help with the **$29.95** monthly monitoring costs that they would be happy to help. ***So let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

### **Can you just send me a bill every month?**

***(Customer Name)***, unfortunately no! We would need to have a billing method on file for the monthly monitoring cost of only **$29.95** in order to send you the actual monitoring equipment which is valued at **over $200.** Please remember we are giving that to you **absolutely free,** without even a charge for shipping it to you. We simply ask you to cover the monthly monitoring fees. ***Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

### **I'll just send you a check.**

***(Customer Name),*** by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card, debit card or your checking account on this call, we can send you over $200 worth of equipment

DRAFT 05-31-12

**absolutely free.** I can't guarantee that any other way. ***Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

**If it's free why do you need my Credit card/Checking Account Information?**

In order to ship out your equipment we need to know that you will use it for at least 1 month. Please understand that even though we provide you the equipment for free, which is valued at over $200, we would need to have a billing method on file for the monthly monitoring fee of only **$29.95/34.95** per month. ***(Customer Name),*** as I have already mentioned, that breaks down to actually less than $1 per day and for that we guarantee that within seconds of you pushing your button at any time, day or night, 365 a year, we will be there for you. Surely the peace of mind that provides for you and your family is well worth the low cost of less than $1 a day. ***So let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

# Frequently Asked Questions (FAQ's)

**What do I get, how does it work?**

We send you our **Medical Alert** Speaker Unit which connects into your home phone. You also get a help button that communicates with the **Medical Alert** unit using a built in microphone. Also included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather its on your wrist, around you neck or clipped onto your belt and you will be instantly connected to one of our care specialist who will immediately provide the help that you need.

**Tell me about your product, how does it work?**

You simply press a help button at you wear and you are instantly connected to one of our care specialist's through the **Medical Alert** console. We will assist you in getting the help you need. We will contact family, friends, neighbors or an ambulance, whoever you want. Our System provides excellent assistance and peace of mind in an emergency.

**What happens when I press the button?**

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the **Medical Alert** console, which is a very sensitive speakerphone. We will follow your instructions and summon whomever you want. If you or they can't speak for any reason we will follow the set of instruction set up by you when you first received the system.

**Once the button is pressed, does the call go directly to 911?**

DRAFT 05-31-12

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions its up to you. When you receive the system, you will set of instructions for us to follow and that's what we will do if you do press the button. The choices are all yours.

**What if I'm in a different room from the system?**

The speaker is extremely loud and the microphone on the button is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 1500 feet away. That's more than the length of a football field. Is your house bigger than football field?

**What happens if I can't speak or can't be heard?**

If we can't hear you, we will follow the instructions you give us when you set up your system. We will call friends, family, loved ones, or 911. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are yours.

**Is the system automatically tested or do I have to test it?**

Yes to both questions. The console tests test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us a further reassurance.

**Can I call because maybe I'm feeling faint but don't want 911 called; I just want someone called from my contact list instead?**

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

**Do I have to program it when it arrives?**

No, we take care of all that. You simply need to plug it in the same way you would an answering machine and push the button to test it. It's that simple.

**Does this work with Voice over IP phones?**

Yes, absolutely. So long as I make a note of that we can send you a unit that is completely compatible with VOIP phone systems.

**Do I talk to you through the necklace, watch bracelet or belt clip?**

The button that you wear on the necklace, watch bracelet or belt clip activates our hands free voice console which is what we speak to you through.

**Where are you located? Do you operate your own monitoring center?**

We are a preferred marketing company for Medical Alert Devices. The company that provides the medical alert service owns its own UL listed monitoring center, staffed with highly trained care specialists at their secure facility in New York. From there they monitor customers from all across the US.

DRAFT 05-31-12

**Are you operators fully trained and qualified?**

All of the specialists complete 180 hours of classroom training before they ever take a phone call. All **Medical Alert** care specialists are CSAA (Central Station Alarm Association) certified. These specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

**Is the Medical Alert facility open 24 hours a day?**

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions.

**How long have you been in business?**

The medical alert company we sign you up with has been in business since 1977. They have provided life safety services and peace of mind to tens of thousand of people for over 30 years and are among the leaders in our field.

**If I call for emergency help, where is my call get answered, locally or out of State?**

All calls go to the monitoring center to ensure the greatest level of service. We store in your record all you local authority phone numbers. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you.

**Can I change who is contacted on the weekends?**

Again, the choices are all yours. We will do whatever you instructions you provide. It's no problem at all.

**How much, or what information goes into your computer?**

It's entirely up to you. We will input whatever information you wish to provide in terms of medial records, who to contact, when and in what particular order.

DRAFT 05-31-12

# Phone Service Overview

**Landline – connected via telephone jack; hard wired or cordless:**

Verizon, AT&T, BellSouth

- All units at any price range will work with these types of services

**DSL/Broadband/FIOS – Digital telephone lines; usually combined with a computer**

Verizon FIOS, BellSouth DSL, AT&T DSL, ISN DSL

- All units will work but need a DSL filter (purchased at RadioShack model #279-101)

- In some cases, phone companies send this filter with their products, please check with the customer.

**VOIP – Analog telephone lines that use the computer service to talk and operate**

**1st level:**
Cablevision, Optimum, Comcast, Windstream, Timewarner, Roadrunner, Charter

- Possible that these will work with basic unit (it is important to remember that if the customer has this type of phone service Basic Alarms might not work. We need to offer the service at $29.95 and up in case we need to switch the unit to a VOIP. Please refrain from selling this deal at $24.95.
- Some areas may require a VOIP unit.

- May offer GPS or Cellular in Home for additional fee.

**2nd level:**
Knology, Vonage, Cox, Bright House Networks, Century Link

- DON'T OFFER BASIC ALARMS, THEY DON'T WORK WITH THESE TYPE OF PHONE SERVICE.
- These services require VOIP unit.

- May offer GPS or Cellular in Home for additional fee.

**3rd level:**
Magic Jack, AT&T Universe, Ooma

- DON'T OFFER BASIC ALARMS, THEY DON'T WORK WITH THESE TYPE OF PHONE SERVICE

- These services only compatible with VOIP unit

**Cellular (no home telephone) – uses cell phone towers**

- Offer CL-52, Anywhere Alert 911 or Mobile Help Cellular

DRAFT 05-31-12

# Quality Control

LifeWatch prides itself on the superior quality of their customer service. Our clients are always our number one priority. As a marketer you can rest assured that you are marketing a product that is backed by a company with a 30 year track record of integrity and honesty. By following the guidelines outlined here, you will help maintain LifeWatch-USA's reputation as well as maximize your client retention.

**Basic Requirements:**
1) Caller ID: all outbound calls must display a caller ID that has the name of your company and a number that can be called back to speak to a live operator or be placed on the do not call list.
2) Licensing: All companies must be properly licensed and bonded in the states they operate to and from.
3) FTC compliance: in addition to varying state and local laws, all companies must familiarize themselves and abide by all telemarketing laws (telemarketing sales rules) implemented by the FTC and the FCC. This includes registering, and downloading the National Do Not Call list.

**Scripts and Rebuttals:**
1) Scripts and Rebuttals must be approved by LifeWatch-USA
2) Scripts and Rebuttals must be dated and archived when revisions are made
3) Procedures need to be in place to ensure no outdated scripts or rebuttals are used

**For call centers utilizing advertisements and mailers:**
1) All mailers need to be approved
2) All mailers need to be dated as to their creation and mail out times
3) All inbound calls need to be tied to a specific mailer and noted in the CRM

**Recordings:**
1) All sales must be recorded from beginning to end
2) All clients need to be informed that they are being recorded
3) All recording need to be checked for compliance
4) All recordings need to be available on demand for LIFEWatch-USA Review

**Do not call lists:**
1) All call centers need to maintain an internal do not call list that is in addition to the national and state do not call lists.
2) All new internal do not call numbers need to be uploaded to www.4tyllc.net/lifewatch website weekly.
3) All call centers need to download an updated consolidated list weekly from the same site.

**Reasons a call will fail quality control:**
1) Misleading: misinforming the clients as to the way a product works, or how it is delivered. This can be intentional or unintentional.
2) Misrepresenting: informing a client that you are from LifeWatch-USA or any other organization other than the company you work for.
3) Not getting proper authorization: There must be a recorded clear authorization for the first payment as well as the recurring payments.
4) Rudeness: Talking in a manner or tone that can be interpreted as disrespectful to a client or potential client.

# **Attachment L**

Fax:
4950 Park Blvd
Pinellas Park, Fl 33781
888-535-3280

# Fax

$Tc\ 3614$

| TO: | Division of Consumer Services | FROM: | Us Digest Llc |
|---|---|---|---|
| FAX: | 850-███ or 850-███ | PAGES: | 24 |
| PHONE: | | DATE: | 4/18/2014 |
| RE: | | CC: | |

   Urgent      For Review      Please Call Upon Receiving      Please Reply      Please Recycle

Please see attached to update our file.

DRAFT 12-11-12



# CALL CENTER
# WELCOME PACKAGE

DRAFT 12-11-12

# THE PRODUCT

The LIFEWatch Medical Alert system has been featured in numerous well known periodicals such as NewsDay, The Washington Post, US News, and more. The commercials have aired nationally with Dick Van Patten as the official spokesperson. It has been recommended by the American Diabetes Association, and the National Institute of Aging along with many hospitals and healthcare organizations. It is the only EMT-Certified Medical Monitoring in the U.S. It is the most affordable service available and requires no contract.

The way it works is simple. Simply press the LIFEWatch button on either the necklace or wristband and you can speak "hands-free" with the LIFEWatch Care Center from anywhere in your home. A LIFEWatch certified EMT will notify emergency services, family and friends.

The next few years are going to see a huge growth in the 65 and older population. 4 out of 10 seniors will experience a fall that requires assistance. The average time they will spend waiting for assistance without a medical alert device is 15 hours. By becoming a marketing partner with LIFEWatch you are partnering with a company that has years of experience in elderly care products that fulfill a genuine need that saves lives.



Powered by

🔵 BOSCH
Invented for life

04/18/2014  3:55PM (GMT-04:00)

DRAFT 12-11-12

# ANYWHERE ALERT

Anywhere Alert 911 for $9.99 a month.



Up-sell Script:

As a special offer for signing up today we are able to offer you a free Anywhere alert pendant. This pendant can be worn anywhere in the United States and with just a push of a button you get the help you need immediately. Normally the service for this pendant is $34.95 a month, however, for our existing Medical Alert customers the service for the Anywhere Alert 911 pendant is just $9.99 a month (or $29.97 every three months), ok? (if yes, repeat the Billing Confirmation adding the $9.99 monthly charge (or $29.97 quarterly charge)

(Continue to submission process)

# ADDITIONAL PRODUCTS

$10-$40: MediLok key Lockbox-Prevents broken doors and windows ($40 VALUE)

FREE: Voice Remote- This revolutionary device allows a telephone conversation by simply pressing the pendant during incoming phone calls. No need to get out of your chair or off the couch. No more missed calls! ($60/yr value)

FREE: VERY IMPORTANT -Daily wellness check. Everyday the Medical Alert company will check up on you and make sure your ok. ($60/yr value)

04/18/2014   3:55PM (GMT-04:00)

DRAFT 12-11-12

# OPTIONAL QUALIFIER SCRIPT

Hi, This is (your name) with (your company name). My license number is _____.
How are you today?

I'm calling because you pre-qualify for a Free Medical Alert System,
Mr./Mrs,_____. Whether you are having a medical emergency, fire, burglary, or just
need the comfort of knowing someone is there for you, simply press your waterproof
pendant or wristband and speak hands free directly to an Exclusive EMT Certified
Monitoring center 24/7. This system will give you the security of knowing that with the
touch of a button, you can get immediate assistance should an accident, fall, or any
other type of medical emergency greet you unexpectedly. Even if you hear a burglar in
your home the system will alert the proper authorities so that you will have the
protection you need and hopefully the sound of the 911 operator will scare off a burglar.
Our equipment is free for you today all you pay is for the monthly service which can be
cancelled at anytime.

Please allow me to transfer you over to our "Emergency Alert Specialist" so they explain
how this offer works and get your system mailed out ASAP, ok? (need affirmative
response). Great, Please hold (transfer call)

DRAFT 12-11-12

# SALES SCRIPT

**(!NTRO):**

HI, **(customer name)**? HI **(customer name)** this is **(your name)** calling from **(your company)** My license number is _____.

You have been selected to receive a free Medical Alert System for either you or a family member. This call may be recorded for quality control.

**(SCRIPT):**

This is the same system as seen on TV with Dick Van Patten and recommended by "Good Housekeeping." Medical Alert Devices have also been recommended by the American Diabetes Association and featured in Newsweek Magazine. The equipment is valued at over $350. Medical alert systems have become essential in helping to keep you or your loved ones safe and secure in the event of a medical emergency. Are you familiar with the Medical Alert System?

**(Customer Name)** the way it works is simple. If you or a family member has a medical emergency, fire, or burglary, even something so simple as a fall that you have difficulty getting up from, simply push the button on a lightweight waterproof necklace or bracelet and speak hands free from anywhere in the home to a live operator, who is a fully trained Emergency Medical Technician, who has all your personal contacts on file. They will attempt communication with you, evaluate your situation and immediately get help for you, notify family or 911, and comfort you until help arrives. However, whether we communicate with you or not, help is always on the way, from anywhere inside your home as well as your property outside. This medical alert unit has the farthest range of any – up to 1500ft. The entire unit is absolutely free for as long as you are a customer, you are only billed for the service. Our service is one of the most affordable on the market. You pay only $34.95 plus shipping and handling for your first month of service, and it can be cancelled at any time, there is never a contract. In addition, we are also offering, free today, a daily wellness check that can be set up so that everyday at a predetermined time of your choosing the medical alert company will contact you through your medical alert device to make sure everything is ok. You truly will never be more than 24 hours without someone checking up on you.

Your total package includes:

The Medical Alert Base station with speaker and 1500 ft.range and Voice Remote, so you can even answer your phone without getting up!, wrist and necklace adaptor and one button, and the daily wellness check. This package has a value at over $350. You pay nothing except the monthly service fee of $34.95 plus shipping and handling.

**(Customer Name)** we would like to ship your equipment out to you today, so it will arrive within the next 10-14 business days. Your service starts as soon as you receive it and activate the unit and remember there is no contract.

Now I just need to verify that we have all of your information in our system correctly. Please hold ok? (Make sure they stay on the line with an affirmative response.)

DRAFT 12-11-12

# VERIFICATION SCRIPT

Hi (customer name), thanks for standing by. Our company license number is TC3614. This is the verification department for (your company name) and my name is (your name) and todays date is (month/day/year). This line is
being recorded for quality control, ok? (need affirmative response).
Can you please state you first and last name?
Great, now (customer name),Your total package includes The Medical Alert Base station with speaker and 1500 ft.range and Voice Remote, so you can even answer your phone without getting up!, wrist and necklace adaptor and one emergency button, and the daily wellness check.
Now I just need to verify that we have all of your information in our system correctly.
• We have your first name as _____. Correct?
• We have your last name spelled _____. Correct
• And is this unit for you or someone else? And what is their name?
• And I have your mailing address as _____. Is that correct? Is this the address you would like your package mailed to? (Spell it out to ensure accuracy)
• Is that the address where the equipment will be installed? (If not): What is that address?
• What's the phone number there? And this is a (cellular, voip, regular) phone line?
• And your email address? (not required)
• In case of an emergency it is very important that we have an emergency contact for you. Who would you like us to contact? (This is Emergency Contact Info)
• And what is their telephone number?
• To better assist paramedics, what is the primary medical concern?
• Do you still have your credit card (or checkbook) handy, or do you need me to hold?
• Go ahead and give me the credit card number (or numbers at the bottom of the check, first nine are the routing numbers, the rest are the account numbers)
• And the expiration date?
• And the billing address?
Great! Now we have made things real simple with two of our best payment options. Rather than pay monthly, you can pay quarterly which covers you for three months, or annually which covers you for a full year. With either the quarterly or annual plans we will include free shipping. The quarterly plan is only $99.99 billed once every three months and the annual plan is only $384.45 for a full year, which includes a free month of service. Would you prefer the annual plan or the quarterly? (Wait for response.)
**(BILLING CONFIRMATION QUARTERLY):**
Great! Now (customer name) today's date is (Full Date) Your first 3 months month of service will be billed today (or post date) at only $99.99 to the credit card (checking account) you just provided and shipping will be free, ok? (Need affirmative response) You will receive your entire package in 10-14 business days (unless Post Dated) which will include the state of the art monitoring system and Daily wellness check, All together valued at over $350. There will be no contract, and you can cancel at anytime. If you are ever dissatisfied with our service, simply

DRAFT 12-11-12

send us back the monitoring equipment and you will never be billed again. After the first 3 months, and for as long as you keep the service, we will simply bill your credit card (checking account) once every three months for only $99.99, ok? (need affirmative response here.)

**(UPSELL ANYWHERE ALERT QUARTERLY)**
As a special offer for signing up today we are able to offer you a free Anywhere alert pendant. This pendant can be worn anywhere in the United States and with just a push of a button you get the help you need immediately. The service for the Anywhere Alert 911 pendant is just $29.97 for three months of service and can be billed to the credit card (checking account) you provided. Would you like to have this additional service and have it billed to your credit card (checking account)? at the rate of only $29.97 once every three months? (need affirmative response here).

**(BILLING CONFIRMATION ANNUAL)**
Great! Now (customer name) today's date is (Full Date) Your first year of service will be billed today (or post date) at only $384.45 to the credit card (checking account) you just provided and shipping will be free, ok? (Need affirmative response). You will receive your entire package in 10-14 business days (unless Post Dated) which will include the state of the art monitoring system and Daily wellness check, All together valued at over $350. There will be no contract, and you can cancel at anytime. If you are ever dissatisfied with our service, simply send us back the monitoring equipment and you will never be billed again. After the first year and for as long as you keep the service, we will simply bill your credit card (checking account) once a year for only $384.45, ok? (need affirmative response here.)

**(UPSELL ANYWHERE ALERT ANNUAL)**
As a special offer for signing up today we are able to offer you a free Anywhere alert pendant. This pendant can be worn anywhere in the United States and with just a push of a button you get the help you need immediately. The service for the Anywhere Alert 911 pendant is just $119.88 for one year of service and can be billed to the credit card (checking account) you provided. Would you like to have this additional service and have it billed to your credit card (checking account)? at the rate of only $119.88 once a year? (need affirmative response here).

**(BILLING CONFIRMATION MONTHLY):**
Great! Now (customer name) today's date is (Full Date) Your first month of service will be billed today (or post date) at only $34.95 plus a one time shipping fee of $9.95 to the credit card (checking account) you just provided, ok? (Need affirmative response) You will receive your entire package in 10-14 business days (unless Post Dated) which will include the state of the art monitoring system, and Daily wellness check. There will be no contract, and you can cancel at anytime. If you are ever dissatisfied with our service, simply send us back the monitoring equipment and you will never be billed again. After the first month, and for as long as you keep the service, we will simply bill your credit card (checking account) once a month for only $34.95, ok? (need affirmative response here.)

**(UPSELL ANYWHERE ALERT MONTHLY)**
As a special offer for signing up today we are able to offer you a free Anywhere alert pendant. This pendant can be worn anywhere in the United States and with just a push of a button you get the help you need immediately. The service for the Anywhere Alert 911 pendant is just $9.99 a month and can be billed to the credit card (checking account) you provided. Would you

DRAFT 12-11-12

like to have this additional service and have it billed to your credit card (checking account)? at the rate of only $9.99 per month? (need affirmative response here).

**(VERIFICATION CONTINUED)**
Great! Your equipment will be shipped to you at (Repeat Shipment Address) and will arrive within the next 10-14 business days (unless post date). Don't forget to activate your system as soon as you receive it by plugging it in and making a test call. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

(Submit Order now for approval)

Ok, I have your customer number. Please write this down. It is (customer ID), did you get that? Great! The number we contacted you at today is (repeat phone number) Is this the best contact number for you? (Customer Name) again my name is (your name). If you have any questions at all please do not hesitate to contact us (your company name) at (your company phone number). Also, please write down the number for LifeWatch-USA, the medical alert provider we work with, (1-800-716-1433). They are available Monday through Friday 9am-6pm Eastern Standard Time as well as Saturday 9am-5pm. Have a wonderful day/evening.

DRAFT 12-11-12

# REBUTTALS

### *How do I know that this is for real?*

*(Customer Name)* The medical alert system we offer is through a company that has been in business for over 30 years and have thousands and thousands of satisfied customers. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We are so confident with their services that we don't ask you to sign any long term contracts. That allows you to cancel at anytime with no penalty, so that forces us to be better than you expect. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### *I have never heard of your company.*

*(Customer Name)* Our company is a preferred Medical Alert marketer. The company we sign you up with has maintained relationships with all the banking and regulatory institutes since they came into existence 30 years ago. That would not happen if they did not deliver 100% customer satisfaction. We simply want to impress you and hope you will refer us to you friends and family. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### *How and why is this promotion possible?*

*(Customer Name)* We can offer you this promotion at such a low cost because **the Medical Alert company we work with** believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, they have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us and hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That make's sense to you, right? *Well, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### *I don't want anything that needs my Credit Card or Checking Account info.*

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

04/18/2014   3:55PM (GMT-04:00)

DRAFT 12-11-12

### *I'm not Interested # 1*

(Customer Name), what's holding you back? (*Isolate the concern, repeat it back to the customer, and address it with the correlating rebuttal.*)

(Customer Name) Doctors refer to the first hour after an accident or a heart attack or a stroke as the golden hour. If they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on it's way immediately? Surely that's worth a dollar a day to you, so let's get you registered.

Would you rather use you Visa, Mastercard, American Express, Discover, Debit card or checking account?

**(Customer Name)** I sincerely hope that you never need to use the medical alert service, but I can promise you this…. If you do, we will be there for you at the simple push of a button and help will be on it's way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth a dollar a day, right? So let's get you registered.

Would you rather use you Visa, Mastercard, American Express, Discover, Debit card or checking account?

### *Need to speak with my Spouse/Family.*

I completely understand. However I don't think that any of your family would not understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. **The Medical Alert company** is with you 24/7, 365 days a year for as little as about a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $200 absolutely free. I can't guarantee that savings at any other time, *so let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### *Can't make a decision without my Spouse or Family.*

I'm fairly confident that they would agree that saving $200 on the equipment cost and protecting your health and safety for about a $1 a day is a smart decision. And i also want you to know that you can actually add your spouse to this program if you would like for only an extra $4.99 per month. That brings the cost down to less than 60 cents each per day. Remember, you can cancel at any time with no obligation so even if you try it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear. *So let's get you signed up. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### *Still can't decide.*

(Customer Name) I know that you are interested otherwise you would not still be on the line with me, and I understand that you are on the fence about this. Let me ask you, is your safety and health worth about a dollar a day to you? (Wait for the answer) Please remember that because

DRAFT 12-11-12

of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $200 if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. *What do we need to do to get you registered today?*

### Someone else makes my Healthcare decisions.

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

### I can't afford it.

*(Customer Name),* I understand completely. In these tough economic times I can appreciate that things are tight. However, this service is only about a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. What happens if you have an emergency situation at 3 or 4 in the morning? **The medical alert service** will be there at the push of a button and will initiate emergency help **within seconds.** You can't afford to be without it, *so let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### I am on a fixed income and can't afford it.

*(Customer Name),* is your health and safety, or maybe even your life not worth about a dollar a day to you or your family? I'm sure that once you inform your family that you would like to do this and could use a little help with the **$34.95** monthly monitoring costs that they would be happy to help. *So let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### Can you just send me a bill every month?

*(Customer Name),* unfortunately no! We would need to have a billing method on file for the monthly monitoring cost of only **$34.95** in order to send you the actual monitoring equipment which is valued at **over $350.** We simply ask you to cover the monthly monitoring fees. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

### I'll just send you a check.

*(Customer Name),* by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card, debit card or your checking account on this call, we can send you over $350 worth of equipment , all you pay is for the service. I can't guarantee that any other way. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

04/18/2014  3:55PM  (GMT-04:00)

DRAFT 12-11-12

## If it's free why do you need my Credit card/Checking Account Information?

In order to ship out your equipment we need to know that you will use it for at least 1 month. Please understand that even though we provide you the equipment for free, which is valued at over $350, all you pay is for the service, we would need to have a billing method on file for the monthly monitoring fee of only **$34.95** per month. *(Customer Name)*, as I have already mentioned, that breaks down to actually less than $1 per day and for that we guarantee that within seconds of you pushing your button at any time, day or night, 365 a year, we will be there for you. Surely the peace of mind that provides for you and your family is well worth the low cost of about a $1 a day. *So let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# Frequently Asked Questions (FAQ's)

## What do I get, how does it work?

We send you our **Medical Alert** Speaker Unit which connects into your home phone. You also get a help button that communicates with the **Medical Alert** unit using a built in microphone. Also included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather its on your wrist, around you neck or clipped onto your belt and you will be instantly connected to one of our care specialist who will immediately provide the help that you need.

## Tell me about your product, how does it work?

You simply press a help button at you wear and you are instantly connected to one of our care specialist's through the **Medical Alert** console. We will assist you in getting the help you need. We will contact family, friends, neighbors or an ambulance, whoever you want. Our System provides excellent assistance and peace of mind in an emergency.

## What happens when I press the button?

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the **Medical Alert** console, which is a very sensitive speakerphone. We will follow your instructions and summon whomever you want. If you or they can't speak for any reason we will follow the set of instruction set up by you when you first received the system.

## Once the button is pressed, does the call go directly to 911?

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions its up to you. When you receive the system, you will set of

DRAFT 12-11-12

instructions for us to follow and that's what we will do if you do press the button. The choices are all yours.

## What if I'm in a different room from the system?

The speaker is extremely loud and the microphone on the button is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 1500 feet away. That's more than the length of a football field. Is your house bigger than football field?

## What happens if I can't speak or can't be heard?

If we can't hear you, we will follow the instructions you give us when you set up your system. We will call friends, family, loved ones, or 911. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are yours.

## Is the system automatically tested or do I have to test it?

Yes to both questions. The console tests test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us a further reassurance.

## Can I call because maybe I'm feeling faint but don't want 911 called; I just want someone called from my contact list instead?

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

## Do I have to program it when it arrives?

No, we take care of all that. You simply need to plug it in the same way you would an answering machine and push the button to test it. It's that simple.

## Does this work with Voice over IP phones?

Yes, absolutely. So long as I make a note of that we can send you a unit that is completely compatible with VOIP phone systems.

## Do I talk to you through the necklace, watch bracelet or belt clip?

The button that you wear on the necklace, watch bracelet or belt clip activates our hands free voice console which is what we speak to you through.

## Where are you located? Do you operate your own monitoring center?

We are a preferred marketing company for Medical Alert Devices. The company that provides the medical alert service owns its own UL listed monitoring center, staffed with highly trained care specialists at their secure facility in New York. From there they monitor customers from all across the US.

DRAFT 12-11-12

### Are you operators fully trained and qualified?

All of the specialists complete 180 hours of classroom training before they ever take a phone call. All **Medical Alert** care specialists are CSAA (Central Station Alarm Association) certified. These specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

### Is the Medical Alert facility open 24 hours a day?

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions.

### How long have you been in business?

The medical alert company we sign you up with has been in business since 1980. They have provided life safety services and peace of mind to over 500,000 people for over 30 years and are among the leaders in our field.

### If I call for emergency help, where is my call get answered, locally or out of State?

All calls go to the monitoring center to ensure the greatest level of service. We store in your record all you local authority phone numbers. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you.

### Can I change who is contacted on the weekends?

Again, the choices are all yours. We will do whatever you instructions you provide. It's no problem at all.

### How much, or what Information goes into your computer?

It's entirely up to you. We will input whatever information you wish to provide in terms of medial records, who to contact, when and in what particular order.

DRAFT 12-11-12

# Phone Service Overview

**<u>Landline</u> – connected via telephone jack; hard wired or cordless:**

Verizon, AT&T, BellSouth
* All units at any price range will work with these types of services



**<u>DSL/Broadband/FIOS</u> – Digital telephone lines; usually combined with a computer**

Verizon FIOS, BellSouth DSL, AT&T DSL, ISN DSL

* All units will work but need a DSL filter (purchased at RadioShack model #279-101)

* In some cases, phone companies send this filter with their products, please check with the customer.

**<u>VOIP</u> – Analog telephone lines that use the computer service to talk and operate**

**1st level:**
Cablevision, Optimum, Comcast, Windstream, Timewarner, Roadrunner, Charter

* Possible that these will work with basic unit (it is important to remember that If the customer has this type of phone service Basic Alarms might not work. We need to offer the service at $29.95 and up in case we need to switch the unit to a VOIP. Please refrain from selling this deal at $24.95.
* Some areas may require a VOIP unit.

* May offer GPS or Cellular in Home for additional fee.

**2nd level:**
Knology, Vonage, Cox, Bright House Networks, Century Link

* DON'T OFFER BASIC ALARMS, THEY DON'T WORK WITH THESE TYPE OF PHONE SERVICE.
* These services require VOIP unit.

* May offer GPS or Cellular in Home for additional fee.

**3rd level:**
Magic Jack, AT&T Universe, Ooma

* DON'T OFFER BASIC ALARMS, THEY DON'T WORK WITH THESE TYPE OF PHONE SERVICE

* These services only compatible with VOIP unit

**<u>Cellular (no home telephone)</u> – uses cell phone towers**

* Offer CL-52, Anywhere Alert 911 or Mobile Help Cellular

DRAFT 12-11-12

# Quality Control

LifeWatch prides itself on the superior quality of their customer service. Our clients are always our number one priority. As a marketer you can rest assured that you are marketing a product that is backed by a company with a 30 year track record of integrity and honesty. By following the guidelines outlined here, you will help maintain LifeWatch-USA's reputation as well as maximize your client retention.

**Basic Requirements:**
1) Caller ID: all outbound calls must display a caller ID that has the name of your company and a number that can be called back to speak to a live operator or be placed on the do not call list.
2) Licensing: All companies must be properly licensed and bonded in the states they operate to and from.
3) FTC compliance: in addition to varying state and local laws, all companies must familiarize themselves and abide by all telemarketing laws (telemarketing sales rules) implemented by the FTC and the FCC. This includes registering, and downloading the National Do Not Call list.

**Scripts and Rebuttals:**
1) Scripts and Rebuttals must be approved by LifeWatch-USA
2) Scripts and Rebuttals must be dated and archived when revisions are made
3) Procedures need to be in place to ensure no outdated scripts or rebuttals are used

**For call centers utilizing advertisements and mailers:**
1) All mailers need to be approved
2) All mailers need to be dated as to their creation and mail out times
3) All inbound calls need to be tied to a specific mailer and noted in the CRM

**Recordings:**
1) All sales must be recorded from beginning to end
2) All clients need to be informed that they are being recorded
3) All recording need to be checked for compliance
4) All recordings need to be available for LIFEWatch-USA Review

**Do not call lists:**
1) All call centers need to maintain an internal do not call list that is in addition to the national and state do not call lists.
2) All new internal do not call numbers need to be uploaded to LifeWatch weekly.
3) All call centers need to download an updated consolidated list weekly from the same site.
4) We do not allow outbound telemarketing to the following states: Indiana, Kansas, Virginia, Maryland, Washington DC, New York, Wisconsin.

**Reasons a call will fail quality control:**
1) Misleading: misinforming the clients as to the way a product works, or how it is delivered. This can be intentional or unintentional.
2) Misrepresenting: informing a client that you are from LifeWatch-USA or any other organization other than the company you work for.
3) Not getting proper authorization: There must be a recorded clear authorization for the first payment as well as the recurring payments.
4) Rudeness: Talking in a manner or tone that can be interpreted as disrespectful to a client or potential client.

# Attachment M

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 107 of 112 PageID #:1437



**ADAM H. PUTNAM**

**Florida Department of Agriculture and Consumer Services
Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER
BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

| |
|---|
| *Mailing Address:* |
| Attn: Commercial Telephone Salesperson |
| Florida Department of Agriculture and Consumer Services |
| 2005 Apalachee Parkway |
| Tallahassee, FL 32399-6700 |
| www.800helpfla.com |
| 1-800-HELP-FLA (435-7352) FL Only |
| 850-488-2221 Calling Outside Florida |
| Fax 850-410-3804 |

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

Document Tracking No#          **2468675**          Application Date          **04/29/2013 12:24:22 PM**

### BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name\*\***

Multi Level Marketing LLC

**Fictitious Names\*\***

Preferred Reader

---

\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

3110 1st ave n suite 7W
St Petersburg, Florida 33713 USA

**Mailing Address**

3110 1st ave n suite 7W
St Petersburg, Florida 33713 USA

**Telephone Number**                                    **Fax Number**

727███████                                              727███████

**Email Address**

preferredreader@outlook.com

**Website Address**

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

████████

**Form of Organization.**

LLC

4/9/2013                                                              Florida

### Registered Agent

Multi Level Marketing
3110 1st ave n suite 7W
St Petersburg, Florida 33713 USA

727-███████                                    preferredreader@outlook.com

## Business Details

Brief description of product(s) sold and/or service(s) provided:
**renew magazine subscriptions, sell medical alert services**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines? **No**

## Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld. **Yes**

| | |
|---|---|
| Date of Action: | 11/22/2000 |
| Docket Number | CRC0019827CFANO |
| Court or administrative agency rendering the decision, judgment or order: | Pinellas Clerk of Court |
| Governmental agency which brought the action: | Pinellas |
| Details: | Grand Theft |

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld. **No**

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction? **No**

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? **No**

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant? **No**

## Occupation History

**1.** Occupation:      emp                                          Period: 03/06/2006 - 04/26/2013
    Employer:       Telemarketing
    Address:        3110 1st ave n suite 7W St Petersburg,FL 33713

## Previous Experience

84 Months experience

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 109 of 112 PageID #:1439

## Parents And Affiliates

Does not apply was selected for parent and affiliates.

## Officers

### Officer 1.

| | |
|---|---|
| Name: | Connie Pedroff |
| Title: | Owner |

### Information

| | |
|---|---|
| Date of Birth: | ██████ |
| ID Type: | Driver's License Number |
| ID Number: | ████████ |
| ID State: | Florida |

### Home Address

██████████

St Petersburg, Florida ████████

### Criminal And Litigation History

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **Yes** includes a finding of guilt where adjudication has been withheld.

| | |
|---|---|
| Date of Action: | 11/22/2000 |
| Docket Number | CRC0019827CFANO |
| Court or administrative agency rendering the decision, judgment or order: | pinellas circuit court |
| Governmental agency which brought the action: | St Petersburg Police |
| Details: | grand theft |

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any **No** untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or **No** other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 110 of 112 PageID #:1440

## Salespersons

SP List attached.

## Locations

### Location

Business Name: Multi Level Marketing LLC

3110 1st ave n suite 7W
st petersburg, Florida 33713 USA

This is a Physical address.

Manager Name:Connie Pedroff

## Questions

**Question 11**

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(l)3, F.S.]          **[X]**

b.We do not use sales scripts.                                                                          [   ]

**Question 12**

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform
our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to
conduct telephonic sales, sample introductions, sample closings, product information and contest or
premium award information.) [501.605(2)(l)3, F.S.]          [   ]

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature
described in 12(a).          **[X]**

**Question 13**

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3,
F.S.]          [   ]

b.We do not send any written material to any prospective or actual purchaser.          **[X]**

**Question 14**

a. Does not apply.          **[X]**

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be
referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614,
F.S.]

- The item(s) is/are offered unconditionally          [   ]
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will    [  ]
receive certain specific items or one or more items from among designated items, or a certificate of any type
which the purchaser must redeem to obtain the item described in the certificate, whether the items are
referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:

**Question 15**

a.A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.    **[X]**

b. Complete the following in the event a purchaser does not actually receive all of the items described by the    [  ]
seller or salesperson:

**Entered Information**

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
  ◦

- The odds a single prospective purchaser has of receiving each item described is:
  ◦

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or    [  ]
more items among designated items or a certificate of any type which the purchaser must redeem to obtain
the item described in the certificate.

### Financial Institutions

**Institution**

Institution Name: Bank of America
Contact Name: Michelle Saska
Contact Number:

**Address**

Madrid Square 2145 34th Street N
st petersburg, Florida 33713 USA

**Accounts**

██████████████

### Security Information

Security Type: Surety Bond
Security Amount: $50,000
Security ID Number: ████████████
Security Begin Date : 04/23/2013
Security End Date: 04/23/2014

Security Institution Name: Hartford Fire Insurance Company

**Security Institution Address**

One Hartford Plaza
Hartford , Connecticut 06155 USA

Security Institution Phone: 877-654-2327

Case: 1:15-cv-05781 Document #: 22-2 Filed: 07/06/15 Page 112 of 112 PageID #:1442

### Uploaded Documents

**All Uploaded Documents**

| Name | Description | Type |
|------|-------------|------|
| Pref._Reader_Ver._Script[1].jpg | | SCRIPTS |
| Pref._Reader_Desk_Script [1].jpg | | SCRIPTS |
| LifeWatch[1].jpg | DESK SCRIPT, VERIFICATION SCRIPT, LIFEWATCH MEDICAL ALERT SCRIPT | SCRIPTS |
| Emp._License[1].jpg | | TCTPLIST |

### Verification Information

**Verification Questions**

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

**Preparer Information**

Preparer Name: Connie Pedroff
Preparer Phone: 727-███████

**Signature Information**

Signature Name: Connie Pedroff
Signature Date: 4/29/2013