# Attachment N

Hi this is _____ calling on behalf of Lifewatch USA. This call is being recorded for quality assurance.

As part of a special promotion we are going to send you a Medical Alert System that's valued at over $400.00! This will keep you safe and secure in your own in the event of an emergency. The entire unit is absolutely free for as long as you continue to be a customer.
Are you familiar with the Medical Alert Systems and how they work?
(If yes) acknowledge and continue (If no) continue

(Customer name) the way it works is simple. In the event of a medical emergency, fire, burglary, or just need the comfort of knowing someone is there for you, simply press a button and a live operator will speak with you, evaluate your situation and immediately get help for you by notifying your family or 911, and comfort you until help arrives. You will have the protection you need. **This is important, don't you agree?**

(Customer name) are you the person that makes decisions regarding your well-being, or does someone else take care of that?

If someone else: Who is that? We can contact the person together now.

If themselves: Great! Do you have a valid credit or debit card? Please have that ready.

IF YES: continue with presentation.

IF NO: Unfortunately you would need to have a major credit card or debit or checking account to qualify for this offer. (Stay quite, wait for response)

Your package has a value of over $400.00, we pay for the unit itself along with a pendant or bracelet and shipping costs. The only thing we ask is that you maintain the monthly monitoring service. And today you qualify for the lowest rate of $1 per day billed quarterly which covers your 1st 3 months of service.

We will ship your equipment out to you today, so it will arrive within the next 7 to 10 business days and there are no taxes or shipping fees. Now I just need to verify that we have all of your information in our system correctly. This will only take a few more moments. PLEASE HOLD (VERIFICATION!!!!!)

Velez Att. N

# Attachment O



**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**ADAM H. PUTNAM**

**COMMERCIAL TELEPHONE SELLER**
**BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

Mailing Address:

Attn: Commercial Telephone Salesperson

Florida Department of Agriculture and Consumer Services

2005 Apalachee Parkway

Tallahassee, FL 32399-6700

www.800helpfla.com

1-800-HELP-FLA (435-7352) FL Only

850-488-2221 Calling Outside Florida

Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#     **TC4443**

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name****

MULTI LEVEL MARKETING LLC

**Fictitious Names****

LIFE WATCH

PREFERRED READER

**All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

3110 1ST AVE N SUITE 7W
ST PETERSBURG, Florida 33713 USA

**Mailing Address**

3110 1ST AVE N SUITE 7W
ST PETERSBURG, Florida 33713 USA

| **Telephone Number** | **Fax Number** |
|---|---|
| 727-█████ | 727-█████ |

**Email Address**

preferredreader@outlook.com

**Website Address**

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

██████

**Form of Organization.**

Limited Liability Company

4/8/2013                                          Florida

## Registered Agent

Multi Level Marketing

3110 1st ave n suite 7W St

St Petersburg FL, Florida 33713 USA

727-███████                    ███████@yahoo.com

## Business Details

Brief description of product(s) sold and/or service(s) provided:

**Renew magazine subscriptions**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines? **No**

## Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld. **Yes**

| | |
|---|---|
| Date of Action: | 11/22/2000 |
| Docket Number | CRC0019827CFANO |
| Court or administrative agency rendering the decision, judgment or order: | Pinellas Clerk of Court |
| Governmental agency which brought the action: | Pinellas |
| Details: | Grand Theft |

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? **No** Conviction includes a finding of guilt where adjudication has been withheld.

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction? **No**

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? **No**

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant? **No**

## Occupation History

**1.** Occupation: emp                                        Period: 4/16/2013 - 5/15/2014

Employer: Telemarketing

Address: 3110 1st ave n suite 7W St St Petersburg FL,FL 33713

## Previous Experience

96 Months experience

## Parents And Affiliates

Does not apply was selected for parent and affiliates.

## Officers

### Officer 1.

Name:                                        CONNIE L PEDROFF

Title:                                        Owner

### Information

Date of Birth:                               ███████

ID Type:                                     Driver's License Number

ID Number:                                   ████████████

ID State:                                    Florida

### Home Address

████████████

ST PETERSBURG, Florida ████████ USA

### Criminal And Litigation History

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving **No** racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

| Officer 2. | |
|---|---|
| Name: | Denise Gilliam |
| Title: | Manager |
| **Information** | |
| Date of Birth: | ██████████ |
| ID Type: | Driver's License Number |
| ID Number: | ██████████ |
| ID State: | Florida |

**Home Address**

████████████

St Petersburg FL, Florida ██████ USA

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving **No** racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

**Salespersons**

SP List attached.

## Locations

### Location

Business Name: Preferred Reader

3110 1st ave n
St Petersburg, Florida 33713 USA

This is a Physical address.

Manager Name:Denise Gilliam

## Questions

### Question 11

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(l)3, F.S.]   [X]

b.We do not use sales scripts.   [ ]

### Question 12

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(l)3, F.S.]   [ ]

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).   [X]

### Question 13

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3, F.S.]   [ ]

b.We do not send any written material to any prospective or actual purchaser.   [ ]

### Question 14

a. Does not apply.   [X]

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614, F.S.]   [ ]

- The item(s) is/are offered unconditionally
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

Velez Att. O
Page 5 of 5

# Attachment P



**ADAM H. PUTNAM**
**COMMISSIONER**

Florida Department of Agriculture and Consumer Services
Division of Consumer Services

## COMMERCIAL TELEPHONE SELLER
## BUSINESS LICENSE APPLICATION

Florida Telemarketing Act
Sections 501.601 – 501.626, Florida Statutes
Rule 5J-6.005, Florida Administrative Code

1-800-HELP-FLA (435-7352) • 850-410-3800 Calling Outside Florida
www.800helpfla.com • 850-410-3804 Fax

Submit and Pay Online at:
www.FreshFromFlorida.com
- or -
Check or Money Order payable
to FDACS and remit with
application to:

FDACS
P.O. Box 6700
Tallahassee, FL 32314-6700

All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

Please type or print. Additional pages may be attached if additional space is needed. Please ensure that all attachments reflect the organization's name or license number and the number of the corresponding question. All fees are non-refundable.

### Business Information

**1. Name of Business** (State the legal name of the entity as registered with the Florida Department of State, Division of Corporations):

Direct Agent Response INC

**Fictitious (DBA) Name:**

All fictitious names must be registered with the Florida Department of State, Division of Corporations.

**2. Mailing Address** (if different from Primary Business Physical Street Address):     Is this a mail-drop: ☐ Yes  ☒ No

6555 NW 36th St STE 104

City: Virgina Gardens     State: FL     Zip Code: 33166 -

**Primary Business Physical Street Address** (include APT or SUITE # in all address lines, mail-drop not allowed):

6555 NW 36th St STE 104

City: Virgina Gardens     State: FL     Zip Code: 33166 -

**3. Telephone Number:** ( 32( )  ▮▮▮     **Fax Number:** ( ___ ) ___ - ___

**Email Address:** ▮▮▮@gmail.com     **Website:**

*Future correspondence may be electronic, so please make sure that the provided email is accurate and valid.

**4. Form of organization:**
☒ Corporation  ☐ LLC  ☐ Partnership  ☐ Sole Proprietorship
☐ Other (please describe)
If the applicant is a corporation, provide a copy of the articles of incorporation and the bylaws. If the applicant is a partnership, provide a copy of any written partnership agreement.

**Date incorporated or legally established:** 9 / 18 / 2013     **State:** Florida

Org Code: 42 10 06 25 000
EO: A2
Object Code: 002050     $1,500.00

**5. Federal Employer ID Number** (s. 119.092, F.S.):

DTN/FAID: 2511625
14-03574608-0001
1,500.00  10/23/2013
Dep#991112

FDACS-10001 Rev. 07/13
Page 1 of 13

**6.** List all parent or affiliated entities that will engage in a business transaction with the purchaser relating to any sale solicited by the applicant; or accepts responsibility or is otherwise held out by the applicant as being responsible for any statement or act of the applicant relating to the sale solicited by the applicant: *(s. 501.605(2)(i), F.S.)*  ☒ **N/A**

| | |
|---|---|
| Parent ☐<br>Affiliate ☐ | Legal Name: |

Fictitious (DBA) Name(s)**:                          Physical Address:

City:                                   State:      Zip Code:          -

Telephone Number:
(          )          -

Form of organization:
☐ Corporation   ☐ LLC   ☐ Partnership   ☐ Sole Proprietorship   ☐ Other *(please describe)*: _____

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established:  State:
         /          /
Month       Day       Year

| | |
|---|---|
| Parent ☐<br>Affiliate ☐ | Legal Name: |

Fictitious (DBA) Name(s)**:                          Physical Address:

City:                                   State:      Zip Code:          -

Telephone Number:
(          )          -

Form of organization:
☐ Corporation   ☐ LLC   ☐ Partnership   ☐ Sole Proprietorship   ☐ Other *(please describe)*: _____

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established:  State:
         /          /
Month       Day       Year

**All fictitious names must be registered with the Florida Department of State, Division of Corporations. If applicant is not an individual then 'Name' is the legal name of the applicant as listed with the Division of Corporations. You must list all names under which you intend to do business.*

### CRIMINAL AND LITIGATION HISTORY *[s. 501.605(2)(d-h), F.S.]*

**7.** Please select either YES or NO to the questions below for the business entity. If you answered yes to any of the following, please explain your answer below. (attach additional sheets as necessary using the same format)

**a.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld.  ☐ Yes  ☒ No

**b.** Has the applicant previously been convicted of, under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld.  ☐ Yes  ☒ No

**c.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction?  ☐ Yes  ☒ No

d. Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, and assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?      ☐ Yes ☒ No

e. Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?  Is any litigation pending against the applicant?      ☐ Yes ☒ No

**Legal Name:**

**Court/administrative agency rendering the conviction, judgment, or order:**

**Governmental agency which brought the action:**

**Nature of conviction, judgment, order or action:**

**Date of Action:**
_____ / _____ / _____

**Docket Number:**

**Was adjudication withheld?**
☐ Yes ☐ No

---

## BUSINESS HISTORY

**20.** List each business or occupation engaged in by the applicant during the 3 years immediately preceding the date of the application and the location thereof. You **must** account for the last 3 years whether employed or unemployed. (attach additional sheets as necessary using the same format) *[s. 501.605(2)(b), F.S.]*

**a.** **From:** _____ / _____ / _____      **To:** Present

**Title** *(Occupation)*:

**b.** **From:** _____ / _____ / _____      **To:** _____ / _____ / _____

**Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**City:**      **State:**      **Zip Code:**

**Title** *(Occupation)*:

**Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**City:**      **State:**      **Zip Code:**

**9.** Does the applicant have previous experience as a commercial telephone seller or salesperson? *[s.501.605(2)(c), F.S.]*

☐ Yes ☒ No    If yes, provide previous experience *(in months)* as a commercial telephone seller or salesperson: _____

**10.** List the following information for each principal officer, director, trustee, shareholder, owner, or partner of the applicant, and of each other person responsible for the management of the business of the applicant; list all affiliates; list each office manager or other person principally responsible for a location from which the applicant will do business. (attach additional sheets as necessary using the same format)

| | |
|---|---|
| **Legal Name:** Douglas James Coleman | **Title:** President |
| **Previous or A.K.A. Names:** _____ | |

| **Date of Birth:** ████████ | **Driver's License Number or Government Issued ID:** ████████ | **State of Issue:** FL |
|---|---|---|

**Current Physical Home Address** *(if applicable please include suite, apartment and/or unit numbers):* ████████

| **City:** Orlando | **State:** FL | **Zip Code:** ████████ |
|---|---|---|

| **Telephone Number:** (321) ████████ | **Email Address:** ████████@gmail.com |
|---|---|

Does this person have previous experience as a commercial telephone seller or salesperson *[s. 501.605(2)(c), F.S.]*:

☐ Yes ☒ No

If Yes, Name of Firm: _____

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

| **City:** | **State:** | **Zip Code:** |
|---|---|---|

Please select either YES or NO to the questions below. If you answered YES to any of the following, please explain your answer in the fields below. (attach additional sheets as necessary using the same format) *[ss. 501.605 and 501.606, F.S]*

a. Has this person ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction? ☐ Yes ☒ No

b. Has this person been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld. ☐ Yes ☒ No

c. Is this person involved in pending litigation or has an injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, been ordered against the applicant in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property, or the use of any untrue, deceptive, or misleading representation, or the use of any unfair, unlawful, or deceptive trade practice? ☐ Yes ☒ No

d. Has this person ever been subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment, or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a governmental agency, including any action affecting any license to do business or practice an occupation or trade? ☐ Yes ☒ No

e. Has this person at any time during the previous 7 years, filed bankruptcy, been adjudicated bankrupt, or ☐ Yes ☒ No
been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or
limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other
entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1
year after the person held that position?

Legal *(True)* Name: _____

Court/administrative agency rendering the conviction, judgment, or
order: _____

Governmental agency which brought the action: _____

Nature of conviction, judgment, order or action: _____

Date of Action: _____ / _____ / _____

Docket Number: _____

Was adjudication withheld?
☐ Yes ☐ No

---

**11B.** List all salespersons or other persons employed by the applicant. All salespersons must be separately licensed
*(see form FDACS-10005, Commercial Telephone Salesperson Individual License Application Packet).* Use a
separate sheet for each person. Provide a statement if you have no salesperson(s) at the current time.

Please select either YES or NO to the questions below. If you answered YES to any of the following, please explain your
answer in the fields below. (attach additional sheets as necessary using the same format) *[s. 501.606, F.S.]*

Legal Name: _____

Previous or A.K.A. Name(s): _____

Current Home Address: _____

City: _____   State: _____   Zip Code: ___ - ___   Date of Birth: _____ / _____ / _____

Has this person been convicted of, or under indictment or information for, racketeering or any offense involving ☐ Yes ☐ No
fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a
finding of guilt where adjudication has been withheld.

Is this person involved in pending litigation or has an injunction, temporary restraining order, or final judgment or ☐ Yes ☐ No
order, an assurance of voluntary compliance, or any similar document, been ordered against the applicant in
any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or
misappropriation of property, or the use of any untrue, deceptive, or misleading representation, or the use of
any unfair, unlawful, or deceptive trade practice?

Has this person ever been subject to any litigation, injunction, temporary restraining order, or final judgment or ☐ Yes ☐ No
order, including a stipulated judgment, or order, an assurance of voluntary compliance, or any similar document
or any restrictive court order relating to a business activity as the result of any action brought by a governmental
agency, including any action affecting any license to do business or practice an occupation or trade?

Has this person at any time during the previous 7 years, filed bankruptcy, been adjudicated bankrupt, or been ☐ Yes ☐ No
reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited
partner in, or has responsibilities as a manager in, any corporation, partnership, joint venture, or other entity that
filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the
person held that position?

Legal *(True)* Name: _____

Court/administrative agency rendering the conviction, judgment, or
order: _____

Governmental agency which brought the action: _____

Nature of conviction, judgment, order or action: _____

Date of Action: _____ / _____ / _____

Docket Number: _____

Was adjudication withheld?
☐ Yes ☐ No

Statement for FDACS-10001 Rev. 07/13; Question 11

Statement regarding Florida Department of Agriculture and Consumer Services
Division of Consumer Services Commercial Telephone Seller Business License Application

Question 11: Current operations have no salesperson(s) or active production campaign(s).

**§124** List all locations from which the applicant will be doing business and include a list of all phone numbers associated with each address. (attach additional sheets as necessary using the same format) *[s 501.605(2)(j-k), F.S.]*

**a. Legal Name of Business:** Direct Agent Response INC

**Physical Street Address** (if applicable please include suite, apartment and/or unit numbers):   **Is this a mail-drop?**
6555 NW 36th St STE 104   ☐ Yes ☒ No

**City:** Virginia Gardens   **State:** FL   **Zip Code:** 33166 -

**Main Telephone Number:** (806) ▮▮▮▮▮▮▮   **Name of Location Manager:** Douglas Coleman

**Location Phone Numbers:**
966-323-8004

**b. Legal Name of Business:**

**Physical Street Address** (if applicable please include suite, apartment and/or unit numbers):   **Is this a mail-drop?**
  ☐ Yes ☐ No

**City:**   **State:**   **Zip Code:** -

**Main Telephone Number:** ( ) -   **Name of Location Manager:**

**Location Phone Numbers:**

**c. Legal Name of Business:**

**Physical Street Address** (if applicable please include suite, apartment and/or unit numbers):   **Is this a mail-drop?**
  ☐ Yes ☐ No

**City:**   **State:**   **Zip Code:** -

**Main Telephone Number:** ( ) -   **Name of Location Manager:**

**Location Phone Numbers:**

**d. Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*    Is this a mail-drop?
☐ Yes ☐ No

City:    State:    Zip Code:
—

**Main Telephone Number:**    **Name of Location Manager:**
( _____ ) _____ - _____

**Location Phone Numbers:**

**e. Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*    Is this a mail-drop?
☐ Yes ☐ No

City:    State:    Zip Code:
—

**Main Telephone Number:**    **Name of Location Manager:**
( _____ ) _____ - _____

**Location Phone Numbers:**

---

**Questions numbered 13 – 17, check only "a," "b," or "c"** *(if applicable)* **and complete those selected requirements.**

**13** ☒ a. Attached and marked Exhibit 2 are copies of all sales scripts given to those soliciting for the applicant.
*[s. 501.605(2)(l)3, F.S.]*

☐ b. The applicant does not use sales scripts.

**14** ☒ a. Attached and marked Exhibit 3 are copies of all sales information or literature the applicant provides to salespeople or of which the applicant informs to applicant's salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) *[s. 501.605(2)(l)3, F.S.]*

☐ b. The applicant does not provide salespersons with or inform salespersons of any sales information or literature described in 12(a).

**15** ☒ a. Attached and marked Exhibit 4 are copies of all written material the applicant sends to any prospective or actual purchaser. *[s. 501.605(2)(l)3, F.S.]*

☐ b. The applicant does not send any written material to any prospective or actual purchaser.

**16** ☐ a. The applicant informs prospective or actual purchasers that the purchaser is eligible to receive certain items which may be referred to as gifts, premium, bonuses, prizes, or otherwise, and **EACH** of the following apply: *[s. 501.614, F.S.]*

  • The item(s) is/are offered unconditionally;
  • The buyer has seven (7) days to return the goods or cancel services;

- The buyer will receive a full refund in thirty (30) days;
- The buyer has the right to keep the gift, premium, bonus or prize without cost.

☐ b. If the applicant or applicant's salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes, or otherwise, list the following:

Item offered: _____

Price or value of worth:  $ _____

Basis for valuation: _____

Price paid by applicant:  $ _____

Supplier's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Telephone Number: _____

☒ c. Does not apply.

*(Attach additional sheets as necessary using the same format)*

**17.** ☒ a. A purchaser receives all of the items described by applicant's salespeople. *[s. 501.614(5), F.S.]*

☐ b. Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:

- Applicant decides which item or items a particular prospective purchaser is to receive in the following manner: _____

- The odds a single prospective purchaser has of receiving each item described is: _____

- The name and address of each recipient who has during the preceding 12 months (or if applicant has not been in business that long, during the period applicant has been in business) received any gift, premium, bonus prize:

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

*(Attach additional sheets as necessary using the same format)*

☒ c. Applicant does not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate.

**18.** ☒ Attached and marked as Exhibit 5 is a copy of the written statement of terms and conditions provided to the purchaser. *[s. 501.614(3), F.S.]*

**19.** Provide the following information for EACH institution where banking or similar monetary transactions are done by the applicant: *[s. 501.606(3), F.S.]*

| | |
|---|---|
| **Name of Institution:** Regions | **Name of Contact Person:** Gabriel Asif |
| **Telephone Number:** (407) 426-8652 | **Account Number(s):** ▉ |
| **Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):* 2645 Edgewater Dr | |
| **City:** Orlando | **State:** FC  **Zip Code:** 32804 - |

| | |
|---|---|
| **Name of Institution:** | **Name of Contact Person:** |
| **Telephone Number:** ( ) - | **Account Number(s):** |
| **Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):* | |
| **City:** | **State:**  **Zip Code:** - |

**20.** Name and address of agent in Florida who is authorized to receive service of process:

**Legal Name:** Douglas Coleman

**Current Physical Address** *(if applicable please include suite, apartment and/or unit numbers):* ▉

**City:** Orlando    **State:** FC    **Zip Code:** ▉ -

**Telephone Number:** (321) ▉    **Email Address:** dcoleman.florida@gmail.com

**21.** Brief description of product(s) sold and/or service(s) provided:
Product Marketing Fulfillment, research, and Customer Service for Products.

**22. IN ADDITION TO THE DOCUMENTS REQUIRED ABOVE, PLEASE ATTACH ONE OF THE FOLLOWING FORMS OF SECURITY IN THE MINIMUM AMOUNT OF $50,000.**

☑ Surety Bond        ☐ Letter of Credit        ☐ Certificate of Deposit

The security must be issued by a company authorized to transact business in this state.  You must maintain the security as long as the license is in effect.

☑ **LICENSING FEE - $1,500,** Check or Money order made payable to FDACS.

FDACS-10001 Rev. 07/13
Page 9 of 13

**Verification and Signature**

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm, or person, from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Division Director of the Division of Consumer Services, or the Director's representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in s. 775.082, 775.083, or 775.084, F.S.

**I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE INFORMATION PROVIDED IN THIS APPLICATION, AND IN ANY EXHIBITS ATTACHED HERETO, IS TRUE AND CORRECT.**

_____  
Signature

Douglas Coleman  
Print Name

( 321 ) ███████████  
Telephone Number

10/18/2013  
Date

# Attachment Q

# INBOUND SCRIPT

This is (Rep Name), My Direct Agent Response number is (Say TS- agent number), may I ask whom I'm speaking with? (Write down their name) And in case we get disconnected is this the best phone number to reach you back on? Okay Great!

For responding today to our <u>Senior Life Alarm</u> assistance program, you've been selected to receive a Medical Alert System at NO COST, that has a value of <u>over</u> $400 dollars.

You're probably familiar with the Medical Alert Systems seen in TV commercials. Or maybe you've seen the Medical Alert System in USA Weekend, US News, or smart source magazine.

It's the same system as seen on TV and it works <u>very</u> simple. If you have a medical emergency, a fire, burglary or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the light-weight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician (E.M.T.). They will evaluate your situation, immediately get you the help you need, notify family or 911 and comfort you until help arrives. Your alert button works from anywhere in the home and it even works outside of your home. It has a 1500 foot range. Which is over a quarter a mile!

This device will give you the peace of mind that you need, allow you to feel safe and make sure that you never feel alone in the case of an emergency. You'll never have to feel helpless, worried, or by yourself in an emergency situation. (Customer Name) It could really help you in a time of need and can even be life-saving.

*Our device has been recommended by AARP, the American Red Cross, the National Institute of Aging and is trusted by thousands of hospitals and more than 65,000 healthcare professionals.* Our device has been helping save the lives of America's senior citizens for over 30 years. In Fact Falls are the leading cause of accidental deaths in America for senior citizens.

(Customer Name)**Your FREE medical alert system includes:**

• **A medical alert base station with a loud speaker and a very sensitive microphone.**

• **A waterproof wrist or necklace button.**

• **There's free shipping and free activation.**

• **There's a Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.**

• **Also included, is an away from home Protection Card that gives emergency personnel 24 hour a day-7 day a week access to your important medical information.**

• **And last but not least, You get Unlimited contact with our Emergency Medical Technicians, which means you can push the button as many times as you want at NO CHARGE! If you like, you can push the button and talk to us every day just to give yourself the peace of mind that we are always there by your side and ready to help.**

**Now Mr./Mrs. (their last name) The system is COMPLETELY FREE and the shipping is also FREE. Normally all of this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system. The ONLY thing you would be responsible for <u>TODAY</u> is the Emergency Medical monthly monitoring fee of just *$34.95* per month and the billing cycle doesn't start until you receive the system and activate it. EVERYTHING else is free. Also, there is no contract whatsoever and you can cancel at any time with no cancellation fees.**

**<u>So (Customer Name), what address would you like your Emergency Medical Alert system shipped to?</u>** (Type their address in the customer information form)

**<u>And for the monthly Emergency Medical Monitoring, which card would you like to use?</u> VISA, Mastercard, American Express or Discover?** (If they say they do not have a credit card, then say) **"Okay, do you have a debit card, we can go ahead and get you signed up with that instead?"** (if no credit-card or debit card, ask for check)

(If NO credit card or debit card, then ask for checking or savings acct.) **Okay, we can also get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it.** (If no checking account, then say **"Do you have a savings account?"**) (If yes, say " **Okay, go ahead and grab a bank statement so we can get some information off of it."**)

**Do you have a spouse or someone else in your home that you would also like to be protected?** (If Yes, then go on, If No skip to "Fill out the customer information form" below) **Okay we will also send you, for FREE, an additional wrist or necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Medical Technician monitoring. So you and your spouse would be protected for just $39.95 a month and all of the equipment and shipping is still FREE.**

(Fill out the customer information form on computer)

### Last Step—Close Up and Transfer to Confirmation

**Great, your equipment will be shipped to you at** (Repeat Shipping Address) **and will arrive within the next 7 to 10 business days. Don't forget to activate your system as soon as you receive it by plugging it into your phone line jack and pushing the button. This will make a test call to activate your system and immediately start protecting you.**

**Okay, I am going to transfer you to our confirmation department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any additional questions. Thank you very much and I hope you enjoy the safe feeling of having a medical alert system.**

**Please hold while I transfer you to the confirmation department. Don't hang up until you talk to the confirmation department, okay?** (Wait for them to say okay)

## STAND UP AND CALL OUT **"CONFIRMATION!!"**

# Attachment R



LifeWatch USA
266 Merrick Rd Suite 104
Lynbrook, NY 11563
1.800.716.1433
customerservice@lifewatch-usa.com

# LifeWatch Subscriber and Responder Form

Unit ID: _____     Model : _____     Date: **6/20/2013**

Subscriber Name: _____ Male __ / Female __  Birth Date ___/___/___
Spouses' Name: _____ Male __ / Female __  Birth Date ___/___/___
Street Address: _____
City: _____ State:_____ Zip: __
Household Telephone.#: _____ Email: _____
Cross Streets: _____ Township (TX, PA, NJ Only): _____
Hidden Key/Lockbox location:_____
Lockbox Code: _____ Private Home ___ / Apartment ___

## Medical Information
Medical Insurance: _____
Physician's Name: _____ Physician's Telephone #: _____
Physician's Name: _____ Physician's Telephone #: _____
Preferred Hospital: _____
Allergies: _____
Medication Taken: _____
_____
Medication Location: _____

**Physical Limitations:**

| | | | |
|---|---|---|---|
| ____Heart | ____Hearing Impaired | ____High BP | ____Visually Impaired |
| ____Diabetes | ____Walker/Cane | ____Low BP | ____See Attached |
| ____Oxygen | ____Arthritis | ____Speech Impaired | |

## Responder Information

Phone codes: C = cell phone, H = home phone, W = work phone

| IN ORDER OF PRIORITY | PHONE #1 | PHONE CODE | PHONE #2 | PHONE CODE | RELATIONSHIP | Must Notify Y/N | Responder Y/N | Keys Y/N |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Check One:**

If no communication          ___ Dispatch EMS First  or      ___ Call Responders First

Subscriber's Signature: _____

Changes and Additions: _____
_____

Subscriber has provided LIFEWATCH with above information and acknowledges that it is accurate. Subscriber must notify LIFEWATCH Monitoring Center of any changes or additions to the above customer information.



**LIFE***Watch*USA
PERSONAL CARING SERVICE SINCE 1980

Lifewatch USA
266 Merrick Rd Suite 104
Lynbrook, NY 11563
1.800.716.1433
customerservice@lifewatch-usa.com

# Lifewatch Financial Form

Unit ID: _____     Model: _____     Date: **6/20/2013**

Subscriber Name: ___ _____
Street Address: _____
City: _____ State: _____ Zip:_____
Home Telephone: _____

---

**Responsible Party:**
I designate _____
Phone: _____ Relationship: _____
This person is the only person that can make changes on my responder form, will be responsible for returning equipment if I am unable to do so, and settle any finances pertaining to my account.
Subscriber: _____ Date: _____

Notes: _____
_____
_____

**Rental Agreement:**
Beginning:
Through:
Billing Cycle:     Monthly
Rental and Monitoring Rate                  $ __29.95__
Additional Button/Monitoring           $ _____
Anywhere Alert 911                               $ _____
Medilok Lockbox                                    $ _____
Installation / Shipping Fee                   $ _____
Refundable Deposit                               $ _____
Total Paid                                               $ _____

---

**Form of Payment** (select one)
___ Credit Card #: _____ Exp Date: _____
Card Holder Name: _____

___ Bank Authorization:
Bank Name: _____
Routing #: _____ Account#: _____

**AUTHORIZATION AGREEMENT FOR PREAUTOHRIZED (CREDIT CARD OR ACH) PAYMENTS**
I (we) hereby authorize LIFEWATCH, INC, hereinafter called COMPANY to initiate debit entries and to initiate, if necessary, credit entries and adjustments for any debit entries in error to my (our) checking/savings account indicated.

This authority is to remain in full force and effect until Bank has received written notification from me (or either of us) of its termination in such time and in such manner as to afford BANKS termination of this agreement.

Signature: _____ Date:_____

---

THIS AGREEMENT IS SUBJECT TO ALL PROVISIONS ON BOTH THIS FORM AND ON THE SUBSCRIBER AGREEMENT DOCUMENT. Please read them carefully and make certain all of your questions are answered before signing this agreement. IT IS THE SUBSCRIBER'S RESPONSIBLITIY TO TEST THE UNIT ON A MONTHLY BASIS.
SUBSCRIBER'S RIGHT OF CANCELLATION: You may cancel this agreement without penalty or obligation within 30 business days from the above date.
THE UNDERSIGNED HAVE READ, UNDERSTAND, AND AGREE TO ALL TERMS OF THIS AGREEMENT (Subject to acceptance by LifeWatch, Inc)

Subscriber: _____ Date: _____

Velez Att. R
Page 2 of 8

# LIFE*Watch*USA
PERSONAL CARING SERVICE SINCE 1980

**800.716.1433**
www.lifewatch-usa.com

To our newest subscriber and family,

**Welcome to Lifewatch!** Thank you for choosing us as your medical alarm company. Our goal is to provide prompt, courteous and caring attention, 24/7/365. Lifewatch is now celebrating our 30th year. We continue to pride ourselves on our quality products, services, and innovations.

Enclosed you will find your Lifewatch system, instructions on how to connect and use the equipment, responder forms, financial agreement, and our terms and conditions. You are only required to return a completed responder form by fax, email, or mail. You may also complete the form online at: http://lifewatch-usa.com/currentclients.html.

**Fax to: 866.339.9120 or**
**Email to: customerservice@lifewatch-usa.com**
**or mail to:**

**266 Merrick Road, Suite 104,**
**Lynbrook, NY 11563**
**The second copy is for your records.**

If you need customer service or technical support or have any questions, please contact the business office at: **800.716.1433 (customer service - prompt 3, technical support - prompt 4)**, or email us at: **customerservice@lifewatch-usa.com.**

Our office hours are: **Monday - Friday from 9am until 6pm, EST.** If you are in need of assistance outside normal business hours please call or email to schedule an appointment and a Lifewatch associate will get back to you. *If you desire a 24-hour technical support number, that can be arranged.*

**In order to properly respond in the case of an emergency, we must receive your signed paperwork back within 30 days of receiving the equipment. If we do not hear from you within 30 days from receipt of equipment, you are agreeing to our terms and conditions.**

Once again thank you for joining Lifewatch. We hope you feel more safe, secure, and confident. **Remember, you're never alone with Lifewatch.**

**Sincerely,**
**The Lifewatch Family**





**800.716.1433**
**www.lifewatch-usa.com**

LIFEWatch, Inc. • 266 Merrick Road, Suite 104, Lynbrook, NY 11563 • 800.716.1433

# GET 2 FREE MONTHS!!!

## "FRIEND TO FRIEND" PROGRAM

**Happy with your Lifewatch system? Have a friend that would benefit from a Lifewatch system too?**
***Be a friend and refer them!*** *For each friend that signs up for our service we will credit you*
**two FREE months of service with Lifewatch.**

***There's no limit on referrals, which means you could potentially receive Lifewatch at no cost to you!***

Your Name:_____

Phone#:_____ Unit ID#:_____

**FRIEND #1**
Name:_____
Phone#:_____

**FRIEND #6**
Name:_____
Phone#:_____

**FRIEND #2**
Name:_____
Phone#:_____

**FRIEND #7**
Name:_____
Phone#:_____

**FRIEND #3**
Name:_____
Phone#:_____

**FRIEND #8**
Name:_____
Phone#:_____

**FRIEND #4**
Name:_____
Phone#:_____

**FRIEND #9**
Name:_____
Phone#:_____

**FRIEND #5**
Name:_____
Phone#:_____

**FRIEND #10**
Name:_____
Phone#:_____

Please fax this form to: 866.339.9120 or mail to: Lifewatch, Inc. • 266 Merrick Road, Suite 104, Lynbrook, NY 11563

Thank you for referring your friends and using LIFE*Watch*.



SAVE THIS COPY
FOR YOUR RECORDS

800.716.1433
www.lifewatch-usa.com

**LIFEWATCH INC**
**WWW.LIFEWATCH-USA.COM**

**MEDICAL ALARM SYSTEM LEASE AND MONITORING SERVICE AGREEMENT**

Agreement dated _____, by and between Lifewatch Inc. (hereinafter referred to as "Lifewatch" or "ALARM COMPANY")

and _____(hereinafter referred to as "Subscriber", "You" or "Purchaser") Phone: _____

The parties hereto agree that:

1. **MEDICAL ALARM SYSTEM IS LEASED AND REMAINS PERSONAL PROPERTY OF ALARM COMPANY:** ALARM COMPANY shall lease, instruct the Subscriber in the proper use of the Medical Alarm System (hereinafter referred to as "System" or "equipment"), provide self installation instructions for the Subscriber to self install the System at Subscriber's location including all necessary devices and equipment, for the duration of this agreement, with the understanding that the entire System is and shall always remain the sole personal property of ALARM COMPANY and shall not be considered a fixture or a part of the realty, or an addition to, alternation, conversion, improvement, modernization, remodeling, repair or replacement of any part of the realty, and Subscriber shall not permit the attachment thereto of any apparatus not furnished by ALARM COMPANY.

2. **MEDICAL ALARM MONITORING SERVICES / DOCUMENTATION / COMMENCEMENT OF SERVICES:** Medical Alarm Monitoring services shall commence upon LifeWatch's receipt of this Agreement signed by Subscriber. Commencement of monitoring services shall constitute LifeWatch's acceptance of this Agreement. This Agreement includes other documents which are to be signed and returned to LifeWatch by Subscriber. These documents include LifeWatch Financial Form, LifeWatch Subscriber Information and Responder Form and Primary Response Directive. Subscriber acknowledges receiving LifeWatch's Welcome Notice, Instructions how to test and use the LifeWatch System and Installation Instructions.

3. **CANCELLATION:** Subscriber may cancel this agreement and all services on 30 days notice to ALARM COMPANY. If Subscriber cancels this agreement pursuant to any statutory authority ALARM COMPANY will, within 10 days or within such time as such statute specifies, upon such cancellation and return of equipment refund to Subscriber any amount paid for the equipment and any advance payment for services not yet rendered. Your statutory right to cancel may vary from state to state and LifeWatch will comply with your state's requirements

4. **LEASE, MONITORING, AND SERVICE CHARGES:** Subscriber agrees to pay ALARM COMPANY as provided in the Lifewatch Financial Form, plus tax if any, payable in advance for the lease, monitoring, and service of the System for the term of this agreement commencing on the day Subscriber receives the System, and continuing monthly thereafter until Subscriber returns Lifewatch's system.
This contract will automatically renew every month after the initial term, unless either party gives written notice of its intent to cancel. Failure to return all equipment in satisfactory condition will result in a charge ($350 for base unit, $125 for pendant). If you receive this package but do not activate this system for any reason, you are still responsible for a $50 restock fee. In addition, your account will continue to be billed at the monthly monitoring fee as indicated on the LifeWatch Financial Form until our equipment is returned in good working order. TO: ALARM COMPANY at 266 Merrick Road, Suite 104 Lynbrook, NY 11563

5. **TERM OF AGREEMENT/RENEWALS:** The term of this agreement shall be for a period of 30 DAYS. This agreement shall renew itself month to month thereafter under the same terms and conditions, unless either party gives written notice to the other by fax, email or written correspondence of their intention not to renew the contract at least 30 days prior to the expiration of any term.

6. **INCREASES OF MONTHLY CHARGE:** ALARM COMPANY shall be permitted to increase the charges provided for herein at any time or times after the expiration of one year from the date hereof and Subscriber agrees to pay such increase.

7. **MEDICAL ALARM SYSTEM CENTRAL OFFICE MONITORING:** Upon receipt of a signal, ALARM COMPANY or its designated central office, shall make every reasonable effort to notify Subscriber and the appropriate municipal police or fire department or emergency personal response service designated by Subscriber. Subscriber acknowledges that signals which are transmitted over telephone lines, internet, VOIP, or other modes of communication pass though communication networks beyond the control of ALARM COMPANY and are not maintained by ALARM COMPANY, except ALARM COMPANY may own the radio network, and therefore ALARM COMPANY shall not be responsible for any equipment failure which prevents transmission signal's from reaching the central office monitoring center or damages arising as a result thereof, or for data corruption, theft or viruses to Subscriber's computers if connected to the PERS communication equipment. Subscriber agrees to furnish ALARM COMPANY with a written list of names and telephone numbers of those persons Subscriber wishes to receive notification of emergency conditions together with a list of all medication, allergies and medical conditions Subscriber wishes to be available to all PERS personnel and medical personnel. All changes and revisions shall be supplied to ALARM COMPANY in writing. Subscriber acknowledges that ALARM COMPANY provides no response to a System signal except notification to the appropriate party, and that the provisions of this agreement exculpating and limiting ALARM COMPANY's liability are fully applicable to the Medical Alarm System service. ALARM COMPANY may, without prior notice, suspend or terminate its services, in event of Subscriber's default in performance of this agreement or in event designated central office facility or communication network is nonoperational or Subscriber's system is sending excessive communication. ALARM COMPANY is authorized to record all telephone conversations and shall own such recordings.

8. **SUBSCRIBER'S CARE OF EQUIPMENT: REPAIRS AND ADDITIONS:** Subscriber agrees not to tamper with, remove or otherwise interfere with the System. Subscriber agrees to bear the cost of repairs or replacement to the System made necessary as a result of any damage, including damage caused by unauthorized intrusion to the premises, lightning or electrical surge, except for ordinary wear and tear, in which event repair or replacements shall be made by ALARM COMPANY without additional charge. Batteries, electrical surges, lightning damage, obsolete components and components exceeding manufacturer's useful life are not included in service and will be repaired or replaced at Subscriber's expense.

9. **TELEPHONE SERVICE IS NECESSARY AND SUBSCRIBER'S RESPONSIBILITY:** Subscriber acknowledges that the MEDICAL ALARM System Transmitter plugs into a standard telephone jack and communicates over standard telephone lines using two way voice communication. The transmitter may not work with VOIP internet connection.

10. **SUBSCRIBER'S DUTY TO SUPPLY ELECTRIC AND TELEPHONE SERVICE:** Subscriber agrees to furnish, & Subscriber's expense, all 110 Volt AC power and electrical outlets and receptacles, telephone hook-ups, RJ31x block or equivalent, as deemed necessary by ALARM COMPANY or MEDICAL ALARM equipment manufacturer.

11. **DELAY IN INSTALLATION:** ALARM COMPANY shall not be liable for any damage or loss sustained by Subscriber as a result of delay in installation of equipment, equipment failure, or for interruption of service due to electric failure, transmission failure, acts of God, or other causes, including ALARM COMPANY's negligence in the performance of this agreement, and Subscriber shall not be relieved from payments due under this agreement for such period.

12. **TESTING AND SERVICE OF MEDICAL ALARM SYSTEM:** The parties hereto agree that the SYSTEM, once installed, is in the exclusive possession and control of the Subscriber, and it is Subscriber's sole responsibility to test the operation of the SYSTEM and to notify ALARM COMPANY if it is in need of repair or replacement. During the contract period and so long as Subscriber is current in payment, ALARM COMPANY shall service or replace the System if returned by the Subscriber to ALARM COMPANY's address. At ARM COMPANY until upon Subscriber's request arrange pick up and delivery, at Subscriber's expense by UPS or US Postal Service. If ALARM COMPANY fails to repair or replace the SYSTEM within 7 days after receipt of said written notice, Subscriber shall not be obligated to pay any amount for service from date said written notice is given, until the SYSTEM is restored to working order unless ALARM COMPANY determines that the equipment is operational and the system failure was electrical or telephone service related at Subscriber's premises, in which event Subscriber shall pay ALARM COMPANY's cost of shipping and inspection charge of $75.00 or if Alarm Company determines that the equipment was damaged by other than ordinary wear and tear, in which event Subscriber shall be charge $350 for a replacement System.

13. **SUBSCRIBER TO INSURE ALARM COMPANY'S EQUIPMENT:** Subscriber shall insure ALARM COMPANY's equipment against fire and casualty and Subscriber agrees to name ALARM COMPANY in said insurance policy as "loss payee" to the extent of the value of the equipment as set forth hereinabove. Subscriber shall be responsible for any loss occasioned by fire or casualty and the cost of replacing or restoring the Medical Alarm System.

14. **AUDIO LISTEN IN AND FORCIBLE ENTRY:** The system includes two-way voice is and want to be heard under optimal conditions throughout most of the house. In the event that the two way audio is not clear, or the central station does not hear audio, subscriber authorizes company and central station to follow emergency response procedures. Company will notify 911 first, unless otherwise told in writing. Subscriber authorizes the Company in its sole discretion to authorize forcible entry to gain access to Subscriber's premises in the event the System emits a signal to the Central Station and the Subscriber cannot be heard throughout the unit's microphone nor does the Subscriber answer the telephone. Subscriber then hereby release the Company and Central Station from any and all liability whatsoever as a result of said forcible entry.

15. **LIFEWATCH 911 UNIT:** If Subscriber chooses to add an Alert 911 unit, it is understood that this product calls 911 direct and scrubscriber must be able to give their name and location to the 911 operator. There is no GPS locator. All other Terms and Conditions below apply.

16. **MOBILE ALERT SYSTEM:** If you have our Mobile Alert System, monitoring service will not begin and Company and the Central Station will have no obligation to notify emergency personnel or other persons identified as emergency contacts until (1) Company has received your emergency contact information and (2) you have called to activate system and sent a test signal from the system which was successfully received by the Central Station. Please note you must have adequate cellular coverage in the area where system is being used. You are responsible for testing your mobile device everywhere you go. Subscriber also understands that their physical location will be used in connection with providing the service that authorized caregivers may request your current location via our secure web portal. You hereby agree that the Company and the Central Station may provide the Responders and any other necessary third parties, as determined by us and the Central Station in our reasonable discretion, with access to your physical location. You hereby release the Company and the Central Station of any liability which may arise out of disclosure of such information to Responders and any other necessary third parties.

17. **MEDICAL OR RELATED EXPENSES:** In the event the Subscriber utilizes the System by giving the Central Station a signal, the Subscriber does hereby authorize the Company to seek to notify or obtain assistance. The Subscriber shall be obligated for any costs and expenses incurred including, but not limited to, ambulance, physician, or other medical assistance in obtaining assistance, or cost whatsoever incurred as a result of the Subscriber's use of the System.

18. **OPTION TO UPDATE MEDICAL DATA INFORMATION:** At the option of the Subscriber, the Subscriber shall communicate in writing with the Central Station for the purpose of verifying medical data information on file at the Central Station and updating said information, if necessary.

19. **SELF-PROTECTION/SUBSCRIBER'S DUTIES:** The Subscriber understands that the unit is used to help the Subscriber protect his or her person. IT does not assure such protection. Available devices and techniques are too numerous to list but include (a) basic health precautions and (b) adherence to physician's directions and recommended

Case: 1:15-cv-05781 Document #: 22-3 Filed: 07/06/15 Page 31 of 173 PageID #:1473



**800.716.1433**
**www.lifewatch-usa.com**

20. **SYSTEM USE/SUBSCRIBER'S DUTIES:** The Subscriber understands that certain laws, rules, regulations and ordinances imposed by the governmental authorities, utilities, businesses, homeowners associations, and/or other entities may affect the Subscriber's rights in relation to the installation and service of the system. The Subscriber agrees to obtain and maintain in current status all licenses and permits or other authorizations necessary for the installation and use of the System.

21. **PHYSICAL RESPONSE:** The Subscriber is advised that certain areas in the country have in existence requirements that when an alarm monitoring service reports a medical alarm to a responding agency, that it must also report such alarm to an entity available twenty-four hours each day which is contractually obligated to respond to an emergency within one hour or within another designated time.

22. **ASSIGNMENTS/WAIVER OF SUBROGATION RIGHTS:** Subscriber shall not be permitted to assign this agreement without written consent of ALARM COMPANY. Any such assignment without prior approval shall be deemed a breach of this agreement. ALARM COMPANY shall have the right to assign this contract and shall be relieved of any obligations created herein upon such assignment. Subscriber on its behalf and any insurance carrier waives any right of subrogation Subscriber's insurance carrier may otherwise have against ALARM COMPANY or ALARM COMPANY's subcontractors arising out of this agreement or the relation of the parties hereto.

23. **INDEMNITY:** Subscriber agrees to and shall indemnify and hold harmless ALARM COMPANY, its employees, agents and subcontractors, from and against all claims, lawsuits, including reasonable attorneys' fees, and losses asserted against and alleged to be caused by ALARM COMPANY's performance, negligent performance or failure to perform its obligations under this agreement. Parties agree that where any of the party beneficiaries of this contract.

24. **REMOVAL OF SYSTEM:** Upon termination of this agreement, ALARM COMPANY shall be permitted to discontinue all monitoring service and Subscriber shall at Subscriber's expense return, via UPS or US Postal Service, signature required, ALARM COMPANY equipment to ALARM COMPANY. If for any reason caused by Subscriber, or the owner of the premises if other than the Subscriber, said System is not delivered to ALARM COMPANY within 7 days of such termination, Subscriber shall be deemed to have purchased the equipment for the agreed value stated in this agreement.

25. **LEGAL ACTION.** In the event of Subscriber's default of this agreement ALARM COMPANY shall be permitted to terminate or suspend all its services under this agreement without relieving Subscriber of any obligation herein and may notify Authority Having Jurisdiction. Additionally, in the event of Subscriber's failure to return the System within 15 days of termination of this contract the System shall be deemed sold to Subscriber in as in condition for $350.00 which the parties agree is the value of the System. Any action by Subscriber against ALARM COMPANY must be commenced within one year of the accrual of the cause of action or shall be barred. All actions or proceedings against ALARM COMPANY must be based on the provisions of this agreement. Any other action that Subscriber may have or bring against ALARM COMPANY in respect to other services rendered in connection with this agreement shall be deemed to have merged in and be restricted to the terms and conditions of this agreement. If ALARM COMPANY prevails in any litigation or arbitration between the parties, Subscriber shall pay ALARM COMPANY's legal fees. Subscriber submits to the jurisdiction and laws of New York and agrees that any litigation or arbitration between the parties must be commenced and maintained in Nassau County, New York. Any dispute between the parties or arising out of this contract, including issues of arbitrability, shall, at the option of any party, be determined by arbitration administered by Arbitration Services Inc., under its Commercial Arbitration Rules www.nasarb.com. Service of process or papers in any legal proceeding or arbitration between the parties may be made by First-Class Mail delivered by the U.S. Postal Service addressed to the party's address in this agreement or another address provided by the party in writing to the party making service.

SUBSCRIBER AND LifeWatch WAIVE THEIR RESPECTIVE RIGHTS TO A JURY TRIAL IN ANY ACTION OR PROCEEDING INVOLVING LifeWatch. SUBSCRIBER ACKNOWLEDGES THAT SUBSCRIBER IS WAIVING RIGHT TO A JURY TRIAL VOLUNTARILY AND KNOWINGLY, AND FREE FROM DURESS OR COERCION. AND THAT SUBSCRIBER HAS A RIGHT TO CONSULT WITH A PERSON OF SUBSCRIBER'S CHOOSING, INCLUDING AN ATTORNEY, BEFORE SIGNING THIS DOCUMENT. THE PARTIES AGREE THAT THEY MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITY, AND NOT AS A CLASS ACTION PLAINTIFF OR CLASS ACTION MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. SUBSCRIBER UNDERSTANDS THAT INSTEAD OF SUING OR BEING SUED IN COURT, THE PARTIES MAY HAVE THEIR DISPUTE DETERMINED BY ARBITRATION. SUBSCRIBER ACKNOWLEDGES THAT THE RULES IN ARBITRATION ARE DIFFERENT. AND THAT SUBSCRIBER HAS HAD THE OPPORTUNITY TO SEEK LEGAL OR OTHER ADVICE IN REGARD TO THIS CONTRACT AND IN PARTICULAR THIS ARBITRATION PROVISION. SUBSCRIBER AGREES THAT THE ARBITRATOR MAY NOT CONSOLIDATE PROCEEDINGS OF MORE THAN ONE PERSON'S CLAIM AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES AGREE THAT ANY DISPUTE BETWEEN THEM, INCLUDING BUT NOT LIMITED TO THE SCOPE OF THIS ARBITRATION CLAUSE AND ISSUES OF ARBIRABILITY, OR ANY DISPUTE RELATING TO THIS AGREEMENT OR BASED ON A FEDERAL OR STATE STATUTE (EXCEPT WHERE PROHIBITED BY LAW), MAY, AT THE OPTION OF EITHER PARTY, BE DETERMINED BY ADMINISTERED BY ARBITRATION SERVICES, INC. UNDER ITS CONSUMER ARBITRATION RULES, WHICH ARE AVAILABLE AT WWW.ARBITRATIONSERVICESINC.COM, BY FAX AT 516-364-3456 OR BY TELEPHONE AT 516-364-1730 THIS CONTRACT EVIDENCES A TRANSACTION IN INTERSTATE COMMERCE, AND THUS THE FEDERAL ARBITRATION ACT GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THIS PROVISION

26. **ADDITIONAL PAYMENTS:** In addition to the payments set forth herein, Subscriber agrees to be liable for and pay to ALARM COMPANY any excise, sales, property, or other tax, telephone line charges, and any increases thereof, which may be imposed upon ALARM COMPANY because of this agreement. Should ALARM COMPANY be required by existing or here after enacted law to perform any service or furnish any material not specifically covered by the terms of this agreement Subscriber agrees to pay ALARM COMPANY for such service or material.

27. **FALSE ALARMS/PERMIT FEES:** Subscriber is responsible for all permits and permit fees, agrees to file for and maintain any permits required by applicable law and indemnify or reimburse ALARM COMPANY for any fines relating to permits or false alarms. ALARM COMPANY shall have no liability for permit fees, false alarms, false alarm fines, police or fire response, any damage to person lot or real property or personal injury caused by EMT, police or fire department response to emergency conditions, whether false alarm or otherwise, or the refusal of the police or fire department to respond. In the event of termination of police or EMT this contract shall nevertheless remain in full force and Subscriber shall remain liable for all payments provided for herein. Should ALARM COMPANY be required by existing or hereinafter enacted law to perform any service or furnish any material not specifically covered by the terms of this agreement Subscriber agrees to pay ALARM COMPANY for such service or material. ALARM COMPANY shall have no liability for police, fire or EMT non-response, response, or any damage to person or property in connection with any emergency condition reported by ALARM COMPANY or its designated central station in response to a signal received from Subscriber's SYSTEM.

28. **ALARM COMPANY'S RIGHT TO SUBCONTRACT SPECIAL SERVICES:** Subscriber agrees that ALARM COMPANY is authorized and permitted to subcontract any services to be provided by ALARM COMPANY to third parties who may be Independent of ALARM COMPANY, and that ALARM COMPANY shall not be liable for any loss, damage or injury sustained by Subscriber by reason of any other cause whatsoever caused by the negligence of third parties. Subscriber acknowledges that this agreement, and particularly those paragraphs relating to ALARM COMPANY's disclaimer of warranties, exemption from liability, even for its negligence, limitation of liability and indemnification, inure to the benefit of and are applicable to any assignees, subcontractors and central offices of ALARM COMPANY.

29. **NO WARRANTIES OR REPRESENTATIONS. SUBSCRIBER'S EXCLUSIVE REMEDY:** ALARM COMPANY does not represent nor warrant that the System will prevent any loss, damage or injury, or that the System will in all cases provide the protection for which it is installed or intended. Subscriber acknowledges that ALARM COMPANY is not an insurer, and that Subscriber assumes all risk for loss or injury to Subscriber's property or System. ALARM COMPANY has made no representation or warranties, and hereby disclaims any warranty of merchantability or fitness for any particular use. Subscriber's exclusive remedy for ALARM COMPANY's default hereunder is to require ALARM COMPANY to repair or replace, at ALARM COMPANY's option, any equipment or part of the System which is non-operational. Except for services provided pursuant to this agreement, Subscriber agrees to look to manufacturer's warranty for any equipment warranty.

30. **EXCULPATORY CLAUSE:** The parties agree that ALARM COMPANY is not an insurer and no insurance coverage is offered herein. Subscriber's payments to ALARM COMPANY are for the installation, rental and service of a System designed to reduce certain risks of loss, though ALARM COMPANY does not guarantee that no loss will occur. ALARM COMPANY is not assuming liability and therefore shall not be liable to Subscriber for any loss or injury sustained by Subscriber as a result of any cause whatsoever, regardless of whether or not such loss or injury was caused by or contributed to by ALARM COMPANY's negligent performance to any degree or failure to perform any obligation or strict products liability. Subscriber releases ALARM COMPANY from any claims for contribution, indemnity or subrogation.

31. **LIMITATION OF LIABILITY:** The parties agree that the System is not designed or guaranteed to prevent any loss or injury. If, notwithstanding the terms of this agreement, there should arise any liability on the part of ALARM COMPANY as a result of any cause whatsoever, regardless of whether or not such loss, damage, or personal injury was caused by or contributed to by ALARM COMPANY's negligence to any degree or failure to perform any obligation or strict products liability, such liability will be limited to an amount equal to six (6) times the monthly payment paid by the Subscriber to ALARM COMPANY at the time such liability is fixed, or to the sum of $250.00, whichever is greater. If Subscriber wishes to increase ALARM COMPANY's maximum amount of such limitation of liability, Subscriber may, as a matter of right, at any time, by entering into a supplemental agreement, obtain from ALARM COMPANY a higher limit by paying an additional amount consonant with the increase of liability. This shall not be construed as insurance coverage.

32. **PERSONAL MEDICAL DISCLOSURE AUTHORIZATION:** Any medical or other personal information provided by Subscriber to ALARM COMPANY may be disclosed by ALARM COMPANY to any EMS personnel or medical personnel requesting same.

33. **CONFLICTING DOCUMENTS:** Should there arise any conflict between this agreement and Subscriber's purchase order or other document, this agreement will govern, whether such purchase order or document is prior to or subsequent to this agreement.

34. **FULL AGREEMENT/SEVERABILITY:** This agreement constitutes the full understanding of the parties and may not be amended, modified or canceled, except in writing signed by both parties, except ALARM COMPANY's requirements regarding items of protection provided for in this agreement imposed by Authority Having Jurisdiction. Subscriber acknowledges and represents that Subscriber has not relied on any representation, assertion, guarantee, warranty, collateral contract or other assurance, except those set forth in this agreement and waives any claims in connection with same. Should any provision of this agreement be deemed void, all other provisions will remain in effect.

THIS AGREEMENT INCLUDES OTHER DOCUMENTS REFERRED TO IN PARAGRAPH 2. READ THEM BEFORE YOU SIGN THIS CONTRACT. SUBSCRIBER ACKNOWLEDGES THAT THIS CONTRACT AND INCORPORATED DOCUMENTS WERE DELIVERED TO SUBSCRIBER'S ADDRESS BY US POSTAL SERVICE OR OTHER MAIL CARRIERS AND THAT NO HOME SOLICITATION WAS MADE BY LIFEWATCH. THIS CONTRACT CONTAINS AN ARBITRATION PROVISION AND OTHER PROVISIONS IN PARAGRAPH 25 THAT AFFECT YOUR LEGAL RIGHTS.

SUBSCRIBER: _____
<span>Signature (Name must be printed below)</span>

Print Name: _____

*If someone other than Subscriber is signing this contract state relationship to Subscriber and by signing this Contract such person represents that he or she has authority to bind Subscriber to this contract.*

Case: 1:15-cv-05781 Document #: 22-3 Filed: 07/06/15 Page 32 of 173 PageID #:1474



**LIFE***Watch*USA
PERSONAL CARING SERVICE SINCE 1980

**800.716.1433**
www.lifewatch-usa.com

## LIFEWATCH INC
## WWW.LIFEWATCH-USA.COM

### MEDICAL ALARM SYSTEM LEASE AND MONITORING SERVICE AGREEMENT

Agreement dated _____, by and between Lifewatch Inc (hereinafter referred to as "Lifewatch" or "ALARM COMPANY")

and _____ (hereinafter referred to as "Subscriber", "You" or "Purchaser") Phone: _____

The parties hereto agree that:

1. **MEDICAL ALARM SYSTEM IS LEASED AND REMAINS PERSONAL PROPERTY OF ALARM COMPANY:** ALARM COMPANY shall lease, instruct the Subscriber in the proper use of the Medical Alarm System (hereinafter referred to as "System" or "equipment"), provide self installation instructions for the Subscriber to self install the System at Subscriber's location including all necessary devices and equipment, for the duration of this agreement, with the understanding that the entire System is and shall always remain the sole personal property of ALARM COMPANY and shall not be considered a fixture or a part of the realty, or an addition to, alternation, conversion, improvement, modernization, remodeling, repair or replacement of any part of the realty, and Subscriber shall not permit the attachment thereto of any apparatus not furnished by ALARM COMPANY.

2. **MEDICAL ALARM MONITORING SERVICES / DOCUMENTATION / COMMENCEMENT OF SERVICES:** Medical Alarm Monitoring services shall commence upon LifeWatch's receipt of this Agreement signed by Subscriber. Commencement of monitoring services shall constitute LifeWatch's acceptance of this Agreement. This Agreement includes other documents which are to be signed and returned to LifeWatch by Subscriber. These documents include: LifeWatch Financial Form, LifeWatch Subscriber Information and Responder Form and Primary Response Directive. Subscriber acknowledges receiving LifeWatch's Welcome Notice, Instructions how to test and use the LifeWatch System and Installation instructions.

3. **CANCELLATION:** Subscriber may cancel this agreement and all services on 30 days notice to ALARM COMPANY. If Subscriber cancels this agreement pursuant to any statutory authority ALARM COMPANY will, within 10 days or within such time as such statute specifies, upon such cancellation and return of equipment refund to Subscriber any amount paid for the equipment and any advance payment for services not yet rendered. Your statutory right to cancel may vary from state to state and LifeWatch will comply with your state's requirements

4. **LEASE, MONITORING, AND SERVICE CHARGES:** Subscriber agrees to pay ALARM COMPANY as provided in the Lifewatch Financial Form, plus tax if any, payable in advance for the lease, monitoring, and service of the System for the term of this agreement commencing on the day Subscriber receives the System, and continuing monthly thereafter until Subscriber returns Lifewatch's system.

This contract will automatically renew every month after the initial term, unless either party gives written notice of its intent to cancel. Failure to return all equipment in satisfactory condition will result in a charge of $350 for base unit, $125 for pendant). If you receive this package but do not activate this system for any reason, you are still responsible for a $50 restock fee. In addition, your account will continue to be billed at the monthly monitoring fee as indicated on the Lifewatch Financial Form until our equipment is returned in good working order. TO: ALARM COMPANY at 266 Merrick Road, Suite 104 Lynbrook, NY 11563

5. **TERM OF AGREEMENT/RENEWALS:** The term of this agreement shall be for a period of 30 DAYS. This agreement shall renew itself month to month thereafter under the same terms and conditions, unless either party gives written notice to the other by fax, email or written correspondence of their intention not to renew the contract at least 30 days prior to the expiration of any term.

6. **INCREASES OF MONTHLY CHARGE:** ALARM COMPANY shall be permitted to increase the charges provided for herein at any time or times after the expiration of one year from the date hereof and Subscriber agrees to pay such increase.

7. **MEDICAL ALARM SYSTEM CENTRAL OFFICE MONITORING:** Upon receipt of a signal, ALARM COMPANY or its designated central office, shall make every reasonable effort to notify Subscriber and the appropriate municipal police or fire department or emergency personal response service designated by Subscriber. Subscriber acknowledges that signals which are transmitted over telephone lines, internet, VOIP, or other modes of communication pass through communication networks beyond the control of ALARM COMPANY and are not maintained by ALARM COMPANY, except ALARM COMPANY may own the radio network, and therefore ALARM COMPANY shall not be responsible for any equipment failure which prevents transmission signals from reaching the central office monitoring center or damages arising as a result thereof, or for data corruption, theft or viruses to Subscriber's computers if connected to the PERS communication equipment. Subscriber agrees to furnish ALARM COMPANY with a written list of names and telephone numbers of those persons Subscriber wishes to receive notification of emergency conditions together with a list of all medication, allergies and medical conditions Subscriber wishes to be available to a PERS personnel and revisions and revisions shall be supplied to ALARM COMPANY in writing. Subscriber acknowledges that ALARM COMPANY provides no response to a System signal except notification to the appropriate party, and that the provisions of this agreement exculpating and limiting ALARM COMPANY's liability are fully applicable to the Medical Alarm System service. ALARM COMPANY may, without prior notice, suspend or terminate its services, in event of Subscriber's default in performance of this agreement or in event designated central office facility or communication network is nonoperational or Subscriber's system is sending excessive communication. ALARM COMPANY is authorized to record all telephone conversations and shall own such recordings.

8. **SUBSCRIBER'S CARE OF EQUIPMENT: REPAIRS AND ADDITIONS:** Subscriber agrees not to tamper with, remove or otherwise interfere with the System. Subscriber agrees to bear the cost of repairs or replacement to the System made necessary as a result of any damage, including damage caused by unauthorized intrusion to the premises, lightning or electrical surge, except for ordinary wear and tear, in which event repair or replacement shall be made by ALARM COMPANY without additional charge. Batteries, electrical surges, lightning damage, obsolete components and components exceeding manufacturer's useful life are not included in service and will be repaired or replaced at Subscriber's expense.

9. **TELEPHONE SERVICE IS NECESSARY AND SUBSCRIBER'S RESPONSIBILITY:** ALARM COMPANY acknowledges that the MEDICAL ALARM System Transmitter plugs into a standard telephone jack and communicates over standard telephone lines using two way voice communication. The transmitter may not work with VOIP internet connection.

10. **SUBSCRIBER'S DUTY TO SUPPLY ELECTRIC AND TELEPHONE SERVICE:** Subscriber agrees to furnish, at Subscriber's expense, all 110 Volt AC power and electrical outlets and receptacles, telephone hook-ups, RJ31x Block or equivalent, as deemed necessary by ALARM COMPANY or MEDICAL ALARM equipment manufacturer.

11. **DELAY IN INSTALLATION:** ALARM COMPANY shall not be liable for any damage or loss sustained by Subscriber as a result of delay in installation of equipment, equipment failure, or for interruption of service due to electric failure, transmission failure, acts of God, or other causes, including ALARM COMPANY's negligence in the performance of this agreement, and Subscriber shall not be relieved from payments due under this agreement for such period.

12. **TESTING AND SERVICE OF MEDICAL ALARM SYSTEM:** The parties hereto agree that the SYSTEM, once installed, is in the exclusive possession and control of the Subscriber, and it is Subscriber's sole responsibility to test the operation of the SYSTEM and to notify ALARM COMPANY if it is in need of repair or replacement. During the contract period and so long as Subscriber is current in payment, ALARM COMPANY shall service or replace the System if returned by the Subscriber to ALARM COMPANY's address. ALARM COMPANY will upon Subscriber's request arrange pick up and delivery, at Subscriber's expense by UPS or US Postal Service. If ALARM COMPANY fails to repair or replace the SYSTEM within 7 days after receipt of said written notice, Subscriber shall not be obligated to pay any amount for service from date said written notice is given, until the SYSTEM is restored to working order unless ALARM COMPANY determines that the equipment is operational and the system failure was electrical or telephone service related at Subscriber's premises, in which event Subscriber shall pay ALARM COMPANY's cost of shipping and inspection charge of $75.00 or if Alarm Company determines that the equipment was damaged by other than ordinary wear and tear, in which event Subscriber shall be charge $350 for a replacement System.

13. **SUBSCRIBER TO INSURE ALARM COMPANY'S EQUIPMENT:** Subscriber shall insure ALARM COMPANY's equipment against fire and casualty and Subscriber agrees to name ALARM COMPANY in said insurance policy as "loss payee" to the extent of the value of the equipment as set forth hereinabove. Subscriber shall be responsible for any loss occasioned by fire or casualty and the cost of replacing or restoring the Medical Alarm System.

14. **AUDIO LISTEN IN AND FORCIBLE ENTRY:** The system includes two-way voice is and meant to be heard under optimal conditions throughout most of the house. In the event that the two way audio is not clear, or the central station does not hear audio, subscriber authorizes company and central station to follow emergency response procedures Company will notify 911 first, unless otherwise told in writing. Subscriber authorizes the Company in its sole discretion to authorize forcible entry to gain access to Subscriber's premises in the event the System emits a signal to the Central Station and the Subscriber cannot be heard throughout the unit's microphone nor does the Subscriber answer the telephone. Subscriber does hereby release the Company and Central Station from any and all liability whatsoever as a result of said forcible entry.

15. **LIFEWATCH 911 UNIT:** If Subscriber chooses to add an Alert 911 unit, it is understood that this product calls 911 direct and scrubscriber must be able to give their name and location to the 911 operator. There is no GPS locator. All other Terms and Conditions below apply.

16. **MOBILE ALERT SYSTEM:** If you have our Mobile Alert System, monitoring service will not begin and Company and the Central Station will have no obligation to notify emergency personnel or other persons identified as emergency contacts until (1) Company has received your emergency contact information and (2) you have called to activate system and sent a test signal from the system which was successfully received by the Central Station. Please note you must have adequate cellular coverage in the area where system is being used. You are responsible for testing your mobile device everywhere you go. Subscriber also understands that their physical location will be used in connection with providing the service that authorized caregivers may request your current location via our secure web portal. You hereby agree that the Company and the Central Station may provide the Responders and any other necessary third parties, as determined by us and the Central Station in our reasonable discretion, with access to your physical location. You hereby release the Company and the Central Station of any liability which may arise out of disclosure of such information to Responders and any other necessary third parties.

17. **MEDICAL OR RELATED EXPENSES:** In the event the Subscriber utilizes the System by giving the Central Station a signal, the Subscriber does hereby authorize the Company to seek to notify or obtain assistance. The Subscriber shall be obligated for and agrees to pay costs and expenses incurred including, but not limited to, ambulance, physician, or other medical assistance in obtaining assistance, or cost whatsoever incurred as a result of the Subscriber's use of the System.

18. **OPTION TO UPDATE MEDICAL DATA INFORMATION:** At the option of the Subscriber, the Subscriber shall communicate in writing with the Central Station for the purpose of verifying medical data information on file at the Central Station and updating said information, if necessary.

19. **SELF-PROTECTION/SUBSCRIBER'S DUTIES:** The Subscriber understands that the unit is used to help the Subscriber protect his or her person. It does not assure such protection. Available devices and techniques are too numerous to list but include (a) basic health precautions; and (b) adherence to physician's directions and recommendations.



**LIFE*Watch*USA**
PERSONAL CARING SERVICE SINCE 1980

**800.716.1433**
**www.lifewatch-usa.com**

**20. SYSTEM USE/SUBSCRIBER'S DUTIES:** The Subscriber understands that certain laws, rules, regulations and ordinances imposed by the governmental authorities, utilities, businesses, homeowners associations, and/or other entities may affect the Subscriber's rights in relation to the Installation and service of the system.
The Subscriber agrees to obtain and maintain in current status all licenses and permits or other authorizations necessary for the Installation and use of the system.

**21. PHYSICAL RESPONSE:** The Subscriber is advised that certain areas in the country have in existence requirements that when an alarm monitoring service reports a medical alarm to a responding agency, that it must also report such alarm to an entity available twenty-four hours each day which is contractually obligated to respond to an emergency within one hour or within another designated time.

**22. ASSIGNMENTS/WAIVER OF SUBROGATION RIGHTS:** Subscriber shall not be permitted to assign this agreement without written consent of ALARM COMPANY. Any such assignment without prior approval shall be deemed a breach of this agreement. ALARM COMPANY shall have the right to assign this contract and shall be relieved of any obligations created herein upon such assignment. Subscriber on its behalf and any insurance carrier waives any right of subrogation Subscriber's insurance carrier may otherwise have against ALARM COMPANY or ALARM COMPANY's subcontractors arising out of this agreement or the relation of the parties hereto.

**23. INDEMNITY:** Subscriber agrees to and shall indemnify and hold harmless ALARM COMPANY, its employees, agents and subcontractors, from and against all claims, lawsuits, including reasonable attorneys' fees, and losses asserted against and alleged to be caused by ALARM COMPANY's performance, negligent performance or failure to perform its obligations under this agreement. Subscriber agrees that there are no third party beneficiaries of this contract.

**24. REMOVAL OF SYSTEM:** Upon termination of this agreement ALARM COMPANY shall be permitted to discontinue all monitoring service and Subscriber shall at Subscriber's expense return, via UPS or US Postal Service, signature required, ALARM COMPANY equipment to ALARM COMPANY. If for any reason caused by Subscriber, or the owner of the premises if other than the Subscriber, said System is not delivered to ALARM COMPANY within 7 days of such termination, Subscriber shall be deemed to have purchased the equipment for the agreed value stated in this agreement.

**25. LEGAL ACTION.** In the event of Subscriber's default of this agreement ALARM COMPANY shall be permitted to terminate or suspend all its services under this agreement without relieving Subscriber of any obligation herein and may notify Authority Having Jurisdiction. Additionally, in the event of Subscriber's failure to return the System within 15 days of termination of this contract the System shall be deemed sold to Subscriber in as in condition for $350.00 which the parties agree is the value of the System. Any action by Subscriber against ALARM COMPANY must be commenced within one year of the accrual of the cause of action or shall be barred. All actions or proceedings against ALARM COMPANY must be based on the provisions of this agreement. Any other action that Subscriber may have or bring against ALARM COMPANY in respect to other services rendered in connection with this agreement shall be deemed to have merged in and be restricted to the terms and conditions of this agreement. If ALARM COMPANY prevails in any litigation or arbitration between the parties, Subscriber shall pay ALARM COMPANY's legal fees. Subscriber submits to the jurisdiction and laws of New York and agrees that any litigation or arbitration between the parties must be commenced and maintained in Nassau County, New York. Any dispute between the parties or arising out of this contract, including issues of arbitrability, shall, at the option of any party, be determined by arbitration administered by Arbitration Services Inc., under its Commercial Arbitration Rules www.naterto.com. Service of process or papers in any legal proceeding or arbitration between the parties may be made by First-Class Mail delivered by the U.S. Postal Service addressed to the party's address in this agreement or another address provided by the party in writing to the party making service.

SUBSCRIBER AND LifeWatch WAIVE THEIR RESPECTIVE RIGHTS TO A JURY TRIAL IN ANY ACTION OR PROCEEDING INVOLVING LifeWatch. SUBSCRIBER ACKNOWLEDGES THAT SUBSCRIBER IS WAIVING RIGHT TO A JURY TRIAL VOLUNTARILY AND KNOWINGLY, AND FREE FROM DURESS OR COERCION. AND THAT SUBSCRIBER HAS A RIGHT TO CONSULT WITH A PERSON OF SUBSCRIBERS CHOOSING, INCLUDING AN ATTORNEY, BEFORE SIGNING THIS DOCUMENT. THE PARTIES AGREE THAT THEY MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITY, AND NOT AS A CLASS ACTION PLAINTIFF OR CLASS ACTION MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. SUBSCRIBER UNDERSTANDS THAT INSTEAD OF SUING OR BEING SUED IN COURT, THE PARTIES MAY HAVE THEIR DISPUTE DETERMINED BY ARBITRATION. SUBSCRIBER ACKNOWLEDGES THAT THE RULES IN ARBITRATION ARE DIFFERENT, AND THAT SUBSCRIBER HAS HAD THE OPPORTUNITY TO SEEK LEGAL OR OTHER ADVICE IN REGARD TO THIS CONTRACT AND IN PARTICULAR THIS ARBITRATION PROVISION. SUBSCRIBER AGREES THAT THE ARBITRATOR MAY NOT CONSOLIDATE PROCEEDINGS OF MORE THAN ONE PERSON'S CLAIM AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES AGREE THAT ANY DISPUTE BETWEEN THEM, INCLUDING BUT NOT LIMITED TO THE SCOPE OF THIS ARBITRATION CLAUSE AND ISSUES OF ARBITRABILITY, OR ANY DISPUTE RELATING TO THIS AGREEMENT OR BASED ON A FEDERAL OR STATE STATUTE (EXCEPT WHERE PROHIBITED BY LAW). MAY, AT THE OPTION OF EITHER PARTY, BE DETERMINED BY ADMINISTERED BY ARBITRATION SERVICES, INC. UNDER ITS CONSUMER ARBITRATION RULES, WHICH ARE AVAILABLE AT WWW.ARBITRATIONSERVICESINC.COM, BY FAX AT 516-364-3456 OR BY TELEPHONE AT 516-364-1730 THIS CONTRACT EVIDENCES A TRANSACTIONIN INTERSTATE COMMERCE, AND THUS THE FEDERAL ARBITRATION ACT GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THIS PROVISION

**26. ADDITIONAL PAYMENTS:** In addition to the payments set forth herein, Subscriber agrees to be liable for and pay to ALARM COMPANY any excise, sales, property, or other tax, telephone line charges, and any increases thereof, which may be imposed upon ALARM COMPANY because of this agreement. Should ALARM COMPANY be required by existing or here after enacted law to perform any service or furnish any material not specifically covered by the terms of this agreement Subscriber agrees to pay ALARM COMPANY for such service or material.

**27. FALSE ALARMS/PERMIT FEES:** Subscriber is responsible for all permits and permit fees, agrees to file for and maintain any permits required by applicable law and indemnify or reimburse ALARM COMPANY for any fines relating to permits or false alarms. ALARM COMPANY shall have no liability for permit fees, false alarms, false alarm fines, police or fire response, any damage to personnel or real property or personal injury caused by EMT, police or fire department response to emergency conditions, whether false alarm or otherwise, or the refusal of the police or fire department to respond. In the event of termination of police or EMT this contract shall nevertheless remain in full force and Subscriber shall remain liable for all payments provided for herein. Should ALARM COMPANY be required by existing or hereinafter enacted law to perform any service or furnish any material not specifically covered by the terms of this agreement Subscriber agrees to pay ALARM COMPANY for such service or material. ALARM COMPANY shall have no liability for police, fire or EMT non-response, response, or any damage to person or property in connection with any emergency condition reported by ALARM COMPANY or its designated central station in response to a signal received from Subscriber's SYSTEM.

**28. ALARM COMPANY'S RIGHT TO SUBCONTRACT SPECIAL SERVICES:** Subscriber agrees that ALARM COMPANY is authorized and permitted to subcontract any services to be provided by ALARM COMPANY to third parties who may be independent of ALARM COMPANY, and that ALARM COMPANY shall not be liable for any loss, damage or injury sustained by Subscriber by reason of any other cause whatsoever caused by the negligence of third parties. Subscriber acknowledges that this agreement, and particularly those paragraphs relating to ALARM COMPANY's disclaimer of warranties, exemption from liability, even for its negligence, limitation of liability and indemnification, inure to the benefit of and are applicable to any assignees, subcontractors and central offices of ALARM COMPANY.

**29. NO WARRANTIES OR REPRESENTATIONS: SUBSCRIBER'S EXCLUSIVE REMEDY:** ALARM COMPANY does not represent nor warrant that the System will prevent any loss, damage or injury, or that the System will in all cases provide the protection for which it is installed or intended. Subscriber acknowledges that ALARM COMPANY is not an insurer, and that Subscriber assumes all risk for loss or injury to Subscriber's property or System. ALARM COMPANY has made no representation or warranties, and hereby disclaims any warranty of merchantability or fitness for any particular use. Subscriber's exclusive remedy for ALARM COMPANY's default hereunder is to require ALARM COMPANY to repair or replace, at ALARM COMPANY's option, any equipment or part of the System which is non-operational. Except for services provided pursuant to this agreement, Subscriber agrees to look to manufacturer's warranty for any equipment warranty.

**30. EXCULPATORY CLAUSE:** The parties agree that ALARM COMPANY is not an insurer and no insurance coverage is offered herein. Subscriber's payments to ALARM COMPANY are for the installation, rental and service of a System designed to reduce certain risks of loss, though ALARM COMPANY does not guarantee that no loss will occur. ALARM COMPANY is not assuming liability and therefore shall not be liable to Subscriber for any loss or injury sustained by Subscriber as a result of any cause whatsoever, regardless of whether or not such loss or injury was caused by or contributed to by ALARM COMPANY's negligent performance to any degree or failure to perform any obligation or strict products liability. Subscriber releases ALARM COMPANY from any claim for contribution, indemnity or subrogation.

**31. LIMITATION OF LIABILITY:** The parties agree that the System is not designed or guaranteed to prevent any loss or injury. If, notwithstanding the terms of this agreement, there should arise any liability on the part of ALARM COMPANY as a result of any cause whatsoever, regardless of whether or not such loss, damage, or personal injury was caused by or contributed to by ALARM COMPANY's negligence to any degree or failure to perform any obligation or strict products liability, such liability will be limited to an amount equal to six (6) times the monthly payment paid by the Subscriber to ALARM COMPANY or the time such liability is fixed, or to the sum of $250.00, whichever is greater. If Subscriber wishes to increase ALARM COMPANY's maximum amount of such limitation of liability, Subscriber may, as a matter of right, at any time, by entering into a supplemental agreement, obtain from ALARM COMPANY a higher limit by paying an additional amount consonant with the increase of liability. This shall not be construed as insurance coverage.

**32. PERSONAL MEDICAL DISCLOSURE AUTHORIZATION:** Any medical or other personal information provided by Subscriber to ALARM COMPANY may be disclosed by ALARM COMPANY to any EMS personnel or medical personnel requesting same.

**33. CONFLICTING DOCUMENTS:** Should there arise any conflict between this agreement and Subscriber's purchase order or other document, this agreement will govern, whether such purchase order or document is prior to or subsequent to this agreement.

**34. FULL AGREEMENT/SEVERABILITY:** This agreement constitutes the full understanding of the parties and may not be amended, modified or canceled, except in writing signed by both parties, except ALARM COMPANY's requirements regarding items of protection provided for in this agreement imposed by Authority Having Jurisdiction. Subscriber acknowledges and represents that Subscriber has not relied on any representation, assertion, guarantee, warranty, collateral contract or other assurance, except those set forth in this agreement and waives any claims in connection with same. Should any provision of this agreement be deemed void, all other provisions will remain in effect.

THIS AGREEMENT INCLUDES OTHER DOCUMENTS REFERRED TO IN PARAGRAPH 2. READ THEM BEFORE YOU SIGN THIS CONTRACT. SUBSCRIBER ACKNOWLEDGES THAT THIS CONTRACT AND INCORPORATED DOCUMENTS WERE DELIVERED TO SUBSCRIBER'S ADDRESS BY US POSTAL SERVICE OR OTHER MAIL CARRIERS AND THAT NO HOME SOLICITATION WAS MADE BY LIFEWATCH. THIS CONTRACT CONTAINS AN ARBITRATION PROVISION AND OTHER PROVISIONS IN PARAGRAPH 25 THAT AFFECT YOUR LEGAL RIGHTS.

SUBSCRIBER: _____
*Signature (Name must be printed below)*

Print Name: _____

*If someone other than Subscriber is signing this contract since relationship to Subscriber and by signing this Contract such person represents that he or she has authority to bind Subscriber to this contract.*

Velez Att R
Page 8 of 8

# Attachment S



**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**COMMERCIAL TELEPHONE SELLER BUSINESS LICENSE APPLICATION**

Chapter 501.608, Florida Statutes

**ADAM H. PUTNAM**

*Mailing Address:*

Attn: Commercial Telephone Salesperson

Florida Department of Agriculture and Consumer Services

2005 Apalachee Parkway

Tallahassee, FL 32399-6700

www.800helpfla.com

1-800-HELP-FLA (435-7352) FL Only

850-488-2221 Calling Outside Florida

Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name\*\***

Senior Medical Alert Systems,Inc

**Fictitious Names\*\***

Does not apply was selected for Ficticious Names

---

\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

11098 Biscayne Blvd Ste 201
Miami, Florida 33161 USA

**Mailing Address**

▆▆▆▆▆▆▆▆▆▆▆▆
Miami, Florida ▆▆▆ USA

**Telephone Number**

305-▆▆▆▆

**Fax Number**

866-▆▆▆▆

**Email Address**

alinaseniormedicalalertsystems@gmail.com

**Website Address**

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

▆▆▆▆▆▆

**Form of Organization.**

Corporation
1/16/2014                                          Florida

## Registered Agent

Donna Carmel

▆▆▆▆▆▆

Miami, Florida ▆▆▆ USA

## Business Details

Brief description of product(s) sold and/or service(s) provided:

**medical alert system**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines? **No**

## Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld. **No**

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? **Yes** Conviction includes a finding of guilt where adjudication has been withheld.

| | |
|---|---|
| Date of Action: | 02/10/1983 |
| Docket Number | Nevada |
| Court or administrative agency rendering the decision, judgment or order: | District of Nevada in Reno Nevada |
| Governmental agency which brought the action: | DEA |
| Details: | Interstate Travel In Aid of racketeering |

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction? **No**

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? **No**

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant? **No**

## Occupation History

| | | |
|---|---|---|
| **1.** Occupation: | emp | Period: 01/01/2014 - 05/22/2014 |
| Employer: | Senior Medical Alert Systems | |

Address: 11098 Biscayne Blvd Ste # 201 Miami, FL 33161

## Previous Experience

0 Months experience

## Parents And Affiliates

### Parent or Affiliate

Senior Medical Alert Systems
Parent

### Fictitious Names

### Street Address

████████████████
Miami, Florida ██████

### Telephone Number

305 ████████

### Form of Organization.

CORP
1/16/2014                                        Florida

### Parent or Affiliate

BillBarb Senior Medical Alert Systems Incorporated
Affiliate

### Fictitious Names

### Street Address

900 NE 125 St Suite # 110
North Miami, Florida 33161 USA

### Telephone Number

561-████████

### Form of Organization.

CORP
5/8/2014                                        Florida

## Officers

### Officer 1.

Name:                                        Barbara Ladenheim
Title:                                        Owner

### Information

Date of Birth:                                ████████
ID Type:                                      State Issued ID
ID Number:

**Home Address**

███████████████████

Miami, Florida ███████ USA

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving **No** racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Salespersons

SP List attached.

## Locations

**Location**

Business Name: Senior Medical Alert Systems

2000 NE 135 St #301
Miami, Florida 33181 USA

This is a Mail-Drop

Manager Name:Donna Carmel

**Location**

Business Name: BillBarb Senior Medical Alert Systems Incorporated

221 Meridian Ave. #543
Miami Beach, Florida 33139 USA

This is a Mail-Drop

Manager Name:Alexandra Azrak

| Questions |
|:---:|

### Question 11

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(l)3, F.S.]   **[X]**

b.We do not use sales scripts.   [ ]

### Question 12

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(l)3, F.S.]   **[X]**

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).   [ ]

### Question 13

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3, F.S.]   **[X]**

b.We do not send any written material to any prospective or actual purchaser.   [ ]

### Question 14

a. Does not apply.   **[X]**

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614, F.S.]   [ ]

- The item(s) is/are offered unconditionally
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:   [ ]

## Question 15

a. A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.    [X]

b. Complete the following in the event a purchaser does not actually receive all of the items described by    [ ]
the seller or salesperson:

### Entered Information

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
  - ○

- The odds a single prospective purchaser has of receiving each item described is:
  - ○

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or    [ ]
more items among designated items or a certificate of any type which the purchaser must redeem to
obtain the item described in the certificate.

## Financial Institutions

### Institution

Institution Name: Chase Bank
Contact Name: Steve Ferrari
Contact Number:

### Address

10760 Biscayne Blvd
Miami, Florida 33161 USA

### Accounts

██████████

## Security Information

Security Type: Surety Bond
Security Amount: $50,000
Security ID Number: ████████
Security Begin Date : 04/29/2014
Security End Date: 04/29/2015

Security Institution Name: Lexon Insurance Company

### Security Institution Address

12890 Lebanon Rd.
Mount Juliet, Tennessee 37122 USA

Security Institution Phone: 615-553-9500

## Uploaded Documents

## All Uploaded Documents

| Name | Description | Type |
|------|-------------|------|
| bond.pdf | | BOND |
| ACH Script.pdf | | TC13A |
| VerificationScript.pdf | | TC12A |
| SalesScript.pdf | | SCRIPTS |
| AgentsLicense.docx | | TCTPLIST |

## Verification Information

### Verification Questions

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

### Preparer Information

Preparer Name: Donna Carmel
Preparer Phone: 786-██████

### Signature Information

Signature Name: Carmel
Signature Date: 5/22/2014

| From: | Phillips, Bonnie |
|---|---|
| To: | "Alina Baranovschi" |
| Subject: | RE: Re: |
| Date: | Wednesday, June 11, 2014 4:45:00 PM |
| Attachments: | manager pages.xps |
| | location page.pdf |
| | banking and reg agent info.pdf |

At this point, the Physical address and mailing addresses need to be corrected with the Division of Corporations to reflect:

**Street Address**

11098 Biscayne Blvd Ste 201
Miami, Florida 33161 USA

**Mailing Address**

███████████████████
Miami, Florida ███████ .

The business name also needs to be corrected with the Division of Corporations.
http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail/EntityName/flal-l14000010651-909a234f-7b28-4864-a17e-7e81dcd74848/Senior%20Medical%20Alert%20Systems%2c/Page1

I need all the location addresses reported to me, per request.

We still need to correct the deficiencies listed below, **in one correspondence**.
Please mail, email or fax the response to all the deficiencies list in one response.
1.        The name of the business does not match what is on file with the Division of Corporations. Please correct the name. The name you submitted is Senior Medical Alert Systems, Inc the name that is registered is 'Senior Medical Alert Systems LLC.

2.        The business address listed on your telemarketing application does not match what is on file with the Division of Corporations, please update this address where both addresses match.

3.        Please correct the Registered Agent information to match what is filed with the Division of Corporations.

4.        Please provide the required information for officer Barbara Ladenheim, please include the state ID number, home address and contact information in the response.

5.        Please provide a list of ALL locations that the company will be operating from. These locations should have the same name as the business you are registering.

6.        Please provide the original surety instrument. This original document must be mailed in to my attention.

7.        Please have the officer of the company sign the enclosed page. The signature on the application submitted was not one of an officer.

8.        Please provide a complete listing of telephone numbers from which telemarketing is being done. This should include ALL incoming and outgoing numbers. Please submit in an Excel format via email if more then 10 numbers.

Please let me know if you have any questions. I will wait on the complete response before issuing a licnese.
Thank you

**Bonnie M. Phillips**
Regulatory Specialist III
Division of Consumer Services
Florida Department of Agriculture and Consumer Services

phone 850-410-3725
fax 850-410-3804
bonnie.phillips@freshfromflorida.com
www.FreshFromFlorida.com
The Rhodes Building
Mail Stop R-2
2005 Apalachee Parkway
Tallahassee, Florida 32399-6500

Please note that Florida has a broad public records law (Chapter 119, Florida Statutes).
Most written communications to or from state employees are public records obtainable
by the public upon request. Emails sent to me at this email address may be considered
public and will only be withheld from disclosure if deemed confidential pursuant to the
laws of the State of Florida.

---

**From:** Alina Baranovschi [mailto:alinaseniormedicalalertsystems@gmail.com]
**Sent:** Wednesday, June 11, 2014 4:25 PM
**To:** Phillips, Bonnie
**Subject:** Re: Re:

the mailing address is ███████████████████ ,Miami ,Florida ██████
but other 2 addresses are the locations where we are doing business,our offices

On Wed, Jun 11, 2014 at 3:14 PM, Phillips, Bonnie
<Bonnie.Phillips@freshfromflorida.com> wrote:
Usually business licenses are not issued for residential locations. You cannot run a business out of
your house, the city nor county will give you a business license for a residential telemarketing
business.

Please revise the information to reflect a commercial business address or I will not be able to issue
the license.
Notify me once the revision are done, please make sure you update the bond info and get an
original bond rider mailed to my attention.,

**Bonnie M. Phillips**
Regulatory Specialist III
Division of Consumer Services
Florida Department of Agriculture and Consumer Services

phone 850-410-3725
fax 850-410-3804
bonnie.phillips@freshfromflorida.com
www.FreshFromFlorida.com
The Rhodes Building
Mail Stop R-2

2005 Apalachee Parkway
Tallahassee, Florida 32399-6500

Please note that Florida has a broad public records law (Chapter 119, Florida Statutes).
Most written communications to or from state employees are public records obtainable
by the public upon request. Emails sent to me at this email address may be considered
public and will only be withheld from disclosure if deemed confidential pursuant to the
laws of the State of Florida.

---

**From:** Alina Baranovschi [mailto:alinaseniormedicalalertsystems@gmail.com]
**Sent:** Wednesday, June 11, 2014 2:51 PM

**To:** Phillips, Bonnie
**Subject:** Re: Re:

no,only the ███████████ is an apartment

On Wed, Jun 11, 2014 at 1:48 PM, Phillips, Bonnie
<Bonnie.Phillips@freshfromflorida.com> wrote:
Is the other address an apartment or residence too??

---

**From:** Alina Baranovschi [mailto:alinaseniormedicalalertsystems@gmail.com]
**Sent:** Wednesday, June 11, 2014 2:48 PM

**To:** Phillips, Bonnie
**Subject:** Re: Re:

yes,it's an apartment

On Wed, Jun 11, 2014 at 1:41 PM, Phillips, Bonnie
<Bonnie.Phillips@freshfromflorida.com> wrote:
Is that a residential address? Like apartments

---

**From:** Alina Baranovschi [mailto:alinaseniormedicalalertsystems@gmail.com]
**Sent:** Wednesday, June 11, 2014 2:32 PM

**To:** Phillips, Bonnie
**Subject:** Re: Re:

the main office address is ██████████████████ ,Miami,FL ███████
the first location where we are doing business is 11098 Biscayne Blvd. Suite # 201,Miami,FL
33161
the second location is 900 NE 125 St Suite # 110 ,North Miami,Florida 33161

On Wed, Jun 11, 2014 at 12:52 PM, Phillips, Bonnie
<Bonnie.Phillips@freshfromflorida.com> wrote:

The actual physical address of the business is
900 NE 125 St Suite # 110
   North Miami,Florida 33161??

---

**From:** Alina Baranovschi [mailto:alinaseniormedicalalertsystems@gmail.com]
**Sent:** Wednesday, June 11, 2014 1:03 PM
**To:** Phillips, Bonnie
**Subject:** Re: Re:

can I just e-mail to you?
1.   The name of the business is Senior Medical Alert Systems, LLC

2.   The business address is █████████████████████ ,Miami,FL ████ USA

3.   The Registered Agent :
*Yale Ladenheim*

████████████████████

*Miami,FL*     *USA*
e-mail: ██████████@bellsouth.net
phone: 888-█████████

5. 900 NE 125 St Suite # 110
   North Miami,Florida 33161

8.Phone numbers from which telemarketing is being done are: 305-548-8260 & 866-294-1206

Is it ok now?

5

On Wed, Jun 11, 2014 at 11:52 AM, Phillips, Bonnie
<Bonnie.Phillips@freshfromflorida.com> wrote:
Will the other corrections be mailed as well??

1.      The name of the business does not match what is on file with the Division of Corporations. Please correct the name. The name you submitted is Senior Medical Alert Systems, Inc the name that is registered is Senior Medical Alert Systems LLC.

2.      The business address listed on your telemarketing application does not match what is on file with the Division of Corporations, please update this address where both addresses match.

3.      Please correct the Registered Agent information to match what is filed with the Division of Corporations.

5.      Please provide a list of ALL locations that the company will be operating from. These locations should have the same name as the business you are registering.

8.     Please provide a complete listing of telephone numbers from which telemarketing is being done. This should include ALL incoming and outgoing numbers. Please submit in an Excel format via email if more then 10 numbers.

**Bonnie M. Phillips**
Regulatory Specialist III
Division of Consumer Services
Florida Department of Agriculture and Consumer Services

phone 850-410-3725
fax 850-410-3804
bonnie.phillips@freshfromflorida.com
www.FreshFromFlorida.com
The Rhodes Building
Mail Stop R-2
2005 Apalachee Parkway
Tallahassee, Florida 32399-6500

Please note that Florida has a broad public records law (Chapter 119, Florida Statutes). Most written communications to or from state employees are public records obtainable by the public upon request. Emails sent to me at this email address may be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the State of Florida.

---

**From:** Alina Baranovschi [mailto:alinaseniormedicalalertsystems@gmail.com]
**Sent:** Wednesday, June 11, 2014 11:55 AM
**To:** Phillips, Bonnie
**Subject:** Re:

Hi Bonnie ,

attached is the application signed by Barbara Ladenheim
Can you please tell me if this is the wright address where  we have to mail the Surety Bond
BONNIE PHILLIPS
DIVISION OF CONSUMER SERVICES
2005 APALACHEE PKWY
TALLAHASSEE FL 32399-6500
Thank you!


On Mon, Jun 9, 2014 at 2:40 PM, Alina Baranovschi
<alinaseniormedicalalertsystems@gmail.com> wrote:
Thank you  for your quick response,
we'll do the best to send you the corrections tomorrow
Have a great evening!


On Mon, Jun 9, 2014 at 11:41 AM, Phillips, Bonnie
<Bonnie.Phillips@freshfromflorida.com> wrote:
The original bond has to be mailed in.
All other corrections can be emailed, faxed or mailed in.

Thank you

**Bonnie M. Phillips**
Regulatory Specialist III
Division of Consumer Services
Florida Department of Agriculture and Consumer Services

phone 850-410-3725
fax 850-410-3804
bonnie.phillips@freshfromflorida.com
www.FreshFromFlorida.com
The Rhodes Building
Mail Stop R-2
2005 Apalachee Parkway
Tallahassee, Florida 32399-6500

Please note that Florida has a broad public records law (Chapter 119, Florida Statutes).
Most written communications to or from state employees are public records obtainable
by the public upon request. Emails sent to me at this email address may be considered
public and will only be withheld from disclosure if deemed confidential pursuant to the
laws of the State of Florida.

**From:** Alina Baranovschi [mailto:alinaseniormedicalalertsystems@gmail.com]
**Sent:** Monday, June 09, 2014 12:15 PM
**To:** Phillips, Bonnie
**Subject:**

Hi Bonnie,
My name is Alina,
we recently received a letter according to the Commercial Telephone Seller Business License
Application that was filled for Senior Medical Alert Systems,
it says that the application is deficient for some reasons
I have a question: How can we submit the corrections?
Thank you!

1. The name of the business is 'Senior Medical Alert Systems, LLC
2. The business address is 11098 Biscayne Blvd, Suite # 201,Miami,FL 33161
3. The Registered Agent :

   Yale Ladenheim

   

   Miami, FL ███ USA

   e-mail: ███████ @bellsouth.net

   phone:305 ██████

4. Barbara's  ID # ███████

   home address: ██████████ ,Miami,FL ████

   contact info: (305) █████

5. 900 NE 125 St Suite # 110

   North Miami, Florida 33161

6. Available for pickup
7. Barbara's signature  on application-DONE
8. Phone numbers from which  telemarketing is being done are:

   (305)548-8260

   (866)294-1206

   (866)429-6511

   (754)220-7170

# Attachment T

# SALES SCRIPT (REVISED 5.15.2014)

**<u>OPEN WEB FORM!!!</u>**

This is (Rep Name), my direct agent response number is (station number). May I ask whom I'm speaking with? (TYPE their name) In case we get disconnected, is this the best number to reach you back on? Ok, great!

For responding today to our SENIOR MEDICAL ALERT assistance program, you've been selected to receive a *Medical Alert System* valued at *over* $400 dollars.

You're probably familiar with the medical alert systems seen in TV commercials, USA Weekend, US news or The Washington Post. (*<u>This is a STATEMENT! NOT a question!</u>*)

It's the same system as seen on TV, and it works <u>*very*</u> easily. If you have a medical emergency, a fire, burglary or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the light-weight *waterproof* necklace *or* bracelet, and speak hands free from *anywhere in your home* to a *LIVE CERTIFIED EMERGENCY MEDICAL TECHNICIAN (E.M.T.)* They will *evaluate* your situation, *immediately* get you the help you need, notify family or 911 and *comfort* you until help arrives. Your alert button works from anywhere in the home and it *even* works outside of your home. It has a 1500 foot range, which is *over* a quarter mile!

This device will give you the *peace of mind* you need, allow you to feel *safe* and make sure you *never* feel alone in the case of an emergency. (Ma'am/Sir/Customer Name), it could *really help you* in a time of need, and can even be *life saving.*

Our device is trusted by *thousands* of hospitals and more than 65,000 *healthcare* professionals. Our device has been helping *save the lives* of America's senior citizens (and people who need it - if not speaking with a senior) for *over 35 years.*

***IF CLIENT HAS A **CELLPHONE**, PITCH **GPS** UNIT.

- Works anywhere in the USA and CANADA.
- ON-STAR TECHNOLOGY. Can track you even if you cannot speak.
- Lightweight and waterproof.
- Two way speaker. Can wear as necklace/watch/on belt/in pocket/purse.
- Receive medical records and driving directions.
- Convenient charger cradle.

(Ma'am/Sir/Customer Name), your medical alert system package includes:

- A medical alert base station with a *loud* speaker and a *very* sensitive microphone.
- A *waterproof* wrist **or** necklace button.
- *Free* shipping and *free* activation.
- An away from home Protection Card that gives emergency personnel *24 hour a day, 7 day a week access*, to your important medical information.

Also included, you will be receiving $1,000 dollars in *grocery discount coupons*. These coupons can be used at the *same* grocery stores you shop at now, to buy the *exact same* products that you purchase every week. You can use the $1,000 dollars worth of coupons to save money each week on your grocery bill, until you have spent the *entire* $1000 dollars.

Now, (Ma'am/Sir/Customer Name) the equipment is at NO COST and the shipping and set up is *also* at NO COST. Normally this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system. There is NO CONTRACT to sign and the billing is done on a MONTHLY BASIS. You are only responsible today for the EMERGENCY MEDICAL MONITORING FEE of just $34.95 ($44.95 GPS). Ok (Ma'am/Sir/Customer Name), where would you like your Medical Alert System shipped to? (Type their address and enter phone number)

- No – Read proper rebuttal. If you don't know which rebuttal to use, read #2.

And for the MONTHLY EMERGENCY MEDICAL MONITORING payments, which card will you be using today? We have *secured merchant accounts* with Visa, MC, American Express and Discover.

- If customer says NO CREDIT/DEBIT CARD, read rebuttal #14 and GIVE 'EM A HUG
- If customer still says no credit/debit card:
  "When you opened your checking account, the plastic card they gave you associated with your account, go get that for me and we can sign you up that way."
- If customer *still* says no credit/debit card, read rebuttal #15 and GIVE 'EM A HUG.
- If customer **does not** have a credit or debit card:
- "Okay (Sir/Ma'am/Customer Name), do you receive monthly benefits? <u>YES</u> – Okay (Sir/Ma'am/Customer Name), go ahead and get the green plastic card that you receive your benefits on. We can get you signed up with that instead.
  <u>NO</u> – Rebuttal #20 and GIVE 'EM A HUG

- If customer **does not** have a credit/debit card *or* Benefits card: "Okay (Ma'am/Sir/Customer Name), we can get you signed up with your checking/savings account instead, so go ahead and grab a check and we'll get some information off of it.

Okay, do you have a spouse or someone else in your home that you would also like to be protected?

**NO** – Fill out customer information form FULLY. Including name and address info under billing.

**YES** – Okay, we will also send you an addition wrist or necklace button for your spouse, the only thing you will need to pay is an additional $5 dollars per month to cover the Medical Technician Monitoring. So you *and* your spouse will be protected for just $39.95 a month and all of the equipment and shipping is still AT NO COST.

## CLOSE!!!

Great! Your equipment will be shipped to you at (read address) and will arrive within the next 7-10 *business* days. Do not forget to activate your system as soon as you receive it by plugging it in and making a test call by pressing your button. This way you are protected as *soon as you receive it* rather than it just *sitting in a box.*

Okay (Ma'am/Sir/Customer Name), I'm about to transfer you to the Verification Department. They will make sure I entered all of your information *correctly* and give you your order number as well as our Customer Service phone number, in case you have any additional questions. Thank you very much, and I hope you will enjoy the safe feeling of having a Medical Alert System.

Please hold while I transfer you. Make sure you keep your card (or check) available. Do *not* hang up until you speak with the Verification Department, Ok? (Wait for them to stay ok) One moment, please…

STAND UP AND CALL OUT **CONFIRMATION**!!!!!!!!!!!!!!!!!!!!!

# Attachment U

# VERIFICATION SCRIPT

## 1-866-294-1206

Hi (Sir/Ma'am/Customer Name), thanks for standing by. This is the Verification Dept. for Senior Medical Alert. My name is (your name). Today's date is (month/day/year) and this line is being recorded and monitored for compliance and quality assurance.

I just need to verify that we have all of your information in our system correctly and then I'm going to give you your Confirmation number and our Customer Service phone number.

- I show your first name as _____ (spell) Correct?
- I show your last spelled _____ (spell) Correct?
- Is this unit for yourself or a loved one? (If for a loved one, get name and address/shipping info)
- I have your mailing address as _____. Is this the address you would like your equipment shipped to? (Spell the address to ensure accuracy)
- Is this the address where the equipment will be installed? (If not) What is the address?
- I show your phone number as _____. Is this your home phone/landline or cell phone? (Or plugged through cable modem?)

## CREDIT CARD PAYMENT AUTHORIZATION

- I see you are using your (Visa, MC, Amex, Discover) for the payment method.
- Please read the numbers to me so I can verify they are accurate. (Or read to them if they prefer.)
- And the expiration date?
- Is your billing address the same as your shipping address?

(Sir/Ma'am/Customer Name), I will now go over the terms with you. At the end I need you to say *yes*, ok? (Get affirmative response!)

Great! You will receive your entire package within 7-10 business days. This will include the state of the art monitoring system and grocery savings coupons. There is no contract, and after the first month and for as long as you stay protected with the system, we will simply bill your card, once a month, for only $34.95. OK? (Customer must respond **YES** *PROCESS!!!*)

- Ok, I have your confirmation number (this is for your records)_____
- Our Customer Service number is **1-866-294-1206**

# Attachment V

 

### Customer TEL Authorization (Recorded)

Merchant:

"(Customer's First and Last Name), by providing your bank account information and verbal authorization today, (Current Date MM/DD/YY), you are authorizing Medical Alarms to initiate a one-time ACH debit on (Date MM/DD/YY) for the amount of (amount of total first charge) and a recurring ACH debit to your account in the amount of ($Amount) on the (day or date) of every month"

"The first ACH Debit shall be drafted or applied from your account on or after (Date MM/DD/YY) to be followed by successive debits if applicable, as just described."

"Please note that if at any time you wish to revoke this authorization and cancel any scheduled debit to your account, you must notify us at (customer service # and hours of operation) at least 3 business days prior to the scheduled debit date."

"In the event that you choose not to return the equipment, but to purchase it, you authorize a one-time charge of $475"

"Do you authorize Medical Alarms to proceed with these ACH Debits?"

Customer:

"Yes": Merchant proceeds with authorization;
or
"No": An ACH Debit is not authorized, do not proceed.

Merchant:

"Thank-you. ACH Debits will be drafted from your bank account with the following information: (Bank Routing Number, Account Number, and $ Amount)."

"Should you have any questions regarding your payments, you may reach our office at Customer Service number and hours of operation.

"Do you have any questions regarding the ACH debit procedure?"

Velez Att. V

# Attachment W

# Regulatory Investigation Section

## Case Summary Report

Report Name: Case_Summary

Report Date:  01/22/2015  11:58:01

Report Generated by:  CAROL ALLEN

Page 1 of 4

| | | |
|---|---|---|
| Case Number: **1407-29768** | Case Status: **CV—Closed with Violation** | Recv Date:**07/18/2014** |

| | |
|---|---|
| Name: | **SENIOR MEDICAL ALERT SYSTEMS LLC** |
| Business Address: | **11098 BISCAYNE BLVD STE 201, MIAMI, FL 33161-7486** |
| Mailing Address: | **MIAMI, FL** |
| Region/County | **South / MIAMI-DADE** |
| Phone(Business): | **305-548-8268** |
| Phone(Fax): | **866-429-6511** |
| Phone(Telemarketing Number): | **305-548-8260** |
| Phone(Telemarketing Number): | **866-294-1206** |
| Phone(Telemarketing Number): | **866-429-6511** |
| Phone(Telemarketing Number): | **754-220-7170** |
| Surety Information:    Type: **Surety Bond**    Amount:    **$50,000.00**   ID #: | |
| Sub Status: | **AC Settlement** |
| Violations: | **501.616(2) - Employing unlicensed salespersons 501.616(4) - Operating without a license** |
| Subject: | **700 - Telemarketer** |
| Commercial Telephone Seller: | **TC4737**    Expiration Date: **06/30/2015**    Status: **Registered** |

| | | | |
|---|---|---|---|
| **Investigator:** | **CRAIG MOON** | Phone Number | |

| | | | |
|---|---|---|---|
| Phone Shop: | Completed: **12/23/2014** | **Phone call/fax/email  (BONNIE PHILLIPS)** | |

From: Phillips, Bonnie
Sent: Tuesday, December 23, 2014 4:11 PM
To: 'Medical Alerts'
Subject: SENIOR MEDICAL ALERT SYSTEMS LL

The attached letter was mailed out on Nov. 12th and never responded to.
Please find the attachment and respond no later then the close of business on Monday 12/29/14.
Thank you

Bonnie M. Phillips
Regulatory Specialist III
Division of Consumer Services

| | | |
|---|---|---|
| Phone Shop: | Completed: **01/08/2015** | **Phone call/fax/email  (BONNIE PHILLIPS)** |
| | | phone call to business Natlie said she would withdraw the m/c form and send me an email. |
| Phone Shop: | Completed: **06/11/2014** | **Phone call/fax/email  (BONNIE PHILLIPS)** |
| | | email to tc asking about def and info that will be mailed in with the bond. |
| Phone Shop: | Completed: **06/11/2014** | **Phone call/fax/email  (BONNIE PHILLIPS)** |
| | | email to business about addresses and business location |
| Phone Shop: | Completed: **10/06/2014** | **Phone call/fax/email  (BONNIE PHILLIPS)** |
| | | email to business with online website and instructions to log in. |
| Phone Shop: | Completed: **10/06/2014** | **Phone call/fax/email  (BONNIE PHILLIPS)** |
| | | emailed business login info |

Company Comments:

Case Summary:    **No Summary Available**

| Start Date | Case Activities |
|---|---|
| **07/18/2014** | **Investigation Initiated by RIS  (RICHARD STRONG)**<br>application claims parent is unlicensed<br><br>BillBarb Senior Medical Alert Systems Incorporated<br>900 NE 125 St Suite # 110, North Miami, Florida 33161 USA |

Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database

# Regulatory Investigation Section
Case: 1:15-cv-05781 Document #: 22-3 Filed: 07/06/15 Page 60 of 173 PageID #:1502

Report Name: Case_Summary
## Case Summary Report
Page 2 of 4

Report Date: 01/22/2015 11:58:01

Report Generated by: CAROL ALLEN

Case Number: **1407-29768**    Case Status: **CV—Closed with Violation**    Recv Date: **07/18/2014**

| Start Date | Case Activities |
|---|---|
| | Officer/Director DetailName & Address |
| | Title P<br>CASSARA, WILLIAM<br>MIAMI BEACH, FL |
| | Title VP<br>LADENHEIM, BARBARA<br>MIAMI, FL |
| 07/18/2014 | **Case assigned to Investigator (RICHARD STRONG)**<br>Business is operating in the former location of 1406-22604 Direct Agent Response. |
| | Business is licensed as of June 30, 2014, but has no licensed sales people. |
| | Info uploaded shows business has 28 unlicensed sales people (check for IOA's). |
| | Onsite by John Owens confirmed about 30 salespeople. |
| 07/23/2014 | **DOS Search (CRAIG MOON)**<br>Florida Limited Liability Company |
| | 'SENIOR MEDICAL ALERT SYSTEMS, LLC |
| | Filing Information<br>Document NumberL14000010651<br>FEI/EIN NumberNONE<br>Date Filed01/21/2014<br>StateFL<br>StatusACTIVE<br>Effective Date01/20/2014 |
| | Principal Address<br>11098 BISCAYNE BLVD<br>SUITE 201<br>MIAMI, FL 33161 |
| | Changed: 06/12/2014<br>Mailing Address<br><br>MIAMI, FL |
| | Registered Agent Name & Address<br>LADENHEIM, YALE<br><br>MIAMI, FL |
| | Authorized Person(s) DetailName & Address |
| | Title MGR<br><br>LADENHEIM, BARBARA<br><br>MIAMI, FL |
| 07/23/2014 | **Internet search (CRAIG MOON)**<br>No bus. website found. |
| 07/23/2014 | **Case initially reviewed (CRAIG MOON)**<br>Possible unlicensed TMK sales people at this licensed TMK business location. On-site investigation required to make determination. Issue ISA/FAC as necessary. |
| 07/28/2014 | **Case initially reviewed (WILLIAM P SULLIVAN)**<br>Will conduct on-site investigation as a part of a TMK sweep. Possible unlicensed salespeople or not licensed under this business. |
| 07/31/2014 | **Background program search (CRAIG MOON)**<br>DOCS checked for YALE & BARBARA LADENHEIM. Only history with SENIOR MEDICAL ALERT SYSTEMS LLC was found. |
| 07/31/2014 | **DOS Search (CRAIG MOON)**<br>Other businesses owned by Barbara & Yale Ladenheim listed in the Div. of Corp. |
| | 'SENIOR MEDICAL ALERT SYSTEMS, LLC L14000010651<br>PAIN MANAGEMENT CARE SERVICES LLC L14000115553 (No DOCS info found)<br>BARBARA EGBAR LEADS INC. P14000012451 (No DOCS info found)<br>BARBARA EMBM 1 POWER MEDIA P14000012454 (No DOCS info found) |

Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database

Velez Att. W
Page 2 of 4

**Regulatory Investigation Section**
Case: 1:15-cv-05781 Document #: 22-3 Filed: 07/06/15 Page 61 of 173 PageID #:1503
Report Name: Case_Summary
**Case Summary Report**
Report Date: 01/22/2015 11:58:01
Report Generated by: CAROL ALLEN

Page 3 of 4

Case Number: **1407-29768**        Case Status: **CV—Closed with Violation**        Recv Date: **07/18/2014**

| Start Date | Case Activities |
|---|---|

BARBARA AFFORDABLE CARE AMERICA INC P14000026093 (No DOCS info found)
BARBARA BILLBARB SENIOR MEDICAL ALERT SYSTEMS INCORPORATED P14000041690 (No DOCS info found)

**08/04/2014**     **On-Site conducted (Physical)  (CRAIG MOON)**
SFI Moon along with RIS/CIS staff met with SENIOR MEDICAL ALERT SYSTEMS LLC (SMAS) Manager, Mark F. Levine. Mr. Levine's IT person provided a list of phone sales employees working for this telemarketer and reconciled on their previously submitted employee list those employees who were no longer working for the business. RIS staff collected all driver's licenses from Management and sales staff. Once the phone sales employee lists & driver's licenses were vetted through DOCS, the TMK previously warned/denied list it was determined that 41 unlicensed telemarketing sales people or telemarketing sales people material change form violations were employed by this licensed TMK business.

Mr. Levine stated that all calls SMAS received were inbound from live transferred calls/leads from Lifewatch USA in New York. He stated that SMAS received any calls to Lifewatch which they were unable to answer/handle. SFI Moon advised Mr. Levine that calls from consumers to Lifewatch USA which were live transferred to SMAS would be considered telemarketing calls under the TMK Act, since the consumers were not calling SMAS for products/services. SFI Moon explained that this was not inbound calling, but would be considered cold calling for SMAS.

Mr. Levine was advised of the consequences of a licensed TMK business operating with unlicensed sales people. Mr. Levine stated they decided to sign an ISA and pay the associated $20,500.00 fine.

SFI Moon later spoke with Mr. Marcello Sandrini, Mgr., by phone who asked SFI Moon for additional time to gather the money to pay for the fine. SFI Moon advised him that the Dept. may only allow until 8/7/2014 for the ISA to by signed & paid for or the Dept. would issue a FAC with a $41,000.00 associated fine. SFI Moon consulted with SC Strong regarding this timeframe and he agreed with SFI Moon's suggestion for an fine payment timeframe extension.

**08/04/2014**     **On-Site conducted (Physical)  (JOHN OWENS)**
On site with SFI Moon, Investigator Lupo and the CIS team to investigate the status of the personnel associated with this TM. Took photographs for evidence, took two sworn statements, assisted the CIS team in securing the office spaces and assisted Investigator Lupo in his briefings.

**08/04/2014**     **Violation found  (CRAIG MOON)**
FS 501.616(2), (5), & 501.609(2)

**08/04/2014**     **On-Site conducted (Physical)  (NICHOLAS LUPO)**
Onsite to assist SFI Moon and CIS staff on this TMK investigation. Collected 41 DL's/Names and found none licensed or listed to the business in DOCS or on the TMK violation/warning list. Of the 41 checked, 8 individual had been previously licensed elsewhere and were cancelled or expired. Along with Inv. Owens, issued 31 warnings to the unlicensed individuals who were present, as some had left before the investigation concluded, and this also included the managers and admin staff. Assisted SFI Moon with paperwork and copies, and photos were taken of the facility as well for evidence. Also assisted CIS staff with information and in the monitoring of certain individuals and rooms. (NL)

**08/04/2014**     **Documents received  (CRAIG MOON)**
Sales people & management staff's driver's licenses.

**08/05/2014**     **Allow IOA  (RICHARD STRONG)**

**08/05/2014**     **Phone Call  (JOHN OWENS)**
RIS Doral office received a phone call from Jose Diaz, the computer tech for this business, indicating they were not able to get the TOA's throught the system. His call came in at 9:49AM. An email for clarification for SFI Moon was sent and a return call will be made after that information is verified. 786-███████.

**08/07/2014**     **Settlement agreement issued  (CRAIG MOON)**
An on-site investigation determined this business is open & operating as a licensed telemarketer utilizing 41 unlicensed sales people. A ISA was issued to the business for $20,500.00 for violations of FS 501.616(2), (5), & 501.609(2), along with IFR and Statutes. The F/AC signed for by Manager Mr. Mark Levine. A copy of all documents has been uploaded to DOCS.

**08/07/2014**     **Fine Paid  (RICHARD STRONG)**
Picked up signed Inv. Settlement Agreement and JPMorgan Chase Bank NA cashier's check, #9505609064, from business in the amount of $20,500.00 and mailed it to Carol Allen via UPS, tracking #: 1Z0EY6441429706796O.

**08/07/2014**     **Evidence uploaded  (RICHARD STRONG)**
Signed ISA, signed settlement agreement, signed IFR, and JPMorgan Chase Bank NA cashier's check # 9505609064.

**08/08/2014**     **Evidence uploaded  (CRAIG MOON)**
EMPLOYEE LISTS, AFFIDAVITS, WARNINGS, & DLS

**08/11/2014**     **Documents received  (CAROL ALLEN)**
Received Investigative Settlement, IFR and cashier's check 9505609064 in the amount of $20,500.00 from SC Strong on August 11, 2014. It was received by M & E on August 8, 2014. Processed to Jewell

Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database

Velez Att. W
Page 3 of 4

Report Name: Case_Summary

## Case Summary Report

Report Date: 01/22/2015 11:58:01

Report Generated by: CAROL ALLEN

Case Number: **1407-29768**   Case Status: **CV—Closed with Violation**   Recv Date: **07/18/2014**

| Start Date | Case Activities |
|---|---|
| | Ferguson to F & A. Uploaded copy of all documents to case file. |
| 08/20/2014 | **Documents received  (CAROL ALLEN)** <br> Scanned cash sheet for payment of $20,500.00 fine.  Forwarded original with copy of AC to Agency Clerk. |
| 09/23/2014 | **Case report sent to supervisor for review  (CRAIG MOON)** <br> Please review case for closure.  This licensed TMK business was found using unlicensed sales people, was issued a ISA fine which has since been paid.  The sales people are now properly licensed under this business's license. |
| 09/24/2014 | **Case Reviewed by Section Chief  (RICHARD STRONG)** <br> all 8 |

# Attachment X

CASE #: 1407-29768    SENIOR MEDICAL ALERT SYSTEMS LLC          August 4, 2014

Case Manager: SFI Moon                                        Photographer: Inv. Owens

Photos of telemarketing business                             Total Photos:  21











# Attachment Y



**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**FLORIDA TELEMARKETING ACT**
**MATERIAL CHANGE FORM**

Chapter 501.608, Florida Statutes

**ADAM H. PUTNAM**

*Mailing Address:*

Attn: Commercial Telephone Salesperson

Florida Department of Agriculture and Consumer Services

2005 Apalachee Parkway

Tallahassee, FL 32399-6700

www.800helpfla.com

1-800-HELP-FLA (435-7352) FL Only

850-488-2221 Calling Outside Florida

Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#          **TC4737**

## Officers

### Officer 1.

| | |
|---|---|
| Name: | BARBARA LADENHEIM |
| Title: | Owner |

**Information**

| | |
|---|---|
| Date of Birth: | ██████ |
| ID Type: | Driver's License Number |
| ID Number: | ██████████ |
| ID State: | Florida |

**Home Address**

████████████████
MIAMI, Florida ██████ USA

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? **No**

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Officer 2.

| | |
|---|---|
| Name: | Evan Sirlin |
| Title: | Director |

### Information

| | |
|---|---|
| Date of Birth: | ■■■■■■ |
| ID Type: | |
| ID Number: | |
| ID State: | |

### Home Address

266 Merrick Road, Suite 106
Lynbrook, New York 11563 USA

### Criminal And Litigation History

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the **No** use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general **No** or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture,

or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Officer 3.

| | |
|---|---|
| Name: | Mitchel May |
| Title: | Director |

### Information

| | |
|---|---|
| Date of Birth: | ███████ |
| ID Type: | |
| ID Number: | |
| ID State: | |

### Home Address

266 Merrick Road, Suite 106
Lynbrook, New York 11563 USA

### Criminal And Litigation History

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving **No** racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

## Salespersons

SP List attached.

## Verification Information

### Verification Questions

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

### Preparer Information

Preparer Name: Nathalie Alfonso
Preparer Phone: 305-███████

### Signature Information

Signature Name: alinaseniormedicalalertsystems@gmail.com
Signature Date: 11/3/2014

# Attachment Z

1-800-HELP-FLA (435-7352)
www.800helpfla.com
www.freshfromflorida.com

DIVISION OF CONSUMER SERVICES
2005 APALACHEE PKWY
TALLAHASSEE FL 32399-6500

# FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
## COMMISSIONER ADAM H. PUTNAM

November 12, 2014          **Refer To:   DTN2631049  TC4737**

SENIOR MEDICAL ALERT SYSTEMS LLC
2000 TOWERSIDE TER APT 1001
MIAMI, FL 33138-2225

Dear Sir or Madam:

A review of the documentation submitted with your application indicates the licensing requirements are not satisfied for the following reason(s):

  1. Per the material change form submitted please complete the officer page for each new officer. This information was omitted on the material change form you submitted. Please note the address for each office should be their home address.

2. Please sign the signature page and return to my attention.

In accordance with Chapter 120.60, Florida Statutes, the original notice was sent within 30 days of receipt of your filing to enable you to correct the noted deficiencies for further consideration by the Department. It is a violation of Chapter 501, Part IV, Florida Statutes, to operate as a Commercial Telephone Seller without complying with the statutory requirements for filing and approval of scripts and other documents. If you do not correct these deficiencies within 15 days from receipt of this notice, your submitted scripts and documents will not be approved and cannot be used in your telemarketing operations.

To ensure proper handling of your file and to avoid delay, please reference DTN:  2631049 on your response. Thank you for your cooperation. If you have any questions regarding this request, please contact this office.

Sincerely,

*Bonnie Phillips*

Bonnie Phillips
Regulatory Specialist I I I
850-410-3725
Fax: 850-410-3804
bonnie.phillips@freshfromflorida.com

Velez Att. Z

# Attachment AA

| From: | Nathalie Alfonso |
|---|---|
| To: | Phillips, Bonnie |
| Subject: | Re: SENIOR MEDICAL ALERT SYSTEMS LLC |
| Date: | Thursday, January 08, 2015 3:54:09 PM |

Hi Bonnie,

Please disregard material change.

Thank you

Sent from my iPhone

On Jan 8, 2015, at 9:38 AM, Phillips, Bonnie <Bonnie.Phillips@freshfromflorida.com>
wrote:

> **Response is PAST DUE.**
>
> **Has the business closed ??**
>
>
> From: Phillips, Bonnie
> Sent: Tuesday, December 23, 2014 4:11 PM
> To: 'Medical Alerts'
> Subject: SENIOR MEDICAL ALERT SYSTEMS LL
>
> The attached letter was mailed out on Nov. 12th and never responded to.
> Please find the attachment and respond no later then the close of business on Monday
> 12/29/14.
> Thank you
>
>
> **Bonnie M. Phillips**
> Regulatory Specialist III
> Division of Consumer Services
> Florida Department of Agriculture and Consumer Services
>
> phone 850-410-3725
> fax 850-410-3804
> bonnie.phillips@freshfromflorida.com
> www.FreshFromFlorida.com
> The Rhodes Building
> Mail Stop R-2
> 2005 Apalachee Parkway
> Tallahassee, Florida 32399-6500
>
>
> Please note that Florida has a broad public records law (Chapter 119, Florida Statutes).
> Most written communications to or from state employees are public records obtainable
> by the public upon request. Emails sent to me at this email address may be considered
> public and will only be withheld from disclosure if deemed confidential pursuant to the
> laws of the State of Florida.

&lt;SENIOR MEDICAL ALERT SYSTEMS LLC.pdf&gt;

# Attachment BB



Florida Department of Agriculture and Consumer Services
Division of Consumer Services



**ADAM H. PUTNAM**
**COMMISSIONER**

# COMMERCIAL TELEPHONE SELLER
# BUSINESS LICENSE APPLICATION PACKET

Florida Telemarketing Act
ss. 501.601 – 501.626, Florida Statutes
5J-6.005

1-800-HELP-FLA (435-7352) • 850-410-3800 *Calling Outside Florida*
www.800helpfla.com • 850-410-3804 *Fax*

> *Make check or money order payable and remit with application to:*
>
> FDACS
> P.O. Box 6700
> Tallahassee, FL 32314-6700

All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

Please type or print.  Additional pages may be attached if additional space is needed.  Please ensure that all attachments reflect the organization's name or license number and the number of the corresponding question.  **All fees are non-refundable.**

## Business Information

**1. Name of Business** *(If applicant is not an individual, state the legal name of the entity as registered with the Florida Division of Corporations):*
TMI MARKETING GROUP, LLC.

**Fictitious** *(DBA)* **Name:**

NONE

*All fictitious names must be registered with the Division of Corporations. If business is an individual then 'Name' is the legal name of the business as  listed with the Division of Corporations.*

**2. Business Physical Street Address** *(include APT or SUITE # in all address lines):*     **Is this a mail-drop:** ☐ Yes  ☒ No
4410 WEST HILLSBOROUGH AVENUE, SUITE F

| City: | State: | Zip Code: | |
|---|---|---|---|
| TAMPA | FL | 33614 | - 5421 |

**Mailing Address** *(if different from above):*

| City: | State: | Zip Code: |
|---|---|---|
| | | |

**3. Telephone Number:** ( 813 ) ▮▮▮▮▮▮   **Fax Number:** ( 813 ) ▮▮▮▮▮▮

**Email Address:** dnc@tmimg.com   **Website:**

*Future correspondence may be electronic, so please make sure that the provided email is accurate and valid.*

**4. Form of organization:**
☐ Corporation   ☒ LLC   ☐ Partnership   ☐ Sole Proprietorship
☐ Other *(please describe):*

*If the applicant is a corporation, provide a copy of the articles of incorporation and the bylaws.  If the applicant is a partnership, provide a copy of any written partnership agreement.*

| Date incorporated or legally established: | | | State: |
|---|---|---|---|
| 03 | 10 | 2011 | FLORIDA |
| *Month* | *Day* | *Year* | |

Org Code: 42 10 06 25 000
EO: A2
Object Code: 002050          $1,500.00

**5. Federal Employer ID Number** *[119.092, F.S.]:*
▮▮▮▮▮▮▮▮▮▮

DTN/FAID: 2457134
13-03477161-0001
1,500.00  03/12/2013
Dep#991512

2013 MAR 12 PM 1:13
DIVISION OF
CONSUMER SERVICES



# COPY
# *State of Florida*
# *Department of State*

I certify from the records of this office that TMI MARKETING GROUP, LLC, is a limited liability company organized under the laws of the State of Florida, filed on March 10, 2011, effective March 10, 2011.

The document number of this company is L11000029572.

I further certify that said company has paid all fees due this office through December 31, 2013, that its most recent annual report was filed on March 4, 2013, and its status is active.

*Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this is
the Fourth day of March, 2013*



*Ken Detzner*

## *Secretary of State*

Authentication ID: CC2372531734

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.

https://efile.sunbiz.org/certauthver.html

## APPLICANT WORK HISTORY

**6.** List each business or occupation engaged in by the applicant **(if applicant is an entity other than a natural person, then 'applicant' is the entity; if sole proprietor, then 'applicant' is the natural person)** during the 3 years **immediately preceding** the date of the application and the location thereof. You <u>must</u> account for the **last 3 years** whether employed or unemployed. Attach a separate sheet if necessary. *[501.605(2)(b), F.S.]*

**a.** **From:**          **To:**
    03  /  07  /  2010          **Present**

**Title** *(Occupation):*
          UNEMPLOYED

**Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**City:**          **State:**          **Zip Code:**          -

**b.** **From:**          **To:**
    _____ / _____ / _____          _____ / _____ / _____

**Title** *(Occupation):*

**Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**City:**          **State:**          **Zip Code:**          -

**7.** **Does the applicant have previous experience as a commercial telephone seller or salesperson?** *[501.605(2)(c), F.S.]*

☐ **Yes**  ☑ **No**   If yes, provide previous experience *(in months)* as a commercial telephone seller or salesperson:

**8.** List all parent or affiliated entities that will engage in a business transaction with the purchaser relating to any sale solicited by the applicant; or accepts responsibility or is otherwise held out by the applicant as being responsible for any statement or act of the applicant relating to the sale solicited by the applicant: *[501.605(2)(i), F.S.]*     ☑ **N/A**

**Parent** ☐  **Legal Name:**
**Affiliate** ☐

**Fictitious (DBA) Name(s)**:**          **Physical Address:**

**City:**          **State:**          **Zip Code:**          -

**Telephone Number:**
( _____ ) _____ - _____

**Form of organization:**
☐ Corporation   ☐ LLC   ☐ Partnership   ☐ Sole Proprietorship   ☐ Other *(please describe):*

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established:   **State:**
    _____ / _____ / _____
   **Month**    **Day**    **Year**

| Parent ☐ | Legal Name: |
|---|---|
| Affiliate ☐ | |

**Fictitious (DBA) Name(s)\*\*:** _____ **Physical Address:** _____

**City:** _____ **State:** _____ **Zip Code:** _____ - _____

**Telephone Number:**
( _____ ) _____ - _____

**Form of organization:**
☐ Corporation  ☐ LLC  ☐ Partnership  ☐ Sole Proprietorship  ☐ Other *(please describe):* _____

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established: **State:**

_____ / _____ / _____
Month     Day     Year             _____

*\*\*All fictitious names must be registered with the Division of Corporations. If applicant is not an individual then 'Name' is the legal name of the applicant as listed with the Division of Corporations. You must list all names under which you intend to do business.*

---

### CRIMINAL AND LITIGATION HISTORY *[s.501.605(2)(d-h), F.S.]*

**9.** Please select either **YES** or **NO** to the questions below for the applicant. If applicant is an entity other than a natural person, then "applicant" refers to the entity. If sole proprietor, then "applicant" is the natural person. If you answered yes to any of the following, please explain your answer below (make additional copies as needed).

**a.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld. ☐ Yes ☑ No

**b.** Has the applicant previously been convicted of, under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld. ☐ Yes ☑ No

**c.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative? ☐ Yes ☑ No

**d.** Has a judicial or administrative finding been entered finding you were previously convicted of acting as a salesperson without a license? ☐ Yes ☑ No

**e.** Has the applicant ever applied for a salesperson license that has been refused, or had a salesperson licensed revoked or suspended in any jurisdiction? ☐ Yes ☑ No

**f.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, and assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? ☐ Yes ☑ No

**g.** Has any one or more of the following been entered against the applicant: an injunction, a temporary restraining order, or a final judgment or order, an assurance of voluntary compliance, or any similar document in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant? ☐ Yes ☑ No

**Legal Name:** _____ **Court/administrative agency rendering the decision, judgment, or order:** _____

**Governmental agency which brought the action:** _____ **Nature of conviction, judgment, order or action:** _____

**Date of Action:** _____ / _____ / _____ **Docket Number:** _____ **Was adjudication withheld?** ☐ Yes ☐ No

**10.** List the following information for each officer, director, trustee, shareholder, owner, or partner of the applicant, and of each person responsible for the management of the business of the applicant; list all affiliates; list each office manager other person principally responsible for a location where the applicant intends to do business. **Make additional copies as necessary.**

| Legal Name: | Title: |
|---|---|
| DAVID M REILLY | MANAGING MEMBER |

**Previous or A.K.A. Names:**

| Date of Birth: | Driver's License Number: | State of Issue: |
|---|---|---|
| ▇▇▇▇▇▇ | ▇▇▇▇▇▇ | FL |

**Current Physical Home Address** *(if applicable please include suite, apartment and/or unit numbers)*:
▇▇▇▇▇▇

| City: | State: | Zip Code: |
|---|---|---|
| TAMPA | FL | ▇▇▇ - |

**Does this person have previous experience as a commercial telephone seller or salesperson:** ☑ Yes ☐ No

**If Yes, Name of Firm:**
TMI MANAGEMENT GROUP, INC.

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers)*:
4410 W HILLSBOROUGH AVE

| City: | State: | Zip Code: |
|---|---|---|
| TAMPA | FL | 33614 - |

Please select either YES or NO to the questions below. **If you answered YES** to any of the following, please explain your answer in the fields below. Make additional copies as necessary *[s. 501.606, F.S.]*

**a.** Has this person been convicted of, or under indictment or information for, racketeering or any offense ☐ Yes ☑ No involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld.

**b.** Is this person involved in pending litigation or has an injunction, temporary restraining order, or final ☐ Yes ☑ No judgment or order, an assurance of voluntary compliance, or any similar document, been ordered against the applicant in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property, or the use of any untrue, deceptive, or misleading representation, or the use of any unfair, unlawful, or deceptive trade practice?

**c.** Has this person ever been subject to any litigation, injunction, temporary restraining order, or final judgment ☐ Yes ☑ No or order, including a stipulated judgment, or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**d.** Has this person at any time during the previous 7 years, filed bankruptcy, been adjudicated bankrupt, or ☐ Yes ☑ No been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or has responsibilities as a manager in, any corporation, partnership, joint venture, or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

| Legal *(True)* Name: | Court/administrative agency rendering the decision, judgment, or order: |
|---|---|
| | |

| Governmental agency which brought the action: | Nature of conviction, judgment, order or action: |
|---|---|
| | |

| Date of Action: | Docket Number: | Was adjudication withheld? |
|---|---|---|
| / / | | ☐ Yes ☐ No |

**11.** List all salespersons or other persons employed by the applicant. All salespersons must be separately licensed (see form DACS-10005, Commercial Telephone Salesperson – Individual License Application Packet). Use a separate sheet for each person. Provide a statement if you have no salesperson(s) at the current time.

Please select either **YES** or **NO** to the questions below. **If you answered YES** to any of the following, please explain your answer in the fields below. **Make additional copies as necessary.** [s. 501.606, F.S.]

| Legal Name: | Previous or A.K.A. Name(s): |
|---|---|
| Current Home Address: | |

| City: | State: | Zip Code: | Date of Birth: |
|---|---|---|---|
| | | - | / / |

Has this person been convicted of, or under indictment or information for, racketeering or any offense involving ☐ Yes ☐ No
fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a
finding of guilt where adjudication has been withheld.

Is this person involved in pending litigation or has an injunction, temporary restraining order, or final judgment or ☐ Yes ☐ No
order, an assurance of voluntary compliance, or any similar document, been ordered against the applicant in
any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or
misappropriation of property, or the use of any untrue, deceptive, or misleading representation, or the use of
any unfair, unlawful, or deceptive trade practice?

Has this person ever been subject to any litigation, injunction, temporary restraining order, or final judgment or ☐ Yes ☐ No
order, including a stipulated judgment, or order, an assurance of voluntary compliance, or any similar document
or any restrictive court order relating to a business activity as the result of any action brought by a governmental
agency, including any action affecting any license to do business or practice an occupation or trade?

Has this person at any time during the previous 7 years, filed bankruptcy, been adjudicated bankrupt, or been ☐ Yes ☐ No
reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited
partner in, or has responsibilities as a manager in, any corporation, partnership, joint venture, or other entity that
filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the
person held that position?

| Legal *(True)* Name: | Court/administrative agency rendering the decision, judgment, or order: |
|---|---|
| Governmental agency which brought the action: | Nature of conviction, judgment, order or action: |

| Date of Action: | Docket Number: | Was adjudication withheld? |
|---|---|---|
| / / | | ☐ Yes ☐ No |

✗ See Cover Letter

**12.** List all locations from which the applicant will be doing business and include a list of all phone numbers associated with each address. **(Attach a separate sheet if necessary)** *[501.605(2)(j-k), F.S.]*

---

**Legal Name of Business:**
TMI MARKETING GROUP, LLC.

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
4410 W HILLSBOROUGH AVE, STE F

**Is this a mail-drop?**
☐ Yes  ☒ No

| City: TAMPA | State: FL | Zip Code: 33614 | - | 5421 |

**Telephone Number:**
( 813 ) ████████

**Name of Location Manager:**
DAVID REILLY

---

**Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**Is this a mail-drop?**
☐ Yes  ☐ No

| City: | State: | Zip Code: | - |

**Telephone Number:**
(        ) -

**Name of Location Manager:**

---

**Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**Is this a mail-drop?**
☐ Yes  ☐ No

| City: | State: | Zip Code: | - |

**Telephone Number:**
(        ) -

**Name of Location Manager:**

---

**Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**Is this a mail-drop?**
☐ Yes  ☐ No

| City: | State: | Zip Code: | - |

**Telephone Number:**
(        ) -

**Name of Location Manager:**

---

**Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**Is this a mail-drop?**
☐ Yes  ☐ No

| City: | State: | Zip Code: | - |

**Telephone Number:**
(        ) -

**Name of Location Manager:**

---

**Questions numbered 13 ~ 17, check only "a," "b," or "c"** *(if applicable)* **and complete those selected requirements.**

**13.** ☐ a. Attached and marked Exhibit 2 are copies of all sales scripts given to those soliciting for the applicant. *[501.605(2)(f)3. F.S.]*

☑ b. The applicant does not use sales scripts.

**14.** ☐ a. Attached and marked Exhibit 3 are copies of all sales information or literature the applicant provides to salespeople or of which the applicant informs to applicant's salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) *[501.605(2)(f)3. F.S.]*

☑ b. The applicant does not provide salespersons with or inform salespersons of any sales information or literature described in 12(a).

**15.** ☐ a. Attached and marked Exhibit 4 are copies of all written material the applicant sends to any prospective or actual purchaser. *[501.605(2)(f)3. F.S.]*

☑ b. The applicant does not send any written material to any prospective or actual purchaser.

**16.** ☐ a. The applicant informs prospective or actual purchasers that the purchaser is eligible to receive certain items which may be referred to as gifts, premiums, bonuses, prizes, or otherwise, and **EACH** of the following apply: *[501.614, F.S.]*

- The item(s) is/are offered unconditionally;
- The buyer has seven (7) days to return the goods or cancel services;
- The buyer will receive a full refund in thirty (30) days;
- The buyer has the right to keep the gift, premium, bonus or prize without cost.

☐ b. If the applicant or applicant's salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes, or otherwise, list the following:

Item offered: _____

Price or value of worth:  $ _____

Basis for valuation: _____
Price paid by
applicant:    $ _____

Supplier's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Telephone Number: _____

☑ c. Does not apply.

*(Attach additional pages as necessary using same format)*

**17.** ☐ a. A purchaser receives all of the items described by applicant's salespeople. *[501.614(5), F.S.]*

☐ b. Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:

- Applicant decides which item or items a particular prospective purchaser is to receive in the following manner:

_____

- The odds a single prospective purchaser has of receiving each item described is:

  _____

- The name and address of each recipient who has during the preceding 12 months (or if applicant has not been in business that long, during the period applicant has been in business) received any gift, premium, bonus prize:

  Name: _____

  Address: _____

  City: _____ State: _____ Zip Code: _____

  Name: _____

  Address: _____

  City: _____ State: _____ Zip Code: _____

  *(Attach additional pages as necessary using same format)*

- ☒ c. Applicant does not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate.

**18.** ☐ Attached and marked as Exhibit 5 is a copy of the written statement of terms and conditions provided to the purchaser. *[501.614(3), F.S.]*

**19.** Provide the following information for EACH institution where banking or similar monetary transactions are done by the applicant: *[501.606(3), F.S.]*

| Name of Institution: | Name of Contact Person: |
|---|---|
| FIFTH THIRD BANK | MELISSA HENNINGER |

| Telephone Number: | Account Number(s): |
|---|---|
| ( 813 ) 855 - 4734 | ███████ |

Physical Street Address *(if applicable please include suite, apartment and/or unit numbers):*
13805 NINE EAGLES DRIVE

| City: | State: | Zip Code: |
|---|---|---|
| TAMPA | FL | 33626 - |

| Name of Institution: | Name of Contact Person: |
|---|---|
| | |

| Telephone Number: | Account Number(s): |
|---|---|
| ( _____ ) _____ - _____ | |

Physical Street Address *(if applicable please include suite, apartment and/or unit numbers):*

| City: | State: | Zip Code: |
|---|---|---|
| | | - |

**¶20.** Name and address of agent in Florida who is authorized to receive service of process:

**Legal Name:**

David M. Reilly

**Current Physical Address** *(if applicable please include suite, apartment and/or unit numbers):*

4410 W Hillsborough Ave., Suite F

| City: | | State: | Zip Code: |
|---|---|---|---|
| TAMPA | | FL | 33614     - |

**Telephone Number:**

(   813   )   ██████████

**¶21.** Brief description of product(s) sold and/or service(s) provided:

NONE

_____

_____

_____

_____

**¶22.** Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State ☐ Yes ☒ No a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines?

> **IN ADDITION TO THE DOCUMENTS REQUIRED ABOVE, PLEASE ATTACH ONE OF THE FOLLOWING FORMS OF SECURITY IN THE MINIMUM AMOUNT OF $50,000.**

☒ **Surety Bond**          ☐ **Letter of Credit**          ☐ **Certificate of Deposit**

The security must be issued by a company authorized to transact business in this state. You must maintain the security as long as the license is in effect.

☒ **LICENSING FEE - $1,500,** Check or Money order made payable to FDACS. Additionally, provide $50 per salesperson. **All** salespersons must be separately licensed (use Department Form DACS–10005, Commercial Telephone Salesperson – Individual License Application Packet), these licenses are non-transferable.



**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**
www.sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List    Next on List    Return To List          Entity Name Search

No Events    No Name History                                    Submit

# Detail by Entity Name

## Florida Limited Liability Company

TMI MARKETING GROUP, LLC

---

**This detail screen does not contain information about the 2013 Annual Report.**

**Click the 'Search Now' button to determine if the 2013 Annual Report has been filed.**

Search Now

---

## Filing Information

**Document Number** L11000029572
**FEI/EIN Number** N/A
**Date Filed** 03/10/2011
**State** FL
**Status** ACTIVE
**Effective Date** 03/10/2011

## Principal Address

4410 W HILLSBOROUGH AVENUE
SUITE H,
TAMPA FL 33614 US

## Mailing Address

4410 W HILLSBOROUGH AVENUE
SUITE H,
TAMPA FL 33614 US

## Registered Agent Name & Address

REILLY, DAVID M
4410 W HILLSBOROUGH AVENUE
SUITE H
TAMPA FL 33614 US

## Manager/Member Detail

**Name & Address**

Title P

REILLY, DAVID
4410 W HILLSBOROUGH AVE
TAMPA FL 33626

## Annual Reports

Velez Att. BB
Page 11 of 13

I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE INFORMATION PROVIDED IN ANSWER TO QUESTIONS 1-22, AND IN THE EXHIBITS ATTACHED HERETO, IS TRUE AND CORRECT. I understand that the Department of Agriculture and Consumer Services will conduct an investigation of my background. In that regard, I hereby waive any right of confidentiality as it reasonably relates to this inquiry.

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm, or person, from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Division Director of the Division of Consumer Services, or the Director's representative, be provided with a certified copy of any such record concerning me which is deemed necessary in the performance of their investigation. ALL PERSONS LISTED IN NUMBER 10 (EXCEPT SALESPERSONS specified in Number 11) MUST SIGN AND DATE THIS VERIFICATION.

| Signature | Name please type or print | Title please type or print |
|---|---|---|
| | DAVID M REILLY | MANAGING MEMBER |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |
| Signature | Name please type or print | Title please type or print |

# TMI MARKETING GROUP, LLC.



4410 West Hillsborough Ave., Suite F
Tampa, FL 33614
Telephone (813) 356-0611 - Facsimile (813) 870-1670

March 8, 2013

FDACS
2005 Apalachee Parkway
Terry Lee Rhodes Bldg
**Attn: Don Dietrich**
Tallahassee, FL 32301

RE: Commercial Telephone Seller License

Dear Mr. Dietrich:

As to the above referenced matter, enclosed please find TMI Marketing Group, LLC.'s (TMI) application, $50,000.00 surety in the form of a bond and the required agency processing fee of $1,500.00 in certified funds.

As of the date of this letter, TMI **has not yet secured the product/service to be solicited telephonically, hence there is no scripting or applicable product materials provided. In addition as to item number 11; no personnel will be hired to perfom as a commercial salesperson** until such time TMI's commercial seller's license is secured.

I have retained the services of Mr. Vidal Cortijo of 4 Da People Consulting, LLC to assist TMI in facilitating this filing. Should you have any questions, "V" can be reached at the above phone number 10AM x 4PM Monday – Thursday.

Sincerely,

David M Reilly
Managing Member

Enclosure:

2013 MAR 11 P 1:09

CONSUMER SERVICES
DIVISION OF

# Attachment CC

2477767/MB

Vo

Scripts + contract





4410 West Hillsborough Ave., Suite F
Tampa, FL 33614
Telephone (813) 356-0611 - Facsimile (813) 870-1670

May 31, 2013

FDACS
2005 Apalachee Parkway
Terry Lee Rhodes Bldg
**Attn: Liz Compton**
   **Marcus Smith**
Tallahassee, FL 32301

RE: FL Telemarketing Act Enforcement Advisory

Dear Ms. Compton & Mr. Smith:

As to the enclosed May 2nd Advisory; when TMI Marketing Group, LLC (TMI) filed for its commercial sellers license, Mr. Smith was advised TMI was not yet prepared to conduct telephonic solicitations *(please refer to enclosed March 8th & 26 letters)* until such time that a product and/or service were secured. Other than the above listed office and fax numbers, no other phone numbers were used by TMI Marketing.

Please be advised that TMI Marketing has secured a product/service – filing enclosed – to solicit telephonically and has listed the additional telephone phone numbers to be used by the call center with that filing. The described items were sent via USPS Priority Mail this date.

Please call me directly if further assistance is required.

Sincerely,

*V M Cortijo*
Sr Regulatory Consultant
4 Da People Consulting, LLC

Enclosure:

Velez Att. CC

# Attachment DD

Hi, May I speak with *(Customer Name)* please? Hi *(Customer Name)* my name is *(Rep Name)* calling from TMI about Lifewatch Medical Alert Systems. For Quality Assurance purposes, this call may be recorded. You recently spoke by phone with one of our representatives and requested some information about a Medical Alert System, and as part of a special promotion today, we would like to send you a **FREE** Medical Alert System valued at over $200 to help keep you safe and secure in your own home in the event of a medical emergency. The equipment is free to you and the monthly monitoring fees will cost you less than the price of a daily cup of coffee. Are you familiar with Medical Alert Systems?

*(Customer Name)* The way they work is simple. If you or a family member has a medical emergency of any kind, a break in, fire, flood, or even something so simple as a fall that you have difficulty getting up from, simply push the button on a lightweight waterproof necklace or bracelet and speak hands free from anywhere in the home to a live operator, who has all your personal contacts on file. They will talk to you, evaluate your situation and immediately get help for you, notify family or 911, and comfort you until help arrives. In truth, no senior should be without one. Does that sound like something that you would be interested in having in your home to ensure your safety? *Ok!*

*(Customer Name)* Do you live alone? Are you 65 years of age or older? Have you fallen anytime in the last year? Do you suffer from any medical conditions like Diabetes, COPD, heart disease, arthritis, high blood pressure? Well, according to your answers, you are at risk of an incident requiring medical attention. Are you the person that makes decisions regarding your health care or does someone else take care of that for you?

**If someone else:**  Who is that? Ok GREAT...are they there with you now? Can you get them on the other line and I'll explain it to the two of you! Oh NO?? Where are they now? I can give them a call with you to explain the whole system, what is their phone number? Ok, great!

Medical statistics show that the first hour after a medical emergency is the most critical time for seniors. They have a **90% survival chance** if they get help within that hour, that's why it's called the golden hour. Survival rates decrease by 10% per hour for every hour that passes without help. A medical alert system is strongly advised for you.

*(Customer Name)* What company do you have your phone service with? Is it a regular phone line or does it go through the internet? *(Ask probing questions to establish VOIP or REGULAR phone service)*  (Select Next tab based on their service) (If they don't know, select VOIP)

# **If Regular Phone Line.**

Our service provider been in business for more than 30 years and is a BBB "A" rated company, Specializing in keeping seniors safe and healthy at home. We guarantee you 24 hours a day, 7 days a week 100% customer support. As you may know, it can be very expensive to buy a unit like this and then try to pay a monthly service, so we make it very simple. We pay for the unit itself along with a button, pendent or bracelet. We then ship it right to your home and if you are unhappy with the system, you can cancel at any time. The only thing we ask for in return is that you maintain the monitoring fee so you are protected 24/7 and today you qualify for our lowest rate of only $25 a month. That's about 80 cents a day, or less than the price of a cup of coffee! *(Customer Name)* you can't beat that, wouldn't you agree?

*(Customer Name)* we would like to ship your equipment out to you today, so it will arrive within the next few days. There are no taxes or shipping fees. I just need to verify that we have all of your information in our system correctly. This will only take a few more moments. Now, to ensure accuracy, I have your first name as *(Customer Name)* is that correct? And could you please spell that for me please? *(Click on LifeWatch Order Form)*

- ❑  What address would you like your package mailed to? *(Spell it out to ensure accuracy)*
- ❑  Is that the address where the equipment will be installed? *(Spell it out to ensure accuracy)*
- ❑  If not: What is that address? *(Spell it out to ensure accuracy)*
- ❑  What's the phone number there? Is this your home number?

Now, *(Customer Name)* I need the name and phone numbers of who you would like to be your emergency contacts. Who would you want to be notified first if you have an emergency? Maybe a neighbor or friend or a family member?

**If Credit Card is being used for Payment:** We do need to secure a form of payment to cover the small monitoring cost. You can use your *Bank Card or Credit Card.* I'll hold while you grab that information along with a pen and paper so I can give you our contact information as well.

*Ok will that be a Visa, MasterCard, American Express, or Discover?* Please read the number starting from left to right. What is the expiration date? And what is the 3 digit security code on the signature strip on the back of the card? *(4 digits on front of card for American Express)*

**If No Credit Card:**     Okay.... we do need to secure a form of payment today to cover the monthly monitoring   costs, which are about 80 cents a day. What Bank do you Bank with? And what City and State is that in?

| **If No Bank:** | Unfortunately *(Customer Name)* you would need to have a major credit or debit card or a checking account to qualify for this offer. Thank you for your time and have a nice day. |
|---|---|

**If Checking Account is being used for Payment:   Are you sure? It can take up to two weeks for a bank to process your transaction, your Debit card or a credit card would ensure a faster order! That way we can ship your order by tomorrow at the latest!**

For the monitoring fee I will need your checking account information. Go Ahead and grab your check book, I'll wait. Ok, Great! *(Customer Name)*, what is the name of your Bank? Now, starting in the bottom left corner of your check please read me the first set of numbers. This is your routing number and is 9 digits long. When you come to a symbol, please simply say symbol. What is your Routing Number? *(Always the first set of numbers on the bottom of the check. Always has 9 digits and always starts with the number 0, 1, 2 or 3)* the next numbers should be your account number. Please read those to me and tell me when you come to a symbol. What is your Account Number? And in the top right hand corner of the check, please read me the check number. *(Make sure to check to that the check number is not included in account number)*And just to be sure, does your checking account statement arrive at your address or a different one? *(If different, input new address)* Ok, that's great!

*(Customer Name)*, our normal monitoring cost is $34.95 a month or $420 a year, but as I mentioned earlier, you do qualify for our lowest rate of only $25 per month which is about 80 cents a day, billed annually in advance to your *(Billing Method provided)* for a total of only $299, plus a fee of only $9.95 to cover shipping, saving you about $120 for a full year of coverage, OK?

**(If No):**  Ok....you can also choose the quarterly rate of $82.50 billed once every 3 months in advance, plus a fee of only $9.95 to cover shipping, saving you $7.45 per month which is almost $90 per year. Would that be better for you?

**(If No):**  Ok, we can do a monthly rate of $29.95 plus a fee of $9.95 to cover shipping which saves you $5 a month or $60 per year. You can always call back at a later date if you want to change your plan to take advantage of the other savings options. *(Click on Product Selected)*

## *****VERIFICATION *****

## <u>MUST READ VERBATIM</u>

| **Annual Plan:** | Ok, *(Customer Name)* Just to recap. Today you are enrolling in the LifeWatch Medical Alert Program. The cost is only $25 per month for $299 plus a fee of $9.95 to cover shipping FOR A TOTAL OF $308.95 which will be billed annually in advance today to your (V, MC. Amex, Discover or Bank Account).  You will not be billed again until the same date twelve months from now. |
|---|---|

**If Credit Card:**     That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:**     Today *(Current Date)* you are enrolling in the LifeWatch Medical Alert Program and are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)* $308.95. This payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 9:00AM to 5:00PM EST Monday – Friday.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## <u>Submit Order now for approval!</u>

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Telephone Seller's Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Salesperson's License Number is TPXXXXX.  It has been my pleasure talking to you today. If you have any questions please call 1-877-293-7160 during normal business hours. Thank you and have a wonderful day/evening.

| **Quarterly Plan:** | Ok, *(Customer Name)* Just to recap. Today you are enrolling in the LifeWatch Medical Alert Program. The cost is only $29 per month per month for a total of $87 plus a fee of $9.95 to cover shipping FOR A TOTAL TODAY OF ONLY $96.95 which will be billed quarterly in advance TODAY to your (V, MC. Amex, Discover or Bank Account). You will not be billed the $87 regular quarterly payment again until this same date 3 months from now. |
|---|---|

**If Credit Card:** That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:** Today *(Current Date)* you are enrolling in the **LifeWatch Medical Alert Program** and are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)* the $87 quarterly payment amount plus a fee of $9.95 for shipping **FOR A TOTAL OF ONLY $96.95**. This first payment will be submitted **today** and withdrawn from your account as soon as your bank processes the transaction. Then 3 further payments **each for $87** submitted on this same date every three months shall be authorized and billed throughout the term of your Agreement so long as you choose to remain a member. In the unlikely event ANY payment is returned unpaid, we may elect to electronically (or by paper draft) re-submit your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 9:00AM to 5:00PM EST Monday – Friday.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

### Submit Order now for approval!

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Commercial Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL. 33614. My Commercial Salesperson License number is TPXXXXX. It has been my pleasure talking to you today. If you have any questions please call 1-877-293-7160 during normal business hours.

**Monthly Plan:** Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert** Program. The cost is only $29.95 per month, plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $39.90** will be charged **today** to your (V, MC, Amex, Discover or Bank Account) and $29.95 monthly thereafter on this same date for as long as you choose to remain enrolled in the program.

**If Credit Card:** That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:** Today *(Current Date)* you are enrolling in the **LifeWatch Medical Alert Program** and are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)* $29.95, plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $39.90.** The first payment will be submitted **today** and withdrawn from your account as soon as your bank processes the transaction. Then, 11 further payments each for $29.95 shall be authorized and billed this same day monthly thereafter throughout the term of your Agreement so long as you choose to be a member. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 800-716-1433 9:00AM to 5:00PM EST Monday – Friday.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

### Submit Order now for approval!

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Telephone Seller's Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Salesperson's License number is TPXXXXX. It has been my pleasure talking to you today. If you have any questions please call 1-877- 293-7160 during normal business hours. Thank you and have a wonderful day/evening.

# If VOIP Phone Line.

Our service provider has been in business for more than 30 years and is a BBB "A" rated company. We specialize in keeping seniors safe and healthy at home. We guarantee you 24 hours a day, 7 days a week 100% customer support. As you may know, it can be very expensive to buy a unit like this and then try to pay a monthly service, so we make it very simple. We pay for the unit itself along with the pendent or bracelet. We then ship it right to your home. The only thing we ask for in return is that you maintain the monitoring fee so you are protected 24/7 and today you qualify for our lowest rate of only $29.95 a month. That's less than a dollar a day, and lower than the price of a cup of coffee! *(Customer Name)* you can't beat that, wouldn't you agree?

*(Customer Name)* we would like to ship your equipment out to you today, so it will arrive within the next few days. There are no taxes. I just need to verify that we have all of your information in our system correctly. This will only take a few more moments. Now, to ensure accuracy, I have your first name as *(Customer Name)* is that correct? And could you please spell that for me please? *(Click on LifeWatch Order Form)*

- ☐ What address would you like your package mailed to? *(Spell it out to ensure accuracy)*
- ☐ Is that the address where the equipment will be installed? *(Spell it out to ensure accuracy)*
- ☐ If not: What is that address? *(Spell it out to ensure accuracy)*
- ☐ What's the phone number there? Is this your home number?

Now, *(Customer Name)* I need the name and phone numbers of who you would like to be your emergency contacts. Who would you want to be notified first if you have an emergency? Maybe a neighbor or friend or a family member?

**If Credit Card is being used for Payment:** We do need to secure a form of payment to cover the small monitoring cost. You can use your *Bank Card or Credit Card.* I'll hold while you grab that information along with a pen and paper so I can give you our contact information as well.

*Ok will that be a Visa, MasterCard, American Express, or Discover?* Please read the number starting from left to right. What is the expiration date? And what is the 3 digit security code on the signature strip on the back of the card? *(4 digits on front of card for American Express)*

**If No Credit Card:**  Okay.... we do need to secure a form of payment today to cover the monthly monitoring costs, which are about 80 cents a day. What Bank do you Bank with? And what City and State is that in?

**If No Bank:**  Unfortunately *(Customer Name)* you would need to have a major credit or debit card or a checking account to qualify for this offer. Thank you for your time and have a nice day.

**If Checking Account is being used for Payment:** Are you sure? It can take up to two weeks for a bank to process your transaction, your Debit card or a credit card would ensure a faster order! That way we can ship your order by tomorrow at the latest!

For the monitoring fee I will need your checking account information. Go Ahead and grab your check book, I'll wait. Ok, Great! *(Customer Name),* what is the name of your Bank? Now, starting in the bottom left corner of your check please read me the first set of numbers. This is your routing number and is 9 digits long. When you come to a symbol, please simply say symbol. What is your Routing Number? *(Always the first set of numbers on the bottom of the check. Always has 9 digits and always starts with the number 0, 1, 2 or 3)* the next numbers should be your account number. Please read those to me and tell me when you come to a symbol. What is your Account Number? And in the top right hand corner of the check, please read me the check number. *(Make sure to check to that the check number is not included in account number)*And just to be sure, does your checking account statement arrive at your address or a different ones? *(If different, input new address)* Ok, that's great!

*(Customer Name),* our normal cost is $34.95 a month, or $420 a year, but as I mentioned earlier, you do qualify today for our lowest rate of only $27.45 per month which is less than a dollar a day, billed annually in advance to your *(Billing Method provided)* for a total of only $329.40 plus a fee of only $9.95 to cover shipping, saving you $90 annually and covers you for a full year, OK?

**(If No):** Ok....you can also choose to be billed quarterly for only $89.85 billed every 3 months in advance plus a fee of only $9.95 to cover shipping. That gives you a savings of about $70 per year. Would that be better for you?

**(If No):** Ok, let's just get you registered at the regular monthly rate of $34.95 plus a fee of only $9.95 to cover shipping. You can always call back in at a later date if you want to change your plain to take advantage of the savings by pre-paying. *(Click on Product Selected)*

## \*\*\*\*\*VERIFICATION \*\*\*\*\*

## **MUST READ VERBATIM**

| **Annual Plan:** | Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert Program**. The cost is only $27.45 per month for $329.40 plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $339.35** which will be billed annually in advance today to your (V. MC. Amex, Discover or Bank Account). You will not be billed again until the same date twelve months from now. |
|---|---|
| **If Credit Card:** authorized signer on this credit card, correct? | That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an |
| **If Checking Account:** | Today *(Current Date)* you are enrolling in the **LifeWatch Medical Alert Program** and are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)* $329.40 plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $339.35**. This payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up |

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency. OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My I Salesperson's License number is TPXXXXX. It has been my pleasure talking to you today. If you have any questions please call 1-877-293-7160 during normal business hours. Thank you and have a wonderful day/evening.

---

| | |
|---|---|
| **Quarterly Plan:** | Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert Program**. The cost is only $29.95 per month for a total of $89.85 plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $96.95** which will be billed quarterly in advance today to your (V, MC, Amex, Discover or Bank Account). You will not be billed again until the same date 3 months from now. |
| **If Credit Card:** authorized signer on this credit card, correct? | That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an |
| **If Checking Account:** | Today *(Current Date)* you are enrolling in the **LifeWatch Medical Alert Program** and are authorizing **LifeWatch** to electronically debit your account ending in *(last 4 digits of the account number)*; the $89.95 quarterly payment amount, plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $96.95**. This first payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. **Then 3 further $87 payments each submitted on this same date every 3 months shall be authorized and billed** throughout the term of your Agreement so long as you choose to remain a member. In the unlikely event ANY payment is returned unpaid, we may elect to electronically (or by paper draft) re-submit your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 9:00AM to 5:00PM EST Monday – Friday. |

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency. OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Telephone Seller's Number is TC4405. My address is 4410 W. Hillsborough Avenue, Suite F. Tampa, FL, 33614. My Salesperson's License number is TPXXXXX. It has been my pleasure talking to you today. If you have any questions please call 1-877-293-7160 during normal business hours. Thank you and have a wonderful day/evening.

---

| | |
|---|---|
| **Monthly Plan:** | Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert Program**. The cost is only $34.95 per month, plus a one- time fee of only $9.95 to cover shipping and handling, **FOR A TOTAL TODAY OF ONLY $44.90.** The first payment will be charged today to your (V, MC, Amex, Discover or Bank Account), and then $34.95 monthly thereafter on the same date each month for as long as you choose to remain enrolled in the program. |
| **If Credit Card:** | That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct? |
| **If Checking Account:** | Today *(Current Date)* you are enrolling in the **LifeWatch Medical Alert Program** and are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)* $34.95, plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $44.90.** The first payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. Then, 11 further $34.95 payments each submitted on this date monthly thereafter, shall be authorized and billed throughout the term of your Agreement so long as you choose to remain a member. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 9:00AM to 5:00PM EST Monday – Friday. |

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency. OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?                    Velez Att. DD

**Submit Order now for approval!**

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's I Telephone Seller's Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Salesperson's License number isTPXXXXX. It has been my pleasure talking to you today. If you have any questions please call 1-877-293-7160 during normal business hours Thank you and have a wonderful day/evening. _____

LW Reload Program

Hi, May I speak with *(Customer Name)* please? HI *(Customer Name)* my name is *(Rep Name)* calling from TMI on behalf of LifeWatch Medical Alert Systems. For Quality Assurance purposes, this call may be recorded. We recently spoke with you about a free Medical Alert System that's valued at over $200, and you couldn't accept the offer at the time. May I ask what prevented you from getting a system? *(Couldn't afford, wasn't interested etc...)*

**If No Payment Method:** The reason for my call was to offer you a system at a much cheaper price, but unfortunately you would need to have a major credit or debit card or checking account to qualify for this offer. Do you have a credit or debit card that you could use? **If No:** Ok, *(Customer Name)*, thank you for your time and have a nice day!

Ok, *(Customer Name)* the reason for my call today is to actually give you some great news. If you will oblige us by simply filling out a quality control form about our product when you receive it, we can offer the exact same service to you today for as low as only $19.95 per month or less than $5 per week, plus a shipping fee of only $9.95, which is an overall savings of almost $200 a year. If you are unhappy with the system, you can cancel at any time. Would you be interested in helping us with that? Ok Great! Do you remember the main points about the system?

*(Customer Name)* The way it works is simple. If you have a medical emergency of any kind, a break in, fire, flood, or even something so simple as a fall that you have difficulty getting up from, simply push the button on a lightweight waterproof necklace or bracelet and speak hands free from anywhere in the home to a live operator, who has your all your personal contacts on file. They will talk to you, evaluate your situation and immediately get help for you, notify family or 911, and comfort you until help arrives. In truth, no senior should be without one. Does that sound like something that you would be interested in having in your home to ensure your safety? *Ok!* Are you the person that makes decisions regarding your health care or does someone else take care of that for you?

**If someone else:** Who is that? Ok Great!!! ...are they there with you now? Can you get them on the other line and I'll explain it to the two of you! Oh NO?? Where are they now? I can give them a call with you to explain the whole system, what is their phone number? Ok, great!

*(Customer Name)* we would like to ship your equipment out to you today, so it will arrive within the next few days. There are no taxes. I just need to verify that we have all of your information in our system correctly. This will only take a few more moments. Now, to ensure accuracy, I have your first name as *(Customer Name)* is that correct? And could you please spell that for me please? *(Click on LifeWatch Order Form)*

☐ What address would you like your package mailed to? *(Spell it out to ensure accuracy)*
☐ Is that the address where the equipment will be installed? *(Spell it out to ensure accuracy)*
☐ If not: What is that address? *(Spell it out to ensure accuracy)*
☐ What's the phone number there? Is this your home number?
   What company do you have your phone service with? Is it a regular phone line or does it go through the internet? *(Ask probing questions to establish VOIP or REGULAR phone service and make note of VOIP Line or Regular Line on order page)*

Now, *(Customer Name)* I need the name and phone numbers of who you would like to be your emergency contacts. Who would you want to be notified first if you have an emergency: A neighbor, friend or family member?

We do need to secure a form of payment to cover the small monitoring cost. You can use your *Bank Debit Card or Credit Card.* I'll hold while you grab that information along with a pen and paper so I can give you our contact information as well.

*Ok will that be a Visa, MasterCard, American Express, or Discover?* Please read the number starting from left to right. What is the expiration date? And what is the 3 digit security code on the signature strip on the back of tho card? *(4 digits on front of card for American Express)*

**If No Credit Card:** Okay.... we do need to secure a form of payment today to cover the monthly monitoring costs, which are about 80 cents a day. What Bank do you Bank with? And what City and State is that in?

**If No Bank:** Unfortunately *(Customer Name)* you would need to have a major credit or debit card or a checking account to qualify for this offer. Thank you for your time and have a nice day.

**If Checking Account is being used for Payment: Are you sure? It can take up to two weeks for a bank to process your transaction, your Debit card or a credit card would ensure a faster order! That way we can ship your order by tomorrow at the latest!**

For the monitoring fee I will need your checking account information. Go Ahead and grab your check book, I'll wait. Ok, Great! *(Customer Name).* what is the name of your Bank? Now, starting in the bottom left corner of your check please, read me the first set of numbers. This is your routing number and is 9 digits long. When you come to a symbol, please simply say symbol. What is your Routing Number? *(Always the first set of numbers on the bottom of the check. Always has 9 digits and always starts with the number 0,*

*(Customer Name)* we would like to ship your equipment out to you today, so it will arrive within the next few days. There are no taxes. I just need to verify that we have all of your information in our system correctly. This will only take a few more moments. Now, to ensure accuracy, I have your first name as *(Customer Name)* is that correct? And could you please spell that for me please? *(Click on LifeWatch Order Form)*

☐    What address would you like your package mailed to? *(Spell it out to ensure accuracy)*
☐    Is that the address where the equipment will be installed? *(Spell it out to ensure accuracy)*
☐    If not: What is that address? *(Spell it out to ensure accuracy)*
☐    What's the phone number there? Is this your home number?

Now, *(Customer Name)* I need the name and phone numbers of who you would like to be your emergency contacts. Who would you want to be notified first if you have an emergency? Maybe a neighbor or friend or a family member?

**If Credit Card is being used for Payment:** We do need to secure a form of payment to cover the small monitoring cost. You can use your *Bank Card or Credit Card.* I'll hold while you grab that information along with a pen and paper so I can give you our contact information as well.

*Ok will that be a Visa, MasterCard, American Express, or Discover?* Please read the number starting from left to right. What is the expiration date? And what is the 3 digit security code on the signature strip on the back of the card? *(4 digits on front of card for American Express)*

| | |
|---|---|
| **If No Credit Card:** | Okay.... we do need to secure a form of payment today to cover the monthly monitoring costs, which are about 80 cents a day. What Bank do you Bank with? And what City and State is that in? |

| | |
|---|---|
| **If No Bank:** | Unfortunately *(Customer Name)* you would need to have a major credit or debit card or a checking account to qualify for this offer. Thank you for your time and have a nice day. |

**If Checking Account is being used for Payment:** Are you sure? It can take up to two weeks for a bank to process your transaction, your Debit card or a credit card would ensure a faster order! That way we can ship your order by tomorrow at the latest!

For the monitoring fee I will need your checking account information. Go Ahead and grab your check book, I'll wait. Ok, Great! *(Customer Name)*, what is the name of your Bank? Now, starting in the bottom left corner of your check please read me the first set of numbers. This is your routing number and is 9 digits long. When you come to a symbol, please simply say symbol. What is your Routing Number? *(Always the first set of numbers on the bottom of the check. Always has 9 digits and always starts with the number 0, 1, 2 or 3)* the next numbers should be your account number. Please read those to me and tell me when you come to a symbol. What is your Account Number? And in the top right hand corner of the check, please read me the check number. *(Make sure to check to that the check number is not included in account number)*And just to be sure, does your checking account statement arrive at your address or a different one? *(If different, input new address)* Ok, that's great!

*(Customer Name)*, our normal cost is $34.95 a month, or $420 a year, but as I mentioned earlier, you do qualify today for our lowest rate of only $27.45 per month which is less than a dollar a day, billed annually in advance to your *(Billing Method provided)* for a total of only $329.40 plus a fee of only $9.95 to cover shipping, saving you $90 annually and covers you for a full year, OK?

**(If No):** Ok....you can also choose to be billed quarterly for only $89.85 billed every 3 months in advance plus a fee of only $9.95 to cover shipping. That gives you a savings of about $70 per year. Would that be better for you?

**(If No):** Ok, let's just get you registered at the regular monthly rate of $34.95 plus a fee of only $9.95 to cover shipping. You can always call back in at a later date if you want to change your plain to take advantage of the savings by pre-paying. *(Click on Product Selected)*

## *****VERIFICATION *****

## MUST READ VERBATIM

**Annual Plan:**    Ok, *(Customer Name)* Just to recap. Today you are enrolling in the LifeWatch Medical Alert Program. The cost is only $27.45 per month for $329.40 plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $339.35** which will be billed annually in advance today to your (V, MC. Amex, Discover or Bank Account). You will not be billed again until the same date twelve months from now.

**If Credit Card:**    That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:**    Today *(Current Date)* you are enrolling in the LifeWatch Medical Alert Program and are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)* $329.40 plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF** ONLY **$339.35**. This payment will be submitted

today and withdrawn from your account as soon as your bank processes the transaction. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 9:00AM to 5:00PM EST Monday – Friday.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F; Tampa, FL, 33614. My I Salesperson's License number is TPXXXXX. It has been my pleasure talking to you today. If you have any questions please call 1-877-293-7160 during normal business hours. Thank you and have a wonderful day/evening.

---

| **Quarterly Plan:** | Ok, *(Customer Name)* Just to recap. Today you are enrolling in the LifeWatch Medical Alert Program. The cost is only $29.95 per month for a total of $89.85 plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $96.95** which will be billed quarterly in advance today to your (V, MC. Amex, Discover or Bank Account). You will not be billed again until the same date 3 months from now. |
|---|---|
| **If Credit Card:** | That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct? |
| **If Checking Account:** | Today *(Current Date)* you are enrolling in the LifeWatch Medical Alert Program and are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)*; the $89.95 quarterly payment amount, plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $96.95**. This first payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. **Then 3 further $87 payments each submitted on this same date every 3 months shall be authorized and billed** throughout the term of your Agreement so long as you choose to remain a member. In the unlikely event ANY payment is returned unpaid, we may elect to electronically (or by paper draft) re-submit your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 9:00AM to 5:00PM EST Monday – Friday. |

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Telephone Seller's Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F, Tampa, FL, 33614. My Salesperson's License number is TPXXXXX. It has been my pleasure talking to you today. If you have any questions please call 1-877-293-7160 during normal business hours. Thank you and have a wonderful day/evening.

---

| **Monthly Plan:** | Ok, *(Customer Name)* Just to recap. Today you are enrolling in the LifeWatch Medical Alert Program. The cost is only $34.95 per month, plus a one- time fee of only $9.95 to cover shipping and handling, **FOR A TOTAL TODAY OF ONLY $44.90.** The first payment will be charged today to your (V, MC. Amex, Discover or Bank Account), and then $34.95 monthly thereafter on the same date each month for as long as you choose to remain enrolled in the program. |
|---|---|
| **If Credit Card:** | That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct? |
| **If Checking Account:** | Today *(Current Date)* you are enrolling in the LifeWatch Medical Alert Program and are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)* $34.95, plus a fee of $9.95 to cover shipping **FOR A TOTAL TODAY OF ONLY $44.90.** The first payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. Then, 11 further $34.95 payments each submitted on this date monthly thereafter, shall be authorized and billed throughout the term of your Agreement so long as you choose to remain a member. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 9:00AM to 5:00PM EST Monday – Friday. |

Velez Att. DD

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you

at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, Your confirmation number is_____. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's I Telephone Seller's Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Salesperson's License number isTPXXXXX. It has been my pleasure talking to you today. If you have any questions please call 1-877-293-7160 during normal business hours Thank you and have a wonderful day/evening.

# Attachment EE

DTN: 2533165    Lic#:  TC4405



**ADAM H. PUTNAM**
**COMMISSIONER**

Florida Department of Agriculture & Consumer Services
Division of Consumer Services

**TELEMARKETING APPLICATION**

**FLORIDA TELEMARKETING ACT**

Section 501.605, Florida Statutes

Make check payable to FDACS and remit application to:

FL Dept of Agriculture & Consumer Services
PO Box 6700
Tallahassee  FL  32314-6700

www.800helpfla.com
1-800-HELP-FLA(435-7352)(FL Only)
1-850-488-2221 Calling outside FL
Fax: 1-850-410-3804

*MB*

---

**NOTE:  Incomplete applications may delay the processing of your submission.  Please retain a copy of your application for your files.**

Note:  All documents and attachments submitted with this request are subject to public review pursuant to Chapter 119, F.S.

| | | |
|---|---|---|
| 1. | a. | **Applicant Name:** |
| | | TMi MARKETING GROUP, LLC |
| | | (Business or individual name used when contacting the public) |
| | b. | **Federal Employer ID Number:** ███████ |

2.    Other names used when doing business (if applicable):

D/B/A  American Alert Services, LLC

| | | |
|---|---|---|
| 3. | a. | **Complete street address of the principal location from which you will operate:** |

4410 W HILLSBOROUGH AVE STE F
(Address)

TAMPA, FL 33614-5421                                             813-███████
(City)                    (State)    (Zip)            (Telephone)

b.    **All other street addresses and telephone numbers from which applicant will be doing business (attach additional pages as necessary):**

— NONE —

(Address)

(City)                    (State)    (Zip)            (Telephone)

c.    Mailing address of all maildrops:
4410 W HILLSBOROUGH AVE STE F            TAMPA, FL 33614-5421

---

DO NOT WRITE IN THIS SPACE - TELEMARKETING
Object Code: 002050
Org Code: 42100625000

DTN/FAID: 2533165
14-03672159-0001
1,500.00  04/01/2014

DTN:    2533165



DACS - 10001 Rev. 04/08

Dept. of Agriculture & Consumer Services

2014 JAN -1  AM 10: 38

RECEIVED
Finance & Accounting

2014 MAR 28  PM 12: 20

DIVISION OF CONSUMER SERVICES

DTN: 2533165    Lic#: TC4405

4. Brief description of product(s) sold: *Medical Alert System & Monitoring Services*

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in one State a ticket, chance, share, or interest in a lottery conducted by another State. Do you now, or do you intend to solicit the sale of memberships in a lottery club across state lines?

☐ YES   ☑ NO _____ Signature

5. **Status of Business:**

a. [✓]   Corporation; we are incorporated in    *Florida*
(State of incorporation)

Attached and marked Exhibit 1 is a copy of our Articles of Incorporation, our by-laws and amendments thereto.

b. [ ]   Partnership; we are a partnership under the laws of _____
(State where partnership founded)

Attached and marked Exhibit 1 is a copy of our Partnership Agreement.

c. [✓]   Fictitious business name; the fictitious business name was registered by:
*American Alert Services LLC, TMI Mktg Group, LLC*
(Name of individual registering fictitious name)

on *03/26/2014* at *FL Dept of State Div of Corps, Tallahassee, FL*
(Date registered)   (Name and location of agency where name was registered)

Attached and marked Exhibit 1 is a copy of our fictitious name filing.

d. [ ]   Other; individual or proprietorship acting as a seller. Please attach supporting documents marked Exhibit 1.

6. a. [ ]   **The following company is our parent company that:**
will engage in a business transaction with the purchaser relating to any sale solicited by the applicant; or accepts responsibility or is otherwise held out by the applicant as being responsible for any statement or act of the applicant relating to any sale solicited by the applicant.

_____
(Name of Parent Company)

Our parent company is a:

1. [ ]   Corporation; it is incorporated in _____
(State of incorporation)

Attached and marked Exhibit 1A is a copy of its Articles of Incorporation, by-laws and amendments thereto.

2. [ ]   Partnership; it is a partnership under the laws of _____
(State where partnership founded)

Attached and marked Exhibit 1A is a copy of our Partnership Agreement

DTN: 2533165    Lic#: TC4405

| 7. | Applicant's previous business or occupation for three (3) years preceding application, including any experience as a commercial telephone seller. (Complete only if applicant is an individual). |
|---|---|

1.   Name of Firm: ____ — NONE — ____

Address: _____
   (Address)              (City)           (State)    (Zip)

Duties & responsibilities: _____

_____

| 8. | List each officer, director, trustee, shareholder general partner, limited partner, sole partner, and owner, as applicable to the business. (Attach additional pages as needed using same format). |
|---|---|

1. a.   Name: DAVID Reilly    Title: Managing Member

Date of birth: ████████████

Other names by which known or previously known:

Driver's license number: ████████████    State of issue: FL

Complete home address: ████████████
                        (Street Address)

Tampa        FL        ████████
(City)              (State)              (Zip)

b.   Previous experience as a commercial telephone seller or salesperson:

Name of Firm: _____ N/A _____

Address: _____
   (Address)              (City)           (State)    (Zip)

Duties & responsibilities: _____

2. a.   Name: _____    Title: _____

Date of birth: _____

Other names by which known or previously known: _____

Driver's license number: _____    State of issue: _____

Complete home address: _____
                        (Street Address)

_____
(City)              (State)              (Zip)

DTN: 2533165    Lic#: TC4405

3. [ ]    Fictitious business name; the fictitious business name was registered by:

_____
(Name of individual registering fictitious name)

on____/____/____at _____
(Date registered)          (Name and location of agency where name was registered)

Attached and marked Exhibit 1A is a copy of our fictitious name filing.

4. [✓]    We have no parent company.

b. [✓]    **We are affiliated with the following companies that:**
will engage in a business transaction with the purchaser relating to any sale solicited by the
applicant; or accepts responsibility or is otherwise held out by the applicant as being responsible
for any statement or act of the applicant relating to any sale solicited by the applicant.

Life Watch, Inc. (TC 4342)
(Name of Affiliate)                                    (Name of Affiliate)

266 Merrick Rd, Suite 104
(Address of Affiliate)                                 (Address of Affiliate)

Lynbrook, NY 11563-2640
(City, State, Zip)                                     (City, State, Zip)

Supply the following information for each company with which you are affiliated:

1. [✓]    Corporation; it is incorporated in _____New York_____
(State of Incorporation)

Attached and marked Exhibit 1B is a copy of its Articles of Incorporation, by-laws and amendments
thereto.

2. [ ]    Partnership; it is a partnership under the laws of _____
(State where partnership founded)

Attached and marked Exhibit 1B is a copy of our Partnership Agreement.

3. [ ]    Fictitious business name; the fictitious business name was registered by:

_____
(Name of individual registering fictitious name)

on____/____/____at _____
(Date registered)          (Name and location of agency where name was reigstered)

Attached and marked Exhibit 1B is a copy of our fictitious name filing.

4. [ ]    Other - Please describe business structure and attach supporting documents marked Exhibit 1B.

c. [ ]    **We are not affiliated with any other company.**

DTN: 2533165    Lic#:  TC4405

1.  Name: _____    Title: _____

Date of birth: _____

Other names by which known or previously known: _____

Driver's license number: _____    State of issue: _____

Complete home address: _____
(Street Address)

(City)                    (State)                    (Zip)

Duties & responsibilities: _____

---

2.  Name: _____    Title: _____

Date of birth: _____

Other names by which known or previously known: _____

Driver's license number: _____    State of issue: _____

Complete home address: _____
(Street Address)

(City)                    (State)                    (Zip)

Duties & responsibilities: _____

---

10.    List each salesperson.  (Attach additional pages as needed using same format.)

1.  Name: _____    Title: _____

Date of birth: _____

Other names by which known or previously known: _____

Driver's license number: _____    State of issue: _____

Complete home address: _____
(Street Address)

(City)                    (State)                    (Zip)

DTN: 2533165    Lic#: TC4405

b.  Previous experience as a commercial telephone seller or salesperson:

Name of Firm: _____

Address: _____
        (Address)             (City)         (State)    (Zip)

Duties & responsibilities: _____

3. a.  Name: _____  Title: _____

Date of birth: _____

Other names by which known or previously known: _____

Driver's license number: _____  State of issue: _____

Complete home address: _____
                        (Street Address)

_____
(City)             (State)          (Zip)

b.  Previous experience as a commercial telephone seller or salesperson:

Name of Firm: _____

Address: _____
        (Address)             (City)         (State)    (Zip)

Duties & responsibilities: _____

9.  **List each individual not listed in answer to question 8 who has management responsibilities in connection with the business** (Attach additional pages as needed using same format).

DTN: 2533165     Lic#:  TC4405

2.  Name: _____          Title: _____

Date of birth: _____

Other names by which known or previously known: _____

Driver's license number: _____          State of issue: _____

Complete home address: _____

*(Street Address)*

_____

*(City)*                              *(State)*                         *(Zip)*

---

11.  **List the following information for any person listed in this application who:** (attach additional pages as necessary)

a.   has previously been arrested for, convicted of or is under indictment or information for, a felony and, if so, the nature of the felony. Conviction includes a finding of guilt where adjudication has been withheld;

b.   has previously been convicted of, or is under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property. Conviction includes a finding of guilt where adjudication has been withheld;

c.   has previously been convicted of acting as a salesperson without a license, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction, regardless of whether the finding was judicial or administrative;

d.   has worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgement or order, including a stipulated judgement or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice;

e.   has had entered against him an injunction, a temporary restraining order, or a final judgement or order, including a stipulated judgement or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice; and if there is any litigation pending against such person.

---

⊠   **If no individual has been subject to any charge set forth above and is not subject to any current or restrictive order, than mark an "X" in the box.**

DTN: 2533165    Lic#:  TC4405

Name of individual at the time of action: _____

Court of administrative agency rendering the decision, judgement or order: _____

_____

Date of conviction, judgement or order: _____/_____/_____    Docket # _____

Name of governmental agency which brought the action: _____

_____

Nature of conviction, judgement, order or action: _____

_____

**(Attach additional pages as necessary using same format)**

## CHECK ONLY "a" OR "b" FOR EACH OF THE FOLLOWING QUESTIONS:

12.  a. [✓]  Attached and marked Exhibit 2 are copies of all sales scripts given to those soliciting for us.

b. [ ]  We do not use sales scripts.

13.  a. [✓]  Attached and marked Exhibit 3 are copies of all sales information or literature
we provide our salespeople or of which we inform our salespeople (including, but not
limited to, scripts, outlines, instructions and information regarding how to conduct
telephonic sales, sample introductions, sample closings, product information and
contest or premium award information.

b. [ ]  We do not provide our salespersons with or inform our salespersons of any sales
information or literature described in 13(a).

14.  a. [ ]  Attached and marked Exhibit 4 are copies of all written material we send any
prospective or actual purchaser.

b. [✓]  We do not send any written material to any prospective or actual purchaser.

15.  a. [ ]  We offer to prospective or actual purchasers that the purchaser will receive certain
items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and
**EACH** of the following apply:

1)  The item(s) is/are offered unconditionally;

2)  The buyer has seven (7) days to return the goods or cancel services;

3)  The buyer will receive a full refund in thirty (30)days;

4)  The buy has the right to keep the gift, premium, bonus or prize without cost.

DTN: 2533165    Lic#:  TC4405

| 16. | Please provide the following information for EACH institution where banking or similar monetary transactions are done by the business: |

**1.**

Name of institution: FIFTH THIRD BANK

Address: 13805 Nine Eagles DR

TAMPA    FL    33626
(City)    (State)    (Zip)

Telephone: 813 855 5188    Contact person: Manager

Account numbers: ███████████

**2.**

Name of institution:

Address:

(City)    (State)    (Zip)

Telephone:    Contact person:

Account numbers:

| 17. | Name and address of agent in Florida who is authorized to receive service of process: |

Name: David Reilly

Address: 4410 W Hillsborough Avenue, Suite F

City, State, Zip: Tampa, FL 33614

DTN: 2533165    Lic#: TC4405

b. [ ]   If you or your salespeople represent or imply to prospective or actual puchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:

Item offered: _____

Price or value of worth: S _____

Basis for valuation: _____

Price we paid: $ _____

Supplier's Name: _____

Address: _____

Telephone: _____

**(Attach additional pages as necessary using same format)**

1.    [✓]   A purchaser receives all of the items described by our salespeople.

2.    [ ]   Please complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:

    i.   We decide which item or items a particular prospective purchaser is to receive, in the following manner:

_____

_____

    ii.   The odds a single prospective purchaser has of receiving each described item are:

_____

_____

    iii.   The name and address of each recipient who has during the preceding 12 months (or if you have not been in business that long, during the period you have been in business) received any gift, premuim, bonus prize (attach additional sheets if necessary):

_____

_____

_____

c.    [✓]   We do not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items or a certificate or any type which the purchaser must redeem to obtain the item described in the certificate.

DTN: 2533165    Lic#:  TC4405

| 18. | I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE INFORMATION PROVIDED IN ANSWER TO QUESTIONS 1-17, AND IN THE EXHIBITS ATTACHED HERETO, IS TRUE AND CORRECT.  I understand that the Department of Agriculture and Consumer Services will conduct an investigation of my background.  In that regard, I hereby waive any right of confidentiality as it reasonable relates to this inquiry. |
|---|---|

I hereby give my permission and waive any provisions of law that forbid any court, policy agency, employer, firm, or person, from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services.  I further consent and request that the Division Director of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.

ALL PRINCIPALS OF THE COMMERCIAL TELEPHONE SELLER (WHOSE NAMES APPEAR IN ITEMS 8 AND 9 ABOVE) MUST SIGN AND DATE THIS VERIFICATION.

| (Signature) | David Reilly (Named typed or printed) | Mgm Member (Title) |
|---|---|---|
| (Signature) | (Named typed or printed) | (Title) |
| (Signature) | (Named typed or printed) | (Title) |
| (Signature) | (Named typed or printed) | (Title) |
| (Signature) | (Named typed or printed) | (Title) |

# Attachment FF

**LW PERS**

Hi, May I speak with *(Customer Name)* please? Hi *(Customer Name)* my name is *(Rep Name)* calling from TMI about Lifewatch Medical Alert Systems. For Quality Assurance purposes, this call may be recorded. You recently spoke by phone with one of our representatives and requested some information about a Medical Alert System, and as part of a special promotion today, we would like to send you a **Complimentary** Medical Alert System valued at over $400 to help keep you safe and secure in your own home in the event of a medical emergency. The equipment is absolutely free to you and the monthly monitoring fees will cost you less than the price of a cup of coffee every day. Are you familiar with Medical Alert Systems?

*(Customer Name)* The way they work is simple. If you or a family member has a medical emergency of any kind, or a break in, fire, flood, or even something so simple as a fall that you have difficulty getting up from, simply push the button on a lightweight waterproof necklace or bracelet and speak hands free from anywhere in the home to a live operator, who has your all your personal contacts on file. They will talk to you, evaluate your situation and immediately get help for you, notify family or 911, and comfort you until help arrives. In truth, no senior should be without one. Does that sound like something that you would be interested in having in your home to ensure your safety? *Ok!*

*(Customer Name)* Do you live alone? Are you 65 years of age or older? Have you fallen anytime in the last year? Do you suffer from any medical conditions like Diabetes, COPD, heart disease, arthritis, high blood pressure? Well, according to your answers, you are at risk of an incident requiring medical attention. Are you the person that makes decisions regarding your health care or does someone else take care of that for you?

**If someone else:**         Who is that? Ok GREAT...are they there with you now? Can you get them on the other line and I'll explain it to the two of you! Oh NO?? Where are they now? I can give them a call with you to explain the whole system, what is their phone number? Ok, great!

Medical statistics show that the first hour after a medical emergency is the most critical time for seniors. They have a **90% survival chance** if they get help within that hour, that's why it's called the golden hour. Survival rates decrease by 10% per hour for every hour that passes without help. A medical alert system is strongly advised for you.

*(Customer Name)* What company do you have your phone service with? Is it a regular phone line or does it go through the internet? *(Ask probing questions to establish VOIP or REGULAR phone service)*     (Select Next tab based on their service) (If they don't know, select VOIP)

# If Regular Phone Line.

Our service provider been in business for more than 30 years and is a BBB "A" rated company. We specialize in keeping seniors safe and healthy at home. We guarantee you 24 hours a day, 7 days a week 100% customer support. As you may know, it can be very expensive to buy a unit like this and then try to pay a monthly service, so we make it very simple. We pay for the unit itself along with the pendent or bracelet. We then ship it right to your home for free and if you are unhappy with the system, you can cancel at any time. The only thing we ask for in return is that you maintain the monitoring fee so you are protected 24/7 and today you qualify for our lowest rate of only $25 a month. That's about 80 cents a day, or less than the price of a cup of coffee! *(Customer Name)* you can't beat that, wouldn't you agree?

*(Customer Name)* we would like to ship your equipment out to you today, so it will arrive within the next few days. There are no taxes or shipping fees. I just need to verify that we have all of your information in our system correctly. This will only take a few more moments. Now, to ensure accuracy, I have your first name as *(Customer Name)* is that correct? And could you please spell that for me please? *(Click on LifeWatch Order Form)*

❑     What address would you like your package mailed to? *(Spell it out to ensure accuracy)*
❑     Is that the address where the equipment will be installed? *(Spell it out to ensure accuracy)*
❑     **If not:** What is that address? *(Spell it out to ensure accuracy)*
❑     What's the phone number there? Is this your home number?

Now, *(Customer Name)* I need the name and phone numbers of who you would like to be your emergency contacts. Who would you want to be notified first if you have an emergency? Maybe a neighbor or friend or a family member?

**If Credit Card is being used for Payment:** We do need to secure a form of payment to cover the small monitoring cost. You can use your *Bank Card or Credit Card*. I'll hold while you grab that information along with a pen and paper so I can give you our contact information as well.

*Ok will that be a Visa, MasterCard, American Express, or Discover?* Please read the number starting from left to right. What is the expiration date? And what is the 3 digit security code on the signature strip on the back of the card? *(4 digits on front of card for American Express)*

| **If No Bank:** | Unfortunately *(Customer Name)* you would need to have a major credit or debit card or a checking account to qualify for this offer. Thank you for your time and have a nice day. |
|---|---|

**If Checking Account is being used for Payment:**  Are you sure? It can take up to two weeks for a bank to process your transaction, your Debit card or a credit card would ensure a faster order! That way we can ship your order by tomorrow at the latest!

For the monitoring fee I will need your checking account information. Go Ahead and grab your check book, I'll wait. Ok, Great! *(Customer Name)*, what is the name of your Bank? Now, starting in the bottom left corner of your check please read me the first set of numbers. This is your routing number and is 9 digits long. When you come to a symbol, please simply say symbol. What is your Routing Number? *(Always the first set of numbers on the bottom of the check. Always has 9 digits and always starts with the number 0, 1, 2 or 3)* the next numbers should be your account number. Please read those to me and tell me when you come to a symbol. What is your Account Number? And in the top right hand corner of the check, please read me the check number. *(Make sure to check to that the check number is not included in account number)*And just to be sure, does your checking account statement arrive at your address or a different one? *(If different, input new address)* Ok, that's great!

*(Customer Name)*, our normal cost is $34.95 a month or $420 a year, but as I mentioned earlier, you do qualify today for our lowest rate of only $25 per month which is about 80 cents a day, billed annually in advance to your *(Billing Method provided)* for a total of only $299, that saves you about $120 a year and covers you for a full year, OK?

**(If No):** Ok....you can also choose to be billed quarterly for only $82.50 per quarter billed quarterly in advance. That gives you a savings of $7.45 per month which is almost $90 per year. Would that be better for you?

**(If No):** Ok, we can do monthly service at the promotional monthly rate of $29.95 which saves you $5 a month or $60 per year. You can always call back in at a later date if you want to change your plain to take advantage of the savings by pre-paying. *(Click on Product Selected)*

# *****VERIFICATION *****

# MUST READ VERBATIM

**Annual Plan:**        Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert Program**. The cost is only $25 per month per month for a total of $299 which will be billed annually in advance today to your (V, MC. Amex, Discover or Bank Account). You will not be billed again until the same date twelve months from now.

**If Credit Card:**        That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:**        Today *(Current Date)* you are authorizing Advantage Alert to electronically debit your account ending in *(last 4 digits of the account number)* $299. This payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 during our normal business hours of 9:00AM to 5:00PM EST.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, your confirmation number is 657XXXX. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Commercial Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue. Suite F; Tampa, FL 33614: My Commercial Salesperson License no is TP XXXXX. It has been my pleasure talking to you today. If you have any questions at all please call (1-800-716-1433) Thank you and have a wonderful day/evening.

**Quarterly Plan:** Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert Program**. The cost is only **$29 per month** per month for a total of $87 which will be billed quarterly in advance today to your (V, MC, Amex, Discover or Bank Account). You will not be billed again until the same date 3 months from now.

**If Credit Card:** That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:** Today *(Current Date)* you are authorizing Advantage Alert to electronically debit your account ending in *(last 4 digits of the account number)*. The amount of the Quarterly payments you are authorizing today shall be in the amount of $87. You are authorizing 4 payments in this amount per year. The first payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. Then 3 further payments on the same date every three months month and these payments shall be made throughout the duration of this authorization and term of your Agreement. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 1-800-716-1433 during our normal business hours of 9:00AM to 5:00PM EST.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, your confirmation number is 657XXXX. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Commercial Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Commercial Salespersons License no is TP XXXXX. It has been my pleasure talking to you today. If you have any: questions please call (1-800-716-1433) Thank you and have a wonderful day/evening.

---

**Monthly Plan:** Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert** Program. The cost is only $29.95 per month. The first payment will be charged today to your (V, MC, Amex, Discover or Bank Account), and then monthly thereafter on the same date each month for as long as you choose to remain enrolled in the program.

**If Credit Card:** That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:** Today *(Current Date)* you are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)*. The amount of the monthly payments you are authorizing today shall be in the amount of $29.95 per month. You are authorizing 12 payments in this amount per year. The first payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. Then, 11 further payments on the same Day of each month and these payments shall be made throughout the duration of this authorization and term of your Agreement. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at 800-716-1433 during our normal business hours of 9:00AM to 5:00PM EST.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, your confirmation number is 657XXXX. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Commercial Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Commercial Salespersons License no is TP XXXXX. It has been my pleasure talking to you today. If you have any: questions please call (1-800-716-1433) Thank you and have a wonderful day/evening.

# If VOIP Phone Line.

Our service provider has been in business for more than 30 years and is a BBB "A" rated company. We specialize in keeping seniors safe and healthy at home. We guarantee you 24 hours a day, 7 days a week 100% customer support. As you may know, it can be very expensive to buy a unit like this and then try to pay a monthly service, so we make it very simple. We pay for the unit itself along with the pendent or bracelet. We then ship it right to your home for free. The only thing we ask for in return is that you maintain the monitoring fee so you are protected 24/7 and today you qualify for our lowest rate of only $29.95 a month. That's less than a dollar a day, and lower than the price of a cup of coffee! *(Customer Name)* you can't beat that, wouldn't you agree?

*(Customer Name)* we would like to ship your equipment out to you today, so it will arrive within the next few days. There are no taxes or shipping fees. I just need to verify that we have all of your information in our system correctly. This will only take a few more moments. Now, to ensure accuracy, I have your first name as *(Customer Name)* is that correct? And could you please spell that for me please? *(Click on LifeWatch Order Form)*

- ❑ What address would you like your package mailed to? *(Spell it out to ensure accuracy)*
- ❑ Is that the address where the equipment will be installed? *(Spell it out to ensure accuracy)*
- ❑ If not: What is that address? *(Spell it out to ensure accuracy)*
- ❑ What's the phone number there? Is this your home number?

Now, *(Customer Name)* I need the name and phone numbers of who you would like to be your emergency contacts. Who would you want to be notified first if you have an emergency? Maybe a neighbor or friend or a family member?

**If Credit Card is being used for Payment:** We do need to secure a form of payment to cover the small monitoring cost. You can use your *Bank Card or Credit Card*. I'll hold while you grab that information along with a pen and paper so I can give you our contact information as well.

*Ok will that be a Visa, MasterCard, American Express, or Discover?* Please read the number starting from left to right. What is the expiration date? And what is the 3 digit security code on the signature strip on the back of the card? *(4 digits on front of card for American Express)*

**If No Credit Card:**               Okay…. we do need to secure a form of payment today to cover the monthly monitoring    costs, which are about 80 cents  a day. What Bank do you Bank with? And what City and State is that in?

**If No Bank:**               Unfortunately *(Customer Name)* you would need to have a major credit or debit card or a checking account to qualify for this offer. Thank you for your time and have a nice day.

**If Checking Account is being used for Payment:**  Are you sure? It can take up to two weeks for a bank to process your transaction, your Debit card or a credit card would ensure a faster order! That way we can ship your order by tomorrow at the latest!

For the monitoring fee I will need your checking account information. Go Ahead and grab your check book, I'll wait. Ok, Great! *(Customer Name)*, what is the name of your Bank? Now, starting in the bottom left corner of your check please read me the first set of numbers. This is your routing number and is 9 digits long. When you come to a symbol, please simply say symbol. What is your Routing Number? *(Always the first set of numbers on the bottom of the check. Always has 9 digits and always starts with the number 0, 1, 2 or 3)* the next numbers should be your account number. Please read those to me and tell me when you come to a symbol. What is your Account Number? And in the top right hand corner of the check, please read me the check number. *(Make sure to check to that the check number is not included in account number)*And just to be sure, does your checking account statement arrive at your address or a different one? *(If different, input new address)* Ok, that's great!

*(Customer Name)*, our normal cost is $34.95 a month, or $420 a year, but as I mentioned earlier, you do qualify today for our lowest rate of only $27.45 per month which is less than a dollar a day, billed annually in advance to your *(Billing Method provided)* for a total of only $329.40, saving you $90 a year and that covers you for a full year, OK?

**(If No):**  Ok….you can also choose to be billed quarterly for only $87 per quarter billed quarterly in advance. That gives you a savings of about $70 per year. Would that be better for you?

**(If No):**  Ok, let's just get you registered at the regular monthly rate of $34.95. You can always call back in at a later date if you want to change your plain to take advantage of the savings by pre-paying. *(Click on Product Selected)*

# *****VERIFICATION *****

# MUST READ VERBATIM

Velez Att. FF
Page 4 of 6

**Annual Plan:** Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert Program**. The cost is only $27.45 per month per month for a total of $329.40 which will be billed annually in advance today to your (V, MC. Amex, Discover or Bank Account). You will not be billed again until the same date twelve months from now.

**If Credit Card:** That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:** Today *(Current Date)* you are authorizing Advantage Alert to electronically debit your account ending in *(last 4 digits of the account number)* $329.40 This payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at (1-800-716-1433) during our normal business hours of 9:00AM to 5:00PM EST.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, your confirmation number is 657XXXX. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Commercial Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Commercial Salespersons License no is TP XXXXX. It has been my pleasure talking to you today. If you have any: questions please call (1-800-716-1433) Thank you and have a wonderful day/evening.

**Quarterly Plan:** Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert Program**. The cost is only $29 per month per month for a total of $87 which will be billed quarterly in advance today to your (V, MC. Amex, Discover or Bank Account). You will not be billed again until the same date 3 months from now.

**If Credit Card:** That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

**If Checking Account:** Today *(Current Date)* you are authorizing Advantage Alert to electronically debit your account ending in *(last 4 digits of the account number)*. The amount of the Quarterly payments you are authorizing today shall be in the amount of $87. You are authorizing 4 payments in this amount per year. The first payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. Then 3 further payments on the same date every three months month and these payments shall be made throughout the duration of this authorization and term of your Agreement. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at (1-800-716-1433) during our normal business hours of 9:00AM to 5:00PM EST.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, your confirmation number is 657XXXX. The number we contacted you at today is *(Repeat Phone number)* Is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Commercial Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Commercial Salespersons License no is TP XXXXX. It has been my pleasure talking to you today. If you have any: questions please call (1-800-716-1433) Thank you and have a wonderful day/evening.

**Monthly Plan:** Ok, *(Customer Name)* Just to recap. Today you are enrolling in the **LifeWatch Medical Alert Program**. The cost is only $34.95 per month. The first payment will be charged today to your (V, MC. Amex, Discover or Bank Account), and then monthly thereafter on the same date each month for as long as you choose to remain enrolled in the program.

**If Credit Card:** That credit card number is *(Repeat Card Number)* with an expiration date of *(Exp_Date)*. And you are an authorized signer on this credit card, correct?

Velez Att. FF
Page 5 of 6

**If Checking Account:** *Today (Current Date)* you are authorizing LifeWatch to electronically debit your account ending in *(last 4 digits of the account number)*. The amount of the monthly payments you are authorizing today shall be in the amount of $29.50 per month. You are authorizing 12 payments in this amount per year. The first payment will be submitted today and withdrawn from your account as soon as your bank processes the transaction. Then, 11 further payments on the same Day of each month and these payments shall be made throughout the duration of this authorization and term of your Agreement. In the unlikely event your payment is returned unpaid, we may elect to electronically (or by paper draft) re-present your payment up to two more times. If you should have any questions concerning this payment transaction, you may contact us at (1-800-716-1433) during our normal business hours of 9:00AM to 5:00PM EST.

When you receive your equipment in the mail it will come with a form that you will need to fill out and return to us with the names and contact details of any other people you want us to call for you in an emergency, OK? Thank you! Your equipment will be shipped to you at *(Repeat Shipment Address)* and will arrive within the next 7 to 10 days already activated. Don't forget to plug it in. That way you are protected as soon as you receive it rather than that it just sitting in a box. Ok?

## Submit Order now for approval!

Ok, your confirmation number is 657XXXX. The number we contacted you at today is *(Repeat Phone number)* is this the best contact number for you? *(Customer Name)* Again my name is *(Rep Name)*. My Company's Commercial Telephone Seller Number is TC4405. Our address is 4410 W. Hillsborough Avenue, Suite F: Tampa, FL, 33614. My Commercial Salespersons License no is TP XXXXX. It has been my pleasure talking to you today. If you have any: questions please call (1-800-716-1433) Thank you and have a wonderful day/evening.

# Attachment GG

# Product SCRIPT

This is (Rep Name), My P.L.S. agent number is (Say agent number), may I ask whom I'm speaking with? (Write down their name) And in case we get disconnected is this the best phone number to reach you back on? Okay Great!

For responding today to our <u>Senior Life Response</u> assistance program, you've been selected to receive a Medical Alert System at NO COST, that has a value of <u>over</u> $400 dollars.

You're probably familiar with the Medical Alert Systems seen in TV commercials. Or maybe you've seen the Medical Alert System in USA Weekend, US News, or Smart Source Magazine.

It's the same system as seen on TV and it works <u>very</u> simple. If you have a medical emergency, a fire, burglary or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the light-weight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician (E.M.T.). They will evaluate your situation, immediately get you the help you need, notify family or 911 and comfort you until help arrives. Your alert button works from anywhere in the home and it even works outside of your home. It has a 1500 foot range. Which is over a quarter a mile!

This device will give you the peace of mind that you need, allow you to feel safe and make sure that you never feel alone in the case of an emergency. (Mr/Mrs. <u>Last Name</u>) It could really help you in a time of need and can even be life-saving.

Our device is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 35 years.

**Mr/Mrs (Last Name) Your medical alert package includes:**

- A medical alert base station with a loud speaker and a very sensitive microphone.

- A waterproof wrist or necklace button.

- Free shipping and Free activation.

- There's a Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.

- Also included, is an away from home Protection Card that gives emergency personnel 24 hour a day-7 day a week access to your important medical information.

- And last but not least, <u>you will receive a $50 Gift Card from Restaurant.com that can be used at over 50,000 restaurants nationwide. And (Mr /Mrs.)_____ each month you stay our customer you'll receive a new $50 Gift Card in the mail that you can share with friends and family.</u>

Now Mr./Mrs. (their last name) The system is AT NO COST and the shipping is also AT NO COST. Normally all of this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system. <u>The ONLY thing you would be responsible for TODAY is the Emergency Medical monitoring of just $34.95 per month. There is no contract whatsoever and you can cancel at any time with no cancellation fees.</u> EVERYTHING else is AT NO COST!


\*Okay, Mr/Mrs_____, what address would you like your medical alert system shipped to?


**<<IF THEY SAY NO READ REBUTTALS.... 2, 16, >>**

\*And for the monthly Emergency Medical Monitoring, (sir / Ma 'am) Which card would you like to use? **Visa, Master Card, Discover or American Express...**

**(If they say they <u>do not</u> have a credit card, then say) "Okay, do you have a debit card, we can go ahead and get you signed up with that instead?"**

**<< If they say have no credit-card for ANY REASON read rebuttals.... 14, 15, .... GIVE THEM A HUG!!! >>>**

**(If NO credit card or debit card, then ask for checking or savings acct.) Okay, we can also get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it.** (If no checking account, then say **"Do you have a savings account?"**) (If yes, say " **Okay, go ahead and grab a bank statement so we can get some information off of it."**)

**Do you have a spouse or someone else in your home that you would also like to be protected?** (If Yes, then go on, If No skip to "Fill out the customer information form" below) **Okay we will also send you an additional wrist or necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Medical Technician monitoring. So you and your spouse would be protected for just $39.95 a month and all of the equipment and shipping is still AT NO COST.**

(Fill out the customer information form on computer)

**( Last Step—Close Up and Transfer to Confirmation )**

**Now this is just a reminder the $34.95 will be charged today and every month after as long as you decide to keep the system but you can cancel at any time with no cancellation fees! (wait for response!!!)**

**Great, your equipment will be shipped to you at (Repeat Shipping Address) and will arrive within the next 7 to 10 business days. Don't forget to activate your system as soon as you receive it by plugging it into your phone line jack and pushing the button.  This will make a test call to activate your system and immediately start protecting you.**

**Okay, Mr / Mrs _____, I'm about to transfer you to our verification department, so they can give you an order number and verify that I entered all of your information into the system correctly.  They will also give you our customer service number in case you have any additional questions.  Again, before I transfer you, my name is _____ and I'm the agent submitting your request, so if you have any other questions for me, don't hesitate to ask, otherwise I'll transfer you now.  Thank you very much and I hope you enjoy the safe feeling of having a medical alert system.**

**Alright, please hold while I transfer you to the confirmation department.  Make sure you keep your Credit-card/Check handy.  Don't hang up until you talk to the confirmation department, okay?  (Wait for them to say okay)**

**STAND UP AND CALL OUT  "CONFIRMATION!!**

# ABOUT US

## I have never heard of your company:

(Customer Name) If we were not who we say we are there's no way we would have lasted for over 30 years. We have maintained our relationships with all the banking and regulatory institutes since we came into existence and that would not happen if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family. **So let's go ahead and get you registered. Where would you like your Medical alert system shipped to?**

## How long have you been in business?

Senior Safety Care has been in business since 1977. We have provided life safety services and peace of mind to tens of thousands of people for over 30 years and are among the leaders in our field.

## Where are you located? Do you operate your own monitoring center?

Senior Safety Care owns its own UL listed monitoring center, staffed with highly trained care specialists at our secure facility in New York. From there we monitor customers from all over the United States.

## Are your operators fully trained and qualified?

All of our people complete 180 hours of classroom training before they ever take a phone call. All Senior Life Alarm care specialists CSAA (Central Station Alarm Association) certified. Our specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

# HOW DOES IT WORK?

## What do I get or how does it work?

We send you our Senior Safety Care Speaker Unit which connects into your home phone. You also get a help button that communicates with the Senior Safety Care unit using a built in microphone. Also, included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather it's on your wrist, around your neck or clipped onto your belt and you will immediately provide the help that you need.

## What happens when I press the button?

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the Senior Safety Care console, which is a very sensitive speakerphone. We will follow your instructions and call whomever you told us ahead of time to call. If you can't speak or we can't hear you, we will follow the instructions you gave us.

## Tell me about your product or how does it work?

You simply press a help button that you wear and you are instantly connected to one of our Emergency Medical Technicians through the Senior Safety Care console. We will assist you in getting the help you need. We will contact family, friends, neighbors, an ambulance, or whoever you have instructed us to call when you activated your system. Our system provides excellent assistance and peace of mind in any emergency situation.

## How do I know that this is for real?

Senior Safety Care has been in business for over 30 years and has thousands and thousands of satisfied customers. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We would not have earned our excellent reputation if we did not deliver and fulfill our services exactly as I have explained them to you. We are so confident with our services that we don't ask you to sign any long term contracts. That allows you to cancel at any time with no penalty, so that forces us to be better than you expect. **Let's go ahead and get you registered. Where would you like your Medical alert system shipped to?**

# FREQUENTLY ASKED QUESTIONS #3

**How and why is this promotion possible?**    We can offer you this promotion at such a low cost because Senior Life Alarm believes in customer loyalty.  Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, we have chosen to take those marketing dollars and invest them in you.  We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us hopefully refer some other people to us which in turn generates word of mouth advertising for us.  That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That makes sense to you, right?  **Well, let's go ahead and get you registered.  Where would you like your Medical alert system shipped to?**

**Can you just send me a bill every month?**  (Customer Name), unfortunately no!  We would need to have a billing method on file for the monthly cost of only $34.95 in order to send you the actual monitoring equipment which is valued at over $400 dollars.  Please remember we are giving that to you absolutely free, without even a charge for shipping it to you.  We simply ask you to cover the monthly monitoring fees.  **Let's go ahead and get you registered.  Where would you like your Medical alert system shipped to?**

**I'll just send you a check.**  (Customer Name), by doing an automated draft, it allows this process to be seamless.  Besides, this is how banks do business.  They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you.  Not to mention, by mailing a check you would still be providing us with this information anyway, right?  By enrolling with a credit card, debit card or your checking account on this call, we can send you over $400 dollars worth of equipment absolutely free.  I can't guarantee that any other way.  **Let's go ahead and get you registered.  Where would you like your Medical alert system shipped to?**

**'d to  give out their information,**

‍ing is going to be okay, we are in the business of protecting Senior
  signed up, let's Keep you safe.   We've been protecting Senior
  rs.  You will never have to feel alone again in a medical emer-
  ke care of you and keep you safe.

# Attachment HH



**ADAM H. PUTNAM**

Florida Department of Agriculture and Consumer
Services
Division of Consumer Services

### COMMERCIAL TELEPHONE SELLER
### BUSINESS LICENSE APPLICATION

Chapter 501.608, Florida Statutes

*Mailing Address:*

Attn: Commercial Telephone
Salesperson

Florida Department of Agriculture and
Consumer Services

2005 Apalachee Parkway

Tallahassee, FL 32399-6700

www.800helpfla.com

1-800-HELP-FLA (435-7352) FL Only

850-488-2221 Calling Outside Florida

Fax 850-410-3804

Note: All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

## APPLICATION INFORMATION

License No#          **TC3647**

## BUSINESS INFORMATION s.501.605(2)(a), F.S.

**Business Name\*\***

PAYLESS SOLUTIONS INC

**Fictitious Names\*\***

Does not apply was selected for Ficticious Names

\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.

**Street Address**

8803 Futures Drive Suite #10
Orlando, Florida 32819 USA

**Mailing Address**

8803 Futures Drive Suite #10
Orlando, Florida 32819 USA

| **Telephone Number** | **Fax Number** |
|---|---|
| 407-█████████ | |

**Email Address**

ezmortgagetogo@yahoo.com

**Website Address**

**Federal Employer ID Number (FEIN): s.119.092, F.S.**

████████

**Form of Organization.**

Corporation
2/15/2010                                        Florida

## Registered Agent

Payless Solutions inc


8803 Futures dr. #10

Orlando, Florida 32819 USA

407-████                              ezmortgagetogo@yahoo.com

## Business Details

Brief description of product(s) sold and/or service(s) provided:

**Lower interest and alarm alert**

Title 18, Part I, Chapter 61, Sec. 1301, United States Code prohibits procuring for a person in 1 State a ticket, chance, share, or interest in a lottery conducted by another state. Do you now or do you intend to solicit the sale of memberships in a lottery club across state lines?          **No**

## Criminal And Litigation History

**1.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld.          **No**

**2.** Has the applicant previously been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld.          **No**

**3.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction?          **No**

**4.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?          **No**

**5.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice? Is any litigation pending against the applicant?          **No**

## Occupation History

**1.** Occupation:       emp                              Period: 02/01/2010 - 04/04/2014
     Employer:       telemaketing
     Address:        8803 Futures Dr. #10 Orlando,FL 32819

## Previous Experience

48 Months experience

**Parents And Affiliates**

Does not apply was selected for parent and affiliates.

## Officers

### Officer 1.

Name:                           Fariborz Fard
Title:                          President

**Fictitious Names**

sonny

**Information**

Date of Birth:                  ███████
ID Type:                        Driver's License Number
ID Number:                      ███████████
ID State:                       state

**Home Address**

███████████████
orlando, Florida ██████ USA

**Criminal And Litigation History**

**1.** Have you been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction **No** includes a finding of guilt where adjudication has been withheld.

**2.** Are you involved in pending litigation or have you had entered against you an injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, in any civil or administrative action involving **No** racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue, deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade practice?

**3.** Have you ever been, subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought **No** by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?

**4.** Have you at any time during the previous 7 years filed for bankruptcy, been adjudged bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, **No** or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position?

**Salespersons**

| Locations |
|:---:|

| **Location** |
|---|

Business Name: PAYLESS SOLUTIONS INC

541 N PALMETTO AVE STE 103
SANFORD, Florida 32771-1371 USA

This is a Physical address.

Manager Name:

| **Location** |
|---|

Business Name: PAYLESS SOLUTIONS INC.

5401 N ORANGE BLOSSOM TRL STE 200
ORLANDO, Florida 32810-1012 USA

This is a Physical address.

Manager Name:

| **Location** |
|---|

Business Name:

, 

This is a Physical address.

Manager Name:

| Questions |
|:---:|

| **Question 11** |
|---|

a.Attached are copies of all sales scripts given to those soliciting for us. [501.605(2)(l)3, F.S.]  **[X]**

b.We do not use sales scripts.  [ ]

| **Question 12** |
|---|

a. Attached are copies of all sales information or literature we provide our salespeople or of which we inform our salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) [501.605(2)(l)3, F.S.]  [ ]

b. We do not provide our salespersons with or inform our salespersons of any sales information or literature described in 12(a).  **[X]**

## Question 13

a. Attached are copies of all written material we send any prospective or actual purchaser. [501.605(2)(l)3, F.S.]   [ ]

b.We do not send any written material to any prospective or actual purchaser.   **[X]**

## Question 14

a. Does not apply.   **[X]**

b. We offer to prospective or actual purchasers that the purchaser will receive certain items which may be referred to as gifts, premiums, bonuses, prizes or otherwise, and EACH of the following apply: [501.614, F.S.]

- The item(s) is/are offered unconditionally
- The buyer has seven (7) days to return the goods or cancel services
- The buyer will receive a full refund in thirty (30) days
- The buyer has the right to keep the gift, premium, bonus or prize without cost

[ ]

c. If you or your salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes or otherwise, list the following:   [ ]

## Question 15

a.A purchaser receives all of the items described by our salespeople. [501.614(5), F.S.   **[X]**

b. Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:   [ ]

### Entered Information

- We decide which item or items a particular prospective purchaser is to receive in the following manner:
    - ○

- The odds a single prospective purchaser has of receiving each item described is:
    - ○

c. We do not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate.   [ ]

## Financial Institutions

### Institution

Institution Name: Chase Bank

Contact Name: James Vieno

Contact Number:

## Address

4167 Town Center Blvd.
Orlando, Florida 32837 USA

## Accounts

█████████

## Security Information

Security Type: Surety Bond
Security Amount: $50,000
Security ID Number: ██████████
Security Begin Date : 04/01/2014
Security End Date: 04/01/2015

Security Institution Name: Hartford Fire Insurance Company

## Security Institution Address

One Hartford Plaza,
Hartford , Connecticut 06155 USA

Security Institution Phone: 888-266-3488

## Uploaded Documents

### All Uploaded Documents

| Name | Description | Type |
|---|---|---|
| L.I. Outbound Fronter Script.docx | | SCRIPTS |
| Med Alert Script.doc | | SCRIPTS |
| L.I. Verification Script.docx | | SCRIPTS |
| L.I. Outbound Fronter Script.docx | | SCRIPTS |
| LIST OF SALES PERSONE.docx | | TCTPLIST |

## Verification Information

### Verification Questions

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.
Accepted: [**X**]

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm or person from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Director

Velez Att. HH
Page 6 of 7

of the Division of Consumer Services, or his representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.
Accepted: [**X**]

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in F.S. 775.082, F.S. 775.083, or F.S. 775.084.
Accepted: [**X**]

## Preparer Information

Preparer Name: Fariborz Fard
Preparer Phone: 407 ███████

## Signature Information

Signature Name: Fard Fariborz
Signature Date: 4/5/2014

# Attachment II

## Script

Hello, (Customer Name)? Hi (Customer Name), this is (agent name with License #) calling on behalf of Payless Solutions. How are you today? Have you seen the TV commercial where a woman falls down and needs help, she then presses a button and help arrives? Do you remember seeing that commercial? Do you have a pendant or bracelet like the one in the commercial?

I am calling to let you know that you may be eligible to receive a medical alert system, like the one in the commercial, as recommended by 65,000 healthcare professionals nationwide. We will provide you with everything you'll need. There is no equipment to buy, we provide the equipment for you to use.

Are you familiar with medical alert services and how they work? If no: It's very simple. The Medical Alert service is a two-way speakerphone that enables our subscribers to get emergency assistance from in and around their home simply by pressing a small waterproof button worn on their wrist or neck. When the button is pushed, a signal is sent over the phone line to the Medical Alert Response Center where a highly trained representative verbally responds over a centrally located speaker inside the home to assess their situation. If assistance is needed and if we are unable to hear you, the representative will call and send for appropriate help, including a neighbor, relative or local emergency 911 service. Does that sound like the type of service you could benefit from? Great!

Now the entire unit is provided for your use, you are only billed for the emergency operator monitoring. Our service is one of the most affordable on the market. **You just pay a monthly service fee of $29.99 which comes with no contract and can be cancelled at any time.**

(Customer Name) we would like to ship your equipment out to you today, so it will arrive within the next 4 to 7 business days. Your service starts as soon as you receive it and activate the unit.
And remember there are no contracts, no added taxes, and no shipping fees.

What is the address where you want the equipment to de shipped too?
_____

I have here your phone number as:_____

You said you will be using your debit, credit card / checking account correct?

• Go ahead and give me the credit card number (or numbers at the bottom of the check, first Nine reading from left to right are the routing numbers, the rest are the account numbers)
_____

• And the expiration date? _____

• And the billing address? _____

And the three digit security code on the back._____

Great! I would like to congratulate you for taking the first step to protecting yourself and your loved ones. I'd like to give you the customer service number if you have any questions. 888-331-1225.

Once again, this is Payless Solutions, our Telemarketing License is _____ (Issue by the Florida Dept. of Agriculture) and my sales person license number is _____ (Issue by the Florida Dept. of Agriculture)

Thank you and have a great day!

# Attachment JJ

Florida Department of Agriculture and Consumer Services
Division of Consumer Services



**ADAM H. PUTNAM**
**COMMISSIONER**

## COMMERCIAL TELEPHONE SELLER
## BUSINESS LICENSE APPLICATION

Florida Telemarketing Act
Sections 501.601 – 501.626, Florida Statutes
Rule 5J-6.005, Florida Administrative Code

1-800-HELP-FLA (435-7352) • 850-410-3800 *Calling Outside Florida*
www.800helpfla.com • 850-410-3804 Fax

Submit and Pay Online at:
www.FreshFromFlorida.com
- or -
Check or Money Order payable
to FDACS and remit with
application to:
FDACS,
P.O. Box 6700
Tallahassee, FL 32314-6700

All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

Please type or print. Additional pages may be attached if additional space is needed. Please ensure that all attachments reflect organization's name or license number and the number of the corresponding question. **All fees are non-refundable.**

---

| Business Information |
|---|

**1. Name of Business** *(State the legal name of the entity as registered with the Florida Department of State, Division of Corporations):*
PAYLESS SOLUTIONS ENTERPRISES LLC.

**Fictitious** *(DBA)* **Name:**

*All fictitious names must be registered with the Florida Department of State, Division of Corporations*

**2. Mailing Address** *(if different from Primary Business Physical Street Address):*      **Is this a mail-drop:** ☐ Yes   ☐ No
13900 County ROAD 455    Suite 107   #128

| City: | State: | Zip Code: |
|---|---|---|
| Clermont | FL | 34711 - |

**Primary Business Physical Street Address** *(include APT or SUITE # in all address lines, mail-drop not allowed):*
541 NORTH PAIMETTO AVE     SUITE #103

| City: | State: | Zip Code: |
|---|---|---|
| SANFORD | FL | 32711 - |

**3. Telephone Number:**      **Fax Number:**
( 407 )           ( 888 )

**Email Address:**      **Website:**

*Future correspondence may be electronic, so please make sure that the provided email is accurate and valid.*

**4. Form of organization:**
☐ Corporation      ☑ LLC      ☐ Partnership      ☐ Sole Proprietorship

☐ Other *(please describe):*
*If the applicant is a corporation, provide a copy of the articles of incorporation and the bylaws. If the applicant is a partnership, provide a copy of any written partnership agreement.*

**Date Incorporated or legally established:**      **State:**
03 / 15 / 2014      FLORIDA
*Month / Day / Year*

**5. Federal Employer ID Number** *(s. 119.092, F.S.):*

| Org Code: 42 10 06 25 000 | | |
|---|---|---|
| EO: A2 | | |
| Object Code: 002050 | | $1,500.00 |

DTN/FAID: 2604373
• 15-03754946~0001
1,500.00  08/25/2014
• Dep#991366

FDACS-10001 Rev. 08/13
Page 1 of 13

**6.** List all parent or affiliated entities that will engage in a business transaction with the purchaser relating to any sale solicited by the applicant; or accepts responsibility or is otherwise held out by the applicant as being responsible for any statement or act of the applicant relating to the sale solicited by the applicant: *[s. 501.605(2)(i), F.S.]*      ☐ **N/A**

---

**Parent** ☐     **Legal Name:**
**Affiliate** ☐     _____

**Fictitious (DBA) Name(s)**:** _____     **Physical Address:** _____

**City:** _____     **State:** _____     **Zip Code:** ____ - ____

**Telephone Number:**
( _____ ) _____ - _____

**Form of organization:**
☐ Corporation    ☐ LLC    ☐ Partnership    ☐ Sole Proprietorship    ☐ Other *(please describe)*: _____

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established:  **State:**
____ / ____ / ____     _____
Month    Day    Year

---

**Parent** ☐     **Legal Name:**
**Affiliate** ☐     _____

**Fictitious (DBA) Name(s)**:** _____     **Physical Address:** _____

**City:** _____     **State:** _____     **Zip Code:** ____ - ____

**Telephone Number:**
( _____ ) _____ - _____

**Form of organization:**
☐ Corporation    ☐ LLC    ☐ Partnership    ☐ Sole Proprietorship    ☐ Other *(please describe)*: _____

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established:  **State:**
____ / ____ / ____     _____
Month    Day    Year

---

*\*\*All fictitious names must be registered with the Florida Department of State, Division of Corporations. If applicant is not an individual then 'Name' is the legal name of the applicant as listed with the Division of Corporations. You must list all names under which you intend to do business.*

**CRIMINAL AND LITIGATION HISTORY** *[s. 501.605(2)(d-h), F.S.]*

**7.** Please select either **YES** or **NO** to the questions below for the business entity. If you answered yes to any of the following, please explain your answer below. (attach additional sheets as necessary using the same format)

**a.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a ☐ **Yes** ☒ **No** felony? Conviction includes a finding of guilt where adjudication has been withheld.

**b.** Has the applicant previously been convicted of, under indictment or information for, racketeering or any ☐ **Yes** ☒ **No** offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld.

**c.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or ☐ **Yes** ☒ **No** administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction?

FDACS-10001 Rev. 08/13
Page 2 of 13

d. Has the applicant worked for, or been affiliated with, a company that has had entered against it an ☐ Yes ☑ No
injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment
or order, and assurance of voluntary compliance, or any similar document, in any civil or
administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or
misappropriation of property or the use of any untrue, deceptive, or misleading representation or the
use of any unfair, unlawful, or deceptive trade practice?

e. Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final ☐ Yes ☑ No
judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or
any similar document, in any civil or administrative action involving racketeering, fraud, theft,
embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue,
deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade
practice?  Is any litigation pending against the applicant?

Legal Name: _____     Court/administrative agency rendering the conviction, judgment, or order: _____

Governmental agency which brought the action: _____     Nature of conviction, judgment, order or action: _____

Date of Action: _____ / _____ / _____     Docket Number: _____     Was adjudication withheld?
☐ Yes ☐ No

BUSINESS HISTORY

8. List each business or occupation engaged in by the applicant during the 3 years immediately preceding the date of
the application and the location thereof. You **must** account for the **last 3 years** whether employed or unemployed.
(attach additional sheets as necessary using the same format)  [s. 501.605(2)(b), F.S.]

a. From: _____ / _____ / _____     To: **Present**

Title (Occupation): _____

b. From: _____ / _____ / _____     To: _____ / _____ / _____

Name of Business: _____

Physical Street Address (if applicable please include suite, apartment and/or unit numbers): _____

City: _____     State: _____     Zip Code: _____ - _____

Title (Occupation): _____

Name of Business: _____

Physical Street Address (if applicable please include suite, apartment and/or unit numbers): _____

City: _____     State: _____     Zip Code: _____ - _____

FDACS-10001 Rev. 08/13
Page 3 of 13

**9.** Does the applicant have previous experience as a commercial telephone seller or salesperson? *[s. 501.605(2)(c), F.S.]*

☑ Yes ☐ No    If yes, provide previous experience *(in months)* as a commercial telephone seller or salesperson: **5**

**10.** List the following information for each principal officer, director, trustee, shareholder, owner, or partner of the applicant, and of each other person responsible for the management of the business of the applicant; list all affiliates; list each office manager or other person principally responsible for a location from which the applicant will do business. *(attach additional sheets as necessary using the same format)*

| | |
|---|---|
| **Legal Name:** MARK NONSANT | **Title:** Vice President |

**Previous or A.K.A. Names:**

**Date of Birth:** ▮▮▮▮▮    **Driver's License Number or Government Issued ID:**    **State of Issue:** FLORIDA

**Current Physical Home Address** *(if applicable please include suite, apartment and/or unit numbers):*
10244 Dovehill Lane

| **City:** Clermont | **State:** FL | **Zip Code:** 34711 - |

| **Telephone Number:** (407) ▮▮▮▮ | **Email Address:** ▮@gmail.com |

Does this person have previous experience as a commercial telephone seller or salesperson *[s. 501.605(2)(c), F.S.]:*
☑ Yes ☐ No

**If Yes, Name of Firm:** PAYLESS SOLUTIONS INC

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
8803 Futures Drive Suite 10

| **City:** Orlando | **State:** FL | **Zip Code:** 32819 - |

Please select either YES or NO to the questions below. If you answered YES to any of the following, please explain your answer in the fields below. *(attach additional sheets as necessary using the same format) [ss. 501.605 and 501.606, F.S.]*

a. Has this person ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction?    ☐ Yes ☑ No

b. Has this person been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld.    ☐ Yes ☑ No

c. Is this person involved in pending litigation or has an injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, been ordered against the applicant in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property, or the use of any untrue, deceptive, or misleading representation, or the use of any unfair, unlawful, or deceptive trade practice?    ☐ Yes ☑ No

d. Has this person ever been subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment, or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?    ☐ Yes ☑ No

e. Has this person at any time during the previous 7 years, filed bankruptcy, been adjudicated bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position? ☐ Yes ☒ No

**Legal (True) Name:** _____

**Court/administrative agency rendering the conviction, judgment, or order:** _____

**Governmental agency which brought the action:** _____

**Nature of conviction, judgment, order or action:** _____

**Date of Action:** ____ / ____ / ____

**Docket Number:** _____

**Was adjudication withheld?** ☐ Yes ☐ No

---

**11.** List all salespersons or other persons employed by the applicant. All salespersons must be separately licensed (see form FDACS-10005, Commercial Telephone Salesperson Individual License Application Packet). Use a separate sheet for each person. **Provide a statement if you have no salesperson(s) at the current time.**

Please select either **YES** or **NO** to the questions below. **If you answered YES** to any of the following, please explain your answer in the fields below. (attach additional sheets as necessary using the same format) *[s. 501.606, F.S.]*

**Legal Name:** _____

**Previous or A.K.A. Name(s):** _____

**Current Home Address:** _____

**City:** _____

**State:** _____

**Zip Code:** ____ - ____

**Date of Birth:** ____ / ____ / ____

Has this person been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld. ☐ Yes ☒ No

Is this person involved in pending litigation or has an injunction, temporary restraining order, or final judgment or order, an assurance of voluntary compliance, or any similar document, been ordered against the applicant in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property, or the use of any untrue, deceptive, or misleading representation, or the use of any unfair, unlawful, or deceptive trade practice? ☐ Yes ☒ No

Has this person ever been subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment, or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a governmental agency, including any action affecting any license to do business or practice an occupation or trade? ☐ Yes ☒ No

Has this person at any time during the previous 7 years, filed bankruptcy, been adjudicated bankrupt, or been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited partner in, or has responsibilities as a manager in, any corporation, partnership, joint venture, or other entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the person held that position? ☐ Yes ☒ No

**Legal (True) Name:** _____

**Court/administrative agency rendering the conviction, judgment, or order:** _____

**Governmental agency which brought the action:** _____

**Nature of conviction, judgment, order or action:** _____

**Date of Action:** ____ / ____ / ____

**Docket Number:** _____

**Was adjudication withheld?** ☐ Yes ☐ No

FDACS-10001 Rev. 08/13
Page 5 of 13

**12.** List all locations from which the applicant will be doing business and include a list of all phone numbers associated with each address. (attach additional sheets as necessary using the same format) *[s. 501.605(2)(j-k), F.S.]*

---

**a. Legal Name of Business:**
Payless Solutions Enterprises LLC

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
3901 NW 79th Avenue    Suite #107

**Is this a mail-drop?**
☐ Yes ☑ No

**City:** Miami

**State:** FL    **Zip Code:** 33166 -

**Main Telephone Number:**
( 561 )  ▓▓▓ ▓▓▓

**Name of Location Manager:**
Jasman Necence

**Location Phone Numbers:**
561-299-8577

---

**b. Legal Name of Business:**
Payless Solutions Enterprises LLC

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
9318 E. Colonial Drive    Suite a-10

**Is this a mail-drop?**
☐ Yes ☑ No

**City:** Orlando

**State:** FL    **Zip Code:** 32817 -

**Main Telephone Number:**
( 904 )  ▓▓▓ ▓▓▓

**Name of Location Manager:**
Paul Miranda

**Location Phone Numbers:**
904 589-5464

---

**c. Legal Name of Business:**
Payless Solutions Enterprises LLC

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
641 NORTH PALMETTO AVE    SUITE 103

**Is this a mail-drop?**
☐ Yes ☑ No

**City:** SANFORD

**State:** FL    **Zip Code:** 32711 -

**Main Telephone Number:**
( 407 )  ▓▓▓ - ▓▓▓

**Name of Location Manager:**
MARK NONSANT

**Location Phone Numbers:**
407 716-1950

---

FDACS-10001 Rev. 08/13
Page 6 of 13

**d.** **Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):* | **Is this a mail-drop?** ☐ **Yes** ☐ **No**

**City:** | **State:** | **Zip Code:** _____ - _____

**Main Telephone Number:**
( _____ ) _____ - _____ | **Name of Location Manager:**

**Location Phone Numbers:**

**e.** **Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):* | **Is this a mail-drop?** ☐ **Yes** ☐ **No**

**City:** | **State:** | **Zip Code:** _____ - _____

**Main Telephone Number:**
( _____ ) _____ - _____ | **Name of Location Manager:**

**Location Phone Numbers:**

**Questions numbered 13 – 17, check only "a," "b," or "c"** *(if applicable)* **and complete those selected requirements.**

**13.** ☑ **a.** Attached and marked Exhibit 2 are copies of all sales scripts given to those soliciting for the applicant. *[s. 501.605(2)(f)3, F.S.]*

☐ **b.** The applicant does not use sales scripts.

**14.** ☑ **a.** Attached and marked Exhibit 3 are copies of all sales information or literature the applicant provides to salespeople or of which the applicant informs to applicant's salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) *[s. 501.605(2)(f)3, F.S.]*

☐ **b.** The applicant does not provide salespersons with or inform salespersons of any sales information or literature described in 12(a).

**15.** ☐ **a.** Attached and marked Exhibit 4 are copies of all written material the applicant sends to any prospective or actual purchaser. *[s. 501.605(2)(f)3, F.S.]*

☑ **b.** The applicant does not send any written material to any prospective or actual purchaser.

**16.** ☐ **a.** The applicant informs prospective or actual purchasers that the purchaser is eligible to receive certain items which may be referred to as gifts, premium, bonuses, prizes, or otherwise, and **EACH** of the following apply: *[s. 501.614, F.S.]*

☐ The item(s) is/are offered unconditionally;
☐ The buyer has seven (7) days to return the goods or cancel services;

FDACS-10001 Rev. 08/13
Page 7 of 13

☐ The buyer will receive a full refund in thirty (30) days;

☐ The buyer has the right to keep the gift, premium, bonus or prize without cost.

☐ **b.** If the applicant or applicant's salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes, or otherwise, list the following:

Item offered: _____

Price or value of worth: $ _____

Basis for valuation: _____

Price paid by applicant: $ _____

Supplier's Name:

Address: _____

City: _____ State: _____ Zip Code: _____

Telephone Number: _____

☑ **c.** Does not apply.

*(Attach additional sheets as necessary using the same format)*

**17.** ☑ **a.** A purchaser receives all of the items described by applicant's salespeople. *[s. 501.614(5), F.S.]*

☐ **b.** Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:

* Applicant decides which item or items a particular prospective purchaser is to receive in the following manner:
  _____

* The odds a single prospective purchaser has of receiving each item described is:
  _____

* The name and address of each recipient who has during the preceding 12 months (or if applicant has not been in business that long, during the period applicant has been in business) received any gift, premium, bonus prize:

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

*(Attach additional sheets as necessary using the same format)*

☐ **c.** Applicant does not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate. .

**18.** ☐ Attached and marked as Exhibit 5 is a copy of the written statement of terms and conditions provided to the purchaser. *[s. 501.614(3), F.S.]*

**19.** Provide the following information for EACH institution where banking or similar monetary transactions are done by the applicant: *[s. 501.606(3), F.S.]*

| Name of Institution: SUNTRUST | Name of Contact Person: Berthony St. Fleur |
|---|---|

| Telephone Number: (407) 330-4630 | Account Number(s): |
|---|---|

Physical Street Address *(if applicable please include suite, apartment and/or unit numbers):*
200 W 1st Street

| City: Sanford | State: FL | Zip Code: 32771 - |
|---|---|---|

| Name of Institution: | Name of Contact Person: |
|---|---|

| Telephone Number: ( ) - | Account Number(s): |
|---|---|

Physical Street Address *(if applicable please include suite, apartment and/or unit numbers):*

| City: | State: | Zip Code: - |
|---|---|---|

**20.** Name and address of agent in Florida who is authorized to receive service of process:

**Legal Name:**

**Current Physical Address** *(if applicable please include suite, apartment and/or unit numbers):*

| City: | State: | Zip Code: - |
|---|---|---|

| Telephone Number: ( ) - | Email Address: |
|---|---|

**21.** Brief description of product(s) sold and/or service(s) provided:
MEDICAL ALERT SYSTEMS

**22. IN ADDITION TO THE DOCUMENTS REQUIRED ABOVE, PLEASE ATTACH ONE OF THE FOLLOWING FORMS OF SECURITY IN THE MINIMUM AMOUNT OF $50,000.**

☑ Surety Bond          ☐ Letter of Credit          ☐ Certificate of Deposit

The security must be issued by a company authorized to transact business in this state. You must maintain the security as long as the license is in effect.

☑ **LICENSING FEE - $1,500,** Check or Money order made payable to FDACS.

| **Verification and Signature** |
| --- |

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm, or person, from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Division Director of the Division of Consumer Services, or the Director's representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in s. 775.082, 775.083, or 775.084, F.S.

**I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE INFORMATION PROVIDED IN THIS APPLICATION, AND IN ANY EXHIBITS ATTACHED HERETO, IS TRUE AND CORRECT.**

_____
_Signature_

MARK NONSANT
_Print Name_

( 407 ) ▮▮▮ - ▮▮▮
_Telephone Number_

9/23/2014
_Date_

# Attachment KK

# Script

**Hello, this is (Rep Name), My Salesperson license number is (Sales Person License #), may I ask whom I'm speaking with? (Write down their name) And in case we disconnected is this the best phone number to reach**

**You're probably familiar with the Medical Alert System as seen on the TV commercial. Or maybe you've seen the Medical Alert System in NewsDay or US News.**

**It's the same system as seen on TV and it works very simple. If you have a medical emergency, a fire, burglary or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the light-weight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician (E.M.T.). They will evaluate your situation, immediately get you the help you need, notify family or 911 and comfort you until help arrives. Your alert button works from anywhere in the home and it even works outside of your home. It has a 1,500 foot range. Which is over a quarter a mile!**

**This device will give you the peace of mind that you need, allow you to feel safe and make sure that you never feel alone in the case of an emergency. You'll never have to feel helpless, worried, or by yourself in an emergency situation. It could really help you in a time of need and can even be life-saving.**

**Our device has been recommended by the American Heart Association, the American Diabetes Association, the National Institute of Aging and is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 30 years.**

**Your medical alert system includes:**

**A medical alert base station with a loud speaker and a very sensitive microphone.**

**A waterproof wrist or necklace button.**

**There's free shipping and free activation.**

**There's a Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.**

**Also included, is an away from home Protection Card that gives emergency personnel 24 hour a day-7 day a week access to your important medical information.**

**And last but not least, You get Unlimited contact with our Emergency Medical Technicians, which means you can push the button as many times as you want at NO CHARGE! If you like, you can push the button and talk to us every day just to give yourself the piece of mind that we are always there by your side and ready to help.**

**Now Mr./Mrs. (their last name)The only thing you would be responsible for is the Emergency Medical monitoring of just $34.95 a month. There are absolutely NO contracts. You can cancel at any time with no cancellation fees. The billing cycle doesn't start until you receive the system and activate it.**

**Okay Mr. /Mrs. (Their last name) what address would you like your Emergency Medical Alert system shipped to? (Type their address in the customer information form)**

**And for the monthly Emergency Medical Monitoring, which card would you like to use? VISA, Mastercard, American Express or Discover?**

**(If NO credit card or debit card, then ask for checking or savings acct.) Okay, we can also get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it. (If no checking account, then say "Do you have a savings account?") (If yes, say " Okay, go ahead and grab a bank statement so we can get some information off of it.")**

**Do you have a spouse or someone else in your home that you would also like to be protected? (If Yes, then go on, If No skip to "Fill out the customer information form" below) Okay we will also send you, for FREE, an additional wrist or necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Medical Technician monitoring. So you and your spouse would be protected for just $39.95 a month.**

**(Fill out the customer information form on computer)**

**Last Step—Close Up and Transfer to Confirmation**

**Great, your equipment will be shipped to you at (Repeat Shipping**

Address) and will arrive within the next 7 to 10 business days. Don't forget to activate your system as soon as you receive it by plugging it into your phone line jack and pushing the button. This will make a test call to activate your system and immediately start protecting you.

Okay, I am going to transfer you to our confirmation department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any additional questions. Again my agent number is (xxx-xxx-xxxx) Thank you very much and I hope you enjoy the safe feeling of having a medical alert system.

Please hold while I transfer you to the confirmation department. Don't hang up until you talk to the confirmation department, okay? (Wait for them to say okay)

# Attachment LL





Florida Department of Agriculture and Consumer Services
Division of Consumer Services

## COMMERCIAL TELEPHONE SELLER
## BUSINESS LICENSE APPLICATION

Florida Telemarketing Act
Sections 501.601 – 501.626, Florida Statutes
Rule 5J-6.005, Florida Administrative Code

1-800-HELP-FLA (435-7352) • 850-410-3800 *Calling Outside Florida*
www.800helpfla.com • 850-410-3804 *Fax*

**ADAM H. PUTNAM**
**COMMISSIONER**

*Submit and Pay Online at:*
*www.FreshFromFlorida.com*
- or -
*Check or Money Order payable to FDACS and remit with application to:*
**FDACS**
P.O. Box 6700
Tallahassee, FL 32314-6700

All documents and attachments submitted with this application are subject to public review pursuant to Chapter 119, F.S.

Please type or print. Additional pages may be attached if additional space is needed. Please ensure that all attachments reflect organization's name or license number and the number of the corresponding question. All fees are non-refundable.

### Business Information

**1.** **Name of Business** *(State the legal name of the entity as registered with the Florida Department of State, Division of Corporations):*

Miranda Money Group LLC

**Fictitious (DBA) Name:**

Oasis Money Group
*All fictitious names must be registered with the Florida Department of State, Division of Corporations.*

**2.** **Mailing Address** *(if different from Primary Business Physical Street Address):*     Is this a mail-drop: ☑Yes ☑No

541 N Palmetto Ave

**City:** SANFORD      **State:** FLORIDA   **Zip Code:** 32771 - ___

**Primary Business Physical Street Address** *(include APT or SUITE # in all address lines, mail-drop not allowed):*

541 N. Palmetto Ave

**City:** SANFORD      **State:** FLORIDA   **Zip Code:** 32771 - ___

**3.** **Telephone Number:**  ( 321 ) ▮▮▮▮▮▮     **Fax Number:** ( ___ ) ___ - ___

**Email Address:** Oasismoneygroup@Gmail.com      **Website:**
*Future correspondence may be electronic, so please make sure that the provided email is accurate and valid.*

**4.** **Form of organization:**
☐ Corporation   ☑ LLC   ☐ Partnership   ☐ Sole Proprietorship
☐ Other *(please describe):* ___
*If the applicant is a corporation, provide a copy of the articles of incorporation and the bylaws. If the applicant is a partnership, provide a copy of any written partnership agreement.*

**Date incorporated or legally established:**   **State:**
07 / 02 / 2013    FL
*Month / Day / Year*

**5.** **Federal Employer ID Number** *[s. 119.092, F.S.]:*
▮▮▮▮▮▮▮▮

Org Code: 42 10 06 25 000
EO: A2
Object Code: 002050          $1,500.00

DTN/FAID: 2615811
15-03766974-0001
1,500.00  09/17/2014
Dep#991452

FDACS-10001 Rev. 08/13
Page 1 of 13

**6.** List all parent or affiliated entities that will engage in a business transaction with the purchaser relating to any sale solicited by the applicant; or accepts responsibility or is otherwise held out by the applicant as being responsible for any statement or act of the applicant relating to the sale solicited by the applicant: *[s. 501.605(2)(l), F.S.]* ☒ **N/A**

| | |
|---|---|
| Parent ☐ Affiliate ☑ | Legal Name: Life Watch Inc. |

Fictitious (DBA) Name(s)**: Senior Life Support

Physical Address: 266 MERRick Rd  Suite 104

City: Lynbrook  State: NY  Zip Code: 11563  -

Telephone Number: ( 800 ) 716 - 1433

Form of organization:
☑ Corporation  ☐ LLC  ☐ Partnership  ☐ Sole Proprietorship  ☐ Other *(please describe)*: _____

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established: State:
8 / 17 / 2010   NY
*Month*  *Day*  *Year*

| | |
|---|---|
| Parent ☐ Affiliate ☐ | Legal Name: |

Fictitious (DBA) Name(s)**:

Physical Address:

City:  State:  Zip Code:  -

Telephone Number: ( ) _____ - _____

Form of organization:
☐ Corporation  ☐ LLC  ☐ Partnership  ☐ Sole Proprietorship  ☐ Other *(please describe)*: _____

If parent or affiliate is a corporation, partnership or LLC, provide date incorporated or legally established: State:
/ /
*Month*  *Day*  *Year*

**All fictitious names must be registered with the Florida Department of State, Division of Corporations. If applicant is not an individual then 'Name' is the legal name of the applicant as listed with the Division of Corporations. You must list all names under which you intend to do business.*

## CRIMINAL AND LITIGATION HISTORY *[s. 501.605(2)(d-h), F.S.]*

**7.** Please select either **YES** or **NO** to the questions below for the business entity. If you answered yes to any of the following, please explain your answer below. (attach additional sheets as necessary using the same format)

**a.** Has the applicant previously been arrested for, convicted of, or is under indictment or information for, a felony? Conviction includes a finding of guilt where adjudication has been withheld.  ☐ Yes ☑ No

**b.** Has the applicant previously been convicted of, under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a finding of guilt where adjudication has been withheld.  ☐ Yes ☑ No

**c.** Has the applicant ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction?  ☐ Yes ☑ No

**d.** Has the applicant worked for, or been affiliated with, a company that has had entered against it an ☐ Yes ☑ No
injunction, a temporary restraining order, or a final judgment or order, including a stipulated judgment
or order, and assurance of voluntary compliance, or any similar document, in any civil or
administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or
misappropriation of property or the use of any untrue, deceptive, or misleading representation or the
use of any unfair, unlawful, or deceptive trade practice?

**e.** Has the applicant had entered against him or her an injunction, a temporary restraining order, or a final ☐ Yes ☑ No
judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or
any similar document, in any civil or administrative action involving racketeering, fraud, theft,
embezzlement, fraudulent conversion, or misappropriation of property or the use of any untrue,
deceptive, or misleading representation or the use of any unfair, unlawful, or deceptive trade
practice? Is any litigation pending against the applicant?

**Legal Name:**

**Court/administrative agency rendering the conviction, judgment, or order:**

**Governmental agency which brought the action:**

**Nature of conviction, judgment, order or action:**

**Date of Action:**
___ / ___ / ___

**Docket Number:**

**Was adjudication withheld?**
☐ Yes ☐ No

**BUSINESS HISTORY**

**8.** List each business or occupation engaged in by the applicant during the 3 years immediately preceding the date of
the application and the location thereof. You **must** account for the **last 3 years** whether employed or unemployed.
(attach additional sheets as necessary using the same format) *[s. 501.605(2)(b), F.S.]*

**a.** **From:**
__07__ / __05__ / __2012__

**To:** Hope Financial Services LLC
**Present** 541 N. PALMETTO AVE
SANFORD FL 32771

**Title *(Occupation)*:**
PAYDAY LOAN / CHECK CASHING

**b.** **From:**
__10__ / __09__ / __2004__

**To:** PRESENT
___ / ___ /

**Name of Business:**
Hope Financial Services LLC

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
541 N. PALMETTO AVE SUITE 103-104

**City:**
SANFORD

**State:**
FL

**Zip Code:**
32771

**Title *(Occupation)*:**
REAL ESTATE

**Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**City:**

**State:**

**Zip Code:**

**9.** Does the applicant have previous experience as a commercial telephone seller or salesperson? *[s.501.605(2)(c), F.S.]*

☐ Yes  ☑ No    If yes, provide previous experience *(in months)* as a commercial telephone seller or salesperson: _____

**10.** List the following information for each principal officer, director, trustee, shareholder, owner, or partner of the applicant, and of each other person responsible for the management of the business of the applicant; list all affiliates; list each office manager or other person principally responsible for a location from which the applicant will do business. (attach additional sheets as necessary using the same format)

| Legal Name: | Title: |
|---|---|
| PAUL  Nathaniel L  MIRANDA | OWNER |

**Previous or A.K.A. Names:**

| Date of Birth: | Driver's License Number or Government Issued ID: | State of Issue: |
|---|---|---|
| | | FL |

**Current Physical Home Address** *(if applicable please include suite, apartment and/or unit numbers):*

| City: | State: | Zip Code: |
|---|---|---|
| ORANGE  PARK | FL | |

| Telephone Number: | Email Address: |
|---|---|
| (904 ) | p.oasismoneygroup @ gmail.com |

Does this person have previous experience as a commercial telephone seller or salesperson *[s. 501.605(2)(c), F.S.]:*
☐ Yes  ☑ No

If Yes, Name of Firm:
N/A

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
N/A

| City: | State: | Zip Code: |
|---|---|---|
| N/A | N/A | N/A |

Please select either YES or NO to the questions below. **If you answered YES to any of the following, please explain your answer in the fields below.** (attach additional sheets as necessary using the same format) *[ss. 501.605 and 501.606, F.S.]*

**a.** Has this person ever been convicted of acting as a salesperson without a license, either judicial or administrative, or whether such a license has previously been refused, revoked, or suspended in any jurisdiction?  ☐ Yes  ☑ No

**b.** Has this person been convicted of, or under indictment or information for, racketeering or any offense involving fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property?  Conviction includes a finding of guilt where adjudication has been withheld.  ☐ Yes  ☑ No

**c.** Is this person involved in pending litigation or has an injunction, temporary restraining order, or final judgment or order, including a stipulated judgment or order, an assurance of voluntary compliance, or any similar document, been ordered against the applicant in any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property, or the use of any untrue, deceptive, or misleading representation, or the use of any unfair, unlawful, or deceptive trade practice?  ☐ Yes  ☑ No

**d.** Has this person ever been subject to any litigation, injunction, temporary restraining order, or final judgment or order, including a stipulated judgment, or order, an assurance of voluntary compliance, or any similar document or any restrictive court order relating to a business activity as the result of any action brought by a governmental agency, including any action affecting any license to do business or practice an occupation or trade?  ☐ Yes  ☑ No

e. Has this person at any time during the previous 7 years, filed bankruptcy, been adjudicated bankrupt, or ☐ Yes ☑ No
been reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or
limited partner in, or had responsibilities as a manager in, any corporation, partnership, joint venture, or other
entity that filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1
year after the person held that position?

| Legal *(True)* Name: | Court/administrative agency rendering the conviction, judgment, or order: |
|---|---|

| Governmental agency which brought the action: | Nature of conviction, judgment, order or action: |
|---|---|

| Date of Action: / / | Docket Number: | Was adjudication withheld? ☐ Yes ☐ No |
|---|---|---|

**11.** List all salespersons or other persons employed by the applicant. All salespersons must be separately licensed
(see form FDACS-10005, Commercial Telephone Salesperson Individual License Application Packet). Use a
separate sheet for each person. **Provide a statement if you have no salesperson(s) at the current time.**

Please select either **YES** or **NO** to the questions below. **If you answered YES** to any of the following, please explain your
answer in the fields below. *(attach additional sheets as necessary using the same format) [s. 501.606, F.S.]*

| Legal Name: | Previous or A.K.A. Name(s): |
|---|---|

**Current Home Address:**

| City: | State: | Zip Code: - | Date of Birth: / / |
|---|---|---|---|

Has this person been convicted of, or under indictment or information for, racketeering or any offense involving ☐ Yes ☐ No
fraud, theft, embezzlement, fraudulent conversion, or misappropriation of property? Conviction includes a
finding of guilt where adjudication has been withheld.

Is this person involved in pending litigation or has an injunction, temporary restraining order, or final judgment or ☐ Yes ☐ No
order, an assurance of voluntary compliance, or any similar document, been ordered against the applicant in
any civil or administrative action involving racketeering, fraud, theft, embezzlement, fraudulent conversion, or
misappropriation of property, or the use of any untrue, deceptive, or misleading representation, or the use of
any unfair, unlawful, or deceptive trade practice?

Has this person ever been subject to any litigation, injunction, temporary restraining order, or final judgment or ☐ Yes ☐ No
order, including a stipulated judgment, or order, an assurance of voluntary compliance, or any similar document
or any restrictive court order relating to a business activity as the result of any action brought by a governmental
agency, including any action affecting any license to do business or practice an occupation or trade?

Has this person at any time during the previous 7 years, filed bankruptcy, been adjudicated bankrupt, or been ☐ Yes ☐ No
reorganized because of insolvency or been a principal, director, officer, or trustee of, or a general or limited
partner in, or has responsibilities as a manager in, any corporation, partnership, joint venture, or other entity that
filed for bankruptcy, was adjudged bankrupt, or was reorganized because of insolvency within 1 year after the
person held that position?

| Legal *(True)* Name: | Court/administrative agency rendering the conviction, judgment, or order: |
|---|---|

| Governmental agency which brought the action: | Nature of conviction, judgment, order or action: |
|---|---|

| Date of Action: / / | Docket Number: | Was adjudication withheld? ☐ Yes ☐ No |
|---|---|---|

**12.** List all locations from which the applicant will be doing business and include a list of all phone numbers associated with each address. (attach additional sheets as necessary using the same format) *[s. 501.605(2)(j-k), F.S.]*

---

**a. Legal Name of Business:**
MIRANDA MONEY GROUP LLC.

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
541 N. PALMETTO AVE. Smiter 103-104

**Is this a mail-drop?**
☐ Yes ☒ No

**City:** SANFORD          **State:** FL   **Zip Code:** 32065   -

**Main Telephone Number:** ( 904 )          **Name of Location Manager:** PAUL MIRANDA

---

**Location Phone Numbers:**

N/A

---

**b. Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**Is this a mail-drop?**
☐ Yes ☐ No

**City:**          **State:**   **Zip Code:**   -

**Main Telephone Number:** (          )     -          **Name of Location Manager:**

---

**Location Phone Numbers:**

---

**c. Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

**Is this a mail-drop?**
☐ Yes ☐ No

**City:**          **State:**   **Zip Code:**   -

**Main Telephone Number:** (          )     -          **Name of Location Manager:**

---

**Location Phone Numbers:**

---

**d. Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

Is this a mail-drop?
☐ Yes ☐ No

**City:**                                                      **State:**        **Zip Code:**

-

**Main Telephone Number:**                  **Name of Location Manager:**
( _____ ) _____ - _____

**Location Phone Numbers:**

---

**e. Legal Name of Business:**

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

Is this a mail-drop?
☐ Yes ☐ No

**City:**                                                      **State:**        **Zip Code:**

-

**Main Telephone Number:**                  **Name of Location Manager:**
( _____ ) _____ - _____

**Location Phone Numbers:**

---

**Questions numbered 13 – 17, check only "a," "b," or "c"** *(if applicable)* **and complete those selected requirements.**

**13.** ☑ **a.** Attached and marked Exhibit 2 are copies of all sales scripts given to those soliciting for the applicant. *[s. 501.605(2)(f)3, F.S.]*

☐ **b.** The applicant does not use sales scripts.

**14.** ☑ **a.** Attached and marked Exhibit 3 are copies of all sales information or literature the applicant provides to salespeople or of which the applicant informs to applicant's salespeople (including, but not limited to, scripts, outlines, instructions and information regarding how to conduct telephonic sales, sample introductions, sample closings, product information and contest or premium award information.) *[s. 501.605(2)(f)3, F.S.]*

☐ **b.** The applicant does not provide salespersons with or inform salespersons of any sales information or literature described in 12(a).

**15.** ☐ **a.** Attached and marked Exhibit 4 are copies of all written material the applicant sends to any prospective or actual purchaser. *[s. 501.605(2)(f)I)3, F.S.]*

☑ **b.** The applicant does not send any written material to any prospective or actual purchaser.

**16.** ☐ **a.** The applicant informs prospective or actual purchasers that the purchaser is eligible to receive certain items which may be referred to as gifts, premium, bonuses, prizes, or otherwise, and **EACH** of the following apply: *[s. 501.614, F.S.]*

• The item(s) is/are offered unconditionally;
• The buyer has seven (7) days to return the goods or cancel services;

- The buyer will receive a full refund in thirty (30) days;
- The buyer has the right to keep the gift, premium, bonus or prize without cost.

☐ **b.** If the applicant or applicant's salespeople represent or imply to prospective or actual purchasers that the purchaser will receive certain specific items or one or more items from among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate, whether the items are referred to as gifts, premiums, bonuses, prizes, or otherwise, list the following:

Item offered: _____

Price or value of worth: $ _____

Basis for valuation: _____

Price paid by applicant: $ _____

Supplier's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Telephone Number: _____

☑ **c.** Does not apply.

*(Attach additional sheets as necessary using the same format)*

**17.** ☐ **a.** A purchaser receives all of the items described by applicant's salespeople. *[s. 501.614(5), F.S.]*

☐ **b.** Complete the following in the event a purchaser does not actually receive all of the items described by the seller or salesperson:

- Applicant decides which item or items a particular prospective purchaser is to receive in the following manner:

_____

- The odds a single prospective purchaser has of receiving each item described is:

_____

- The name and address of each recipient who has during the preceding 12 months (or if applicant has not been in business that long, during the period applicant has been in business) received any gift, premium, bonus prize:

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

*(Attach additional sheets as necessary using the same format)*

☑ **c.** Applicant does not represent or imply prospective or actual purchasers will receive certain specific items, one or more items among designated items, or a certificate of any type which the purchaser must redeem to obtain the item described in the certificate.

**18.** ☐ Attached and marked as Exhibit 5 is a copy of the written statement of terms and conditions provided to the purchaser. *[s. 501.614(3), F.S.]* See attached

Velez Att. LL
Page 8 of 11

**19.** Provide the following information for EACH institution where banking or similar monetary transactions are done by the applicant. *[s. 501.606(3), F.S.]*

| Name of Institution: | Name of Contact Person: |
|---|---|
| BANK OF AMERICA | TRACY Jones |

| Telephone Number: | Account Number(s): |
|---|---|
| ( 800 ) 432 - 1000 | |

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*
8300 Merchants Way.

| City: | | State: | Zip Code: |
|---|---|---|---|
| Jacksonville | | FL | 32222 - |

| Name of Institution: | Name of Contact Person: |
|---|---|
| | |

| Telephone Number: | Account Number(s): |
|---|---|
| ( ) - | |

**Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*

| City: | | State: | Zip Code: |
|---|---|---|---|
| | | | - |

**20.** Name and address of agent in Florida who is authorized to receive service of process:

Legal Name: KASH N Check

**Current Physical Address** *(if applicable please include suite, apartment and/or unit numbers):*
541 N. PALMETTO AVE          SUITE 103

| City: | | State: | Zip Code: |
|---|---|---|---|
| SANFORD | | FL | 32771 - |

| Telephone Number: | Email Address: |
|---|---|
| ( 321 ) 229 -2462 | Kashncheck @ gmail.com |

**21.** Brief description of product(s) sold and/or service(s) provided:

MEDICAL ALERT Product

**22.** IN ADDITION TO THE DOCUMENTS REQUIRED ABOVE, PLEASE ATTACH ONE OF THE FOLLOWING FORMS OF SECURITY IN THE MINIMUM AMOUNT OF $50,000.

☑ Surety Bond               ☐ Letter of Credit               ☐ Certificate of Deposit

**The security must be issued by a company authorized to transact business in this state. You must maintain the security as long as the license is in effect.**

FDACS-10001 Rev. 08/13
Page 9 of 13

Velez Att. LL
Page 9 of 11

☑ **LICENSING FEE - $1,500,** Check or Money order made payable to FDACS.

| **Verification and Signature** |
| --- |

I understand that the Florida Department of Agriculture and Consumer Services will conduct a background investigation of the individuals listed in the application.

I hereby give my permission and waive any provisions of law that forbid any court, police agency, employer, firm, or person, from disclosing any knowledge or information they have concerning me which is requested by the Florida Department of Agriculture and Consumer Services. I further consent and request that the Division Director of the Division of Consumer Services, or the Director's representative, be provided with a certified copy of any such record concerning me which they may deem necessary in the performance of their investigation.

Any commercial telephone seller or salesperson who falsifies information on an application commits a felony of the third degree, punishable as provided in s. 775.082, 775.083, or 775.084, F.S.

**I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE INFORMATION PROVIDED IN THIS APPLICATION, AND IN ANY EXHIBITS ATTACHED HERETO, IS TRUE AND CORRECT.**

_____
Signature

_____
PAUL MIRANDA
Print Name

( 904 ) ▮▮▮▮▮▮▮
Telephone Number

9 / 16 /14
Date

## Application Addendum

Bond Rider- I have contacted the bond issuing company and they are reissuing a new bond rider with the LLC being added to the end of the business name and the DBA Oasis Money Group also. Upon receiving I will send it to your office. I have put a copy of the new one the this packet.

#11- I have no sales people at this current time. Once I do I will take the necessary steps to get them licensed.

#12 - I have no phone number set up. Once I obtain one I will send it to you.

#18- All fulfillments are done by Life watch, Inc. which sends customers the information on the product.

# Attachment MM

# PRODUCT SCRIPT

*telemarketing license*

Hello, this is (Rep Name), My ~~PLS agent~~ number is (Say agent number), may I ask whom I'm speaking with? (Write down their name) And in case we disconnected is this the best phone number to reach you back on? Okay Great.

For responding today to our **_Senior Life Support_** Assistance Program, you've been selected to receive a Medical Alert System at NO COST, that has a value of over $400 dollars.

You're probably familiar with the Medical Alert System as seen on the TV commercial. Or maybe you've seen the Medical Alert in the System in USA Weekend, US News or Smart Source Magazine.

It's the same system as seen on TV and it works <u>very</u> simple. If you have a medical emergency, a fire, burglary or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the lightweight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician (E.M.T.). They will evaluate your situation, immediately get you the help you need, notify family or 911 and comfort you until help arrives. Your alert button works from anywhere in the home and it even works outside of your home. It has a 1,500 foot range. Which is over a quarter of a mile!

This device will give you the peace of mind that you need, allow you to feel safe and make sure that you never feel alone in the case of an emergency. (Mr/Mrs Last Name) It could really help you in a time of need and can even be lifesaving.

Our device is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 35 years.

<u>(Mr/Mrs Last Name) Your FREE medical alert system includes:</u>

- A medical alert base station with a loud speaker and a very sensitive microphone
- A waterproof wrist or necklace button.
- Free shipping and free activation.
- There's a Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.

Also included, is an away from home Protection Card that gives emergency personnel 24 hour a day7 day a week access to your important medical information. And last but not least, _**You will receive a $50 Gift Card from Restaurant.com that can be used at over 50,000 restaurants nationwide. (Mr/Mrs Last Name) each month you stay our customer you'll receive a new $50 Gift Card in the mail that you can share with friends and family.**_

Now (Mr/Mrs Last Name) The system is **AT NO COST** for the equipment and the shipping is also FREE. Normally all of this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system. The only thing you would be responsible for is the Emergency Medical monitoring of just $34.95 **EVERY** month. _**(Pay TODAY)**_ There are absolutely NO contracts. You can cancel at any time with no cancellation fees. The billing cycle starts when you receive the system and activate it. And EVERYTHING else is completely, FREE.

Okay (Mr/Mrs Last Name) what address would you like your Emergency Medical Alert system shipped to? (Type their address _**(correctly)**_ in the customer information form)

And for the monthly Emergency Medical Monitoring, which card would you like to use?    VISA, Mastercard, American Express or Discover?     (If they say they do not have a credit card, then say "Okay, do you have a debit card, we can go ahead and get you signed up)       (If NO credit card or debit card, then ask for checking or savings acct.) Okay, we can also get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it.                     (If no checking account, then say "Do you have a savings account?") (If yes, say " Okay, go ahead and grab a bank statement so we can get some information off of it.")

Do you have a spouse or someone else in your home that you would also like to be protected? (If Yes, then go on, If No skip to "Fill out the customer information form" below) Okay we will also send you, for FREE, an additional wrist or necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Medical Technician monitoring. So you and your spouse would be protected for just $39.95 a month and all of the equipment and shipping is still FREE.

(Fill out **_ALL_** the customer information form on computer _**correctly**_) NO NOT USE CAPS LOCK

Last Step—Close Up and have _**TO transfer**_ to Verification/Confirmation

Now this is just a reminder the $34.95 will be charged _**TODAY**_ and EVERY month after as long as you decide to keep the system but you can cancel at any time with no cancellation fees! (Wait for response from customer)

Great, your equipment will be shipped to you at (Repeat Shipping Address) and will arrive within the next 7 to 10 business days. Don't forget to activate your system as soon as you receive it by plugging it into your phone line jack and pushing the button. This will make a test call to activate your system and immediately start protecting you.

Okay, (Mr/Mrs Last Name) I am going to transfer you to our verification department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any additional questions. Again, before I transfer you , my name is _____ and I'm the sales agent submitting your request, so if you have any other questions for me, don't hesitate to ask, otherwise I'll transfer you now. Thank you for trusting _**Senior Life Support**_ and I hope you enjoy the safe feeling of having a medical alert system.

Please hold while I transfer you to the confirmation department, this may take a few minutes for your call to be _**connected/answered**_, please be patient and _**Don't hang up until you talk to the confirmation department. Make sure you keep your credit-card/checkbook handy.**_

## STAND UP AND CALL OUT "CONFIRMATION!"

_**Reminders For the Sales Rep.**_

The TO will transfer the call to Verification/Confirmation _**NOT**_ you the representative.

_**You MUST put EVERYTHING in the notes that you offered FREE to the customer and if it is a post date!!!! Input ALL information and spell correctly, thank you.**_

_**Remember every call is recorded and monitored.**_ ☺