UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, and | ) |
| | ) |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | ) ) ) |
| | ) Case No. 15cv5781 |
| Plaintiffs, | ) Judge Feinerman |
| | ) Magistrate Judge Gilbert |
| v. | ) |
| | ) |
| LIFEWATCH INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# EXHIBITS SUPPORTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

### STATE LAW ENFORCEMENT DECLARATIONS

Declaration of Eliza K. Bradley……………………………….…………..………………PX 5
Deputy Attorney General, Office of the Indiana Attorney General

### BETTER BUSINESS BUREAU DECLARATIONS

Declaration of Bill Smith………………………………………………………….………....…PX 6
Investigator, Better Business Bureau serving Eastern Missouri and Southern Illinois

Declaration of Susan Cuomo……………………………………………………...………….PX 7
Senior Manager, Information and Investigations, Better Business Bureau of
Metropolitan New York, Long Island, and the Mid-Hudson Region

### THIRD PARTY DECLARATIONS

Declaration of Rhonda Lees……………………………….……………………….......PX 8
Vice President, Legal Affairs, American Diabetes Association

Declaration of Lewis Kinard………………………………………………….…..………..PX 9
Senior Attorney, American Heart Association

Declaration of Patrick Shirdon………………………………..………..……..………PX 10
Executive Officer, National Institute on Aging

Declaration of Leslie Nettleford………………………………..……..………………PX 11
Associate General Counsel, AARP

Declaration of Christopher Hendriksen………………………..…….……....PX 12
Chief Executive Officer, VRI, Inc.

Declaration of Kenneth Gross………..………………………………..………………PX 13
Executive Chairman, Connect America.com, LLC

Declaration of Michael Hilgar………………………………………..……..…...…PX 14
*Defendant, FTC v. Worldwide Info Servs. Inc*., Civ. No. 6:14-cv-8-ORL-28DAB
(M.D. Fla.)

Declaration of Joseph Settecase……………………………..………..………...…PX 15
*Defendant, FTC v. Worldwide Info Servs. Inc*., Civ. No. 6:14-cv-8-ORL-28DAB
(M.D. Fla.)

Declaration of Brick Kane………………………………………..………..…….……PX 16
President and Chief Operating Officer, Robb Evans & Associates LLC

## CONSUMER DECLARATIONS

Declaration of Kathleen Bangasser…………………………...………..……………PX 17

Declaration of Ann Barker……………………………………..…………………...PX 18

Declaration of Roger Beyer……………………………………………………..PX 19

Declaration of Milton Bird……………………………...…………………..PX 20

Declaration of Tamara Bliss……………………………………...……………………PX 21

Declaration of Shirley Bourne…………………………………..……………………..PX 22

Declaration of Donald Bristow…………………………………..……………………PX 23

Declaration of Betty Carson…………………………………………..………………PX 24

Declaration of Joan Cattie……………………………………..……………………PX 25

Declaration of Vicki Cavic…………………………………………..……………………..PX 26

Declaration of Albert Clawson……………….…………………………...………..….…PX 27

Declaration of Marilyn Cummings……………………………………………..…………..…PX 28

Declaration of Gayle D'Addario………….……………………………..………………PX 29

Declaration of Hilda Daniel………………………………………………………..…….PX 30

Declaration of Paul deLoca……………………………………...……………………..PX 31

Declaration of David Eden………………………………………...……………………..PX 32