# PX 6

## DECLARATION OF BILL SMITH
## PURSUANT TO 28 U.S.C. § 1746

I, Bill Smith, hereby declare as follows:

1. My name is Bill Smith. I am a United States citizen and am over the age of eighteen.

2. I am an Investigator with the Better Business Bureau serving Eastern Missouri and Southern Illinois ("BBB"). I have been employed at the BBB since November 2008. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to the facts stated herein.

3. As an Investigator, my job is to investigate businesses and charities for fraud and other unethical business practices. I generally open investigations after the BBB has received several consumer complaints on a company. My investigations usually culminate in news alerts on the company, which the BBB provides to the press and the public.

4. Earlier this year, I began investigating a company that identified itself as "Senior Medical Alarm" after the BBB received several inquiries about it from consumers. The consumer inquiries were all similar, claiming that the company was making telemarketing calls that seemed suspicious. Many of the calls seemed to be recordings, and oftentimes the calls were left on the consumers' answering machines. The consumers also generally reported that the messages indicated that a medical alert device had already been purchased for the consumer, and that shipping just needed to be set up. Consumers identified two

Page **1 of 5**

Initials _WRS_

telephone numbers from which the calls were being made, (573) 321-4907 and (573) 568-7760.

5. I began my investigation on the company by looking for any corporate information I could find on Senior Medical Alarm. I could not find any company in the United States with that name. I then attempted to contact the company by calling the two telephone numbers that consumers had reported in their complaints. I called both numbers several times without being able to reach anyone, but eventually someone answered at the (573) 321-4907 number. The person who answered the call identified the company as "Senior Medical Alarm." I did not identify myself as an investigator with the BBB, but acted as if I were a consumer interested in learning about the medical alert device. When I began asking questions about the company, I was transferred to a man who identified himself as "David Bell." It was my understanding that Mr. Bell was a manager at the company.

6. Mr. Bell confirmed that the name of the company was Senior Medical Alarm, and said it was based in midtown New York. He said the company was celebrating its 30th anniversary. Mr. Bell told me that the medical alert device the company was selling was waterproof and had a reach of 1500 feet. He said there was a $34.95 monthly fee for the product, but there were no activation or cancellation fees and the company even paid for return shipping. Mr. Bell said his company was the only one of its kind not to require its customers to enter into a contract. I pressed Mr. Bell on the name of the company, but he just continued to repeat that the company's name was Senior Medical Alarm. Mr. Bell eventually hung up on me when I kept asking for information about the company.

Page **2** of **5**

Initials _WRS_

7. After my call with Mr. Bell, I did some additional company research using the information he gave me. I found one company that matched Mr. Bell's description, Lifewatch USA ("Lifewatch"). Lifewatch is based in New York and recently celebrated its 30th anniversary. Lifewatch's medical alert device also has the features Mr. Bell described, and charges a monthly fee of $34.95.

8. I decided to contact Lifewatch to find out whether it was the company responsible for the Senior Medical Alarm telemarketing calls. On May 10, 2013, I sent an email to Evan Sirlin at evan@lifewatch.net. I found this email address on the website longtermcarelink.net, and other research I did identified Mr. Sirlin as the President of Lifewatch. In my email, I indicated that the BBB had received numerous complaints about Senior Medical Alarm telemarketing calls, and informed Mr. Sirlin that I believed these calls were linked to Lifewatch. I requested that a company representative contact me to discuss the issue further. Attached hereto as **Smith Attachment A** is a true and correct copy of the email that I sent to Evan Sirlin on May 10, 2013.

9. Later the same day, I received a telephone call from Mitch May, who identified himself as the Chief Operating Officer of Lifewatch. Mr. May seemed very defensive and told me that Lifewatch is a legitimate business that has been around for 30 years. He also told me that Dick Van Patton was the company's spokesperson. Mr. May said that Lifewatch bought leads from several telemarketing companies, as do many other medical alert device companies. He said that it is hard for Lifewatch to control the telemarketers from

which Lifewatch buys leads, but when Lifewatch finds out that an affiliate telemarketer is doing something illegitimate, Lifewatch stops working with that company. I asked Mr. May to investigate whether Lifewatch could be responsible for the telemarketing calls about which the BBB was receiving complaints. He agreed to look into it and get back to me early the following week.

10. By the next Wednesday, May 15, 2013, I still had not heard back from Mr. May. I called a telephone number for Lifewatch that I found on the company's website to try and reach him, but found the company's telephone system difficult to navigate. After several attempts to get to Mr. May by telephone, I eventually gave up and sent another email to Evan Sirlin's email address since I had previously been able to reach someone at the company through that email. Soon after sending the email, I received a response from Mr. Sirlin. In Mr. Sirlin's email response, he claimed that Lifewatch does not use recorded telemarketing calls in my area. He also said that somebody would call me later that day to follow up. Attached hereto as **Smith Attachment B** is a true and correct copy of the email exchange between Mr. Sirlin and me on May 15, 2013.

11. Later that day a woman named Paula Johnson called me from Lifewatch. I do not specifically remember what we discussed, but she followed up with an email, asking for more information on my inquiry. I responded by providing her the same information I had previously given Mr. May over the telephone. Ms. Johnson responded to my email, indicating she would provide the information to Mr. Sirlin. Attached hereto as **Smith**

**Attachment C** is a true and correct copy of the email exchange between Ms. Johnson and me on May 15, 2013.

12. Soon afterwards, I heard back from Mr. May. He told me that he tried to track the telephone numbers I gave him, but did not find anything. He also said he contacted all the telemarketing companies from which Lifewatch buys leads, and none of them had an employee named David Bell. Mr. May said that the telemarketing calls were an industry-wide problem, but he did not think Lifewatch was responsible for the telemarketing calls I was investigating. He also said he did not know what else he could do.

13. Ultimately, I did not write a news release about the medical alert device telemarketing calls. There were already many releases and warnings about the calls themselves, and I did not feel that I had enough evidence to confirm that Lifewatch was the company responsible for the calls.

14. Soon after I contacted Lifewatch, the BBB stopped getting complaints about telemarketing calls coming from the 573 area code. However, around that time, consumers began to complain about receiving medical alert device telemarketing calls coming from the 636 and 314 area codes, which are also local Missouri area codes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/8__, 2013.    _William R Smith / Bill Smith_
                              Bill Smith

Page 5 of 5

Initials __WRS__

# Attachment A

From: **Bill Smith** <tpc1@stlouisbbb.org>
Date: Fri, May 10, 2013 at 9:05 AM
Subject: From St. Louis BBB - Seniors in Missouri calling about Lifewatch phone solicitations - Media Interest
To: evan@lifewatch.net, Bill Smith <tpc1@stlouisbbb.org>

Good morning,

Our Better Business office has received numerous calls in recent days from consumers asking about what appear to be solicitations from Lifewatch marketers in Missouri. The calls are coming from 573-321-4907 and the marketers represent themselves as being with a company called "Senior Medical Alarm."

Based on information received from one of the salespeople (company has been in business 30 years, 1500 foot communications range, based in New York, waterproof devices, $34.95 monthly charge etc.) we are assuming these calls are coming from Lifewatch USA.

There also is considerable media attention re. these calls.

I would like to speak with a company representative as soon as possible about this.

Sincerely,

Bill Smith, BBB St. Louis


--

**Bill Smith** *Trade Practice Investigator*

**Tel: 314-584-6727**
**Fax: 314-584-6728**
**Email:** tpc1@stlouisbbb.org
**bbb.org *Start with Trust* ®**

Better Business Bureau Serving Eastern Missouri & Southern Illinois
211 North Broadway Suite 2060
St. Louis, MO 63102

Winner of the 2010 Myers Memorial Award for outstanding BBB operations

Find us on Facebook | Twitter | YouTube | LinkedIn | Pinteres-t

Smith Att. A

# Attachment B

From: <evan@lifewatch.net>
Date: Wed, May 15, 2013 at 9:39 AM
Subject: Re: From Better Business Bureau - St. Louis
To: Bill Smith <tpc1@stlouisbbb.org>, Mitch May <Mitchel.may@earthlink.net>, "Paula@lifewatch-usa.com" <Paula@lifewatch-usa.com>, Pam Cohen <pam@lifewatch-usa.com>


I apologize for any miscommunication.
Pam or Mitch I thought were handling.
We do not make automated messages in your area.

516▮▮▮▮▮▮▮ is the executive office line.

I will be with Pam and Mitch in next few hours. Let me know where to call with Mitch this afternoon and we can help you with all concerns as My family has been in this industry for 30plus years and we both have the same interest in treating families and seniors specifically at the highest level.
Sent from my Verizon Wireless BlackBerry

---

From: Bill Smith <tpc1@stlouisbbb.org>
Date: Wed, 15 May 2013 09:34:45 -0500
To: Evan Sirlin<evan@lifewatch.net>
Subject: From Better Business Bureau - St. Louis

On Friday, I spoke with a representative of Lifewatch regarding unauthorized automated solicitations of consumers in our area. At that time, the representative said he would get back to me early this week with additional information. This is Wednesday and I have heard nothing more from your office.

I am in the midst of preparing an alert to the news media and the public regarding this. I would like to hear back from someone as soon as possible.

By the way, reaching anyone in administration through your phone system is a nightmare.

Sincerely,

Bill Smith, BBB St. Louis


--

Bill Smith   *Trade Practice Investigator*

Smith Att. B

**Tel:** 314-584-6727
**Fax:** 314-584-6728
**Email:** tpc1@stlouisbbb.org
**bbb.org** *Start with Trust* ®

Better Business Bureau Serving Eastern Missouri & Southern Illinois
211 North Broadway Suite 2060
St. Louis, MO 63102

Winner of the 2010 Myers Memorial Award for outstanding BBB operations

Find us on Facebook | Twitter | YouTube | LinkedIn | Pinteres-t

Smith Att. B

# Attachment C

From: **Paula Johnson** <paula@lifewatch-usa.com>
Date: Wed, May 15, 2013 at 2:36 PM
Subject: Re: Request Regarding LifeWatch USA - NY
To: Bill Smith <tpc1@stlouisbbb.org>

Thanks Bill! I will get this in front of Evan ASAP.

**Paula Johnson**
**Executive Assistant**
**LifeWatch USA**
Phone: 1-800-716-1433 ext. 152
Email: paula@lifewatch-usa.com

On Wed, May 15, 2013 at 3:26 PM, Bill Smith <tpc1@stlouisbbb.org> wrote:
Paula, I will repeat what I told Mitch on Friday.

We are receiving phone calls from consumers in our BBB area who say they are receiving calls from the following numbers: 573-321-4907 or 573-568-7760. The consumers tell us that some of these are automated calls and some involve a live telemarketer. The calls are attempts to sell a personal alert/alarm system for seniors at a cost of $34.95 per month.

As I told Mitch one of the representatives identified himself as David Bell.

I called the first number back and was given the following information: the company is called "Senior Medical Alarm" (note that I can find no company with that name in the U.S.), the devices are waterproof, the devices have a reach of 1500 feet, the company has been in business for 30 years, the company is based in New York and the company requires no activation or cancellation fee.

Based on those details, it seems the only company that fits the description is Lifewatch.

Mitch had said he would try to track down information on this and get back to me.

Thanks so much for your help,

Bill Smith, BBB St. Louis

Smith Att. C

On Wed, May 15, 2013 at 12:48 PM, Paula Johnson <paula@lifewatch-usa.com> wrote:
Good afternoon, Bill:

It was a pleasure speaking with you earlier. You said that you were waiting on Mitch May, COO of Lifewatch USA to get back to you about research that he is doing regarding solicitation you believe to be affiliated with LifeWatch. Mitch has been tied up in meetings outside of the office and has not returned as yet; however, Evan Sirlin, President, would like to have this resolved as soon as possible. Can you please forward specifics to me for follow-up?

I look forward to your reply.

Regards,

**Paula Johnson**
**Executive Assistant**
**LifeWatch USA**
Phone: 1-800-716-1433 ext. 152
Email: paula@lifewatch-usa.com

--

**Bill Smith**  *Trade Practice Investigator*

Tel: 314-584-6727
Fax: 314-584-6728
Email: tpc1@stlouisbbb.org
**bbb.org** *Start with Trust* ®

Better Business Bureau Serving Eastern Missouri & Southern Illinois
211 North Broadway Suite 2060
St. Louis, MO 63102

Winner of the 2010 Myers Memorial Award for outstanding BBB operations

Find us on Facebook | Twitter | YouTube | LinkedIn | Pinteres-t

Smith Att. C