# PX 7

<u>**DECLARATION OF SUSAN CUOMO**</u>
**PURSUANT TO 28 U.S.C. § 1746**

I, Susan Cuomo, hereby declare as follows:

1.    I am over the age of eighteen, and I am a United States citizen.

2.    I am a Senior Manager in the Information and Investigations Department at the Better Business Bureau of Metropolitan New York, Long Island, and the Mid-Hudson Region ("BBB"). The Information and Investigations Department is responsible for creating and maintaining company reliability reports, and identifying and investigating companies involved in suspicious business activities. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.    One service the BBB provides is to act as an intermediary between consumers and companies during disputes. Consumers can file complaints on a company with the BBB, and the BBB will forward the complaints to the company in an attempt to resolve the problem. The BBB's standard procedure for handling consumer complaints is to give the company an opportunity to respond. Consumers may then address the company's response and indicate whether the response resolves their complaint. The BBB's goal is to close every complaint as "resolved."

4.    Since 2001, the BBB has received more than 215 complaints about Lifewatch, Inc. ("Lifewatch"), of 266 Merrick Road, Suite 104, Lynbrook, New York 11563. Of these complaints, 180 have been filed since 2012, and at least 26 have been filed so far in 2015. Lifewatch routinely responds to consumer complaints.

5.    Attached hereto as **Cuomo Attachment A** are true and correct copies of several consumer complaints filed about Lifewatch so far this year. Where Lifewatch has responded to

Initials _____

the complaints, the company's responses are also included.  Consumers' personal information has been redacted.

6.  I am a duly authorized custodian of the business records of the BBB.  To the best of my knowledge, the records attached to this declaration were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the course of the regularly conducted business activity; and were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____May 12_____, 2015.

_Susan Cuomo_
Susan Cuomo

Initials _____Sc_____

# Attachment A



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ▮▮▮▮▮▮

**Consumer Info:** ▮▮▮▮▮▮
▮▮▮▮▮▮ ▮▮▮
▮▮▮▮▮▮ ▮▮▮

**Business Info:** Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563
(800) 716-1433

**Date Filed:** 1/29/2015

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I am filing this complaint on behalf of my mother. She is 77 years old and having memory issues. In short, my mother may have signed up for this service back in 2012. I say may as she does not remember doing so. The service is one of those wearable devices that people if they fall can push a button and the system will call for help, such as medical or police. The system includes some home equipment and a monitoring service. The monitoring service is a monthly charge.

▮▮▮▮ has paid $114/mo for a service since 2012 for a service she have never received. She has never set up the system, she has never used the system and does not recall ever receiving the equipment (mind you, she has memory issues and may have, but I've searched her house thoroughly several times and have never found the equipment or packaging. There is no system attached to her phone. I have called the company several times over the last 6-8 months to cancel the billing and they refuse to do so. They say they will only stop billing my mother for the monthly monitoring service (that she has never used) until she either returns the equipment or pays $475 for the value of equipment she does not have. She does not have the equipment, and has never used the service yet has paid over $2000 to this company...and they refuse to stop billing her!

They did offer to send another system out and start her on a new contract but giving how they treat their customers that seemed foolish. I have no desire to pay for two on a contract they will not cancel. They also said they called in Aug of 2014 for updated credit card info from my mother, which she likely gave them. She has no memory of doing this, but I have had to call a cancel a few things she ordered off of late night television. Again, she is elderly and showing signs of early dementia. We have taken step to protect her, but it is an extremely difficult task to give the elderly the freedom they desire, but the protection they need. Predatory business practices are not helpful.

The company website www.lifewatch-usa.com advertises that the system sends out periodic test calls to check the system. They highlight this as a key feature. This is obviously untrue as they system was never set up (never

received it), and any test call would have failed. This is false advertising. They are charging my mother for a system she never received, set up, or used. And their own advertising says they send test calls, which they obviously don't. She is paying for a system that doesn't do what they say it does.

I asked for a copy of the signed contract my mom allegedly signed saying she owes them or agrees to pay them $475 for the system if she does not continue with the service. They refused to do so until AFTER I paid the $475. I asked for proof they even sent my mother the system and they gave me this UPS tracking number: ███████████████. UPS does not recognize this number. As such, there is no evidence of my mother ever receiving the equipment. I asked to speak to company managers and was only passed onto voicemail and as of this moment, no call backs.

This company, at least at the customer support level, is corrupt. They refuse to send any proof of my mom even entering into a contract with them or receipt of their equipment. They refuse to stop billing her for a service she has never used until she pays for equipment she never received or used. At the very least, separate the monitoring services (that they aren't doing) from the equipment issue.

My mother will be 78 in March. She lives on a fixed income. I am her son and primary caregiver. I need this company to stop its corrupt, predatory behavior.

**Consumer's Desired Resolution:**
I would be satisfied to just cancel the contract with no more money owed or even returned. However, the more I think about their predatory actions, I would like more than that. They advertise their system as sending periodic test calls to assure the system is working properly. They have never called the house and the system isn't plugged in so there is no way they could have performed any system checks. So, my mom paid for a non-working system. I think she should be refunded all of the fees associated with the flawed and non-working monitoring system. That is $114/month since 2012. I would settle for $2,800 for past payments.

**Business/Consumer Response & Rebuttals:**

**01/31/2015**
**CC**

Respond to Complaint
Good Afternoon:

I left a message for Mr. ███ to contact me to discuss ███'s account. ███ had ordered the service on 8/25/12; she had also ordered an extra Medical Alarm button for her husband, ███. At the time she placed the order, she confirmed no less than 4 times that she understood what the service was, what the monthly payments would be, and she provided her payment information. In terms of Mr. ███'s statement regarding the Tracking #██████████ not being valid, it is 18 months later, and UPS does not provide tracking information after such a long period of time.

The equipment was delivered to ███, and there have been a number of phone conversations with her. In fact, she updated her credit card information on August 22, 2014. In addition, we have never charged a Subscriber $114 per month. ███ claims that ███ does not have our rental equipment at this time, which is valued at $475. In the interest of excellent Customer Service, we will accept the $475 loss for our Medical Alarm Equipment and will make ███'s account inactive. There will be no future billing attempts.

If Mr. ███ would like to speak with me, he can reach me directly at 516-582-1214.

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA

---

**02/03/2015**
███████████

I accept the business's response to this complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ████████, and, although I disagree with some of the statements made as being factually inaccurate, I find that this overall resolution is satisfactory to me and the matter has been resolved.

Sincerely,

███████████

---



**Better Business Bureau**
of Metro Washington DC and Eastern Pennsylvania

BBB®

## COMPLAINT FORM

Complete as much of this form as possible and return it to the BBB at the below address, along with copies of relevant documents such as contracts, receipts, warranties or cancelled checks.

Company Name: _Medical Alarm Systems_

Company Address: _266 Merrick Rd Suite 104_          Company Phone: (_855_) _259-4575_

Company City/St/Zip: _Lynbrook NY 11563_          Company Fax: (_866_) _379-0120_

Customer Name: _Barbara Kuryear_

Customer Address: _____          Customer Day Ph. _____

Customer City/St/Zip: _Phila, PA_          Customer Eve Ph: (___) _same_

Order/Contract/Acct #: _65925/294_          Date Problem Occurred: _on 1-5-15_

Have you spoken to the company about the problem? Y N When? _1-13-15_ Who? _Customer Service_

Nature of Complaint (use back if you need more space):

_they will not to take out any money until 2-15-15 because_
_they said that I had qualify for 1 mo which was the_
_Mo. of Jan because I told them that I had given them_
_the card number on the 2nd of Jan. then I called them on 1-13-15_
_and told them that my card had been de activated & that I'll deactive_
_to keep the alarm System the New card was deactivated on 01-01-15_
_So Why did the Direct Express let the transaction go through on_
_the 5th of Jan._

What would you consider a fair settlement? _tell Medical Alarm Systems to give me my_
_money back or let the 29.95 be for the Mo. of Febon Jan.95_

Your privacy is important to us. Our privacy policy is available online at dc-easternpa.bbb.org or by contacting us.

Signature: _Barbara Kuryear_          Date: _1-14-15_

**South Central PA**
1337 North Front St. ● Harrisburg, PA 17102 ● Phone: 717.364.3250 ● Fax: 717.364.3251 ● www.easternpa.bbb.org

Washington, DC ● Philadelphia ● Harrisburg ● Bethlehem ● Scranton

Cuomo Att. A
Page 4 of 39

Better Business Bureau
13 N Frontst
Harrisburg PA 17102

1710226.2937

PHILADELPHIA PA 190
04 FEB 2015 PM 3 L





Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ███████

**Consumer Info:** Puryear , Barbara
████████████████
Philadelphia , PA ██████
██████████████████

**Business Info:** Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563

**Date Filed:** 2/9/2015

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
See Attached
**Consumer's Desired Resolution:**
See Attached

**Business/Consumer Response & Rebuttals:**

**02/11/2015**
**CC**

Respond to Complaint
Good Morning:

The Medical Alarm Equipment was delivered to Barbara on 1/9/15. I spoke with Barbara today and apologized if she felt she was misled in any way regarding the free month of service. For some reason, she was under the impression that she would be shipped the equipment, use it for 30 days, and not be charged for the service until mid February. What I explained to her is that if she was offered a free month of service, that would be for the second month of service (the February payment), after she had connected and activated the unit. The initial payment must be put through when the equipment is shipped to make certain that future payments will clear because we are sending $500 worth of our Medical Alarm Equipment.

I offered to do the activation with Barbara this morning and give her the second month of service free of charge. She said after reevaluating her financial situation, she was uncertain if she afford the service anyway. With that, I offered to reduce her rate $5 per month. She then explained that she had free medical alarm service provided for inside the home and wanted outside protection. I told her she could return the in-home unit we had sent her, and we would send our 911 Device for outside the home, but once again, she mentioned that she was unsure if she could afford the service.

I informed her that her account would be cancelled upon return of our rental equipment, and she replied that she was unable to pay the postage for the return of the unit at this time. I further accommodated Barbara by sending a return label to her.

We have done everything possible to accommodate Barbara and resolve this complaint.

Sincerely,

Pam Cohen
Customer Relations Manager
Medical Alarm Systems

---

**02/19/2015**
**Ms. Barbara Puryear**

The business's response does not resolve my complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID#████████, and have determined that my complaint has NOT been resolved because:

See Attached

Sincerely,

Barbara Puryear

---



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ▮▮▮▮▮▮▮

**Consumer Info:** Streich , Nina
▮▮▮▮▮▮▮▮▮▮▮▮▮
New York , NY ▮▮▮▮
▮▮▮▮▮▮▮▮▮

**Business Info:** Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563

**Date Filed:** 2/9/2015

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**
A phone solicitation signed me up for a trial of their product but I never received the product that was supposed to be delivered in October. They have been billing me monthly for something I have never received. They say the post office delivered it however I never received it. I have spoken to them monthly, to American Express to stop the billing, to the post office, to my super, to my neighbors. The product has to be "activated." It has never been activated so that indicates that it hasn't been received. They tell me I must pay for this device - at a cost of $475! I have no alternative but to contact the Better Business Bureau for help with this matter. Thank you.

**Consumer's Desired Resolution:**
I just want them to stop billing me for a product I have never received.

**Business/Consumer Response & Rebuttals:**

02/09/2015
Pam Cohen

Respond to Complaint
Good Afternoon:

Per the USPS Tracking info, ███████████ the unit was delivered to Nina on 10/14/14 at 1:37pm.  However, I called Nina and she claims never to have received it.  At this time, in the interest of excellent Customer Service, we will make Nina's account inactive.  There will be no further billing attempts.  We are sending a USPS Return Label to Nina, in case she does locate the unit, so she can send it back to us.  At this time, we are at a loss for our $475 Unit and the monitoring fees that we have been paying for the last 3 and a half months.

If Nina does locate the unit, I would appreciate her contacting me directly at 1-800-716-1433, ext. 1896 or 516-582-1214,

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA

___

02/10/2015
 Nina  Streich

I accept the business's response to this complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ████████, and find that this resolution is satisfactory to me and the matter has been resolved.  I thank the Better Business Bureau as well as the company's speedy response to my complaint.  I had been trying to resolve this problem for three months by dealing directly with the company, the USPS and my credit card, to no avail.  The issue was resolved the same day I contacted the Better Business Bureau.

Sincerely,

Nina Streich

___



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ████████

**Consumer Info:** ████████

**Business Info:**    Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563
(800) 716-1433

**Date Filed:** 2/11/2015

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**
Below is a copy of a letter mailed to LifeWatch when returning the product yesterday. It was mailed via FedEx: Tracking # xxxxxxxx and should arrive on Friday, 2/13/15.

Short synopsis: The LifeWatch system was sold over the phone to my father with dementia. He is very confused by such offers and sales calls and likely motivated by fear to purchase this product. The agent selling the device and system to my father must have been able to discern this over the phone at time of order, but collected his credit card information and proceeded to charge him for the system. My father had no recall of ordering the device, any agreement regarding service with the device, or receiving the device. I finally found the device (never used) this past weekend at his home and have returned it to LifeWatch as instructed. LifeWatch over the phone says that my father is responsible for all charges since ordering the device in early November. There is no written contract between my father and LifeWatch and any recorded verbal conversation will indicate confusion or pressure to purchase the device. This is unethical and needs to be corrected in full.

=======================================================================================================================

LifeWatchUSA

266 Merrick Road, Suite 104, Lynbrook, NY 11563

RE: Customer ID xxxxxxxxxx / Unit ID xxxxxxxxxxxxxxxxxxxx

To Whom It May Concern:

Please find enclosed the returned item noted above. It was ordered by my father (xxxxxxx xxxxxxxx) who has dementia, late last year over his home phone. I do no know if my father was called by your company or if he saw a commercial on TV and then picked up the phone. Apparently he ordered your system and device using his

credit card.

My father is very easily confused and should not have ordered the device as he would have difficulty even using it. My father has no memory of ordering the device or any recollection of any agreement to pay monthly monitoring fees for the device.

Last month, as my father's Power of Attorney, I noticed his credit card billings for the device and monitoring beginning November 3. I asked him repeatedly if he had seen the device at home or used it. The answer was always no. I also called your customer service number to ask for more information on 2 or 3 occasions and was informed of the monthly fee, device information, and penalty if we could not find the device (in excess of $400!).

Finally this last weekend I was able to visit my father and found the device at his home. I called your customer service number today and spoke to Paul, who advised me to send the device back. I am doing so with this letter and via priority mail to track the shipment.

If you record your calls for ordering the device, I encourage you to review the call and send me a transcript. I would not be surprised to know that it was a long and confused conversation ultimately resulting in your representative convincing my father to purchase the device. He may have even agreed to purchase it more than once. But the transcript of that call will indicate that he was very unclear and confused on what he was purchasing and the obligations he was taking on.

Your representative, Paul, informed me that we were responsible for monitoring fees until the device was returned.

**Consumer's Desired Resolution:**
I feel strongly that because of the issues noted above and since the device was never used and only recently discovered ,that all charges should be reversed immediately. There is no contract between my father and your company. At a very minimum, you need to offer this refund as a gesture of goodwill for the hassle my father and I have incurred from this whole process.

Please refund the following charges as soon as possible:
$44.95 Initial "Introductiory Rate" Fee (11/3/14)
$9.95 Shipping fee: (11/3/14) (I am shipping the device back on my own nickel.)
$44.95 Monthly Subscription Fee (12/20/14)
$44.95 Monthly Subscription Fee (1/20/14)
$144.80 TOTAL

**Business/Consumer Response & Rebuttals:**

03/01/2015
CC

Respond to Complaint
Good Afternoon:

In response to this Complaint, I am unable to forward the recording of the initial Sales Call between ████ and the Sales Agent due to Privacy Laws; it would have to be subpoenaed. However, based on ████'s concerns, I listened to the Confirmation Part of the Sales Call. Throughout the phone call, ████ was clear and lucid at all times. He asked many intuitive questions regarding the range of the unit, the return policy, and confirmed the pricing for the monthly service multiple times. He was asked if he had an additional number besides his home number, and he relayed his cell number immediately.
He had even requested expedited shipping, because he mentioned that he would be away during the month of December, but then declined because he didn't want to pay the expedited shipping fee. In no way during this entire call did ████ seem confused or disoriented in any way.

Prior to sending the Medical Alarm Equipment, we contacted Mr. ████, as we do with all our Subscribers when an order is placed, to inform him it was being shipped and to review the service, the pricing, and the payment information with him; once again, ████ confirmed he wanted and needed the service. It was delivered to him on 11/15/14. The equipment was returned to us and his account made inactive on 2/18/15.

Customer Service is the most important aspect of our business, and we are proud of serving 200,000 satisfied Subscribers Nationwide. We have been in business for more than 34 years and have an A+ BBB Rating because the proper protocol is always in place. All Sales calls are recorded, it must be confirmed no less than 4 times that the Subscriber understands what the service is, what the monthly charges are, and they provide their payment method. Before we ship our Medical Alarm Equipment, we contact the Subscriber to review and confirm their order again.

As a courtesy and in the interest of excellent Customer Service, we will provide a refund for one month of service in the amount of $44.95, although ████ was in possession of our equipment for a three-month period.

I can be reached directly at 516-582-1214, if there are any further questions or concerns.

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA
1-800-716-1433, ext. 1897 (Work)
1-516-582-1214 (Cell)

03/07/2015

████████████████

The business's response does not resolve my complaint.

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID# ████████, and have determined that my complaint has NOT been resolved because:

The day after receiving this response from the company through the BBB, I called their representative, Pam Cohen at her cell phone number 1-516-582-1214, and we spoke for some time about the issue. She indicated her company is not the seller of the product, only the manufacturer, and that there are MANY sellers (contractors) out there selling their products. Of course, for me this does not abdicate her company's responsibility as they are the ones charging the credit card for all of the services and (presumably) kicking back a commission to the contractors. She indicated that she had listened to the recording of the conversation with my father (presumably provided by the contractor) but was unwilling to let me listen or provide a transcript without filing a subpoena. I guess we need to go by her word and interpretation unless we are willing to go to court over the issue. Unacceptable, really.

However, given the circumstances and time / money already spent on this issue, Pam Cohen and I agreed to reimbursement of two months of the service instead of all three. I specifically asked if she would be crediting the original CC immediately so that I could close my BBB case within the required 6 day window as a satisfactory resolution. She said she would get the credit done "right away".

It's now been three days since talking Pam Cohen and there has been no credit issued to the credit card for the agreed two months of service charged. Consequently, I feel I need to log this complaint as NOT RESOLVED with the BBB as the 6 day window to do so is rapidly closing.

Further, due to the continued inaction by the company and added time and effort by myself to get this resolved, I would again request full reimbursement for all services and shipping associated with the device as indicated in my original complaint. At this point in time, I would accept this as a satisfactory resolution.

Thank you.

Thank you.

In order for the BBB to appropriately process your response, you MUST answer the question above.

Sincerely,

████████████████

03/09/2015
CC

Respond to Complaint

Good Afternoon:

As I promised to ████, we attempted to process the refund for 2 months of service totaling $89.90 on March 4, 2015.  However, the refund was declined; perhaps, ████ changed his credit card number.  When the refund to the credit card declined, a check for said amount was mailed.  ████ should be receiving that check any day, if he has not already received it already.  The Bookkeeper should have informed me that the Refund was being processed by mail, and I would have reached out to ████.  For that I apologize, but I am certainly a person of my word, and the refund has been processed, as promised.

Sincerely,

Pam Cohen
Customer Relations Manager
516-582-1214



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ██████████

**Consumer Info:** Simms , Michael
██████████████
Louisville , KY ██████

██████████████████

**Business Info:** Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563
(800) 716-1433

**Date Filed:** 2/17/2015

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**
Lifewatch uses (or accepts) 3rd party sales from telemarketers. I get these calls at least once a week for years. These telemarketers ignore the "Do Not Call List" & continue to call even after I request that they do not call. Lifewatch has some sort of agreement with these telemarketers as is proven by the immediate acceptance of data ( name, credit card number, sales info, etc.) by Lifewatch. I assume Lifewatch is attempting to get around the Do Not Call List by using these 3rd party sales methods. I think the whole thing is a disgrace & the BBB should require Lifewatch to stop using these telemarketers to avoid following the law. How can the BBB accredit a company that has these sales practices?
I HAVE ALSO MADE A FORMAL COMPLAINT TO THE NEW YORK ATTORNEY GENERAL.

**Consumer's Desired Resolution:**
Lifewatch can control what these telemarketers are doing. All they need to do is quit accepting sales leads & information from Lifewatch.
Stop Contacting Me

**Business/Consumer Response & Rebuttals:**

**02/23/2015**
**CC**

Respond to Complaint
Good Morning:

In response to this Complaint, we are the Medical Alarm Company; we ship the equipment and monitor our 200,000 Subscribers Nationwide. We have never and do not make outbound Sales Calls. There are, however, hundreds of Sales Agencies across the Country that sell the Medical Alarm Service. It is an industry-wide practice whereby the Medical Alarm Companies purchase those accounts. A certain criteria must be met before an account is purchased. All Sales Calls must be recorded; it must be confirmed no less than 4 times that a Subscriber understands what the Service is, what their monthly monitoring fee will be, and the Subscribers provides their payment information. Before we ship our equipment, we always place a Confirmation Call to the new Subscriber to make certain the Subscriber does want the service. Proper protocol is always in place.

We do not condone any type of inappropriate Sales Practices on the part of the Sales Agencies. Mr. Simms had placed an order through his phone number ███ ███████  As soon as we became aware of his Complaint as to what this particular Sales Agency was doing in terms of multiple calls to him, we cut them off. We will no longer do business with them.

Sincerely,

Pam Cohen
Customer Relations Manager
1-800-716-1433, ext. 1897

---

**02/24/2015**
**Mr. Michael Simms**

The business's response does not resolve my complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID# ████████, and have determined that my complaint has NOT been resolved because:

I'll wait a few weeks & see if their telemarketer calls back. It's been my experience that these companies that ignore the "Do Not Call List" will call again. Also, how can the BBB not mention the current Civil Action against Lifewatch in U. S. District Court, Southern District of New York, case # 14 CV 3575? This case was filed 5/19/2014? It seems that if the BBB has any creditability that this case should be mentioned in it's review of Lifewatch. How can you rate this company A+?

[Your Answer Here]

In order for the BBB to appropriately process your response, you MUST answer the question above.

Sincerely,

Michael Simms

---



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ▮▮▮▮▮▮

**Consumer Info:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Business Info:** Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563
(800) 716-1433

**Date Filed:** 2/26/2015

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**
my elderly mother was contacted about ordering one of these monitoring watches and she was told to give them her credit card information for the record and when she was ready all she needed to do was call and they would activate the acct. recently i took over her bill paying and i discovered they have been billing her for over a year. there was a financial form in the package that was sent to her that was never filled out and returned to them. i talked to "Darren" the manager over billing and i was told to return the equipment and call them back to see about a refund. so i did in jan 2015 and they said they would refund 2 months but that was the best they would do. after a little back in forth they said they would contact me again and i havent heard from them.

**Consumer's Desired Resolution:**
i would like to be refunded for a year of services she never used. she never called to activate the system and the box wasnt even opened. thanks

**Business/Consumer Response & Rebuttals:**

**03/03/2015**
**Pam Cohen**

Respond to Complaint
Good Morning:

I spoke with ████ yesterday, and I explained that we are Medical Alarm Company.  We ship our equipment and monitor our 200,000 Subscribers Nationwide.  Ms. ████ ordered the service through the Sales Agency on 11/8/13 and our Medical Alarm equipment was delivered to her on 11/14/13.  The equipment was returned to us and made inactive on 1/12/15, approximately 14 months later.  From the day the equipment is shipped, it is activated with the Monitoring Center, so that any time ████ connected the unit and needed assistance, the Monitoring Center had her information in terms of her name, address, and phone number.  Therefore, we have been paying the Monitoring Center all this time.

It is unfortunate that neither ████ or her family members noticed the monthly charges for the Medical Alarm Service on her Credit Card Statements for 13 months.  From a Company point of view, if our equipment had been returned to us within a reasonable amount of time, perhaps a month or two, it would have been passed on to another Subscriber, and we would have received payment for the Service from them.  As I discussed with ████, it is not possible for us to refund all payments at this point, when our equipment had been with ████ for a 14-month period.  We have, however,  processed a refund of 3 months for a total of $104.85.

If ████ has any further questions or concerns, he may reach me directly at 516-582-1214.

Thank you.

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA
1-800-716-1433, ext. 1897 (Work)
1-516-582-1214 (Cell)

---



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ▮▮▮▮▮▮

**Consumer Info:** ▮▮▮▮▮▮        **Business Info:**    Lifewatch, Inc.
                                                        266 Merrick Rd Ste 104
                                                        Lynbrook, NY 11563
                                                        (800) 716-1433

**Date Filed:** 3/3/2015

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
RE: Questionable business practices

My name is ▮▮▮▮▮ and I'm writing on behalf of my mother, ▮▮▮▮▮ in reference to questionable business practices she has received from Lifewatch USA. My mother is an elderly at 82 and has limited hearing as well as difficulty in the English language. As such, I assist with matters on her belalf.

Matters in question: Billings for equipment and services that my Mother, ▮▮▮▮▮ has allegedly received from Lifewatch USA.

As it pertains to Lifewatch USA and request for payment, it's been my mother's contention that she has not received nor agreed to services from LifeWatch USA. She added that she recalled a conversation with an individual over the phone offering "free" medical services sometime late last year 2014. Being on a fixed income and living in a government-assisted housing, my mother tends to be interested in free or discounted services/materials. She also admitted to providing her debit card with the understanding that it was necessary to provide such services. However, towards the end of the conversation with said representative, she suspected that such "free" services came at a cost, so she declined the offer and ended conversation with said representative.

On 1/14/15, my mother called me indicating that LifeWatch had called her demanding monies and she responded by saying that she didn't understand and will have her son call them. I called the phone number provided to my Mother and spoke to Kevin. He explained that my mother had agreed to such services over the phone and he provided a USPS number to indicate that items were shipped to her address. Kevin also added that LifeWatch will cancel her services upon receipt of said shipped equipment. I ended that phone call and spoke with my mother on the matter and she indicated that she did not agree to such services nor did she receive any items from LifeWatch or other companies for any devices. I then, called Kevin again on the same day and passed on such information. Kevin indicated that as far as they are concerned, ▮▮▮▮▮ agreed to the services and the equipment was delivered to her residence. He added that it would cost my mother approximately $500 to replace the equipment which would also cancel the services. Understanding that it was the only solution for

your company, I asked Kevin to send my mother a billing to cancel such services and all agreements/documents to what services/products my mother has allegedly received from LifeWatch. She has yet to receive such information.

Since my conversations with LifeWatch on 1/14/15, I have yet to receive the requested information and have since sent 4 letters to the company with no responses. I will point out that the recent billing with a ballooned total of $1,054.85 was sent to my personal address rather than my Mother's home, which confirms that Lifewatch is receiving my correspondences

The letters are summarized as follows:

Letter #1: sent 1/28/15 in response to a continued billing invoice of $34.95 for monthly services; requested company to provide agreement/documents to support services and products that my Mother allegedly agreed to receive from LifeWatch. NO RESPONSE

Letter #2: sent 2/4/15 in response to receipt of a billing of $475.00 for lost equipment, but no other information. Again I requested company to provide agreement/documents to support their claim as well as confirmation of cancellation of services. NO RESPONSE

Letter #3: sent 2/26/15 in response to receipt of another billing with a total of $579.85. Again I requested company to provide agreement/documents to support their claim as well as confirmation of cancellation of services. NO RESPONSE

Letter #4: sent 3/2/15 in response to receipt of another billing for "another" lost equipment for $475.00 bringing the grand total to $1,054.85.

FULL LETTERS:

LETTER #1:

███████

xxxxxxxxxxxxxx

xxxxxxxxxxxxxx

January 28, 2015

LifeWatch-USA Collections Dept.

266 Merrick Road #104

Lynbrook, NY 11563


RE: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Dear Collections/Customer Service:

My name is ██████████ and I'm writing on behalf of my mother, ██████████ in reference to a collection billing from your office. My mother is an elderly at 82 and has limited hearing as well as difficulty in the English language. As such, I assist with matters on her belalf.

As it pertains to your company and request for payment, it's been my mother's contention that she has not received nor agreed to services from LifeWatch USA. She added that she recalled a conversation with an individual over the phone offering "free" medical services sometime late last year. Being on a fixed income and living in a government assisted housing, my mother tends to be interested in free or discounted services/materials. She also admitted to providing her debit card with the understanding that it was necessary to provide such services. However, towards the end of the conversation with said representative, she suspected that such "free" services came at a cost, so she declined the offer and ended conversation with said representative.

On 1/14/15, my mother called me indicating that LifeWatch had called her demanding monies and she responded by saying that she didn't understand and will have her son call them. I called the 7133 phone number and spoke to Kevin. He explained that my mother had verbally agreed to such services and he provided a USPS

number to indicate that items were shipped to her address. Kevin also added that LifeWatch will cancel her services upon receipt of said shipped equipment. I ended that phone call and spoke with my mother on the matter and she indicated that she did not agree to such services nor did she receive any items from LifeWatch or other companies for any devices. I then, called Kevin again on the same day at the 7133 phone number and passed on such information. Kevin indicated that as far as they are concerned, ██████ agreed to the services and the equipment was delivered to her residence. He added that it would cost my mother approximately $500 to replace the equipment which would also cancel the services. Understanding that it was the only solution for your company, I asked Kevin to send my mother a billing to cancel such services and all agreements/documents to what services/products my mother has allegedly received from LifeWatch. She has yet to receive such information.

When able, please send all requested information to my attention at my residence as noted above, so I may review and seek counsel.


Regards,

██████████

LETTER #2

██████████

xxxxxxxxxxxxxx
xxxxxxxxxxxxxx
February 4, 2015
LifeWatch-USA Collections Dept.
266 Merrick Road #104
Lynbrook, NY 11563


RE: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Dear Collections/Customer Service:
Pursuant to my previous letter dated 1/28/15, My Mother is now in receipt of a bill for $475.00 for lost/damaged product. However, I did not receive a full description of item nor the service agreements.
To repeat my request, please provide the following information:
• Service agreement and services that ██████ allegedly agreed to receive from your company.
• A full description of item(s) that was shipped to my Mother for such services that is now the subject of the $475.00 recent billing. My Mother remains adamant to non-receipt of any items from your company or any devices from other companies.
• Affirmation of cancellation of any services from your company.
When able, please send all requested information to my attention at my residence as noted above, so I may review and seek counsel.


Regards,

██████████

Enclosed: Letter #1
LETTER #3

██████████

xxxxxxxxxxxxxx
xxxxxxxxxxxxxx

February 26, 2015
LifeWatch-USA Collections Dept.
266 Merrick Road #104
Lynbrook, NY 11563

RE: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Dear Collections/Customer Service:
Pursuant to my previous letter(s) dated 1/28/15 and 2/4/15, My Mother is now in receipt of a bill for a total of $579.85 for lost products as well as ongoing services. The absence in any written responses to my letters questions the legitimacy and operations of your company. But yet, you continue to bill my mother for services and collection monies.
To repeat my request, please provide the following information:
• Service agreement and services that ███████ allegedly agreed to receive from your company.
• A full description of item(s) that was shipped to my Mother for such services that is now the subject of the $579.85 recent billing. My Mother remains adamant to non-receipt of any items from your company or any devices from other companies.
• Affirmation of cancellation of any services from your company.
When able, please send all requested information to my attention at my residence as noted above, so I may review and seek counsel.


Regards,

███████


Enclosed: Letter #1, Letter #2, POA
Letter #4
███████

xxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxx
March 2, 2015
LifeWatch-USA Collections Dept.
266 Merrick Road #104
Lynbrook, NY 11563

RE: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Dear Collections/Customer Service:
Pursuant to my previous letter(s) dated 1/28/15 and 2/4/15, 2/26/15 My Mother is now in receipt of another invoice for $475.00 for another lost/damaged product for a grand total $1,054.85. At this point, I'm lost for words. You do not respond to my inquiries or provide the requested information, you continue to bill my Mother for services and now there's a new bill for another lost equipment. You are obviously receiving my correspondences, since the last billing was sent to my home address rather than to my Mother.
To repeat my request(s), please provide the following information:
• Service agreement and services that my Mother, ███████ allegedly agreed to receive from your company.
• A full description of item(s) that was shipped to my Mother for such services that is now the subject of the $1,054.85 recent billing. My Mother remains adamant to non-receipt of any items from your company or any devices from other companies.

• Affirmation of cancellation of any services from your company.

When able, please send all requested information to my attention at my residence as noted above, so I may review and seek counsel.


Regards,




Enclosed: Letter #1, Letter #2, letter #3

**Consumer's Desired Resolution:**

Stop billing my Mother for services and products she never agreed to or received. She has never received or signed any agreements. I myself, do not know what product was allegedly shipped to her nor what services. Their company website has multiple products and monitoring services

**Business/Consumer Response & Rebuttals:**

**03/24/2015**
**CC**

Respond to Complaint

Good Morning:

I spoke with ███████ on March 12, 2015, and agreed to close ████s account with us.  I explained to ███████ that we had proof of the confirmed delivery of our Medical Alarm Equipment to ████ on 10/16/14. However, while speaking with him, I realized the equipment would not be returned, and they had also disputed any payments that had been made to us during the 5 months that ████was in possession of our equipment.  At this time, we accept the $475 loss of our Medical Alarm equipment and the $174.75 in monitoring fees.  There will be no further payment attempts.


Sincerely,
Pam Cohen
Customer Relations Manager

---

**03/24/2015**
██████████

The business's response does not resolve my complaint.

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID# █████████ and have determined that my complaint has NOT been resolved because:


[Your Answer Here]

I would like to thank Pam Cohen in addressing my complaint, closing my mother's account and accepting to take a loss on the equipment of $475 as well as the monitoring fees of $174.75 for a total of $649.75.  I only ask Pam to confirm/clarify that my Mother, ██████ is no longer responsible for any monies due to Lifewatch USA.  The reason for the request for added clarity is that the most recent collections billing dated 2/23/2015 indicated an outstanding balance of $1,054.85.  Attach to this response is a copy of such a billing for additional reference.


Regards,
██████████

In order for the BBB to appropriately process your response, you MUST answer the question above.


Sincerely,

██████████

---

**03/25/2015**
**Pam Cohen**

Respond to Complaint
Good Morning:

The attached invoice that was dated in February; I spoke to ███████ on March 12, 2015 and assured him that I was closing the account and there will be no further billing attempts.

Once again to confirm, ███ █ 's account has been made inactive. There are no payments due to Lifewatch USA.

I hope this resolves this Rejection.

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA

---

**03/25/2015**
██████████

I accept the business's response to this complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID █████████, and find that this resolution is satisfactory to me and the matter has been resolved.

Sincerely,

██████████

---

Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ▉▉▉▉▉▉

**Consumer Info:** ▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉

**Business Info:**   Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563
(800) 716-1433

**Date Filed:** 3/6/2015

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**
My father, who is 83, was called and said a family member wanted him to have this alarm unit and that they just need his credit card number. He received this unit in the mail. We did not order this unit and they misrepresented themselves. We are in the process of sending everything back and we have to cancel his credit card because they charged his card. They are preying on the elderly. This company should not be calling, with robo-calling. He will be charged $34.95 each month.

**Consumer's Desired Resolution:**
We would like the charges reversed and the unit sent back at no charge to my dad. This company should stop preying on the elderly and stop robo calling.

**Business/Consumer Response & Rebuttals:**

**03/13/2015**
**CC**

Respond to Complaint
Good Afternoon:

I spoke with ███ today and explained to her that we are not the Sales Agency; we are the Medical Alarm Company.  We ship our equipment and monitor our 200,000 Subscribers.  There are, however, Sales Agencies across the company that sell the Medical Alarm Service and we, as the Medical Alarm Company, along with all the other Med Alarm Companies, purchase those accounts. There is a certain criteria that must be met.  All Sales Calls are recorded; the Subscriber must confirm no less than four times that they understand what the service is, what the monthly monitoring rate will be, and they provide their payment information. ███'s father, ███, ordered the service on February 25, 2015 and confirmed multiple times that he wanted it.  It was delivered to him on March 4, 2015. He is not locked into any contractual period of time, so he can cancel the service by simply shipping the equipment back to us.  We have sent a Return Label to him.

In response to ███s statement that we charged his credit card--we are sending $500 worth of Medical Alarm Equipment, and we process the initial charge when we ship the equipment to insure that future payments will clear.  However, if she viewed ███'s paperwork, she would see that the Next Billing Date was set up for 40 days after the Equipment was shipped.  In this way, we give our new Subscribers 10 days to receive the equipment, and connect and test it, then 30 days to use it, before the next payment is processed.

███ and I had a most pleasant conversation and she told me that if her Dad does decides that he does need the Medical Alarm Service, she will certainly contact us.

If there are any further questions or concerns, I may be reached directly at 516-582-1214.

Sincerely,

Pam Cohen
Customer Relations Manager

---

**03/19/2015**
███████████

I accept the business's response to this complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ███████, and find that this resolution is satisfactory to me and the matter has been resolved.

Sincerely,

████████████

_____



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ████████

**Consumer Info:** ████████          **Business Info:** Lifewatch, Inc.
██████████                                              266 Merrick Rd Ste 104
██████████  ████                                  Lynbrook, NY 11563
████████████████

                                                                            www.info@medicalalarmcustomerservice.com

**Date Filed:** 3/27/2015

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
This business called my sister to tell her she was to receive a free medical alert system and smoke detector. All they needed was her credit card number to verify their information on where to send the devices. When they arrived she put them in a closet and never activated them and never signed a contract. They charged her a monthly rental/service charge. I just found out this was going on after I took over her financial responsibilities as her P.O.A. I called the company for a refund on the monthly charges for 7 months but they said she had the device for that time and it did not matter that she did not activate or sign a contract. She is in a nursing home presently and the devices have been returned.███████ poa for ██████ ██████

**Consumer's Desired Resolution:**
Refund of the service/rental charges for 7 months for the life alert device and smoke detector. They are listed as separate companies but have the same return mailing address.

**Business/Consumer Response & Rebuttals:**

03/30/2015
CC

Respond to Complaint
Good Morning:

In response to this Complaint, we are the Medical Alarm Company, not the Sales Agency.  We ship our equipment and monitor our 200,000 Subscribers Nationwide. There are, however, Sales Agencies across the Country that sell the Medical Alarm Service, and we as the Medical Alarm Company, along with all the other Med Alarm Companies, purchase those accounts,.  This is an industry-wide practice.  There is a Criteria that must be met in order for us to purchase these accounts--all calls must be recorded, it must be confirmed at least 4 times that the Subscriber understands what the Service is, what the monthly monitoring fee is, and the Subscriber provides their payment information.  It is assumed that if someone lives alone, has a lucid 25 minute conversation with the Sales Agent as ███████ ██████ did, confirms multiple times that they understand what the service is and need it, and have access to their payment information, that they are capable of placing the order.  The Sales Agent never stated that the service was free; what was explained to ██████ is that there is no charge for the Medical Monitoring Equipment because it is rental equipment; however, there is a monthly monitoring fee of $34.95.  That is why she provided her credit card information--for the monthly monitoring payments.

██████ ordered the Medical Alarm Service and it was delivered to her in July 2014.  Our rental equipment was returned and her account was closed 8 months later on March 26, 2015.  The equipment is activated from the day it is shipped, so that any time a Subscriber plugs the unit in and presses the button, the Monitoring Center has their info in terms of name, address, and phone number, and will dispatch 911 to them, if necessary.  Therefore, we were paying monitoring fees to the Monitoring Center for more than 8 months.

We already have provided a refund for the month of March.  In the interest of excellent Customer Service, we will provide one more refund for the month of February, as well.  It will be credited back to her Visa card, as the March payment was.

In terms of the Smoke Detector Company, we have nothing to do with them.  The Smoke Detector and our Monitoring Equipment are shipped from the same Fulfillment Center--that is a shipping address.  They are not associated with us.  I believe that company is called Direct Connect and Mr. ██████ can reach them at 800-545-0074.

If there are any further questions or concerns, I may be reached directly at 516-582-1214.

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** █████████

**Consumer Info:** ████████████

**Business Info:** Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563

www.medicalalarmcustomerservice.com

**Date Filed:** 3/31/2015

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
Medical Alarm systems have been billing my elderly father since 9-27-14. My father doesn't not remember ordering this unit or monthly service. We have contacted this company to ask them to stop billing. They said they need the product back. My father doesn't remember ever getting product. I have looked in the home and found nothing. I have advised them of this and yet they say sorry. I have asked to them to stop bill the monthly service, since we do not have the unit. They said they cannot until they get the unit back. I have asked what the unit cost and was advised by Andrew that it would be $425.00. I have asked for a final bill and we have NOT received one. He wanted a credit card on the phone and I advise NO not until we see the final bill. I have called five different times and left messages, no one has returned my call. I have a copy of the monitoring agreement, but it is unsigned by my father.

**Consumer's Desired Resolution:**
I would like a final bill in writing that state we owe nothing after this is paid. I am very uncomfortable giving them a credit cards, especially after what I have seen with this company.

**Business/Consumer Response & Rebuttals:**

*04/01/2015*

█████████████

I accept the business's response to this complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ████████, and find that this resolution is satisfactory to me and the matter has been resolved.

Sincerely,

███████████

---



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ▮▮▮▮▮▮▮

**Consumer Info:** ▮▮▮▮▮▮

**Business Info:** Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563
(800) 716-1433

**Date Filed:** 3/31/2015

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
Lifewatch uses illegal robo callling practices using spoofed numbers and recorded messages to get new customers. They have been fined $23 million by the FTC in 2014 for this activity. They continue to use this marketing tool even today. They use other names such as Medical Alarm Systems and Senior Life Support. When you get deeper into the call they will admit that they are Lifewatch and give their customer service number as 800-716-1433 which is listed on Lifewatch's web page.

**Consumer's Desired Resolution:**
My elderly mother does not remember ever ordering this. They robo call us all the time. I do not know how they tricked her or took her credit card information but I discovered over $400. They refuse to play there "recorded phone call". I want a full refund. This is a service we never signed up for and do not want, and have never used or activated!

**Business/Consumer Response & Rebuttals:**

04/01/2015
CC

Respond to Complaint
Hi:

What is the Subscriber's Name and Phone Number, so I can research this further, please.

---



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** ████████

**Consumer Info:** ████████

**Business Info:** Lifewatch, Inc.
266 Merrick Rd Ste 104
Lynbrook, NY 11563

**Date Filed:** 4/13/2015

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
currently being billed for product never ordered or used by elderly parents. for the past 20 months, $34.95/a month has been billed to their credit card. credit card info obtained fraudulently. medical alarm system was never ordered or activated. elderly parents unable to review billing statements due to vision problems. credit card recently cancelled. lifewatch, inc. has been recently contacted about this issue, but no action has been taken by this company at this time.

**Consumer's Desired Resolution:**
would like refund of approx. $700 for elderly parents and no further contact from lifewatch, inc.

**Business/Consumer Response & Rebuttals:**

**04/17/2015**
**Pam Cohen**

Respond to Complaint
Good Afternoon:

As I explained to ███ today, the equipment was ordered on May 21, 2013. It was confirmed no less than 3 times that the Subscriber understood what the service was, the monthly monitoring rate, and ███ provided the Credit Card Information. There would be no way for the Outside Seller to obtain ███'s payment method, unless it was given to them. ███ stated that the equipment was returned to us; however, could not provide the method of return, the date of return, or give me any tracking details. We show that the unit was never returned to us, so I did some research to see if the unit that been assigned to ███ was re-deployed to another Subscriber, and it was not.

It is rental equipment and when a Subscriber returns their equipment, their account is made inactive immediately, there are no further payment attempts, the Unit is refurbished, and sent to a new Subscriber. Each unit has a specific ID# on it. Our records indicate that the Specific Unit ID# had only been assigned to ███ Therefore, we are at a loss of our medical alarm equipment which is valued at $475. In addition, every unit is activated with a Monitoring Center from the day it is shipped; in this way, the Monitoring Center has the Subscriber's name, address, and phone number in order to assist them if they press their button. We have been paying a Monitoring Center all these months because we had activated that unit with ███'s information and never received the unit back to cancel the account. ███ disputed a number of the monthly monitoring payments, as well. Once again, we are at a loss for our unit and the Monitoring Fees at this time. Finally, it is unclear as to why no one would have noticed the charges on the monthly Credit Card Statements and inquired about it until recently.

At this time, we will extend the courtesy of cancelling ███'s account. There will be no further payment attempts, although we never received our Rental Equipment back and a number of the monthly monitoring fees have been disputed.

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA

---