# PX 8

## DECLARATION OF RHONDA LEES
### PURSUANT TO 28 U.S.C. § 1746

I, Rhonda Lees, hereby declare as follows:

1. My name is Rhonda Lees. I am a United States citizen. I am employed by the American Diabetes Association ("ADA") and hold the position of Vice President, Legal Affairs.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. The ADA does not endorse products or services. The ADA does have affiliations with certain companies or groups, but always takes steps, through disclaimers or otherwise, to ensure it is clear that the ADA is not endorsing them.

4. The ADA has received many complaints from consumers about telemarketing operations claiming that their products are recommended by the ADA and is concerned about these misrepresentations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2013.

_____
Rhonda Lees

Page 1 of 1

Initials _RL_