# PX 9

## DECLARATION OF LEWIS KINARD
## PURSUANT TO 28 U.S.C. § 1746

I, Lewis Kinard, hereby declare as follows:

1. My name is Lewis Kinard. I am a United States citizen. I am employed by the American Heart Association ("AHA") and hold the position of Senior Attorney.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. The AHA does not endorse products. The AHA strives to remain independent, and is extremely careful about its associations with any company or group. The AHA does provide certifications, but only in very limited circumstances. For example, food products that meet certain guidelines may display the AHA's Heart-Check logo. In collaboration with other health organizations, the AHA also certifies hospitals that meet certain criteria. The AHA does not provide certifications for any medical products, including medical alert devices.

4. Since March 2012, the AHA has received over 550 complaints and inquiries from consumers about a telemarketing operation that is claiming its medical alert devices are endorsed by the AHA. At the time the AHA began receiving information about the calls, the telemarketer was identifying itself to consumers as American Senior Benefits. The AHA contacted American Senior Benefits, but learned that the company was not

Initials _MLK_

responsible for the telemarketing and was also attempting to identify the telemarketer using its name. Since that time, the AHA has been unable to identify the company responsible for these telemarketing calls.

5.     To warn consumers about these calls, the AHA has posted a Fraud Warning on its website, www.heart.org. Attached hereto as **Kinard Attachment A** is a true and correct copy of the Fraud Warning that is posted on the AHA's website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2013.

Lewis Kinard

Initials _____

# Attachment A

Fraud Warning

Page 1 of 2

## Fraud Warning

Updated:Jul 19,2013

**Fraud Warning and Scam Alert**

The American Heart Association and American Stroke Association do NOT endorse products or services. We have very strict rules about relationships with other organizations and companies. Any claims of endorsement are not true. In addition, we do not contact anyone requesting personal information like account passwords, personal identification numbers (PINs) or Social Security numbers. Do not provide any personal or financial information to unknown individuals, whether by phone or email.

The American Heart Association does not certify trainers, doctors or training courses created by other organizations. Any claims that training products or materials are "AHA Certified," "AHA Approved," "AHA Compliant" or "created by AHA certified" people, where the "AHA" means the American Heart Association, are not true.

If you suspect telephone solicitations, emails or other communications are making fraudulent claims related to the American Heart Association or American Stroke Association, please contact us right away at 1-800-242-8721 or reportfraud@heart.org. We also urge anyone receiving fake solicitations to file a complaint with the Federal Trade Commission by calling the FTC at: **877 FTC-HELP** or online at https://www.ftccomplaintassistant.gov/, and with your state Attorney General consumer protection office.

**Recent Examples of Reported Scams and Misrepresentations:**

- Homes across the U.S. are getting automated calls from a company claiming to be American Senior Benefits. The calls urge seniors to get a free medical alert system, "as endorsed by the American Heart Association." Apparently, after connecting to a live person, consumers learn that the medical alert system requires an ongoing monthly maintenance fee.

*The American Heart Association does not endorse products. In addition, we have not confirmed that anyone has ever received the product. There is a legitimate company called American Senior Benefits that is not making these calls. Both the "real" American Senior Benefits company and the American Heart Association have complained to the Federal Trade Commission.*

- A number of websites claim to provide online training, including CPR training that is "AHA Compliant" even though the organizations are not American Heart Association-authorized training centers. These sites may claim to offer online training with no skills checks or instant electronic course cards available upon completion of the online training.

*The American Heart Association does not approve training courses created by other organizations, does not allow its course completion cards to be given to students who do not complete the skills check portion of American Heart Association training, and there are no "AHA-compliant" training courses or "AHA-certified" professionals conducting training. An organization that has been approved to issue cards with the AHA logo upon successful completion of an AHA training course should display the "Authorized Training Center" logo to help you know they are authorized. You should check with your present or prospective employer about the course completion cards they will accept before paying anyone for training intended to gain or retain your training status.*

- We have learned of a website that advertised copies of training course exam questions with the answers for sale. The website turned out to be part of an apparent scheme to steal credit card information. We have reported the site to appropriate authorities. In another situation, people were discovered selling training course completion cards to individuals who had not taken the courses or demonstrated their skills. Several arrests were made after the scheme was reported to local authorities.

*The American Heart Association does not sell or permit others to sell the actual examinations used to confirm a student's completion of CPR, ACLS, PALS or any other training. Anyone who attempts to sell such information — or offer a course completion card for sale to anyone who has not met the training requirements — is probably doing so illegally and attempting to steal your personal or financial information.*

- Recently, an employer reported receiving a course completion card that looks like the one below. This fillable PDF card is a form completed on a computer and is not a valid Laerdal or AHA Training Center course completion card.



*The American Heart Association's Authorized Training Centers will not send you an electronic course completion card that you fill in online. If you receive one of these, please report it to the AHA right away, along with any information you have about where it came from.*

**Official American Heart Association Logos**

### Popular Articles

1  Understanding Blood Pressure Readings

2  Heart Attack Symptoms in Women

3  What are the Symptoms of High Blood Pressure?

4  Low Blood Pressure

5  What Your Cholesterol Levels Mean

6  Warning Signs of a Heart Attack

7  Target Heart Rates

8  Good vs. Bad Cholesterol

9  Types of Blood Pressure Medications

10  BLS for Healthcare Providers - Classroom

Need to check out products and programs that bear the American Heart Association's or American Stroke Association's logos? These links should help:

Official logos for American Heart Association and American Stroke Association
The Heart-Check Mark (groceries, restaurant foods & meals, hospitals)
The Go Red For Women Mark Power to End Stroke
Heart360
My Life Check/Life's Simple 7
You're the Cure
Jump Rope for Heart and Hoops for Heart

About Us

- Our mission is to build healthier lives, free of cardiovascular diseases and stroke. That single purpose drives all we do. The need for our work is beyond question. More



Our Causes

- Go Red For Women
- Go Red Por Tu Corazón
- My Heart My Life
- Power To End Stroke

The Warning Signs
Heart and Stroke Encyclopedia
Our Sites

- American Heart Association
- American Stroke Association
- My Life Check
- Heart360
- Everyday Choices
- My.AmericanHeart for Professionals
- Scientific Sessions
- Stroke Conference
- You're The Cure
- Global Programs
- Shop Heart
- CEO Nancy Brown

Contact Us

- Address
  1. 7272 Greenville Ave.
  2. Dallas, TX 75231
- Customer Service
  1. 1-800-AHA-USA-1
  2. 1-800-242-8721
  3. 1-888-474-VIVE
- Local Info

- RSS
  1.

Getting Healthy | Conditions | Healthcare / Research | Caregiver | Educator | CPR & ECC | Shop | Causes | Advocate | Giving | News | Volunteer | DonatePrivacy Policy | Copyright & DMCA Info | Ethics Policy | Conflict of Interest Policy | Linking Policy | Diversity | Careers©2013 American Heart Association, Inc. All rights reserved. Unauthorized use prohibited.The American Heart Association is a qualified 501(c)(3) tax-exempt organization.

*Red Dress ™ DHHS, Go Red ™ AHA ; National Wear Red Day® is a registered trademark.



This site complies with the HONcode standard for trustworthy health information:
verify here.

Kinard Att. A