# PX 10

## DECLARATION OF PATRICK SHIRDON
## PURSUANT TO 28 U.S.C. § 1746

I, Patrick Shirdon, hereby declare as follows:

1. My name is Patrick Shirdon. I am a United States citizen. I am employed by the National Institute on Aging ("NIA") and hold the position of Executive Officer.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. The NIA is part of the National Institutes of Health, an agency of the U.S. Department of Health and Human Services. Federal policy prohibits the use of the government's name by private parties for endorsement purposes. Because the NIA is the name of a government agency, it cannot be used for endorsement purposes.

4. The NIA has received many consumer complaints and inquiries about a telemarketing operation that is falsely claiming that the NIA recommends its medical alert devices. From information provided by consumers, the NIA was able to connect the telemarketing calls to a company called Safeline Alert and the website SafelineAlert.com. The SafelineAlert.com website was also displaying the NIA's name and logo.

5. In July of 2012, on behalf of the NIA, an attorney for the Department of Health and Human Services sent a letter to the person listed as the URL registrant for

Page 1 of 2

Initials ____

SafelineAlert.com. The letter informed Safeline Alert that it could not use NIA's name or logo for endorsement purposes, and demanded that Safeline Alert immediately remove the NIA's name and logo from its website. Attached hereto as **Shirdon Attachment A** is a true and correct copy of the letter sent to Safeline Alert. The letter was returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _September 3_, 2013.

_____
Patrick Shirdon

Initials _____

# Attachment A



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary
Office of the General Counsel

Public Health Division
Room 2B-50, NIH Bldg. 31
31 Center Dr., MSC 2111
Bethesda, Maryland 20892-2111
(301) 496-6043
Fax (301) 402-1034

July 31, 2012

Stella Howard
Safeline Alert
2626 Martha Lane
Land O Lakes, Florida 34639

Re: SafelineAlert.com - Use of U.S. Government Intellectual Property

Dear Ms. Howard:

We are aware that your company's website www.safelinealert.com uses the name and logo of the National Institute on Aging (NIA), of the National Institutes of Health, an agency of the U.S. Department of Health and Human Services.

The National Institute on Aging is the name of a U.S. Government agency and Federal policy prohibits the use of the government's name by private parties for endorsement purposes. In addition, the Government owns and controls all intellectual property rights in its names and associated logos. Your use of the NIA name without permission is likely to confuse the public as to our scientific conclusions, sponsorship or approval of your products. Further, there is no disclaimer on your website clearly stating that NIA does not endorse the use of your products.

The use of the NIA name and logo, therefore, infringes the Government's rights in its intellectual property, and we demand that you immediately terminate your use of the NIA name in this confusing manner.

We therefore demand that you cease and desist from employing our name or logo in these or any other advertisements or promotions. If you should have a question please call me at (301) 496-6043.

Sincerely,

Carrie Pottker-Fishel, J.D.
Senior Attorney

*Enclosure*

Shirdon Att. A



**1-888-522-4517**
Call SafeLine Today - SafeLine Alert

Downloads | Testimonials | Common Questions | Current Clients | Login

HOME    MEDICAL ALARM PLANS    SAFETY PRODUCTS    WHY US    ORDER NOW    SENIOR DISCOUNT & RESOURCE CENTER

## Why choose SafeLine medical alert systems?
Personal Caring Service since 1980

### We care for you and your loved ones!
Our attentive, personalized care is what separates us from any other personal emergency response company. Our caring staff is made up of experienced nurses, psychologists & paramedics – all highly trained and here to help you, no matter what your needs.

We treat you and your loved ones as members of the SafeLine family!

### Our products save lives and provide peace of mind.
We only offer products that meet our high standards for quality and safety. From medical alarms and alert pendants to smoke & carbon monoxide detectors, all SafeLine products are designed to keep you safe and provide 24-hour peace of mind. **We provide the confidence for loved ones to stay at home independently and actively in familiar surroundings.**

All products and monitoring are UL, ETL, and CSAA certified. Monitoring is EMD and EMT certified in the USA. Many of our products are proudly made in USA.

### 30 years of experience in medical alarms & senior safety products.
We've been caring for seniors and their families since 1980. As the needs of our customers have changed over the years, we've constantly updated our products and services to provide the absolute best SafeLine alert and medical alert systems available. You won't find this level of expertise at many other PERS companies!

### We run our own 24 hour Senior Care monitoring centers all located in the USA.
All of our medical alert systems are backed by 24-hour medical monitoring. Highly trained SafeLine care specialists and certified EMTs are there for you and your loves ones when the medical alert pendant is activated. We run our own medical-only senior oriented monitoring centers. Our focus is seniors living alone. This includes protection from medical emergencies, fire, burglary, carbon monoxide, and inactivity. Also socialization for seniors home alone. We advocate that our clients press there button even to just say hello, check in, or ask a medical question. Our Monitoring centers are state of the art with complete redundancy which eliminates any possibility of down time.

### Over 70,000 satisfied customers.
More than 70,000 people have discovered the peace of mind and personal care of our medical alarm products. We treat each and every customer with dignity and respect. And we constantly adjust our products to meet the changing needs of seniors and their families.

### We stay on the line until help arrives and even give advice.
When you need help, we don't just leave you waiting alone. As soon as you press your medical alert pendant, we communicate with you and stay on the line until help arrives and can even give medical advice before help arrives. We wouldn't have it any other way!

### Our services are customized to your needs.
Unlike other PERS companies, we listen to your needs from the very start. That's why we encourage all of our new customers to call us before ordering. We'll discuss your needs together and help you decide which medical alarms or medical alert products are best for you.

**Please call 1-888-522-4517 for a
no hassles, free telephone consultation.**

Don't forget we have a 30-day 100% Customer Satisfaction Guarantee &
We Always Guarantee the Lowest Price!



## Receive A Free Medical Alert System

*Call NOW to speak to a medical alert specialist.*
**1-888-522-4517**

REQUEST BROCHURE

VIEW PRICING



How do our medical alarms work?
SEE HOW!

### Revolutionizing
the medical alarm & senior home-safety industry with...

⇨ No long-term contracts
⇨ EMT-certified monitoring center
⇨ Smoke & carbon monoxide detectors
⇨ Medicine reminders
⇨ Fall detectors
⇨ Longest medical alarm battery life (Up to 5 days)
⇨ Greatest medical alarm wireless range (up to 1500 ft.)
⇨ Cellular GPS Medical Alarms
⇨ Medi-Lok lockbox
⇨ Swiss watch medical pendant
⇨ Senior Cell Phones
⇨ Remote Speakers
⇨ Voice remote phone answering from pendant
⇨ Talking Speaker Pendants
⇨ Medical Record ID Card

Shirdon Att. A

7/30/2012



⇨ Medical Video Monitoring
⇨ Multi-lingual
⇨ Medicine Reminders
⇨ Fall Detectors
⇨ Tele medicine
⇨ Vital monitoring

**VIEW MORE:**
Medical Alarms | Safety Products



   

  Sun-Sentinel.com 



 

    

Home | Medical Alarm Plans | Safety Products | Why Us | Order Now | How it Works
Testimonials | TV Commercials | Contact Us | Common Questions | Senior Resources | Login | Privacy Policy

Copyright © 2011 SafeLine Alert. All rights reserved

Shirdon Att. A

7/30/2012