# PX 11

## DECLARATION OF LESLIE NETTLEFORD
Pursuant to 28 U.S.C. §1746

I, Leslie Nettleford, hereby declare as follows:

1. My name is Leslie Nettleford. I am a United States citizen. I am employed by AARP and hold the position of Associate General Counsel.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. AARP licenses its intellectual property to certain carefully selected companies. These companies make various products and services available to AARP members under the AARP brand. The companies pay a royalty to AARP for the right to use AARP's intellectual property. These companies are listed on http://discounts.aarp.org/.

4. AARP does not license its intellectual property to LifeWatch in connection with LifeWatch's medical alert devices or any other products or services provided by LifeWatch.

5. In 2006, AARP's Office of General Counsel requested that LifeWatch cease the unauthorized of use of the AARP brand and logo on www.lifewatch.net. According to our records, the misuse ceased after the request was made.

6. In 2008, AARP's Office of General Counsel sent cease and desist letters to LifeWatch regarding the unauthorized of use of the AARP brand and logo on www.lifewatch-usa.com. Attached hereto as **Nettleford Attachment A** are true and correct copies of the letters sent to LifeWatch in response to the 2008 misuse. According to our records, the misuse ceased after the request was made.

7. In 2014, AARP learned that telemarketers were using prerecorded messages and purportedly offering free medical alert devices in affiliation with AARP. To warn consumers about these calls, AARP posted an article on its website at http://blog.aarp.org/2014/06/19/two-new-twists-in-returning-medical-scam/?intcmp=AE-BLIL-BL. AARP has not been able to identify the company responsible for making these calls. A true and correct copy of the article is attached hereto as **Nettleford Attachment B.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 9_, 2015

_____
Leslie Nettleford

Page **1** of **1**

Initials _____

# Attachment A

**Incident #: 1.40.25 - Follow Up Ltr 3 - Mark Used on Website , Date Sent: 06/24/2008**

**From:** aarpmisuse@aarp.org
**To:** domainregistrar@register.com
**Cc:** AARP-BrandProtection@aarp.org
**Bcc:**
**Subject:** null

6/24/2008

**Domain Registrar**
**575 8th Avenue New York, NY 10018 US**

RE: http://www.lifewatch-usa.com/
Our File # 1.40.25

To Whom It May Concern:

AARP owns and has used, since 1958, the AARP trademark and service mark for a number of goods and services including those directed primarily to retired and senior persons. Use of the domain name www.aarp.org without permission or a license agreement is unauthorized and infringes on the intellectual property rights of AARP. If you or your company has a relationship or affiliation with AARP and you believe this letter has reached you in error, it is kindly requested that you contact me to clarify this matter and prevent any further confusion.

If you have not been granted permission to use the AARP mark, then the use of this http://www.lifewatch-usa.com/ must cease immediately.

Please understand that AARP takes the misuse of its trademarks very seriously. However, AARP strongly desires to communicate with you to correct any confusion that may have occurred regarding usage of the AARP mark.

Please contact me at AARP-BrandProtection@aarp.org to discuss this matter. Thank you in advance for your cooperation and we look forward to hearing from you within the next five days.

Sincerely,

Namosha Boykin, Esq.
AARP Office of General Counsel

Nettleford Att. A

**Incident #: 1.40.25 - Follow Up Ltr 3 - Mark Used on Website , Date Sent: 06/27/2008**

| | |
|---|---|
| **From:** | AARP-BrandProtection@aarp.org |
| **To:** | domainregistrar@register.com |
| **Cc:** | AARP-BrandProtection@aarp.org |
| **Bcc:** | ebelmihoub@cyveillance.com |
| **Subject:** | 1.40.25 |

**<u>SENT VIA EMAIL: {Field not available}</u>**

Domain Registrar
575 8th Avenue New York, NY 10018 US

     **Re:    AARP v. http://www.lifewatch-usa.com/**
     **Our File # 1.40.25**

Dear Sir or Madam:

     It has recently come to our attention that your establishment has been misusing the AARP name to attract senior persons to your business. Specifically, your company is using the AARP logo on its website http://www.lifewatch-usa.com/. A copy of the infringement is enclosed. Your use of the AARP name creates the false impression that AARP endorses your services.

     AARP owns and has used, since 1958, the AARP trademark and service mark for a number of goods and services including those directed primarily to retired and senior persons. AARP has also registered the AARP mark, alone and in combination with other words, with the United States Patent and Trademark Office. AARP thus demands that you, your company, and any other person or business acting in concert with you:

(1)    permanently and immediately cease and desist all use of the mark AARP and any other confusingly similar marks, alone or in combination with any other word(s), term(s), symbol(s) and/or design(s), as well as all false and misleading statements that lead consumers to believe that your company is connected with or endorsed or approved by AARP, or that AARP has endorsed any product or service that you promote;

(2)    provide the name of the company that created the website;

(3)    provide to us a list of all newspapers, periodicals, and direct mailers in which you have used the AARP mark; and

(4)    provide an accounting of the monies that your company has spent on advertising and promotion using the AARP mark.

Please cease and desist from offering a discount to AARP members. Because "AARP" is a registered mark of AARP, it may only be used with permission. For this as well as other reasons, AARP carefully controls and monitors the use of its name.

                                                      Nettleford Att. A

AARP takes this matter very seriously.  Please respond only in writing to AARP-BrandProtection@aarp.org or via facsimile to 202-434-2339.  Telephone calls will not be accepted or returned.  If you do not provide a written response **within five (5) business days from the date of this letter**, we may institute litigation against your company without further notice.

We look forward to a prompt and favorable response.

Sincerely,


Namosha Boykin, Esq.
AARP Office of General Counsel

Nettleford Att. A

**Incident #: 1.40.25 - Follow Up Ltr 3 - Mark Used on Website , Date Sent: 07/03/2008**

| | |
|---|---|
| **From:** | AARP-BrandProtection@aarp.org |
| **To:** | domainregistrar@register.com |
| **Cc:** | AARP-BrandProtection@aarp.org |
| **Bcc:** | |
| **Subject:** | 1.40.25 |

7/3/2008

<u>**SENT VIA EMAIL:**</u> [domainregistrar@register.com]

Domain Registrar
575 8th Avenue New York, NY 10018 US

      **Re:   AARP v. http://www.lifewatch-usa.com/**
              **Our File # 1.40.25**

Dear Domain Registrar:

    I am writing to follow-up regarding your establishment's misuse of the AARP name to attract senior persons to your business. Specifically, your company is using the AARP mark on its website referenced above. A copy of the website is attached. Your use of the AARP mark creates the false impression that AARP endorses your services.

    AARP demands that you, your company, and any other person or business acting in concert with you permanently and immediately cease and desist all use of the mark AARP and any other confusingly similar marks, alone or in combination with any other word(s), term(s), symbol(s) and/or design(s), as well as all false and misleading statements that lead consumers to believe that your company is connected with or endorsed or approved by AARP, or that AARP has endorsed any product or service that you promote.

AARP takes this matter very seriously. Please respond only in writing to <u>AARP-BrandProtection@aarp.org</u> or via facsimile to 202-434-2339. **Please reference our file number in your correspondence**. Telephone calls will not be accepted or returned. If you do not provide a written response <u>**within two (2) business days from the date of this letter**</u>, we may institute litigation against your company without further notice.

We look forward to a prompt and favorable response.

                  Sincerely,

                  Namosha Boykin, Esq.
                  AARP Office of General Counsel

                                    Nettleford Att. A

# Attachment B

## Two New Twists in Returning Medical Scam

Posted By Sid Kirchheimer On June 19, 2014 @ 3:36 pm In Scam Alert | No Comments

Remember those bogus offers for a free medical alert device? That robocall ripoff, which went viral last year, has returned with a vengeance – with two new twists.

But don't be fooled. It's the same old scam that tries to get your credit or bank account information for supposed monitoring fees for the "free" device that never arrives.

Provide that info and you risk identity theft.

The latest twists: Some robocalls now also promise that you're entitled to $3,000 in money-saving coupons. Others falsely claim that the free-device offer is being made on behalf of AARP.

**>> Get travel discounts with your AARP Member Advantages.**



In recent days, reports of both scenarios have flooded the Fraud Watch Network from AARP members and others who have received these robocalls. They report dozens of different phone numbers displayed on caller ID.

The calls urge recipients to press 1 to get their free device by providing their address and credit card, or press 5 to opt out from future calls and "alert your health care provider that you have refused the offer."

**Just Hang Up**

But don't do either. Pressing 1 gets you to a live operator, who does a hard sell with more scare tactics to get you to reveal your financial and personal information. Pressing 5 tells these crooks you have a working phone number that's ripe for future nuisance calls. What should you do?

- Hang up, without pressing any key.

- On this or other robocalls, don't provide any personal information, including your name, address and birthdate. Certainly do not divulge financial accounts or Medicare and Social Security numbers.

- Realize that displayed numbers are likely fake – easily done with Internet-based telephone systems or specialized software – but still report them and other Do Not Call violations to ftc.gov/complaint or 1-888-382-1222.

- Contact your phone-service provider to block robocall numbers. Don't pay for this protection, though, because caller ID-displayed numbers are changed frequently.

Nettleford Att. B

**Spread the Word**

Here's a sample of what we've heard about this revised ripoff.

"The call I received last week asked for my address so they could send me a 'free' medical alert pendant to wear around my neck," says Jack Hobbs of Kansas. "Of course I hung up, even after the call said I could get $3,000 in grocery coupons if I pressed 1. I just want others to know so they don't get scammed."

Stuart Radmall of Utah received several medical-alert robocalls in recent weeks. His made no mention of coupons, "only that I was selected to receive a free medical-alert device on the recommendation of my family members, doctors and, in one, from the AARP. I knew it was a scam and want to warn others."

**>> Sign up for the AARP Money newsletter**

These vigilant Fraud Watch Network members join Pennsylvania's Kathleen Kane, the first state attorney general to warn about this latest wave of robocalls. The Fraud Watch Network has received reports of these robocalls from citizens across the U.S. in addition to those occurring in the Keystone State.

**The Numbers Game**

So far, dozens of phone numbers have been used. But they are spoofed and often display local area codes and prefixes on recipients' caller ID to suggest a "local" angle. By next week, a new batch of area codes and numbers may be used, many of them simply made up or stolen from legitimate residences and businesses.

In last year's robocalls promising free medical-alert devices, fraudsters sometimes posed as representatives of legitimate companies. So far, no company names have been mentioned in the latest wave of bogus calls reported to the Fraud Watch Network.

Since this scam began, in 2013, there's no indication that anyone has ever received a free device, as promised. But after providing financial account information, consumers report getting billed for bogus monitoring services – and even threatened with lawsuits if they didn't pay.

**For information about other scams, sign up for the Fraud Watch Network. You'll receive valuable email alerts with tips and resources to help you spot and avoid identity theft and fraud, and gain access to a network of experts, law enforcement and people in your community who will keep you up to date on the latest scams in your area.**



**Also of Interest**

- 5 Pet Scams You Need to Know About
- **Want to Drop Pounds Fast? Try These Tactics**
- **Fight fraud and ID theft with the AARP Fraud Watch Network.**
- **Join AARP**: savings, resources and news for your well-being

See the **AARP home page** for deals, savings tips, trivia and more.

Nettleford Att. B



Article printed from AARP: **http://blog.aarp.org**

URL to article: **http://blog.aarp.org/2014/06/19/two-new-twists-in-returning-medical-scam/**

Copyright © 2013 AARP. All rights reserved.

Nettleford Att. B