# PX 12

## DECLARATION OF CHRISTOPHER HENDRIKSEN
## PURSUANT TO 28 U.S.C. § 1746

I, Christopher Hendriksen, hereby declare as follows:

1.      My name is Christopher Hendriksen.  I am over the age of eighteen, and I am a United States citizen.

2.      I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.      I am the Chief Executive Officer of VRI, Inc. ("VRI").  VRI is one of the largest providers of in home medical monitoring solutions in the United States.  The company offers a variety of medical monitoring products and operates a care center that provides remote patient monitoring services.  As the CEO of VRI, I am responsible for all operational aspects of the business.  I have been VRI's CEO since 2007.

4.      VRI works under two service models:  Direct and Dealer.  Under the Direct model, VRI works directly with the customer using the device, the "end-user."  VRI does not advertise, and primarily is connected to end-users through healthcare channels, such as healthcare plans or charitable organizations that provide medical alert devices for its members.  VRI's other direct customers come through word of mouth.  Under the Dealer model, VRI services other medical alert companies, supplying the medical alert devices that they, in turn, provide to their customers and/or providing monitoring services for their customers.

5.      VRI offers an assortment of monitoring products, such as monitored medication dispensers, fall monitors, and vital sign monitoring.  The company's most popular products are its medical alert devices, which allow its users to press a button to be connected with a monitoring representative whenever the user needs help.  There are two primary types of medical

Initials _____

alert devices, those that hook up to a user's landline and cellular devices. Approximately 70% to 75% of our customers use the landline devices, but the cellular devices are becoming more popular. About half of VRI's new customers opt for the cellular device. Both the landline and cellular devices are only intended for use in the user's home. VRI also offers mobile medical alert devices, which the users can carry with them wherever they go, including away from the home.

6. When VRI is working directly with a customer, the company usually does not charge an up-front fee for its equipment. Instead, VRI charges the customer a monthly fee that includes both an equipment leasing charge and a monitoring fee. This charge is generally around $30 a month. When a customer's contract ends, the customer is required to return the device to VRI. If the customer loses or otherwise does not return the device, VRI typically charges a $175 to $250 replacement fee.

7. As noted above, VRI also provides devices wholesale to other medical alert providers. VRI typically charges other providers $100 to $150 for a standard, landline medical alert device, and $150 to $200 for a cellular or mobile device. If the equipment is being leased, VRI charges $5 to $10 a month per device, plus a connectivity fee.

8. In addition to selling and leasing devices, VRI provides medical alert monitoring services for approximately 115,000 clients out of its Care Center in Franklin, Ohio. Representatives at the Care Center are on call to respond to users who push the button on their medical alert device. When a user pushes the button, the monitoring representative will assess the situation and determine the proper response. Medical alert monitoring is different from home security monitoring because medical alert users tend to use the device much more often than

Initials _____ *CH*

home security users. Because of this, medical alert monitoring companies need to have more representatives on call.

9.      Many medical alert providers do not do have their own monitoring facilities, and outsource their monitoring to other companies, like VRI. VRI charges other medical alert companies $5 to $10 per month per customer for monitoring services. I am aware of other medical alert monitoring companies that offer rates that can be as low as $2 per month per customer.

10.     When VRI is retained to monitor another medical alert provider's customers, the medical alert devices that are sent out to the customers are preprogrammed so that when the device's button is pushed, the device calls VRI's Care Center. VRI is also provided with various types of information on the customers, including any health conditions they have, a list of who should be contacted in case of an emergency, and any important environment information (such as where an extra key may be hidden outside their home). Customers are instructed to test their device when they first receive and hook it up, by pushing the button to call the Care Center. When VRI's Care Center is called for the first time, the monitoring representative verifies the customer's information to be sure everything is correct in VRI's system.

11.     Medical alert devices have an autotest function that will send out a test call to the Care Center every seven to thirty days. This means that even if a customer does not test the device after it is initially hooked up, VRI usually is able to determine whether a medical alert device is properly hooked up.

12.     Customers who have received a medical alert device but not yet hooked it up are in a category that VRI calls "Install Pending." Typically only 2% to 5% of customers are in this category at any time. VRI provides customer status information online for the medical alert

Initials ___*CH*___

companies for which it provides monitoring. This allows medical alert providers to easily
determine whether certain customers have hooked up their devices yet.

13.     Medical alert accounts have the highest cancellation rate in the first ninety days.
During that period, the rate is usually around five percent. After the first ninety days, the rate
drops to an average of two to three percent per month. The average medical alert customer
account lasts three to three and a half years, and customers generally pay about $1200 in
monitoring fees over the lifetime of their account. Over the past several years, medical alert
companies have started routinely selling customer contracts to other companies.

14.     VRI has worked with Lifewatch since approximately 2008, and still provides
monitoring to approximately 2,000 Lifewatch customers. VRI charges Lifewatch a rate of $4.50
per customer, which is VRI's lowest rate. VRI has also sold and leased medical alert devices to
Lifewatch. Most of Lifewatch's leases with VRI were capital leases, and Lifewatch now owns
those devices.

15.     In the course of business, I have worked with several people at Lifewatch. I most
regularly speak with Mitchel May, who I believe is the Chief Operating Officer of Lifewatch,
and Sarai Baker, Director of Operations. I have spoken with Evan Sirlin many times in the past,
but not in the past year or so. I have also met with David Roman, who owns a home security
company and is a large investor in Lifewatch.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on ____May 4____, 2015.                    _____
                                                    Christopher Hendriksen

Initials ____CH____