# PX 13

## DECLARATION OF KENNETH GROSS
## PURSUANT TO 28 U.S.C. § 1746

I, Kenneth Gross, hereby declare as follows:

1.     My name is Kenneth Gross. I am over the age of eighteen, and I am a United States citizen.

2.     I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.     I am the Executive Chairman of Connect America.com, LLC ("Connect America"). Connect America is in the business of providing medical alert systems to consumers.

4.     In or about July 2012, I was contacted through a broker, Mark Sandler, about forming a relationship with Lifewatch, Inc. ("Lifewatch"), whereby Lifewatch would obtain customers for Connect America. I was interested, and Evan Sirlin, an Officer of Lifewatch, and I began having discussions about setting up such a relationship. During those discussions, Mr. Sirlin informed me that Lifewatch would use telemarketers, print and television advertisements to obtain customers for Connect America.

5.     As a result of my discussions with Mr. Sirlin, on or about August 31, 2012, Connect America entered into an agreement with Lifewatch (the "Marketing Agreement") pursuant to which Lifewatch agreed to obtain customers for Connect America's medical alert systems.

6.     Beginning in or about September 2012 through March 2013, Connect America did in fact obtain thousands of customers from Lifewatch pursuant to the Marketing Agreement.

7.     The manner in which Connect America obtained customers from Lifewatch pursuant to the Marketing Agreement was as follows: Lifewatch provided Connect America lists

Initials

on a daily basis of customers who had placed orders for medical alert systems with Lifewatch. Those lists included the customers' names, addresses and telephone numbers, their credit card information, product order details and billing information. Connect America paid Lifewatch an "Origination Payment" for each customer on the lists that Connect America obtained. After the receipt of the lists from Lifewatch, Connect America would send out to the customers their medical alert unit with a contract to sign.

8.      Regardless of how the customer is obtained, once the units are sent out, it is Connect America's practice to take steps to ensure that customers begin using the system immediately. The company does this by monitoring when customers hook up for use, or "activate," their devices. Connect America's monitoring service issues reports that identify which units have not been activated. As is typical in the industry, the third-party monitoring service does not bill Connect America until the customer activates his or her device. If a customer's unit is not activated within seven days of the unit being shipped out, Connect America's Welcome Team will call the customer to help get the unit activated. Connect America has no long term contracts, and will refund customers once the unit has been returned. Connect America also prepays the shipping costs for customers to return their units. Therefore, it is in the company's interest to be sure its customers are activated.

9.      At all relevant times, I understood that Lifewatch was responsible for monitoring and controlling – and did monitor and control – the telemarketers it used, including the telemarketers who obtained customers for Connect America. In fact, based on my conversations with Mr. Sirlin, it was my understanding that all of Lifewatch's telemarketing was done in-house by Lifewatch employees. Connect America would not have agreed to obtain customers from

Initials _____

Lifewatch, and/or enter the Marketing Agreement with Lifewatch, if Lifewatch did not have the ability to monitor and control its telemarketers.

10.     Lifewatch's actions confirmed its responsibility and ability to monitor and control its telemarketers. For example, Lifewatch agreed to make sure that its telemarketers would use the telemarketing script that Lifewatch provided to Connect America, and that Connect America subsequently reviewed and approved.

11.     As another example, Lifewatch demonstrated its ability to control and monitor its telemarketers by providing Connect America with audio recordings of telephone calls between Lifewatch's telemarketers and customers. More specifically, Connect America asked Lifewatch to provide Connect America with copies of audio recordings between Lifewatch's telemarketers and certain customers in order to investigate complaints that Connect America had received from those customers. Lifewatch produced such audio recordings to Connect America. I provided two of these recordings to staff of the Federal Trade Commission, who in turn had the calls transcribed. Attached hereto as **Gross Attachments A** and **B** are the transcripts that the FTC had made from the recordings I provided.

12.     On or about March 4, 2013, I attended a dinner meeting with Evan Sirlin and Mitchel May of Lifewatch at Burton and Doyle in Great Neck, New York. It was my understanding that Mr. May was an Officer at Lifewatch, at well as the company's General Counsel. I was familiar with Mr. May because I routinely spoke with him about business matters during the course of Connect America's relationship with Lifewatch. Also present at the dinner meeting was David Roman. I have known Mr. Roman professionally for several years; he owns a home security company, and I was previously involved in the burglar alarm business. I was

Initials _____

told at the meeting that Mr. Roman had made a substantial investment in Lifewatch, and he wanted to participate in the discussion about Lifewatch and Connect America's relationship.

13.     During the course of the March 4, 2013 dinner meeting, I expressed my beliefs about the damage that the use of robocalls in connection with telemarketing was doing to the entire medical alert system industry.  Mr. Sirlin told me that Lifewatch was then obtaining 8,000 customers a month from telemarketing call centers and it would continue to do so.

14.     By early 2013, Connect America was receiving an increasing number of complaints from customers who had been obtained through Lifewatch, with some indicating that they did not even understand what they had agreed to purchase.  We also found that customers Connect America obtained through Lifewatch had a much higher attrition rate than other Connect America customers.

15.     On or about March 19, 2013, I sent Mr. Sirlin a letter giving him notice that Connect America was terminating the Marketing Agreement.  I sent the letter after being informed by Isaac Shepher, the CEO of Life Alert Emergency Response, Inc. ("Life Alert"), that one of his employees had purchased a medical alert device in response to a robocall.  After charging that employee's credit card, that employee had been shipped a Connect America medical alert system.  Connect America determined that the robocall received by Life Alert's employee had originated from one of Lifewatch's telemarketers.  Attached hereto as **Gross Attachment C** is a true and correct copy of the March 19, 2013 termination letter I sent to Mr. Sirlin.

16.     After terminating the Marketing Agreement with Lifewatch in March 2013, Connect America obtained further information about Lifewatch's involvement with telemarketers using robocalls.  Connect America also obtained information about misleading

Initials

statements that appeared in the scripts being used by telemarketers representing Lifewatch. Accordingly, on April 25, 2013, Connect America's Chief Executive Officer, Mark Leighton, sent an email to Evan Sirlin putting him on notice of the additional information that Connect America had obtained and "that effective immediately [Connect America] can no longer accept even replacement accounts from Lifewatch." Mr. Leighton copied Mitchel May and David Roman on that email. Neither Mr. Sirlin, nor anyone else from Lifewatch, or on its behalf, ever responded to Mr. Leighton's April 25, 2013 email. Attached hereto as **Gross Attachment D** is a true and correct copy of Mark Leighton's April 25, 2013 email.

17.     I am the President of the Medical Alert Monitoring Association ("MAMA"), the only professional trade association representing the needs of the medical alert monitoring and personal emergency response services industry. MAMA is incorporated in Delaware as a non-profit corporation and holds IRS 501(c)(6) status as a trade association.

18.     I am also the Chairman of the Grievance Committee of MAMA. In 2013, a grievance against Lifewatch, relating to its use of robocalls, was brought to the Grievance Committee of MAMA. Lifewatch was a member of MAMA at the time.

19.     On or about May 23, 2013, I attended a dinner meeting with Mr. Sirlin at Tao in Manhattan to discuss the grievance brought to MAMA against Lifewatch. During the dinner, I asked Mr. Sirlin for his opinion about the flood of bad public relations for the medical alert system industry that was arising from telemarketers using robocalling and other misleading practices. Mr. Sirlin claimed that bad public relations are the "cost of doing business" in the telemarketing world and that Lifewatch was not going to get out of it. Mr. Sirlin also acknowledged that Lifewatch was using telemarketers who were engaging in robocalling, or, as he called it, "prerecorded messages." However, Mr. Sirlin claimed that robocalling was legal if

Initials _____

done right and that he had an expert legal opinion which stated that he could do it. Mr. Sirlin also told me that Lifewatch was actively obtaining customers from 30 to 50 telemarketing call centers in the United States and offshore.

20.     Lifewatch chose to withdraw from MAMA before the Grievance Committee made a final determination about how to respond to the grievance against the company.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2015.

_____
Kenneth Gross

Initials _____

# Attachment A

```
 1                   OFFICIAL TRANSCRIPT PROCEEDING

 2                     FEDERAL TRADE COMMISSION

 3

 4

 5

 6     MATTER NO.      1423123

 7

 8

 9     TITLE                LIFEWATCH, INC.

10

11

12     DATE        RECORDED:   DECEMBER 14, 2012

13

14                 TRANSCRIBED:  MAY 20, 2015

15                 REVISED:  MAY 27, 2015

16

17     PAGES           1 THROUGH 19

18

19

20

21

22

23     TELEPHONE CONVERSATION BETWEEN BARBARA AND IRETHA PICOTT

24     ██████████████████████████████████████████████████████

25                       ████████████
```

```
 1                    FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4      RECORDING:                          PAGE:

 5      Telephone conversation between Barbara

 6      and Iretha Picott                         4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Lifewatch, Inc.               )  Matter No. 1423123

5                                   )

6    -----------------------------)

7                                  December 14, 2012

8

9

10

11          The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on May

13    7, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3   TELEPHONE CONVERSATION BETWEEN BARBARA AND IRETHA PICOTT

 4              BARBARA:  Yes, this is Barbara.  May I ask who

 5   I'm speaking with?  I'm TCV agent number 322.

 6              MS. PICOTT:  This is Iretha.

 7              BARBARA:  I'm sorry, ma'am.  What is your name?

 8              MS. PICOTT:  My name is Iretha Picott.

 9              BARBARA:  Alisa?

10              MS. PICOTT:  Iretha, I-R-E-T-H-A.

11              BARBARA:  Oh, Iretha.  That's a pretty name.

12   And what -- how do you spell your last name?

13              MS. PICOTT:  P-I-C-O-T-T.

14              BARBARA:  Ms. Picott, okay.  And in case we get

15   disconnected --

16              MS. PICOTT:  Picott.

17              BARBARA:  Picott, I'm sorry.  In case we get

18   disconnected, is this the best number to reach you back

19   at?

20              MS. PICOTT:  Yes, it is.

21              BARBARA:  Great.  Well, for responding today to

22   our senior emergency care program, you've been selected

23   to receive a free medical alert system package that has a

24   value of over $400.  You're probably familiar with the

25   medical alert system and how it works.  You know the TV
```

1    commercial "I've fallen and I can't get up"?

2        MS. PICOTT: Yes.

3        BARBARA: Okay. It's the same system as seen

4    on TV and the way it works is simple. If you have a

5    medical emergency, fire, burglary or even something as

6    simple as a fall that you have difficulty getting up

7    from, you simply push the button on the lightweight,

8    waterproof necklace or bracelet and speak hands-free from

9    anywhere in your home to a live, certified medical

10   emergency technician. They will evaluate your situation,

11   immediately get the help you need, notify family or 911,

12   and comfort you until the help arrives.

13       Your alert button works anywhere in the house

14   and it even works outside on your property. It has an

15   800-foot range. That's over one-eighth of a mile. This

16   device could really help you in a time of need and could

17   even be lifesaving. This device will give you the peace

18   of mind that you need, allow you to feel safe and make

19   sure you never feel alone in the case of an emergency.

20       Now, Ms. Picott, you will never have to feel

21   helpless, worried or by yourself in an emergency

22   situation. Our device has been recommended by the

23   American Heart Association, the American Diabetes

24   Association, the National Institute of Aging, and is

25   trusted by thousands of hospitals and more than 65,000

1  health care professionals.  Our device has been helping

2  save the lives of America's senior citizens for over 30

3  years.

4           Your medical alert system package includes a

5  medical alert base station with a loudspeaker and very

6  sensitive microphones, a waterproof wrist or necklace

7  button, free shipping and free activation, voice remote,

8  which is an easy-to-use device that allows you to answer

9  and talk on the telephone by simply pressing your

10 necklace button, so no more getting up to answer the

11 phone and no more missed calls, an away-from-home

12 protection card that gives emergency personnel 24 hours a

13 day, 7 days a week access to your important medical

14 information, and last but not least, a very important

15 part of this service is a daily wellness check.  Every

16 day, Senior Safe Alert will check with you to make sure

17 that you are safe and everything is okay.

18          The system is completely free and the shipping

19 is also free.  Normally, all this would cost over $400.

20 Today, you pay absolutely nothing for the system.  The

21 only thing you would be responsible for today is the

22 emergency medical technician monthly monitoring fee of

23 just $34.95 per month.

24          Okay, Ms. Picott, so, what address would you

25 like your emergency medical alert system shipped to?

1   We're just asking for the one month, $34.95, for you to

2   try it, the monitoring fee.  And as I've already

3   mentioned, that does break down to actually over a dollar

4   a day, and for that, we guarantee that within seconds of

5   you pushing a button at any time day or night, 365 days a

6   year, we will be there for you.

7           Now, surely, the peace of mind that that

8   provides for you and your family is well worth the low

9   cost of just over a dollar a day.  So, let's get you

10  registered.  Would you rather use your credit card, debit

11  card (inaudible) --

12          MS. PICOTT:  (Inaudible) how about that?

13          BARBARA:  Ms. Picott --

14          MS. PICOTT:  (Inaudible).

15          BARBARA:  -- you can answer your call --

16          MS. PICOTT:  Everything you said is

17  understandable.

18          BARBARA:  Yes, it is.

19          MS. PICOTT:  And you don't (inaudible).

20          BARBARA:  (Inaudible).

21          MS. PICOTT:  (Inaudible) go on and on and on.

22          BARBARA:  That's why I'm just saying we --

23          MS. PICOTT:  Okay, I live in an apartment.

24          BARBARA:  Uh-huh.

25          MS. PICOTT:  Does this have to be hooked up to

1    the apartment in any kind of way?

2        BARBARA:  No.  Ma'am, listen.  We take care of

3    everything.  We program it.  We don't ever make you guys

4    do anything.  You simply plug it into your phone line

5    jack the same way you would an answering machine and push

6    the button to test it.  That's it.  Right from that

7    moment on, it sends a test call and you're protected.

8    That's all it is.  It's a base station that's a little

9    bit bigger than a telephone and it has -- you would just

10   simply plug that into your phone line jack and then you

11   plug your phone into our system.  So, it's all connected.

12       So, you would take your phone line jack out,

13   put it into our system and put our system into your phone

14   line jack.  That's it.  And it protects you, you know,

15   like I said, inside and outside the apartment up to 800

16   feet, which would be like one-eighth of a mile outside,

17   if you're coming up the stairs or something.  I don't

18   know where you live.  But -- or gardening or whatever.

19   You're in an apartment complex.  But it has nothing to do

20   with your lease or your rent -- you know, your rental

21   value or anything like that.

22       MS. PICOTT:  Yeah, I didn't know if -- I didn't

23   know if something had to be installed in the wall or

24   something and I had to go get --

25       BARBARA:  No.  Yeah, no, absolutely not.  It's

1   a very simple system.  We've been doing this for, like I

2   said, over 30 years.  And it's already programmed when it

3   gets to you.  So, all's you do is just take the one line

4   out, put it in ours, put ours in yours and then just hit

5   the test button and you're completely protected from that

6   moment on.

7           And like I said, I like the fact that what

8   separates ours is that you can answer the phone through

9   it.  The other ones, you can't.

10      MS. PICOTT:  Mm-hmm.

11      BARBARA:  So, you don't have to be in the same

12  room as your phone, you know.  You can get all incoming

13  phones from your family or whoever, friends, and you can

14  just answer it through the wristband or the necklace

15  button.

16          But that's all we're asking.  You can cancel at

17  any time.  There's no cancellation fees.  There's no --

18  there's no even shipping it back to us fee.  We pay for

19  everything.  There's no contracts.  We go month-to-month.

20      MS. PICOTT:  Well, I don't -- I don't see

21  nothing wrong with trying something for a month and I

22  don't have to pay for -- if I had -- if I was to return

23  for it, I don't have to pay for returning it or nothing

24  like that?

25      BARBARA:  No, you don't.  We absolutely pay for

1   the shipping.

2         MS. PICOTT:  (Inaudible) I can go ahead and try

3   it for a month.

4         BARBARA:  I'm sorry?

5         MS. PICOTT:  I can get this -- I don't see any

6   reason I shouldn't try it for (inaudible).

7         BARBARA:  Okay.  Well, the --

8         MS. PICOTT:  (Inaudible).

9         BARBARA:  It's -- I mean, I think you'll really

10   enjoy it anyway, the peace of mind it gives you and that

11   you can answer your phone through it.  It's waterproof.

12         MS. PICOTT:  Well, I need peace of mind.  I

13   really do, because I've been -- I'm -- I've been through

14   a lot and I've gone through a lot.

15         BARBARA:  I'm sorry.

16         MS. PICOTT:  ████████████████  and --

17         BARBARA:  Oh, my goodness, I'm sorry.

18         MS. PICOTT:  So -- and I do live by myself.

19         BARBARA:  Yeah.  I --

20         MS. PICOTT:  So, I mean --

21         BARBARA:  You know what, I'm ████████████

22   ████████████████████████████████

23   ███████████████  ██████████████████

24   ██████  ████████████████████████

25   ███████████████████████████



1    ██████  ████████████████████████  ████████████████

2    ███████████████████████████████████  ██

3    █████████████████████████████████████

4    ██████  ████████████████████████████,

5    ███████████████████████████████

6    ████████.

7    So, this is really -- and I live by myself.

8    So, this is really something that everybody could use,

9    not just senior citizens.  And it does protect you --

10   MS. PICOTT:  Yeah, I see.

11   BARBARA:  It protects you from fire and

12   burglary, also.

13   All right.  So, let's get your name.  It's I-R-

14   E-T-H, correct?

15   MS. PICOTT:  A.

16   BARBARA:  T-H-A, correct, I have that down, I'm

17   sorry.  P-I-C-O-T-T.  And what is your address, Ms.

18   Picott?

19   MS. PICOTT:  ████████████████

20   BARBARA:  How do you spell that city?

21   MS. PICOTT:  █████████████

22   BARBARA:  ████████████████████.  And the

23   apartment number?

24   MS. PICOTT:  Yes.  ████████████.

25   BARBARA:  Just █?  ████████████████

1   ███████████?

2            MS. PICOTT:  (Inaudible).

3            BARBARA:  ███████  okay.  All right, thank

4    you.  And what city are you in?

5            MS. PICOTT:  Newport News, Virginia.

6            BARBARA:  Newport?

7            MS. PICOTT:  N-E-W-P-O-R-T.

8            BARBARA:  P-O-R-T.

9            MS. PICOTT:  Mm-hmm.

10           BARBARA:  And that's one word, and Newport.

11   And what's the second word you said?

12           MS. PICOTT:  News.

13           BARBARA:  News?

14           MS. PICOTT:  Newport News.

15           BARBARA:  N-E-W-S?

16           MS. PICOTT:  N-E-W-S.

17           BARBARA:  Okay, thank you.  And Virginia, you

18   said?

19           MS. PICOTT:  Virginia.

20           BARBARA:  And the zip code?

21           MS. PICOTT:  ████.

22           BARBARA:  Okay.  And the phone number is ████

23   ███--

24           MS. PICOTT:  ████.

25           BARBARA:  Yeah, that's what I got here.  Great.

1       ███████.  Is there a cell phone number or anything that

2   you want connected with this account?

3               MS. PICOTT:  Yes.  ███ --

4               BARBARA:  Wait one second, I'm sorry.  Let me

5   just get down to that.  Oh, I don't know what's going on

6   here.  I'm so sorry, sweetie.  I'll get it in one second.

7   All right.  ██████  okay.

8               Go ahead with the cell phone number.

9               MS. PICOTT:  ███ --

10              BARBARA:  Uh-huh.

11              MS. PICOTT:  ███████████

12              BARBARA:  Mm-hmm.

13              MS. PICOTT:  -- ████.

14              BARBARA:  Okay.  And what would you rather

15  wear, the wristband or the necklace button?

16              MS. PICOTT:  Well, either one is --

17              BARBARA:  It's a waterproof -- you get the base

18  station that covers up to 800 feet around you, but you --

19  that you could talk to if you needed to, okay?  But you

20  also get a waterproof wrist or necklace button to wear.

21  So, you could wear it in the bathtub, God forbid you

22  fall --

23              MS. PICOTT:  What is the -- what is the -- what

24  is the necklace made out of?  Because I don't want

25  something that's going to irritate me.  Those things

1    irritates me.

2            BARBARA:  Oh, okay.  I'm not exactly sure.  I

3    can ask.  Can you hold on one second?  If it's a --

4            MS. PICOTT:  Does it have nickel in it?  What

5    do they call it, nickel --

6            BARBARA:  Right.

7            MS. PICOTT:  I can't wear it around my neck.

8            BARBARA:  Right.  That's what I'm going to ask,

9    if it's like a -- more of a rope one or a metal one,

10   okay?  Can you hold on one second?

11           MS. PICOTT:  Yes.

12           BARBARA:  And if not, the wristband is

13   adjustable, but let me go ask real quick.

14           MS. PICOTT:  All right.

15           (On hold.)

16           BARBARA:  Ms. Picott?

17           MS. PICOTT:  Yes.

18           BARBARA:  Okay, it's a hypo-allergenic poly-

19   duron so it's like a very thin like rope.  It has nothing

20   -- it won't put any allergies to anybody.  It's not a

21   metal.

22           MS. PICOTT:  Okay.

23           BARBARA:  So, would you like the necklace --

24   the necklace?

25           MS. PICOTT:  Yeah, I'll do the necklace then.

1    BARBARA:  Okay, sweetie.  And now for the one-

2    time -- you know, for you to try it for the month, the

3    monthly emergency medical monitoring fee, which card

4    would you like to use, Visa, Mastercard, Discover,

5    American Express or a debit card?

6        MS. PICOTT:  ████.

7        BARBARA:  All right, sweetie.  Hold one second.

8    All right.  And you can go ahead with that number

9    whenever you're ready.  And, also, do you have a pen and

10   paper there because after me, you're going to go to

11   confirmation and they're going to give you our 800 number

12   and your confirmation number.

13       MS. PICOTT:  (Inaudible).

14       BARBARA:  Okay.

15       MS. PICOTT:  Okay.  Yeah, so, I'll have a

16   pencil and paper here when you (inaudible).

17       BARBARA:  Oh, great.  Okay, so go ahead, I'm

18   ready for your ████ number when you're ready.

19       MS. PICOTT:  XXXX.

20       BARBARA:  Uh-huh.

21       MS. PICOTT:  XXXX XXXX XXXX.

22       BARBARA:  Okay, sweetie.  And the month and

23   year of the expiration?

24       MS. PICOTT:  ████.

25       BARBARA:  And on the back there's going to be a

1    security code to make sure it's your card.  Could you

2    give me the three-digit number for that?

3              MS. PICOTT:  XXX.

4              BARBARA:  XXX.  Do you believe mine's my zip --

5    my area code?  I'll never forget it.

6              MS. PICOTT:  Oh, really?

7              BARBARA:  My sister is like my number is one

8    off, I don't remember it and I can't use it.  I said,

9    mine's my area code, I'll never forget it.

10             MS. PICOTT:  Well, your area code, you got have

11   a whole lot of numbers for area code.

12             BARBARA:  No, area code, not zip code.

13             MS. PICOTT:  I was like -- oh, oh, oh

14   (inaudible).

15             BARBARA:  Yeah, yeah, yeah.

16             MS. PICOTT:  Okay, I (inaudible).

17             BARBARA:  I got lucky.

18             MS. PICOTT:  You sure did.

19             BARBARA:  All right, sweetheart.  So, your

20   equipment will be shipped out to you in the next -- it

21   will arrive in the next seven to ten business days.

22   Don't forget to activate your system as soon as you

23   receive it by plugging it into your phone line jack, like

24   I said, and just pushing the button.  This will make the

25   test call and activate your system and immediately start

1   protecting you.

2          Okay, I'm going to transfer you to our

3   confirmation department.  I really enjoyed talking to

4   you.  I think you're a sweetheart.  And I really -- this

5   isn't what I'm supposed to be saying, so -- I really wish

6   you a healthy, healthy, happy new year, sweetie.

7   (Inaudible).

8          MS. PICOTT:  (Inaudible) the same (inaudible)

9   to you.

10          BARBARA:  Okay.  I am going to -- I'm going to

11  transfer you.  I'm going to put you on hold for a minute

12  and they're going to just verify that I entered

13  everything into the system correctly and then they're

14  going to give you their customer service number in case

15  you have any additional questions and the confirmation

16  number, okay, for your order.  Thank you very much and I

17  hope you enjoy the safe feeling of having a medical alert

18  system, sweetie.

19          MS. PICOTT:  Thank you much.

20          BARBARA:  Please hold one second, you know,

21  while I transfer you and do not hang up until you talk to

22  confirmation, okay?

23          MS. PICOTT:  Okay.

24          BARBARA:  Wait for them to say -- they're going

25  to say okay, okay?  Thank you, sweetie.

```
1              MS. PICOTT:  All right.

2              BARBARA:  Again, happy, healthy, safe new year.

3    Hold on.

4              MS. PICOTT:  Thank you much.

5              BARBARA:  Thank you.

6              (The call was concluded.)

7              (The recording was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      C E R T I F I C A T I O N    O F    T Y P I S T

2      MATTER NUMBER: 1423123

3      CASE TITLE: LIFEWATCH, INC.

4      TAPING DATE:  DECEMBER 14, 2012

5      TRANSCRIPTION DATE:  MAY 20, 2015

6      REVISION DATE:  MAY 27, 2015

7

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                     DATED:  MAY 27, 2015

14

15

16                     ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                     SARA J. VANCE

# Attachment B

```
1              OFFICIAL TRANSCRIPT PROCEEDING

2                 FEDERAL TRADE COMMISSION

3

4

5    MATTER NO.      1423123

6

7

8    TITLE              LIFEWATCH, INC.

9

10

11   DATE         RECORDED:   DECEMBER 18, 2012

12

13                TRANSCRIBED:  MAY 20, 2015

14                REVISED:  MAY 27, 2015

15

16   PAGES          1 THROUGH 38

17

18

19

20

21

22   TELEPHONE CONVERSATION BETWEEN  B.J. WILLIAMS AND JOAN

23                   AND MARGARET

24   ███████████████████████████████████████████

25              ███████████
```

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                            PAGE:

 5     Telephone conversation between B.J. Williams

 6     and Joan and Margaret                  4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:           )

 4     Lifewatch, Inc.             )  Matter No. 1423123

 5                                 )

 6     -----------------------------)

 7                              December 18, 2012

 8

 9

10

11          The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on May

13     7, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3        TELEPHONE CONVERSATION BETWEEN B.J. WILLIAMS AND

 4                      JOAN AND MARGARET

 5             B.J. WILLIAMS:  This is B.J. Williams, TCV

 6    agent number 4291.  May I ask who I'm speaking with?

 7             JOAN:  Hello?

 8             B.J. WILLIAMS:  Yes, hi, may I ask who I'm

 9    speaking with?

10             JOAN:  Pardon me?

11             B.J. WILLIAMS:  May I ask who I'm speaking

12    with?

13             JOAN:  Joan.

14             B.J. WILLIAMS:  Joan, okay.  And, Joan, in case

15    we get disconnected, is this the best number to reach you

16    back on?

17             JOAN:  Yes.

18             B.J. WILLIAMS:  Okay.  Okay, great.  For

19    responding today to our senior emergency care program,

20    you've been selected to receive a free medical alert

21    system package.  It has a value of over $400.  You're

22    probably familiar with the medical alert system and how

23    it works.  You know the TV commercial "I've fallen and I

24    can't get up"?

25             JOAN:  Yeah.
```

1          B.J. WILLIAMS:  Okay.  It's the same system as

2     seen on TV, and the way it works is simple.  If you have

3     a medical emergency, fire, burglary or even something

4     that is as simple as a fall that you have difficulty

5     getting up from, you simply push the button on the

6     lightweight, waterproof necklace or bracelet and speak

7     hands-free from anywhere in your home to a live certified

8     emergency medical technician.  They will evaluate your

9     situation, immediately get you the help you need, notify

10     family or 911 and comfort you until help arrives.

11          Your alert button works anywhere in the house

12     and it even works outside on your property.  It has an

13     800-foot range.  That's over one-eighth of a mile.  This

14     device could really help you in a time of need and could

15     even be lifesaving.  This device will give you the peace

16     of mind that you need, allow you to feel safe and make

17     sure you never feel alone.  In the case of emergency, you

18     will never have to feel helpless, worried or by yourself

19     in an emergency situation.

20          Our device has been helping save the lives of

21     American senior citizens for over 30 years.  Your medical

22     alert system package includes a medical alert base

23     station with a loudspeaker and a very sensitive

24     microphone, a waterproof wrist or necklace button, free

25     shipping and free activation and, Joan, voice remote,

1   which is an easy-to-use device that allows you to answer

2   and talk on the telephone by simply pressing your

3   necklace button.  So, no more getting up to answer the

4   phone and no more missed calls.

5           Normally, all this would cost over $400, but

6   today you pay absolutely nothing for the system.  The

7   only thing you would be responsible for today is the

8   emergency medical technician monthly monitoring fee of

9   just $34.95 per month and the billing cycle doesn't start

10  until you receive the system and activate it.  Everything

11  else is free.  Also, there is no long-term contract

12  whatsoever and you can cancel at any time with no

13  cancellation fees.

14          Okay, Joan, so what address would you like your

15  emergency medical alert system shipped to?

16          JOAN:   ████████████████████

17          B.J. WILLIAMS:  That was 1 --

18          JOAN:   ██████████

19          B.J. WILLIAMS:  ██████████

20          JOAN:   ██████████████

21          B.J. WILLIAMS:  Can you spell that for me,

22  dear?

23          JOAN:   ███████████████████

24          B.J. WILLIAMS:  Okay.  This is what I got, ████

25  ████████████████████████ -- what was after

1    that?

2              JOAN:  ███████████ .

3              B.J. WILLIAMS:  Okay.  I -- can you -- I am so

4    sorry.  I'm just not -- I don't know if it's just me, but

5    if you could spell that for me one more time, I'd really

6    appreciate it.

7              JOAN:  ███████████  --

8              B.J. WILLIAMS:  Uh-huh.

9              JOAN:  ████████████████ .

10             B.J. WILLIAMS:  Okay, I got ██████████

11             JOAN:  ███████████ .

12             B.J. WILLIAMS:  Okay, now I have it, ████████ ,

13   okay, dear.  And the city you're in?

14             JOAN:  Locust Valley.

15             B.J. WILLIAMS:  L-O-C-U-S --

16             JOAN:  Yes.

17             B.J. WILLIAMS:  Valley.

18             JOAN:  Valley.

19             B.J. WILLIAMS:  Is that one word or two words?

20             JOAN:  Two.

21             B.J. WILLIAMS:  Okay.  And the state that's in?

22             JOAN:  New York.

23             B.J. WILLIAMS:  New York, okay.  And the zip

24   code?

25             JOAN:  ██████ .

1             B.J. WILLIAMS:  Okay.  And let's see, the phone

2    number is 516█████████?

3             JOAN:  That's right.

4             B.J. WILLIAMS:  Okay.  Some people prefer to

5    use a different number.  That's why I ask.  All right,

6    okay.  And we're just getting that.  Okay.  All right.

7    Will you be paying with a credit card or debit card

8    today?

9             JOAN:  Credit card.

10            B.J. WILLIAMS:  Will that be Visa, Mastercard,

11   American Express or Discover?

12            JOAN:  It's a ███████.

13            B.J. WILLIAMS:  Okay.  And the numbers on that

14   card?

15            JOAN:  (Inaudible).  What am I paying for?

16            B.J. WILLIAMS:  It's the monthly -- it's the

17   monthly monitoring fee, okay, that's for -- that's just

18   the fee for the service itself.  It's just a little over

19   a dollar a day and that way they keep you protected all

20   year long, including Christmas, Thanksgiving, every

21   single day, okay?

22            JOAN:  Okay.

23            B.J. WILLIAMS:  And what are those numbers on

24   that ██████

25            JOAN:  ████████████████

1          B.J. WILLIAMS:  Okay, dear.  ████████████████

█    ████████████████████████

3          JOAN:  ████████████████████.

4          B.J. WILLIAMS:  Okay.  Is there anyone else

5    around that can help you with that?

6          JOAN:  Not now.  She'll be in in about ten

7    minutes.

8          B.J. WILLIAMS:  In about ten minutes?

9          JOAN:  Yes.

10         B.J. WILLIAMS:  Okay.  So, I'm not trying to

11   push it or anything or I was just wondering do you just

12   ████████████████████████████    sweetheart?

13         JOAN:  ████████████████████

14         B.J. WILLIAMS:  Oh, okay, okay.  Okay, that's

15   not a problem.  Let me see if I got all the other

16   information in here.  All right.  You said about ten

17   minutes?

18         JOAN:  Yes.

19         B.J. WILLIAMS:  Okay.  Okay.  Because -- oh,

20   and did you want the necklace button or did you want the

21   wristband button?  It kind of looks like a watch.

22         JOAN:  Um --

23         B.J. WILLIAMS:  You can keep -- I'm sorry, go

24   ahead.

25         JOAN:  It's not big, is it?

```
 1              B.J. WILLIAMS:  No, no, they're not big at all.
 2     No.  See, some people prefer the wristband.  See, both of
 3     them are waterproof.  You can bathe with both of them and
 4     there would be nothing wrong with it.  So, some people
 5     prefer the wristband because the necklace, they tend
 6     to -- when they wear it at night, they tend to roll over
 7     on top of it, so it's uncomfortable.  So, some people
 8     prefer the wristband, but either one you want, we'll give
 9     you.
10              JOAN:  I'll take the wristband.
11              B.J. WILLIAMS:  You'll take the wristband,
12     okay, dear.  And let's see, all right.  Well, okay,
13     shoot.  Well, we probably got -- it's 10:42.  And what,
14     did she run out to the store or something?
15              JOAN:  Yes.
16              B.J. WILLIAMS:  Okay.  All righty.  And is this
17     your daughter or --
18              JOAN:  An aide.
19              B.J. WILLIAMS:  Oh, she's a maid?  Okay.  Well,
20     that's convenient.  Okay.  Well, while we're waiting on
21     her, okay, we'll just -- I'll just tell you about a
22     couple other things that we have and if -- if you -- if
23     you want, you can have it.  If not, you just say no, it's
24     no big deal.  So, I'll just let you know about this while
25     we're waiting on her, okay, Joan?
```

```
1              JOAN:  Yes.

2              B.J. WILLIAMS:  All righty.  And do you have a

3    spouse or someone else in your home that you would also

4    like to be protected?

5              JOAN:  No.

6              B.J. WILLIAMS:  Okay.  And -- oh, by the way,

7    as a special offer for signing up today, like I said, you

8    don't have to have these, it's just something I'm letting

9    you know about.  If you want them, you can have them.  If

10   not, that's fine.  We are able to offer you a free

11   anywhere alert 911 pendant.  The pendant would normally

12   cost 125, but today it's free.  This pendant can be worn

13   anywhere in the United States and with just the push of a

14   button, you can get the help you need immediately.  The

15   monitoring service for the nationwide anywhere alert 911

16   pendant is just an extra $9.99 per month.  Would you be

17   interested in adding this to your system today?

18             JOAN:  No.

19             B.J. WILLIAMS:  Okay.  And Joan is spelled J-O-

20   A-N?

21             JOAN:  Yes.

22             B.J. WILLIAMS:  Okay.  And how do you -- what

23   is your last name?  How do you spell your last name,

24   dear?

25             JOAN:  I've forgotten.
```

```
 1              B.J. WILLIAMS:  Okay.  How about your last --

 2              JOAN:  (Inaudible).

 3              B.J. WILLIAMS:  What, sweetheart?

 4              JOAN:  P-E-I-R-A-N-O is my last name.  P as in

 5    Peter.

 6              B.J. WILLIAMS:  Oh, okay.  P-E-I-R --

 7              JOAN:  A-N-O.

 8              B.J. WILLIAMS:  A-N as in Nancy-O, correct?

 9              JOAN:  Correct, yes.

10              B.J. WILLIAMS:  All right.  Peirano, is that

11    how you say it?

12              JOAN:  That's right.

13              B.J. WILLIAMS:  Okay, Peirano.  I'm glad I said

14    it right.  Okay.  And, so, we're getting what's called a

15    VOIP, voice over -- I forget -- oh, I forget the rest of

16    it, exactly what it stands for.  But anyways that's the

17    system you're getting, which I was telling you about, is

18    the loudspeaker that has a very sensitive microphone.

19    Oh, also, don't forget, Joan, whenever you have a

20    telephone call, you can just push that button on your

21    wrist and just answer -- answer the phone, okay?  So, you

22    can talk -- you don't have to yell at it, you just talk

23    normal like hello, you know, oh, how are you today.  You

24    talk to it like that and since the microphone's so

25    sensitive, they can hear you very clearly.  Like I said,
```

1    you talk to it like you're talking to me right now.  That

2    way you don't have to get up to answer the phone anymore,

3    okay?

4              JOAN:  Okay, yes.

5              B.J. WILLIAMS:  Okay.  And you don't have to

6    rely on the maid to come all the way over to pick up the

7    phone for you either.  So, it's kind of a convenience.

8    Okay?  So, you know what, yeah, the only information

9    we're waiting on right now is what you have on the credit

10   card.  And like you said, ████████████████████████

11   ████ .

12             So, you know what, since it's Christmas-time,

13   while we're waiting on her, do you have any special

14   Christmas stories you'd like to tell me about?

15             JOAN:  No, not really.

16             B.J. WILLIAMS:  Not really?  Okay.  It's just

17   sometimes people like to tell me about their Christmas

18   stories and I love to hear them, you know.

19             JOAN:  My great-grandson arrived.

20             B.J. WILLIAMS:  Really?  Wow.  Oh.

21             JOAN:  (Inaudible).

22             B.J. WILLIAMS:  How old is he?

23             JOAN:  Pardon me?

24             B.J. WILLIAMS:  How old is your great-grandson

25   if you don't mind me asking?

1          JOAN:  A month.

2          B.J. WILLIAMS:  Oh, a month.  Wow.  So, does

3    that mean -- so, along with your great-grandson, your

4    other grandchild is there as well, right?

5          JOAN:  Yes, yes.

6          B.J. WILLIAMS:  Well, that's wonderful.  And

7    they come to visit for Christmas?

8          JOAN:  Yes.

9          B.J. WILLIAMS:  That is wonderful.  So, is that

10   your first great-grandchild?

11         JOAN:  Yes.

12         B.J. WILLIAMS:  See, my mother just got her

13   first great-grandchild last year, last summer.

14         JOAN:  Oh.

15         B.J. WILLIAMS:  And that was her first one.

16   And let me tell you, I've never seen somebody so excited

17   in my life.

18         JOAN:  Oh, it is.

19         B.J. WILLIAMS:  Yeah.  And I tell you what, he

20   come out with the brightest blue eyes and he come out

21   with a smile.  And, you know, he made everybody just love

22   him, you know.

23         JOAN:  (Inaudible).

24         B.J. WILLIAMS:  So, you know, he stole

25   everybody's heart.  So, my mother was like, oh, my gosh,

1   my first great-grandchild, you know.  So, we were all

2   pretty ecstatic.  And that made me a great --

3            JOAN:  Where do you -- where do you live?

4            B.J. WILLIAMS:  Me?  Right now, I actually am

5   living in Orlando, Florida, the home of Disney World, the

6   biggest one in the world.

7            JOAN:  Yes.

8            B.J. WILLIAMS:  Yes.  So, I'm still having fun

9   myself.

10           JOAN:  That's good.

11           B.J. WILLIAMS:  Yeah.  Even though he made me a

12  great aunt, I'm still having fun.

13           JOAN:  (Inaudible).

14           B.J. WILLIAMS:  I told my niece who had -- who

15  had him, I said, he just double-stamped my old card

16  because I'm a great aunt.

17           JOAN:  That's beautiful.

18           B.J. WILLIAMS:  So, yeah.  That -- yeah,

19  actually, yes.  So, does yours have -- what does your

20  grandson look like or -- you did say great-grandson,

21  didn't you?

22           JOAN:  Yes.

23           B.J. WILLIAMS:  Okay.  What does he look like?

24           JOAN:  Real little boy.  You can just look at

25  him and you know he's a boy.

1      B.J. WILLIAMS:  Yeah.  Does he have one of

2  those sparkling smiles that makes everybody love him?

3      JOAN:  That's right.

4      B.J. WILLIAMS:  That's right.  You better

5  believe it.  And, you know, anywhere we take him, oh,

6  goodness, he just gets all the attention.  He'll -- he'll

7  flirt with the ladies.  He looks up at them and, you

8  know, just gives that little smile and they're like, aw,

9  you know.  He just steals the attention of all the shows.

10      JOAN:  Yes.

11      B.J. WILLIAMS:  Is that what yours does, too?

12      JOAN:  Yes.

13      B.J. WILLIAMS:  See, that is so special.  That

14  is so special.  I love it.  I love taking him out when I

15  have him.  And we pretty much just kidnap him any time we

16  can, you know.

17      JOAN:  I wish I -- I wish I could, but ████████

18  ██████████ .

19      B.J. WILLIAMS:  What was that about a

20  ██████████  I didn't hear you.

21      JOAN:  ██████████████████████████████████████

22  ████ .

23      B.J. WILLIAMS:  Oh, oh, okay.  Yeah.  I'm sorry

24  to hear that, dear.  I'm really sorry to hear that, Joan.

25  I wouldn't want that, you know, to happen to me or

```
 1    anything like that, you know.  I mean --

 2              JOAN:  It's awful.

 3              B.J. WILLIAMS:  No, I -- █████████

 █    ██████████████████████████████████.

 5              JOAN:  ███████████████████████████

 6    ██████.

 7              B.J. WILLIAMS:  I'm so sorry, I'm so sorry.

 8    Well, do you ever get to go out and get you some fresh

 9    air and just --

10              JOAN:  All the time.

11              B.J. WILLIAMS:  Well, that's wonderful.  That

12    is wonderful.  I'm glad you get to do that.

13              JOAN:  ████████████████████████   ████████

14    ██████████████████████████████████████

15    ██████████.

16              B.J. WILLIAMS:  Oh, okay.  Well, that's great.

17    ████████████████████████████████████

18    who --

19              JOAN:  ████████████████████████.

20              B.J. WILLIAMS:  Oh, I see, I see.  Well, that's

21    -- that's okay.  You know, I just -- I'm just glad you

22    ██████████████████████████████████████

23    ████████████████████████████████████████

24    ██████████████████████████████  Are you close

25    to the beach there in New York?  I don't know where
```

1    Locust Valley is.

2           JOAN:  Yes, fairly close.

3           B.J. WILLIAMS:  Oh, good, good.  So, you get to

4    go out there and just enjoy that fresh sea air?

5           JOAN:  Oh, yes.

6           B.J. WILLIAMS:  Oh, that's wonderful.  See,

7    there you have the advantage on a lot of people that live

8    in America.  Right there.  So, yeah, I hear -- well,

9    yeah, I'm in Central Florida, but here I just drive, what

10   -- I'd say about an hour and a half, something, maybe not

11   even that long.  It depends on traffic, you know.  But

12   it's about an hour and a half away from the beach and I

13   can get to Daytona Beach.  And if you've ever been there

14   -- do you know what white --

15          JOAN:  I've been to Boca -- Boca Raton.

16          B.J. WILLIAMS:  You have been there?

17          JOAN:  Boca Raton.

18          B.J. WILLIAMS:  Oh.  So, you know about the

19   white caps?

20          JOAN:  Yeah.

21          B.J. WILLIAMS:  You know what -- okay, so,

22   yeah, just beautiful white caps and just beautiful things

23   going on all the time and just the beautiful scenery and

24   -- so, you probably know the Florida tradition, when the

25   sun sets completely, everybody claps because it's so

1    beautiful, one of God's great creations, you know.  Have

2    you heard people clap around here during sunset?

3              JOAN:  No, I haven't.

4              B.J. WILLIAMS:  Really?  Oh, interesting.

5    Well, maybe that's just on the Gulf Coast side.  That

6    goes all the way down the Gulf -- the Gulf of Mexico and

7    all the way down into Key West.  When the sun sets,

8    everybody claps.  It is a beautiful --

9              JOAN:  I've never heard that.

10             B.J. WILLIAMS:  Yeah, yeah.  It's a beautiful

11   tradition here.  Beautiful tradition.  And I tell you, it

12   just -- when people do that, it just -- it warms your

13   heart, you know, and it makes you realize, you know, hey,

14   I'm not the only one who appreciates this, you know.

15             JOAN:  Yeah.

16             B.J. WILLIAMS:  It really is great.  So, that's

17   something you definitely need to experience one time in

18   your life.  So, anyways, so, yeah, it's -- well,

19   actually, it's been ten minutes.  Have you seen hide or

20   hair or hear of her anywhere?

21             JOAN:  No.  Probably as soon as I hang up,

22   she'll come.

23             B.J. WILLIAMS:  What, sweetheart?  I didn't

24   hear you.

25             JOAN:  As soon as I hang up, she'll come.

```
 1            B.J. WILLIAMS:  Well, I don't want to do that,

 2    though.  Because it's very difficult to get a call back

 3    out, that's why.  So --

 4            JOAN:  (Inaudible).  I don't know what -- I

 5    don't know what happened to her.

 6            B.J. WILLIAMS:  Okay.

 7            JOAN:  She should be here.

 8            B.J. WILLIAMS:  Okay.  Did she drive a car or

 9    something like that --

10            JOAN:  Yes.

11            B.J. WILLIAMS:  -- to go to the store?

12            JOAN:  Yes.

13            B.J. WILLIAMS:  Is that what she did?  Okay.

14    Well, I'm not an impatient person, I'm really not.  I'm

15    actually having a great conversation with you.  So, I

16    don't want you to feel that I'm being impatient.  I just

17    want to -- I guess I just wanted to make sure everything

18    was okay.  So -- but after you receive the system, no

19    more of holding the phone up to you, you know.  From now

20    on, you just hit your button and, you know, you just

21    answer the phone hands-free.  So, that's going to be very

22    convenient for you from now on, isn't it?

23            JOAN:  Yes, it sounds like it is.

24            B.J. WILLIAMS:  Yes, absolutely.  And if

25    something happens -- when you go to activate it, I also
```

1    wanted to tell you this.  When you go to activate it,

2    they're going to ask you a sequence of questions such as,

3    you know -- well, for example, do you have any pets,

4    Joan?

5          JOAN:  No.

6          B.J. WILLIAMS:  Okay.  Well, I was going to

7    say, if you have pets, they'll make sure they're taken

8    care of.  They'll call somebody to come pick them up for

9    you.  But since you don't have those, you don't have to

10   worry about that.  But they'll ask you a sequence of

11   questions such as if we can't hear your voice, what --

12   who would you like us to call?  Would you like us to

13   call, you know, your next door neighbor or would you like

14   us to call your maid or -- you know, something like that.

15   And they'll call them and they'll come over and check on

16   you and make sure everything's okay, you know.

17         Sometimes we can't always hear them in the

18   bathroom or something like that, okay?  So, if not, then

19   somebody comes to check that says, hey, how are you

20   doing, and they go, oh, and you say, I'm fine, I'm fine.

21   Or, you know, you never know.  We're just -- we're just

22   safe.  We just keep it safe and make sure our senior

23   citizens are well taken care of, you know.  And I've

24   heard some horror stories about -- because -- about

25   people not checking on them.  So --

1          JOAN:  I have --

2          B.J. WILLIAMS:  -- you know -- yeah.

3          JOAN:  I have an aide that's been with me for

4    four years.

5          B.J. WILLIAMS:  You've had -- you've had your

6    maid for four years now?

7          JOAN:  Yes, she's an aide.

8          B.J. WILLIAMS:  Oh, an aide, oh, A-I-D.  Okay,

9    got it.  An aide, okay.  Well, that's great, that's

10   great.  I'm glad.  Okay.  Just out of curiosity, if she

11   were to pull up in the car, would you be able to hear it?

12         JOAN:  Yes.

13         B.J. WILLIAMS:  Okay, okay.  So, if you were to

14   hear it, you'd be able to say, oh, okay, she's here, so

15   we'd just wait a moment after that, right?

16         JOAN:  Right, yes.

17         B.J. WILLIAMS:  Okay.  All righty.  So, okay.

18   So, you know, this Christmas, since I'm in Orlando and a

19   lot of my family is in Kentucky, there's going to be me

20   and my mother here and a couple of friends and her

21   husband.  I say her husband because my dad passed away in

22   '93 and -- anyways, so it will be -- you know, it will be

23   some of us and we'll get to be merry together.  But the

24   one thing that really kills us about living in Florida is

25   that our roots and our family is all in Kentucky, you

1    know.  So, we kind of miss that.

2             But at the same time, we just -- we love the

3    weather here in Florida, you know.  It really is hard on

4    our bodies to be in that cold.  So, being here just makes

5    it so much better, you know.  We're not doing all that

6    aches and pains.  I'm sure you understand what I'm

7    talking about when I say aches and pains and the cold,

8    don't you, Joan?

9             JOAN:  Yes.

10           B.J. WILLIAMS:  Yes.  Okay.  You wanted the

11    wristband.  I got all the information.  That's all

12    correct.  Okay.  Well, so --

13           JOAN:  She must have stopped in to get --

14           B.J. WILLIAMS:  What, sweetie?

15           JOAN:  She must have stopped in to get a loaf

16    of bread or something.

17           B.J. WILLIAMS:  Oh, okay.  Well, that's

18    perfectly fine, that's perfectly fine.  So, perhaps by

19    chance are you on a cordless phone?

20           JOAN:  Yes.

21           B.J. WILLIAMS:  You are on a cordless phone?

22    Okay.  So, if you were to take the card, say, into the

23    light somewhere, you still wouldn't be able to see it?

24           JOAN:  ██████████████████    ████████

██    ████████ .

1          B.J. WILLIAMS: ████████████████████

█  ████████████████

3          JOAN:  No.

4          B.J. WILLIAMS:  Oh, I understand.  I completely

5    understand.  Okay, all righty.  I thought maybe I was --

6    I'd try a little something because, you know, actually

7    me, myself, I have trouble looking at the credit card

8    myself and I have to kind of -- even with my glasses on,

9    I have to maneuver it around in the light until I get it

10   right, and sometimes I'll mistake an eight for the three,

11   you know.  So, okay.  All righty.

12          You know, actually, I don't -- like I said, I

13   don't mind being on the phone with you, Joan.  I'm

14   actually having a great conversation with you and, you

15   know, it's just -- I'm just glad to -- just to be talking

16   to you today.  So --

17          JOAN:  Is it raining down there?

18          B.J. WILLIAMS:  Today, actually, it's very

19   cloudy and there's spots -- there's spots around Orlando

20   that's getting little squirts of rain here and there.

21   Oh, oh, last week was just miserable.  It was rainy, it

22   was -- you know, what we call cold is 60 degrees.  So, we

23   all start zipping up with our jackets when we get to that

24   point.  And, so, it -- you know, last week we weren't

25   very happy with the weather.  But, you know, this week is

1    very different.  It's reaching anywhere between 70 and 80

2    degrees.  So, we're much more happier with that.  And --

3    but today, it's a little cloudy today.  But nothing

4    miserable, just partly cloudy here, you know.

5          And how's the weather there?  How's that doing

6    for you?

7          JOAN:  It's not very nice today.  It's gloomy.

8          B.J. WILLIAMS:  Is it gloomy?

9          JOAN:  And there -- there's no wind, but it's

10    just not a nice day.

11          B.J. WILLIAMS:  Oh.  Well, I hate to hear that.

12    I wish I could just send some of my sunshine your way,

13    just so you can have a -- you know, just some of that

14    wonderful weather.  I really wish I could do that for

15    you.

16          JOAN:  We need it.

17          B.J. WILLIAMS:  Yeah.  We had that -- like I

18    said, we had that gloomy weather last week and it wasn't

19    so great.  But, you know, we kind of have it today.

20    Well, okay.  Well, she hasn't shown up yet.  Hmm.  Let's

21    see.  You know what, Joan, since we're waiting on her, is

22    it okay if I put you on hold and go get me a drink of

23    water?  Would that be okay with you?

24          JOAN:  Sure, yes.

25          B.J. WILLIAMS:  Okay.  Now, you're going to

1    hear a pause, you're not going to hear anything.  That

2    doesn't mean I hung up, okay?  I'm just going to put you

3    on hold, okay, dear?

4              JOAN:  Okay.

5              B.J. WILLIAMS:  All right.  Hold on for one

6    minute.

7              (On hold.)

8              B.J. WILLIAMS:  I'm back, Joan.

9              JOAN:  Yes.

10             B.J. WILLIAMS:  Okay.  Did you hear anything

11   yet?

12             JOAN:  I was talking to her and she went for a

13   drink of water.

14             B.J. WILLIAMS:  You were talking to her and

15   what?

16             JOAN:  She went for a drink of water.

17             B.J. WILLIAMS:  Oh, okay.  Yeah, that's me,

18   that's me.  Is -- is your aide back yet?

19             JOAN:  That's what I said, she went for a

20   drink.

21             B.J. WILLIAMS:  Oh, she did.  Oh, okay.  Well,

22   I'm glad she's there now.  I guess that's all it needed

23   is me going to get a drink of water.  So, apparently, she

24   needed one, too.  Well, I'm glad she got back so we can

25   get your system out to you.  And like I said, it will be

1   out to you in seven to ten days.  Okay?

2         JOAN:  Now, she -- you have to wait a few

3   minutes.

4         B.J. WILLIAMS:  Okay, I understand that.

5   That's fine.  We're going to wait, dear.  Just wait a few

6   minutes while she gets her drink of water and then I'll

7   get her to read me the numbers and then she's going to

8   hand the phone back to you, okay?  And then we're going

9   to take care of it from there, okay?

10        JOAN:  Okay.

11        B.J. WILLIAMS:  And what's going to happen

12  after we get this information is you're going to be

13  talking to people in confirmation and they're going to

14  repeat the information back to you so, you know, you just

15  say, yes, that's correct with the credit card information

16  since you can't read it, okay?

17        JOAN:  Hold on just a minute.  I'll call her.

18        B.J. WILLIAMS:  Okay, thank you.

19        JOAN:  Margaret.  Margaret.  I don't hear her.

20        B.J. WILLIAMS:  Okay.  She probably had to use

21  the restroom as well.  You know, sometimes after you --

22        JOAN:  Margaret.  Margaret.

23        (Brief pause.)

24        B.J. WILLIAMS:  Do you hear her coming?

25        JOAN:  No.

1              B.J. WILLIAMS:  That's okay.  Like I said, she

2  probably had to use the restroom on her way.  As you

3  could probably tell, I'm not an impatient --

4              JOAN:  Margaret.  Margaret.

5              B.J. WILLIAMS:  I'm not an impatient person.

6              JOAN:  This is ridiculous.

7              B.J. WILLIAMS:  It's okay.  I'm okay, Joan.

8  I'm fine with this.  I'm just happy she finally got

9  there.

10             JOAN:  Mm-hmm.

11             (Brief pause.)

12             B.J. WILLIAMS:  So, are you ready for Christmas

13  with Santa Claus and all that?

14             JOAN:  Margaret.  Margaret.

15             (Brief pause.)

16             B.J. WILLIAMS:  You still there, Joan?

17             JOAN:  I am.

18             B.J. WILLIAMS:  Okay, dear, just making sure.

19             (Brief pause.)

20             JOAN:  I don't know where she went.

21             B.J. WILLIAMS:  Okay.  We'll just wait for her.

22             (Brief pause.)

23             JOAN:  Margaret.  Margaret.

24             B.J. WILLIAMS:  Excuse me.

25             (Brief pause.)

1     B.J. WILLIAMS:  So, she came in, said she had

2  to go get a drink of water and hasn't been back yet, is

3  that correct?

4     JOAN:  That's right.

5     B.J. WILLIAMS:  Hmm.  Is she usually like this?

6     JOAN:  Sometimes.

7     (Brief pause.)

8     B.J. WILLIAMS:  I don't understand.  Like I

9  said, the only thing I could think of is the restroom,

10  but I don't know.  Can she hear you call across the

11  house?

12     JOAN:  Yes.

13     B.J. WILLIAMS:  Hmm.

14     JOAN:  Let me call her again.

15     B.J. WILLIAMS:  What, sweetheart?

16     JOAN:  Margaret.

17     B.J. WILLIAMS:  Oh, okay.

18     JOAN:  Margaret.

19     (Brief pause.)

20     JOAN:  Margaret.

21     (Brief pause.)

22     JOAN:  Margaret.  Margaret, answer me.  Heh?

23  Margaret.

24     (Brief pause.)

25     B.J. WILLIAMS:  Are you hearing anything, Joan?

1        JOAN:  No.

2        B.J. WILLIAMS:  Huh, this is very strange.

3        JOAN:  Margaret.  Where are you, Margaret?

4        (Brief pause.)

5        B.J. WILLIAMS:  Do you think she's okay?

6        JOAN:  She's probably in the bathroom.

7        B.J. WILLIAMS:  Okay.  Well, like I said, I'm a

8   patient person.

9        JOAN:  Hello?

10        B.J. WILLIAMS:  Hello, is this Margaret.

11        JOAN:  Could you get this phone?

12        B.J. WILLIAMS:  Hand her the credit card, too,

13   please.

14        JOAN:  Would you -- I got somebody on the

15   phone.  Could you take this -- take the call?  I have to

16   give her this number.

17        (Brief pause.)

18        B.J. WILLIAMS:  Hello?

19        JOAN:  Sit down and talk to her -- talk to this

20   (inaudible).  Will you take this and talk to her?

21        MARGARET:  Hello.

22        B.J. WILLIAMS:  Hi, Margaret.

23        MARGARET:  Margaret?  No, she not here.

24        B.J. WILLIAMS:  Okay, no, hello, hello, hi.

25   Okay, she's wanting to order the safe alert system and in

1    order for her to do that, she wanted to use her ▇ card

2    and she needs you to read the credit card numbers to me,

3    please.

4            MARGARET:  Okay, I -- you got it?

5            B.J. WILLIAMS:  Okay.  I -- no, no, I need you

6    to tell me the numbers on her credit card, please.

7            MARGARET:  Okay, I do now, okay?

8            B.J. WILLIAMS:  Okay.

9            MARGARET:  It's a XXXX.

10          B.J. WILLIAMS:  XXXX.

11          MARGARET:  XX.

12          B.J. WILLIAMS:  XX.

13          MARGARET:  XX.

14          B.J. WILLIAMS:  XX.

15          MARGARET:  XX.

16          B.J. WILLIAMS:  XX.

17          MARGARET:  XX.

18          B.J. WILLIAMS:  XX.  XXXX --

19          MARGARET:  X --

20          B.J. WILLIAMS:  Oops, oops, X.

21          MARGARET:  XX.

22          B.J. WILLIAMS:  XX.

23          MARGARET:  XX.

24          B.J. WILLIAMS:  XX.

25          MARGARET:  Okay, that's the number.

1          B.J. WILLIAMS:  Okay, hold on, hold on.  XXXX.

2          MARGARET:  Mm-hmm.

3          B.J. WILLIAMS:  XXXX.

4          MARGARET:  Mm-hmm.

5          B.J. WILLIAMS:  XXXX.

6          MARGARET:  Mm-hmm.

7          B.J. WILLIAMS:  XX what?

8          MARGARET:  XX.

9          B.J. WILLIAMS:  XXXX.

10          MARGARET:  XXXX.

11          B.J. WILLIAMS:  XXXX.  Okay.  And --

12          MARGARET:  You got it?

13          B.J. WILLIAMS:  Yeah.  Expiration?  What is

14  expiration down below, the numbers below?

15          MARGARET:  Below?

16          B.J. WILLIAMS:  Numbers below.

17          MARGARET:  N -- M (inaudible) E-L-L.

18          B.J. WILLIAMS:  Okay.  M -- hold on. M-E-R-A-L-

19  L?

20          MARGARET:  No, M-E-L-L.  My E-L-L.

21          B.J. WILLIAMS:  One moment.  M-E-L-L, what?

22          MARGARET:  That's it.

23          B.J. WILLIAMS:  M-E-L-L what?

24          MARGARET:  M-E-L-R-E-L-L.

25          B.J. WILLIAMS:  Okay.  And anything else on

1   there?

2         MARGARET:  And the bottom one (inaudible) here

3   S-I-G-N-A-P-U-L-E.

4         B.J. WILLIAMS:  Okay.

5         MARGARET:  That's it.

6         B.J. WILLIAMS:  Signapule Melrell?

7         MARGARET:  Yeah, that's it.

8         B.J. WILLIAMS:  Okay.  Numbers?  More numbers

9  below that name?

10        MARGARET:  Yeah.

11        B.J. WILLIAMS:  Please give me those numbers,

12  please?

13        MARGARET:  You want not the number on the back

14  of card?

15        B.J. WILLIAMS:  Yeah, I want the numbers on the

16  back of the card, too, yes.

17        MARGARET:  What is it, the sign or the bottom?

18        B.J. WILLIAMS:  Both.

19        MARGARET:  Both you want, okay.  XXXX.  You got

20  it?

21        B.J. WILLIAMS:  XXXX.

22        MARGARET:  Yeah.  XXX.

23        B.J. WILLIAMS:  XXX, okay.

24        MARGARET:  Okay.  And that's the one.

25        B.J. WILLIAMS:  All right.  Now, on the front

1    of the card, there is --

2              MARGARET:  Uh-huh.

3              B.J. WILLIAMS:  You see E-X-P?  I need those

4    numbers after --

5              MARGARET:  E-X-P?  No, I know got it here.  I

6    don't know what it is.

7              B.J. WILLIAMS:  Okay.  Expiration small --

8              MARGARET:  Expiration on the bottom of the

9    card, yeah.  Expiration S-C-G-N.

10             B.J. WILLIAMS:  S-C-G-N?

11             MARGARET:  I-T-U-L-I.

12             B.J. WILLIAMS:  I-T-U-L-I.

13             MARGARET:  Yeah.

14             B.J. WILLIAMS:  Expiration?

15             MARGARET:  Yeah.

16             B.J. WILLIAMS:  Okay.  Anything else?

17             MARGARET:  That's it.

18             B.J. WILLIAMS:  No numbers?

19             MARGARET:  No.

20             B.J. WILLIAMS:  Okay.  And the numbers on the

21   back are XXX?

22             MARGARET:  Uh-huh.

23             B.J. WILLIAMS:  Okay.  No month, no year?

24             MARGARET:  No, no.

25             B.J. WILLIAMS:  Very strange.  Okay.  Okay, let

1   me speak to Joan now, okay?

2          MARGARET:  Okey-doke.  Okay.

3          B.J. WILLIAMS:  Okay, thank you.

4          MARGARET:  You're welcome.

5          JOAN:  Hello.

6          B.J. WILLIAMS:  Yes, Joan, hi.  Okay, I'm not

7   sure what kind of card you have there.  Is that a prepaid

8   card or something?

9          JOAN:  ███   ███  card.

10         B.J. WILLIAMS:  It's a  ███  card, okay.  I was

11  asking her for an expiration date and she -- she was

12  giving me S-C-G-N-I-T-U-L-I.

13         JOAN:  Wait a minute, hold on.

14         B.J. WILLIAMS:  Okay.

15         (Brief pause.)

16         B.J. WILLIAMS:  I kept asking her expiration

17  date, more numbers.  She just -- she just didn't have it,

18  you know.

19         JOAN:  Wait a minute, wait a minute.

20         B.J. WILLIAMS:  Does this happen on a credit

21  card or not?  This is what I'm getting when I ask for

22  expiration.  That was -- yeah, I was going to say, that

23  doesn't look right to me either.  I'm asking if it's a

24  prepaid card -- oh, okay, all right.  Thank you, thank

25  you.

```
 1              JOAN:  ███.

 2              B.J. WILLIAMS:  Oh, there we go.  ████,

 3    beautiful.  ████, okay.  Okay, we got it now.  Now we're

 4    ready to -- to get down to business here, brass tacks.

 5    Okay.  Now, okay, Joan, your equipment will be shipped to

 6    you at -- I'm going to repeat your address here and make

 7    sure we have it right, ████████████████, Locust Valley,

 8    New York, █████.  Is that correct?

 9              JOAN:  Yes.

10              B.J. WILLIAMS:  Okay.  And will arrive within

11    the next seven to ten business days.  Don't forget to

12    activate your system as soon as you receive it by

13    plugging it into your phone line jack and pushing the

14    button.  This will make a test call and activate your

15    system and immediately start protecting you.  Okay?  I'm

16    going to transfer you to our confirmation department so

17    they can give you your confirmation number and verify

18    that I entered all of your information into the system

19    correctly.  They will also give you our customer service

20    number in case you have any additional questions.  Thank

21    you very much and I hope you enjoy the safe feeling of

22    having a medical alert system.

23              Joan, please hold while I transfer you to the

24    confirmation department.  Don't hang up until you talk to

25    the confirmation department, okay?
```

```
 1            JOAN:  Okay, thank you.

 2            B.J. WILLIAMS:  Okay, you're welcome, dear.

 3     Now, you're going to hear a pause.  We're not hanging up

 4     on you, but you're going to hear a pause and you're going

 5     to hear somebody pick up after a few seconds, okay?

 6            JOAN:  Okay.

 7            B.J. WILLIAMS:  All right, thank you, Joan.

 8     Please hold.

 9                (The call was concluded.)

10                (The recording was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      C E R T I F I C A T I O N   O F   T Y P I S T

2    MATTER NUMBER: 1423123

3    CASE TITLE: LIFEWATCH, INC.

4    TAPING DATE:  DECEMBER 18, 2012

5    TRANSCRIPTION DATE:  MAY 20, 2015

6    REVISION DATE:  MAY 27, 2015

7

8       I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                   DATED:  MAY 27, 2015

14

15

16                   ELIZABETH M. FARRELL

17

18   C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                   SARA J. VANCE

# Attachment C

*Connect America.com LLC*
*2193 West Chester Pike*
*Broomall, PA 19008*

*Via U.S. Mail and E-mail*

March 19, 2013

Evan Sirlin
Lifewatch Inc.
266 Merrick Road, Suite 104
Lynbrook, New York 11563

RE:  Notice of Termination of Marketing Alliance Agreement dated August 31, 2012 (the "Agreement")

Dear Evan:

Pursuant to Section 8.1 of the Agreement, Connect America.com, LLC ("Connect America") is hereby providing Lifewatch Inc. ("Lifewatch") with notice of Connect America's intention to terminate the Agreement effective as of May 19, 2013.

Neither this letter nor anything contained in this letter will constitute, or be deemed to be, (i) a waiver of any of the rights and remedies of Connect America under the Agreement, or (ii) a modification or amendment to the Agreement. Connect America expressly reserves all of its respective rights and remedies available to it under the Agreement, at law and in equity.

Very truly yours,

Ken Gross
Connect America.com, LLC
President

cc:    Michael DuBay, *Honigman Miller Schwartz and Cohn LLP*

12279861.1

Gross Att. C

# Attachment D

**Subject:** Robo Call issue

**Date:** Thursday, April 25, 2013 10:31:10 AM Eastern Daylight Time

**From:** Mark Leighton

**To:** evan Sirlin

**CC:** 'David Roman', Mitchel May, wealarmyou@aol.com, Mark Leighton

Evan,

The whole PERS industry is concerned over the sudden rise of consumer complaints due to telemarketing and robo dialing seniors. These tactics as you know are not something that we approve of and feel they will have a negative impact on the industry as a whole. We have made it clear that we cannot accept accounts that are derived from such tactics. We gave you notice in writing that we terminated our agreement on March 19, 2013. In addition we are hearing of misleading statements and false advertising within the script of these calls. This again is not acceptable. Through some due diligence we have found that many of the calls are initiated from call centers representing Lifewatch.

Unfortunately due to the above mentioned information and circumstances, that effective immediately we can no longer accept even replacement accounts from Lifewatch.

We would be happy to get on a call to further discuss the above situation and settling the current outstanding balance owed CA.

Regards,
Mark


**Mark Leighton**
Chief Executive Officer

## Connect America

2193 West Chester Pike
Broomall, PA 19008
1.800.800.3910
Cell 508.821.8309
Fax 610.356.2671
www.connectamerica.com

**EXHIBIT B**

**Page 1 of 1**

Gross Att. D