# PX 15

## DECLARATION OF JOSEPH SETTECASE
## PURSUANT TO 28 U.S.C. § 1746

I, Joseph Settecase, hereby declare as follows:

1. My name is Joseph Settecase. I am over the age of eighteen, and I am a United States citizen.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. I am the same Joseph Settecase who was named as a defendant in *FTC, et al. v. Worldwide Info Services, Inc., et al.*, 6:14-cv-8-CEM-DAB (M.D. Fla.) ("FTC Action"). I entered into a final settlement with the plaintiffs in that matter on November 13, 2014.

4. I have a strong information technology ("IT") background, and have worked in the telemarketing industry for several years. In 2011, my company, Unique Information Services Inc. ("Unique"), began providing IT services in connection with telemarketing done on behalf of Lifewatch, Inc. ("Lifewatch"). Roderic Boling, a man I have known for many years through the telemarketing industry, initially approached me about helping with the Lifewatch telemarketing. Boling also continued to serve as the liaison between Lifewatch and Unique during the course of the business relationship. It was my understanding that Lifewatch was aware of all the telemarketing activities Unique engaged in on Lifewatch's behalf.

5. Unique's role in Lifewatch's telemarketing was to provide IT support to certain call centers conducting live telemarketing for Lifewatch. Boling set up the relationship between Unique and the call centers for which it provided IT support. The call centers were run by Michael Hilgar and Gary Martin, and went by company names including Worldwide Info Services, Inc. ("Worldwide") and Arcagen, Inc. ("Arcagen"). Hilgar, Martin, Worldwide, and

Page **1** of **4**

Initials

Arcagen were all co-defendants of mine in the FTC Action. Neither Unique, nor any other company with which I was affiliated, participated in medical alert device telemarketing for any company other than Lifewatch.

6. The Lifewatch telemarketing that Unique participated in exclusively used outbound calling and prerecorded messages. Boling knew how we were reaching consumers, and it was my understanding that Lifewatch was also aware that we used outbound calls and prerecorded messages. Consumers would receive a telephone call and, when they answered, hear a recorded message about a medical alert system. Consumers who wanted more information about the medical alert system were instructed to press a number on their keypad, and they were connected to a live telemarketer. If the consumer did not want to receive any more telemarketing calls, they could press another number on their keypad, and their telephone number was added to our internal Do Not Call list.

7. One of Unique's responsibilities was to maintain the dialer that made the outbound telemarketing calls to consumers. We received lists of telephone numbers from Boling and the call centers, and were responsible for inputting the numbers into the dialer. The telephone numbers all appeared to have been purchased from lead brokers. Unique was not instructed to, and did not, run the lists of telephone numbers against the National Do Not Call Registry before loading them into the dialer. The dialer would then send out telephone calls to all of the telephone numbers. At Unique's peak, the company sent out nearly two million calls a day, six days a week, to consumers. Of those calls, approximately 800,000 to 900,000 were connected, meaning that the call was answered either by a person or an answering machine.

8. Unique would manipulate the information that would appear on consumers' caller IDs when they received our telemarketing calls. By doing so, we were able to make the caller ID

Initials 

display a telephone number that was local to the consumer receiving the call. It is common knowledge in the industry that consumers are more likely to answer telephone calls made from a local number. But we were careful to be sure that all of the telephone numbers that appeared on consumers' caller IDs were actually owned by Unique or the call centers. Boling knew that Unique manipulated the numbers that appeared on the consumers' caller IDs, and it was my understanding that Lifewatch was aware of this as well.

9. As mentioned above, when consumers answered calls that Unique sent out, they would hear a prerecorded message. We used a variety of different messages during the course of the Lifewatch telemarketing. I do not remember specifically what the different messages said, but I do know that we used a message where the recorded voice identified himself as "John from the Shipping Department" for a period of time. Each of the prerecorded messages gave consumers the option to press "1" on their keypad to get more information, and another number to indicate they were not interested. Unique did not draft the prerecorded messages that it sent out. Boling would either provide us with the recording to use, or he gave us a script and we would have the recording made ourselves through an outside service.

10. When consumers pressed the number on their keypad indicating they were not interested in the medical alert system, I would add their telephone numbers to Unique's internal Do Not Call list, and update the dialer so that their numbers would not be called again. I was not instructed to, nor did I, share this Do Not Call information with Boling, Lifewatch, or any other company conducting telemarketing for Lifewatch. Every once in a while, I would receive a short list of telephone numbers from Lifewatch to add to Unique's Do Not Call list. Based on the size of these lists, these telephone numbers were likely affiliated with individual consumers who contacted Lifewatch directly to demand they not be contacted by telemarketers.

11. Of the approximately 800,000 to 900,000 calls that were connected each day, as many as 10,000 to 20,000 would subsequently be transferred to the call center and connected to a live telemarketer. Unique was responsible for ensuring that the portions of the telemarketing calls involving live telemarketers were recorded and logged. These recordings were available to Lifewatch, and Lifewatch or Boling regularly requested copies of the recordings. Each week, in response to requests, we would send anywhere from 10 to 35 recordings of telemarketing calls to Lifewatch.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____6/5____, 2015.

_____
Joseph Settecase