# PX 17

# DECLARATION OF KATHLEEN BANGASSER
## PURSUANT TO 28 U.S.C. § 1746

I, Kathleen Bangasser, hereby declare as follows:

1. My name is Kathleen Bangasser. I am fifty-five (55) years old and I live in Sioux Falls, South Dakota.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. My telephone number is on the National Do Not Call Registry, but I have been receiving telemarketing calls regularly for years. I usually just hang up the telephone as soon as I realize that the call is from a telemarketer. I have received a few telemarketing calls from a man who identified himself as "John from the Shipping Department," but when I asked him to stop calling, he just kept talking, so I eventually hung up on him.

4. On August 27, 2013, I received a telemarketing call that began with a prerecorded message. The message claimed that I was eligible for $3000 in free groceries, and that I could also get a free medical alert bracelet that could save my life. I was instructed to press 1 to get more information. I was surprised by how blatant this message was, but I also realized that it could appeal to vulnerable people. I work for a social service agency, and know that there are lots of hungry people out there who could use thousands of

dollars in free groceries. I was so offended by the message that I decided to press 1 to find out the name of the company behind this telemarketing call.

5. After pressing 1, I was connected to a male telemarketer. He identified himself by using an official-sounding code that consisted of a few letters and numbers. I did not let the telemarketer begin his pitch, but instead immediately asked him for the name of his company. He told me that the company was called Senior Assistance Program. I do not remember how the company was identified during the prerecorded message, but I think the name he gave me was slightly different than what the message said. I next asked for the company's telephone number. The telemarketer told me that the company did not have a telephone number. I told him that it was ridiculous to believe that the company did not have a single telephone number. The man then said that while he could not give me a telephone number, he could give me a website for the company. The website he gave me was www.senioralertcare.com. At that point, I hung up on him.

6. After I hung up, I pressed *69 on my telephone to find out the telephone number from which the call came. The number was identified as (605) 877-3470. This is a South Dakota telephone number, which surprised me. South Dakota is a small state, and I did not think that there would be a call center here technologically sophisticated enough to be running a scam like this that targeted other South Dakota residents.

7. I recently saw a news clip about telemarketing calls somewhere that encouraged consumers to report telemarketing calls they receive to the National Do Not Call

Registry. I decided that it was worth reporting this call because I know a lot of people who would find the prerecorded message very enticing. While I do not know what the live telemarketers are trying to pitch, I simply do not believe that consumers are truly getting $3000 in groceries and a medical alert bracelet completely free.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2013.

Kathleen Bangasser