# PX 19

**DECLARATION OF ROGER J. BEYER**
**PURSUANT TO 28 U.S.C. §1746**

I, Roger J. Beyer, hereby declare as follows:

1. My name is Roger J. Beyer. I am over the age of eighteen, and I live in Deerfield Township of Warren County, Ohio.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. My father is eighty-three years old. He suffered a stroke seven years ago and is now wheelchair-bound. Since his stroke, he has had full-time care.

4. In or around August 2014, I visited my father's home and noticed a box containing a medical alert device from Lifewatch USA. I asked my father why he had the device. He told me he had received a telephone call from someone who told him that his doctor said he needed this medical alert device. Because of this representation, my father gave the caller his credit card information and agreed to receive the device. My father and I go to the same doctor, and I am sure that our doctor would not make such a recommendation because he knows my dad already has full-time care.

5. I also pay all of my father's bills, and noticed a $34.95 charge for the device on his credit card that month.

6. I filed a complaint with the Ohio Attorney General's office and contacted Lifewatch. I explained to the Lifewatch representative that somebody had called my father and

1

2

convinced him to buy Lifewatch's product by falsely claiming that his doctor had indicated he needed the device. I told the representative that my father has full-time care and does not need the device. The Lifewatch representative was apologetic. He told me that Lifewatch has been in business for a long time, and this is not how the company operates. He agreed to cancel the account and refund the $34.95, but said he could only do so after my father paid to ship the device back to the company. This upset me; I could not believe that after my father was tricked into purchasing a device he did not need, he was expected to pay to ship the device back. Once the representative found out that I had already filed a complaint with the Ohio Attorney General's office, however, he agreed to send out a shipping label.

7. My father's credit card has been refunded the $34.95 charge, but I am still upset that this company lied to my father about his doctor, and got him to provide them with his credit card number. When I reviewed my father's credit card statement and found the Lifewatch charge, I also found several other similar charges which we had to follow up on. It angers me that companies like Lifewatch are preying on the elderly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____2/23_____, 2015.  _____
Roger J. Beyer