UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEWATCH INC., *et al.*,<br><br>Defendants. | Case No. 15cv5781<br>Judge Feinerman<br>Magistrate Judge Gilbert |

**EXHIBITS SUPPORTING PLAINTIFFS'
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

**CONSUMER DECLARATIONS**

Declaration of Lord Featherston………………………………………………..……………..PX 33

Declaration of Patricia Felker………………………………………………..……………..…PX 34

Declaration of Barry Gates…………………………………………………..……………..PX 35

Declaration of Donna Girard………………………………………………….……...PX 36

Declaration of Angel Gordon………………………………......…………………...PX 37

Declaration of Sandra Green………………………………….….…………………...PX 38

Declaration of Ann Grigorian………………………………….....…………………...PX 39

Declaration of Michael Haselbauer…………………………………………………...PX 40

Declaration of William James…………………………………………..………..………….PX 41

Declaration of John Jensen………………………………………………….......…..PX 42

Declaration of Doris Jones………………………………………………………..……....PX 43

Declaration of Timothy Kirian……………………………………..……...………….PX 44

Declaration of Edward Kulas…………………………………………………….…...PX 45

Declaration of Isaac Lifshitz……………………………………..…………………….PX 46

Declaration of Karen McCourt……………………………………………………...…..PX 47

Declaration of Ann McCraw…………………………………………………...………...PX 48

Declaration of Donn Meehl……………………………………………………...……...PX 49

Declaration of Diana Mey……………………………………….…………………..…..PX 50

Declaration of Joaquin Miller……………………………………….…….........…..PX 51

Declaration of Laurie Monaghan…………………………………………….....………PX 52

Declaration of Lamonte Nielson…………………………………….…………...….…PX 53

Declaration of Kenneth Pierce…………………………………………………….…...PX 54

Declaration of Darlene Primm……………………………………………….…………...PX 55

Declaration of Donna Rench………………………………………………...………...PX 56

Declaration of Susan Rivard…………………………………………………...………...PX 57

Declaration of Ann Savagian……………………………………………..…………...PX 58

Declaration of Gail Thill……………………………………….…………………….PX 59

Declaration of Cynthia Veysey…………………………………..…………….…...PX 60

Declaration of Deborah Wagler……………………………………….…………...PX 61

Declaration of Claude Westerbrook……………………………….………....…PX 62

Declaration of Carolyne Whaley……………………………………..………....…...PX 63

**FORMER EMPLOYEE DECLARATIONS**

Declaration of Donna Smith……………………………………….………………..…...PX 64
Former Employee, Lifewatch, Inc.