# PX 34

## DECLARATION OF PATRICIA FELKER
## PURSUANT TO 28 U.S.C. §1746

I, Patricia Felker, hereby declare as follows:

1.     My name is Patricia Felker. I am over the age of eighteen, and I live in Sugar Land, Texas.

2.     I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.     Despite being on the National Do Not Call Registry, I received a telemarketing call in December 2013 from a company selling medical alert devices. I had not requested any information about medical alert devices, but I had been considering this type of system for my then 86-year-old mother, so the call came at the right time. After speaking with the telemarketer, I agreed to get the system for my mother. The telemarketer told me that the medical alert equipment was free as a special bonus for signing up through the telephone solicitation, but there would be a monthly monitoring fee charge. I provided my credit card to cover the monthly charges. I was also charged an upfront setup fee of $69. I was told the device needed to be sent to the location where it would be used, so I had it sent to my mother's home.

4.     When my mother received the device, she set it up, but the device did not work properly. The technician could not hear her through the device's speaker. She contacted Lifewatch, and the representative told her the company would send out a second device. It is my belief that during that conversation, the representative also got my mother's credit card and bank account information.

1

5.    On or about January 7, 2014, Lifewatch delivered a second device to my mother. The company did not require my mother to sign for the delivery, and just left the box at her front door. Unfortunately, my mother's husband died approximately a week earlier, and my mother was staying with relatives at the time of the delivery. By the time she returned home, the device was gone, and she did not even know that it had ever been delivered.

6.    In or about May 2014, my sister and I discovered that my mother's credit card was maxed out. We reviewed her credit card bill, and discovered that Lifewatch and another company called Med Guard Alert Inc. were billing her. I called the Med Guard Alert number listed on the credit card statement, and learned that it was an affiliate of Lifewatch. We also discovered that Lifewatch was withdrawing money monthly from her Chase bank account. We were being charged multiple times each month for services that were not even being provided. Between us, Lifewatch had charged a total of over $450. Attached hereto as **Felker Att. A** are true and correct copies of my credit card statement and my mother's bank account statement, showing examples of Lifewatch/Med Guard Alert double-charging our accounts. Personal information, as well as non-relevant payment information, has been redacted.

7.    Immediately, I called Lifewatch to complain, cancel the service, and get a refund. I spoke to several representatives, including multiple conversations with someone named Kevin. Most of the representatives were very rude and refused to help. They denied that we had been double- or triple-charged, or said that they were allowed to charge us twice because my mother had two units. When I told the representatives that my mother was not using the devices, and did not even have one of the devices in her possession, they said that the company had the right to charge monthly monitoring fees regardless of whether the devices were hooked up because "the

2

machines arrived activated." In fact, one representative said that the company can detect if devices are not in use, but where the devices are not in use, the company does not follow up with its customers to help them get the devices connected. I could not believe that a company that claimed to help senior citizens was instead taking advantage of them.

8.       The representatives told me that I could only cancel our account with the company if I sent back the two devices at my own expense. I was not told during the initial sales call that I would have to pay to ship the devices back. Plus, we did not even have the second device to send back.

9.       Because I was getting nowhere with the company, I ended up notifying my credit card company and telling it to refuse to honor charges from Lifewatch. Yet Lifewatch somehow continued accessing my credit card monthly to collect its fee. My sister and I closed my mother's credit card account and bank account to prevent further charges from being assessed. I also filed a complaint about Lifewatch with the Better Business Bureau ("BBB") in June.

10.      Soon after I filed the BBB complaint, I was contacted by a woman named Pam Cohen, who works for Lifewatch. After speaking with Ms. Cohen, I faxed her a letter and account statements to show the double- and triple-charges. Attached hereto as **Felker Att. B** is a true and correct copy of the letter, without the attachments, that I sent to Pam Cohen on July 5, 2014. Personal information has been redacted. In response, Ms. Cohen first offered a partial refund of $104.85. She did not even address the multiple charges for the monthly fees. I rejected her offer because I felt it was too low considering how much money had been taken out of my and my mother's accounts. Ultimately, Ms. Cohen agreed to refund $354.53, which was

3

the total of all the payments we made to Lifewatch minus $100 to partially cover the cost of the second device. Attached hereto as **Felker Att. C** is a true and correct copy of my BBB complaint, and the subsequent communications Pam Cohen and I had through the BBB. Personal information has been redacted.

11.     On or about August 5, 2014, I mailed back the medical alert device that was in my mother's possession. I included a letter along with the device. In the letter, which I addressed to the attention of Pam Cohen, I confirmed that Lifewatch would refund $354.53 once the company received the device. Attched hereto as **Felker Att. D** is a true and correct copy of the letter dated August 5, 2014 that I sent to Pam Cohen. My mother's last name has been redacted. Ultimately, my mother received a check from Lifewatch, but only for $214.55, over $100 less than the promised amount. Attached hereto as **Felker Att. E** is a true and correct copy of the refund check that Lifewatch sent to my mother. Personal information has been redacted. Rather than deal with the company any longer, however, we decided to cut our losses and not fight for the additional amount.

12.     I first contacted Lifewatch regarding my mother's account in May 2014, and did not get the matter resolved until well into August. I am shocked and dismayed by Lifewatch's business practices. The company advertises that it helps people keep their quality of life, but it appears that instead it is taking advantage of the elderly. I cannot believe Lifewatch continues charging monthly fees even when its employees know customers do not have the devices set up for use. Furthermore, it shocked me that Lifewatch would send my mother a second device, and begin charging multiple monthly monitoring fees when there is no logical reason she would need two of the same device. The company also makes cancelling and getting refunds nearly

4

impossible. I am sure that elderly consumers who do not have advocates looking out for them probably often do not even know that they are being billed monthly, or find it impossible to deal with the company on refund and cancellation issues and just give up.

13. My husband is a chiropractor, with many elderly patients. In order to prevent them from being scammed the way I feel we were, I posted a flier in his office to warn them about this type of business. Attached hereto as **Felker Att. F** is a true and correct copy of the flier that I wrote and posted in my husband's office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 11,_____, 2015.

_Patricia Felker_
Patricia Felker

5

# Attachment A



Target Visa Card Account Number: xxxx-xxxx-xxxx-[redacted]
Account Identification Number: [redacted]
PATRICIA FELKER
[redacted]
SUGAR LAND, TX [redacted]

**Summary of Account Activity** | **Payment Information**

**Purchases**

| | | | |
|---|---|---|---|
| 4/3/2014 | MED GUARD ALERT INC | 860-262-4000, CT | $34.95 ✓ |
| 4/3/2014 | LIFEWATCH INC | 516-405-4595, NY | $29.95 ✓ |
| 4/5/2014 | [redacted] | [redacted] | [redacted] |
| 4/5/2014 | | | |
| 4/5/2014 | | | |

# PROSPERITY BANK®

Visit us online at www.prosperitybanktx.com

| | | Statement Date | 3/9/2014 |
|---|---|---|---|
| 13525 1 AT 0.406 | | Account No | |
| GEORGIA | | | Page 1 of 5 |

| Date | Description | Amount |
|---|---|---|
| 02/10/2014 | | |
| 02/12/2014 | | |
| 02/18/2014 | | |
| 02/18/2014 | | |
| 02/18/2014 | | |
| 02/19/2014 | | |
| 02/24/2014 | | |
| 02/24/2014 | | |
| 03/03/2014 | | |
| 03/03/2014 | | |
| 03/03/2014 | | |
| 03/04/2014 | | |
| 03/04/2014 | | |
| 03/05/2014 | Debit Card - Sig MED GUARD ALERT INC 860-262-4000 CT | 534.95 |
| 03/05/2014 | | |
| 03/07/2014 | | |
| 03/07/2014 | | |
| 03/07/2014 | | |
| 03/09/2014 | | |
| 03/14/2014 | | |
| 03/14/2014 | | |
| 03/14/2014 | | |
| 03/17/2014 | | |
| 03/17/2014 | | |
| 03/17/2014 | | |
| 03/18/2014 | Debit Card - Sig MED GUARD ALERT INC 860-262-4000 CT | 534.95 |
| 03/18/2014 | | |
| 03/19/2014 | | |
| 03/20/2014 | | |
| 03/21/2014 | | |
| 03/24/2014 | | |
| 03/24/2014 | | |
| 03/24/2014 | | |
| 03/26/2014 | | |
| 03/26/2014 | | |
| 03/27/2014 | | |
| 03/27/2014 | | |
| 03/31/2014 | | |
| 03/31/2014 | | |
| 03/31/2014 | | |
| 04/01/2014 | | |
| 04/01/2014 | | |
| 04/03/2014 | | |
| 04/03/2014 | | |
| 04/03/2014 | | |
| 04/04/2014 | | |
| 04/04/2014 | | |
| 04/04/2014 | | |
| 04/04/2014 | | |
| 04/07/2014 | | |
| 04/07/2014 | | |
| 04/07/2014 | | |
| 04/08/2014 | | |

Felker Att. A

# Attachment B



DR. JOHN A. FELKER III
CHIROPRACTOR

DR. ALVARO A. MEDINA
CHIROPRACTOR
A.R.T. CERTIFIED

DR. TE'LILA ROBINSON, C.C.S.P.
CHIROPRACTOR
BOARD CERTIFIED SPORTS PRACTITIONER

July 5, 2014
Transmitted Via Fax

LifeWatch USA
266 Merrick Rd, Suite 104
Lynbrook, NY 11563

Attn: Pamela

Re: Georgia ▮▮▮▮▮
    Telephone ▮▮▮▮▮

Attached please find multiple charges on two credit cards and a monthly auto debit to a Chase checking acct ending in ▮▮ for a unit which was to be replaced as there were audio problems with it, and/or a unit which was never received.

1. My Visa card ending in ▮▮ has been accessed for $234.65 between April 3 and June 23, 2014.

2. My mother's Prosperity Bank debit card was accessed on March 5 and 18, 2014 for $34.95 totaling $69.90.

3. Then her Chase bank account has a recurring monthly auto debit in the amount of $29.95 from 12-4-13 to June 2014 totaling $179.90. Copies documenting these transactions enclosed.

As we have discussed, there is both confusion on the receipt of the equipment, as well as, the payments to your firm.

I understand that this equipment is your property and there is a fee for its use; however, I am unclear how your company could call my mother on 5-21-14 to collect a bill and not bother to advise her that her unit was not connected. Your company is, "A LIFE SUPPORT SYSTEM".

Also, I have explained to you or many of your co-workers previously, my 87 year old mother's husband was hospitalized the week after Thanksgiving until he passed on 12-28-2013. Her life was in a turmoil both during his hospitalization and afterward, as the funeral was not held until 1-10-2014 due to expat family members attending. During the period after his death she was not even at the house, except to pick up clothing, etc.



Felker Att. B

Secondarily, I ordered this equipment for her and authorized you to use my credit card for the monthly charges. I am curious how your company had both her bank account information and debit card from another institution. Could you please explain?

Unfortunately, there are several units at her home from what appear to be other providers of this service, but I'm not sure if I have found your original, not audible one. Could you please send me a photo via email at ████████████? Also, please provide me a look at the pendant as there are several of those, as well.

It was determined by your staff that her first unit needed replacing and we did not receive the second unit, which was never activated, again per your staff. As a result, I am asking for a refund of all the charges. Also, when we get this situation resolved, I will be glad to report the appropriate outcome to the Better Business Bureau.

Sincerely,

Patricia Bronson Felker

PAF:hs

Attachments (5)

# Attachment C



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

399 Conklin Street
Farmingdale, NY 11735
(212)533-6200
FAX (516)420-1095
www.newyork.bbb.org

**Case #:** 10090871

**Consumer Info:** Felker, Patricia

Sugar Land, TX

**Business Info:** Life Watch USA
266 Merrick Rd Ste 104
Lynbrook, NY 11563
800-716-1433

**Date Filed:** 6/14/2014

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
I secured a "no charge life alert system from MedGuard Alert in Nov/Dec from a phone solicitation for my mother, Georgia _____. I questioned the shipping, use of the equipment and how I would know she received it and they stated when she connected it, it would be active. However, they failed to mention that they machine was leased and charged for once it was delivered,by UPS/FEDX tracking but not signed for. There were two shipments of the product according to LifeWatch as she connected but they couldn't hear her and sent out a new unit which as far as I can tell was never received by her. It was left at her front door which is almost never opened as she lives alone and access is granted to her through, her garage which she operates. Unfortunately, LW's delivery was 1-7. Her husband died on 12-29-2013 and it could have been stolen, as she was staying with relatives, and his funeral was not until January 10, 2014. During my various conversations with the company and it's staff, it was stated that this second unit was never activated. However, in May the company called her and collected an outstanding balance for 2 months fees from my credit card. BUT INTERESTINGLY ENOUGH, FAILED TO ASK OR NOTIFY HER ABOUT INSTALLING THE UNIT, STATING THAT WAS NOT THEIR RESPONSIBILITY AND, KEVIN, A SUPERVISOR REPEATED THAT TO ME. HE SAID FOR ALL THEY CARED, IT COULD SIT IN THE GARAGE AND THEY COULD CHARGE US FOR IT AS IT CAME ACTIVATED.During my various calls trying to get them to give me credit for a not received/activated unit. I found LW was billing my credit card ending ___ & recurring fees on her credit card ___ ,& a Chase bank draft on her acct ___ . 3 charges for 2 units she supposedly received.The company advertises helping people keep the quality of life. It appears that they are taking advantage of elderly, when the units aren't connected and they don't even advise them. This qualifies as a perfect scam.

**Consumer's Desired Resolution:**
I want this money refunded to my mother and this company to issue a public announcement telling all leases that they will be billed regardless, of signing for the product and/or activating it.The unit I order was to be free with the telephone solicitation; however, I was charged $69.90. All my amounts have been refunded by my credit card, and my sister, nor I could find any unit at her home. However, I do acknowledge her receiving a faulty unit.By copy of this complaint, I am notifying AARP.

**Business/Consumer Response & Rebuttals:**

07/07/2014
CC

Respond to Complaint
Good Morning:

Patricia and I had a most pleasant conversation on 7//1/14 where I explained to her that we are the Medical Alarm Company, not the Sales Agency. We have been in business for 34 years, have 200,000 subscribers Nationwide, and are a BBB Accredited Agency with an A+ rating. There are, however, sales agencies across the country that sell the Medical Alarm Service and we as the Medical Alarm Company, along with all the others such as Connect America and Lifeline, to name a few purchase those accounts. It must be confirmed no less than 3 times during the Sales Conversation that the Subscriber understands what the service is, how much the monthly monitoring fee is, and they provide their payment information at that time. All calls are recorded.

We charge the subscriber's account when we ship our equipment to insure that future payments will clear. The only charge is the monthly monitoring fee ($34.95 per month). Although we process the initial charge upon shipment, the subscriber's billing cycle does not begin until 40 days after the unit is shipped. This gives our Subscriber ample time to receive the unit, and connect it before they are charged again. In terms of Patricia stating that we charged $69.90 for the equipment, that is incorrect. That charge was for 2 months of monitoring at $34.95 per month, because 2 credit card payments were declined.

We spoke to Georgia on 12/19 regarding the first unit that had been delivered to her. She said that the communication with the Monitoring Center was loud and scratchy. We told her we would ship out a replacement unit to her, but in the meantime, her unit was working fine in terms of us receiving a signal if she had an emergency. Communication is secondary to us because many times in an emergency situation, our subscribers are unable to communicate with us. As long as we receive a signal from anywhere in their home or on their property outside, help is on the way. Therefore, in terms of Georgia, she had a working unit that sent signals to our Monitoring Center.

The second unit was delivered to Georgia on 1/7/14 per the UPS Tracking #. Patricia explained to me that Georgia's husband has passed during that time period, so that unit could have been misplaced or stolen. We are currently processing a UPS Claim for that device.

Our units are valued at $475, and at this time, we have not received either unit back. Our policy is to charge for the service until our rental equipment is returned. In the interest of excellent Customer Service, I told Patricia that we would send Georgia a return label and will refund 3 payments of $34.95 per month for a total of $104.85 upon receipt of the first unit. We will accept the loss of our other unit.

If there are any further questions or concerns, I may be reached directly at 516-582-1214.

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA
516-S82-1214 Cell
1-800-716-1433, ext. 105 Work

---

**07/21/2014**
**Patricia A. Felker**

The business's response does not resolve my complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID# 10090871, and have determined that my complaint has NOT been resolved because:

Pam, Thank you for forwarding the photo and yes I have the unit and will return it to your attention. Please give me specific mailing instructions, so it will get directly to you.

However, equally as important are the duplicate and triple charges, which you have not addressed. A one time credit of three months does not cover 6 months of Chase checking auto debits, and charges to my credit card or charges to her debit card. Could please explain how your company even had her information when I was the one guaranteeing payment? Also, when all the appropriate credits are refunded, please just make a check payable to her as my sister and I are only trying to make sure she recovers the money she needs to live on and have subsequently closed all bank accounts and cancelled all her credit cards as unfortunately your company is not the only one targeting seniors for repetitious charges.

I appreciate your time and am forwarding a copy of this communication to Madelyn Murray, Mediator with the BBB regarding our complaint 10090871.

Sincerely,

Patricia Felker

---

**07/21/2014**
**Pam Cohen**

Respond to Complaint
Good Morning:

Patti initially stated when she spoke with Howard, our Customer Service Representative, that her mother did not have our Medical Alarm Equipment. When I explained to her that we have a recorded conversation from 12/19/13 where it was discussed with our Customer Service Rep that there was static on the unit when tested, so we agreed to send a replacement unit, then Patti acknowledged that Georgia might have one of our units.

Now, it has been located. I have confirmed UPS Tracking that a second unit was delivered to Georgia on 1/7/14 to replace the first that had static on the line. Therefore, there should actually be two of our units at Georgia's home, but Patti explained that her husband passed away at the time, and the unit could have been discarded. The reason there were charges all this time before we had spoken with Patti is because Georgia had a working unit in her possession since December--just because there was static on the line when it went to the Monitoring Center Operator, did not mean the unit was not working. Many of our subscribers cannot communicate in an emergency situation/many of our subscribers are completely deaf--the communication is secondary--all that matters is that we get the signal. In addition, there was a second unit sent out. Neither of the units were returned to us; in a sense, we were paying the Monitoring Center to monitor both units.

In regard to us having multiple credit card numbers, I believe Howard had explained that to Patti, that her mother had again ordered the service from another Sales Agency on 4/3 though a Visa card ending in 3613 with an expiration date of 4/16. We had recognized that as a "duplicate account" and refunded the $29.95 charge back to the credit card. There would be no way we could obtain different payment information, unless is was provided by the Subscriber of a member of their family.

We have no record of the charges to the Chase account that Patti states have been processed from December through June totaling $179.70 in the fax she sent me. We are unable to research or "find" those charges unless we have an account number or if it's a Debit Card, we must obtain the Debit Card number.

In the interest of excellent Customer Service, upon receipt of the unit that Patti confirmed she has, we will refund all payments. Please keep in mind that we are at a loss for the second unit, which is valued at $475. However, Patti must fax me the account or debit card information at 1-866-339-9120 the account information or email me, so I can process the proper refund.

Thank you.

Sincerely,

Pam Cohen
Customer Relations Manager
Lifewatch USA

---

07/21/2014
Patricia A. Felker

The business's response does not resolve my complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID# 10090871, and have determined that my complaint has NOT been resolved because:

There continue to be three charges most months for this equipment though I have provided copies of banks statements from Chase showing the recurring debit from my mother's checking ending in ██ , usually on the 4th

of the month. I also provided copies of the payments taken on her Prosperity Bank debit card acct ending in 0871, and copies of my Target credit card statements. I don't understand why Pam can't research this in her system, as all their identification is through the subscriber's telephone number.

I always knew we had one unit, initially we couldn't find it, but I was aware of the December call indicating she couldn't hear and a new one was to be sent; however, I am not sure how the first unit could have helped if, she have needed it if she couldn't hear the directions.

We have never denied that we had a unit and knew we needed to find it. But again we are unclear why/how the company can clearly charge for it three times each month and expect an accounting and/ several refunds. Secondarily, I asked Pam to give me a direct mailing address to return the monitor to her so that the issue of us keeping their non working but extremely valuable piece of equipment is immediately resolved.

Patricia Felker

[Your Answer Here]

In order for the BBB to appropriately process your response, you MUST answer the question above.

Sincerely,

Patricia Felker

---

**07/22/2014**
**cc**

Respond to Complaint
Good Afternoon:

I just spoke with Patti and explained that the last group of charges she had mentioned on her fax to me in the amount of $179.90 cannot be located in our system. The only way at this point we can access any information regarding those charges is if we have the account information or credit card number relating to those charges. In terms of accessing info through a phone number, that is to locate a subscriber's personal information, what type of Unit they have, etc etc. The problem is that we are unable to locate the charges for $179.90, so we must have the account information and the bookkeeper will try to look it up that way. In terms of the return of our rental equipment, there is a yellow label on the bottom of our unit. However, I am happy to provide that information: Lifewatch USA, 266 Merrick Rd. Lynbrook NY 11563. Attention: Pam

Thank you.

Sincerely,
Pam Cohen
Customer Relations Manager

Lifewatch USA
516-582-1214

---

**07/24/2014**
**Patricia A. Felker**

The business's response does not resolve my complaint.
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID# 10090871, and have determined that my complaint has NOT been resolved because:

your Answer Here] On 7-23 I provided Pam with the Chase Bank account information, for their firm to research. Unfortunately, though I have located the equipment referenced, I generally do not take a lunch and this week we have had one doctor and one support staff member on vacation, so unfortunately, my time is at the premium and I have been unable to return the unit to her which I hope to do this weekend. Lifewatch is making an effort to resolve this issue; however, until all the duplicate charges are refunded this case will not be closed with us.

Patricia Felker

?

In order for the BBB to appropriately process your response, you MUST answer the question above.

Sincerely,

Patricia Felker

---

**08/05/2014**
**CC**

Respond to Complaint
Good Morning:

I spoke with Patti yesterday and offered her a settlement that we believe is fair and reasonable. Patti accepted it. Although we are "out" the 2nd Unit that is valued at $475 that UPS confirmed delivery of on 1/7/14 (Patti and Georgia are unable to locate it), upon receipt of the one unit that Georgia still has of ours, we will process a refund of all payments that were made to us, totaling $454.35 minus $100 for the Unit that we will never get back. Therefore, we will send Georgia a check for $354.35 when we receive the original unit from her.

If there are any further questions or concerns, I may be reached directly via Pam@lifewatch-usa.com or by phone 516-582-1214.

Sincerely,

Pam Cohen
Customer Relations Manager

# Attachment D



Dr. John A. Felker III
CHIROPRACTOR

Dr. Alvaro A. Medina
CHIROPRACTOR
A.R.T Certified

Dr. Te'Lila Robinson, C.C.S.P.
CHIROPRACTOR
Board Certified Sports Practitioner

August 5, 2014

Llifewatch USA
266 Merrick Road
Suite 104
Lynbrook, New York 11563

Attn: Pam Cohen
    Customer Relations Manager

Re: Account of: Georgia ███████████

Dear Pam:

Enclosed please find the unit my mother received from Life Watch at some point which has been returned to you via UPS. I have emailed the tracking number to you.

Per our agreement via email, once you have received this product, you will refund $354.53 to my mother for duplicate charges. When she receives that check I will notify the Better Business Bureau that this dispute has been resolved amicably.

Again, I would hate for a collection call be made to a senior and the collector fail to tell that customer, that their monitor is not connected. However, again I was told that "It was not the caller's responsibility" and hope that is corrected, if it is Lifewatch's true policy.

I appreciate your assistance and hope that my experience with your customer service department was an unusual one. Thank you again.

Sincerely,

Patricia Bronson Felker

Patricia Bronson Felker

PAF:hs

Cc: Better Business Bureau





Felker Att. D

# Attachment E



24403

Lifewatch Inc
Refund Account
266 Merrick Road
Lynbrook, NY 11563

Bank of America.

1-32-210

8/19/2014

PAY TO THE
ORDER OF___ Georgia

$ **214.55

Two Hundred Fourteen and 55/100************************************************************************************** DOLLARS

Georgia

Paul L. Oliveri

AUTHORIZED SIGNATURE

MEMO
Order Cancelled

---

Lifewatch Inc

24403



Georgia

8/19/2014

214.55

---

Bank of America Refu   Order Cancelled

214.55



**LIFE**Watch** USA
PERSONAL CARING SERVICE SINCE 1980
266 Merrick Road • Suite 104
Lynbrook, NY 11563

Felker Att. E

# Attachment F

**To the Patients of Stafford Chiropractic Sports & Wellness, Inc.**

Re: **Be Aware!!** Home alert systems for aging adults.

Recently, I purchased a wearable alert system for my 87 year old mother ███████ ███████████████████████████████████████████ and whose husband just passed away.

Unfortunately, many of these systems are not what they appear to be. I know because when my sister and I started checking her credit card and bank statements we found she was receiving three charges each month from this company. This equipment can provide a benefit but needs to be attached to a telephone line. The UNFORTUNATE part is these companies send out the units ready to hook up and don't follow to be sure they are connected, though they start billing a monthly fee for monitoring. In fact, a supervisor for one said, "not only is it not our responsibility to tell the customer they aren't being monitored, we don't care if the unit sets in the garage, as we are entitled to bill for the service".

Yet they advertise they are, a "LIFE SUPPORT" company.

Additionally, these corporations get multiple forms of payment from the customer. I gave them my credit card for the initial fee and monthly payment, asking to have my card auto debited monthly. However, the same firm that didn't let my mother know she wasn't being monitored charged my credit card, auto debited one of her bank accounts and charged her credit card for these same fees. Truly to me that appears to be an elderly SCAM.

I chose this company because they called my house, trying to set me/us up but this was not a service I needed. I thought this is perfect, as it is something I need to do for my mother. I did not research any of the these businesses but the one I choose, advertises in the weekly newspaper coupon section and on CNBC during the morning stock market analysis's, so I assumed it was reputable.

Unfortunately, I had to resort to reporting them to the Better Business Bureau as I could not get them to address my issues. Eventually I did get their attention and a small refund, but not the amount they billed to the various financial institutions.

Should you need this service we have found a company which is a better fit of our expectations. GreatCall protects for a greater distance, we can track her with an app on our phone and notifies us and emergency services, should there be a need.


Patti Bronson
Office Manager