# PX 41

# Declaration of William R. James
### PURSUANT TO 28 U.S.C. §1746

I, William James, hereby declare as follows:

1.      My name is William R. James. I am over the age of eighteen and I live in Nesbit, Mississippi.

2.      I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3.      My telephone line has been on the National Do Not Call List since approximately when the registry was first established in 2003, and have renewed the registration in a timely manner since then. Despite being registered on the National Do Not Call List, I continue to receive telemarketing calls. In an effort to find the responsible parties for making such calls, I routinely press the number to speak to a live representative and I record the calls in their entirety. I received scores of robocalls promoting medical alert devices – most or all of which employed spoofed caller identification numbers. When I pressed the number to speak to a representative, I was often put on hold indefinitely and frequently the calls were dropped before I was able to speak to a live representative. Typically, I use pseudonyms when I talk to telemarketers on such calls. I also keep notes of the caller identification information and the time I receive such calls. I provided true and correct copies of the recordings of these calls identified in this declaration to representatives of the Federal Trade Commission.

1

4.      On November 25, 2014, at 1:57 p.m., I received a robocall from 307-541-8998. My understanding is that a contractor for the Federal Trade Commission produced a transcript of this call. The message was the same or substantially the same as many other robocalls I have received since September 2014. A representative who identified herself as being from Medical Alert, came on the line. Later, a representative who identified herself as Jacqueline from the verification department of Senior Life Support came on the line.

5.      On November 26, 2014, at 9:17 a.m., I received a call from 800-615-8364. My understanding is that a contractor for the Federal Trade Commission produced a transcript of this call. A representative who identified herself as Laverne from Lifewatch, came on the line.

6.      On November 28, 2014, at 1:08 p.m., I received a call from 800-615-8364. My understanding is that a contractor for the Federal Trade Commission produced a transcript of this call. A representative who identified herself as Laverne from Lifewatch, came on the line. Later, she transferred me to someone she identified as her manager, who identified herself as Carmelo Bello.

7.   On January 30, 2015, at 1:34 p.m., I received a robocall from 320-376-5238.  My understanding is that a contractor for the Federal Trade Commission produced a transcript of this call.  The message was the same or substantially the same as dozens of other robocalls I have received since September 2014.  A representative who identified herself as Alexa came on the line.   Later, she transferred me to a representative she described as her manager, who identified himself as Steven from Medical Alarms USA.  Later, I was transferred to a representative who identified herself as Ashley from the verification department.  Finally, I was transferred to a representative who identified herself as Laverne from the confirmation department.

8.   On February 13, 2015, at 3:34 p.m., I received a call from 410-985-6570.  My understanding is that a contractor for the Federal Trade Commission produced a transcript of this call.  After approximately 4 minutes on hold, a representative who identified herself as from Senior Life Support came on the line.  Later, a representative who identified herself as Jacqueline from Senior Life Support came on the line.  Later, I was transferred to a representative who identified herself as Laverne from confirmation department at Lifewatch.

9.   On February 28, 2015, at 10:51 a.m., I received a call from 843-710-9764.  My understanding is that a contractor for the Federal Trade Commission produced a

3

transcript of this call. After approximately one minute on hold, a representative who identified himself as Todd, agent number 009, from Endless Medical Alert, came on the line. Later, I was transferred to a representative who identified herself as Crystal from the Endless Med Alert verification department, came on the line.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 2_, 2015.        _William R. James_
                                         William R. James

4