**PX 46**

## DECLARATION OF ISAAC LIFSHITZ
## PURSUANT TO 28 U.S.C. §1746

I, Isaac Lifshitz, hereby declare as follows:

1. My name is Isaac Lifshitz. I am over the age of eighteen, and I live in Cincinnati, Ohio.

2. I have personal knowledge of the facts stated in this declaration.

3. In or about January 2014, I received a telemarketing call from a company selling medical alert devices. The telemarketer told me that if I agreed to receive the device and pay a monthly monitoring fee of $34.95, I would also receive grocery coupons valued at $3,000. I told the telemarketer that I was not interested in the medical alert device because I did not want to pay the monthly monitoring fee. The telemarketer told me that I should try out the device for a month and see if I like it, because there was nothing to lose. If I did not want the device, I could easily return it for free and cancel my account. He also said that even if I cancelled after the first month, I could keep the coupons, which would more than offset the cost of one month of monitoring fees. I asked the telemarketer if the $3,000 of coupons were special manufacturers' coupons, or just regular coupons that anybody could get. He told me the coupons were special coupons that I could not get on my own.

4. I finally agreed to receive the device because I wanted the $3,000 in coupons. I made clear to the telemarketer that I had no intention of keeping the device, and only wanted the coupons.

1

5. Soon afterwards, I received the device in the mail from Lifewatch, Inc. I think that I had to do something additional to get the coupons, like send away again for them, but I cannot remember. Ultimately, however, instead of receiving the coupons the telemarketer had described during the telephone call, I was simply directed to a website. The website contained links to various stores' websites, and instructed me to access the stores' websites to see their sales or promotions. This is how I was supposed to attain $3,000 in savings. There was nothing special about this website; it simply contained links to other websites that I could access directly on my own. This really upset me. I felt like the telemarketer misled me to get me to order the medical alert system.

6. I had always planned to call Lifewatch to cancel my account, but after I discovered the coupons were not what the telemarketer had described, I also demanded a refund. When I called Lifewatch, the representative I spoke with told me that I would not receive a refund because I had agreed to pay the monthly monitoring fee. He also said the company would only cancel my account after I mailed the device back at my own expense. I had previously been told that there would be no cost to returning the device.

7. Because the company misled me and now refused to rectify the situation, I filed a complaint with the Better Business Bureau in February 2014. A few days later, a Lifewatch representative called me. She agreed to refund $34.95 to me, but would not cover the shipping fees to send the device back. I accepted this settlement.

8. I feel that I was misled by Lifewatch. I had been told I would receive $3,000 in manufacturers' coupons that would offset the cost of the $34.95 I spent on the monthly

2

monitoring fee. This was not true. Instead, I was just told to take advantage of sales and promotions that I already had access to. I am a senior citizen, and I do not want other senior citizens, or anybody else, to be similarly misled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 3___, 2015.

_____
Isaac Lifshitz

3