# PX 56

## DECLARATION OF DONNA RENCH
## PURSUANT TO 28 U.S.C. § 1746

I, Donna Rench, hereby declare as follows:

1. My name is Donna Rench. I am over the age of eighteen and I live in Attleboro, Massachusetts.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. Earlier this year, my mother was receiving hospice care. In late July 2013, she left the hospital to return home. On or about July 29, 2013, which was only a few days after my mother came home, my parents received a telephone call at their home. I was with them at the time they received the call and I answered the telephone. The call was from a representative of a medical alert device company. The female representative told me that somebody had purchased a medical alert system for my mother. She said that the system was worth $700, and would allow us to reach a medical professional 24 hours a day simply by pressing a button. I asked the representative if hospice had purchased the system for my mother, but the representative told me that because of privacy laws, she could not tell me who had paid for the unit.

4. The operator then told me that, although the device itself had been purchased for my mother, my mother would be responsible for paying a monthly monitoring fee of $34.95.

Page **1** of **4**

Initials ___DR___

Because the device had been purchased for my mother, presumably by hospice, I believed that the system was important to have, so I agreed, on my mother's behalf, to the monthly fee.

5. After I agreed to pay the monthly fee, the female representative transferred me to a second representative to take down my mother's information, including her debit card number. When I was connected to the second representative, I explained to him that my mother was very sick and I asked him whether it was hospice that had purchased the device for my mother. He confirmed that hospice had made the purchase. I then gave the man my mother's debit card information. I cannot remember whether I was told that my mother's debit card would be charged immediately, or only after she had received and activated the device, but her account was charged within a day or two of receiving the telephone call.

6. My mother passed away on August 1, 2013. On August 6, 2013, my father received the medical alert device in the mail. The device came from a company called Lifewatch, Inc. My father called me and asked what he should do with the device. Since I believed that hospice had purchased it, I suggested that my dad call hospice and see if they wanted somebody else to have it. My father called hospice, but when he explained the situation, the person at hospice told him that they had not purchased the device for my mother. My father gave hospice Lifewatch's information, so that somebody from there could follow up about what had occurred. I was later told by someone at hospice that, when a hospice employee called Lifewatch, the Lifewatch representative told the hospice employee that

the transaction was recorded and I had given permission for my mother's debit card to be charged. While I did give permission, it was only because I was led to believe that hospice had purchased the device for my mother.

7. Once I learned that hospice had not purchased the medical alert device for my mother, I immediately put a stop payment on my mother's account. My father called Lifewatch and asked for a label to ship back the device. He also demanded a refund of the money the company already pulled from my mother's account. The Lifewatch representative told my father that he was responsible for paying for return shipping. The Lifewatch representative also said that if my father did not send the device back, he would not receive a refund and Lifewatch would continue billing him the monthly fee. My father got extremely upset and told the representative that if the company did not provide a shipping label within a week, he would trash the device. At that point, the representative agreed to send out a prepaid shipping label. My father received the shipping label and sent back the machine. Approximately two or three weeks later, Lifewatch refunded the money to my mother's bank account.

8. I filed a complaint about Lifewatch with the Better Business Bureau, and received a voicemail from a company representative in response. The representative said that Lifewatch uses third party telemarketers to sell its systems, and that all sales calls are recorded. The representative said that Lifewatch would review the sales call in which I was sold the medical alert system, and would stop working with the telemarketing

Page **3** of **4**

Initials _DR_

company if anything improper had occurred. The representative also said she would follow up with me after reviewing the call, but I never heard from Lifewatch again.

9. I am extremely upset by what occurred. This company took advantage of my family at our lowest point. First, the telemarketers lied to us by telling us that hospice purchased the medical alert device for my mother, leading us to trust the company and agree to pay the monthly monitoring fee. Then, after my mother passed away and we learned that the company had been deceitful, Lifewatch tried to further gouge us by demanding that we pay to ship the device back. I want this company stopped before other families are victimized the way we were.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10 · 1__, 2013.

Donna Rench