# PX 69

## DECLARATION OF ELIZABETH STENGER
## PURSUANT TO 28 U.S.C. § 1746

I, Elizabeth Stenger, hereby declare as follows:

1.    My name is Elizabeth Stenger. I am over the age of eighteen (18), and I live in Orlando,
      Florida.

2.    I have personal knowledge of the facts stated in this declaration, and if called as a
      witness, I could and would competently testify to the facts stated herein.

3.    I was employed as a telemarketer for one day in May 2013 for a telemarketing company
      that was selling a product called Senior Safe Alert. I do not know if the telemarketing
      company's name was Senior Safe Alert, or it was just doing the telemarketing for another
      company called Senior Safe Alert. For purposes of this declaration, I will call the
      telemarketing company Senior Safe Alert. The telemarketing company was located at
      474 N. Lake Boulevard, Altamonte Springs, Florida. I quit after my first day because I
      felt that the company used misleading and high pressure telemarketing practices.

4.    In or around April of 2013, I learned about the telemarketing position at Senior Safe Alert
      through an Internet job posting on craigslist.com. The post did not identify the name of
      the company that was advertising the position, but indicated that it was looking to hire
      people for inbound telephone sales. I have previously worked as a telemarketer for
      companies including T-Mobile and American Express, so I called the number on the

Page **1** of **8**

Initials _C̶M̶B̶._

advertisement to find out more about the job. I spoke to a woman named Natalie, who set up an interview for me a few days later.

5.     The interview was done at 474 N. Lake Boulevard, Altamonte Springs, Florida, which is also where the company's call center was located. When I arrived, I filled out some forms with my contact information and prior telemarketing experience. As far as I recall, the company's name was not listed anywhere on the documents. There were approximately 15 other people there to be interviewed that day. A man who identified himself as "Matt" led the interview process, though he told us that he was filling in that day for the person who normally conducts the interviews. Matt first described the job generally, and assured us that what we were doing was legal. I found it very strange that he felt the need to tell us that the job was legal; looking back now, that statement should have been a red flag for me. He also did not discuss the product that we would be selling, which I found strange. Next, each person was given a script and rebuttal script, as well as a document that explained the payment structure. We went around the room and each interviewee read a paragraph of the script. Then, one by one, each interviewee went into a different room to have short individual interviews. My individual interview mainly consisted of talking for a few minutes with Matt, at which time he told me I was hired. I wanted to start working on May 11, but Matt told me I would need to start sooner, so we settled on May 8. I was instructed to bring the script and rebuttal script home to read over before I came in to start working. Attached hereto as **Stenger Attachment A** is a true and correct copy of the script, entitled "Inbound Script" that I was given during my interview. Attached hereto as **Stenger Attachment B** is a true and correct copy of the rebuttal script that I was given during my interview, which included 40 different

Initials _E M__.

rebuttals. Attached hereto as **Stenger Attachment C** is a true and correct copy of the document explaining the company's payment structure, which is entitled "Pay structure."

6.     I was surprised that the interview process was so easy. The interviews for my previous telemarketing jobs were much longer and more formal; sometimes, I even had to take tests to assess my skills. Also, I was never hired on the spot at the other interviews. Instead, they would call me to let me know if I had been hired.

7.     On May 8, 2013, I arrived at the call center around 9 a.m., but the center did not open until after 10 a.m. Someone at the building told me that the manager, "Mark," got his hair cut on Wednesday mornings, and that is why the call center was opening late. Finally, a man showed up to train us. I assumed the man was Mark, the manager, but I am not sure. About five to eight other people were also starting work that day. The man training us first went over the rebuttal script, telling us when it was appropriate to use certain rebuttals. Attached hereto as **Stenger Attachment D** is a true and correct copy of the notes I took regarding when I should use each rebuttal. The man also instructed us to identify ourselves during the calls, and provide our LAR agent numbers. I do not remember what "LAR" stood for or what my agent number was. He also stressed multiple times that we were to follow the script and rebuttal script verbatim during the calls.

8.     The man training us also explained how our payments were structured, which was much more complicated than the payment and commission structures at my past telemarketing jobs. At Senior Safe Alert, we were to be paid $8 an hour, and then a commission for

Initials _E M_

each sale we made. For the first 12 sales we made in a day, we were to be paid $5 per sale. If we made more than 12 sales, we were to be paid $10 for each additional sale. We were told that we should expect to make around five sales per day, and that we would get a $20 bonus if we made five or more deals in a day. The man also told us that whenever a consumer paid by check, the telemarketers would not be paid the commission for that sale until the check cleared.

9.   Next, we were brought into the building's breakroom for some additional training. At past telemarketing jobs, during training I was paired up with an experienced telemarketer and listened in on some of the sales calls. That way, I could ask the telemarketer why he or she said certain things. Here, however, we sat around tables and all listened in together on some sales calls being conducted by a female telemarketer who was in the other room. I noticed right away that during the calls the telemarketer was extremely aggressive with the consumers and would not give up on trying to make a sale, even after the consumers told her they were not interested. This is not how I was trained to treat consumers at my other telemarketing jobs. I also noticed that the telemarketer started out by telling the consumers that she was contacting them because a friend, family member, or someone else they knew had indicated the consumer was interested in a medical alert device. This statement was not in our script, so I asked about it. I was told that the telemarketer was working on a different campaign. However, later that day when I was talking with consumers, one of the supervisors in the call center handed me a few pieces of paper with similar statements on them. Attached hereto as **Stenger Attachment E** are true and correct copies of the documents I was given containing the statements about why we were calling them.

Initials _Em̃Ʃ_

10.     We were told that the call center had 99 seats, but that more than 99 people usually

showed up each day. We were also told that when too many telemarketers showed up,

some were sent home and some were told to wait in the breakroom. If a telemarketer on

the floor was not making sales, a supervisor would send him or her home and someone

who had been waiting in the breakroom would take over. Again, this was very different

than how my previous telemarketing jobs had worked. At those, each telemarketer had

his or her own cubicle, and people were not replaced mid-day if they were not making

enough sales. Even though more telemarketers showed up each day than the Senior Safe

Alert call center could hold, we were instructed to call an employee line if we were not

going to come in. The employee line's telephone number was (407) 915-4883.

11.     After the training, the new telemarketers were given seats in the call center and told to

start working. There were about four or five supervisors located around the call center.

12.     I worked on the telephones from about 2 p.m. to around 4:30 p.m. that day. During that

time I spoke to approximately five people. Based on their voices and our conversations, I

believe all of them were over the age of 60. Three or so of them seemed confused during

the call, and I suspect they were either suffering from some form of memory loss or

dementia. It was clear from the consumers with whom I spoke that, despite what I had

been told, the telemarketing I was doing was outbound, not inbound, and the calls had

begun with some sort of recording. At least one of the consumers told me that the

recording made him think that the telemarketing call was actually a call from his doctor's

office.

Initials _MS._

13.     As I started using the script during the calls, I found it to be very different than scripts

        I've used at other telemarketing jobs.  In the past, I had been encouraged to provide as

        much information as possible to the consumers, including the name of the company I was

        calling on behalf of and all the terms related to the product I was trying to sell them.  The

        script I was given by Senior Safe Alert, in contrast, I found to be confusing and

        misleading.  For instance, the company's name was never disclosed in the main script.  It

        seemed to me that the company was trying to hide its identity.  Also, most of the script

        stresses that the system is free, but then at the very bottom, it discloses that there is a

        monthly monitoring fee of $34.95 that the consumers must pay.  Even with this

        disclosure, it's unclear whether the consumer will be charged immediately or only once

        the device is activated.   We were instructed to tell the consumers that they would only

        get the equipment, which supposedly had a $400 value, free if they signed up that day.

        But in reality, this offer was part of the permanent script, so I do not think it mattered

        whether they signed up that day or not.  I suspected that this statement was made to get

        the consumers to purchase the product immediately rather than take time to consider it

        and possibly discuss it with other people.  I also found it strange that the script did not

        include a telephone number to provide to the consumer, but instead only a website,

        www.seniorsafealert.com.  That didn't make sense to me because few elderly people

        were very internet savvy, yet those people were the target market for this campaign.

14.     In addition to my concerns about the script, I did not like the fact that the telephone

        system at the call center literally would not let me hang up with a consumer without

        entirely logging off the system.  Because of this, I had to stay on the line using rebuttals

Initials _E M S._

and continuing to try to pressure the consumer into buying the medical alert device until the consumer hung up on me. As a telemarketer, I have never seen another telephone system that worked like this. Also, it has been my experience that older people do not like to hang up the telephone on people. Because of this, during my one day at Senior Safe Alert, I was on some of the calls with consumers for a very long time even though it was clear they did not want to purchase the product. In fact, I finally had to tell one of the consumers whom I spoke with to hang up on me so we could end the call.

15. One of the consumers was very upset about receiving the telemarketing call because he was on the Do Not Call list, and he asked to speak to a manager. When I tried to get a supervisor to speak with him, I was told that the supervisors "don't do that."

16. By the end of the day, I had not made any sales and was extremely upset by the high pressure sales tactics and misleading claims I was expected to use. Once I got home that night, I decided to go to the www.seniorsafealert.com website to find out if there was a telephone number for the company listed there. I found a number on the website, (800) 571-4929, but when I tried to call it, I found that it was disconnected. At that point, I decided that no matter how much I needed a job, I was not going to return to the call center the next day.

17. I was so upset by my experience at Senior Safe Alert that I contacted AARP, the Florida Attorney General, and the Federal Trade Commission to inform them about the company's practices. While I do believe that medical alert devices can be a valuable tool for the elderly, I feel that this company is preying on a group of vulnerable consumers.

Initials ꞇꞛꞏ.

Rather than helping the consumers make informed decisions, the company uses high pressure sales tactics, fear mongering, and misrepresentations to get them to purchase the company's product. My mother suffers from dementia, and I would hate for her to get a telemarketing call like this.

18. I never received a paycheck for the one day that I worked at Senior Safe Alert. Sometime in mid-June, I received a letter in the mail from a company called FrankCrum. The subject of the letter was "Termination with LIVE AGENT RESPONSE 1 LLC," and the letter notified me that I was terminated as a "leased employee through FrankCrum," and no longer entitled to benefits. This was the first time I had ever heard of either FrankCrum or LIVE AGENT RESPONSE 1 LLC, but I suspect that this letter is related to my telemarketing experience at Senior Safe Alert. Attached here as **Stenger Attachment F** is a true and correct copy of the letter I received from FrankCrum, dated June 15, 2013. My address has been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 20_, 2013.

_Elizabeth Stenger_
Elizabeth Stenger

Initials _E M S_

# Attachment A

*10:36 am Wednesday [handwritten]*

# INBOUND SCRIPT Ver. 1

**Senior Emergency Care, This is** *(Rep Name)* **LAR agent number** *(say agent number),* **may I ask whom I am speaking with?** *(Write down their name)* **And in case we get disconnected, is this the best phone number to reach you back on?**

**Okay, Great, for responding today to our Senior Emergency Care, you've been selected to receive a FREE medical alert system package that has a value of over $400 dollars.**

**You are probably familiar with the medical alert system and how it works, you know the TV commercial "I'VE FALLEN AND I CAN'T GET UP!"? or maybe you've seen a medical alert system in NewsDay, The Washington Post or US News.**

**It's the same system as seen on TV and the way it works is simple. If you have a medical emergency , fire, burglary, or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the lightweight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician** *(An E.M.T.).* **They will evaluate your situation, immediately get the help you need, notify family or 911 and comfort you until help arrives. Your alert button works anywhere in the house and it even works outside on your property. It has a 800 foot range. That's over one eighth of a mile.**

**This device could really help you in a time of need and could even be life saving. This device will give you the peace of mind that you need, allow you to feel safe and make sure you never feel alone in the case of an emergency. Mr. / Ms.** *(Their Last Name),* **You will never have to feel helpless, worried or by yourself in an emergency situation.**

**Our device has been recommended by the American Heart Association, the American Diabetes Association, the National Institute of Aging and is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 30 years.**

*Employee Lin [handwritten]*
*407-915-4883 [handwritten]*

Stenger Att. A

Your FREE Medical Alert System package includes:

- A Medical Alert Base Station with a loud speaker and very sensitive microphone
- A Waterproof Wrist or Necklace button
- Free shipping, and Free activation
- A Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.
- An away from home "Protection Card" that gives emergency personnel 24 hour a day/7 day a week access to your important medical information
- And last but not least, a VERY IMPORTANT part of this service, is a daily wellness check. Every day Senior SafeAlert will check with you to make sure that you are safe and everything is OK

The system is COMPLETELY FREE and the shipping is also FREE. Normally all this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system. The only thing you would be responsible for TODAY is the Emergency Medical Technician monthly monitoring fee of just *$34.95* per month and the billing cycle doesn't start until you receive the system and activate it. Everything else is FREE. Also, there is no contract whatsoever and you can cancel at any time with no cancellation fees.

Okay, Mr./Ms. *(Their last name)* so what address would you like your Emergency Medical Alert System shipped to? *(Type their address in the customer information form)*


And for the monthly Emergency Medical monitoring, which card would you like to use? VISA, Mastercard, Discover, or American Express? *(If they say they do not have a credit card, then say* "Okay, do you have a debit card, we can go ahead and get you signed up with that instead?"*)*


*(If NO credit card or debit card, then ask for checking or savings acct.)*
Okay, we can get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it. *(If no checking account, then say* "Do you have a savings account? "*) (If yes, say* "Okay, go ahead and grab a bank statement so we can get some information off of it."*)*

Stenger Att. A

Do you have a spouse or someone else in your home that you would also like to be protected? *(If Yes, then go on, IF No skip to "Fill out the customer information form", below)* Okay we will also send you, for FREE, and additional wrist and necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Emergency Medical Technician monitoring. So you and your spouse would be protected for just $39.95 per month and all of the equipment and shipping is still FREE.

(Fill out the customer information form on computer)

### Last Step – Close Up and Transfer to Confirmation

Great, your equipment will be shipped to you at *(Repeat Shipping Address)* and will arrive within the next 7 to 10 business days. Don't forget to activate your system, as soon as you receive it, by plugging it into your phone line jack and pushing the button. This will make a test call and activate your system and immediately start protecting you.

Okay, I am going to transfer you to our confirmation department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any additional questions. Thank you very much and I hope you enjoy the safe feeling of having a medical alert system.

Please hold while I transfer you to the confirmation department. Don't hang up until you talk to the confirmation department, okay? *(Wait for them to say okay)*

### Transfer Call to Confirmation

# Attachment B

# 1

## I'm not Interested # 1

(Customer Name), what's holding you back? *(Isolate the concern, repeat it back to the customer, and address it with the correlating rebuttal.)* (Customer Name) Doctors refer to the first hour after an accident or a heart attack or a stroke as the golden hour. If they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on its way immediately? Surely that's worth about a dollar a day to you, *so let's get you registered. Would you rather use you Visa, MasterCard, American Express, Discover, Debit card or checking account?*

# 2

## I need to speak with my Spouse/Family.

I completely understand. However I don't think that any of your family would not understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. **Senior Safealert** is with you *24/7, 365* days a year for as little as about a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $400 dollars absolutely free. I can't guarantee that savings at any other time, *so let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# 3

## I can't make a decision without my Spouse or Family.

I'm fairly confident that they would agree that saving $400 dollars on the equipment cost and protecting your health and safety for just over a $1 a day is a smart decision. And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $5 per month. That brings the cost down to less than 67 cents each per day. Remember, you can cancel at any time with no obligation so even if you try it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear. **So** *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

**4** <u>*I still can't decide.*</u>

(Customer Name) I know that you are interested otherwise you would not still be on the line with me, and I understand that you are on the fence about this. Let me ask you; is your safety and health worth about a dollar a day to you? (Wait for the answer) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. ***So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

**5** <u>*Someone else makes my Healthcare decisions.*</u>

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

**6** <u>*I can't afford it.*</u>

*(Customer Name),* I understand completely. In these tough economic times I can appreciate that things are tight. However, **Senior Safealert** is only about a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. What happens if you have an emergency situation at 3 or 4 in the morning? **Senior Safealert** will be there at the push of a button and will initiate emergency help within seconds. You can't afford to be without it, **so *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

## 7

### _How and why is this promotion possible?_

_(Customer Name)_ We can offer you this promotion at such a low cost because **Senior Safealert** believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, we have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us and hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That makes sense to you, right? _Well, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?_

## 8

### _I don't want anything that needs my Credit Card or Checking Account info._

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. _So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?_

Stenger Att. B

# 9

### *I am on a fixed Income and can't afford it.*

*(Customer Name),* is your health and safety, or maybe even your life not worth about a dollar a day to you or your family? Please remember that we are sending you over $400 dollars worth of equipment absolutely free. I'm sure that once you inform your family that you would like to do this and could use a little help with the $34.95 monthly monitoring costs, that they would be happy to help. **So *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

# 10

### *Can you just send me a bill every month?*

*(Customer Name),* unfortunately no! We would need to have a billing method on file for the monthly monitoring cost of only or $34.95 in order to send you the actual monitoring equipment which is valued at over $400 dollars. Please remember we are giving that to you absolutely free, without even a charge for shipping it to you. We simply ask you to cover the monthly monitoring fees. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# 11

### *I'll just send you a check.*

*(Customer Name),* by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card, debit card or your checking account on this call, we can send you over $400 dollars worth of equipment absolutely free. I can't guarantee that any other way. *Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# 12

### How do I know that this is for real?

*(Customer Name)* **Senior Safealert** has been in business for over 30 years and has thousands and thousands of satisfied customers. You can check us out online at www.seniorsafealert.com to learn more about our company and the services we provide. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We would not have earned our excellent reputation if we did not deliver and fulfill our services exactly as I have explained them to you. We are so confident with our services that we don't ask you to sign any long term contracts. That allows you to cancel at anytime with no penalty, so that forces us to be better than you expect. *So, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

# 13

### I have never heard of your company.

*(Customer Name)* If we were not who we say we are there's no way we would have lasted for over 30 years. We have maintained our relationships with all the banking and regulatory institutes since we came into existence and that would not happen if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family. You or they can check us out anytime on the internet at www.seniorsafealert.com. *So, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

Stenger Att. B

# 14   <u>What outcomes of senior citizen falls?</u>

Twenty to thirty percent of people who fall suffer moderate to severe injuries such as lacerations, hip fractures, or head traumas. These injuries can make it hard to get around or live independently, and increase the risk of early death.

Falls are the most common cause of traumatic brain injuries, traumatic brain injuries account for approximately 46% of fatal falls among older adults.

Most fractures among older adults are caused by falls.

In 2008, 82% of fall deaths were among people 65 and older.

# 15   <u>Pet Rebuttal</u>

(Mr. / Ms.) do you have any pets? *(If yes go on, if No then go to different rebuttal)*

Do you have a dog or a cat? *(Wait for answer)* Well keep in mind, this emergency medical alert system not only protects you, but it also protects your (dog(s) / cat(s)). Remember with the daily wellness check, you will get a call every day to make sure everything is okay. If Senior Safealert cannot reach you, they will call whoever you instructed them to call when you activated your system. They will tell them that they need to go to your home to make sure everything is okay. If you didn't give Senior Safealert a specific person to call, they would send emergency personnel to your home. So, if something does happen to you, then your pet would have someone to take care of them. So this system may save both you and your (dog(s) / cat(s)) life some day. So let's go ahead and get you signed up so we can keep both you and your (dog(s) / cat(s)) safe.

## 16  *Are you open 24 hours a day?*

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions. Remember, we are always just one push of a button away.

## 17  *How long have you been in business?*

**Senior Safealert** has been in business since 1977. We have provided life safety services and peace of mind to tens of thousands of people for over 30 years and are among the leaders in our field.

## 18  *If I call for emergency help, where does my call get answered, locally or out of State?*

All calls go to the **Senior Safealert** monitoring center to ensure the greatest level of service. We store all your local authority phone numbers in your record. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you. We pride ourselves at being the best in the business.

## 19  *Can I change who is contacted on the weekends?*

Again, the choices are all yours. We will do whatever you instructions you provide. It's no problem at all.

## 20  *How much or what information goes into your computer?*

It's entirely up to you. We will input whatever information you wish to provide in terms of medical records, who to contact when and in what particular order. This is very important, because by having all your medical conditions and medical records on file, it will allow the emergency responders to know the best way to treat you if they need to go to your home. Knowing somone's medical conditions before you treat them can be the difference of life or death in a medical emergency.

Stenger Att. B

# 21 _If it's free why do you need my Credit card/Checking Account Information?_

In order to ship out your equipment we need to know that you will use it for at least 1 month. Please understand that even though we provide you the equipment for free, which is valued at over $400 dollars, we would need to have a billing method on file for the monthly monitoring fee of only $34.95 per month. *(Customer Name)*, as I have already mentioned, that breaks down to actually just over a $1 per day and for that we guarantee that within seconds of you pushing your button at any time, day or night, 365 days a year, we will be there for you. Surely the peace of mind that it provides for you and your family is well worth the low cost of just over a $1 a day. **So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?**

# 22 _I'm not interested # 2_

**(Customer Name)** I sincerely hope that you never need to use our service, but I can promise you this, if you do, we will be there for you at the simple push of a button and help will be on its way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth a dollar a day, right? *So let's get you registered. Would you rather use you Visa, MasterCard, American Express, Discover, Debit card or checking account?*

**23** _Do I have to program it when it arrives?_

No, we take care of all that. You simply plug it into the phone jack the same way you would an answering machine and push the button to test it. It's that simple.

**24** _Does this work with Voice over IP phones?_

Yes, absolutely, it works with any type of home telephone.

**25** Do I talk to you through the necklace, bracelet, or belt clip button?

The button that you wear on the necklace, bracelet or belt clip activates our hands free voice console which is what we speak to you through.

**26** _Where are you located? Do you operate your own monitoring center?_

**Senior Safealert** owns its own UL listed monitoring center, staffed with highly trained care specialists at our secure facility in New York. From there we monitor customers from all over the United States.

**27** Are your operators fully trained and qualified?

All of our people complete 180 hours of classroom training before they ever take a phone call. All **Senior Safealert** care specialists CSAA (Central Station Alarm Association) certified. Our specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

## 28

<u>Once the button is pressed, does the call go directly to 911?</u>

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions but it's totally up to you. When you receive the system, you will set up instructions for us to follow and that's what we will do if you press the button. The choices are all yours. So, if you want a son, daughter, neighbor, or anyone else called first, we will follow whatever instructions you gave us at the time you activated your system.

## 29

<u>What if I'm in a different room from the system?</u>

The speaker is extremely loud and the microphone is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 800 feet away. That's more than the length of 2 football fields. It is over an eighth of a mile!

## 30

<u>What happens if I can't speak or can't be heard?</u>

If we can't hear you, we will follow the instructions you gave us ahead of time when you activated your system. We will call friends, family, loved ones, or 911 in whatever order you instructed us to call them at the time you activated your system. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are all yours.

## 31

<u>*Is the system automatically tested or do I have to test it?*</u>

Yes to both questions. The console test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us for further reassurance.

## 32

<u>*Can I call because maybe I'm feeling faint but don't want 911 called: I just want someone called from my contact list instead?*</u>

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

Stenger Att. B

# 33

### Customer Objection:

*I Don't give out my credit card over the phone.*

*How do I know that this is not a scam?*

*What if I don't receive what you said I am going to receive?*

## Rebuttal (Answer):

Mr./ Mrs. _____Have you ever heard of the Consumer Credit Protection Act? _____Well, it's a series of federal laws that were passed in the United States to protect credit card holders. To sum it up, they say that anyone that uses their credit card over the phone or the internet is not liable for any charges unless they receive exactly what was promised to them. So there is absolutely no risk to whatsoever. Over 70% of all Americans use their credit cards over the phone or the internet. Phone and internet transactions would have never grown to a massive multi-billion dollar industry without the federal law protecting the credit card holders. So you have nothing to worry about. I would never ask you to use your credit card over the phone if you were not 100% protected by the federal credit card protection act. It's simple, you either get exactly what you were promised or you don't have to pay. Also, if someone uses your credit card without your authorization, then you are not liable for any of the charges whatsoever. All it takes is one call to the bank and the law says they must reverse the charges and handle it right there while you are on the phone. So there is absolutely no risk to you whatsoever. A credit or debit card is the safest way to do anything over the phone because of these federal laws.

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, Let's Keep you safe.

We've been protecting Senior Citizens for over 30 years.

You will never have to feel alone again in a medical emergency.

We're going to take care of you, we're going to keep you safe.

So let's go ahead and get your FREE Medical Alert System sent out to you, would you like to use your VISA, Mastercard, Discover or American Express for the monthly Emergency Medical monitoring?

## 34 My son / daughter wanted me to get a medical alert system but I don't think I need one.

I know you have been independent all your life and are probably struggling with the thought of loosing some of that independence due to aging, but the reason your (son / daughter) wants you to get a medical alert system is because (he / she) probably knows the real statistics about senior citizen medical emergencies. (He / She) may not have wanted to scare you by telling you the facts, but let me tell you some of the things that your (son / daughter) probably already knows. *(Go to "How Big is the Problem")*

## 35 I don't think I need a medical alert system

I know you have been independent all your life and are probably struggling with the thought of loosing some of that independence due to aging, and I know you don't think you need a medical alert system but let me tell you some of the scary facts about senior citizen falls in the United States, and these facts don't even include any other medical issues *(Go to "How Big is the Problem")*

## Miscellaneous Rebuttals

Let's get you signed up, Let's Keep you safe.

# 36

*If they say they can't afford it,*

"Do any other bills matter if you're not safe?, This is the most important bill. If you don't survive a medical emergency then you won't be around to pay any of those other bills. So let's get you signed up and start keeping you safe"

# 37

*If they are afraid to give out their information,*

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, Let's Keep you safe.

We've been protecting Senior Citizens for over 30 years.

You will never have to feel alone again in a medical emergency.

We're going to take care of you, we're going to keep you safe.



## They just won't do it without talking to their (Son/daughter/husband/kids)

Mr. / Mrs. (_____), I agree with you, I don't want you to make a decision without your (Son/daughter/husband/kids). I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellations fees, Try it out TOGETHER with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep it. But if you and your (Son/daughter/husband/kids) decide you don't want to keep it, then there is no contract, no cancellation fees, and we will pay to ship it back to us.

This way you can try it with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep the system.

Now, let's go ahead and get you signed up so you can give it a try together with your ( Son/daughter/husband/kids).

## A reminder of what decision they are making....

Remember, the only thing you are doing today is agreeing to try the system with your (Son/daughter/husband/kids) so you can make a decision together on whether you think the system is right for you.

Stenger Att. B

# 39    <u>Frequently Asked Questions (FAQ's)</u>

### <u>*What do I get or how does it work?*</u>

We send you our **Senior Safealert** Speaker Unit which connects into your home phone. You also get a *help* button that communicates with the **Senior Safealert** unit using a built in microphone. Also included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather it's on your wrist, around your neck or clipped onto your belt and you will be instantly connected to one of our care specialist who will immediately provide the help that you need.

### <u>*Tell me about your product or how does it work?*</u>

You simply press a help button that you wear and you are instantly connected to one of our Emergency Medical Technicians through the **Senior Safealert** console. We will assist you in getting the help you need. We will contact family, friends, neighbors, an ambulance, or whoever you have instructed us to call when you activated your system. Our System provides excellent assistance and peace of mind in any emergency situation.

### <u>What happens when I press the button?</u>

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the **Senior Safealert** console, which is a very sensitive speakerphone. We will follow your instructions and call whomever you told us ahead of time to call. If you can't speak or we can't hear you, we will follow the instructions you gave us

# 40 <u>How Big is the Problem?</u>

Each year, one in every three adults age 65 and older experiences a serious fall. Falls can cause moderate to severe injuries, such as hip fractures and head traumas, and can increase the risk of early death because of not getting help quick enough.

Over 13 million adults 65 and older will fall and be injured this year, which means a senior citizen will fall every 2.3 seconds.

Even though one out of three adults age 65 and older falls each year, less than half of them get the medical advice they should.

Among older adults (those 65 or older), falls are the leading cause of injury death. They are also the most common cause of nonfatal injuries and hospital admissions for trauma.

Each year, there are approximately 20,000 senior citizens that die from unintentional fall injuries.

The death rates from falls, among senior citizens, has risen significantly over the past decade.

Each year, over 2.2 million nonfatal fall injuries among older adults were treated in emergency departments and more than 580,000 of these patients are hospitalized.

# Attachment C

## Pay structure

$8.00 / hr

$5.00 / deal is you average 2 deals per day for the week

Deals 1-12 = $5.00 each

Deals 13 and up = $10.00

*Any day you hit 5 deals for the day, there is a $20 cash spiff!

## Examples:

2 deals per day (working 6 days) = $10.00 / hr

3 deals per day (working 6 days) = $12.00 / hr

4 deals per day (working 6 days) = $14.00 / hr

5 deals per day (working 6 days) = $20.00 / hr (includes $20 cash spiff each day you hit 5 for the day)

Stenger Att. C

# Attachment D

Catagory          Can't afford

I cannot afford it.

#6     Tough Economic times

#9      Its $ a day —

#7 Send drips
Word of mouth

#36

I need Family member

#2       &    #3          #5    offer to get person on
                                    line

#38 —

        Credibility
                                        #11
        #8              #10

        #12             #15           #21

~~#30~~ — #33          #37

        Not Interested        #22
1 Whats holding you back.

Stenger Att. D

# Attachment E

# IF THEY ASK ABOUT HOW WE GOT THEIR NAME OR WHO REFERED THEM

Mam/Sir, or Mr./Ms. _____ you were referred to us by either by a friend, a family member or maybe someone you know, and because you were referred, the system is completely free to you. (Go back to script)

Mam/Sir, or Mr./Ms. _____ for security and privacy reasons my screen does not say who referred you, the only information i have is that you were referred to us either by a friend, a family member or maybe someone you know, and because you were referred, the system is completely free to you. (Go back to script)

Stenger Att. E

## <u>Where did you get my number?</u>

### <u>or</u>

## <u>They are complaining about getting a call.</u>

(Mam / Sir), you are receiving this call because you opted-in somewhere to receive special offers. You would have opted-in either by having a check box checked while purchasing something on the internet or it may have been through a sweepstake, an order you did by mail or catalog, or maybe through a medication or health care purchase. If would like to be taken off of our opt-in special offers list, I will be more than happy to remove you right now and I apologize for any inconvenience.

# Attachment F



A Family of Employer Solutions.

June 15, 2013

Co#: 50056
Emp#: 000000983

VIA U.S. MAIL
ELIZABETH M. STENGER



Re: Termination with LIVE AGENT RESPONSE 1 LLC

Dear ELIZABETH M. STENGER,

This letter is to acknowledge your termination as a leased employee through FrankCrum effective 05/15/2013 due to payroll inactivity. You are no longer entitled to any benefits, including, but not limited to, workers' compensation insurance provided through FrankCrum.

Should you desire to continue your employment with FrankCrum, please contact the unemployment department at extension 5000 within 72 hours of your receipt of this letter. Any unemployment benefits related to your employment with FrankCrum may be denied if you fail to contact us in such 72 hour period.

If you feel you received this letter in error, please contact our Customer Care Department at 800-277-1620.

Respectfully,

FrankCrum Payroll Processor

FrankCrum includes the following companies: FrankCrum 1, Inc.; FrankCrum 2, Inc.; FrankCrum 3, Inc.; FrankCrum 4, Inc., FrankCrum 5, Inc.; FrankCrum 6, Inc., FrankCrum 7, Inc.; FrankCrum 8, Inc.; FrankCrum 9, Inc.; FrankCrum 11, Inc.; FrankCrum 12, Inc. and FrankCrum of California, Inc.

FL 1 ic. GL 100 · Toll Free 800.393.0815 · 100 South Missouri Avenue, Clearwater, FL 33756 · www.frankcrum.com · FL Lic. GL 45

Stenger Att. F