# PX 70

## DECLARATION OF JOSEPH IGNATIUS STEVENS
Pursuant to 28 U.S.C. §1746

I, Joseph Stevens, do hereby state as follows:

1.      I reside in Lake Mary, Florida. I am over the age of 18. The following facts are known to me personally and if called as a witness I could and would competently testify thereto.

2.      I worked for Senior Alert Care located at 474 S. Northlake Blvd., Suite 1024, Altamonte Springs, Florida 32701 from July 31, 2013 to Saturday, August 3, 2013.

3.      On Monday, July 29, 2013, an acquaintance of mine, Christopher Phillips saw an advertisement for employment posted on the windshields of cars at a school in Orlando, Florida. A true and correct copy of the advertisement is attached as Stevens Exhibit A.

4.      I called the phone number listed on the ad, (407) 982-4470 and requested to be transferred to Human Resources. "Jackee" answered the phone and stated they did not have a human resources department. When I inquired about the job, Jackee asked if I had two forms of identification and said to come in for an interview the following day at 11:30 a.m. I thought it was too easy to get this job. When I asked Jackee how to apply for the job, she said to just show up and bring my I.D. I did not understand how this company gave me an interview without filling out an application. The address Jackee provided was 474 S. Northlake Blvd., Suite 1024, Altamonte Springs, Florida 32701.

5.      On Tuesday, July 30, 2013, I arrived at 474 S. Northlake Blvd., Suite 1024, Altamonte Springs, Florida 32701 and was given an application. The receptionist was, Yuluisa Nieves, which I identified by the Florida Driver and Vehicle Information Database photograph. I was directed to a meeting room where there were about eleven other individuals completing applications.

Stevens, J.I. Declaration                    Page 1 of 9                    Initials J.S.

6.      A man later entered the room and announced he would be conducting a group interview. During the group interview, the man explained that the office was an inbound call center where senior citizens called to inquire about Senior Alert Care.

7.      I do not know if the company's name is Senior Alert Care because during the training, the man gave us a name of a different company. Someone in the room asked him what the company's name was and the man did not seem to know. The man gave us the name of a company, but then gave us another shorter name. I cannot recall the name of the company at this time.

8.      The man referred to the website, www. Senioralertcare.com, and suggested we review it to learn more about the product we would be selling. The man said that if we could not average a set number of sales then he did not need us. It appeared to me that he was the manager or owner.

9.      The man then discussed the pay structure. He said our base pay would be $8.00 an hour and we would earn more with each sale, referred to as deals. For example, 3 deals per day would equal $12.00 an hour, 4 deals per day would equal $14.00 an hour.

10.     The man also told us we would need telemarketing licenses. He stated the license would cost $50, and we were responsible for the fee. He stated the company would deduct the fee in two payments, $25 from each check. During the time I worked there, I never observed any telemarketing licenses in the cubicle or the around the call room.

11.     We then discussed our work schedules. He said there were day and night shifts. The day shift started at 10am until 4pm and evening shifts were from were from 4pm until 10pm. He said the call center was open 6 days a week, Monday through Saturday.

12.     Another interviewee in the meeting room asked if there was another department for "tech support." The man responded that there was another office locating in Longwood, Florida and if we were with the company for approximately 60 to 90 days, we could request a transfer to that department.

13.     The man then told us he would conduct individual interviews. We lined up outside the door and waited for our turn.

14.     When I walked into the room, he reviewed my application. He noticed that I had prior experience with a telemarketing company, National Electronic Warranty, which provided technical support for Direct TV. He immediately asked me if I would accept the evening shift without confirming I had prior experience. I also thought this was strange. When I accepted his offer, he told me to come back the following day at 4:30 pm. I was employed by the company from Wednesday July 31, 2013 to Saturday, August 3, 2013.

15.     The next day, Wednesday, July 31, 2013, I arrived at the 474 S. Northlake Blvd., Suite 1024 address. I went to the same meeting room as the previous day and was handed an inbound script, rebuttals, a rebuttal guide, and a complaint rebuttal sheet. True and correct copies of the inbound script, rebuttals, a rebuttal guide, and a complaint rebuttal sheet attached as Stevens Exhibit B, C, D, and E respectively.

16.     I then handed someone my two forms of identification as requested. She left the room and came back with additional documents. The additional documents included an employee direct deposit authorization form, pay structure, the disposition log, and the deal tracker. True and correct copies of the employee direct deposit authorization form, pay structure, disposition log, and the deal tracker are attached as Stevens Exhibit F, G, H, and I respectively.

Stevens, J.I. Declaration                Page 3 of 9                Initials

17.     Then, the woman called us out of the room in groups of 2 to 3. She led us into a small room with two computers where we created our login information.

18.     After creating login information, we returned to the meeting room and a man entered. He introduced himself as "Dustin," the floor manager. Dustin stated he would conduct training, and reviewed the documents given to us. First, Dustin reviewed the inbound script and told us to read it out loud by taking turns.

19.     Then, he reviewed the rebuttal script and told us to read it word for word. We were not allowed to change the script. He had us take turns reading the rebuttal guide; however, we did not review them all. Dustin advised us to keep the customers on the phone and to repeat the rebuttals. Dustin said to continue repeating the rebuttals to the customer until we received a credit card number. He said we could also accept checks by phone, but would not receive credit for that deal until the check cleared.

20.     After reviewing the scripts, Dustin had us listen to a live sales call on the speaker phone. We listened to two calls. During the first call, the representative repeated the wording of the inbound script and then the rebuttal guide as needed.

21.     During the training call, Dustin provided us with tips. He said we would want to speak slowly during our calls because most customers are older in age. He also suggested we be aggressive. When I asked him his definition of "aggressive," he replied that during one of his sales call he had to repeat the rebuttal guide about 20 times to complete a deal.

22.     Dustin then dismissed us for lunch and said training was over. He said after we came back from lunch, we would begin taking calls on our own.

23.     After our training, I began to take calls. Even though I was told this was an in-bound call center, it did not seem this way. In our cubicle, we had a computer and a telephone.

Stevens, J.I. Declaration                    Page 4 of 9                    Initials J.S.

On the phone, I would hear a dial tone and would then be connected to customers. Many customers complained about a pre-recorded that would play once the customer answered the phone. I received many complaints from customers about receiving calls from our office. One woman stated that she received the robotic message from our company about 10 times a day and asked to be placed on the "do not call list." She was very upset. Another customer was angry because they were on the National Do Not Call List and said "I'm on the do not call list, it is illegal for you to call this number." I spoke with many customers that said they already requested to not be called by this company or were on the National Do Not Call list.

24.     On average, I would speak to about 10 to 15 customers an hour. Of those about 4 to 5 said they were on the Do Not Call list.

25.     If a customer said they were on the Do Not Call list, I was trained to read the complaint rebuttal sheet. Even though the rebuttal states the customer signed up for a special offer or purchased something from the internet, the customer would state it was not true.

26.     When a call is completed, our computer screen had several options for us to select. The options included "did not answer," "customer hung up," "do not call," "not interested," and several others. We selected the appropriate option to describe the call.

27.     One customer complained that our company kept calling her all hours of the day. She stated that when she answered her phone, the pre-recorded message gave her an option to either speak to a representative or not to be called. Even though she selected the option not to be called, she said she continued to be called. She tried to call the number back, but the company called her from different numbers every time.

28.     Also, I was not allowed to tell customers where we were calling from. In response to customer questions, I had to read rebuttal #26, which was posted on our cubicle wall. The

Stevens, J.I. Declaration                    Page 5 of 9                    Initials J. S.

same rebuttal is also located in Stevens Exhibit C. We told customers we were located in New York, not Orlando, Florida. I thought it was strange that we could not tell customers that we were located in Orlando, Florida. I also thought it was strange that the customer could not contact the company directly because we did not give out the company's phone number. For any business I worked for, we were encouraged to give out the company's contact information.

29.     If a customer was skeptical of providing their credit card information via phone or was concerned the company was a scam, we were trained to read rebuttal # 33. It claimed that if they never received the product, then they would not be charged because of the "Consumer Credit Protection Act."

30.     Many customers were confused as to why we were contacting them and how they were able to qualify for the "free" system. Even though the system was "free," we told customers that we could not guarantee that the savings would be available to the customer again. However, we offered the "free" system to all customers we spoke to.

31.     If a customer did not think they needed the product, we were trained to read a fact sheet posted on the cubicle. The fact sheet contained statistics about the elderly and claimed that senior citizens fall every three seconds, sustained injuries, and so on. This fact sheet is supplemental to rebuttal 14 in Stevens Exhibit C.

32.     The most commonly used rebuttal were numbers 6, 8, 9, 12, 13, 15, 17, 22, 26, 33, 35, 36, 37 and 40. Rebuttal 15 claims that customers are receiving the system for free because they were referred to our company by family, friends, a company, or someone they know. However, I never saw an area that said how they were referred to the company on my computer screen.

Stevens, J.I. Declaration                    Page 6 of 9                    Initials 

33.     Dustin typically walked around the call center with a microphone, telling us to read the script verbatim. Dustin would also say "do not settle for a check, get the credit card number." He would say "do not let these senior citizens get off the phone" and "the only way the call should end is you getting a deal or [the customer] hanging up the phone." Dustin literally meant this statement. Even if a customer was yelling at us, we could not hang up the phone until we get a deal or the customer hung up.

34.     Dustin also offered "spiffs." Spiffs are incentives of either cash or scratch off tickers given to telemarketers for getting a deal within a specific and short amount of time. For example, Dustin would randomly say "whoever closes a deal within the next 10 deals will receive extra cash or scratch off tickets." In fact, Dustin told us over the microphone that a woman on the day shift won a scratch off ticket earlier that day and won $10,000. This made everyone push harder to make deals on the phone.

35.     Once, during my phone call, an assistant floor manager approached me at my cubicle with a cordless phone. It seemed as though he was listening to my phone calls from this cordless phone. He would provide me with phrases to tell customers on the phone.

36.     Once we got a customer's credit card number, we would tell them they would be sent to another department for "confirmation."

37.     I never saw the "free" medical alert device. The device was not displayed in the telemarketing room and we were not shown pictures of the device. I thought this was strange because when I worked for National Electronic Warranty, we had a Direct TV system in the call center.

38.     During my initial two days of employment, I did not complete any deals.

Stevens, J.I. Declaration          Page 7 of 9          Initials 

39.     I quit on August 3, 2013. On Wednesday August 14, 2013, I called the business at

(407) 982-4470 to pick up my paycheck later in the day. A true and correct copy of the paycheck

is attached as Stevens Exhibit J. I was paid by a company known as Arcagen, Inc., but never

heard of the company. The $50 fee for the telemarketing license was deducted from my

paycheck.

40.     I quit the job because I did not feel that the company was a legitimate business

because of the hiring process, the way we were handling customers over the phone, not being

able to share our contact information with the customer, and the fact that we never saw the "free"

system we were selling.

Attached Documents:

Exhibit A: Advertisement for Employment
Exhibit B: Inbound Script
Exhibit C: Rebuttals
Exhibit D: Rebuttal Guide
Exhibit E: Complaint Rebuttal Sheet
Exhibit F: Employee Direct Deposit Authorization Form
Exhibit G: Pay Structure
Exhibit H: Disposition Log
Exhibit I: Deal Tracker
Exhibit J: Paycheck

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _____8-26-13_____

Joseph I. Stevens

Printed Name: JOSEPH STEVENS
Address: ▓▓▓▓▓
LAKE MARY, FL
City, State, Zip
Phone: (810) ▓▓▓▓▓
Telefacsimile: _____

Stevens, J.I. Declaration          Page 8 of 9          Initials J.S

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to or affirmed and signed before me on this 26 day of AUGUST,
2013 by JULLETTE NORWOOD.

NOTARY PUBLIC, STATE OF FLORIDA

JULIETTE M. NORWOOD
MY COMMISSION # EE 029444
EXPIRES: September 26, 2014
Bonded Thru Notary Public Underwriters

(Print, Type, or Stamp Commissioned Name of
Notary Public)

_____ Personally known
__X__ Produced identification
Type of identification produced  DRIVERS LICENSE

Stevens, J.I. Declaration          Page 9 of 9          Initials J.S.

# Exhibit A

# PHONE RE... ...D - AWESOME JOB

No Experience Required - Paid Training
Daily Cash Bonuses - Hourly, Paid Weekly
Full Time & Part Time - Day and Evening
Incoming Calls Only...
For a FREE Me...

## Make $15 to $20 per hour

## CALL NOW: 407-982-4470



EXHIBIT
Stevens
A

JACKIE

407-915-4883

474 S NORTHLAKE BLVD
32701

SUITE 1024

[redacted]

# Exhibit B

# INBOUND SCRIPT  Ver. 1.2

Senior Assistance Program, This is *(Rep Name)* ARI agent number *(say agent number)*, may I ask whom I am speaking with? *(Write down their name)* And in case we get disconnected, is this the best phone number to reach you back on?

Okay, Great, for responding today to our Senior Assistance Program, you've been selected to receive a FREE medical alert system package that has a value of over $400 dollars.

You are probably familiar with the medical alert system and how it works, you know the TV commercial "I'VE FALLEN AND I CAN'T GET UP!"? or maybe you've seen a medical alert system in NewsDay, The Washington Post or US News.

It's the same system as seen on TV and the way it works is simple.  If you have a medical emergency , fire, burglary, or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the lightweight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician *(An E.M.T.)*.  They will evaluate your situation, immediately get the help you need, notify family or 911 and comfort you until help arrives.  Your alert button works anywhere in the house and it even works outside on your property. It has a 800 foot range. That's over one eighth of a mile.

This device could really help you in a time of need and could even be life saving. This device will give you the peace of mind that you need, allow you to feel safe and make sure you never feel alone in the case of an emergency. Mr. / Ms. *(Their Last Name)*, You will never have to feel helpless, worried or by yourself in an emergency situation.

Our device has been recommended by the American Heart Association, the American Diabetes Association, the National Institute of Aging and is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 30 years.



Your FREE Medical Alert System package includes:

- A Medical Alert Base Station with a loud speaker and very sensitive microphone
- A Waterproof Wrist or Necklace button
- Free shipping, and Free activation
- A Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.
- An away from home "Protection Card" that gives emergency personnel 24 hour a day/7 day a week access to your important medical information
- And last but not least, You get Unlimited contact with our Emergency Medical Technicians, which means you can push the button as many times as you want at NO CHARGE. If you like, you can push the button and talk to us every day just to give yourself the piece of mind that we are always there by your side and ready to help.

The system is **COMPLETELY FREE** and the shipping is also FREE. Normally all this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system. The only thing you would be responsible for TODAY is the Emergency Medical Technician monthly monitoring fee of just *$34.95* per month and the billing cycle doesn't start until you receive the system and activate it. Everything else is FREE. Also, there is no contract whatsoever and you can cancel at any time with no cancellation fees.

Okay, Mr./Ms. *(Their last name)* so what address would you like your Emergency Medical Alert System shipped to? *(Type their address in the customer information form)*


And for the monthly Emergency Medical monitoring, which card would you like to use? VISA, Mastercard, Discover, or American Express? (*If they say they do not have a credit card, then say* "Okay, do you have a debit card, we can go ahead and get you signed up with that instead?")

*(If NO credit card or debit card, then ask for checking or savings acct.)*
Okay, we can get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it. *(If no checking account, then say*

"**Do you have a savings account?** ") *(If yes, say* "Okay, go ahead and grab a bank statement so we can get some information off of it.")

**Do you have a spouse or someone else in your home that you would also like to be protected?** *(If Yes, then go on, IF No skip to "Fill out the customer information form", below)* Okay we will also send you, for FREE, and additional wrist **OR** necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Emergency Medical Technician monitoring. So you and your spouse would be protected for just $39.95 per month and all of the equipment and shipping is still FREE.

(Fill out the customer information form on computer)

## Last Step – Close Up and Transfer to Confirmation

**Great, your equipment will be shipped to you at** *(Repeat Shipping Address)* **and will arrive within the next 7 to 10 business days. Don't forget to activate your system, as soon as you receive it, by plugging it into your phone line jack and pushing the button. This will make a test call and activate your system and immediately start protecting you.**

**Okay, I am going to transfer you to our confirmation department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any additional questions. Thank you very much and I hope you enjoy the safe feeling of having a medical alert system.**

**Please hold while I transfer you to the confirmation department. Don't hang up until you talk to the confirmation department, okay?** *(Wait for them to say okay)*

## Transfer Call to Confirmation

# Exhibit C



### _I'm not Interested # 1_

(Customer Name), what's holding you back? _(Isolate the concern, repeat it back to the customer, and address it with the correlating rebuttal.)_ (Customer Name) Doctors refer to the first hour after an accident or a heart attack or a stroke as the golden hour. If they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on its way immediately?  Surely that's worth about a dollar a day to you, **_so let's get you registered.  Would you rather use you Visa, MasterCard, American Express, Discover, Debit card or checking account?_**

### _I need to speak with my Spouse/Family._

I completely understand. However I don't think that any of your family would not understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. **Senior Alert Care** is with you _24/7,365_ days a year for as little as about a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $400 dollars absolutely free. I can't guarantee that savings at any other time, so **_let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?_**

### _I can't make a decision without my Spouse or Family._

I'm fairly confident that they would agree that saving $400 dollars on the equipment cost and protecting your health and safety for just over a  $1 a day is a smart decision. And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $5 per month. That brings the cost down to less than 67 cents each per day. Remember, you can cancel at any time with no obligation so even if you try it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear. **So _let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?_**

EXHIBIT
Stevens
6

 **4**

### *I still can't decide.*

(Customer Name) I know that you are interested otherwise you would not still be on the line with me, and I understand that you are on the fence about this. Let me ask you; is your safety and health worth about a dollar a day to you? (Wait for the answer) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

 **5**

### *Someone else makes my Healthcare decisions.*

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

**6**

### *I can't afford it.*

(Customer Name), I understand completely. In these tough economic times I can appreciate that things are tight. However, **Senior Alert Care** is only about a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. What happens if you have an emergency situation at 3 or 4 in the morning? **Senior Alert Care** will be there at the push of a button and will initiate emergency help within seconds. You can't afford to be without it, **so *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

**7**

### How and why is this promotion possible?

*(Customer Name)* We can offer you this promotion at such a low cost because **Senior Alert Care** believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, we have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us and hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That makes sense to you, right? *Well, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*



### I don't want anything that needs my Credit Card or Checking Account info.

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. *So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?*

## 9

### *I am on a fixed Income and can't afford it.*

*(Customer Name),* is your health and safety, or maybe even your life not worth about a dollar a day to you or your family? Please remember that we are sending you over $400 dollars worth of equipment absolutely free. I'm sure that once you inform your family that you would like to do this and could use a little help with the $34.95 monthly monitoring costs, that they would be happy to help. **So *let's get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

## 10

### *Can you just send me a bill every month?*

*(Customer Name),* unfortunately no! We would need to have a billing method on file for the monthly monitoring cost of only or $34.95 in order to send you the actual monitoring equipment which is valued at over $400 dollars. Please remember we are giving that to you absolutely free, without even a charge for shipping it to you. We simply ask you to cover the monthly monitoring fees. ***Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

## 11

### *I'll just send you a check.*

*(Customer Name),* by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card, debit card or your checking account on this call, we can send you over $400 dollars worth of equipment absolutely free. I can't guarantee that any other way. ***Let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?***

## L2

### _How do I know that this is for real?_

_(Customer Name)_ **Senior Alert Care** has been in business for over 30 years and has thousands and thousands of satisfied customers. You can check us out online at **www.senioralertcare.com** to learn more about our company and the services we provide. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We would not have earned our excellent reputation if we did not deliver and fulfill our services exactly as I have explained them to you. We are so confident with our services that we don't ask you to sign any long term contracts. That allows you to cancel at anytime with no penalty, so that forces us to be better than you expect. _**So, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?**_

## L3

### _I have never heard of your company._

_(Customer Name)_ If we were not who we say we are there's no way we would have lasted for over 30 years. We have maintained our relationships with all the banking and regulatory institutes since we came into existence and that would not happen if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family. You or they can check us out anytime on the internet at **www.senioralertcare.com** . _**So, let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?**_

# 14 <u>What outcomes of senior citizen falls?</u>

Twenty to thirty percent of people who fall suffer moderate to severe injuries such as lacerations, hip fractures, or head traumas. These injuries can make it hard to get around or live independently, and increase the risk of early death.

Falls are the most common cause of traumatic brain injuries, traumatic brain injuries account for approximately 46% of fatal falls among older adults.

Most fractures among older adults are caused by falls.

In 2008, 82% of fall deaths were among people 65 and older.

# 15 Who paid for this? / Somebody said you're shipping something to me?

Mam/Sir, or Mr./Ms. _____ you were referred to us by either by a friend, a family member, a company, or maybe someone you know, and because you were referred, the system is completely free to you.
(Go back to script)

Mam/Sir, or Mr./Ms. _____ for security and privacy reasons my screen does not say who referred you, the only information i have is that you were referred to us either by a friend, a family member, a company, or maybe someone you know, and because you were referred, the system is completely free to you. (Go back to script)

# 16 *Are you open 24 hours a day?*

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions. Remember, we are always just one push of a button away.

# 17 *How long have you been in business?*

**Senior Alert Care** has been in business since 1977. We have provided life safety services and peace of mind to tens of thousands of people for over 30 years and are among the leaders in our field.

# 18 *If I call for emergency help, where does my call get answered, locally or out of State?*

All calls go to the **Senior Alert Care** monitoring center to ensure the greatest level of service. We store all your local authority phone numbers in your record. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you. We pride ourselves at being the best in the business.

# 19 *Can I change who is contacted on the weekends?*

Again, the choices are all yours. We will do whatever you instructions you provide. It's no problem at all.

# 20 *How much or what information goes into your computer?*

It's entirely up to you. We will input whatever information you wish to provide in terms of medical records, who to contact when and in what particular order. This is very important, because by having all your medical conditions and medical records on file, it will allow the emergency responders to know the best way to treat you if they need to go to your home. Knowing somone's medical conditions before you treat them can be the difference of life or death in a medical emergency.

## 21

### If it's free why do you need my Credit card/Checking Account Information?

In order to ship out your equipment we need to know that you will use it for at least 1 month. Please understand that even though we provide you the equipment for free, which is valued at over $400 dollars, we would need to have a billing method on file for the monthly monitoring fee of only $34.95 per month. *(Customer Name), as I have already mentioned, that breaks down to actually just over a $1 per day and for that we guarantee that within seconds of you pushing your button at any time, day or night, 365 days a year, we will be there for you. Surely the peace of mind that it provides for you and your family is well worth the low cost of just over a $1 a day.* **So let's go ahead and get you registered. Would you rather use your Credit Card, Debit Card, or Checking Account?**

## 22

### I'm not interested # 2

**(Customer Name)** I sincerely hope that you never need to use our service, but I can promise you this, if you do, we will be there for you at the simple push of a button and help will be on its way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth a dollar a day, right? **So let's get you registered. Would you rather use you Visa, MasterCard, American Express, Discover, Debit card or checking account?**

**23** _Do I have to program it when it arrives?_

No, we take care of all that. You simply plug it into the phone jack the same way you would an answering machine and push the button to test it. It's that simple.

**24** _Does this work with Voice over IP phones?_

Yes, absolutely, it works with any type of home telephone.

**25** Do I talk to you through the necklace, bracelet, or belt clip button?

The button that you wear on the necklace, bracelet or belt clip activates our hands free voice console which is what we speak to you through.

**26** _Where are you located? Do you operate your own monitoring center?_

**Senior Alert Care** owns its own UL listed monitoring center, staffed with highly trained care specialists at our secure facility in New York. From there we monitor customers from all over the United States.

**27** Are your operators fully trained and qualified?

All of our people complete 180 hours of classroom training before they ever take a phone call. All **Senior Alert Care** specialists are CSAA (Central Station Alarm Association) certified. Our specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

## 28 Once the button is pressed, does the call go directly to 911?

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions but it's totally up to you. When you receive the system, you will set up instructions for us to follow and that's what we will do if you press the button. The choices are all yours. So, if you want a son, daughter, neighbor, or anyone else called first, we will follow whatever instructions you gave us at the time you activated your system.

## 29 What if I'm in a different room from the system?

The speaker is extremely loud and the microphone is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 800 feet away. That's more than the length of 2 football fields. It is over an eighth of a mile!

## 30 What happens if I can't speak or can't be heard?

If we can't hear you, we will follow the instructions you gave us ahead of time when you activated your system. We will call friends, family, loved ones, or 911 in whatever order you instructed us to call them at the time you activated your system. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are all yours.

## 31 *Is the system automatically tested or do I have to test it?*

Yes to both questions. The console test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us for further reassurance.

## 32 *Can I call because maybe I'm feeling faint but don't want 911 called: I just want someone called from my contact list instead?*

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

# 33

## Customer Objection:

*I Don't give out my credit card over the phone.*

*How do I know that this is not a scam?*

*What if I don't receive what you said I am going to receive?*

## Rebuttal (Answer):

Mr./ Mrs. _____Have you ever heard of the Consumer Credit Protection Act? _____Well, it's a series of federal laws that were passed in the United States to protect credit card holders. To sum it up, they say that anyone that uses their credit card over the phone or the internet is not liable for any charges unless they receive exactly what was promised to them. So there is absolutely no risk to whatsoever. Over 70% of all Americans use their credit cards over the phone or the internet. Phone and internet transactions would have never grown to a massive multi-billion dollar industry without the federal law protecting the credit card holders. So you have nothing to worry about. I would never ask you to use your credit card over the phone if you were not 100% protected by the federal credit card protection act. It's simple, you either get exactly what you were promised or you don't have to pay. Also, if someone uses your credit card without your authorization, then you are not liable for any of the charges whatsoever. All it takes is one call to the bank and the law says they must reverse the charges and handle it right there while you are on the phone. So there is absolutely no risk to you whatsoever. A credit or debit card is the safest way to do anything over the phone because of these federal laws.

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, Let's Keep you safe.

We've been protecting Senior Citizens for over 30 years.

You will never have to feel alone again in a medical emergency.

We're going to take care of you, we're going to keep you safe.

So let's go ahead and get your FREE Medical Alert System sent out to you, would you like to use your VISA, Mastercard, Discover or American Express for the monthly Emergency Medical monitoring?

## 34 My son / daughter wanted me to get a medical alert system but I don't think I need one.

I know you have been independent all your life and are probably struggling with the thought of loosing some of that independence due to aging, but the reason your (son / daughter) wants you to get a medical alert system is because (he / she) probably knows the real statistics about senior citizen medical emergencies. (He / She) may not have wanted to scare you by telling you the facts, but let me tell you some of the things that your (son / daughter) probably already knows. *(Go to "How Big is the Problem")*

## 35 I don't think I need a medical alert system

I know you have been independent all your life and are probably struggling with the thought of loosing some of that independence due to aging, and I know you don't think you need a medical alert system but let me tell you some of the scary facts about senior citizen falls in the United States, and these facts don't even include any other medical issues *(Go to "How Big is the Problem")*

## Miscellaneous Rebuttals

Let's get you signed up, Let's Keep you safe.

**36**

*If they say they can't afford it.*

"Do any other bills matter if you're not safe?, This is the most important bill. If you don't survive a medical emergency then you won't be around to pay any of those other bills. So let's get you signed up and start keeping you safe"

**37**

*If they are afraid to give out their information.*

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, Let's Keep you safe.

We've been protecting Senior Citizens for over 30 years.

You will never have to feel alone again in a medical emergency.

We're going to take care of you, we're going to keep you safe.

# 38

## *They just won't do it without talking to their (Son/daughter/husband/kids)*

Mr. / Mrs. (_____), I agree with you, I don't want you to make a decision without your (Son/daughter/husband/kids). I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellations fees, Try It out TOGETHER with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep it. But if you and your (Son/daughter/husband/kids) decide you don't want to keep it, then there is no contract, no cancellation fees, and we will pay to ship it back to us.

This way you can try it with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep the system.

Now, let's go ahead and get you signed up so you can give it a try together with your ( Son/daughter/husband/kids).

## *A reminder of what decision they are making...*

Remember, the only thing you are doing today is agreeing to try the system with your (Son/daughter/husband/kids) so you can make a decision together on whether you think the system is right for you.

# 39 Frequently Asked Questions (FAQ's)

### What do I get or how does it work?

We send you our **Senior Alert Care** Speaker Unit which connects into your home phone. You also get a *help* button that communicates with the **Senior Alert Care** unit using a built in microphone. Also included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather it's on your wrist, around your neck or clipped onto your belt and you will be instantly connected to one of our care specialist who will immediately provide the help that you need.

### Tell me about your product or how does it work?

You simply press a help button that you wear and you are instantly connected to one of our Emergency Medical Technicians through the **Senior Alert Care** console. We will assist you in getting the help you need. We will contact family, friends, neighbors, an ambulance, or whoever you have instructed us to call when you activated your system. Our System provides excellent assistance and peace of mind in any emergency situation.

### What happens when I press the button?

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the **Senior Alert Care** console, which is a very sensitive speakerphone. We will follow your instructions and call whomever you told us ahead of time to call. If you can't speak or we can't hear you, we will follow the instructions you gave us

# 40 <u>How Big is the Problem?</u>

Each year, one in every three adults age 65 and older experiences a serious fall. Falls can cause moderate to severe injuries, such as hip fractures and head traumas, and can increase the risk of early death because of not getting help quick enough.

Over 13 million adults 65 and older will fall and be injured this year, which means a senior citizen will fall every 2.3 seconds.

Even though one out of three adults age 65 and older falls each year, less than half of them get the medical advice they should.

Among older adults (those 65 or older), falls are the leading cause of injury death. They are also the most common cause of nonfatal injuries and hospital admissions for trauma.

Each year, there are approximately 20,000 senior citizens that die from unintentional fall injuries.

The death rates from falls, among senior citizens, has risen significantly over the past decade.

Each year, over 2.2 million nonfatal fall injuries among older adults were treated in emergency departments and more than 580,000 of these patients are hospitalized.

# Exhibit D

REBUTTAL GUIDE

*READ the ENTIRE REBUTTAL, DO NOT SHORTCUT REBUTTAL !!!*

**YOU MUST GET THROUGH THE SCRIPT BEFORE ANSWERING ANY QUESTIONS....IF they try to interrupt you, say this....** *Please, just give me two minutes and I PROMISE I will answer all of your questions, would you do that for me .....please?*

<u>Not Interested...</u> # 1 (After whats holding you back, use the rebuttal for whatever is holding them back, the GO BACK read the rest of rebuttal #1 THE GOLDEN HOUR!!!

<u>Not Interested...</u> #'s 14, 22, 40

<u>You need to  CREATE URGENCY and NEED for the customer...</u> # 40

<u>Can't afford it...</u> #'s 6, 36

<u>Speak with Spouse or Family...</u> #'s  2, 3, 38

<u>Call me back...</u>  # 4 <u>and then immediately</u>  # 7

<u>Can't decide / Doesn't think it's needed...</u>  #'s 14, 34, 35

<u>How is this promotion possible?</u>  # 7

<u>If it's FREE, why do you need my credit card?</u>  # 21

<u>Where are you located or anything about the monitoring?</u>  # 26 & 27

<u>Does the system work with voice over IP phones?</u>  # 24

<u>Can you send me a bill every month?</u>  # 10

<u>Never heard of our company...</u> #'s  13, 27

<u>Is this Promotion real?</u>  # 12

<u>Someone makes decision or will not decide without family...</u>  #'s  5, 38

<u>Will not give credit card over the phone...</u>  #'s 8, 33, 37

<u>On a fixed income...</u> #  9

<u>Wants to send a check...</u>  # 11

<u>How long have you been in business....</u>  # 17

<u>About the product or how it works...</u>  #'s  27-28 & 39

1



# Exhibit E

# <u>Where did you get my number?</u>

## <u>or</u>

# <u>They are complaining about getting a call.</u>

(Mam / Sir), you are receiving this call because you opted-in somewhere to receive special offers. You would have opted-in either by having a check box checked while purchasing something on the internet or it may have been through a sweepstake, an order you did by mail or catalog, or maybe through a medication or health care purchase. If would like to be taken off of our opt-in special offers list, I will be more than happy to remove you right now and I apologize for any inconvenience.

RETIREMENT HOME *

FTC



# Exhibit F

## EMPLOYEE DIRECT DEPOSIT AUTHORIZATION FORM

 **FrankCrum**
A Family of Employer Solutions

**CLIENT NAME:** 50056-LIVE AGENT RESPONSE 1 LLC

I, ("Employee") hereby authorize FRANKCRUM*, ("COMPANY"), to initiate credit entries and, if necessary, debit entries and/or adjustments for any credit entries in error to my account(s) indicated below, ("DEPOSITORY"), to credit and/or debit the same in such account(s). In addition, to ensure the accuracy of the information provided to the Company, Employee hereby authorizes Company to verbally verify the information provided herein with the Depository of the applicable financial institution. This authority shall remain in full force and effect until COMPANY has received written notification from me of its termination in such time and in such a manner as to afford COMPANY and DEPOSITORY a reasonable opportunity to act on it.

---

**PRIMARY DEPOSITORY ACCOUNT INFORMATION**

| | |
|---|---|
| **Routing Number:** | _____ (9 digits) |
| **Account Number** | _____ |
| **Bank Name:** | _____ |
| **Account Type** | ☐ Checking  ☐ Savings  ☐ Payroll Debit Card |
| **Deposit Rule Per Check** | ☐ Available Balance |
| | ☐ $_____ **Dollar Amount Per Paycheck** |
| | ☐ _____ **%Percent Amount Per Paycheck** |

---

**SECONDARY DEPOSITORY ACCOUNT INFORMATION**

| | |
|---|---|
| **Routing Number:** | _____ (9 digits) |
| **Account Number** | _____ |
| **Bank Name:** | _____ |
| **Account Type** | ☐ Checking  ☐ Savings  ☐ Payroll Debit Card |
| **Deposit Rule Per Check** | ☐ Available Balance |
| | ☐ $_____ **Dollar Amount Per Paycheck** |
| | ☐ _____ **%Percent Amount Per Paycheck** |

---

**Employee Name:** _____    **SS#:** _____
(Printed Name)

_____    **Date:** _____
(Signature of Employee Authorizing Direct Deposit)

*- Please note that accounts indicated above must be in your name --*
*- A paper check will be issued for the remaining balance when Deposit Rules Per Check Total Less Than 100% -*

*Sample Check*

John Q. Public
(321) 555-1212
200 W. 1st Street
Your City, State 55555                                               Date _____

Pay to the order of _____   $ _____

_____ Dollars

Your bank name
Your bank address

⑆123456710⑆  12343498⑈  1032

Bank routing     Bank account    Check
number           number          number

---

*FrankCrum includes the following companies: FrankCrum 1, Inc., FrankCrum 2, Inc., FrankCrum 12, Inc., FrankCrum 11, Inc., FrankCrum 4, Inc., FrankCrum 6, Inc. FrankCrum 8, Inc., FrankCrum Staffing, Inc., FrankCrum 5, Inc., FrankCrum 3, Inc., FrankCrum of California, Inc., FrankCrum, Inc., FrankCrum 9, Inc., FrankCrum 7, Inc., FrankCrum Corporate, Inc.


EXHIBIT
Stevens
F
FBNG49 800-631-6989

# Exhibit G

## Pay structure

$8.00 / hr

~~$5.00 / deal is you average 2 deals per day for the week~~

Deals 1-12 = $5.00 each

Deals 13 and up = $10.00

*Any day you hit 5 deals for the day, there is a $20 cash spiff!*

### Examples:

2 deals per day (working 6 days) = $10.00 / hr

3 deals per day (working 6 days) = $12.00 / hr

4 deals per day (working 6 days) = $14.00 / hr

5 deals per day (working 6 days) = $20.00 / hr  (includes $20 cash spiff each day you hit 5 for the day)



# Exhibit H

# DISPOSITION LOG

KATHY ▇▇▇

| NAME | PHONE | DISPOSITION |
|------|-------|-------------|
| TIM ▇▇ | | |
| MRS ▇▇ | | |
| SANDRA ▇▇▇▇ | | |
| | | |
| MRS ▇ | | |
| ANGEL ▇▇ | | |
| DONALD | | |
| PAMELA ▇▇▇ | | |
| DONNA ▇▇ | | |
| MARION ▇▇ | | |
| SHERRY ▇ | | |
| PAULA | | |
| RACHEL | | |
| KATHLEEN ▇▇ | | |
| JACK ▇▇ | | |
| ROBIN ▇▇ | | |
| | | |
| ANNA ▇▇ | | |
| NICK | | |
| ▇▇▇▇ | | |
| EVAN ▇▇ | | |
| SELINA ▇▇ | 909- ▇▇▇ | |
| BOBBY ▇▇ | | |
| WANDA | | |
| DEBBIE ▇▇ | | |
| HELEN | | |
| DAVID ▇▇ | | |
| PHILLIP | | |
| DEBBIE | | |
| JEFF | | |
| DONNIE ▇▇ | | |
| VIRGIL | | |
| VERY | | |
| ROSEANNE | | |
| ▇▇▇▇ | | |

EXHIBIT
Stevens
H

## DISPOSITION LOG

| NAME | PHONE | DISPOSITION |
|------|-------|-------------|
| MS ███████ | | |
| WENDY ██████ | | |
| IRATE ██████ | | |
| MS LUCILLE ██████ | | |
| ██████ | | |
| RUSSELL ██████ | | |
| MS ██████ | | |
| WILLIE ██████ | | |
| MARSHALL ██████ | | |
| PAUL | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Exhibit I

# Deal Tracker

Week Ending

| Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Total Hours |
|-----|------|-----|-------|-----|-----|-----|-------------|
|     |      |     |       |     |     |     |             |

| | Date | Customer Name | Phone | CC/ACH |
|----|--------|---------------|-------|--------|
| 1 | 6-3-13 | WANDA ▮▮▮▮▮ | | CC |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |



EXHIBIT
Stevens
I

# Exhibit J

**FRANKCRUM**
100 South Missouri Ave
Clearwater, FL 33756
For: 50160-ARCAGEN INC

vsn 20111206

For:

Phone: (727) 799-1229

**50160-ARCAGEN INC**

JOSEPH STEVENS

| | | | | | |
|---|---|---|---|---|---|
| FIT | S | 1 | Check No | | 901479992 |
| SIT res | S | 0 | Check Date | | 8/12/2013 |
| SIT work | S | 0 | Period Start | | 7/29/2013 |
| | | | Period End | | 8/4/2013 |

SSN ###-##-0239          Emp No 000003427

## EARNINGS

| Pay Type | Hours | Units | Rate Client Project | Current | YTD |
|---|---|---|---|---|---|
| REGULAR HRS | 16.64 | | 8.00 NONE | 133.12 | 133.12 |

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| LICENSE | 50.00 | 50.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 1.58 | 1.58 |
| Medicare | 1.93 | 1.93 |
| Social Security Empl | 8.25 | 8.25 |

## COMPANY MESSAGE

Please take a moment to check your name and address (including apartment numbers). Your name should be exactly the same as it is on your social security card. Please login to My.FrankCrum.com to make any corrections or changes.

## EMPLOYEE ACCRUALS

| Accrual | Typ | Rate | Amount | Remaining |
|---|---|---|---|---|

## NET PAY DISTRIBUTION

| | GROSS | TAXABLE GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|
| **CURRENT** | 133.12 | 133.12 | 11.76 | 50.00 | 71.36 |
| **YTD** | 133.12 | 133.12 | 11.76 | 50.00 | 71.36 |

| | |
|---|---|
| Check Amount | 71.36 |
| Total Net Pay | 71.36 |

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS.

