# PX 72

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Jill M. Pietrini (Cal. Bar No. 138335)
    jpietrini@sheppardmullin.com
Ryan S. Hilbert, Cal. Bar No. 210549
    rhilbert@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  (310) 228-3700 / Facsimile: (310) 228-3701

KRANE & SMITH
Ralph C. Loeb, Esq., Cal. Bar No. 124773
    ralph@kranesmith.com
16255 Ventura Boulevard, Suite 600
Encino, California  91436
Telephone:  (818) 382-4000 / Facsimile: (818) 382-4001

Attorneys for Plaintiff,
LIFE ALERT EMERGENCY RESPONSE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONNECT AMERICA.COM, LLC, a Delaware limited liability company, KENNETH GROSS, an individual, LIFEWATCH, INC., a New York Corporation, EVAN SIRLIN, an individual, LIVE AGENT RESPONSE 1, LLC, a Florida limited liability company, GREG SMALL, an individual, TRILOGY INVESTMENT, LLC, a Florida limited liability company and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV13-03455 JAK (SSx)<br><br>**DECLARATION OF DANIELLE LEVINE IN SUPPORT OF LIFE ALERT'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ENTRY OF PRELIMINARY INJUNCTION**<br><br>Judge:  Hon. John A. Kronstadt<br><br> Date:          To Be Determined<br> Time:          To Be Determined<br>Courtroom:   Ctrm 750- Roybal<br>                     Building<br><br>Complaint Filed:     May 14, 2013<br>First Amended<br>Complaint Filed:     August 28. 2013 |

## <u>DECLARATION OF DANIELLE LEVINE</u>

I, Danielle Levine, declare as follows:

1.      I am an attorney-at-law, a member in good standing of the State Bar of California, and Associate at the law firm of Sheppard Mullin Richter & Hampton LLP, counsel of record for Plaintiff Life Alert Emergency Response, Inc. ("Life Alert").  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of a Compact Disc (CD) containing MP3 files of telephone calls involving Alice Eberhard, Merrilin Gassman, and Carnell Oliver.

3.      For the convenience of the Court, I asked members of my law firm's word processing team to transcribe the calls in Exhibit A and supervised that project.

4.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the transcription of the call involving Alice Eberhard.

5.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the transcription of the call involving Carnell Oliver.

6.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of the transcription of the call involving Merrilin Gassman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 7, 2013, at Los Angeles, California.

_____
Danielle Levine

LEVINE DECLARATION ISO LIFE ALERT'S TRO

1
2
3
4
5
6
7
8
9
10
11
12

**EXHIBIT A**

13
14
15

**(Manually Filed With the Court)**

16
17
18
19
20
21
22
23
24
25
26
27
28

LEVINE DECLARATION ISO LIFE ALERT'S TRO



SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

29WL-192289

*Life Alert Emergency Response v.*
***ConnectAmerica.co***
Exhibit A – Danielle Levine Declaration

1
2
3
4
5
6
7
8
9
10
11

**<u>EXHIBIT B</u>**

12
13
14

**(Manually Filed With the Court)**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEVINE DECLARATION ISO LIFE ALERT'S TRO

# ALICE EBERHARD TRANSCRIPTION

| Speaker | Dialogue |
|---|---|
| John | Good afternoon Just for Seniors my name is John, my agent I.D. number is 6947 and whom do I have the pleasure to speak with. |
| Ms. Eberhard | **Yes, this is Alice Eberhard.  Are you life line or life alert or what?** |
| John | **You got the right idea Ma'am and in case we get disconnected is this the best number to get you back on.  No problem.** |
| Ms. Eberhard | **Oh hard to know, it's ok today haha…⬛⬛⬛⬛⬛… I've been meaning to make some inquiries about some systems but I haven't done it yet** |
| John | **Well Ma'am guess what today is your lucky day and the reason why I say this is for responding today to our Just for Seniors program you have been selected to receive a free medical alert system package. It does have a value of over $400.00.  Now, you are probably familiar with the medical alert system and how it works.  You know that t.v. commercial "help, help, I've fallen and I can't get up." O.k. that's us.** |
| Ms. Eberhard | **That's Life Alert right?** |
| John | **That's us.** |
| Ms. Eberhard | **O.k.** |
| John | **It's the same system as you've seen on t.v. and the way it works is simple.** If you have a medical emergency, fire or burglary or even something as simple as a fall but you have difficulty getting up from.  You simply push the button on the light weight water proof necklace or bracelet and speak hands free from anywhere in your home to a certified emergency medical technician or any EMT.  They will evaluate your situation immediately, get you the help that you need, notify your family or 911 and comfort you until help arrives.  Your alert button works anywhere in your house and even works outside on  your property.  It does an 800 number. . . |
| Ms. Eberhard | On your patio or something? |

| Speaker | Dialogue |
|---------|----------|
| John | Right. Exactly. It has an 800 foot range. That's over one-eighth of a mile. Now ma'am, the device it will help you in time of need and will be lifesaving. It will give you the peace of mind that you need, allow you to feel safe and make sure you never feel alone in case of an emergency. So, you'll never have to feel helpless, worried, or by yourself in an emergency situation. Now, our device has been recommended by the American Heart Association, the American Diabetes Association, the National Institute of Ageing, and is trusted by thousands of hospitals and more than 65,000 health care professionals. Our device has been helping save the lives of American senior citizens, you ready ma'am, over thirty years. Now, your free medical alert system package includes a medical alert bay station with a loud speaker and very sensitive microphone, a water proof wrist or necklace button, free shipping and free activation, voice remote which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So, no more getting up to answer the phone, no more missed phone calls, you also get an away from home protection card and that gives your emergency personnel 24 hours a day, seven day a week, access to your important medical information and last but not least a very important part of the service is a daily wellness check every day senior safe alert will check with you to make sure you are safe and everything is o.k. So, the system is completely free, the shipment is also free. Normally, it would cost over $400.00. But today, because of the promotion, you absolutely nothing for the system. The only thing you would be responsible for today would be the emergency medical technician monthly monitoring fee its just $34.95 per month and the billing cycle does not start until you receive this system and activate it. Everything else is free so there is no contract whatsoever, you cancel it at any time with no cancellation fees. So, ma'am what address would you like the emergency medical alert system shipped to. |
| Ms. Eberhard | I'm gonna have to do a comparison for my kids sake I will call a couple of other places. It has taken me a lot to get to this point. You know what I mean? |
| John | You've been kind of nervous about it. |
| Ms. Eberhard | Well, you know, my kids say I need it. |
| John | I do understand that. |

| Speaker | Dialogue |
|---------|----------|
| Ms. Eberhard | Can I get your name and number and get back to you. The reason I answered this call is because I need a push somewhat but |
| John | I understand |
| Ms. Eberhard | I also have a brother dying right now and I'm having a hard time making any decisions. |
| John. | Oh, that must be tough. I'm sorry to hear that. Well, just so you know this is an outbound call center, I mean I completely understand however I don't think that any of your family would not understand that you would not want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need the help or are unable to contact someone at any moment. |
| Ms. Eberhard | Maybe they'll pay for it. |
| John | Well, just so you know, Senior Safe Alert is with you 24/7 365 days per year for as little as a $1 a day, I mean I'd hate for you to miss out. We can go ahead and get the equipment out to you. Now remember you're receiving the equipment worth over $400 absolutely free, I can't guaranty that savings any other time. Now, you know. . |
| Ms. Eberhard | There's absolutely no charge for installation even including the phone system or whatever else goes with that. |
| John | Exactly. There is no contract, there is no cancellation fees, there is no installation charge, so there's no activation charges. No. No activation. The only thing you are responsible for is that month emergency monitoring fee and this is what I would suggest for you so hear me out on this one. I mean I agree with you when it comes to your family, they thought they would help you out. You probably have family that you want to make a decision with and I get that and I have a great idea for you so just hear me out on this one. I will actually ship and mail the system out to you, I'll pay for that. There will no contract, there will be no cancellation fees. You can try it out. Try it out with you family, try it out with your loved ones, maybe you have a neighbor you want to check it out with you, make a decision together on whether or not you want to keep it. If you decide with your family, your children or whomever that you want to keep it, great. But if you decide you do not want to keep it there is no contract nor cancellation fees, in fact we'll pay to ship it back. I'll pay to |

| Speaker | Dialogue |
|---|---|
| | ship it back. This way you can try it out without any risk and you can make the decision with your family whether you want to keep the system. So, let's take advantage of this promotion, get you set up so you can try it out with your family. What address would you like me to send that to? |
| Ms. Eberhard | I have a couple of questions while I'm thinking about it. |
| John | Sure, sure |
| Ms. Eberhard | I have the worst landline you have ever seen in your life, so how would that part work. |
| John. | Good question. When you say you have the worst landline situation what do you mean by that. |
| Ms. Eberhard | Oh, it doesn't get the messages right and tell doesn't tell me if I have one or blink |
| John | That may be your caller i.d. or your answering machine. |
| Ms. Eberhard | Everybody that I've talked to that has this phone line says its terrible. |
| John | Well yours sounds good. |
| Ms. Eberhard | Well, so is there a telephone that is put in place or what. |
| John | Very simple, you don't need to buy anything extra and you don't need to alter anything major. What I mean by that, when you get the system it's the size of an oversized shoe box, and its lighter than a pound and what you do is that you actually plug it into your wall where your phone is plugged in and then you plug your phone into the actual system box. That's it. |
| Ms. Eberhard | So you use the same phone. How does it pick up. I just don't grasp. Say I fell in the shower so the system says there's a fall, somehow it. . . |
| John | Well no, what happens is you will be wearing a light weight water proof necklace or bracelet o.k. in the shower or around your wrist or around your neck o.k. and if you fall you press that button and that button will transmit to the box that we were just talking to you about that's somewhere in your house. |
| Ms. | What if your (inaudible) is broke and you can't respond. |

| Speaker | Dialogue |
|---|---|
| Eberhard | |
| John | Good question, every day you'll receive a daily wellness check where senior safe alert will check with you to make sure your safe and everything is o.k. They're gonna check in with you. If you have a stroke and you can't press that button, I hate to say this but the reality is you may be sitting there for a few hours but when you don't respond when they check in with you every day they'll know to call you're . . . it's kind of an eerie thing to talk about but that's the truth. |
| Ms. Eberhard | I'm a nurse so I know something about these things. |
| John | Oh, you're a nurse. o.k. now I understand. |
| Ms. Eberhard | I remember when my step mother had this after her stoke, something like this, somehow three neighbors were involved, and I don't know remember how that work exactly but she did have nearby neighbors that were able to run over to see if she was o.k. |
| John | Well, the way that works is that let's say that you have a small fall where it doesn't necessarily warrant 911 because if you call 911 it cost you money. |
| Ms. Eberhard | Anyway, don't get me started. |
| John | So, you'll have neighbors on your emergency contact list or family members that are close by, its designed that way, that's what that's for and then of course you have your voice remote. Your voice remote allows you to answer your phone by just pressing the button so you don't have to worry about it |
| Ms. Eberhard | **O.k., o.k. another question. What about if at some point either the life alert people or me somehow tries to summon 911 do we have to have a key hidden somewhere.** |
| John | **That's a really good question, nobody has asked me that question before. First of all, you're gonna be able to speak hands free to the emergency medical technician to that system so you may have to say to them well if you want to leave a key somewhere and that's between you, yourself and the post or something that's up to you but that's a really good thing.** |
| Ms. | Who would talk to about that. |

| Speaker | Dialogue |
|---------|----------|
| Eberhard | |
| John | When you get the thing activated, when you receive it in the mail within 7 and 10 business days and call the toll free number you're gonna tell them, because they're gonna test it with you, they're gonna make sure it works in every nook and cranny in your home, and you understand it, and they test it with you, and then at that point you will discuss with them hey what do you think I should do with this cause they have a whole call cent er a bunch of technical monitors, they have 180 hours' worth of training that will go all of this over with you.  I'm just the guy that gets the system out to you |
| Ms. Eberhard | Well, I'm gonna say yes o.k. |
| John | O.k. well, I think you should |
| Ms. Eberhard | I'm one of those people that can't make up their mind |
| John | Until it's too late right. Well, ma'am what address would you like me to send this to. |
| Ms. Eberhard | ███████████ |
| John | And what city is that? |
| Ms. Eberhard | That's Redlands ████ |
| John | Can you spell the city for me. |
| Ms. Eberhard | Like Red - Lands |
| John | Oh, Redlands, and the state is California.  And zip code ██████ o.k. and the phone number I have on file for you is ████████████ is that correct. |
| Ms. Eberhard | No, its ███ |
| John | ██████████.  What is your first name ma'am. |
| Ms. Eberhard | Alice |

| Speaker | Dialogue |
|---------|----------|
| John | Do you use a middle initial |
| Ms. Eberhard | C. |
| John | C as in what? |
| Ms. Eberhard | C as in candy. |
| John | O.K. great.  And your last name? |
| Ms. Eberhard | Eberhard |
| John | Got it. Now Ms. Eberhard, as I told you, you system you will receive within 7 to 10 business days. When you receive it they will have the toll free number, you'll call the technical support, and they will assist you with the installation process as we discussed earlier |
| Ms. Eberhard | O.k. |
| John | O.k. now ma'am in a minute I'm going to be putting you in touch with our confirmation department.  What they are going to do is confirm that all of the information that I have entered into the system is correct, they'll provide you with an order number and a customer service number but before I do I would need to, we need to go ahead and for the monthly emergency medical monitoring for the billing which card would you like to use Visa, MasterCard, Discover. |
| Ms. Eberhard | Visa |
| John | And the number starts with a 4 whenever you're ready |
| Ms. Eberhard | ████████████ |
| John | And the expiration |
| Ms. Eberhard | █████ |
| John | And on the back of the card the CVC number it's the last three digits on the strip where you sign. |

| Speaker | Dialogue |
|---------|----------|
| Ms. Eberhard | ██ |
| John | Now, Ms. Eberhard we've got ████████████, and that's Redlands, California ████ is that correct?  Now I'm gonna be putting you in touch with our confirmation department say within the next 15 to 20 second when you do stay on the line they will speak with you and confirm all the information I went over with you, give you a customer service number along with your confirmation number. In the meantime I say congratulations for taking that little bit of extra step of faith and I know you're gonna be happy you did because at the end of the day you're gonna feel a lot safer.  So I'd say welcome to the family, o.k. and just hold on the line until someone comes on. |
| Ms. Eberhard | And your name again? |
| John | John. One moment please |

**END OF TRANSCRIPT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT C</u>**


**(Manually Filed With the Court)**

# CARNELL OLIVER TRANSCRIPTION

| Speaker | Dialogue |
|---------|----------|
| Audrie: | [inaudible]  This is Audrie.  Agent number 04491.  May I ask to who am I speaking with today? |
| Carnell: | Carnell Oliver. |
| Audrie: | Conner Oliver? |
| Carnell: | Carnell. |
| Audrie: | Carnell Oliver.  Okay. |
| Carnell: | C-A-R-N-E-L-L. |
| Audrie: | C-A-R-N-E-L-L.  Okay, Mr. Carnell Oliver.  Just in case we may get disconnected on a bad connection, is this the best number I can reach you back on Mr. Oliver? |
| Carnell: | Yes, it is. |
| Audrie: | Okay, great. |
| Carnell: | It's my house phone. |
| Audrie: | Okay, alright.  Now, for responding today to our Just for Seniors program, you've been selected to receive your free medical alert system package which is valued over $400.  Now, you're probably familiar with our medical alert system and how it works, right? |
| Carnell: | Right? |
| Audrie: | **Okay.  So, have you seen _our_ tv commercial, "I've fallen and I can't get up?"** |
| Carnell: | **Yes, I have.** |
| Audrie: | **Okay.  So, it's the same system that you've seen on tv**.  And the way it works is simple.  If you have a medical emergency, a fire, a burglary or even something simple as a slip and a fall that you may have even have difficulty getting up from.  What you do is you simply push your button on your lightweight, waterproof necklace or bracelet and speak hands-free from anywhere in your home to a live, certified, emergency medical technician.  From there, they will evaluate your situation.  Immediately get the help that you need.  Notify family.  Contact 911 and comfort you until your help arrives.  Your alert button works anywhere in your house.  It |

| Speaker | Dialogue |
|---|---|
| | even works outside on your property.  It has an 800 foot range which is over one-eighth of a mile.  So, this device can really help you in your time of need and could even be lifesaving.  This device will you a piece of mind that you need by allowing you to feel safe and making sure that you never feel alone in case of emergency.  You know Mr. Oliver, you will never have to feel [inaudible] worried, or by yourself in an emergency situation.  Our device has been recommended by the American Heart Association, the American Diabetes Association, the National Agency of Aging and trusted by thousands of hospitals and more than 65,000 health care professionals.  You see, our devices, has been helping save the lives of American senior citizens for over 30 years.  Now, your free medical alert system package will include your medical alert base station which has a loud speaker and a very, very sensitive microphone.  Your waterproof wrist or necklace button, your choice, and that comes with free shipping and free activation.  Your voice remote, which is a easy to use device that allows you to answer and talk on your telephone by simply pressing your necklace button.  So, no more getting up to answer your phone and no more missed calls.  Your Away From Home protection card which gives emergency personnel 24 hour a day, 7 days a week access to your important medical information.  And last, but not least, a very important part of this service, Mr. Oliver, is your daily bonus check.  Every day Safe Alert will check with you to make sure that you are safe and make sure that everything is okay.  Now, your system is completely free and your shipping is also free.  Normally, this will cost you over $400.  Today, you pay absolutely nothing for your system.  The only thing that you'll be responsible for today is your emergency medical technician monthly monitoring fee of only $34.95/month and  your billing cycle does not start until you receive your system and activate it.  Everything else is free.  Also, there is no contract whatsoever and you can cancel at any time with no cancellation fees.  Now, Mr. Carnell Oliver, what address would you like for me to send it out to? |
| Carnell: | It's $34.95/month? |
| Audrie: | That is correct, Mr. Oliver.  It's gonna arrive in the next 7-10 business days.  It's gonna come with UPS.  So, what address would you like me to send it out to? |
| Carnell: | Can I think about it and talk it over with my wife? |

| Speaker | Dialogue |
|---|---|
| Audrie: | With your wife, sir?  You know, I'm fairly confident that your wife would agree that saving $400 on the equipment cost and protecting your health and your safety for just a little over a dollar a day, you know, is a smart decision.  And, you know, I also want you to know, Mr. Oliver, that, you know, you can actually add your wife to this program if you would like for an extra $5/month.  And that brings your cost down to less than 67 cents each day.  So remember, you can cancel at any time with no obligation.  So, even if you and your wife just try it out for a month or two and you find that it's not for you, you simply call us and we'll cancel with no questions asked.  And that way you're in the clear.  So, we'll send you out two medical alert system base stations which has a loud speaker and a very sensitive microphone.  And your choice on either a bracelet or a necklace. [crosstalk]  I'm sorry, sir— |
| Carnell: | That won't be necessary. |
| Audrie: | There'll be what? |
| Carnell: | That won't be necessary. |
| Audrie: | Okay. |
| Carnell: | That won't be necessary.  She travels all the time. |
| Audrie: | Oh, she travels all the time.  Uh-huh.  So, you think your wife probably what to— |
| Carnell: | —she told me that she worries about me 'cause I ███████████████ ██████████████████████ |
| Audrie: | Oh my goodness.  It really sounds like you can really use this medical alert system package.  You know, sir, don't worry.  Everything is going to be okay.  You see, we're in the business of protecting senior citizens.  Let's get you signed up and start keeping you safe.  **You see, we've been protecting senior citizens for over 30 years since 1977.**  And you'll never have to feel alone again in a medical emergency.  We're gonna take care of you and we're gonna keep you safe.  Okay?  So, do you know which one you'll be interested in, rather the waterproof necklace or the waterproof bracelet? |
| Carnell: | The necklace. |
| Audrie: | The necklace?  That's a very popular thing.  Everyone gets the necklace.  And I also want you to keep in mind, sir, that with that waterproof |

| Speaker | Dialogue |
|---------|----------|
| | necklace if you have an incoming call coming in, you simply push your necklace button and you don't have to worry about getting up to answer the phone or worry about any missed calls, okay? |
| Carnell: | Okay. |
| Audrie: | So, I'm gonna see if we have that necklace down. I'll put you down for the necklace right now. It's gonna arrive in the next 7-10 business days, so don't worry about that. Okay. I have you down for it. Okay. Now what address would you like for me to send it out to? |
| Carnell: | ███████████████████ |
| Audrie: | ██████████ |
| Carnell: | ██████ Correct. |
| Audrie: | And you said ██████ |
| Carnell: | [inaudible] for Canada. |
| Audrie: | Oh. |
| Carnell: | Yes. |
| Audrie: | ██████████ |
| Carnell: | ██████ |
| Audrie: | ██████ |
| Carnell: | Correct. |
| Audrie: | Okay. |
| Carnell: | Huntington Beach ██████ |
| Audrie: | ██████. ██████. Now can you repeat the city again? I'm sorry I didn't get that. |
| Carnell: | Huntington Beach. |
| Audrie: | Huntington Beach? Okay? |
| Carnell: | Correct. |
| Audrie: | That's H-U-T-I-N-G-T-O-N beach? |
| Carnell: | T-O-N beach. |
| Audrie: | Okay. Give me one moment. Okay. And that's in California. |

| Speaker | Dialogue |
|---------|----------|
| Carnell: | That's correct. |
| Audrie: | ██████? |
| Carnell: | No, ██████. |
| Audrie: | Okay. ██████. Okay, great. I have you down here for your necklace and that's going to arrive in the next 7-10 business days. Let me verify your address. I want to make sure everything is correctly. Okay, Mr. Oliver. I have here is ████████████████████████ |
| Carnell: | No, no. It's ████████ now you got me all mixed up. |
| Audrie: | Sorry about that. Aw, man. Now, I got you thinking about it. Okay. You know what— |
| Carnell: | I don't think there's an ██ in it. |
| Audrie: | No, ██ just an ████████ |
| Carnell: | I'm going to look. |
| Audrie: | Yeah, okay. I'll just hold on the line while you look. No problem. |
| Carnell: | Okay, ready? |
| Audrie: | Yes, I'm ready. |
| Carnell: | ████████████ |
| Audrie: | ████████████. Okay. |
| Carnell: | Correct. |
| Audrie: | And then ████████████, Huntington Beach, California ████, right? |
| Carnell: | Correct? |
| Audrie: | And I have you down here for your necklace. Okay, great. Now for your monthly emergency monitoring which card would you like to use Mr. Olivier? Your Visa, MasterCard, Discover or American Express? |
| Carnell: | Okay, now. If I talk it over with my wife while you're processing and she, what do you consider, what do you consider senior citizen? |
| Audrie: | Okay. For this program you would have to qualify. In order for you to be qualified as a senior citizen, you would have to at least be over the age of 50. Are you over the age of 50? |

| Speaker | Dialogue |
|---------|----------|
| Carnell: | I'm going on 64. |
| Audrie: | Okay. Well, it sounds like you qualify then. You have to be over the age of 50, so you definitely qualified. There's no problem there. Okay. So I have you down for the address ███████████, Huntington Beach, California █████ right? And I have you down here for your waterproof necklace. I want you to know even though you are in the shower, you don't have to worry about taking it off or anything like that because it's waterproof. It's absolutely 100% waterproof, okay? So, you don't have to worry about it getting water damage or anything like that, okay? |
| Carnell: | Okay. |
| Audrie: | Now for your emergency monthly monitoring which card would you like to use your Visa, MasterCard, Discover or American Express? |
| Carnell: | Okay, answer one question. |
| Audrie: | Sure. |
| Carnell: | If my wife and I decided it's not necessary at this time while it's being processed is that okay? |
| Audrie: | That is absolutely okay, sir. You see, being that there's no contract whatsoever and no cancellation fees, that's absolutely okay. You see, the only thing is that we want you to try our system out and we know once you try it out that you'll refer our system to other customers, you know, which in turn generates word of mouth advertisement and that's the best advertisement that we can get for us. And we found out that, you know, over 80% of our customers being that we took a survey, you know, it makes our customers even happier to know that this equipment, you know, and save over $400 on the cost of equipment and only pay the service fee of $34.95, you know, which is just a little over a dollar a day is just great idea, you know, it's worth the price. So, the answer to your question is absolutely. |
| Carnell: | Okay. And you said, try it out for a period of time. |
| Audrie: | You know, just try it out for at least 2 or 3 months, you know? Even if you don't want to try it out for that long, you know, however that you'd like or keep it for as long as you like, you know, for whatever reason if you have to cancel, then cancel, sir, okay? And, you know, we want you to just have this system to your house and at least just try it out for at least |

| Speaker | Dialogue |
|---------|----------|
|  | a month or two with you and your wife so you guys can make a decision on it together whether or not, you know, the system is right for you. |
| Carnell: | I'm sure she'll [inaudible]. |
| Audrie: | Yeah, exactly.  I'm quite sure she will too— |
| Carnell: | —she'll be very happy about it. |
| Audrie: | So, you can keep it for as long as you like or for as little as you like.  It's totally up to you.  Okay.  I'm quite sure you'll keep it for as long as you like and refer us to more other people, right?  That's what our main goal is, you know, we live around customer service, you know, that's our main goal to provide the best 100% customer service satisfaction which we have been doing for over 30 years ever since 1977. |
| Carnell: | Okay.  It's a Visa. |
| Audrie: | Okay.  Whenever you're ready just give me the 16 digit Visa card number. |
| Carnell: | ███████████ |
| Audrie: | Okay.  And may I have the expiration date on your Visa card? |
| Carnell: | Let's see.  ███ |
| Audrie: | Okay.  ████████████    And the 3 digit code on the back of your card, sir? |
| Carnell: | ██ |
| Audrie: | ██    And may I have your name exactly how it is spelled out on your card Mr. Oliver? |
| Carnell: | Okay.  It's Carnell. |
| Audrie: | Okay. |
| Carnell: | Middle initial is M. |
| Audrie: | Okay. |
| Carnell: | For Michael and then Oliver O-L-I-V-E-R. |
| Audrie: | Okay, Mr. Oliver.  Great.  Sounds like you're all set.  You know, right now at this time what I'm gonna do is transfer you to our confirmation department so they can verify that I've entered all your information into the system correctly.  They're also going to give you our Customer Service number.  So if you will, be sure you have a pen and a paper handy so you |

| Speaker | Dialogue |
|---------|----------|
| | can write down your confirmation number and also our Customer Service number.  You know, Mr. Oliver, at this time I would like to say congratulations and I want to welcome you to the family.  And I hope you enjoy the safe feeling of having a medical alert system package.  Remember once you receive your system make sure you activate it by plugging it into your phone line jack and pushing the button.  When you do that, this will make a call, a test call and immediately start protecting you right away.  Okay?  So, I'm going to transfer you to our confirmation department.  You absolutely have one call ahead of you.  So remember, don't hang up until you have someone from your confirmation department because it's very important that you get your order number and make sure you have our Customer Service number as well, okay? |
| Carnell: | Very good. |
| Audrie: | Now again, my name is Audrie.  A-U-D-R-I-E.  And my agent number is 04491, so that way you know exactly who you spoke with.  And if you can, just put in a good word for me, okay? |
| Carnell: | Okay.  A-U- |
| Audrie: | D-R-I-E. |
| Carnell: | D-R-I-E. |
| Audrie: | Yes. |
| Carnell: | Okay.  Thank you very much, Audrie |
| Audrie: | And that's agent number 04491. |
| Carnell: | I left that out. |
| Audrie: | You have one call ahead of you.  I'm gonna transfer you right now, okay? |
| Carnell: | Alright. |
| Audrie: | Alright.  One moment, you just hold the line. |
| Carnell: | Sure. |

**END OF RECORDING.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT D</u>**


**(Manually Filed With the Court)**

LEVINE DECLARATION ISO LIFE ALERT'S TRO

# CALLER MERRILIN GASSMAN

| Speaker | Dialogue |
|---------|----------|
| Justin | Hello Just For Seniors this is Justin Risbon, Agent Number 364, may I ask who I am speaking with? |
| Merrilin | Yes, this is Merrilin Gassman. |
| Justin | How are you doing today Mrs. Gassman? |
| Merrilin | I'm good. Uhm-- |
| Justin | Yes ma'am? |
| Merrilin | Tell me what this is all about. |
| Justin | Well ma'am, for responding today to our Just For Seniors program you have been selected to receive a free medical alert system package that has a value of over $400.00. You are probably familiar with our medical alert system and how it works. Do you know our TV commercial "I've fallen and I can't get up" ma'am? |
| Merrilin | Yes. |
| Justin | O.k. great. And you probably seen us on the news day of the Washington Post or U.S. News also. It's the same system as seen on TV and the way it works is simple, ma'am. If you have a medical emergency, a fire or burglary or even something as simple as a fall that you have problems getting up from you simply push the button on the light weight water proof necklace or bracelet and speak hands free from anywhere in your home to a live certified emergency medical technician and they will evaluate your situation and immediately get you the help you need by notifying family or 911 and comfort you until help arrives. Your alert button works anywhere in the house, ma'am, and even works outside of your property. It has an 800 foot range and that's over one-eighth of a mile. This device could really help you in times of need Mrs. Gassman and can even be lifesaving. This device will give you the peace of mind that you need, allow you to feel safe and make sure you never feel alone in case of emergency. You'll never have to feel helpless, worried or by yourself in any emergency situation ever again with us. Our device has been recommended by the American Heart Association, the American Diabetes Association and the National Institute of Ageing and is trusted by thousands of hospitals and more than 55,000 healthcare professionals. Our device will has been helping save the lives of American senior citizens for over thirty years, |

| | Mrs. Gassman, and your free medical alert system package includes a medical alert bay station with a loud speaker and a very sensitive microphone, a waterproof wrist or necklace button which means that you can jump in the shower or jump in the pool with it and it won't get affected, ma'am. Free shipping and free activation. A voice remote which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button so no more getting up to answer the phone and no more missed calls and away from home protection card that gives emergency personnel 24 hours a day, seven days a week access to all of your important medical information and last but not least, ma'am, a very important part about this service is a daily wellness check. Every day Senior Safe Alert will check in with you to make sure that you are safe and everything is o.k. with you, Ms. Gassman. Ms. Gassman, do you have any questions about what you'll be receiving. |
|---|---|
| Merrilin | We have to have a call every day? |
| Justin | You don't have to ma'am but just for safety precautions. If you don't want it, ma'am, we'll set it up for to your own convenience. |
| Merrilin | OK. OK, Tell me the rest of the story |
| Justin | Well ma'am, wait, what do you mean about the rest of the story. Do you want to know a little bit more about our company? |
| Merrilin | No, I don't want to know about your company I want to know how this works. You said it's a package. |
| Justin | Yes ma'am. |
| Merrilin | I think there is more to it. Isn't there a charge? |
| Justin | Oh yes ma'am, there is a monthly monitoring medical technician charge. That's just for the medical technicians to be by your side every step of the way so you don't have to pay for any of the ambulance bills or hospital bills cause they'll take care of the situation right then and there. You're saving a lot of money in the long run and that's just $34.95 per month, ma'am, and were doing a great price today for our promotional offer. OK, Mrs. Gassman? Excuse me, Mrs. Gassman? |
| Merrilin | So its $34.95 |
| Justin | Yea, it just $34.95 per month and where would I be shipping the equipment out to, ma'am? |
| Merrilin | No, no, I'm not going to do this and I do want our name removed from |

| | your account. |
|---|---|
| Justin | I won't be holding you back, Mrs. Gassman |
| Merrilin | What? |
| Justin | I won't be holding you back, Mrs. Gassman |
| Merrilin | That's not my name but it doesn't matter. I don't want this and I don't want them to call anymore and they call every day. |
| Justin | So you're not interested inside the offer, ma'am? |
| Merrilin | Pardon me? |
| Justin | And you're not interested in the offer, ma'am? |
| Merrilin | I do not want this. |
| Justin | Ma'am, we're taking about your life, ma'am. We're trying to save your life in any type of emergency situation. What happens if you do a slip or fall and are not able to get up? What happens if there is a burglar? Medical technicians will be out right away and they'll send police officers right away in any type of emergency. Ma'am, I have phone calls throughout the day and I hear the most craziest stories about people's accidents and it makes my job even better because I love keeping them safe. |
| Merrilin | Please give me your name and phone number and I can call you back. |
| Justin | OK, ma'am, I can do that. My name is Justin Risbon, agent number 364 |
| Merrilin | What's your last name? |
| Justin | Risbon. R-I-S-B-O-N |
| Merrilin | OK. |
| Justin | And you can get our toll free number of our website. Senior Safe Alert.com. But then, ma'am, I'm sorry but you're gonna have to pay for the shipping and activation fee and the system itself and I'm voiding all of that right now in this phone call. That's why I don't want you missing out. . |
| Merrilin | You're doing what? |
| Justin | I'm voiding all of that right now in this phone call. I'm voiding all of the shipping fees and activation fee and I'm giving you the system 100% free. And there's no contract by the way ma'am and there is no cancellation fee so you cancel at any time and ma'am if you don't like our system we'll |

| | pay to ship it back out to us. The only thing you would be responsible for is the $34.95 per month and that's just for the medical technicians to get paid. You're not paying us anything. You're paying them. What we're doing is we're giving the system out completely free cause we're trying to decrease the falls and, I'm sorry, decrease the falls around the world and emergency incidents and that's how we are doing it at such a great price today, ma'am, because we are in the business of protecting senior citizens. |
|---|---|
| Merrilin | OK. And if I call you back or your number back that I pay the shipping? |
| Justin | And activation fee. The shipping-- |
| Merrilin | That's the only difference? |
| Justin | Yes ma'am, the shipping fees are going to be around $60.00 and the activation fees are gonna be a little bit over $99.00. |
| Merrilin | Oh my-- |
| Justin | Yes ma'am, I know and that's why I'm just trying to say how about we just send out the system to you right now and then when you are financially ready to pay for it, ma'am, you can plug it in and that's when the activation fee starts to do. So right now it's a win, win situation when you think about it, Mrs. Gassman, for you. Cause you're not losing anything. You're just gaining a system and when you are ready to start paying for the system-- |
| Merrilin | You send it out and I don't start paying until I plug it in? |
| Justin | Yes, ma'am. |
| Merrilin | And who helps with the set up? |
| Justin | It's very user friendly, ma'am, but if you do have problems you can call us and we do have a pamphlet in there for directions but all you do is plug it in and you throw your necklace or bracelet on and then boom it starts working right then and there. And they'll do a test call. Once you plug it in they'll do a test call in a few seconds notifying that it works and that you can hear properly from it. You understand? And things like that. |
| Merrilin | OK. And you don't charge till we plug it in. |
| Justin | Yes ma'am, that's exactly what happens. |
| Merrilin | And then after we plug it in and we don't like it we can ship it back? |
| Justin | Yes, and we'll pay to ship it back to us. You can put it in the box and we'll pay for the shipping back to us. |

| Merrilin | And then the $35.00 just goes away when you unplug it? |
|----------|---------------------------------------------------------|
| Justin | Exactly, ma'am, exactly. |
| Merrilin | Or we have to cancel that. |
| Justin | Yes ma'am, and there's no cancellation fees. Remember that, so you can cancel at any time. |
| Merrilin | OK. I can cancel at any time. |
| Justin | Yes. Any time ma'am, any time you want. |
| Merrilin | No fee. |
| Justin | No fee whatsoever, ma'am. |
| Merrilin | And you can send it out for free, we don't even start paying till we plug it in. |
| Justin | Exactly, Mrs. Gassman |
| Merrilin | OK. Alright we'll do it and we'll try it out. |
| Justin | That's all we ask for, Mrs. Gassman. We just ask for you to try it out to see if you like it or not and we know you're gonna love the system so that's why we do these offers for you guys. |
| Merrilin | OK, will they quit calling us? |
| Justin | Yes they will ma'am, they'll quit calling you. |
| Merrilin | Well really, they call every other day. They call my husband's cell phone -- |
| Justin | I understand, Mrs. Gassman. I completely understand but if you hear the phone calls I hear all the time you would understand that we want to protect the senior citizens. You understand. I mean, I hear crazy stories every single day and that's why everyone buys the system because there is endless possibilities of what can happen. |
| Merrilin | I feel safer having it but I do not like them calling all the time. |
| Justin | Oh ma'am, yea, they're gonna quit calling as soon as we send out the system. As soon as you sign up the phone calls will stop automatically. So Mrs. Gassman, what shipping address would I be using to send out the equipment? |
| Merrilin | What address? |
| Justin | Yeah, what's gonna be your shipping address I'll send out the equipment |

| | to? |
|---|---|
| Merrilin | OK. First of all my name is Gassman like the gas man that reads the gas meter. Its G-A-S-M-A-N. |
| Justin | Oh Gassman, OK. |
| Merrilin | I know - a weird name |
| Justin | No, I actually kind of like it. It's original. |
| Merrilin | It's not very original back in the old country somewhere. Anyway, you can send it to ██████████████. |
| Justin | Excuse me ███████████ |
| Merrilin | Its ████████ but its spelled ██████████████ |
| Justin | OK. |
| Merrilin | ████████████ |
| Justin | ███████ How do you spell that? How do you spell ██████ |
| Merrilin | ████████████ |
| Justin | ██████████ ok ma'am, and what city is that in? |
| Merrilin | Sandy, Utah. |
| Justin | Sandy, Utah. |
| Merrilin | Sandy. S-A-N-D-Y. |
| Justin | And what zip code do you have? |
| Merrilin | █████ |
| Justin | ██████? |
| Merrilin | I'm sorry. ██████ |
| Justin | OK. █████ And the best number to reach you back on? |
| Merrilin | No, it's ██████ |
| Justin | ██████. I'm sorry, that's what I have. And the best number to reach you back on is ████████████ correct? |
| Merrilin | Correct. |
| Justin | And do you have an email address for us to also contact you on? |
| Merrilin | Hmm? |

| Justin | Do you have an email address for us to also contact you on? |
|---|---|
| Merrilin | I don't have an email address. |
| Justin | OK. that's perfectly fine. It's optional, ma'am. And would you be using a Visa, MasterCard, Discover or American Express to secure your package, ma'am? |
| Merrilin | What? Why do you need that if there is no charge? |
| Justin | There is no charge, ma'am, you're not gonna be charged until you plug it in. I told you that, ma'am. We just need to have this on file, ma'am, that's all. So when you plug it in we know where exactly - where it gets drawn from and not just that, ma'am, we send systems out in the beginning of our 30 years of business and we've gotten them stolen from us and seen them on like eBay and Craigslist so this is just precautionary, ma'am. |
| Merrilin | Oh, so you just, it gets taken out of our account every month? |
| Justin | Yes, ma'am. As soon as it starts getting activated. |
| Merrilin | Oh I see. OK, well, I have to get my card. So just a minute. |
| Justin | OK. (65 second pause) |
| Merrilin | OK. |
| Justin | Yes, Mrs. Gassman? |
| Merrilin | Are you there? |
| Justin | Yes I am. |
| Merrilin | Yes. OK. It's MasterCard |
| Justin | OK. and what's your sixteen digit code? |
| Merrilin | The number? OK. ██ |
| Justin | Excuse me ██ you said? |
| Merrilin | Yes. |
| Justin | OK |
| Merrilin | ██ |
| Justin | ██ |
| Merrilin | Yes. ██ |
| Justin | ██ |

| Merrilin | ▇ |
| --- | --- |
| Justin | ▇ |
| Justin | And what's the expiration date on the card? |
| Merrilin | ▇ |
| Justin | And what's the three digit number on the back |
| Merrilin | ▇ |
| Justin | OK, great. Ma'am, your equipment will be shipped out to ▇ ▇ city Sandy, state Utah and ▇ and will arrive within the next 7 to 10 business days so don't forget to activate your system as soon as you receive it so it starts processing by plugging it into your phone line jack and then pushing the button. This will make a test call and activate your system and immediately start protecting you and processing you. OK, I'm gonna transfer you to our confirmation department so they can give you your order number and verify they entered all of your information into the system correctly. They'll also give you our customer service number in case you have any additional questions. Thank you very much, Mrs. Gassman. I hope you enjoy the safe feeling of having a medical alert system. Welcome to the family and please hold |
| Merrilin | Wait a minute. |
| Justin | Yes ma'am. |
| Merrilin | What a m- [end of recording] |