# PX 80

<u>**DECLARATION OF JOSEPH F. EINIKIS III**</u>
PURSUANT TO 28 U.S.C. § 1746

I, Joseph F. Einikis III, hereby declare as follows:

1.     I am a United States citizen over eighteen years of age.  I am employed as an investigator with the Federal Trade Commission ("Commission" or "FTC"), a position or its equivalent that I have held since December of 2012.  I am also a Certified Fraud Examiner (CFE), a certification I first obtained in January of 2015 from the Association of Certified Fraud Examiners.  My business address is Federal Trade Commission, Midwest Region, 55 West Monroe Street, Suite 1825, Chicago, Illinois 60603.

2.     As an investigator, my duties include monitoring and investigating persons or companies that are suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act and any other laws or rules that the FTC enforces.  I am also a custodian of documents and records that the FTC obtains during the course of investigations to which I am assigned.  In the course of my employment, I participated in an investigation of All Us Marketing LLC (f/k/a Payless Solutions LLC), Global Marketing Enterprises Inc. (f/k/a Pay Less Solutions Inc.), Global One Financial Services LLC, Your #1 Savings LLC, Ovadaa LLC, Royal Holdings of America LLC, Gary A. Rodriguez, Marbel W. Rodriguez, Carmen L. Williams, Jonathan R. Paulino, Fariborz M. Fard, Shirin O. Imani, and Alex A. Serna ("Defendants").  In the course of this investigation, I have acquired personal knowledge and information about the facts stated herein and, if called as a witness, I could and would testify to the same.

3.     On June 22, 2015, the FTC, along with the State of Florida, Office of the Attorney General ("Florida AG"), filed a Complaint for Permanent Injunction and Other Equitable Relief, alleging that Defendants were participating in illegal telemarketing that used prerecorded voice

1

messages, known as "robocalling." On the same day, the FTC and the Florida AG filed their *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, which the Court subsequently granted the same day. *FTC v. All Us Marketing LLC, et al.*, Case No. 6:15-cv-01016-JA-GJK (M.D. Fla., filed June 22, 2015). I refer to this case as the "All Us Litigation."

4.      The *ex parte* temporary restraining order obtained in the All Us Litigation, among other things, appointed a receiver over the corporate Defendants. On June 24, 2015, FTC and Florida AG staff were present when the court-appointed Temporary Equity Receiver, Mark Bernet, and the Receiver's representatives took possession and control of the All Us corporate Defendants' business premises located at 5104 N. Orange Blossom Trail, Suite 200, Orlando, Florida 32810 ("Orange Blossom location"), and 8803 Futures Drive #10, Orlando, Florida 32819 ("Futures Drive location"). The Receiver subsequently took possession and control of a third business premises that the Receiver determined was affiliated with the Defendants, located at 1200 W. State Road 434, Suites 216 and 226, Longwood, Florida 32750 ("State Road location"). After the Receiver and the Receiver's representatives secured each of the business premises and pursuant to the temporary restraining order, FTC and Florida AG staff were permitted to enter the premises for the purpose of inspecting and copying the documents and records of the corporate Defendants.

5.      The Orange Blossom location included a call center run by Defendant Jonathan Paulino through his company, corporate Defendant Royal Holdings of America LLC. At the Orange Blossom location, FTC and Florida AG staff found Senior Life Support documents,

including scripts and deal sheets. Attached hereto as **Einikis Attachment A** are true and correct copies of some of the Senior Life Support documents found at the Orange Blossom location.

6.      The Futures Drive location included a call center most recently run by Defendant Fariboz Fard through his company, corporate Defendant Global Marketing Enterprises Inc. At the Futures Drive location, FTC and Florida AG staff found Senior Life Support documents, including scripts and product information, as well as communications with Lifewatch. Attached hereto as **Einikis Attachment B** are true and correct copies of some of the Senior Life Support documents found at the Futures Drive location. Attached hereto as **Einikis Attachment C** are true and correct copies of communications with Lifewatch found at the Futures Drive location. Consumer information has been redacted.

7.      The State Road location included a call center, and FTC and Florida AG staff found Senior Life Support documents, including scripts and product information, at that location. Attached hereto as **Einikis Attachment D** are true and correct copies of some of the Senior Life Support documents found at the Futures Drive location.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July ___, 2015

_____
Joseph F. Einikis III

3

# Attachment A

*No Answer*

## Senior life support Program

Todays Date 11/6/14 _____ Date of Post Date 11/6/14 _____

First Name ESTHER _____ Last Name ███████

Physical Address ████████████████

City: BRANVENBURG State KY Zip Code ████████

Phone: 502 ████████ No cell as primary #

### PAYMENT METHOD

Bank Name: ████████

Bank Account information:

Routing #_____ Account #_____

Credit card-(circle one)

Visa     Mastercard     American Express     Discover

card # ████████████████

EXP Date ████     CCV ████

B _____
A _____
L _____
N _____

### PRODUCT ORDER

Product: BRACELET _____ Price: $29.95

Notes: $50 GIFT CARD ) EVERY MONTH
$3,000 GROCERY ) ONE TIME

Sales Reps: YOLANDA

*Debit Card*

FTC-PLS-S1-0000457

4-17-15

Senior life support Program

Today's Date 11/06/14 _____ Date of Post Date _____

First Name ADDie _____ Last Name ████████

Physical Address ████████████

City: Bush _____ State LA _____ Zip Code ████████

Phone: 985 ████████ _____ No cell as primary #

PAYMENT METHOD

Bank Name:_____
Bank Account information:

Routing #_____ Account #:_____

Credit card-(circle one)

(Visa)    Mastercard    American Express    Discover

card # ████████████████

EXP Date ████ _____ CCV _____

PRODUCT ORDER

Product: GPS _____ Price: 44.95

Notes: SSN _____ $50 Giftcard $3000 Coupons

Sales Reps: _____

FTC-PLS-S1-0000459

4-7-15

1055

Senior life support Program

Todays Date 11.06.14 _____ Date of Post Date 11.06.14 _____

First Name JOYCE _____ Last Name ▓▓▓▓▓▓▓ _____

Physical Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City: AKRON _____ State OH Zip Code ▓▓▓▓▓

Phone: 330. ▓▓▓▓▓ _____ No cell as primary #

### PAYMENT METHOD

Bank Name ▓▓▓▓▓▓▓▓▓▓
Bank Account information:

Routing #_____ Account #:_____

Credit card-(circle one)

Visa      Mastercard      American Express      Discover

card # ▓▓▓▓▓▓▓▓▓▓▓▓▓

EXP Date_▓▓▓_____CCV_▓▓▓_____

### PRODUCT ORDER

Product: NECKLACE _____ Price: $29.95

Notes: ($50 GIFT CARD) EVERY MONTH
($3000 GROCERY) ONE TIME

Sales Reps: YOLANDA SMITH

FTC-PLS-S1-0000673

**..ODUCT SCRIPT** *(handwritten: NO TU DOXES, No Indiana, No Assisted Living, (1+jr,) Nind)*

Hello, this is (Rep Name), ~~My PLS agent number is (Say agent number)~~, may I ask whom I'm speaking with? (Write down their name)  And in case we get disconnected is this the best phone number to reach you back on?  Okay Great.

For responding today to our ***Senior Life Support*** Assistance Program, you've been selected to receive a Medical Alert System at NO COST, that has a value of over $400 dollars.

You're probably familiar with the Medical Alert System as seen on the TV commercial.  Or maybe you've seen the Medical Alert System in the USA Weekend, US News or Smart Source Magazine.

It's the same system as seen on TV and it works very simple. If you have a medical emergency, a fire, burglary or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the light-weight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician (E.M.T.).  They will evaluate your situation, immediately get you the help you need, notify family or 911 and comfort you until help arrives.  Your alert button works from anywhere in the home and it even works outside of your home.  It has a 1,500 foot range, which is over a quarter of a mile!

This device will give you the peace of mind that you need, allow you to feel safe and make sure that you never feel alone in the case of an emergency. (Mr/Mrs Last Name) It could really help you in a time of need and can even be life-saving.

Our device is trusted by thousands of hospitals and more than 65,000 healthcare professionals.  Our device has been helping save the lives of America's senior citizens for over 35 years.          *(handwritten: LiFE WATCH; MEdicAL Alert)*

(Mr/Mrs Last Name) Your FREE medical alert system includes:

- A medical alert base station with a loud speaker and a very sensitive microphone
- A waterproof wrist or necklace button.
- Free shipping and free activation.
- Also included, is an away from home Protection Card that gives emergency personnel 24 hour a day-7 day a week access to your important medical information.



FTC-PLS-S1-0001372

***And last but not least, You will receive a $50 Gift Card from Restaurant.com*** *that can be used at over 50,000 restaurants nationwide. (Mr/Mrs Last Name) each month you stay our customer you'll receive a new $50 Gift Card in the mail that you can share with friends and family.*

Now (Mr/Mrs Last Name) The system is **AT NO COST** for use of the equipment and the shipping is also FREE. Normally all of this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the use of system. The only thing you would be responsible for is the Emergency Medical monitoring of just $34.95 **EVERY** month. **(Pay TODAY)** There are absolutely NO contracts. You can cancel at any time with no cancellation fees. And EVERYTHING else is completely, FREE.

Okay (Mr/Mrs Last Name) what address would you like your Emergency Medical Alert system shipped to? (Type their address ***(correctly)*** in the customer information form)

And for the monthly Emergency Medical Monitoring, which card would you like to use? VISA, Mastercard, American Express or Discover?     (If they say they do not have a credit card, then say "Okay, do you have a debit card, we can go ahead and get you signed up) (If NO credit card or debit card, then ask for checking or savings acct.) Okay, we can also get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it.

(If no checking account, then say "Do you have a savings account?") (If yes, say " Okay, go ahead and grab a bank statement so we can get some information off of it.")

Do you have a spouse or someone else in your home that you would also like to be protected? (If Yes, then go on, If No skip to "Fill out the customer information form" below) Okay we will also send you an additional wrist or necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Medical Technician monitoring. So you and your spouse would be protected for just $39.95 a month and all of the equipment and shipping is still FREE for you to use.

(Fill out **ALL** the customer information form on computer ***correctly***) NO NOT USE CAPS LOCK

*19.99* 

FTC-PLS-S1-0001374

Last Step - Closed Up and have TO transfer to Verification/Confirmation

Now this is just a reminder the $34.95 will be charged _**TODAY**_ and EVERY month after as long as you decide to keep the system but you can cancel at any time with no cancellation fees you just have to send back the equipment and you will never be charged again! (Wait for response from customer)

Great, your equipment will be shipped to you at (Repeat Shipping Address) and will arrive within the next 7 to 10 business days. Don't forget to activate your system as soon as you receive it by plugging it into your phone line jack and pushing the button. This will make a test call to activate your system and immediately start protecting you.

Okay, (Mr/Mrs Last Name) I am going to transfer you to our verification department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any additional questions. Again, before I transfer you , my name is _____ and I'm the sales agent submitting your request, so if you have any other questions for me, don't hesitate to ask, otherwise I'll transfer you now. Thank you for trusting _**Senior Life Support**_ and I hope you enjoy the safe feeling of having a medical alert system.

Please hold while I transfer you to the confirmation department, this may take a few minutes for your call to be _**connected/answered**_, please be patient and _**Don't hang up until you talk to the confirmation department. Make sure you keep your credit-card/checkbook handy.**_

## STAND UP AND CALL OUT "CONFIRMATION!"

### _Reminders For the Sales Rep._

The TO will transfer the call to Verification/Confirmation _**NOT**_ you the representative.

_**You MUST put EVERYTHING in the notes that you offered FREE to the customer**_

_**and if it is a post date!!!!  Input ALL information and spell correctly, thank you.**_

_**Remember every call is recorded and monitored.**_ ☺

Revised 6/5/2014

FTC-PLS-S1-0001373

Pre Ver

- Remember the charge of $_____ is a monthly payment which covers the monitoring of the system.
- In the event that you choose not to return your equipment but to purchase it, you authorize a one time charge of $475

ACH (Checking/Savings acct)

| **Date customer placed order** | **Next Billing Date** |
|---|---|
| 1st-10th of the month | 18th of the next month |
| 11th-20th of the month | 28th of the next month |
| 21st-31st of the month | 8th of the following month |

- You equipment will be shipped to you at the address you provided and will arrive within the next 10-14 business days after payment is collected
- Check orders will take 14- 21 days to be processed

**Credit Card**

- ***(For Credit Card NBD always add additional 10 days from the date of the first payment, If they pay on 9/15 the Next billing date would be the 25th of every month)***

While in verification the agents are not trained to answer any questions so before i transfer do you have more questions for me?

*NEED LANDLINE; ELSE GPS*

## Product Price Points

1) The Basic System (client can get either a necklace or a bracelet)
- **$34.95 Client must have a landline.**

**If needed to get the client to enroll, you can drop the price of the basic system (ask manager first)**

- **$ 29.95** Basic system (client can get either a necklace or a bracelet) <u>Client must have a landline</u>

2) Additional necklaces and bracelets can be purchased for family members:
- **$5.00** Add-on (necklace or bracelet)

3) This product can be used anywhere outside the home, and doesn't require a home phone. Must be sold to clients who don't have a landline.
- **$44.95 Mobile help cellular / GPS**

** If needed to get client to enroll, you can drop the price of the GPS to **$39.95 (ask manager first)**

4) The Fall Detector doesn't need to be pushed for help, it automatically detects if client falls and sends help.

- **$40.00 Fall Detector**

## Incentives
- **$50 Restaurant.com Gift Card**
- ~~**$3,000 in grocery coupons (they don't expire)**~~

*PRESCR. CARD (Rx)*

## EARLY OBJECTIONS

(Ma'am/Sir), give me just a moment to give you the information so you'll understand the entire package and how our system works. I'll be glad to answer any questions you may have at the end. (Go back to the script)

**Not Interested**

What exactly is holding you back? (wait for answer) I understand. Did you know (Customer Name) that doctors refer to the first hour after an accident or a heart attack or a stroke as the Golden Hour? Because if they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on its way immediately? Surely that's worth about a dollar a day to you, so let's get you registered.

**Where would you like your Medical Alert System shipped to?**

**Not Interested/Don't Need It**

(Customer Name) I sincerely hope that you never need to use our service, but I can promise you this, if you do, we will be there for you at the simple push of a button and help will be on its way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth about a dollar a day, right? So let's go ahead and get you registered.

**Where would you like your Medical alert system shipped to?**

**- How Did You Get My Number?**

You're receiving this call because you opted in somewhere to receive special offers. Maybe you checked a box while purchasing something on the internet, maybe it was through a sweepstakes, or an order you did by mail or catalog, or perhaps through your medication or healthcare purchases.

**- Can't Afford It #1**

I understand completely. Things are tight in these tough economic times. However, Senior Life Support is only a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. If you have an emergency situation at 3 or 4 in the morning, *Senior Life Support* will be there at the push of a button and will initiate emergency help within seconds. You can't afford to be without it, so let's get you registered.

**- Can't Afford It #2**

(Customer Name), is your health and safety, or maybe even your life not worth a dollar a day to you or your family? Please remember that we are sending you over $400 dollars worth of equipment absolutely free. I'm sure that once you inform your family that you would like to do

FTC-PLS-S1-0001403

**They just won't do it without talking to their (Son/daughter/husband/kids)**

I agree with you (Mr./Mrs.), I don't want you to make a decision without your (Son/daughter/husband/kids). I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellation fees, use it out TOGETHER with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep it. But if you and your (Son/daughter/husband/kids) decide you don't want to keep it, then there is no contract, no cancellation fees. This way you can use it with your (Son/daughter/husband /kids) and then make a decision TOGETHER on whether or not you want to keep the system.

CLOSE... Remember, the only thing you are doing today is agreeing to use the system with your (Son/daughter/husband/kids) so you can make a decision together on whether you think the system is right for you. Now let's go ahead and get you signed up so you can use it together with your (Son/daughter/husband/kids)

**Where would you like your medical alert system shipped to?**

**- My son/daughter wanted me to get a medical alert system but I don't think I need one.**

I know you have been independent all your life and are probably struggling with the thought of losing some of that independence due to aging, but the reason your (Son/Daughter) wants you to get a medical alert system is because (he/she) probably knows the real statistics about senior citizen medical emergencies. (He/She) may not have wanted to scare you by telling you the facts, but let me tell you some of the things that you (Son/Daughter) probably already know. (Go to #16 How Big is the Problem?

**- Someone makes health care decisions**

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

**- Call me back #1**

Let me ask you; is your safety and health worth a dollar a day to you? (Wait for response) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. So let's go ahead and get you registered.

**Where would you like your medical alert system shipped to?**

you have instructed us to call when you activated your system. Our system provides excellent assistance and peace of mind in any emergency situation.

## How do I know that this is for real?

Senior Life Support has been in business for over 30 years and has thousands and thousands of satisfied customers. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We would not have earned our excellent reputation if we did not deliver and fulfill our services exactly as I have explained them to you. We are so confident with our services that we don't ask you to sign any long term contracts. That allows you to cancel at any time with no penalty, so that forces us to be better than you expect. Let's go ahead and get you registered.

## Where would you like your medical alert system shipped to?

--------------------------------------------------------------------------------
----------------------------------------------------

## FREQUENTLY ASKED QUESTIONS #1

### Are you open 24 hours a day?

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions. Remember, we are always just one push of a button away.

### If I call for emergency help, where does my call get answered, locally or out of State?

All calls go to the *Senior Life Support* monitoring center to ensure the greatest level of service. We store all your local authority phone numbers in your record. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you. We pride ourselves at being the best in the business.

### Can I change who is contacted on the weekends?

Again, the choices are all yours. We will do whatever instructions you provide. It's no problem at all.

### How much or what information goes into your computer?

It's entirely up to you. We will input whatever information you wish to provide in terms of medical records, who to contact when and in what particular order. This is very important, because by having all your medical conditions and medical records on file, it will allow the emergency responders to know the best way to treat you if they need to go to your home. Knowing someone's medical conditions before you treat them can be the difference of life or death in a medical emergency.

### Do I have to program it when it arrives?

No, we take care of all that. You simply plug it into the phone jack the same way you would an answering machine and push the button to test it. It's that simple.

### Does this work with Voice over IP phones?  Yes, absolutely, it works with any type of home telephone.

### Do I talk to you through the necklace, bracelet, or belt clip button?

The button that you wear on the necklace, bracelet or belt clip activates our hands free voice console which is what we speak to you though.

---

## FREQUENTLY ASKED QUESTIONS #2

### Once the button is pressed, does the call go directly to 911?

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions but it's totally up to you. When you receive the system, you will set up instructions for us to follow and that's what we will do if you press the button. The choices are all yours. So, if you want a son, daughter, neighbor, or anyone else called first, we will follow whatever instructions you gave us at the time you activated your system.

### What if I'm in a different room from the system?

The speaker is extremely loud and the microphone is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 1,500 feet away. That's more than the length of 4 football fields. It is nearly a half a mile!

FTC-PLS-S1-0001406

**What happens if I can't speak or can't be heard?**

If we can't hear you, we will follow the instructions you gave us ahead of time when you activated your system. We will call friends, family, loved ones, or 911 in whatever order you instructed us to call them at the time activated your system. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are all yours.

**Is the system automatically tested or do I have to test it?**

Yes to both questions. The console test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us for further reassurance.

**Can I call because maybe I'm feeling faint but don't want 911 called: I just want someone called from my contact list instead?**

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

---------------------------------------------------------------------------------

## FREQUENTLY ASKED QUESTIONS #3

**How and why is this promotion possible?** We can offer you this promotion at such a low cost because Senior Life Support believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, we have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us and hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That makes sense to you, right? **Well, let's go ahead and get you registered. Where would you like your Medical alert system shipped to?**

**Can you just send me a bill every month?** (Customer Name), unfortunately no! We would need to have a billing method on file for the monthly cost of only $34.95 in order to send you the actual monitoring equipment which is valued at over $400 dollars. Please remember we are giving that to you absolutely free, without even a charge for shipping it to you. We simply ask you to cover the monthly monitoring fees. **Let's go ahead and get you registered. Where would you like your Medical alert system shipped to?**

**I'll just send you a check.** (Customer Name), by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other,

- Where are you located?  Do you operate your own monitoring center?

*Senior Life Support* owns its own UL listed monitoring center, staffed with highly trained care specialists at our secure facility in New York.  From there we monitor customers from all over the United States

- Are your operators fully trained and qualified?

All of our people complete 180 hours of classroom training before they ever take a phone call. All *Senior Life Support* care specialists CSAA (Central Station Alarm Association) certified. Our specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

## HOW DOES IT WORK?

### What do I get or how does it work?

We send you our *Senior Life Support* Speaker Unit which connects into your home phone.  You also get a help button that communicates with the *Senior Life Support* unit using a built in microphone.  Also, included is a bracelet, necklace and belt clip, that you can attach the help button too.  If you ever need help, you simply press the button weather it's on your wrist, around your neck or clipped onto your belt and you will immediately provide the help that you need.

### What happens when I press the button?

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the *Senior Life Support* console, which is a very sensitive speakerphone.  We will follow your instructions and call whomever you told us ahead of time to call.  If you can't speak or we can't hear you, we will follow the instructions you gave us.

### -Tell me about your product or how does it work?

You simply press a help button that you wear and you are instantly connected to one of our Emergency Medical Technicians through the *Senior Life Support* console.  We will assist you in getting the help you need.  We will contact family, friends, neighbors, an ambulance, or whoever

FTC-PLS-S1-0001408

this and could use a little help with the $34.95 monthly monitoring costs that they would be happy to help.  So let's get you registered.

### - Fixed Income/Can't Afford It

Do any other bills matter if you're not safe?  This is the most important bill.  If you don't survive a medical emergency then you won't be around to pay any of those other bills.  So let's get you signed up and start keeping you safe.

**Where would you like your medical alert system shipped to?**

### - Speak with Family/Spouse

I completely understand.  However I don't think that any of your family wouldn't understand that you want to protect yourself and ensure your safety in the event of an emergency.  You never know when you may need help and are unable to contact someone at that moment.  ***Senior Life Support*** is with you 24/7, 365 days a year for as little as a dollar a day.  So let's go ahead and get your equipment out to you.  Remember, you are receiving the equipment worth over $400 dollars absolutely free.  I can't guarantee that savings at any other time, so

**Where would you like your medical alert system shipped to?**

### - Speak with Family/Spouse

I'm fairly confident that they would agree that saving $400 dollars on the equipment cost and protecting your health and safety for about a $1 dollar a day is a smart decision.  And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $5 per month.  That brings the cost down to about .50 cents per day.  Remember, you can cancel at any time with no obligation, so even if you use it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear.  So let's get you registered.

**Where would you like your medical alert system shipped to?**

- Twenty to thirty percent of people who fall suffer moderate to severe injuries such as lacerations, hip fractures, or head traumas.

- These injuries can make it hard to get around or live independently, and increase the risk of early death.

- Falls are the most common cause of traumatic brain injuries, traumatic brain injuries account for approximately 46% of fatal falls among older adults.

- Most fractures among older adults are caused by falls. In 2008, 82% of fall deaths were among people 65 and older.

## ABOUT US

- **I have never heard of your company:**

(Customer Name) If we were not who we say we are there's no way we would have lasted for over 30 years. We have maintained our relationships with all the banking and regulatory institutes since we came into existence and that would not happen if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family. So let's go ahead and get you registered.

**Where would you like your medical alert system shipped to?**

- **How long have you been in business?**

*Senior Life Support* has been in business since 1977. We have provided life safety services and peace of mind to tens of thousands of people for over 30 years and are among the leaders in our field.

FTC-PLS-S1-0001410

# 3000 GROCERY

- If you sign up today, you will also receive $3000 dollars in grocery discount coupons. These grocery coupons can be used at the same grocery stores that you shop at now to buy the exact same products that you purchase every week. You can use the $3000 dollars worth of coupons to save money each week on your grocery bill until you've spent the entire $3000 dollars. You simply select the coupons that you want for the products that you buy every week and that savings goes right into your pocket.

- Now remember, the $3000 dollars in grocery savings can actually save you more money than your first 4years of fees for the monitoring of your emergency medical alert system. This is our way of helping make our system more affordable to seniors without affecting your budget or changing your lifestyle. If you ever decide to cancel your medical monitoring service, you can keep the $3000 in grocery savings as our gift to you.

FTC-PLS-S1-0001444

# Attachment B

# PRODUCT SCRIPT

*1214*
*120+ etc.*

*Melissa Brinkley*

Hello, this is (Rep Name), My PLS agent number is (Say agent number), may I ask whom I'm speaking with? (Write down their name) And in case we disconnected is this the best phone number to reach you back on? Okay Great.

For responding today to our ***Senior Life Support*** Assistance Program, you've been selected to receive a Medical Alert System at NO COST, that has a value of over $400 dollars.

You're probably familiar with the Medical Alert System as seen on the TV commercial. Or maybe you've seen the Medical Alert in the System in USA Weekend, US News or Smart Source Magazine.

It's the same system as seen on TV and it works <u>very</u> simple. If you have a medical emergency, a fire, burglary or even something as simple as a fall that you have difficulty getting up from, you simply push the button on the light◆weight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician (E.M.T.). They will evaluate your situation, immediately get you the help you need, notify family or 911 and comfort you until help arrives. Your alert button works from anywhere in the home and it even works outside of your home. It has a 1,500 foot range. Which is over a quarter of a mile! This device will give you the peace of mind that you need, allow you to feel safe and make sure that you never feel alone in the case of an emergency. (Mr/Mrs Last Name) It could really help you in a time of need and can even be life◆saving.

Our device is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 35 years.

(Mr/Mrs Last Name) Your FREE medical alert system includes:

•        A medical alert base station with a loud speaker and a very sensitive microphone   •        A waterproof wrist or necklace button.
•        Free shipping and free activation.

• There's a Voice Remote, which is an easy to use device that allows you to answer and talk on the telephone by simply pressing your necklace button. So no more getting up to answer the phone and no more missed calls.

• Also included, is an away from home Protection Card that gives emergency personnel 24 hour a day ◆ 7 day a week access to your important medical information. • And last but not least, *You will receive a $50 Gift Card from Restaurant.com that can be used at over 50,000 restaurants nationwide. (Mr/Mrs Last Name) each month you stay our customer you'll receive a new $50 Gift Card in the mail that you can share with friends and family.*

Now (Mr/Mrs Last Name) The system is **AT NO COST** for the equipment and the shipping is also FREE. Normally all of this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system. The only thing you would be responsible for is the Emergency Medical monitoring of just $34.95*EVERY* month. *(Pay TODAY)* There are absolutely NO contracts. You can cancel at any time with no cancellation fees. The billing cycle starts when you receive the system and activate it. And EVERYTHING else is completely, FREE.

Okay (Mr/Mrs Last Name) what address would you like your Emergency Medical Alert system shipped to? (Type their address *(correctly)* in the customer information form)

And for the monthly Emergency Medical Monitoring, which card would you like to use? VISA, Mastercard, American Express or Discover? (If they say they do not have a credit card, then say "Okay, do you have a debit card, we can go ahead and get you signed up) (If NO credit card or debit card, then ask for checking or savings acct.) Okay, we can also get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it.

(If no checking account, then say "Do you have a savings account?") (If yes, say " Okay, go ahead and grab a bank statement so we can get some information off of it.")

FTC-PLS-S2-0009623

Do you have a spouse or someone else in your home that you would also like to be protected? (If Yes, then go on, If No skip to "Fill out the customer information form" below) Okay we will also send you, for FREE, an additional wrist or necklace button for your spouse, the only thing you will need to pay is an additional $5.00 per month to cover the Medical Technician monitoring. So you and your spouse would be protected for just $39.95 a month and all of the equipment and shipping is still FREE. (Fill out **ALL** the customer information form on computer*correctly*) NO NOT USE CAPS LOCK


Last Step—Close Up and have **TO transfer** to Verification/Confirmation Now this is just a reminder the $34.95 will be charged **TODAY** and EVERY month after as long as you decide to keep the system but you can cancel at any time with no cancellation fees! (Wait for response from customer)

Great, your equipment will be shipped to you at (Repeat Shipping Address) and will arrive within the next 7 to 10 business days. Don't forget to activate your system as soon as you receive it by plugging it into your phone line jack and pushing the button. This will make a test call to activate your system and immediately start protecting you.

Okay, (Mr/Mrs Last Name) I am going to transfer you to our verification department so they can give you your order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any additional questions. Again, before I transfer you , my name is _____and I'm the sales agent submitting your request, so if you have any other questions for me, don't hesitate to ask, otherwise I'll transfer you now. Thank you for trusting **Senior Life Support** and I hope you enjoy the safe feeling of having a medical alert system.

Please hold while I transfer you to the confirmation department, this may take a few minutes for your call to be **connected/answered**, please be patient and **Don't hang up until you talk to the confirmation**

FTC-PLS-S2-0009624

_department. Make sure you keep your credit-card/checkbook handy._

## STAND UP AND CALL OUT "CONFIRMATION!"

**_Reminders For the Sales Rep._**
The TO will transfer the call to Verification/Confirmation **_NOT_** you the representative.
 **_You MUST put EVERYTHING in the notes that you offered FREE to the customer_**
**_and if it is a post date!!!! Input ALL information and spell correctly, thank you._**
 **_Remember every call is recorded and monitored. J_**

FTC-PLS-S2-0009625

# EARLY OBJECTIONS

(Ma'am/Sir), give me just a moment to give you the information so you'll understand the entire package and how our system works. I'll be glad to answer any questions you may have at the end. (Go back to the script)

# Not Interested

What exactly is holding you back? (wait for answer) I understand. Did you know (Customer Name) that doctors refer to the first hour after an accident or a heart attack or a stroke as the Golden Hour? Because if they can get to that patient within that first hour the odds of survival are as high as 80%. As time goes on those odds go down by the minute. Wouldn't you want to give yourself the peace of mind of knowing that if anything at all happens to you that we will be there for you at the push of a button and that help is on its way immediately? Surely that's worth about a dollar a day to you, so let's get you registered.

**Where would you like your Medical Alert System shipped to?**

- BACK TO TOP

# Not Interested/Don't Need It

(Customer Name) I sincerely hope that you never need to use our service, but I can promise you this, if you do, we will be there for you at the simple push of a button and help will be on its way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth about a dollar a day, right? So let's go ahead and get you registered.

**Where would you like your Medical alert system shipped to?**

- BACK TO TOP

# - Can't Afford It #1

I understand completely. Things are tight in these tough economic times. However, Senior Life Support is only a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. If you have an emergency situation at 3 or 4 in the morning, *Senior Life Support* will be there at the push of a button and will initiate emergency help within seconds. You can't afford to be without it, so let's get you registered.

FTC-PLS-S2-0009600

- BACK TO TOP

# - Can't Afford It #2

(Customer Name), is your health and safety, or maybe even your life not worth a dollar a day to you or your family? Please remember that we are sending you over $400 dollars worth of equipment absolutely free. I'm sure that once you inform your family that you would like to do this and could use a little help with the $34.95 monthly monitoring costs that they would be happy to help. <u>So let's get you registered.</u>

- BACK TO TOP

# - Fixed Income/Can't Afford It

Do any other bills matter if you're not safe? This is the most important bill. If you don't survive a medical emergency then you won't be around to pay any of those other bills. So let's get you signed up and start keeping you safe.

**Where would you like your medical alert system shipped to?**

# - Speak with Family/Spouse

FTC-PLS-S2-0009601

I completely understand. However I don't think that any of your family wouldn't understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. **_Senior Life Support_** is with you 24/7, 365 days a year for as little as a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $400 dollars absolutely free. I can't guarantee that savings at any other time, so **Where would you like your medical alert system shipped to?**

- <u>BACK TO TOP</u>

# - Speak with Family/Spouse

I'm fairly confident that they would agree that saving $400 dollars on the equipment cost and protecting your health and safety for about a $1 dollar a day is a smart decision. And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $5 per month. That brings the cost down to about .50 cents per day. Remember, you can cancel at any time with no obligation, so even if you try it for a month or two and you find that it's not for you, simply call us to

FTC-PLS-S2-0009602

cancel with no questions asked and you are in the clear.
So let's get you registered.
**Where would you like your medical alert system shipped to?**
- BACK TO TOP

# They just won't do it without talking to their (Son/daughter/husband/kids)

I agree with you (Mr./Mrs.), I don't want you to make a decision without your (Son/daughter/husband/kids). I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellation fees, Try it out TOGETHER with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep it. But if you and your (Son/daughter/husband/kids) decide you don't want to keep it, then there is no contract, no cancellation fees, and we will pay to ship it back to us.

FTC-PLS-S2-0009603

This way you can try it with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep the system.

CLOSE... Remember, the only thing you are doing today is agreeing to try the system with your (Son/daughter/husband/kids) so you can make a decision together on whether you think the system is right for you. Now let's go ahead and get you signed up so you can give it a try together with your (Son/daughter/husband/kids)

**Where would you like your medical alert system shipped to?**

- <u>BACK TO TOP</u>

# - My son/daughter wanted me to get a medical alert system but I don't think I need one.

I know you have been independent all your life and are probably struggling with the thought of losing some of that independence due to aging, but the reason you (Son/Daughter) wants you to get a medical alert system is

FTC-PLS-S2-0009604

because (he/she) probably know the real statistics about senior citizen medical emergencies. (He/She) may not have wanted to scare you by telling you the facts, but let me tell you some of the things that you (Son/Daughter) probably already know. (Go to #16 How Big is the Problem?

- BACK TO TOP

# - Someone makes health care decisions

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

- BACK TO TOP

# - Call me back #1

Let me ask you; is your safety and health worth a dollar a day to you? (Wait for response) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee

FTC-PLS-S2-0009605

that savings if you pass this up today. So let's go ahead and get you registered.

**Where would you like your medical alert system shipped to?**

# - Call me back #2

I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellation fees, Try it out and then make a decision on whether or not you want to keep it. But if you decide you don't want to keep it, then there is no contract, no cancellation fees, and we will pay to ship it back to us. This way you can try it out and then make a decision on whether or not you want to keep the system. Now let's go ahead and get you signed up so you can give it a try.

**Where would you like your medical alert system shipped to?**

- <u>BACK TO TOP</u>

# - Reminder of their decision...

Remember, the only thing you are doing today is agreeing to try the system for at least 1 month. (Customer Name),

FTC-PLS-S2-0009606

as I have already mentioned, that breaks down to about a dollar a day and for that we guarantee within seconds of you pushing your button at any time, day or night, 365 days a year, we will be there for you. Surely the peace of mind that it provides for you and your family is well worth the low cost of about a $1 a day. So let's go ahead and get you registered.

**Where would you like your medical alert system shipped to?**

- <u>BACK TO TOP</u>

# - Won't use Credit Card

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. So let's go ahead and get you registered.

**Where would you like your medical alert system shipped to?**

- <u>BACK TO TOP</u>

FTC-PLS-S2-0009607

# - Consumer Credit Protection Act

Mr./Mrs. _____Have you ever heard of the Consumer Credit Protection Act? Well, it's a series of federal laws that were passed in the United States to protect credit card holders. To sum it up, they say that anyone that uses their credit card over the phone or the internet is not liable for any charges unless they receive exactly what was promised to them. So there is absolutely no risk to you whatsoever. I would never ask you to use your credit card over the phone if you were not 100% protected by the federal credit card protection act. It's simple, you either get exactly what you were promised or you don't have to pay. Also, if someone uses your credit card without your authorization, then you are not liable for any of the charges and handle it right there while you are on the phone. So there is absolutely no risk to you whatsoever. A credit or debit card is the safest way to do anything over the phone because of these federal laws. Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, let's Keep you safe. We've been protecting Senior Citizens for over 30 years. You will never have to feel alone again in a medical emergency. We're going to take care of you and keep you safe.

FTC-PLS-S2-0009608

So let's go ahead and yet your FREE Medical Alert System sent out to you. **Where would you like your medical alert system shipped to?**

For the monthly Emergency Medical monitoring, would you like to use your VISA, Mastercard, Discover or American Express?

- <u>BACK TO TOP</u>

# ▪ CAN I CALL YOU BACK?

We are receiving calls from seniors all across the country on our Live Promotion. This Live Promotion offer is for today! It includes some very special savings! Let's get you signed up so you can give it a try. Remember the only thing you're doing today is agreeing to try the system for a month. **So what address would you like the system shipped to?**

# - I don't think I need a medical alert system

FTC-PLS-S2-0009609

I know you have been independent all your life and are probably struggling with the thought of losing some of that independence due to aging, and I know you don't think you need a medical alert system but let me tell you some of the scary facts about senior citizen falls in the United States, and these facts don't even include any other medical issues (Go to "How Big is the Problem" ) Each year, one in every three adults age 65 and older experiences a serious fall.    Falls can cause moderate to severe injuries, such as hip fractures and head traumas, and can increase the risk of early death because of not getting help quick enough.    Over 13 million adults 65 and older will fall and be injured this year, which means a senior citizen will fall every 2.3 seconds.  Even though one out of three adults age 65 and older falls each year, less than half of them get the medical advice they should. Among older adults (those 65 or older), falls are the leading cause of injury death.  They are also the most common cause of nonfatal injuries and hospital admissions for trauma.

Each year, there are approximately 20,000 senior citizens that die from unintentional fall injuries.  The death rates from falls among senior citizens, has risen significantly over the past decade.  Each year, over 2.2 million nonfatal fall injuries among older adults were treated in emergency departments and more than 580,000 of these patients are hospitalized.

-BACK TO TOP

## How Big is the Problem?

- Each year, one in every three adults age 65 and older experiences a serious fall.

- Falls can cause moderate to severe injuries, such as hip fractures and head traumas, and can increase the risk of early death because of not getting help quick enough.

- Over 13 million adults 65 and older will fall and be injured this year, which means a senior citizen will fall every 2.3 seconds.

- Even though one out of three adults age 65 and older falls each year, less than half of them get the medical advice they should.

- Among older adults (those 65 or older), falls are the leading cause of injury death. They are also the most common cause of nonfatal injuries and hospital admissions for trauma.

- Each year, there are approximately 20,000 senior citizens that die from unintentional fall injuries.

- The death rates from falls among senior citizens, has risen significantly over the past decade.

- Each year, over 2.2 million nonfatal fall injuries among older adults were treated in emergency departments and more than 580,000 of these patients are hospitalized.

- BACK TO TOP

FTC-PLS-S2-0009611

# - Close the deal!

How about this. We can ship it to you for free today. You can try it for a month and see if you like it, And then you can make the decision on whether or not you want to keep it. Again, you're not locked into anything because there's absolutely no contract. Remember, you're just giving it a TRY. So if you decide that you don't want to keep it, you're under no obligation. You can cancel at any time with no questions asked. Today you're just agreeing to try the system for a month to see if it's right for you. It's only about a $1 dollar a day, and this protects you in the case of ANY emergency situation, day or night. This way you won't ever have to feel worried or by yourself in the case of an emergency. Alright? So, let's get you signed up so you can give it a try.

**Where would you like your medical alert system shipped to?**

- <u>BACK TO TOP</u>

# <u>FACTS</u>

FTC-PLS-S2-0009612

- Twenty to thirty percent of people who fall suffer moderate to severe injuries such as lacerations, hip fractures, or head traumas.

- These injuries can make it hard to get around or live independently, and increase the risk of early death.

- Falls are the most common cause of traumatic brain injuries, traumatic brain injuries account for approximately 46% of fatal falls among older adults.

- Most fractures among older adults are caused by falls.  In 2008, 82% of fall deaths were among people 65 and older.
- BACK TO TOP

# ABOUT US

**- I have never heard of your company:**

(Customer Name) If we were not who we say we are there's no way we would have lasted for over 30 years.

FTC-PLS-S2-0009613

We have maintained our relationships with all the banking and regulatory institutes since we came into existence and that would not happen if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family. So let's go ahead and get you registered. **Where would you like your medical alert system shipped to?**

- <u>BACK TO TOP</u>

## - How long have you been in business?

*Senior Life Support* has been in business since 1977. We have provided life safety services and peace of mind to tens of thousands of people for over 30 years and are among the leaders in our field.

- <u>BACK TO TOP</u>

## - Where are you located? Do you operate your own monitoring center?

*Senior Life Support* owns its own UL listed monitoring center, staffed with highly trained care specialists at our secure facility in New York. From there we monitor customers from all over the United States.

- <u>BACK TO TOP</u>

## - Are your operators fully trained and qualified?

FTC-PLS-S2-0009614

All of our people complete 180 hours of classroom training before they ever take a phone call. All *Senior Life Support* care specialists CSAA (Central Station Alarm Association) certified. Our specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

- BACK TO TOP

# HOW DOES IT WORK?

## What do I get or how does it work?

We send you our *Senior Life Support* Speaker Unit which connects into your home phone. You also get a help button that communicates with the *Senior Life Support* unit using a built in microphone. Also, included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather it's on your wrist, around your neck or clipped onto your belt and you will immediately provide the help that you need.

- BACK TO TOP

## What happens when I press the button?

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the *Senior Life Support* console, which is a very sensitive speakerphone. We will follow your instructions and call whomever you told us ahead of time to call. If you can't speak or we can't hear you, we will follow the instructions you gave us.

FTC-PLS-S2-0009615

-BACK TO TOP

## Tell me about your product or how does it work?

You simply press a help button that you wear and you are instantly connected to one of our Emergency Medical Technicians through the *Senior Life Support* console. We will assist you in getting the help you need. We will contact family, friends, neighbors, an ambulance, or whoever you have instructed us to call when you activated your system. Our system provides excellent assistance and peace of mind in any emergency situation.

-BACK TO TOP

## How do I know that this is for real?

Senior Life Support has been in business for over 30 years and has thousands and thousands of satisfied customers. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We would not have earned our excellent reputation if we did not deliver and fulfill our services exactly as I have explained them to you. We are so confident with our services that we don't ask you to sign any long term contracts. That allows you to cancel at any time with no penalty, so that forces us to be better than you expect. Let's go ahead and get you registered.

## Where would you like your medical alert system shipped to?

-BACK TO TOP

FTC-PLS-S2-0009616

# FREQUENTLY ASKED QUESTIONS #1

## Are you open 24 hours a day?

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions. Remember, we are always just one push of a button away.

- BACK TO TOP

## If I call for emergency help, where does my call get answered, locally or out of State?

All calls go to the *Senior Life Support* monitoring center to ensure the greatest level of service. We store all your local authority phone numbers in your record. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you. We pride ourselves at being the best in the business.

- BACK TO TOP

## Can I change who is contacted on the weekends?

Again, the choices are all yours. We will do whatever instructions you provide. It's no problem at all.

- BACK TO TOP

FTC-PLS-S2-0009617

## How much or what information goes into your computer?

It's entirely up to you. We will input whatever information you wish to provide in terms of medical records, who to contact when and in what particular order. This is very important, because by having all your medical conditions and medical records on file, it will allow the emergency responders to know the best way to treat you if they need to go to your home. Knowing someone's medical conditions before you treat them can be the difference of life or death in a medical emergency.
- BACK TO TOP

## Do I have to program it when it arrives?

No, we take care of all that. You simply plug it into the phone jack the same way you would an answering machine and push the button to test it. It's that simple.
- BACK TO TOP

## Does this work with Voice over IP phones? Yes,
absolutely, it works with any type of home telephone.
- BACK TO TOP

## Do I talk to you through the necklace, bracelet, or belt clip button?

The button that you wear on the necklace, bracelet or belt clip activates our hands free voice console which is what we speak to you though.
- BACK TO TOP

_____

_____

# FREQUENTLY ASKED QUESTIONS #2

FTC-PLS-S2-0009618

## Once the button is pressed, does the call go directly to 911?

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions but it's totally up to you. When you receive the system, you will set up instructions for us to follow and that's what we will do if you press the button. The choices are all yours. So, if you want a son, daughter, neighbor, or anyone else called first, we will follow whatever instructions you gave us at the time you activated your system.
- BACK TO TOP

## What if I'm in a different room from the system?

The speaker extremely loud and the microphone is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 1,500 feet away. That's more than the length of 4 football fields. It is nearly a half a mile!
- BACK TO TOP

## What happens if I can't speak or can't be heard?

If we can't hear you, we will follow the instructions you gave us ahead of time when you activated your system. We will call friends, family, loved ones, or 911 in whatever order you instructed us to call them at the time activated your system. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are all yours.
- BACK TO TOP

## Is the system automatically tested or do I have to test it?

Yes to both questions. The console test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us for further reassurance.

FTC-PLS-S2-0009619

- BACK TO TOP

## Can I call because maybe I'm feeling faint but don't want 911 called: I just want someone called from my contact list instead?

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

- BACK TO TOP

---

---

# FREQUENTLY ASKED QUESTIONS #3

**How and why is this promotion possible?**   We can offer you this promotion at such a low cost because Senior Life Support believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, we have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That makes sense to you, right? **Well, let's go ahead and get you registered. Where would you like your Medical alert system shipped to?**

- BACK TO TOP

**Can you just send me a bill every month?** (Customer Name), unfortunately no! We would need to have a billing method on file for the monthly cost of only $34.95 in order to send you the actual

FTC-PLS-S2-0009620

monitoring equipment which is valued at over $400 dollars. Please remember we are giving that to you absolutely free, without even a charge for shipping it to you. We simply ask you to cover the monthly monitoring fees. **Let's go ahead and get you registered. Where would you like your Medical alert system shipped to?**
- <u>BACK TO TOP</u>

<u>I'll just send you a check.</u> (Customer Name), by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card, debit card or your checking account on this call, we can send you over $400 dollars worth of equipment absolutely free. I can't guarantee that any other way. **Let's go ahead and get you registered. Where would you like your Medical alert system shipped to?**
- <u>BACK TO TOP</u>

## <u>If they are afraid to give out their information,</u>

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, let's Keep you safe. We've been protecting Senior Citizens for over 30 years. You will never have to feel alone again in a medical emergency. We're going to take care of you and keep you safe.
- **BACK TO TOP**

FTC-PLS-S2-0009621

# <u>Where did you get my number?</u>
# <u>Or</u>
# <u>They are complaining about getting a call</u>.

(Ma'am/Sir), you are receiving this call because you opt-ed-in somewhere to receive special offers. You would have opted-in either by having a check box checked while pur-chasing something on the internet, or it may have been though a sweepstake, an order you did by mail or catalog, or maybe though a medication or health care purchase. (GO BACK TO SCRIPT)

## <u>Why don't you know my name?</u>

I apologize, our company does keep limited records on new customers, but to better protect their privacy – **we choose to keep that information private from new callers. (Go Back to SCRIPT)**

<<< **Further Objections** >>>

(SIR – MA 'AM) We keep new caller's information private, so I would only have limited access if you're already one of our many valued customers....
**(Go Back to SCRIPT)**

<<< **Further Objections** >>>

(SIR – MA 'AM) In this day & age, we're doing everything possible to ensure our customers are protected. Our customers are important and so is their personal information. If you give me just a few minutes, I can explain the details of our product. **(Go Back to SCRIPT)**

FTC-PLS-S2-00095

# STUDY GUIDE

## Speak With Family/Spouse

I completely understand. However I don't think that any of your family wouldn't understand that you want to protect yourself and ensure your safety in the event of an emergency. You never know when you may need help and are unable to contact someone at that moment. *Senior Life Support* is with you 24/7, 365 days a year for as little as a dollar a day. So let's go ahead and get your equipment out to you. Remember, you are receiving the equipment worth over $400 dollars absolutely free. I can't guarantee that savings at any other time, so

So lets go ahead and get you registered (Mrs./Mr.)


### Can't Afford It

I understand completely. Things are tight in these tough economic times. However, Senior Life Support is only a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. If you have an emergency situation at 3 or 4 in the morning, *Senior Life Support* will be there at the push of a button and will initiate emergency help within seconds. You can't afford to be without it, so let's get you registered.


### Not Interested/Don't Need It

(Customer Name) I sincerely hope that you never need to use our service, but I can promise you this, if you do, we will be there for you at the simple push of a button and help will be on its way. This unit saves lives. You must agree with me that the peace of mind that this brings is most certainly worth about a dollar a day, right? So let's go ahead and get you registered.

FTC-PLS-S2-0009593

# Call Me Back

Let me ask you; is your safety and health worth a dollar a day to you? (Wait for response) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment absolutely free. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. So let's go ahead and get you registered.

# Wont Use Credit Card

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we may provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. So let's go ahead and get you registered.

### Reminder of their decision...

Remember, the only thing you are doing today is agreeing to try the system for at least 1 month. (Customer Name), as I have already mentioned, that breaks down to about a dollar a day and for that we guarantee within seconds of you pushing your button at any time, day or night, 365 days a year, we will be there for you. Surely the peace of mind that it provides for you and your family is well worth the low cost of about a $1 a day. So let's go ahead and get you registered

FTC-PLS-S2-0009594

# $3000 GROCERY

If you sign up today, you will also receive $3000 dollars in grocery discount coupons. These grocery coupons can be used at the same grocery stores that you shop at now to buy the exact same products that you purchase every week. You can use the $3000 dollars worth of coupons to save money each week on your grocery bill until you've spent the entire $3000 dollars. You simply select the coupons that you want for the products that you buy every week and that savings goes right into your pocket.

Now remember, the $3000 dollars in grocery savings can actually save you more money than your first 4 years of fees for the monitoring of your emergency medical alert system. This is our way of helping make our system more affordable to seniors without affecting your budget or changing your lifestyle. If you ever decide to cancel your medical monitoring service, you can keep the $3000 in grocery savings as our gift to you.

FTC-PLS-S2-0009595

# Additional Items

Cellular Medical Alarm with GPS (Mobile Alert System) - Protection Away From Home



## GPS SYSTEM
## $39.95/Month

- Help anytime, anywhere - Live the active lifestyle you want to
- Great for Protection away from home
- Get emergency help, driving directions, medical records and more
- Press one button (SOS) to live call center w/GPS locating
- 2-way voice speaker phone
- With GPS OnStar technology
- Small, lightweight and NOW waterproof
- Wearable as watch or necklace, on belt, in pocket, purse, or car
- Easy cradle for charging
- Displays time and date



## FALL DETECTOR: $40.00/Month

The Fall Detector has a built-in tilt device, which can detect if the person holding it is in a horizontal position, such as lying on the floor. The sensor will automatically send an alarm when its position corresponds to horizontally after a certain time. Pressing its central red button will activate a help call at any time.

FTC-PLS-S2-0009597

## Phone Service Overview

| PHONE SERVICE | UNIT |
|---|---|
| AT&T | Basic |
| BellSouth | |
| Verizon | |
| Verizon FIOS | |

| PHONE SERVICE | UNIT | |
|---|---|---|
| BellSouth DSL | Basic w/filter | |
| AT&T DSL | Unit Needs a DSL Filter, |  |
| ISN DSL | they can buy it in Radio | |
| Frontier | Shack | |

| PHONE SERVICE | UNIT |
|---|---|
| Optimum | VOIP |
| Comcast | |
| Charter | |
| Timewarner | |
| Windstream | |
| Knology | |
| COX | |
| Vonage | |
| Bright House | |
| Century Link | |
| Frontier | |
| Quest | |

| PHONE SERVICE | UNIT |
|---|---|
| Magic Jack | VOIP |
| AT&T Uverse | |
| Ooma | |

| PHONE SERVICE | UNIT |
|---|---|
| No Phone service or Cell phone | Cellular In-Home |

FTC-PLS-S2-0009598

# Attachment C

(2 unread) - tidetogo - Yahoo Mail                                http://us-mg5.mail.yahoo.com/neo/launch?.rand=d182b64ub8ba5

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Flickr | More |

GMAIL Lifewatch <gerardo@lifewatch-usa.c [ Search Mail ] [ Search Web ]                    [ ] Son

| INBOX | CONT... | CALE... | Com... | Re: P... | SEA... | Re: P... | New ... | Re: A... | New ... | Payle... | Re: P... |

Compose                    Delete                              Move        Spam        Actions

Inbox (28)
Drafts (67)              **Payless Solutions Commission...**                        Sep 5
Sent
Spam (56)                 **1 Attachment**    11.1KB
Trash (7)            XLS    11KB
FOLDERS
                    09-01
Payless Solution (Mark)  PayLess
                    Solutions
MESSENGER
                    Save
Me:    Offline
Sign in to Messenger to   Hope you are having a great day. Attached to this email is
see who's online.
                    the report for the week of 08/26 to 09/01/2013.
APPLICATIONS
Photos              Thanks
Attachments
Notepad             *Gerardo "G" Duran*
                    CRM ANALYST
                    (516) 599-3620 Ext. 121

▷

1 of 1                                                            9/16/2013 11:10 AM

FTC-PLS-S2-0006838

| | | |
|---|---|---|
| 3 | 1st Payouts | $450.00 |
| 3 | Misc Payouts | ($29.85) |
| 1 | Check Fee | ($5.00) |
| | **Total Payout** | **$415.15** |

| Date Created | Date First Billing | ID Customer | Name First-Last | Phone 1 | Agent Label | Product Next Billing Amount | Product Label | Payment Method | Commission | Shipping | LockBox | AM911 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/30/2013 | 8/30/2013 | 657333897 | Alicia | (305) | Payless Agent002 | | $29.95 Basic Medical Alarm | Visa | $150.00 | ($9.95) | | |
| 8/28/2013 | 8/28/2013 | 657326076 | Carl | (802) | Payless Agent002 | | $29.95 VolP Unit | Master Card | $150.00 | ($9.95) | | |
| 8/28/2013 | 8/28/2013 | 657324993 | Delphyne | (813) | Payless Agent002 | | $29.95 Basic Medical Alarm | Visa | $150.00 | ($9.95) | | |
| | | | | | | | | Total | $450.00 | ($29.85) | | |

FTC-PLS-S2-0006840

(26 unread) - titletogo - Yahoo Mail                                    http://us-mg5.mail.yahoo.com/neo/launch?.rand=d182b64ub8ba2



Hope you are having a great day. Attached to this email is the report for the week of 09/02 to 09/08/2013

Thanks

**Gerardo "G" Duran**
CRM ANALYST
(516) 599-3620 Ext. 171

9/16/2013 11:09 AM

Einikis Att. C
Page 4 of 6

FTC-PLS-S2-0006841

| Date Created | Date First Billing | ID Customer | Name First+Last | Phone 1 | Agent Label | Product Next Billing Amount | Product Label | Payment Method | Commission | Shipping | Lockbox | AMS11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/5/2013 | 9/5/2013 | 657344423 | Joann | (561) | Payless Agent021 | | $29.95 Basic Medical Alarm | Visa | $110.00 | ($9.95) | | |
| 9/5/2013 | 9/5/2013 | 657542764 | Irene | (941) | Payless Agent021 | | $29.95 Basic Medical Alarm | Visa | $110.00 | ($9.95) | | |
| 9/4/2013 | 9/4/2013 | 657339918 | dlois | (352) | Payless Agent003 — | | $29.95 Basic Medical Alarm | Visa | $110.00 | ($9.95) | | |
| 8/30/2013 | 9/5/2013 | 657333980 | Norman | (863) | Payless Solutions - HCI — | | $29.95 Basic Medical Alarm | Visa | $110.00 | ($9.95) | | |
| 9/4/2013 | 9/4/2013 | 657339607 | Andy | (321) | Payless Agent020 | | $44.95 Mobile Help Cellular | MasterCard | $150.00 | ($9.95) | | |

Total

$760.00 ($49.75)  
−300.00  
460.00 (30) commission check (5) (45) (5)

$382 Net

FTC-PLS-S2-0006842

| | | |
|---|---|---|
| 5 | 1st Payouts | $760.00 |
| 5 | Misc Payouts | ($49.75) |
| 1 | Check Fee | ($5.00) |
| | **Total Payout** | $705.25 |

# Attachment D

# Product SCRIPT

This is (Rep Name), **My Nationwide Response Number is** (Say agent number), **may I ask whom I'm speaking with?** (Write down their name) **And in case we get disconnected is this the best phone number to reach you back on? Okay Great!**

For responding today to our <u>Nationwide Life Response</u> assistance program, you've been selected to receive a Medical Alert System at NO COST, that has a value of <u>over</u> $400 dollars and you will also receive a prescription savings discount card. ·

You're probably familiar with the Medical Alert Systems. If you **have a medical emergency, a fire, burglary or even something as simple as a fall that you have difficulty getting up from, you** simply push the button on **the light-weight waterproof necklace or bracelet and speak hands free from anywhere in your home to a live certified Emergency Medical Technician** (E.M.T.). **They will evaluate your situation, immediately get you the help you need, notify family or 911 and comfort you until help arrives.** Your alert button works from anywhere in the home **and it even works outside of your home. It has a 1500 foot range. Which is over a quarter a mile!**

This device will give you the peace of mind that you need, **allow you to feel safe and** make sure that you never feel alone in the case of an emergency. (Mr/Mrs. <u>Last Name</u>) It could really help you in a time of need and can even be life-saving.

Our device is trusted by thousands of hospitals and more than 65,000 healthcare professionals. Our device has been helping save the lives of America's senior citizens for over 30 years.

FTC-PLS-S3-0000088

<u>Mr/Mrs</u> (Last Name) **Your medical alert system includes:**

- A medical alert base station with a loud speaker and a very sensitive microphone.

- A waterproof wrist or necklace button.

- Free shipping and Free activation.

- Also included, is an away from home Protection Card that gives emergency personnel 24 hour a day-7 day a week access to your important medical information.

- <u>You will receive a Prescription Savings Card that can save up to 75% on over 65,000 medications at Pharmacies across the U.S.</u>

- And last but not least, you'll have <u>unlimited contact</u> with our trained <u>Emergency Medical Personnel,</u> which means you can push the button as many times as you want at NO CHARGE. If you like, you can push the button and talk to us every day just to gove yourself the peace of mind that we're always there by your side and ready to help.

Now Mr./Mrs. (their last name) The system is AT NO COST and the shipping is also AT NO COST. Normally all of this would cost over $400 dollars, but today you pay ABSOLUTELY NOTHING for the system. <u>The ONLY thing you would be responsible for TODAY is the Emergency Medical monitoring of just $34.95 per month. There is no contract whatsoever and you can cancel at any time with no cancellation fees. The billing cycle doesn't start until you receive the system.</u> EVERYTHING else is AT NO COST!

Now _(Mr / Mrs.____)_ The Prescription Savings Card alone <u>may actually save you more money than the monitoring fees of your emergency medical alert system.</u> This is our way of helping make our system more affordable to seniors without affecting your budget.

\*Okay, Mr/Mrs____, what address would you like your medical alert system shipped to?

*<<IF THEY SAY NO READ REBUTTALS.... 2, 3, 4, or 5 >>*

\*And for the monthly Emergency Medical Monitoring, (sir / Ma 'am) Which card would you like to use?  Visa, Master Card, Discover or American Express...

(If they say they <u>do not</u> have a credit card, then say) "Okay, **do you have a debit card,** we can go ahead and get you signed up with that instead?"

*<<< If they say have <u>NO credit-card</u> for ANY REASON read rebuttals...23, 24, 25, or 26 .... then GIVE THEM A HUG!!! >>>*

(If NO credit card or debit card, then ask for checking or savings acct.) **Okay, we can also get you signed up with your checking account instead, so go ahead and grab a check so we can get some information off of it.** (If no checking account, then say **"Do you have a savings account?"**) (If yes, say " **Okay, go ahead and grab a bank statement so we can get some information off of it."**)

**Do you have a spouse or someone else in your home that you would also like to be protected?** (If Yes, then go on, If No skip to "Fill out the customer information form" below) **Okay we will also send you an additional wrist or necklace button for your spouse, the** only thing you will need to pay is an additional $5.00 per month to cover the Medical Technician monitoring. So you and your spouse would be protected for just $39.95 a month and all of the equipment and shipping is still AT NO COST.

(Fill out the customer information form on computer)

### ( Last Step—Close Up and Transfer to Confirmation )

Great, your equipment will be shipped to you at (Repeat Shipping Address) and will arrive within the next 7 to 10 business days. Don't forget to activate your system as soon as you receive it by plugging it into your phone line jack and pushing the button. This will make a test call to activate your system and immediately start protecting you.

Okay, Mr / Mrs _____, I'm about to transfer you to our verification department, so they can give you an order number and verify that I entered all of your information into the system correctly. They will also give you our customer service number in case you have any additional questions. Again, before I transfer you, my name is _____ and I'm the agent submitting your request, so if you have any other questions for me, don't hesitate to ask, otherwise I'll transfer you now. Thank you very much and I hope you enjoy the safe feeling of having a medical alert system.

Alright, please hold while I transfer you to the confirmation department. <u>Make sure you keep your Credit-card/Check handy.</u> Don't hang up until you talk to the confirmation department, okay? (Wait for them to say okay)

## STAND UP AND CALL OUT "CONFIRMATION!!

3 – AMEX (cvv4)         4 – VISA (cvv3)

5 – MasterCard (cvv3)       6 – Discover (cvv3)



| | |
|---|---|
| **Basic Medical Alarm**<br>Our Basic Unit, Only works with Landline,<br>NOT DIGITAL PHONES - Waterproof button<br><br>Nuestra unidad basica, solo trabaja con linea telefonica normal,<br>NO TRABAJA CON LINEAS DIGITALES - Boton Resistente al agua | Product<br>**$34.95** per Month<br><br>**$99.99** every 3 Months<br><br>**$384.45** per Year |



| | |
|---|---|
| **Medilok Lockbox**<br>Lock to be installed in the front door knob,<br>with a compartment that holds up to 4 keys,<br>Avoid broken doors.<br><br>Candado de seguridad que se coloca en la perilla de la puerta,<br>con compartimento para guardar hast 4 llaves,<br>Evite puertas rotas | Product<br><br>**$40.00** One-time Fee for Purchase |



| | |
|---|---|
| **VoIP Unit**<br>Our Magic Unit, works with either Landline or digital phones. Waterproof button<br><br>Nuestra mejor unidad, trabaja con lineas telefonicas normal y digital. Boton resistente al agua | Product<br>**$34.95** per Month<br><br>**$99.99** every 3 Months<br><br>**$384.45** per Year |

FTC-PLS-S3-0000098



| | Product |
|---|---|
| **Mobile Help Cellular**<br>GPS Unit, wireless unit with a 24 hour battery, comes with an extra battery.<br>Have a GPS Locator that allow EMT to find the senior anywhere. NOT WATERPROOF<br><br>UnidadGPS, unidad inalambrica con bateria de 24 horas de carga, trae una bateria extra.<br>Tiene localizador GPS que permite a la ambulancia encontrar al cliente en cualquier parte.<br>NO ES RESISTENTE AL AGUA | $39.95 per Month<br><br>$119.85 every 3 Months<br><br>$479.40 per Year |



| | Product |
|---|---|
| **Extra Buttons - Wrist**<br>Extra Wrist button, in case the customer would like to add the spouse to the service.<br>Can only be offer with the Basic, VOIP, Cellular and Fall Detector units<br><br>Boton adicional para la muñeca, cuando el cliente quiere añadir al esposo a la cuenta.<br>Solo se puede ofrecer con la unidad Basica, VOIP, Celular y Fall detector. | $5.00 per Month for Rental<br>$15.00 every 3 Months for Rental<br>$60.00 per Year for Rental |



| | Product |
|---|---|
| **Extra Buttons - Neck**<br>Extra pendant button, in case the customer would like to add the spouse to the service.<br>Can only be offer with the Basic, VOIP, Cellular and Fall Detector units<br><br>Boton adicional para el cuello, cuando el cliente quiere añadir al esposo a la cuenta.<br>Solo se puede ofrecer con la unidad Basica, VOIP, Celular y Fall detector. | $5.00 per Month<br>$15.00 every 3 Months<br>$60.00 per Year |

| | Product |
|---|---|
| **Translation Option**<br>Our monitoring centers have over 200 different languages<br><br>Nuestros centros de monitoreo tienen mas de 200 diferentes idiomas disponibles | $5.00 per Month<br><br>$15.00 every 3 Months<br><br>$60.00 per Year |

# 6 Can't Afford It

I understand completely.  Things are tight in these tough economic times.  However, Senior Immediate Response is only about a dollar a day and that covers you in the event of any emergency where you may not be able to contact a friend or family member. If you have an emergency situation at 3 or 4 in the morning, Senior Immediate Response will be there at the push of a button and will initiate emergency help within seconds.   You can't afford to be without it, so let's get you registered.  **Where would you like your Medical alert system shipped to?**

# 7 Can't Afford It

(Customer Name),  is your health and safety, or maybe even your life not worth about a dollar a day to you or your family?   Please remember that we are sending you over $400 dollars worth of equipment at no cost along with $3,000 in grocery coupons.  I'm sure that once you inform your family that you would like to do this and could use a little help with the $34.95 monthly monitoring costs that they would be happy to help.  So let's get you registered.  **Where would you like your medical alert system shipped to?**

# 8 Fixed Income/Can't Afford It

Do any other bills matter if you're not safe?  This is the most important bill.  If you don't survive a medical emergency then you won't be around to pay any of those other bills.  So let's get you signed up and start keeping you safe.  **Where would you like your medical alert system shipped to?**

# 9 Discount Coupon Rebuttal

The discount coupons you are receiving are designed to help offset the price of your monthly monitoring, save you money and can be used for all kinds of things that you do and buy every week.  These coupons include grocery coupons that can be used at the same grocery stores that you shop at now to buy the same products you buy every week and also include dining and other item coupons.  You can use the $3,000 dollars worth of coupons to save money each week until you have spent the entire $3,000 dollars.  You simply select the coupons you want for the things you buy every week and the savings goes directly in your pocket.  By using just $15 dollars in coupons per week you can pay for your monthly monitoring and put an extra $25 dollars back in your pocket each month.  Our goal is to provide you with a way to keep yourself safe and protected and save you money by discounting the groceries and items you buy every week.  **So let's go ahead and get you signed up today so you can start feeling safe and protected as well as put some money back in your pocket each month.  Would you rather use your VISA, Mastercard, Discover, or American Express for the monthly monitoring fee?**

# 10   Speak with Family/Spouse

I completely understand.   However I don't think that any of your family wouldn't understand that you want to protect yourself and ensure your safety in the event of an emergency.  You never know when you may need help and are unable to contact someone at that moment.  Senior Immediate Response is with you 24/7, 365 days a year for as little as around about a dollar a day.  So let's go ahead and get your equipment out to you.  Remember, you are receiving the equipment worth over $400 dollars at no cost, along with $3,000 in grocery coupons.  **I can't guarantee that savings at any other time, so where would you like your Medical Alert System shipped to?**

# 11   Speak with Family/Spouse

I'm fairly confident that they would agree that saving $400 dollars on the equipment cost and protecting your health and safety for about a $1 dollar a day is a smart decision.  And I also want you to know that you can actually add your spouse to this program if you would like for only an extra $5 per month.  That brings the cost down to about .50 cents per day.  Remember, you can cancel at any time with no obligation, so even if you try it for a month or two and you find that it's not for you, simply call us to cancel with no questions asked and you are in the clear.  So let's get you registered.  **Where would you like your Medical Alert System shipped to?**

# 12   They just won't do it without talking to their (Son/daughter/husband/wife/kids)

I agree with you (Customer Name), I don't want you to make a decision without your (Son/daughter/husband/kids).

I have a great idea, so just hear me out for a second, okay?  We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellation fees, Try it out TOGETHER with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep it.  But if you and your (Son/daughter/husband/kids) decide you don't want to keep it, then there is no contract and no cancellation fees.  This way you can try it with your (Son/daughter/husband/kids) and then make a decision TOGETHER on whether or not you want to keep the system.

Remember, the only thing you are doing today is agreeing to try the system with your (Son/daughter/husband/kids) so you can make a decision together on whether you think the system is right for you.   Now let's go ahead and get you signed up so you can give it try together with your (Son/daughter/husband/kids).  **What address would you like your system shipped to?**

## 22 If it's free why do you need my Credit Card/Checking account Information?

In order to ship out your equipment we need to know that you will use it for at least 1 month. Please understand that even though we provide you the equipment at no cost, which is valued at over $400 dollars, we would need to have a billing method on file for the monthly monitoring fee of only $34.95 per month. (Customer Name), as I have already mentioned, that breaks down to about a dollar a day and for that we guarantee within seconds of you pushing your button at any time, day or night, 365 days a year, we will be there for you. Surely the peace of mind that it provides for you and your family is well worth the low cost of about a $1 a day. So let's go ahead and get you registered. **Where would you like your Medical alert system shipped to?**

## 23 Credit Card Rebuttal# 1

I can appreciate your concerns about protecting your account information. Remember, you can cancel at any time with no questions asked if you find that this is not for you. Our main goal is to have you refer our company to other seniors so we can provide the same level of service to them as we will for you. They will thank you for that. This service saves lives. So let's go ahead and get you registered. **Where would you like your Medical alert system shipped to?**

## 24 Credit Card Rebuttal #2

(Customer Name) we work very closely with merchant accounts; VISA, MasterCard, American Express and Discover. We wouldn't jeopardize millions of dollars of business for only $34.95. The credit/debit card is the safest way to do business. Remember the only thing you're doing today is agreeing to try it for one month. **Are you going to use your debit card or credit-card?**

## 25 Credit Card Rebuttal #3

(Customer Name) If you don't receive exactly what you are promised then you don't have to pay. You are 100% protected by the **Federal Consumer Credit Protection Act**. We have maintained our relationships with all the banking and regulatory institutes since we came into existence over 30 years ago and that would not have happened if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family. Don't worry, everything is going to be okay. We're in the business of protecting senior citizens. Let's get you registered so you can give it a try. **Would you rather use your debit-card or credit-card?**

# 26 Consumer Credit Protection Act

Mr./Mrs. _____ Have you ever heard of the Consumer Credit Protection Act? Well, it's a series of federal laws that were passed in the United States to protect credit card holders. To sum it up, they say that anyone that uses their credit card over the phone or the internet is not liable for any charges unless they receive exactly what was promised to them. So there is absolutely no risk to you whatsoever. Over 70% of all Americans use their credit/debit-cards over the phone or the internet. Phone and internet transactions would have never grown to a massive multi-billion dollar industry without the federal law protecting the credit/debit-cards holders. I would never ask you to use your credit/debit-card over the phone if you were not 100% protected by the federal credit card protection act. It's simple, you either get exactly what you were promised or you don't have to pay. Also, if someone uses your credit card without your authorization, then you are not liable for any of the charges and by law the bank or credit-card company would have to handle it right there while you are on the phone. So there is absolutely no risk to you whatsoever. A credit or debit card is the safest way to do anything over the phone because of these federal laws. (Customer Name) don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, let's Keep you safe. We've been protecting Senior Citizens for over 30 years. **So let's go ahead and get your Medical Alert System sent out to you. Where would you like the Medical Alert System shipped to? For the monthly Emergency Medical monitoring, would you like to use your VISA, MasterCard, Discover or American Express?**

# 35

### Fair Credit Billing Act

Once you have a credit card or debit card, the **Fair Credit Billing Act** law protects you against inaccurate billing charges. You don't have to pay for:

- **Merchandise that you ordered but never received.**
- **Good services that you didn't accept or were not as promised.**
- **Double charges, and other incorrect charges.**

In fact, the power of this law is so great that it's sensible to pay for expensive items with a credit card/debit card because of all the consumer protection the law offers.

# 13 Someone makes health care decisions

If you feel that you are unable to decide on this yourself but it's something that you really would be interested in, I would be happy to get that person on the line so I can explain it to them so they fully understand it and you can let them know that this is something that you want to do. Who makes these kinds of decisions for you? Would you like me to call them right now? What's their number?

# 14 Call me back

Let me ask you; is your safety and health worth a dollar a day to you? (Wait for response) Please remember that because of this special promotion that's only available to you today, we are actually sending you all the equipment at no cost along with $3,000 in grocery coupons. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. So let's go ahead and get you registered. **Where would you like your Medical Alert system shipped to?**

# 15 Call me back

I have a great idea, so just hear me out for a second, okay? We'll send you out the system, we'll pay for the shipping, there will be no contract, there will be no cancellation fees, Try it out and then make a decision on whether or not you want to keep it. But if you decide you don't want to keep it, then there is no contract and no cancellation fees. This way you can try it out and then make a decision on whether or not you want to keep the system. Now let's go ahead and get you signed up so you can give it a try. **Where would you like your Medical Alert System shipped to?**

# 16 Can I call you back?

(Customer Name) this Live Promotion offer is for today only. It includes $3,000 dollars in grocery coupons and you get the system at no cost. Remember the only thing you're doing today is agreeing to try the system for a month or two, then you can decide whether or not you want to keep the system. Let's get you signed up so you can give it a try. **What address would you like the system shipped to?**

# 17 Can you mail me something/brochure?

The cost to mail materials would increase the price of our Senior Immediate Response system. To keep the price affordable to everyone, we ship the system to you FREE of charge for you to try for a month or two. This will allow you the freedom to experience the peace of mind yourself. Remember the unit is at NO COST, and the shipping is at NO COST. So let's get you signed up. **Where would you like your system shipped to?**

FTC-PLS-S3-0000113

# 18 Reminder of their decision # 1

How about this. We can ship it to you today. You can try it for a month and see if you like it, and then you can make the decision on whether or not you want to keep it. Again, you're not locked into anything because there's absolutely no contract. Remember, you're just giving it a TRY. So if you decide that you don't want to keep it, you're under no obligation. You can cancel at any time with no questions asked. Today you're just agreeing to try the system for a month to see if it's right for you. It's only about a $1 dollar a day, and this protects you in the case of ANY emergency situation, day or night. This way you won't ever have to feel worried or by yourself in the case of an emergency. So, let's get you signed up so you can give it a try. **What address would you like the system shipped to?**

# 19 Reminder of their decision # 2

Remember, the only thing you are doing today is agreeing to try the system for at least 1 month. (Customer Name) as I have already mentioned, that breaks down to about a dollar a day and for that we guarantee within seconds of you pushing your button at any time, day or night 365 days a year, we will be there for you. Surely the peace of mind that it provides for you and your family is well worth the low cost of about a $1 a day. Let's go ahead and get you registered so you can give it a try. **Where would you like your Medical alert system shipped to?**

# 20 Can you just send me a bill every month?

(Customer Name) we would need to have a billing method on file for the monthly cost of only $34.95 in order to send you the actual monitoring equipment which is valued at over $400 dollars. Please remember we are giving that to you at no cost, without even a charge for shipping it to you. We simply ask you to cover the monthly monitoring cost. Let's go ahead and get you registered. **Where would you like your Medical alert system shipped to?**

# 21 I'll just send you a check

(Customer Name), by doing an automated draft, it allows this process to be seamless. Besides, this is how banks do business. They don't write checks to each other, they use electronic wire services and that's why there's no extra charge to you. Not to mention, by mailing a check you would still be providing us with this information anyway, right? By enrolling with a credit card or debit card, we can send you over $400 dollars worth of equipment at no cost. I can't guarantee that any other way. Let's go ahead and get you registered. **Where would you like your Medical alert system shipped to?**

# FREQUENTLY ASKED QUESTIONS #2

## Can I change who is contacted on the weekends?

Again, the choices are all yours. We will do whatever instructions you provide. It's no problem at all.

## How much or what information goes into your computer?

It's entirely up to you. We will input whatever information you wish to provide in terms of medical records, who to contact when and in what particular order. This is very important, because by having all your medical conditions and medical records on file, it will allow the emergency responders to know the best way to treat you if they need to go to your home. Knowing someone's medical conditions before you treat them can be the difference of life or death in a medical emergency.

## Do I have to program it when it arrives?

No, we take care of all that. You simply plug it into the phone jack the same way you would an answering machine and push the button to test it. It's that simple.

## Does this work with Voice over IP phones?  Yes, absolutely, it works with any type of home telephone.

## Do I talk to you through the necklace, bracelet, or belt clip button?

The button that you wear on the necklace, bracelet or belt clip activates our hands free voice console which is what we speak to you though.

## Once the button is pressed, does the call go directly to 911?

That's a great question. We can contact 911 immediately if that's what you want. You may also choose a different set of instructions but it's totally up to you. When you receive the system, you will set up instructions for us to follow and that's what we will do if you press the button. The choices are all yours. So, if you want a son, daughter, neighbor, or anyone else called first, we will follow whatever instructions you gave us at the time you activated your system.

# FREQUENTLY ASKED QUESTIONS #3

## What if I'm in a different room from the system?

The speaker extremely loud and the microphone is very sensitive. When you first receive the system we will test it with you so you will know exactly where it works best. The system receives the signal from the help button from up to 1,500 feet away. That's more than the length of 4 football fields. It is nearly a half a mile!

## What happens if I can't speak or can't be heard?

If we can't hear you, we will follow the instructions you gave us ahead of time when you activated your system. We will call friends, family, loved ones, or 911 in whatever order you instructed us to call them at the time activated your system. You will tell us who to contact first in the event that you are unable to speak or we can't hear you. Again, the choices are all yours.

## Is the system automatically tested or do I have to test it?

Yes to both questions. The console test's itself every week by sending us a signal. Additionally we recommend that you push your help button at least once a month and talk to us for further reassurance.

## Can I call because maybe I'm feeling faint but don't want 911 called: I just want someone called from my contact list instead?

Of course! That's why we're here. We will contact whomever you wish and in whatever order you desire.

## How and why is this promotion possible?

We can offer you this promotion at such a low cost because Senior Life Response believes in customer loyalty. Instead of spending millions of dollars on advertisements such as TV, billboards, and radio, we have chosen to take those marketing dollars and invest them in you. We are hoping that by giving you all the equipment for free and asking for you to simply pay the monthly monitoring fee only, that you will tell friends and family all about us hopefully refer some other people to us which in turn generates word of mouth advertising for us. That's the best form of advertising we can get and it makes for happier customers which is our number one goal. That makes sense to you, right? **Well, let's go ahead and get you registered. Where would you like your Medical alert system shipped to?**

FTC-PLS-S3-0000116

# 27  How do I know that this is for real?

Senior Immediate Response has been in business for over 30 years and has thousands and thousands of satisfied customers. Please understand that our goal is to continue keeping seniors safe and healthy in their own home and delivering a quality service to every new customer as though you had been with us for years. We would not have earned our excellent reputation if we did not deliver and fulfill our services exactly as I have explained them to you. We are so confident with our services that we don't ask you to sign any long term contracts. That allows you to cancel at any time with no penalty, so that forces us to be better than you expect. Let's go ahead and get you registered so you can give it a try. **Where would you like your Medical alert system shipped to?**

# 28  I have never heard of your company

(Customer Name) if we were not who we say we are there's no way we would have lasted for over 30 years. We have maintained our relationships with all the banking and regulatory institutes since we came into existence and that would not happen if we did not deliver 100% customer satisfaction. We simply want to impress you and hope in return you will refer us to your friends and family. So let's go ahead and get you registered. **Where would you like your Medical alert system shipped to?**

# 29  Where are you located?  Do you operate your own monitoring center?

Senior Immediate Response owns its own UL listed monitoring center, staffed with highly trained care specialists at our secure facility in New York. From there we monitor customers from all over the United States. All of our people complete 180 hours of classroom training before they ever take a phone call. All Senior Medical Alert care specialists are CSAA (Central Station Alarm Association) certified. Our specialists exceed the highest standard for monitoring center personnel, plus supervisors are always present to ensure that calls are handled properly.

# 30  GIVE 'EM A HUG... (if they're afraid to give out info.)

Don't worry, everything is going to be okay, we are in the business of protecting Senior Citizens. Let's get you signed up, let's Keep you safe. We've been protecting Senior Citizens for over 30 years. You will never have to feel alone again in a medical emergency. We're going to take care of you and keep you safe. Lets go ahead and get you signed up so you can experience the peace of mind for yourself. **Where would you like your medical alert system shipped to?**

FTC-PLS-S3-0000117

# 31 URGENCY

By taking advantage of this special promotion which is only available today, you receive $400 worth of equipment that we'll ship to you free of charge, you'll also have the choice out of a Medi-lock Lockbox or an extra wrist or necklace button at NO COST. We'll include $3000 in grocery savings because we understand that these are tough economic times. This system is going to give you and your family the peace of mind that you need and deserve. (Mr/Mrs, Senior name) we're so confident with our services that we don't keep any contracts, which allows you to cancel at any time with no penalty. This forces us to be better than you expect! Let's go ahead get you signed up so you can give it a try. **What type of card would you like to use today? VISA, MasterCard, American Express or Discover?**

# 32 DON'T THINK THEY NEED IT

I understand that you're on the fence about this or you still wouldn't be on the phone with me. Let me ask you; is your safety and health worth a dollar a day to you? Remember that because of this special promotion that's only available to you today, we are sending you all the equipment at no cost along with $3,000 in grocery coupons. That's a savings of over $400 dollars if you can accept the offer on this call. I can't guarantee that savings if you pass this up today. So let's go ahead and get you registered. **Where would you like your Medical Alert system shipped to?**

# 33 CREDIBILITY

(Sir, Ma'am) the credit-card or debit-card is the safest way to do anything over the phone because of the Federal Credit-Card protection laws. If you don't get exactly what you were promised, or if there were ANY unauthorized charges, or if we even charged 1 penny more than what we say we were going to charge then you don't have to pay. All you would have to do is call that 800 number on the back of your card, and by law the bank or credit-card company HAS to reverse the charges right there while they are on the phone with you. I assure you that you have nothing to worry about. (read #30 if needed) Let's get you signed up so you can give it a try. **What type of card would you like to use today? VISA, MasterCard, American Express or Discover?**

# 34  <u>A reminder of what decision they are making</u>…

Remember, the only thing you are doing today is agreeing to try the system with your (Son/daughter/husband/wife/kids) for a month, then you can make a decision (together) on whether you think the system is right for you. So let's go ahead and get you signed up so you can give it a try (with your Son/daughter/husband/wife/). (then read #30)

# REBUTTAL GUIDE

## I'm not interested / Don't need it
Read #'s..... 1, 2, 3, 4, 5, or 33

## Can't afford it / Income
Read #'s..... 6, 7, 8 .....then 9 (Explain Rx Savings)

## Speak to Family Member / Spouse
Read #'s.... 10, 11, 12, 13, 35

## Call me back / Mail Me Info
Read #'s.... 14, 15, 16, _17_... GIVE 'EM A HUG

## Won't use credit card / Don't have credit card
Read #'s.... 23, 24, 25, 26, 27, 34, 36... GIVE 'EM A HUG

## Where are you located?
Read #'s.... 29, 30

## When you don't know what to say
Read #'s .... 2, 3, 34, 35... GIVE 'EM A HUG

## Go for the close
Read #'s .... 19, 20

## Why Should I Give This a Try?
Read #'s .... 15, 19, 20

FTC-PLS-S3-0000119

# FREQUENTLY ASKED QUESTIONS #1

## What do I get or how does it work?

We send you our Senior Life Response Speaker Unit which connects into your home phone. You also get a help button that communicates with the Senior Life Response unit using a built in microphone. Also, included is a bracelet, necklace and belt clip, that you can attach the help button too. If you ever need help, you simply press the button weather it's on your wrist, around your neck or clipped onto your belt and you will immediately provide the help that you need.

## What happens when I press the button?

When the help button is pressed, the call for help is sent to our monitoring center, the care specialist will speak with you through the Senior Life Response console, which is a very sensitive speakerphone. We will follow your instructions and call whomever you told us ahead of time to call. If you can't speak or we can't hear you, we will follow the instructions you gave us.

## Tell me about your product or how does it work?

You simply press a help button that you wear and you are instantly connected to one of our Emergency Medical Technicians through the Senior Life Response console. We will assist you in getting the help you need. We will contact family, friends, neighbors, an ambulance, or whoever you have instructed us to call when you activated your system. Our system provides excellent assistance and peace of mind in any emergency situation.

## Are you open 24 hours a day?

Yes. Care specialists and customer service associates are available to you 24 hours a day, 7 days a week to handle your emergencies or just answer your questions. Remember, we are always just one push of a button away.

## If I call for emergency help, where does my call get answered, locally or out of State?

All calls go to the Senior Life Response monitoring center to ensure the greatest level of service. We store all your local authority phone numbers in your record. In the event that you require assistance, we will notify parties responsible to go to your home. This information is verified by our data entry group before the system is sent to you. We pride ourselves at being the best in the business.

FTC-PLS-S3-0000120