# PX 82

## Declaration of Paul deLoca
## PURSUANT TO 28 U.S.C. §1746

I, Paul deLoca, hereby declare as follows:

1. My name is Paul deLoca. I am over the age of eighteen and I live in Greensboro, North Carolina.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

3. I executed another declaration relating to my experiences with Lifewatch Inc., and its telemarketers, on March 18, 2015. (Plaintiffs' Exhibit 31, Doc. 24-27.) This declaration describes certain telephone calls I received since executing my previous declaration. As I explained in my previous declaration, my telephone line has been on the National Do Not Call List since October 26, 2013. Despite being registered on the National Do Not Call List, I continue to receive telemarketing calls. In an effort to find the responsible parties for making such calls, I routinely route such calls to my personal computer and record the calls in their entirety. I also keep notes of the caller identification information and the time I receive such calls. I provided true and correct copies of the recordings of these calls identified in this declaration to representatives of the Federal Trade Commission.

4. On June 25, 2015, I received a robocall on my home phone. The caller ID said the call was from 548-751-6243. I recorded the call using the method described above. I forwarded the recording to a representative of the Federal Trade Commission,

who arranged for the call to be transcribed. The transcript of that call is attached as DeLoca Att. A. I pressed "1" to speak to a representative. As instructed by the robocall, I pressed "1" to speak to a representative, and after waiting on hold, a representative who identified herself as Autumn from Endless Med Alert, agent number 120, came on the line. Autumn confirmed that she was calling from Lynbrook, New York. As I have on numerous occasions in telephone conversations with Lifewatch and others calling on behalf of Lifewatch, I told Autumn that I had previously asked that I not get calls on behalf of Lifewatch and requested that Lifewatch place me on their do not call list. I had not requested any information about medical alert devices nor was I interested in receiving or purchasing a medical alert device. I also had not given prior permission to receive prerecorded telemarketing calls.

Executed on July 30, 2015.

_____
Paul deLoca

```
 1              OFFICIAL TRANSCRIPT PROCEEDING

 2                 FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7   MATTER NO.      ████

 8

 9

10   TITLE            LIFEWATCH, INC.

11

12

13   DATE       RECORDED:   JUNE 25, 2015

14              TRANSCRIBED:  JULY 13, 2015

15

16

17   PAGES          1 THROUGH 7

18

19

20

21

22

23       TELEPHONE CONVERSATION BETWEEN PAUL AND AUTUMN

24   548-████-LIFE-WATCH-AGENT-120-LYNBROOK-NY-PROOF-2015-

25                          06-25
```

```
 1                  FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4   RECORDING:                                         PAGE:

 5   Telephone conversation between Paul and Autumn      4
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:           )

 4    Lifewatch, Inc.             )   Matter No. █████

 5                                )

 6    ------------------------------)

 7                              June 25, 2015

 8

 9

10

11          The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on

13    June 26, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  P R O C E E D I N G S

 2                     -   -   -   -   -

 3      TELEPHONE CONVERSATION BETWEEN PAUL AND AUTUMN

 4           PAUL:  Hello.

 5           RECORDING:  This is the shipping department

 6   from Medical Alert.  Your system's now ready for

 7   delivery.  Press one now.

 8           Since you're already eligible to receive your

 9   medical alert system at no cost to you, take advantage of

10   the benefits of safety and bonuses offered, like our

11   discount prescription card and restaurant dining savings

12   card.  Press one now to speak to a representative.

13           Press nine --

14           (Number pressed.)

15           RECORDING:  Please hold for the next available

16   representative.

17           (On hold.)

18           RECORDING:  Your call is very important to us.

19   Please stay on the line and you'll be transferred to the

20   next available agent.

21           (On hold.)

22           AUTUMN:  Hi, good afternoon.  This is Autumn

23   with Endless Med Alert.  My agent number is 120.  Who am

24   I speaking with today?

25           PAUL:  Yeah, my name is Paul.
```

1      AUTUMN:  All right.  Is this a home phone or a
2 cell phone?
3      PAUL:  This is my home phone, but I'm -- I'm
4 just trying to confirm if you're calling from Lynbrook,
5 New York.
6      AUTUMN:  Yes, sir.
7      PAUL:  I've asked your company to stop calling
8 my home because I --
9      AUTUMN:  Okay.  You're on a do not call list.
10 I understand.
11      PAUL:  Well, yeah.
12      AUTUMN:  All right.  I will see that this gets
13 taken care of and you have a great day.
14      PAUL:  You can promise me that?
15      AUTUMN:  Well, I -- I can put a request in and
16 it takes up to 72 hours.
17      PAUL:  Yeah, but I've been trying to get my
18 number removed for the last three years.  So --
19      AUTUMN:  Oh, well, I do apologize.  I've only
20 been with the company for three months.
21      PAUL:  Yeah, I think -- I think you're Medical
22 Alert, is that right, from Lynbrook, New York?
23      AUTUMN:  Yes.
24      PAUL:  I think -- I think the Federal Trade
25 Commission is fining you or at least trying to and it's

```
 1   illegal to make this call.
 2            AUTUMN:  All right.  Well, I'll get you off our
 3   list and you have a great day.
 4            PAUL:  Thank you.
 5            AUTUMN:  You're welcome.  Bye-bye.
 6            (The call was concluded.)
 7            (The recording was concluded.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1           C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3      MATTER NUMBER:   ▮▮▮▮▮

 4      CASE TITLE: LIFEWATCH, INC.

 5      TAPING DATE:  JUNE 25, 2015

 6      TRANSCRIPTION DATE:  JULY 13, 2015

 7

 8          I HEREBY CERTIFY that the transcript contained

 9      herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  JULY 13, 2015

14

15

16                              ELIZABETH M. FARRELL

17

18        C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24

25                                  SARA J. VANCE
```