## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Case Number: 15 cv 5781
Federal Trade Commission, et al.
v
LIFEWATCH, INC., et al.
An appearance is hereby filed by the undersigned as attorney for:
Evan Sirlin

Attorney name (type or print): David B. Goodman

Firm: GREENSFELDER, HEMKER & GALE, P.C.

Street address: 200 West Madison Street, Suite 2700

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6201242                      Telephone Number: 312 345 5008
(See item 3 in instructions)

Email Address: dbg@greensfelder.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.   ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                   If appointed counsel, are you a
                                                   ☐ Federal Defender
                                                   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/31/2015

Attorney signature: S/ David B. Goodman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015