# Attachment V

**LifeWatch Inc.**

**Profit & Loss**

Accrual Basis

January through December 2011

Jan - Dec 11

**Ordinary Income/Expense**

**Income**



| | |
|---|---:|
| **Total 42215 · Revenue-Auto Pay & Credit Cards** | 3,787,347.97 |
| | |
| 42299 · Refund/Chargeback | |
| 42299D · Billing Adjustment Refund | -89,390.88 |
| 42299 · Refund/Chargeback - Other | 75,410.77 |
| **Total 42299 · Refund/Chargeback** | -13,980.11 |
| | |
| **Total 42213 · Monthly Monitoring Revenue** | 3,773,367.86 |
| | |
| **Total 42200 · Monitoring** | 3,795,436.94 |
| | |
| 43010 · Selling | |
| 43011 · Sale Of Customer Accounts | 31,839.45 |
| **Total 43010 · Selling** | 31,839.45 |



| | |
|---|---:|
| **Total 42100 · Income** | 3,911,807.21 |

**Menjivar Att. V**

**Page 1 of 27**

**LifeWatch Inc.**

# Profit & Loss

## January through December 2011

Accrual Basis

|  | Jan - Dec 11 |
|---|---|
| **Total Income** | 3,911,807.21 |



| **Gross Profit** | 2,470,436.03 |
|---|---|



Accrual Basis

# LifeWatch Inc.
## Profit & Loss
### January through December 2011

Jan - Dec 11



**Menjivar Att. V**
**Page 3 of 27**

**LifeWatch Inc**

# Profit & Loss

Accrual Basis

### January through December 2011

| | Jan - Dec 11 |
|---|---|

| | |
|---|---|
| **53200 · Sales** | |
| Sales Outside Contractor | 156,466.56 |
| 53201 · 1099 Outside Contractor Selling | 19,260.15 |
| 53215 · Sales Payroll | 36,969.81 |
| 63216 · Sales Payroll Tax Expense | 277.38 |
| 53218 · Selling Payroll | 5,819.94 |
| 53220 · Trade Shows/Fairs | 23,855.24 |
| **Total 53200 · Sales** | 242,639.08 |
| | |
| **53250 · Advertising** | |
| 52213D · Outside Seller | |
| 52213DD · TCV | |
| 52213DF · TMI | |
| 52213DG · World Wide Info Services/WWIS | |
| 52213F6 · WWIS-Flycom | |
| 52213L6 · WWIS-Designer Brands | |
| Total 52213DG · World Wide Info Services/WWIS | |
| | |
| 55213DQ · Combined Outside Seller Expense | 344,834.00 |
| 55213DR · Outside Seller Referral Fees | 34,666.37 |
| **Total 52213D · Outside Seller** | 469,715.37 |
| | |
| 53251 · Internet Advertising PI | 268,514.84 |
| 53262 · Print Leads PI | 72.86 |
| 53263 · Print Leads | |
| 53241A · Combined Phone Leads | 537,076.85 |
| 532531 · Church Bulletin | |
| 532531A · | 13,560.00 |
| Total 532531 · Church Bulletin | 13,560.00 |
| | |
| 532539 · Yellow Pages | |
| 532539A · | 3,956.00 |
| 532539B · | 27,749.99 |
| Total 532539 · Yellow Pages | 31,705.99 |
| | |
| **Total 53253 · Print Leads** | 582,342.84 |
| | |
| 53255 · Local Print Advertising | |
| 532552 · | 1,300.00 |
| 5325521 | 1,925.00 |

**LifeWatch Inc.**

# Profit & Loss
### January through December 2011

| | Jan - Dec 11 |
|---|---|
| 532553 · ▆▆▆▆ | 469.17 |
| 532555 · Magazine | 3,050.25 |
| 532556 · Newspaper | 4,098.99 |
| 6325591 · ▆▆▆ | 6,000.00 |
| 6325592 · ▆▆ | 600.00 |
| 53255 · Local Print Advertising - Other | 130,196.56 |
| **Total 53255 · Local Print Advertising** | 147,639.97 |
| | |
| 53256 · Promotion (Rack Cards, Flyers ) | 127,642.93 |
| 53257 · Promotional Inventory Items | 1,344.00 |
| 53258A · Radio & Television | |
| 53258 · Combined Radio/Television | 18,350.00 |
| 532582 · Television PI | |
| 5325821 · ▆▆ | 3,073.21 |
| **Total 532582 · Television PI** | 3,073.21 |
| | |
| **Total 53258A · Radio & Television** | 21,423.21 |
| | |
| 53250 · Advertising - Other | 0.00 |
| **Total 53250 · Advertising** | 1,618,696.02 |



**Menjivar Att. V
Page 5 of 27**

**Accrual Basis**

# LifeWatch Inc.
## Profit & Loss
### January through December 2011

Jan - Dec 11



**Menjivar Att. V**
**Page 6 of 27**

**Accrual Basis**

# Profit & Loss
## January through December 2012

Jan - Dec 12

**Ordinary Income/Expense**

Income



| | |
|---|---:|
| **Total 42215 · Revenue-Auto Pay & Credit Cards** | 6,805,067.57 |
| | |
| 42299 · Refund/Chargeback | |
| 42299A · Cancellation Refund | -44,958.03 |
| 42299B · Return Refund | -219,106.62 |
| 42299D · Billing Adjustment Refund | -67,685.90 |
| 42299E · Disputed Chargeback & Refund | 1,917.50 |
| 42299 · Refund/Chargeback - Other | 0.00 |
| **Total 42299 · Refund/Chargeback** | -329,833.05 |
| | |
| **Total 42213 · Monthly Monitoring Revenue** | 6,227,208.64 |
| | |
| **Total 42200 · Monitoring** | 6,277,226.77 |
| | |
| 43010 · Selling | |
| 43011 · Sale Of Customer Accounts | |
| 42250A · Shipping Fees | -52,277.93 |
| 42250B · Medilok Fees | 10,293.00 |
| 43011 · Sale Of Customer Accounts - Other | 9,647,157.25 |
| **Total 43011 · Sale Of Customer Accounts** | 9,605,172.32 |

**Menjivar Att. V**
**Page 7 of 27**

**LifeWatch Inc**

# Profit & Loss

### January through December 2012

|  | Jan - Dec 12 |
|---|---|
| 43012 · Bulk Sale Of Customer Accounts | 592,546.19 |
| 43013 · Gain On Sale Of Equipment | 12,507.74 |
| **Total 43010 · Selling** | 10,210,226.25 |



njivar Att. V
age 8 of 27

**Accrual Basis**

# LifeWatch Inc.
# Profit & Loss
### January through December 2012

Jan - Dec 12



**Menjivar Att. V**
**Page 9 of 27**

**LifeWatch Inc.**
**Accrual Basis**
# Profit & Loss
### January through December 2012

Jan - Dec 12



| | |
|---|---:|
| **53200 · Sales** | |
| 53201 · 1099 Outside Contractor Selling | 148,577.22 |
| 53211 · Employee Benefits-Sales | 1,940.70 |
| 53212 · Local Travel-Selling | 4,903.23 |
| 53214 · Sales Commision | 19,720.83 |
| 53216 · Sales Payroll Tax Expense | 26,175.87 |
| 53217 · Selling Local Travel | 0.00 |
| 53218 · Selling Payroll | 279,639.09 |
| 53219 · Telephone-Selling | 2,808.12 |
| 53220 · Trade Shows/Fairs | 4,363.13 |
| 53221 · Training -Sales | 851.32 |
| **Total 53200 · Sales** | 488,979.51 |
| | |
| **53250 · Advertising** | |
| Referral Fee | |
| 52213B · Referral Fees - Retail Location | |
| 52213B1 · ⬛ | 712.10 |

**Menjivar Att. V**
**Page 10 of 27**

**LifeWatch Inc**

# Profit & Loss
### January through December 2012

Accrual Basis

| | Jan - Dec 12 |
|---|---|
| 52213B2 · ▬▬ | 670.00 |
| **Total 52213B · Referral Fees - Retail Location** | 1,382.10 |
| | |
| **Total Referral Fee** | 1,382.10 |

52213D · Outside Seller
  52213D1 · Designer Brands
  52213D2 · Fifth Wave
  52213D4 · Five States
    52213F2 · Five States-Flycom
    52213D4 · Five States - Other
  Total 52213D4 · Five States

  52213D5 · Global Media & Rewards
  52213D7 · LAN/Lead Advan Network/TLS/TTLN
    52213F3 · Trusted Lead Network-Flycom
    52213D7 · LAN/Lead Advan Network/TLS/TTLN - Other
  Total 52213D7 · LAN/Lead Advan Network/TLS/TTLN

  52213DA · OSM
  52213DB · SCA
    52213F4 · SCA-Flycom
    52213DB · SCA - Other
  Total 52213DB · SCA

  52213DD · TCV
    52213F5 · TCV-Flycom
    52213DD · TCV - Other
  Total 52213DD · TCV

  52213DF · TMI
  52213DG · World Wide Info Services/WWIS
    52213F6 · WWIS-Flycom
    52213L6 · WWIS-Designer Brands
    55213DU · Philips
      52213L9 · Philips-Designer Brands
      555213W · Philips-WWIS
    Total 55213DU · Philips

    52213DG · World Wide Info Services/WWIS - Other
  Total 52213DG · World Wide Info Services/WWIS

  52213DI · Robski
  52213DJ · Lifeline
  52213DL · Regent Marketing

**Menjivar Att. V
Page 11 of 27**

**LifeWatch Inc.**
**Profit & Loss**
January through December 2012

Accrual Basis

| | Jan - Dec 12 |
|---|---|
| 52213DM · Flycom | |
| 52213DN · US Affliates | |
| 52213DZ · Intellimark | |
| 55213DC · Marketing Partnerships | |
| 55213DL · Regal Marketing | |
| 55213DO · Qualworks | |
| 55213DP · Contact Center Dominica | |
| 55213DQ · Combined Outside Seller Expense | |
| 55213DR · OutsideSeller Referral Fees | |
| 55213DS · MD247 | |
| 55213DT · DBoss | |
| 55213DV · Platinum | |
| 55213DW · Alarm Pros/Broadband | |
| Total 52213D · Outside Seller | 10,647,325.37 |
| | |
| 53251 · Internet Advertising PI | |
| 532611 | 20,023.00 |
| 532512 | 3,500.00 |
| 532513 | 1,500.00 |
| 63262 · Consulting Fees Internet Advert | 17,500.00 |
| 53261 · Internet Advertising PI - Other | 40,720.96 |
| Total 53251 · Internet Advertising PI | 83,243.96 |
| | |
| 532514 · Telephone Leads SR Market | 5,664.00 |
| 53252 · Print Leads PI | 4,001.60 |
| 53253 · Print Leads | |
| 532531 · Church Bulletin | |
| 532531A · | 159,270.00 |
| Total 532531 · Church Bulletin | 159,270.00 |
| | |
| 532539 · Yellow Pages | |
| 532539A · | 27,238.31 |
| 532539B · | 236,865.89 |
| 532539C · | 13,434.94 |
| Total 532539 · Yellow Pages | 277,539.14 |
| | |
| Total 53253 · Print Leads | 436,809.14 |
| | |
| 53255 · Local Print Advertising | |
| 532552 · | 22,800.00 |
| 5325521 | 23,860.00 |
| 532553 · | 1,534.19 |
| 532554 · | 238.34 |
| 532555 · Magazine | -1,004.40 |
| 532556 · Newspaper | 46,077.38 |

**Menjivar Att. V**
**Page 12 of 27**

**LifeWatch Inc.**

# Profit & Loss
## January through December 2012

Accrual Basis

| | Jan - Dec 12 |
|---|---|
| 5325591 · ■ | 47,790.00 |
| 5325592 · ■ | 9,950.00 |
| 5325593 · ■ | 14,597.23 |
| 5325596 · ■ | 1,665.30 |
| 53255 · Local Print Advertising - Other | 17,142.86 |
| **Total 53255 · Local Print Advertising** | 184,650.90 |
| | |
| 53256 · Promotion (Rack Cards, Flyers ) | 45,464.44 |
| 53257 · Promotional  Inventory Items | 319,041.62 |
| 53258A · Radio & Television | |
| 53258 · Combined Radio/Television | |
| 532581A · E & M | 58,175.83 |
| **Total 53258 · Combined Radio/Television** | 58,175.83 |
| | |
| 532582 · Television PI | |
| 5325821 · ■ | 32,289.30 |
| 532582 · Television PI - Other | 242.93 |
| **Total 532582 · Television PI** | 32,532.23 |
| | |
| **Total 53258A · Radio & Television** | 90,708.06 |
| | |
| 53259 · Social Media | |
| 53259A · ■ | 487.74 |
| 53259B · ■ | 2,767.52 |
| 53259C · ■ | 310.43 |
| 53259D · ■ | 21,762.24 |
| 53259E · ■ | 1,910.39 |
| 53259 · Social Media - Other | 400.00 |
| **Total 53259 · Social Media** | 27,638.32 |
| | |
| **Total 53250 · Advertising** | 11,845,929.41 |



Menjivar Att. V
Page 13 of 27

**Accrual Basis**

# LifeWatch Inc.
# Profit & Loss
### January through December 2012

Jan - Dec 12



11:17 AM
05/21/14
Accrual Basis

**LifeWatch, Inc.**
**Profit & Loss**
January through December 2013

Jan - Dec 13

Ordinary Income/Expense

Income



| | |
|---|---|
| Total 42215 · Revenue-Auto Pay & Credit Cards | 12,679,513.96 |
| | |
| 42299 · Refund/Chargeback | |
| 42299A · Cancellation Refund | -246,861.18 |
| 42299B · Return Refund | -1,177,686.85 |
| 42299D · Billing Adjustment Refund | -133,361.19 |
| Total 42299 · Refund/Chargeback | -1,557,909.22 |
| | |
| 42213 · Monthly Monitoring Revenue - Other | 41,728.36 |
| Total 42213 · Monthly Monitoring Revenue | 11,154,157.70 |
| | |
| Total 42200 · Monitoring | 11,255,315.40 |
| | |
| 43010 · Selling | |
| 43011 · Sale Of Customer Accounts | |
| 42250 · SHS | 20,655,534.39 |
| 42250A · Shipping Fees | -46,115.16 |
| 42250B · Medilok Fees | 5,350.00 |
| 43011 · Sale Of Customer Accounts - Other | 1,770,768.71 |
| Total 43011 · Sale Of Customer Accounts | 22,385,537.94 |
| | |
| 43012 · Bulk Sale Of Customer Accounts | 331,622.05 |
| 43013 · Gain On Sale Of Equipment | 1,514.50 |
| Total 43010 · Selling | 22,718,674.49 |

11:17 AM
05/21/14
Accrual Basis

# LifeWatch, Inc.
## Profit & Loss
January through December 2013

Jan - Dec 13



Total Income          34,111,781.21



11:17 AM
05/21/14
Accrual Basis

# LifeWatch, Inc.
## Profit & Loss
### January through December 2013

Jan - Dec 13



**Menjivar Att. V
Page 17 of 27**

FTC01982

11:17 AM
05/21/14
Accrual Basis

# LifeWatch, Inc.
# Profit & Loss
## January through December 2013

Jan - Dec 13



**53200 · Sales**

| | |
|---|---:|
| 53201 · 1099 Outside Contractor Selling | 101,793.90 |
| 53211 · Employee Benefits-Sales | 412.50 |
| 53212 · Local Travel-Selling | 4,471.41 |
| 53214 · Sales Commision | 7,039.20 |
| 53216 · Sales Payroll Tax Expense | 23,870.68 |
| 53218 · Selling Payroll | 282,197.69 |
| 53219 · Telephone-Selling | 1,790.00 |
| 53220 · Trade Shows/Fairs | 1,575.00 |
| 53221 · Training -Sales | 25.00 |
| 53231 · Fullfillment Incentive | 20,815.74 |
| **Total 53200 · Sales** | 443,991.12 |

53250 · Advertising
Referral Fee

**Menjivar Att. V**
**Page 18 of 27**
FTC01983
Page 4 of 7

# LifeWatch, Inc.
## Profit & Loss
### January through December 2013

| | Jan - Dec 13 |
|---|---|
| **52213B · Referral Fees - Retail Location** | |
| 52213B1 · | 1,390.45 |
| 52213B2 · | 656.00 |
| Total 52213B · Referral Fees - Retail Location | 2,046.45 |
| | |
| **52213C · Referral Fee -Medical Locatio** | |
| 52213CB · | 700.00 |
| Total 52213C · Referral Fee -Medical Locatio | 700.00 |
| | |
| Referral Fee - Other | 49.95 |
| **Total Referral Fee** | 2,796.40 |
| | |
| **52213D · Seller** | |
| Total 52213D · Seller | 24,272,672.15 |
| | |
| 52213RD · Research & Development | 1,581.50 |
| **53251 · Internet Advertising PI** | |
| 532511 · | 61,647.25 |
| 532512 · | 774.40 |
| 532513 · | 9,425.00 |
| 532515 · | 30,685.00 |
| 532516 · | 2,100.00 |
| 53251LL | 790.00 |
| 53262 · Consulting Fees Internet Advert | 72,500.00 |
| 53251 · Internet Advertising PI - Other | 7,599.12 |
| Total 53251 · Internet Advertising PI | 185,520.77 |
| | |
| 532514 · Telephone Leads SR Market | 1,450.00 |
| 53252 · Print Leads PI | 10,190.00 |
| **53253 · Print Leads** | |
| 532531 · Church Bulletin | |
| 532531A · | 93,120.00 |
| 532531 · Church Bulletin - Other | 4,530.00 |
| Total 532531 · Church Bulletin | 97,650.00 |
| | |
| 532539 · Yellow Pages | |
| 532539A · | 40,169.86 |
| 532539B · | 213,569.87 |
| 532539C · | 17,136.00 |
| Total 532539 · Yellow Pages | 270,875.73 |
| | |
| Total 53253 · Print Leads | 368,525.73 |
| | |
| **53255 · Local Print Advertising** | |
| 532552 · | 54,200.00 |
| 5325521 · | 22,675.00 |

**Menjivar Att. V**
**Page 19 of 27**
FTC01984

11:17 AM
05/21/14
Accrual Basis

# LifeWatch, Inc.
## Profit & Loss
### January through December 2013

| | Jan - Dec 13 |
|---|---|
| 532555 · Magazine | 18,462.50 |
| 532556 · Newspaper | 6,464.00 |
| 5325593 · | 20,271.84 |
| 5325594 · | 6,009.18 |
| 5325596 · | 12,939.09 |
| 53255 · Local Print Advertising - Other | 32,644.78 |
| Total 53255 · Local Print Advertising | 173,666.39 |
| | |
| 53256 · Promotion (Rack Cards, Flyers ) | 74,388.81 |
| 53257 · Promotional Inventory Items | 151,772.98 |
| 53258A · Radio & Television | |
| 53258 · Combined Radio/Television | |
| 532581A · | 114,023.87 |
| Total 53258 · Combined Radio/Television | 114,023.87 |
| | |
| 532581 · Radio | |
| 5325811 · Radio PI | |
| 5325823 · | 630.00 |
| 5325811 · Radio PI - Other | 8,634.00 |
| Total 5325811 · Radio PI | 9,264.00 |
| | |
| 532581 · Radio - Other | 5,850.50 |
| Total 532581 · Radio | 15,114.50 |
| | |
| 532582 · Television PI | |
| 5325821 · | 623.77 |
| 532582 · Television PI - Other | 13,700.00 |
| Total 532582 · Television PI | 14,323.77 |
| | |
| Total 53258A · Radio & Television | 143,462.14 |
| | |
| 53259 · Social Media | |
| 53259C · | 131.48 |
| 53259D · | 50,573.07 |
| 53259E · | 3,352.30 |
| 53259ND | 11,500.00 |
| Total 53259 · Social Media | 65,555.85 |
| | |
| 53250 · Advertising - Other | 2,017.10 |
| Total 53250 · Advertising | 25,453,600.82 |
| | |
| 532517 · Lead Logik Media | 2,500.00 |

11:17 AM
05/21/14
Accrual Basis

# LifeWatch, Inc.
## Profit & Loss
January through December 2013

Jan - Dec 13



**Menjivar Att. V**
**Page 21 of 27**
FTC01986

Page 7 of 7

# LifeWatch, Inc. Profit & Loss January through August 2014

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | **Jan - Aug 14** |
| 2 | | **Ordinary Income/Expense** | | | | | | | | |
| 3 | | | **Income** | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | Total 42215 · Revenue-Auto Pay & Credit Card | 7,540,323.79 |
| 17 | | | | | | | | | 42299 · Refund/Chargeback | |
| 18 | | | | | | | | | 42299A · Cancellation Refund | (85,242.86) |
| 19 | | | | | | | | | 42299B · Return Refund | (1,479,866.43) |
| 20 | | | | | | | | | 42299C · Lost Interest | (935.02) |
| 21 | | | | | | | | | 42299D · Billing Adjustment Refund | (20,224.31) |
| 22 | | | | | | | | | 42299 · Refund/Chargeback - Other | (89,974.54) |
| 23 | | | | | | | | | Total 42299 · Refund/Chargeback | (1,676,243.16) |
| 24 | | | | | | | | | Total 42213 · Monthly Monitoring Revenue | 5,864,080.63 |
| 25 | | | | | | | | | Total 42200 · Monitoring | 5,974,293.27 |
| 26 | | | | | | | | | 43010 · Selling | |
| 27 | | | | | | | | | 43011 · Sale Of Customer Accounts | |
| 28 | | | | | | | | | 42250 · SHS | 13,331,575.00 |
| 29 | | | | | | | | | 43011 · Sale Of Customer Accounts - Other | 75,000.00 |
| 30 | | | | | | | | | Total 43011 · Sale Of Customer Accounts | 13,406,575.00 |
| 31 | | | | | | | | | Total 43010 · Selling | 13,406,575.00 |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | **Total Income** | | | | | | | 19,482,891.74 |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |

**Menjivar Att. V**
**Page 22 of 27**



Menjivar Att. V
Page 23 of 27

Case: 1:15-cv-05781 Document #: 66 Filed: 09/17/16 Page 25 of 28 PageID #:3552

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | Jan - Aug 14 |
| 89 | | | | | | | | | | |
| 90 | | | | | | | | | | |
| 91 | | | | | | | | | | |
| 92 | | | | | | | | | | |
| 93 | | | | | | | | | | |
| 94 | | | | | | | | | | |
| 95 | | | | | | | | | | |
| 96 | | | | | | | | | | |
| 97 | | | | | | | | | | |
| 98 | | | | | | | | | | |
| 99 | | | | | | | | | | |
| 100 | | | | | | | | | | |
| 101 | | | | | | | | | | |
| 102 | | | | | | | | | | |
| 103 | | | | | | | | | | |
| 104 | | | | | | | | | | |
| 105 | | | | | | | | | | |
| 106 | | | | | | | | | | |
| 107 | | | | | | | | | | |
| 108 | | | | | | | | | | |
| 109 | | | | | | | | | | |
| 110 | | | | | | | | | | |
| 111 | | | | | | | | | | |
| 112 | | | | | | | | | | |
| 113 | | | | | | | | | | |
| 114 | | | | | | | | | | |
| 115 | | | | | | | | | | |
| 116 | | | | | | | | | | |
| 117 | | | | | | | | | | |
| 118 | | | | | | | | | | |
| 119 | | | | | | | | | | |
| 120 | | | | | | | | | | |
| 121 | | | | | | | | | | |
| 122 | | | | | | | | | | |
| 123 | | | | | | | | | | |
| 124 | | | | | | | | | | |
| 125 | | | | | | | | | | |
| 126 | | | | | | | | | | |
| 127 | | | | | | | | | | |
| 128 | | | | | 53200 · Sales | | | | | |
| 129 | | | | | | | 53201 · 1099 Outside Contractor Selling | | | 7,819.00 |
| 130 | | | | | | | 53211 · Employee Benefits-Sales | | | 825.00 |
| 131 | | | | | | | 53212 · Local Travel-Selling | | | 2,282.00 |
| 132 | | | | | | | 53214 · Sales Commision | | | 1,030.05 |
| 133 | | | | | | | 53216 · Sales Payroll Tax Expense | | | 6,389.19 |
| 134 | | | | | | | 53218 · Selling Payroll | | | 72,319.00 |
| 135 | | | | | | | 53219 · Telephone-Selling | | | 100.00 |

Menjivar Att. V
Page 24 of 27

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | Jan - Aug 14 |
| 136 | | | | | | | | | 53220 · Trade Shows/Fairs | 295.00 |
| 137 | | | | | | | | | Total 53200 · Sales | 91,059.24 |
| 138 | | | | | | | | | 53250 · Advertising | |
| 139 | | | | | | | | | Referral Fee | |
| 140 | | | | | | | | | 52213A · Referral Fees - Consumer | |
| 141 | | | | | | | | | 52213A2 · Referral Sources | 7,336.00 |
| 142 | | | | | | | | | Total 52213A · Referral Fees - Consumer | 7,336.00 |
| 143 | | | | | | | | | 52213B · Referral Fees - Retail Location | |
| 144 | | | | | | | | | 52213B2 · ▮▮▮▮ | 480.00 |
| 145 | | | | | | | | | Total 52213B · Referral Fees - Retail Location | 480.00 |
| 146 | | | | | | | | | Total Referral Fee | 7,816.00 |
| 147 | | | | | | | | | 52213D · Seller | |
| 148 | | | | | | | | | Total 52213D · Seller | 12,144,142.51 |
| 149 | | | | | | | | | 52213GB · ▮▮▮▮ | 4,500.00 |
| 150 | | | | | | | | | Total 52213RD · Research & Development | 56,700.00 |
| 151 | | | | | | | | | 53251 · Internet Advertising PI | |
| 152 | | | | | | | | | 532511 · | 3,680.00 |
| 153 | | | | | | | | | 532512 · ▮▮▮▮ | 3,758.00 |
| 154 | | | | | | | | | 53262 · Consulting Fees Internet Advert | 7,500.00 |
| 155 | | | | | | | | | 53251 · Internet Advertising PI - Other | 6,317.53 |
| 156 | | | | | | | | | Total 53251 · Internet Advertising PI | 91,255.53 |
| 157 | | | | | | | | | 53253 · Print Leads | |
| 158 | | | | | | | | | 532531 · Church Bulletin | 8,420.00 |
| 159 | | | | | | | | | 532539 · Yellow Pages | |
| 160 | | | | | | | | | 532539A · ▮▮▮▮ | 6,509.81 |
| 161 | | | | | | | | | 532539B · ▮▮▮▮ | 100,970.93 |
| 162 | | | | | | | | | 532539C · ▮▮▮▮ | 10,229.42 |
| 163 | | | | | | | | | Total 532539 · Yellow Pages | 117,710.16 |
| 164 | | | | | | | | | Total 53253 · Print Leads | 126,130.16 |
| 165 | | | | | | | | | 53255 · Local Print Advertising | |
| 166 | | | | | | | | | 532552 · ▮▮▮▮ | 9,100.00 |
| 167 | | | | | | | | | 5325521 · ▮▮▮▮ | 11,828.00 |
| 168 | | | | | | | | | 5325591 · ▮▮▮▮ | 12,000.00 |
| 169 | | | | | | | | | 53255 · Local Print Advertising - Other | 12,671.00 |
| 170 | | | | | | | | | Total 53255 · Local Print Advertising | 45,599.00 |
| 171 | | | | | | | | | Total 53256 · Promotion (Rack Cards, Flyers ) | 80,699.65 |
| 172 | | | | | | | | | 53257 · Promotional  Inventory Items | 10,239.94 |
| 173 | | | | | | | | | 53258A · Radio & Television | |
| 174 | | | | | | | | | 53258 · Combined Radio/Television | |
| 175 | | | | | | | | | 532581A · ▮▮▮▮ | 5,985.00 |
| 176 | | | | | | | | | Total 53258 · Combined Radio/Television | 5,985.00 |

**Menjivar Att. V**
**Page 25 of 27**

Case: 1:15-cv-05781 Document #: 60 Filed: 09/17/16 Page 27 of 28 PageID #:3554

**LeadWatch, Inc. Profit & Loss January through August 2014**

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | Jan - Aug 14 |
| | | | | | | | | | | |
| 177 | | | | | | | | | 532581 · Radio | 26,822.17 |
| 178 | | | | | | | | | 532582 · Television PI | 20,000.00 |
| 179 | | | | | | | | | Total 53258A · Radio & Television | 52,807.17 |
| | | | | | | | | | | |
| 180 | | | | | | | | | 53259 · Social Media | |
| 181 | | | | | | | | | 53259D · ██████████ | 29.16 |
| 182 | | | | | | | | | 53259 · Social Media - Other | 979.78 |
| 183 | | | | | | | | | Total 53259 · Social Media | 1,008.94 |
| | | | | | | | | | | |
| 184 | | | | | | | | | 53250 · Advertising - Other | 9,120.49 |
| 185 | | | | | | | | | Total 53250 · Advertising | 12,630,019.39 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | Jan - Aug 14 |
| 215 | | | | | | | | | | |
| 216 | | | | | | | | | | |

FTC09207
Page 6 of 6