UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Federal Trade Commission, et al.
                    Plaintiff,

v.                                          Case No.: 1:15−cv−05781
                                            Honorable Gary Feinerman

Lifewatch INC., et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2015:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 10/8/2015 at 9:30 a.m. Various discovery issues were addressed, and the parties reported that they soon will have a Local Rule 37.2 conference.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.