## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal Trade Commission, et al.

                Plaintiff,

v.                                Case No.: 1:15−cv−05781

                                Honorable Gary Feinerman

Lifewatch INC., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2015:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Defendants' motion to compel [69] and Plaintiff's motion for protective order [71] are entered and continued to 10/15/2015 at 10:15 a.m. The non−movants' responses shall be filed by 10/13/2015. Motion hearings set for 10/13/2015 [72] and 10/15/2015 [70] are stricken and re−set to 10/15/2015 at 10:15 a.m. By 2:00 p.m. on 10/14/2015, the parties shall file a status report on the fifteen disputed deponents.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.