UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Federal Trade Commission, et al.
                              Plaintiff,

v.                                            Case No.: 1:15−cv−05781
                                                   Honorable Gary Feinerman

Lifewatch INC., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2015:

       MINUTE entry before the Honorable Gary Feinerman:Due to a scheduling conflict with defense counsel, status hearing set for 10/15/2015 at 11:00 a.m. [[79] is re−set back to 10:15 a.m.Mailed/Telephoned notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.