UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS<br><br>   Plaintiff,<br>v.<br><br>LIFEWATCH INC., a New York Corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS, and<br><br>EVAN SIRLIN, individually and as an officer or manager of LIFEWATCH, INC.<br><br>   Defendants. | Case No.: 15-cv-5781<br><br><br>AFFIDAVIT OF EVAN SIRLIN |

I, Evan Sirlin, of full age, declare under penalty of perjury as follows:

1. I am the CEO of Lifewatch, Inc., a duly registered New York Corporation that provides medical alert products and monitoring services to seriously ill, elderly, and disabled individuals. I am a New York resident. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct.

2. On March 31st, the Court entered a Preliminary Injunction and ordered, among other things, as follows:

    > Defendants shall immediately provide a copy of this Order to each of their corporations, subsidiaries, affiliates, divisions, directors, officers, agents, partners, successors, assigns, employees, attorneys, agents, representatives, sales entities, sales persons, telemarketers, independent contractors, and any other persons in active concert or participation with them. Within five calendar days following entry of this Order, each Defendant shall file with this Court and serve on Plaintiffs, an affidavit identifying the names, titles, addresses, and telephone numbers of the persons that Defendants have served with a copy of this Order in compliance with this provision.

3. In Compliance with the Preliminary Injunction, I caused copies of the Preliminary Injunction to be provided the following entities/persons:

| Name | Title | Address | Telephone Number |
|---|---|---|---|
| Angel Aguirre | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Deirdre Aquino | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Alicia Bacchus | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Sarai Baker | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Daniel Bassetta | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Francine Chin | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Craig Cleasby | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Pam Cohen | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Joseph Denaro III | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Lauren Frank | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Seasha Hill | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Mitchel May | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Gena Miller | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Irvin Navarrete | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Paule L Oliveri | Lifewatch Employee | 266 Merrick Road, Suite 104 | 800.716.1433 |

| | | Lynbrook, NY 11563 | |
|---|---|---|---|
| Dave Roman | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Laura Roman | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| William Singler | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Evan Sirlin | Lifewatch CEO | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Susan Vandewater | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Juan Vasquez | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |
| Stephanie Weaver | Lifewatch Employee | 266 Merrick Road, Suite 104 Lynbrook, NY 11563 | 800.716.1433 |

| | | | |
|---|---|---|---|
| Medguard Alert, Inc. - Douglas Hallowell | Vice President of Sales | 55 Sebethe Drive Cromwell, CT 06416 | 800-833-3211 ext 1629 |

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: 4/5/16

_____
Evan Sirlin