## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, Plaintiffs, v. LIFEWATCH INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS, and EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc., Defendants. | Case No. 15 CV 5781 Judge Feinerman Magistrate Judge Gilbert |

## NOTICE OF MOTION

TO: COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Thursday, April 14, 2016 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gary Feinerman, or the presiding judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen United States Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Motion to Withdraw as Counsel**.

 Respectfully submitted,

 GREENSFELDER, HEMKER AND GALE, P.C.


 By: /s/ David B. Goodman
 David B. Goodman #6201242
 dbg@greensfelder.com
 Greensfelder, Hemker & Gale, P.C.
 200 West Madison Street, Suite 2700
 Chicago, Illinois  60606
 Telephone:  (312) 419-9090
 Facsimile:  (312) 419-1930

## **CERTIFICATE OF SERVICE**

    I, David B. Goodman, an attorney, hereby certify that on April 11, 2016, I electronically filed the foregoing **Notice of Motion** with the Court using the CM/ECF system, which will automatically send copies to all attorneys of record in the case.

                                             /s/ David B. Goodman  
                                               David B. Goodman