# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal Trade Commission, et al.

                          Plaintiff,

v.                                            Case No.: 1:15−cv−05781
                                                                   Honorable Gary Feinerman

Lifewatch INC., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 14, 2016:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 5/16/2016 at 9:00 a.m. Motion to withdraw as counsel [139] is granted. Attorneys David B. Goodman, Patrick J. Cotter, Thadford A. Felton, Courtney A. Adair, and Elizabeth Austermuehle are terminated as counsel for Defendants. Rule 26(a)(1) disclosures shall be served by 4/29/2016. Motions to amend the pleadings or add new parties shall be filed by 6/3/2016. The parties shall file a joint status report by 5/10/2016 with a proposed discovery schedule.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.