UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Federal Trade Commission, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:15−cv−05781
                                                        Honorable Gary Feinerman

Lifewatch INC., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 14, 2017:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 8/24/2017 at 9:15 a.m. The parties reported on the progress of discovery. The fact discovery deadline is extended to 9/15/2017, and the dispositive motion deadline is extended to 11/30/2017. By 6/20/2017, Defendants Roman, Safe Home, May, and Medguard Alert shall serve their responses to Plaintiffs' second supplemental discovery requests (the discovery requests that were the subject of the motion to compel [222]). The depositions of the Roman/Safe Home/Medguard/May witnesses shall be completed by 8/15/2017. The depositions of the Lifewatch/Sirlin witnesses shall be completed by 7/26/2017. At the next status hearing, the court will inquire further about the parties expert witnesses.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.