IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, <br><br> Plaintiffs, <br> v. <br><br> LIFEWATCH INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS; SAFE HOME SECURITY INC., a Connecticut corporation; MEDGUARD ALERT, INC., a Connecticut corporation; EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc.; MITCHEL MAY, individually and as an officer or manager of Lifewatch Inc.; and DAVID ROMAN, individually and as an officer or manager of Lifewatch Inc., Safe Home Security, Inc., and Medguard Alert, Inc. <br><br> Defendants. | Case No. 15 cv 5781 <br><br> Honorable Gary Feinerman |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Thomas J. Verticchio of Swanson, Martin & Bell, LLP (the "Firm") moves this Court for leave to withdraw his appearance as counsel of record, and in support of this motion states as follows:

1.  On August 4, 2016, Brian W. Bell of the Firm filed his appearance on behalf of defendants, Safe Home Security, Inc., MedGuard Alert, Inc., and David Roman (the "Safe Home Defendants"). On August 5, 2017, Joelle M. Shabat of the Firm filed her appearance on behalf of the Safe Home Defendants. On August 22, 2016, Thomas J. Verticchio of the Firm filed his appearance on behalf of the Safe Home Defendants. On November 3, 2016, Valerie C. Lengerich of the Firm filed her appearance on behalf of the Safe Home Defendants.

03159-0001 / 4481116

2.　　Due to his departure as an attorney from the Firm, Mr. Verticchio requests leave to withdraw as counsel in this matter for the Safe Home Defendants.

WHEREFORE, Thomas J. Verticchio requests leave to withdraw as counsel of record for the Safe Home Defendants, with Brian W. Bell, Joelle M. Shabat, and Valerie C. Lengerich of the Firm remaining as counsel of record.

                Respectfully submitted,

                __/s/ Thomas J. Verticchio__
                Thomas J. Verticchio (ARDC #6190501)

Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax