## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Federal Trade Commission, et al.

                              Plaintiff,

v.                                                   Case No.: 1:15−cv−05781

                                                              Honorable Gary Feinerman

Lifewatch INC., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 20, 2017:

      MINUTE entry before the Honorable Gary Feinerman:The dispositive motion deadline is extended to 12/23/2017. Responses to dispositive motions shall be filed by 2/2/2018; replies due by 2/23/2018. Defendants shall serve their Rule 26(a)(2) disclosures by 12/15/2017. Defendants' retained experts shall be deposed by 2/1/2018. Plaintiffs shall serve their Rule 26(a)(2) disclosures by 3/15/2018. Plaintiffs' retained experts shall be deposed by 4/19/2018. If Plaintiffs move for summary judgment, Defendants may support their oppositions with affidavits or declarations from their expert(s). Status hearing set for 10/25/2017 [234] is stricken and re−set for 1/10/2018 at 9:15 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.