UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Federal Trade Commission, et al.

                            Plaintiff,

v.                                                   Case No.: 1:15−cv−05781
                                                  Honorable Gary Feinerman

Lifewatch INC., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Agreed motion for leave to file oversized briefs and extend briefing schedule [237] is granted. The parties may file oversized initial and response briefs on summary judgment of up to 40 pages, and may file oversized LR 56.1(a)(3) statements of up to 120 facts. The dispositive motion deadline is extended to 12/26/2017; responses due by 2/16/2018; replies due by 3/9/2018. Motion hearing set for 12/18/2017 [238] is stricken.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.