IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>Plaintiffs,<br>v.<br><br>LIFEWATCH INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS; SAFE HOME SECURITY INC., a Connecticut corporation; MEDGUARD ALERT, INC., a Connecticut corporation; EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc.; MITCHEL MAY, individually and as an officer or manager of Lifewatch Inc.; and DAVID ROMAN, individually and as an officer or manager of Lifewatch Inc., Safe Home Security, Inc., and Medguard Alert, Inc.<br><br>Defendants. | Case No. 15 cv 5781<br><br>Honorable Gary Feinerman |

## NOTICE OF FILING

TO: All Counsel of Record
See Attached Service List

**PLEASE TAKE NOTICE** that on December 27, 2017, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants David Roman, Safe Home Security, Inc. and Medguard Alert, Inc.'s Local Rule 56.1(a) Statement of Undisputed Material Facts**, a copy of which is hereby served upon you.

SWANSON, MARTIN & BELL, LLP

By: /s/ Joelle M. Shabat
One of the attorneys for Defendants

Brian W. Bell, Esq. (ARDC #0160431)
Joelle M. Shabat, Esq. (ARDC #6313951)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100/(312) 321-0990 – Fax
bbell@smbtrials.com
jshabat@smbtrials.com

03159-0001 / 3970825

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Defendants David Roman, Safe Home Security, Inc., and Medguard Alert, Inc.'s Local Rule 56.1(a) Statement of Undisputed Material Facts,** was served upon those listed in the attached Service List **via Northern District of Illinois Court ECF system, this 27th day of December 2017** , from the law firm of Swanson, Martin & Bell, LLP, 330 North Wabash Avenue, Suite 3300, Chicago, Illinois 60611.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, <br><br> Plaintiffs, <br> v. <br><br> LIFEWATCH INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS; SAFE HOME SECURITY INC., a Connecticut corporation; MEDGUARD ALERT, INC., a Connecticut corporation; EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc.; MITCHEL MAY, individually and as an officer or manager of Lifewatch Inc.; and DAVID ROMAN, individually and as an officer or manager of Lifewatch Inc., Safe Home Security, Inc., and Medguard Alert, Inc. <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 15 cv 5781 ) ) Honorable Gary Feinerman ) ) ) ) ) ) ) ) ) ) ) ) ) |

## SERVICE LIST

David A. O'Toole, Esq.
Samantha C. Gordon, Esq.
Federal Trade Commission, Midwest Region
dotoole@ftc.gov
sgordon@ftc.gov
*Attorneys for Federal Trade Commission*
**via Electronic Mail through the Court ECF system**

Denise K. Beamer, Esq. *(pro hac vice)*
Kristen K. Johnson, Esq. *(pro hac vice)*
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
denise.beamer@myfloridalegal.com
kristin.johnson@myfloridalegal.com
*Attorneys for State of Florida;*
*Office of the Attorney General*
**via Electronic Mail through the Court ECF system**

Joseph Lipari, Esq. *(pro hac vice)*
The Sultzer Law Group
liparij@thesultzerlawgroup.com
*Attorneys for Lifewatch, Inc., Evan Sirlin, and Mitchel May*
**via Electronic Mail through the Court ECF system**

Jason P. Sultzer, Esq. *(pro hac vice)*
The Sultzer Law Group
sultzerj@thesultzerlawgroup.com
*Attorneys for Lifewatch, Inc., Evan Sirlin, and Mitchel May*
**via Electronic Mail through the Court ECF system**