

FILING #0004500432 PG 01 OF 02 VOL B-01592
FILED 01/03/2012 08:30 AM PAGE 03571
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

**SECRETARY OF THE STATE**
MAILING ADDRESS: COMMERCIAL RECORDING DIVISION, CONNECT
DELIVERY ADDRESS: COMMERCIAL RECORDING DIVISION, CONNEC
PHONE: 860-509-6003    WEBSITE: www.concord-sots.ct.gov

# ORGANIZATION AND FIRST REPORT
## STOCK OR NON-STOCK CORPORATIONS

USE INK. COMPLETE ALL SECTIONS. PRINT OR TYPE. ATTACH 81/2 X 11 SHEETS IF NECESSARY.

**FILING PARTY** (CONFIRMATION WILL BE SENT TO THIS ADDRESS):

NAME: Laura Roman
ADDRESS: 55 Sebethe Dr
CITY: Cromwell
STATE: CT    ZIP: 06416

**FILING FEE: $150**
EXCEPTION: $50.00 FILING FEE FOR NONSTOCK (NONPROFIT) CORPORATIONS.
MAKE CHECKS PAYABLE TO "SECRETARY OF THE STATE"

**1. NAME OF CORPORATION:**
Medguard Alert, Inc.

**2. DATE OF ORGANIZATION MEETING:**
December 19, 2011

**3. ADDRESS OF PRINCIPAL OFFICE:** (P.O.BOX UNACCEPTABLE)
ADDRESS: 55 Sebethe Dr. Suite 201
CITY: Cromwell
STATE: CT    ZIP: 06416

**4. MAILING ADDRESS** (IF OTHER THAN PRINCIPAL OFFICE ADDRESS):
ADDRESS: Same
CITY:
STATE:    ZIP:

**5. OFFICERS:**

**A. OFFICER'S NAME:** David G. Roman    **TITLE:** President + CEO

**RESIDENCE ADDRESS:** (P.O.BOX UNACCEPTABLE)
ADDRESS: 39 Harvest Wood La
CITY: Higganum
STATE: CT    ZIP: 06441

**BUSINESS ADDRESS:** (P.O.BOX UNACCEPTABLE)
ADDRESS: 55 Sebethe Dr
CITY: Cromwell
STATE: CT    ZIP: 06416

PAGE 1 OF 2

FORM COS-1-1.0
Rev. 12/2011

**B. OFFICER'S NAME:** Laura Roman  **TITLE:** Secretary

| RESIDENCE ADDRESS: (P.O.BOX UNACCEPTABLE) | BUSINESS ADDRESS: (P.O.BOX UNACCEPTABLE) |
|---|---|
| ADDRESS: 39 Harvest Wood La | ADDRESS: 55 Sebetle Dr |
| CITY: Higganum | CITY: Cromwell |
| STATE: CT   ZIP: 06441 | STATE: CT   ZIP: 06416 |

**C. OFFICER'S NAME:** Craig Cleasby  **TITLE:** Treasurer + CFO

| RESIDENCE ADDRESS: (P.O.BOX UNACCEPTABLE) | BUSINESS ADDRESS: (P.O.BOX UNACCEPTABLE) |
|---|---|
| ADDRESS: 27 Timber Trail | ADDRESS: 55 Sebetle Dr |
| CITY: S. Windsor | CITY: Cromwell |
| STATE: CT   ZIP: 06074 | STATE: CT   ZIP: 06416 |

**6. DIRECTORS:**

**A. DIRECTOR'S NAME:** David Roman

| RESIDENCE ADDRESS: (P.O.BOX UNACCEPTABLE) | BUSINESS ADDRESS: (P.O.BOX UNACCEPTABLE) |
|---|---|
| ADDRESS: 39 Harvest Wood | ADDRESS: 55 Sebetle Dr |
| CITY: Higganum | CITY: Cromwell |
| STATE: CT   ZIP: 06441 | STATE: CT   ZIP: 06416 |

**B. DIRECTOR'S NAME:** Craig Cleasby

| RESIDENCE ADDRESS: (P.O.BOX UNACCEPTABLE) | BUSINESS ADDRESS: (P.O.BOX UNACCEPTABLE) |
|---|---|
| ADDRESS: 27 Timber Trails | ADDRESS: 55 Sebetle Dr |
| CITY: S. Windsor | CITY: Cromwell |
| STATE: CT   ZIP: 06074 | STATE: CT   ZIP: 06416 |

**7. ELECTRONIC MAIL (EMAIL) ADDRESS:** LANDDROMAN@aol.com

**8. EXECUTION:**

DATED THIS 29th DAY OF December, 2011

| NAME OF SIGNATORY (print/type) | CAPACITY/TITLE OF SIGNATORY | SIGNATURE |
|---|---|---|
| Laura Roman | Secretary | [signature] |

FILING #0004500432 PG 02 OF 02 VOL B-01592
FILED 01/03/2012 08:30 AM PAGE 03572
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

PAGE 2 OF 2

FORM COS-1-1.0
Rev. 12/2011

SECRETARY OF THE STATE OF CONNECTICUT
Document Review
30 Trinity Street
P.O. Box 150470
Hartford, CT 06115-0470

```
FILING #0005433756   PG 1 OF 2
     VOL  B-02121   PAGE   3003
     FILED   11/19/2015 02:16 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

| | |
|---|---|
| 1. Name of Corporation: | MEDGUARD ALERT, INC. |
| 2. Business ID: | 1055817 |
| 3. Report due in the month of: | December, 2015 |
| 4. This Corporation is: | DOMESTIC/STOCK |
| Fee is: | $150.00 |
| Corporate Name: | MEDGUARD ALERT, INC. |
| Mailing Address: | 55 SEBETHE DR. SUITE 201<br>CROMWELL, CT 06416 |
| Changes: | |
| 5. Principal Office Address (in CT Only): | 55 SEBETHE DR. SUITE 201<br>CROMWELL, CT 06416 |
| Changes: | 55 SEBETHE DR. SUITE 201<br>CROMWELL 06416 UNITED STATES |
| 6. Executive Office Address (Foreign Corps Only): | |
| Changes: | |
| 7. Principal Office in State of Formation (Foreign Corps Only): | |
| Changes: | |

8. Attached hereto are the officers and directors of the corporation with their business and residence addresses.

| | |
|---|---|
| 9. Date: | 11/19/2015 |
| 10. Email Address: | landdroman@gmail.com |

11. I hereby certify and state, under penalties of false statement, that all of the information set forth on this annual report is true. I hereby electronically sign this report.

| | |
|---|---|
| Print Capacity: | PRESIDENT |
| Signature: | DAVID ROMAN |

Report Officers/Directors
Business ID : 1055817

```
FILING # 0005433756   PG 2 OF 2
     VOL  B-02121  PAGE  3004
     FILED  11/19/2015 02:16 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

1. Full Legal Name: DAVID G. ROMAN
   Title(s): PRESIDENT
   Residence Addr: 39 HARVEST WOOD LA
   HIGGANUM, CT 06441

   Business Addr: 55 SEBETHE DR.
   CROMWELL, CT 06416

   Res Changes: 14 PINE ORCHARD LANE
   KILLINGWORTH, CT 06419

   Bus Changes:

2. Full Legal Name: LAURA ROMAN
   Title(s): SECRETARY
   Residence Addr: 39 HARVEST WOOD LA
   HIGGANUM, CT 06441

   Business Addr: 55 SEBETHE DR.
   CROMWELL, CT 06416

   Res Changes: 14 PINE ORCHARD LANE
   KILLINGWORTH, CT 06419

   Bus Changes:

3. Full Legal Name: CRAIG CLEASBY
   Title(s): TREASURER
   Residence Addr: 27 TIMBER TRAIL
   S. WINDSOR, CT 06074

   Business Addr: 55 SEBETHE DR.
   CROMWELL, CT 06416

   Res Changes:

   Bus Changes:

SECRETARY OF THE STATE OF CONNECTICUT
Document Review
30 Trinity Street
P.O. Box 150470
Hartford, CT 06115-0470

```
FILING #0005728557   PG 1 OF 2
     VOL  B-02285   PAGE   3607
     FILED  12/31/2016 08:16 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

1. Name of Corporation: MEDGUARD ALERT, INC.
2. Business ID: 1055817
3. Report due in the month of: December, 2016
4. This Corporation is: DOMESTIC/STOCK
   Fee is: $150.00
   Corporate Name: MEDGUARD ALERT, INC.
   Mailing Address: 55 SEBETHE DR. SUITE 201
   CROMWELL, CT 06416

   Changes: 1125 MIDDLE STREET
   MIDDLETOWN, CT 06457

5. Principal Office Address (in CT Only): 55 SEBETHE DR. SUITE 201
   CROMWELL 06416 UNITED STATES

   Changes: 1125 MIDDLE STREET
   MIDDLETOWN, CT 06457

6. Executive Office Address (Foreign Corps Only):

   Changes:

7. Principal Office in State of Formation (Foreign Corps Only):

   Changes:

8. Attached hereto are the officers and directors of the corporation with their business and residence addresses.

9. Date: 12/31/2016
10. Email Address: landdroman@gmail.com

11. I hereby certify and state, under penalties of false statement, that all of the information set forth on this annual report is true. I hereby electronically sign this report.

    Print Capacity: CORPORATE SECRETARY
    Signature: LAURA ROMAN

Report Officers/Directors
Business ID : 1055817

```
FILING # 0005728557   PG 2 OF 2
    VOL  B-02285  PAGE  3608
    FILED  12/31/2016 08:16 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

1. Full Legal Name:
Title(s):
Residence Addr:

DAVID G. ROMAN
PRESIDENT
14 PINE ORCHARD LANE
KILLINGWORTH,CT 06419

Business Addr:

55 SEBETHE DR.
CROMWELL,CT 06416

Res Changes:

Bus Changes:

1125 MIDDLE STREET
MIDDLETOWN, CT 06457

2. Full Legal Name:
Title(s):
Residence Addr:

LAURA ROMAN
SECRETARY
14 PINE ORCHARD LANE
KILLINGWORTH,CT 06419

Business Addr:

55 SEBETHE DR.
CROMWELL,CT 06416

Res Changes:

Bus Changes:

1125 MIDDLE STREET
MIDDLETOWN, CT 06457

3. Full Legal Name:
Title(s):
Residence Addr:

CRAIG CLEASBY
TREASURER
27 TIMBER TRAIL
S. WINDSOR,CT 06074

Business Addr:

55 SEBETHE DR.
CROMWELL,CT 06416

Res Changes:

Bus Changes:

1125 MIDDLE STREET
MIDDLETOWN, CT 06457

SECRETARY OF THE STATE OF CONNECTICUT
Document Review
30 Trinity Street
P.O. Box 150470
Hartford, CT 06115-0470

```
FILING #0005225913   PG 1 OF 2
   VOL  B-02006   PAGE   0409
   FILED   11/25/2014  11:48 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

1. Name of Corporation: MEDGUARD ALERT, INC.
2. Business ID: 1055817
3. Report due in the month of: December, 2014
4. This Corporation is: DOMESTIC/STOCK
   Fee is: $150.00
   Corporate Name: MEDGUARD ALERT, INC.
   Mailing Address: 55 SEBETHE DR. SUITE 201
   CROMWELL,CT 06416

   Changes:

5. Principal Office Address (in CT Only): 55 SEBETHE DR. SUITE 201
   CROMWELL,CT 06416

   Changes:

6. Executive Office Address (Foreign Corps Only):

   Changes:

7. Principal Office in State of Formation (Foreign Corps Only):

   Changes:

8. Attached hereto are the officers and directors of the corporation with their business and residence addresses.

9. Date: 11/25/2014
10. Email Address: landdroman@gmail.com

11. I hereby certify and state, under penalties of false statement, that all of the information set forth on this annual report is true. I hereby electronically sign this report.
    Print Capacity: PRESIDENT
    Signature: DAVID ROMAN

Report Officers/Directors
Business ID : 1055817

```
FILING # 0005225913   PG 2 OF 2
      VOL  B-02006   PAGE   0410
      FILED   11/25/2014 11:48 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

1. Full Legal Name: DAVID G. ROMAN
   Title(s): PRESIDENT
   Residence Addr: 39 HARVEST WOOD LA
   HIGGANUM,CT 06441

   Business Addr: 55 SEBETHE DR.
   CROMWELL,CT 06416

   Res Changes:

   Bus Changes:

2. Full Legal Name: LAURA ROMAN
   Title(s): SECRETARY
   Residence Addr: 39 HARVEST WOOD LA
   HIGGANUM,CT 06441

   Business Addr: 55 SEBETHE DR.
   CROMWELL,CT 06416

   Res Changes:

   Bus Changes:

3. Full Legal Name: GRAIG CLEASBY
   Title(s): TREASURER
   Residence Addr: 27 TIMBER TRAIL
   S. WINDSOR,CT 06074

   Business Addr: 55 SEBETHE DR.
   CROMWELL,CT 06416

   Res Changes:

   Bus Changes:

SECRETARY OF THE STATE OF CONNECTICUT
Document Review
30 Trinity Street
P.O. Box 150470
Hartford, CT 06115-0470

```
FILING #0004989598    PG 1 OF 2
   VOL  B-01873   PAGE   3259
   FILED   12/02/2013  12:59 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

| | |
|---|---|
| 1. Name of Corporation: | MEDGUARD ALERT, INC. |
| 2. Business ID: | 1055817 |
| 3. Report due in the month of: | December, 2013 |
| 4. This Corporation is: | DOMESTIC/STOCK |
| Fee is: | $150.00 |
| Corporate Name: | MEDGUARD ALERT, INC. |
| Mailing Address: | 55 SEBETHE DR. SUITE 201<br>CROMWELL, CT 06416 |
| Changes: | |
| 5. Principal Office Address (in CT Only): | 55 SEBETHE DR. SUITE 201<br>CROMWELL, CT 06416 |
| Changes: | |
| 6. Executive Office Address (Foreign Corps Only): | |
| Changes: | |
| 7. Principal Office in State of Formation (Foreign Corps Only): | |
| Changes: | |

8. Attached hereto are the officers and directors of the corporation with their business and residence addresses.

| | |
|---|---|
| 9. Date: | 12/02/2013 |
| 10. Email Address: | landdroman@gmail.com |

11. I hereby certify and state, under penalties of false statement, that all of the information set forth on this annual report is true. I hereby electronically sign this report.

| | |
|---|---|
| Print Capacity: | CORPORATE SECRETARY |
| Signature: | LAURA ROMAN |

Report Officers/Directors
Business ID : 1055817

```
FILING # 0004989598   PG 2 OF 2
   VOL  B-01873  PAGE   3260
   FILED   12/02/2013 12:59 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

1. Full Legal Name: DAVID G. ROMAN
   Title(s): PRESIDENT
   Residence Addr: 39 HARVEST WOOD LA
   HIGGANUM, CT 06441

   Business Addr: 55 SEBETHE DR.
   CROMWELL, CT 06416

   Res Changes:

   Bus Changes:

2. Full Legal Name: LAURA ROMAN
   Title(s): SECRETARY
   Residence Addr: 39 HARVEST WOOD LA
   HIGGANUM, CT 06441

   Business Addr: 55 SEBETHE DR.
   CROMWELL, CT 06416

   Res Changes:

   Bus Changes:

3. Full Legal Name: GRAIG CLEASBY
   Title(s): TREASURER
   Residence Addr: 27 TIMBER TRAIL
   S. WINDSOR, CT 06074

   Business Addr: 55 SEBETHE DR.
   CROMWELL, CT 06416

   Res Changes:

   Bus Changes: