UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> STATE OF FLORIDA, OFFICE OF THE ) <br> ATTORNEY GENERAL, DEPARTMENT ) <br> OF LEGAL AFFAIRS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIFEWATCH INC., a New York corporation, ) <br> also d/b/a LIFEWATCH USA and MEDICAL ) <br> ALARM SYSTEMS, ) <br> ) <br> SAFE HOME SECURITY, INC., a ) <br> Connecticut corporation, ) <br> ) <br> MEDGUARD ALERT, INC., a Connecticut ) <br> corporation, ) <br> ) <br> EVAN SIRLIN, individually and as an officer ) <br> or manager of Lifewatch Inc., ) <br> ) <br> MITCHEL MAY, individually and as an officer or ) <br> manager of Lifewatch Inc., and ) <br> ) <br> DAVID ROMAN, individually and as an officer ) <br> or manager of Lifewatch Inc., Safe Home Security, ) <br> Inc., and Medguard Alert, Inc. ) <br> Defendants. ) <br> _____) | Case No. 15cv5781 <br><br> Judge Gary Feinerman <br><br><br><br> ORAL ARGUMENT REQUESTED |

**DEFENDANT MITCHEL MAY'S MOTION FOR SUMMARY JUDGMENT**

Defendant Mitchel May, by his attorneys, moves this court for entry of an order granting summary judgment on all counts, and in support thereof submits his Memorandum of Law in Support of the Motion for Summary Judgment and his Rule 56.1(a) Statement of Undisputed Facts.

**WHEREFORE**, Mitchel May, respectfully requests that this Court grant the motion for summary judgment against Plaintiffs, the Federal Trade Commission and State of Florida, and for such other relief as this Court deems just and proper.

DATED: December 27, 2017

                                        By: Joseph Lipari
                                        **/s/ Joseph Lipari**
                                        One of Mitchel May's Attorneys
                                        Jason Sultzer, Esq. *(pro hac vice)*
                                        Joseph Lipari, Esq. (*pro hac vice*)
                                        THE SULTZER LAW GROUP, P.C.
                                        14 Wall Street, 20th Floor
                                        New York, New York 10005
                                        (212) 618-1938 / Fax: (888) 749-7747