# State of New York
# Department of State } ss:

I hereby certify, that the Certificate of Incorporation of LIFEWATCH INC.
was filed on 12/03/1996, with perpetual duration, and that a diligent
examination has been made of the Corporate index for documents filed with
this Department for a certificate, order, or record of a dissolution, and
upon such examination, no such certificate, order or record has been
found, and that so far as indicated by the records of this Department,
such corporation is an existing corporation.



***

*Witness my hand and the official seal
of the Department of State at the City
of Albany, this 24th day of May
two thousand and thirteen.*

Daniel Shapiro
Special Deputy Secretary of State

201305280295 * 45

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 29, 2013.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

FTC01217

F 961203000192

## CERTIFICATE OF INCORPORATION

### LIFEWATCH INC.

Under Section 402 of the Business Corporation Law.

The undersigned, for the purpose of forming a corporation pursuant to Section 402 of the Business Corporation Law of the State of New York, does hereby certify and set forth:

FIRST: The name of the corporation is LIFEWATCH INC.

SECOND: The purposes for which the corporation is formed are:

To engage in any lawful act or activity for which corporations may be organized under the business corporation law, provided that the corporation is not formed to engage in any act or activity which requires the act or approval of any state official, department, board, agency or other body without such approval or consent first being obtained.

To develop, experiment with, conduct research on, manufacture, produce, assemble, buy, rent or otherwise acquire, hold, own, operate, use, install, equip, replace, maintain, service, process, reprocess, repair, remodel, recondition, import, export, sell, lease, market, distribute, transport or otherwise dispose of and generally to deal in and with, as contractor, subcontractor, principal, agent, commission merchant, broker, factor or any combination of the foregoing and at wholesale or retail or both, any and all kinds of personal alert security systems and devices, parts, supplies and accessories and all allied apparatus, systems, parts, supplies, tools, implements, raw materials, natural products, manufactured articles and products, and goods, wares, merchandise and tangible property of every kind, used or capable of being used for any purpose whatever.

To create, manufacture, buy, sell and generally deal in automatic electric alarms and personal alert security systems for use in banks, stores, buildings, offices, houses, churches and other places for protection against burglary and any other intrusion and to install, repair, inspect and overhaul burglar alarms and other alarms of all kinds, makes and description.

To carry on a general mercantile, industrial, investing and trading business in all its branches; to devise, invent, manufacture, fabricate,

assemble, install, service, maintain, alter, buy, sell, import, export, license as licensor or licensee, lease as lessor or lessee, distribute, job, enter into, negotiate, execute, acquire, and assign contracts in respect of, acquire, receive, grant, and assign licensing arrangements, options, franchises, and other rights in respect of, and generally deal in and with, at wholesale and retail, as principal, and as sales, business, special, or general agent, representative, broker, factor, merchant, distributor, jobber, advisor, or in any other lawful capacity, goods, wares, merchandise, commodities, and unimproved, improved, finished, processed and other real, personal and mixed property of any and all kinds, together with the components, resultants, and by-products thereof.

To acquire by purchase, subscription, underwriting or otherwise, and to own, hold for investment, or otherwise, and to use, sell, assign, transfer, mortgage, pledge, exchange or otherwise dispose of real and personal property of every sort and description and wheresoever situated, including shares of stock, bonds, debentures, notes, scrip, securities, evidences of indebtedness, contracts or obligations of any corporation or association, whether domestic or foreign, or of any firm or individual or of the United States or any state, territory or dependency of the United States or any foreign country, or any municipality or local authority within or without the United States, and also to issue in exchange therefor, stocks, bonds or other securities or evidences of indebtedness of this corporation and, while the owner or holder of any such property, to receive, collect and dispose of the interest, dividends and income on or from such property and to possess and exercise in respect thereto all of the rights, powers and privileges of ownership, including all voting powers thereon.

To construct, build, purchase, lease or otherwise acquire, equip, hold, own, improve, develop, manage, maintain, control, operate, lease, mortgage, create liens upon, sell, convey or otherwise dispose of and turn to account, any and all plants, machinery, works, implements and things or property, real and personal, of every kind and description, incidental to, connected with, or suitable, necessary or convenient for any of the purposes enumerated herein, including all or any part or parts of the properties, assets, business and goodwill of any persons, firms, associations or corporations.

The powers, rights and privileges provided in this certificate are not to be deemed to be in limitation of similar, other or additional powers, rights and privileges granted or permitted to a corporation by the Business Corporation Law, it being intended that this corporation shall have all rights, powers and privileges granted or permitted to a corporation by such statute.

2

THIRD: The office of the corporation is to be located in the County of Nassau, State of New York.

FOURTH: The aggregate number of shares which the corporation shall have the authority to issue is Two Hundred (200), all of which shall be without par value.

FIFTH: The Secretary of State is designated as the agent of the corporation upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any process against the corporation served on him is:

> Robert J. Mayer, Esq.
> 724 Jericho Turnpike
> Westbury, New York 11590

SIXTH: The personal liability of directors to the corporation or its shareholders for damages for any breach of duty in such capacity is hereby eliminated except that such personal liability shall not be eliminated if a judgment or other final adjudication adverse to such director establishes that his acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage to which he was not legally entitled or that his acts violated Section 719 of the Business Corporation Law.

IN WITNESS WHEREOF, this certificate has been subscribed to this 2nd day of December, 1996 by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

GERALD WEINBERG
90 State Street
Albany, New York

3

FTC01220

FILED

*f* 961203000192

CERTIFICATE OF INCORPORATION

OF

LIFEWATCH INC.

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED DEC 03 1996
TAX $ _10_
BY: _PEM_
_NASS. Co._

Filed by:

Robert J. Mayer, Esq.
724 Jericho Turnpike
Westbury, New York 11590

961203000194

FILED

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 29, 2013.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

FTC01222

120719000011



CSC 45
DRAW DOWN

# CERTIFICATE OF AMENDMENT
## OF THE
## CERTIFICATE OF INCORPORATION
## OF
## LIFEWATCH INC.

Under Section 805 of the Business Corporation Law

The undersigned, being the President of Lifewatch Inc. (the "Corporation"),

hereby certifies that:

FIRST:     The name of the Corporation is Lifewatch Inc.

SECOND:    The Certificate of Incorporation of the Corporation was filed with the Department of State on December 3, 1996.

THIRD:     The amendments of the Certificate of Incorporation of the Corporation effected by this Certificate of Amendment are to:

(a) change the post office address to which the secretary of state shall mail a copy of any process against the Corporation served upon him;

(b) add an indemnification provision; and

(c) permit the shareholders to act by written consent by less than unanimous consent;

FOURTH:    To accomplish the foregoing amendment specified in paragraph 3(a), Article FIFTH of the Certificate of Incorporation of the Corporation, relating to the post office address to which the secretary of state shall mail a copy of any process against the Corporation served upon him, is hereby deleted and replaced as follows:

"FIFTH: The Secretary of State of the State of New York is designated as the agent of the Corporation upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any such process served upon him is to the Corporation, 266 Merrick Road, Lynbrook, New York 11563, Attention: Evan Sirlin"

1

FTC01223

FIFTH: To accomplish the foregoing amendment specified in paragraph 3(b), a new Article SEVENTH of the Certificate of Incorporation of the Corporation, relating to the indemnification of the Board of Directors of the Corporation, is hereby added to read, in its entirety, as follows:

> "SEVENTH: The directors and officers of the Corporation shall be indemnified for any claim, payment or expense incurred while performing in good faith any act or duty which he reasonably believes to be in the best interests of the Corporation, or from any liability so incurred by an officer or director on behalf of any company to which the Corporation is a successor in interest as a result of merger, consolidation or acquisition. Such indemnification is to be unlimited except that statutory restrictions applicable to business corporations shall be complied with if inconsistent with this provision."

SIXTH: To accomplish the foregoing amendment specified in paragraph 3(c), a new Article EIGHTH of the Certificate of Incorporation of the Corporation, relating to the written consent of the shareholders, without a meeting, by less than unanimous consent, is hereby added to read, in its entirety, as follows:

> "EIGHTH: Any action required by the Business Corporation Law of the State of New York to be taken at any annual or special meeting of shareholders, or action which may be taken at any annual or special meeting of shareholders, may be taken without a meeting, without prior notice and without a vote, if a consent in writing, setting forth the action so taken, shall be signed by the holders of outstanding stock having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present and voted. Prompt notice of the taking of the Corporation action without a meeting by less than unanimous written consent shall be given to those shareholders who have not consented in writing."

SEVENTH: The foregoing amendment of the Certificate of Incorporation of the Corporation was authorized by written consent of the Board of Directors of the Corporation, in accordance with Section 708(b) of the Business Corporation Law ("BCL"), and by a written consent of all outstanding shares of the Corporation entitled to vote thereon, in accordance with Section 615(a) of the BCL.

2

FTC01224

IN WITNESS WHEREOF, the undersigned President of Lifewatch Inc. has hereunto subscribed to this Certificate this 12th day of July, 2012 and affirms that the statements contained herein are true under penalty of perjury.

LIFEWATCH INC.

By: _____

Evan Sirlin
President

3

FTC01225

120719000/011

CSC 45
DRAW DOWN

2013 JUL 19 PM 3:12

# CERTIFICATE OF AMENDMENT

## OF THE

### CERTIFICATE OF INCORPORATION

#### OF

#### LIFEWATCH INC.

Under Section 805 of the Business Corporation Law

100
STATE OF NEW YORK
DEPARTMENT OF STATE
FILED JUL 19 2012
TAX $
BY:
NASSAU

Submitted for filing by:

Neil M. Kaufman
Abrams, Fensterman, Fensterman, Eisman,
Formato, Ferrara & Einiger, LLP
1111 Marcus Avenue
Suite 107
Lake Success, New York 11042

4

CUSTOMER REF. # 28/392SN

LSW - ⌀

FTC01226
1067

## Exhibit B

**By-Laws**

FTC01227

# AMENDED AND RESTATED

# BY-LAWS

# OF

# LIFEWATCH INC.

(hereinafter, the "Corporation")

## ARTICLE I

## OFFICES

### Section 1.  Principal Office

The principal office of the Corporation shall be at such location within the County of Nassau, State of New York as the Board for Directors may from time to time determine.

### Section 2.  Additional Offices

The Corporation may also have offices and places of business at such other places, within or without the State of New York, as the Board of Directors may from time to time determine or the business of the Corporation may require.

## ARTICLE II

## MEETINGS OF SHAREHOLDERS

### Section 1.  Time and Place

The annual meeting of the shareholders of the Corporation and all special meetings of shareholders may be held at such time and place within or without the State of New York as shall be stated in the notice of the meeting or in a duly executed waiver of notice thereof.

### Section 2.  Annual Meeting

Except as otherwise provided by the Certificate of Incorporation of the Corporation, the annual meeting of shareholders shall be held on such date in each calendar year as fixed by the Board of Directors of the Corporation (or by any officer so designated by the Board of Directors), and the shareholders shall then elect a Board of Directors and transact such other business as may properly be brought before the meeting.

1

c:\users\lfwatch8\downloads\amended and restated bylaws.lifewatch, inc.120514.03 (i).docx

Section 3. Notice of Annual Meeting

Except as otherwise provided by the Certificate of Incorporation of the Corporation, notice of the place, date and hour of the annual meeting of shareholders of the Corporation shall be given, as provided in Article V of these By-Laws, to each shareholder entitled to vote thereat, not less than ten nor more than 60 days prior to the meeting.

Section 4. Special Meetings

Special meetings of the shareholders of the Corporation, for any purpose or purposes, unless otherwise prescribed by law or by the Certificate of Incorporation of the Corporation, may be called by the Chairman or President or by action of the Board of Directors, and shall be called by the President or Secretary at the written request of shareholders holding at least a majority of the voting shares of the Corporation. Such request shall state the purpose or purposes of the proposed meeting.

Section 5. Notice of Special Meeting

Except as otherwise provided by the Certificate of Incorporation of the Corporation, notice of any special meeting of shareholders of the Corporation, stating the place, date and hour of the meeting, the purpose or purposes for which the meeting is called, and by or at whose direction it is being issued, shall be given, as provided in Article V of these By-Laws, to each shareholder entitled to vote thereat, not less than ten nor more than 60 days prior to the meeting.

Section 6. Quorum

Except as otherwise provided by the Certificate of Incorporation of the Corporation, the presence, in person or by proxy, of holders of a majority of the voting power of the issued and outstanding shares of the Corporation entitled to vote thereat shall be necessary to and shall constitute a quorum for the transaction of business at any meeting of the shareholders of the Corporation. If a quorum shall not be present at any meeting of the shareholders, the shareholders entitled to vote thereat present in person or represented by proxy shall have power to adjourn the meeting from time to time until a quorum shall be present. At any such adjourned meeting at which a quorum is present, any business may be transacted which might have been transacted at the meeting as originally called. No notice of the adjourned meeting need be given if the date, time and place to which the meeting is adjourned are announced at the meeting at which the adjournment is taken, provided, that if, after the adjournment, the Board fixes a new record date for the adjourned meeting, a notice of the adjourned meeting shall be given to each shareholder of record on the new record date entitled to vote at such meeting. When a quorum is once present to organize a meeting, it is not broken by the subsequent withdrawal of any shareholders.

Section 7. Voting

(a)     Every shareholder having the right to vote shall be entitled to vote in

2

FTC01229

person or by proxy at any meeting of the shareholders of the Corporation. Except as otherwise provided in the Certificate of Incorporation, each shareholder shall have one vote for each share of stock having voting power which is registered in the shareholder's name on the books of the Corporation.

(b) Except as otherwise provided by law, the Certificate of Incorporation of the Corporation or these By-laws, directors shall be elected by a plurality of votes cast, and all other matters shall be decided by a majority of the votes cast in favor of or against such action by holders of voting shares of the Corporation; provided, however, that certain actions shall require the affirmative vote of 75% of the votes cast in favor of such action by the holders of voting shares of the Corporation pursuant to and in accordance with the Shareholders' Agreement dated as of July __, 2012 by and among the Corporation and the shareholders of the Corporation (the "Shareholders' Agreement"). Except as otherwise provided by law, in the Certificate of Incorporation or in a specific provision of these By-laws adopted by the shareholders of the Corporation, an abstention shall not constitute a vote cast.

(c) The Board of Directors of the Corporation shall appoint one or more inspectors to act at each meeting of shareholders or any adjournment thereof and to make a written report thereof. The Board of Directors may designate one or more persons as alternate inspectors to replace any inspector who fails to act. If no inspector or alternate has been appointed, of if such persons are unable to act at a meeting of shareholders, the person presiding at the meeting shall appoint one or more inspectors to act at the meeting. Each inspector, before entering upon the discharge of the inspector's duties, shall take and sign an oath faithfully to execute the duties of inspector at such meeting with strict impartiality and according to the best of the inspector's ability, and the oath so taken shall be filed with the minutes of such meeting.

(d) The inspector(s) shall determine the number of shares outstanding and the voting power of each, the shares represented at the meeting of shareholders, the existence of a quorum, the validity and effect of proxies, and shall receive votes, ballots or consents, hear and determine all challenges and questions arising in connection with the right to vote, count and tabulate all votes, ballots or consents, determine the result, and do such acts as are proper to conduct the election or vote with fairness. On request of the person presiding at the meeting or any shareholder entitled to vote thereat, the inspectors shall make a report in writing of any challenge, question or matter determined by them, and execute a certificate of any fact found by them.

(e) The date and time (which need not be a particular time of day) of the opening and closing of the polls for each matter upon which the shareholders will vote at a meeting shall be announced by the person presiding at the meeting at the beginning of the meeting and, if no time is so announced, the polls shall close at the end of the meeting, including any adjournment thereof.

(f) Unless otherwise provided in the Certificate of Incorporation of the Corporation, the provisions of paragraphs (c), (d) and (e) of this Section 7 shall not apply to the Corporation if the Corporation does not have a class of voting stock that is listed on a national securities exchange or authorized for quotation on an interdealer quotation system of a registered

FTC01230

national securities association; provided, however, that the Corporation may take any of the actions set forth in paragraphs (c), (d) and (e) of this Section 7.

Section 8. Proxies

    (a)    No proxy shall be valid after the expiration of eleven months from the date thereof unless otherwise provided in the proxy. Every proxy shall be revocable at the pleasure of the shareholder executing it, except in those cases where an irrevocable proxy is permitted by law.

    (b)    A shareholder of the Corporation may authorize another person or persons to act for the shareholder as proxy by a writing executed by the shareholder or the shareholder's authorized officer, director, employee or agent (such execution to be accomplished by the shareholder or such shareholder's authorized officer, director, employee or agent signing the writing or causing his or her signature to be affixed to such writing by any reasonable means including, but not limited to by facsimile signature), or by transmitting or authorizing the transmission of a telegram, cablegram or other means of electronic transmission to the person who will be the holder of the proxy or such person's duly authorized agent, provided that any such telegram, cablegram or other means of electronic transmission must either set forth or be submitted with information from which it can be reasonably determined that the telegram, cablegram or other electronic transmission was authorized by the shareholder.

Section 9. Consents

    (a)    Whenever by any provision of law shareholders of the Corporation are required or permitted to take any action by vote, such action may be taken without a meeting on written consent, setting forth the action so taken, signed by the holders of all outstanding shares entitled to vote thereon or, if the Certificate of Incorporation of the Corporation so permits, signed by the holders of outstanding shares having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present and voted. Nothing in this paragraph shall be construed to alter or modify any provision of law or of the Certificate of Incorporation under which the written consent of the holders of less than all outstanding shares is sufficient for corporate action.

    (b)    No written consent shall be effective to take the corporate action referred to therein unless, within 60 days of the earliest dated consent delivered in the manner required by this paragraph to the Corporation, written consents signed by a sufficient number of holders to take action are delivered to the Corporation by delivery to its registered office, its principal place of business, or an officer or agent of the Corporation having custody of the book in which proceedings of meetings of shareholders are recorded. Delivery made to the Corporation's registered office or principal place of business shall be by hand, against written receipt therefor, or by certified or registered mail, return receipt requested.

    (c)    Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall be given to those shareholders who have not consented in writing.

FTC01231

## ARTICLE III

## DIRECTORS

### Section 1.  Number; Tenure

The number of directors which shall constitute the entire board shall be not less than one nor more than three, as determined by the Board of Directors of the Corporation.  The number of Directors constituting the entire Board of Directors may be increased or decreased from time to time by resolution of the shareholders or adopted by a majority of the Board of Directors, and any vacancies resulting from any increase in the number of directorships may be filled by a majority vote of the Board of Directors.  Subject to the Shareholders' Agreement, any director may be removed from office at any time by the affirmative vote of shareholders of record holding a majority of the outstanding shares of stock of the corporation entitled to vote, at a meeting of the shareholders called for that purpose.  As used in these By-laws, "entire Board of Directors" means the total number of directors which the Corporation would have if there were no vacancies with respect to the number of directorships then existing.  Except as otherwise provided in these By-laws for the filling of vacancies, directors shall be elected at the annual meeting of shareholders, to serve until the next annual meeting of shareholders and until their respective successors shall have been elected and qualified.  Each director shall serve until the director's successor shall have been duly elected and qualified, unless the director shall resign, become disqualified, disabled or shall otherwise be removed.

### Section 2.  Resignation; Removal

Any director may resign at any time, by giving written notice of such resignation to the Board of Directors of the Corporation or to the President, and such resignation shall be effective upon delivery of such notice or at such time as may be specified in such notice.  Each director may be removed (i) for cause, by vote of the shareholders or the Board of Directors, or (ii) without cause, by vote of the shareholders.

### Section 3.  Vacancies

If any vacancy shall occur in the Board of Directors of the Corporation for any reason, such vacancy, including whenever there shall be fewer than the maximum number of directors set forth in Section 1 of this Article III,  may be filled by vote of a majority of the directors then in office, even if the same be less than a quorum, and each director so chosen shall hold office until the next annual meeting of shareholders of the Corporation and until the director's successor shall have been elected and qualified, unless sooner removed; provided, however, that, if in the event of any such vacancy, the directors remaining in office shall not by majority vote fill such vacancy within 30 days of the occurrence thereof, the Chairman, President or Secretary may call a special meeting of the shareholders at which such vacancy may be filled.

### Section 4.  Committees

80030054.4

FTC01232

The Board of Directors of the Corporation, by resolution adopted by a majority of the entire Board of Directors, may designate from among its members one or more committees, each consisting of at least one director, and each of which, to the extent provided in said resolution or in these By-laws, and except as limited by law or the Certificate of Incorporation of the Corporation shall have all of the authority of the Board of Directors. The Board of Directors may designate one or more directors as alternate members of any such committee, who may replace any absent or disqualified member or members at any meeting of such committee. The Board of Directors, by resolution adopted by a majority of the entire Board of Directors, may remove a director from membership in any such committee with or without cause. Each such committee shall keep regular minutes of its proceedings and shall report thereon to the Board from time to time as required.

## ARTICLE IV

## MEETINGS OF THE BOARD OF DIRECTORS

### Section 1. Place

The Board of Directors of the Corporation may hold meetings, both regular and special, either within or without the State of New York.

### Section 2. Regular Meetings

Regular meetings of the Board of Directors of the Corporation may be held without notice at such time and at such place as may from time to time be determined by the Board of Directors.

### Section 3. Special Meetings

Special meetings of the Board of Directors of the Corporation may be called by the Chairman of the Board, if any, or by the President, on 24 hours' notice to each director as provided in Article V of these By-laws; special meetings shall be called by the Chairman, President or Secretary in like manner and on like notice upon the written request of one director.

### Section 4. Quorum

At all meetings of the Board of Directors of the Corporation, a majority of the entire Board of Directors shall be necessary to constitute a quorum for the transaction of business. Except as may be otherwise provided by law, the vote of a majority of the directors present at the time of the vote shall, if a quorum is present, be the act of the Board of Directors. If a quorum shall not be present at any meeting of the Board of Directors, a majority of the directors present thereat may adjourn the meeting from time to time until a quorum shall be present. Two days' notice of any such adjournment shall be given, either personally or by mail or by telegram, to each director who was not present and, unless announced at the meeting, to the other directors.

6

### Section 5. Compensation

Directors shall receive such compensation for their services as may be determined by the Board of Directors of the Corporation. The Corporation shall reimburse all directors for their expenses incurred in connection with their attendance at each regular or special meeting of the Board of Directors. Nothing herein contained shall be construed to preclude any director from serving the Corporation in any other capacity and receiving compensation therefor.

### Section 6. Written Consent

Any action required or permitted to be taken by the Board of Directors of the Corporation or any committee thereof may be taken without a meeting if all members of the Board of Directors or such committee, as the case may be, consent in writing to the adoption of a resolution authorizing such action. Every such resolution and the written consents thereto shall be filed with the minutes of the proceedings of the Board of Directors or such committee.

### Section 7. Participation at Meetings by Means of Communications Equipment

Any one or more members of the Board of Directors of the Corporation or any committee thereof may participate in any meeting of the Board of Directors or such committee, as the case may be, by means of a conference telephone or similar communications equipment allowing all persons participating in the meeting to hear each other at the same time. Participation by such means shall be deemed to constitute presence in person at such a meeting.

### ARTICLE V

### NOTICES

### Section 1. Form; Delivery

Notices to directors and shareholders shall be in writing and may be delivered, except as otherwise provided in these By-laws, on 24-hours' prior written notice personally or by mail or nationally recognized overnight courier service or, to directors, by confirmed electronic mail, facsimile electronically confirmed, or by telegram.

### Section 2. Waiver

Whenever a notice is required to be given by any statute, the Certificate of Incorporation of the Corporation or these By-Laws, a waiver thereof in writing, signed by the person or persons entitled to such notice, whenever given, shall be deemed equivalent to such notice. In addition, any shareholder attending a meeting of shareholders in person or by proxy without protesting prior to or at the commencement of the meeting the lack of notice thereof to the shareholder, and any director attending a meeting of the Board of Directors of the Corporation without protesting such lack of notice prior to the meeting or at its commencement,

7

FTC01234

shall be conclusively deemed to have waived notice of such meeting.

## ARTICLE VI

### OFFICERS

#### Section 1. Officers

The officers of the Corporation shall be a Chairman of the Board of Directors, President, a Secretary and a Treasurer, and such other officers, including one or more Executive Vice-Presidents, Vice-Presidents, Assistant Secretaries, Assistant Treasurers or any other officers, as may be determined by the Board of Directors of the Corporation. Any two or more offices may be held by the same person. No officer, except the Chairman of the Board, need be a member of the Board of Directors.

#### Section 2. Authority and Duties

All officers, as between themselves and the Corporation, shall have such authority and perform such duties in the management of the Corporation as may be provided in these By-laws, or, to the extent not so provided, as may be provided by the Board of Directors of the Corporation or, as to all other officers except the Chairman of the Board of Directors, by the President.

#### Section 3. Term of Office; Removal

All officers shall be elected or appointed by the Board of Directors and shall hold office for such time as may be prescribed by the Board of Directors. Any officer or agent elected or appointed by the Board of Directors may be removed with or without cause at any time by the Board of Directors. The removal of an officer without cause shall be without prejudice to the officer's contractual rights, if any. The election or appointment of an officer shall not of itself create any contractual rights.

#### Section 4. Compensation

The compensation of all officers of the Corporation shall be fixed by the Board of Directors of the Corporation, and the compensation of agents shall either be so fixed or shall be fixed by officers thereunto duly authorized.

#### Section 5. Vacancies

If an office becomes vacant for any reason, the Board of Directors of the Corporation may fill the vacancy, and any officer so appointed or elected by the Board of Directors shall serve until the officer's successors are elected and qualified by the Board.

#### Section 6. The Chairman of the Board

FTC01235

The Chairman of the Board of Directors, if there be any, shall preside at all meetings of the shareholders and directors at which the Chairman of the Board of Directors is present, and shall have such other powers and duties as may from time to time be assigned by the Board of Directors of the Corporation.

Section 7. The President

Unless otherwise determined by the Board of Directors of the Corporation, the President shall be the chief executive officer of the Corporation; in the absence of the Chairman of the Board, or if there be no Chairman of the Board of Directors, the President shall preside at all meetings of the shareholders or directors at which the President is present; the President shall have general and active management and control of the business and affairs of the Corporation, subject to the control of the Board of Directors, and shall see that all orders and resolutions of the Board of Directors are carried into effect.

Section 8. The Executive Vice-President

The Executive Vice-President or, if there be more than one, the Executive Vice-Presidents in the order of priority determined by the Board of Directors of the Corporation, shall, in the absence or disability of the President, perform the duties and exercise the powers of the President, and shall generally assist the President and perform such other duties as the Board of Directors or the President shall prescribe.

Section 9. The Vice-President

The Vice-President or, if there be more than one, the Vice-Presidents in the order of priority determined by the Board of Directors of the Corporation, shall, in the absence or disability of the President or Executive Vice-President, perform the duties and exercise the powers of the President, and shall generally assist the President and perform such other duties as the Board of Directors or the President shall prescribe.

Section 10. The Secretary

The Secretary shall record, or cause to be recorded, all votes at meetings of the Board of Directors or shareholders of the Corporaiton, and shall keep or cause to be kept minutes of all corporate proceedings, and shall perform like duties for the standing committees when required. The Secretary shall give, or cause to be given, notice of all meetings of the shareholders and special meetings of the Board of Directors, and shall perform such other duties as may be prescribed by the Board of Directors or the President. The Secretary shall keep in safe custody the seal of the Corporation and, when authorized by the Board of Directors, affix the same to any instrument requiring it and, when so affixed, it shall be attested by the Secretary's signature or by the signature of the Treasurer or an Assistant Secretary or Assistant Treasurer. The Secretary shall keep in safe custody the certificate books and shareholder records and such other books and records as the Board of Directors may direct and shall perform all other duties incident to the office of the Secretary.

9

FTC01236

Section 11.  The Assistant Secretary

During the absence or disability of the Secretary, the Assistant Secretary, or, if there are more than one, the one so designated by the Secretary or by the Board of Directors of the Corporation, shall have all the powers and duties of the Secretary.

Section 12.  The Treasurer

The Treasurer shall have the care and custody of the corporate funds and other valuable effects, including securities, shall keep full and accurate accounts of receipts and disbursements in books belonging to the Corporation and shall deposit all moneys and other valuable effects in the name and to the credit of the Corporation in such depositories as may be designated by the Board of Directors of the Corporation.  The Treasurer shall disburse the funds of the Corporation as may be ordered by the Board of Directors, taking proper vouchers for such disbursements, and shall render to the President and directors, at the regular meeting of the Board of Directors, or whenever they may require it, an accounting of all his transactions as Treasurer and of the financial condition of the Corporation.

Section 13.  The Assistant Treasurer

During the absence or disability of the Treasurer, the Assistant Treasurer, or, if there be more than one, the one so designated by the Treasurer or by the Board of Directors, shall have all the powers and duties of the Treasurer.

Section 14.  Bonds

If the Board of Directors shall so require, any officer or agent of the Corporation shall give the Corporation a bond for such term, in such sum and with such surety or sureties as shall be satisfactory to the Board of Directors, for the faithful performance of the duties of the officer's or agent's office and for the restoration to the Corporation, in case of the officer's or agent's death, resignation, retirement or removal from office, of all books, papers, vouchers, money and other property of whatever kind in the officer's or agent's possession or under the officer's or agent's control belonging to the Corporation.


ARTICLE VII

PERSONAL LIABILITY

(a)    No director shall be personally liable in any respect to the Corporation or its shareholders for damages for any breach of duty in such capacity; provided, however, that this Article shall not eliminate or limit the liability of any director if a judgment or other final adjudication adverse to the director establishes (i) that the director's acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of law, (ii) that the director personally gained in fact a financial profit or other advantage to which the director was not

FTC01237

legally entitled or (iii) that the director's acts violated Section 719 of the New York Business Corporation Law.

(b)     Any repeal or modification of this Article shall not give rise to or increase the personal liability of any director for any act or omission taking place prior to such repeal or modification, or otherwise adversely affect any right or benefit of a director existing at the time of such repeal or modification.

(c)     The provisions of this Article shall not be deemed to limit or preclude indemnification of a director by the Corporation (i) for any liability which has not been eliminated by the provisions of this Article or (ii) the cost of defending any claim the liability for which has been eliminated hereby.


## ARTICLE VIII

## INDEMNIFICATION

The Corporation shall indemnify its directors and officers for acts taken or omitted to be taken on behalf of the Corporation to the full extent provided or permitted by the laws of the State of New York from time to time in effect. Without limiting the generality of the foregoing, the Corporation may provide for indemnification and advancement of expenses of directors and officers adjudicated liable in any civil or criminal action or proceeding, including one in the right of the Corporation to procure a judgment in its favor, for acts or decisions made by them in good faith while performing services for the Corporation. Such indemnification may be authorized by resolution of the Board of Directors or resolution of the shareholders or by agreement entered into with individual directors and officers.


## ARTICLE IX

## SHARE CERTIFICATES

Section 1.  Form; Signature

The certificates for shares of the Corporation shall be in such form as shall be determined by the Board of Directors of the Corporation and shall be numbered consecutively and recorded in the books of the Corporation as they are issued. Each certificate shall state: (i) that the Corporation has been formed under the laws of the State of New York and (ii) the registered holder's name and the number and class of shares; and shall be signed by the President or a Vice-President and the Secretary or an Assistant Secretary, or the Treasurer or an Assistant Treasurer, and shall bear the seal of the Corporation or a facsimile thereof. Where any such certificate is countersigned by a transfer agent, or registered by a registrar, the signature of any such officer may be a facsimile signature. In case any officer who signed, or whose facsimile signature or signatures were placed on any such certificate, shall have ceased to be such officer before such certificate is issued, it may nevertheless be issued by the Corporation with the same

80030054.4

11

FTC01238

effect as if such officer was an officer at the date of issue.

Section 2. Lost Certificates

The holder of any certificate representing shares of stock of the Corporation shall immediately notify the Corporation of any loss, destruction or mutilation of such certificate, and the Corporation may issue a new certificate of stock in the place of any certificate theretofore issued by it which the owner thereof shall allege to have been lost or destroyed or which shall have been mutilated, and the Corporation may, in its discretion, require such owner or the owner's legal representatives to give to the Corporation a bond in such sum, limited or unlimited, in such form and with such surety or sureties as the Board, in its absolute discretion, shall determine to indemnify the Corporation against any claim that may be made against it on account of the alleged loss or destruction of any such certificate, or the issuance of such new certificate. Anything to the contrary notwithstanding, the Corporation, in its absolute discretion, may refuse to issue any such new certificate, except pursuant to legal proceedings under the laws of the State of New York.

Section 3. Registration of Transfer

Upon surrender to the Corporation or any transfer agent of the Corporation of a certificate for shares duly indorsed or accompanied by proper evidence of succession, assignment or authority to transfer, it shall be the duty of the Corporation or such transfer agent to issue a new certificate to the person entitled thereto, cancel the old certificate and record the transaction upon its books.

Section 4. Registered Shareholders

Except as otherwise provided by law, the Corporation shall be entitled to recognize the exclusive right of a person registered on its books as the owner of shares to receive dividends or other distributions and to vote as such owner, and the Corporation shall be entitled to hold liable for calls and assessments a person registered on its books as the owner of shares and shall not be bound to recognize any equitable or legal claim to or interest in such share or shares on the part of any other person, whether or not the Corporation has actual or other notice thereof.

Section 5. Record Date

For the purpose of determining the shareholders entitled to notice of or to vote at any meeting of shareholders or any adjournment thereof, or to express consent to or dissent from any proposal without a meeting, or for the purpose of determining shareholders entitled to receive payment of any dividend or the allotment of any rights, or for the purpose of any other action affecting the interests of shareholders, the Board of Directors of the Corporation may fix, in advance, a record date. Such date shall not be more than 60 nor less than ten days before the date of any such meeting, nor more than 60 days prior to such other action.

In each such case, except as otherwise provided by law, only such persons as shall

FTC01239

be shareholders of record on the date so fixed shall be entitled to notice of, and to vote at, such meeting and any adjournment thereof, or to express such consent or dissent, or to receive payment of such dividend or such allotment of rights, or otherwise to be recognized as shareholders for the relevant purpose, notwithstanding any registration of transfer of shares on the books of the Corporation after any such record date so fixed.

ARTICLE X

GENERAL PROVISIONS

Section 1. Fiscal Year

      The fiscal year of the Corporation shall begin on December 1 and end on November 30 in each year; provided, however, that such fiscal year may be changed by resolution of the Board of Directors.

Section 2. Dividends

      Subject to any provisions of the Certificate of Incorporation of the Corporation and the laws of the State of New York, dividends upon the outstanding shares of the Corporation may be declared by the Board of Directors of the Corporation at any regular or special meeting and may be paid in cash, property or shares of the capital stock of the Corporation.

Section 3. Reserves

      Before payment of any dividend, there may be set aside out of any funds of the Corporation lawfully available for dividends such sum or sums as the Board of Directors of the Corporation may from time to time, in its absolute discretion, deem proper as a reserve fund to meet contingencies, or for equalizing dividends, or for repairing or maintaining any property of the Corporation, or for such other purposes as the Board of Directors may deem conducive to the interests of the Corporation, and the Board of Directors may modify or abolish any such reserve in the manner in which it was created.

Section 4. Checks; Obligations

      All checks, demands for money and notes or other instruments evidencing indebtedness or obligations of the Corporation shall be signed by such officer or officers, or such other person or persons, as the Board of Directors of the Corporation may from time to time designate.

Section 5. Seal

      The corporate seal of the Corporation shall have inscribed thereon the name of the



80030054.4

13

FTC01240

Corporation, the year of its organization and the words "Corporate Seal" and "New York." The seal may be used by causing it or a facsimile thereof to be impressed or affixed or otherwise reproduced.

## ARTICLE XI

## AMENDMENTS

### Section 1. Power to Amend

The shareholders of the Corporation entitled at the time to vote in the election of any directors shall have power to amend, repeal or adopt By-laws at any annual or special meeting of shareholders. The Board of Directors of the Corporation shall have power to amend, repeal or adopt By-laws at any regular or special meeting of the Board of Directors; provided, however, that any By-law adopted by the shareholders may be amended or repealed solely by the shareholders entitled at the time to vote in the election of any director.

### Section 2. Amendment Affecting Election of Directors; Notice

If any By-law regulating an impending election of directors is adopted, amended or repealed by the Board of Directors of the Corporation, there shall be set forth in the notice of the next meeting of shareholders for the election of directors the By-law so adopted, amended or repealed, together with a concise statement of the changes made.

## ARTICLE XII

## CONTRACTS, CHECKS, LOANS, DEPOSITS, ETC.

### Section 1. Contracts

The Board of Directors of the Corporation may authorize any officer or officers, agent or agents, in the name and on behalf of the Corporation, to enter into any contract or to execute and deliver any instrument, which authorization may be general or confined to specific instances; and, unless so authorized by the Board of Directors, no officer, agent or employee shall have any power or authority to bind the Corporation by any contract or engagement or to pledge its credit or to render it liable pecuniarily for any purpose or for any amount.

### Section 2. Checks, etc.

All checks, drafts, bills of exchange or other orders for the payment of money out of the funds of the Corporation, and all notes or other evidences of indebtedness of the Corporation, shall be signed in the name and on behalf of the Corporation in such manner as shall from time to time be authorized by the Board of Directors of the Corporation, which authorization may be general or confined to specific instances.

80030054:4

14

FTC01241

Section 3.  Loans

No loan shall be contracted on behalf of the Corporation, and no negotiable paper shall be issued in its name, unless authorized by the Board of Directors of the Corporation, which authorization may be general or confined to specific instances.  All bonds, debentures, notes and other obligations or evidences of indebtedness of the Corporation issued for such loans shall be made, executed and delivered as the Board of Directors shall authorize.

Section 4.  Deposits

All funds of the Corporation not otherwise employed shall be deposited from time to time to the credit of the Corporation in such banks, trust companies or other depositaries as may be selected by or in the manner designated by the Board of Directors of the Corporation. The Board of Directors or its designees may make such special rules and regulations with respect to such bank accounts, not inconsistent with the provisions of the Certificate of Incorporation of the Corporation or these By-laws, as they may deem advisable.

80030054;4

15

FTC01242