

**FORENSIC ACCOUNTANTS**

**MATSON DRISCOLL & DAMICO LLP**
CERTIFIED PUBLIC ACCOUNTANTS

10 High Street; Suite 1000 · Boston, MA 02110
T 617.426.1551  F 617.426.6023  W mdd.com

# UNITED STATES DISTRICT COURT
## Northern District of Illinois
## Eastern Division

FTC/STATE OF FLORIDA
   Plaintiff

vs.

LIFEWATCH INC. D/B/A
LIFEWATCH USA D/B/A
MEDICAL ALARM SYSTEMS
&
EVAN SIRLIN, et al.

Case No.:
15 C 5781

---

**Expert Report**

**December 15, 2017**

Kevin Flaherty CPA, CVA
Partner
Matson Driscoll & Damico, LLP
10 High Street; Suite 1000
Boston, MA 02110
(617) 426-1551

CONFIDENTIAL

**STATEMENT OF KEVIN FLAHERTY:**

I, Kevin Flaherty, CPA, CVA, am a partner at MATSON DRISCOLL & DAMICO, LLP, 10 High Street, Boston, Massachusetts. For the past 25 plus years my practice has focused on the area of forensic accounting, lost profits, economic damages and business valuations. I have enclosed a copy of my current curriculum vitae and a summary of my prior testimony as Attachment A and B to this report.

The opinions set forth herein, are based on my review of the material produced in the course of this litigation, as well as my education, background, training and expertise in the measurement of damages. My opinions are given to a reasonable degree of professional certainty.

I reserve the right to update my report to the extent additional information is provided, or further analysis is required, and to the extent the plaintiffs present findings that address, among other things, the profitability or financial results of Lifewatch et al.

**SOURCES OF INFORMATION:**

In developing my opinion, I have relied upon the information summarized on Attachment C.

**SCOPE:**

I have performed a limited review of customer accounts applicable to 5 telemarketers/sellers from which Lifewatch acquired customer accounts. These accounts are for World Wide Info Services Inc. and entities that are purportedly affiliated; see Schedule 1 for the specific names of third-party companies included in our review. The data provided was previously extracted by Lifewatch from its systems, and includes the customer created date, customer name, payment method, last transaction date and last transaction amount. The data included 93,752 customer accounts.

My scope of review was to determine if Lifewatch made a profit or loss on these accounts and to determine, among other things, refunds and chargebacks.

**MDD ANALYSIS DIRECT PROFIT/LOSS:**

In general terms, to determine if Lifewatch made a profit or loss on these accounts it is necessary to determine the revenue the account generated, and deduct the direct costs associated with the account. I have not considered any corporate overhead expenses at this time, as they are not directly attributable to a specific customer account. However, corporate overhead expenses are certainly expenses that need to be considered when evaluating overall company profit.

In the following paragraphs I will discuss the specific method utilized to arrive at the direct profit or loss related to these customers.

Revenue – The revenue earned from a customer is based on the length of time a customer was active multiplied by Lifewatch's monthly fee for service. We have not considered any equipment



charge fees etc., and as such are handled separately and discussed subsequently. To determine the length of time a customer was active we compared the "customer create date" to "last transaction date". We then multiplied this time period by the "last transaction" amount to arrive at total revenue. The "last transaction amount" represents the customer's normal monthly charge for services. We considered a proration of the monthly charge for any customer that canceled mid month after 30 days of service. Lastly, we determined that the last transaction amount is not an accurate representation of the monthly charges for some of the data, as it was inordinately low or high, and not consistent with a monthly service fee. Therefore, we have estimated the monthly fee for these customers and identified them on our summary schedule as "adjusted transactions". These were only 10,416 of the 93,752 transactions, and not material to our conclusion. There are also 3,863 accounts with no amount in the last transaction. We have excluded these accounts from our analysis, and do not feel they are material to our conclusion.

Refunds to Customers – Based on its policies and contracts with the customers, Lifewatch refunds any customer that cancels within 30 days. Accordingly, we have considered customer refunds for any cancellation up to 30 days between last transaction date and customer create date. As illustrated on Schedule 1, this model results in 65,913 refunds totaling at least $2,999,628.

Seller Charge – The third party sales companies [World Wide Info Services et al] charge $350 for every customer acquired by Lifewatch. However, if the customer canceled within 90 days Lifewatch was entitled to a refund, or a credit applied to future contracts. Therefore, for every account that exceeded 90 days we have applied a cost of $350, and no seller cost to Lifewatch if the customer canceled within 90 days.

Credit Card Processing Fee – The data provided included an indication of the payment method the customer utilized. Any customer that paid by credit card we have included a 3% cost, and if the customer paid by ACH we have used .50% cost.

Monthly Monitoring – Lifewatch contracts with a monitoring company for each new customer. Based on our conversation with Evan Sirlin and the monitoring agreements, this service fee ranges based on the type of connections [cellular, wifi etc.] We have used $10 per month for any customer with a monthly fee of 34.95 or greater, and $4.50 per month for service fees less than 34.95. We have reflected this as a cost, pro rating for any months that were not full months. Pro rating the cost assumes the monitoring company provided a credit to Lifewatch for any less than full months. If the monitoring company charged Lifewatch the full month, it would increase the costs, and increase the calculated net loss.

## MDD ANALYSIS ACCOUNT DETAIL:

The above analysis consists of 93,752 customer accounts and is summarized on Schedule 1. In addition, on Schedule 2 we have demonstrated the life span of the customer accounts. For example, there were 49,964 accounts from World Wide Services Inc, however 28,713 were canceled on the same day, and 28,713 in less than 30 days. It was Lifewatch's policy to refund these customers of less than 30 days for all charges. This further demonstrates that Lifewatch did not make profits on these accounts.



Page 4
December 15, 2017
FTC/State of Florida. v Lifewatch et al

## MDD ANALYSIS CUSTOMER SERVICE:

The above calculation is based solely on the direct costs related to a customer's account. However, Lifewatch also has an internal customer service department to interact with customers. We have captured this cost separately, below the line, at $1 per month per account. The $1 per account per month is an estimated minimum charge. This type of cost allocation is a customary cost accounting principle although it may ultimately be necessary to refine the appropriate charge upward.

## MDD ANALYSIS EQUIPMENT COST:

Lifewatch sends the equipment to new customers. Based on discussions with management it is our understanding that a substantial portion of the customers did not return the equipment. We have estimated this loss on equipment value by assuming 50% of the 93,752 customers did not return the equipment. The cost of the equipment is approximately $150. Thus, this results in a loss of at least $7.03M to Lifewatch and, assuming a retail value of $300, a benefit of approximately $14M to the customers.

## CONCLUSIONS

Based on an analysis of direct costs for 93,752 customers it is apparent that Lifewatch lost at least $1,470,190 on a direct basis or $1,774,568 after consideration of internal customer service costs. This is before any consideration of corporate indirect costs [management, accounts payable, rent etc.]

Lastly, Lifewatch also lost $7.03M on equipment that was not recovered on these accounts.

## STATEMENT OF LIMITING CONDITIONS

Neither MATSON DRISCOLL & DAMICO, LLP nor I have a present or contemplated financial interest in any of the parties involved in this litigation. My compensation is based on a current rate of $350.00 per hour and is in no way contingent upon the results of my opinion. I reserve the right to supplement this report in the event additional information is produced by any of the parties in this litigation.



Respectfully Submitted,

*Kevin M Flaherty*

Kevin M. Flaherty CPA, CVA
Partner
Matson, Driscoll & Damico, LLP





# APPENDIX A

## Curriculum Vitae of Kevin Flaherty

In the matter of

FTC/STATE OF FLORIDA

v.

LIFEWATCH INC. ET AL

Case No.: 15 c 5781

December 15, 2017



**FORENSIC ACCOUNTANTS**

## Kevin M. Flaherty | CPA, CVA | Partner

T 617.426.1551 • F 617.426.6023 • E kflaherty@mdd.com • 10 High Street, Suite 1000 • Boston, MA 02110

**Position**

Matson, Driscoll & Damico, LLP – (1988 – Present)

**Professional Experience**

> Involved in hundreds of engagements involving the evaluation and quantification of damages, including lost profits, extra expenses, major construction costs, stock and contents, and employee theft/embezzlement. These damages have ranged in magnitude from under $5,000 to in excess of $300 million.
> Involved in audit of reinsurance programs, including analysis of financial statements of insurance companies, holding companies and captives.
> Involved in personal injury matters.
> Assignments involving the tracking of funds such as ponzi scheme, fraud, employee dishonesty, in various businesses including broker dealers and other financial institutions.
> Involved in the determination of the value of businesses for use in stockholder disputes divorce and other matters.
> Involved in matters involving stock purchase/buy sell agreements.
> Involved in partnership/shareholder disputes including analysis of internal financial reporting systems.
> Involved in class action matters including damage evaluation, class certification and modeling
> Appointed Special Master in Massachusetts Superior court for the purpose of calculating the amounts due under various judgments involving partnership/shareholder disputes.
> Worked directly with work out/problem loan units of commercial lending institutions to provide assurances as to collateral value, as well as the borrowing corporations abilities to meet immediate obligations, and generate short & long-term cash flows.
> Retained on behalf of the insurance carrier or the insured/plaintiff in reference/arbitration cases, acting as either a referee/representative or umpire.
> Retained in GM automotive dealership termination arbitrations as set forth by the United States Congress related to GM bankruptcy and Federal TARP funds.
> Involved in the measurement of damages attributable to potential environmental contamination, including impact on use as collateral in refinancing.
> Involved in the measurement of damages attributable to wrongful termination and sexual discrimination claims.
> Involved in the measurement of damages arising from violation of the Lanham Act.
> Retained as an expert witness in the area of accounting and damage evaluation, including admission as an expert witness in Federal court, as well as New Hampshire & Massachusetts Superior courts.
> Involved in the measurement and evaluation of costs on major highway and tunnel construction and building construction costs.
> Involved in multiple cases requiring the evaluation of financial condition of individuals and corporations in determination of a potential motive for arson.
> Extensive exposure to numerous industries including, but not limited to, paper and lumber, professionals, retail operations, utilities, high technology, etc.
> Involved in numerous cases in a "litigation support" role including review and analysis of transcripts, preparation of inquiries of witnesses under oath and expert testimony, preparation of experts reports, assistance with all aspects of discovery including preparation of document responses and propounding document requests.
> Speaker at various ABA meetings, law firms and insurance companies in the area of forensic accounting and Damages.

**Certifications & Memberships**

Certified Public Accountant
Certified Valuation Analyst

**Education**

1988 Bachelor of Business of Science in Business Administration -Accounting – Babson College – Wellesley, MA



# APPENDIX B

## Testimony of Kevin Flaherty (Preceding 4-Years)

In the matter of

FTC/STATE OF FLORIDA

v.

LIFEWATCH INC. ET AL

Case No.: 15 c 5781

December 15, 2017



**FORENSIC ACCOUNTANTS**

## Kevin M. Flaherty | CPA, CVA | Partner

T 617.426.1551 • F 617.426.6023 • E kflaherty@mdd.com • 10 High Street, Suite 1000 • Boston, MA 02110

## Summary of Expert Testimony

- Kraft Power Corp. v. General Electric Company d/b/a GE Energy and Dresser, Inc.
    - Subject Matter: Distributor Dispute
    - Case Location: International Centre of Dispute Resolution, American Arbitration Association
    - Case Number: 0 155 T 00757 11
    - Nature of Testimony: Written Report and Testimony at Arbitration
    - Date: December 2013

- Hagen v. Village of Washingtonville
    - Subject Matter: Damages/Business Valuation/Financial
    - Case Location: US District Court - Southern District of New York
    - Case Number: 11-8496
    - Nature of Testimony: Written Report and Deposition
    - Date: February 2014

- Massachusetts Mutual v. Certain Underwriters at Lloyds
    - Subject Matter: Bernie Madoff - Financial Institutional Bond
    - Case Location: Delaware Chancellory Court
    - Case Number: C.A. No. N10C-11-219-FSS[CCLD]
    - Nature of Testimony: Written Report and Deposition
    - Date: August 2014

- Browning-Ferris Industries, Inc., et al. v. Certain Underwriters at Lloyd's, London, et al.
    - Subject Matter: Lost Profits
    - Case Location: 215th Judicial District Court of Harris County, Texas
    - Case Number: 1998-56362
    - Nature of Testimony: Deposition
    - Date: December 2014

- Dane Shulman vs. Peerless Insurance
    - Subject Matter: Lost Profits
    - Case Location: Masachusetts Reference Proceeding
    - Case Number:
    - Nature of Testimony: Written Report and Testimony
    - Date: June 2015

- Lerado vs. Medical Monitoring
    - Subject Matter: Buy/Sell Dispute Stock Purchase Agreement
    - Case Location: Arbitration - Philadelphia, PA
    - Case Number:
    - Nature of Testimony: Written Report and Testimony
    - Date: June 2015



**FORENSIC ACCOUNTANTS**

## Kevin M. Flaherty | CPA, CVA | Partner

T 617.426.1551 • F 617.426.6023 • E kflaherty@mdd.com • 10 High Street, Suite 1000 • Boston, MA 02110

## Summary of Expert Testimony Cont'd

- > Scotty Thyng v. The City of Quincy
    - Subject Matter: Investment Returns
    - Case Location: Norfolk Superior Court
    - Case Number: Civil Action No. 2010-01449-B
    - Nature of Testimony: Written Report and Testimony
    - Date: December 2015

- > National Manufacturing Co., Inc. v. Citizens Insurance Company of America
    - Subect Matter: Business Valuation
    - Case Location: US District Court - District of New Jersey
    - Case Number: 13cv314(WJM)(MF)
    - Nature of Testimony: Written Report and Deposition
    - Date: January 2016

- > Miray Medical Center v. Togar Realty LLC
    - Subect Matter: Lost Profits
    - Case Location:
    - Case Number:
    - Nature of Testimony: Written Report and Testimony
    - Date:

- > Handong Wen v. Robert E. Willis & Foxcode, Inc.
    - Subect Matter: Merchant Banking/Shareholder Dispute
    - Case Location: US District Court - District of Pennsylvania
    - Case Number: 15-1328
    - Nature of Testimony: Written Report and Deposition
    - Date: August 2016

- > Anixter v. Wholesale Electric Supply
    - Subect Matter: Damages Intellectual Property
    - Case Location: US District Court Souther District of Texas - Houston Division
    - Case Number: 4:15-cv-03133
    - Nature of Testimony: Expert Report, Deposition
    - Date: October 25, 2016

- > Farnassure LLC v MDOW Insurmance and Columbia Lloyds Insurance
    - Subect Matter: Forensics/Business Valuation/Lost Profits
    - Case Location: Arbitration - Houston
    - Case Number:
    - Nature of Testimony: Expert Report, Testimony at Arbitration
      Date: January 19, 2017



# APPENDIX C

## Sources of Information

In the matter of

FTC/STATE OF FLORIDA

v.

LIFEWATCH INC. ET AL

Case No.: 15 c 5781

December 15, 2017



# SOURCES OF INFORMATION

1) Declaration of Christopher Hendriksen dated May 4, 2015.
2) PERS Provider Agreement dated November 7, 2000.
3) Nationwide Digital Monitoring Co. Installer Contract dated December 28, 2006.
4) Security Partners Dealer Application dated April 10, 2012.
5) Valued Relationships Inc. Electronic Home Response Services Agreement dated November 6, 2008.
6) Connect America Online.Com LLC Amended & Restated Marketing Alliance Agreement dated January 1, 2013.
7) Lifewatch, Inc. 2011 annual profit & loss statement.
8) Lifewatch, Inc. balance sheet dated December 31, 2011.
9) Lifewatch, Inc. 2012 annual profit & loss statement.
10) Lifewatch, Inc. balance sheet dated December 31, 2012.
11) Weekly payout questionnaire.
12) Lifewatch product & fee descriptions.
13) Lifewatch, Inc. balance sheet dated December 31, 2013.
14) Lifewatch, Inc. 2013 annual profit & loss statement.
15) Marking Alliance Agreement between Connect America.com LLC & Lifewatch Inc. dated August 31, 2012.
16) Lifewatch, Inc. 2014 annual profit & loss statement.
17) Lifewatch, Inc. 2011 federal income tax return.
18) Lifewatch, Inc. 2012 federal income tax return.
19) Lifewatch, Inc. monthly balance sheet – December 2013 thru September 2014.
20) Lifewatch, Inc. statement of cash flows – December 2013 thru July 2014.



# APPENDIX D

## REPORT SCHEDULES

In the matter of

FTC/STATE OF FLORIDA

v.

LIFEWATCH INC. ET AL

Case No.: 15 c 5781

December 15, 2017

Schedule Summary
Page 1 of 2

**Summary of Transactions**
FTC v. Lifewatch

| Seller | Number of Accounts | Number of Refunds | Revenue | | Seller Charge | Operating Fees | | | | | Net Gain (Loss) | MDD Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Charges | Refunds to Customer | | Payment Method | | | Monitoring Fees | | | |
| | | | ***** (see Note 1) ***** | | | Credit Card | ACH | Other | Monthly | SIM Card | | |
| | | | | | (see Note 2) | ***** (see Note 3) ***** | | | ***** (see Note 4) ***** | | | |
| **American Innovative Concepts** | | | | | | | | | | | | |
| Last Transactions | 18,221 | 7,991 | $ 2,027,519 | $ 291,110 | $ 1,795,500 | $ 43,304 | $ 1,926 | $ - | $ 250,286 | $ - | $ (354,606) | |
| Adjusted Transactions | 3,151 | 485 | 734,920 | 17,470 | 793,800 | 14,060 | 524 | - | 130,105 | - | (221,038) | Note 5 |
| No Transaction Detail | 776 | - | - | - | - | - | - | - | - | - | - | |
| Subtotal | 22,148 | 8,476 | 2,762,439 | 308,580 | 2,589,300 | 57,363 | 2,450 | - | 380,390 | - | (575,644) | |
| **The Credit Voice** | | | | | | | | | | | | |
| Last Transactions | 3,074 | 2,293 | 200,864 | 76,349 | 148,400 | 4,517 | 232 | - | 30,889 | - | (59,523) | |
| Adjusted Transactions | 271 | 78 | 55,392 | 2,296 | 50,400 | 1,080 | 82 | - | 9,918 | - | (8,384) | Note 5 |
| No Transaction Detail | 130 | - | - | - | - | - | - | - | - | - | - | |
| Subtotal | 3,475 | 2,371 | 256,257 | 78,645 | 198,800 | 5,597 | 315 | - | 40,807 | - | (67,907) | |
| **Global Interactive Technologies** | | | | | | | | | | | | |
| Last Transactions | 8,583 | 3,552 | 1,022,724 | 90,354 | 896,000 | 20,011 | 1,200 | - | 138,114 | - | (122,955) | |
| Adjusted Transactions | 3,187 | 819 | 744,765 | 81,091 | 650,650 | 14,649 | 568 | - | 110,383 | - | (112,576) | Note 5 |
| No Transaction Detail | 506 | - | - | - | - | - | - | - | - | - | - | |
| Subtotal | 12,276 | 4,371 | 1,767,489 | 171,445 | 1,546,650 | 34,660 | 1,768 | - | 248,498 | - | (235,532) | |
| **National Life Network** | | | | | | | | | | | | |
| Last Transactions | 5,336 | 3,249 | 424,523 | 67,397 | 461,650 | 9,982 | 302 | - | 51,307 | - | (166,115) | |
| Adjusted Transactions | 653 | 44 | 143,446 | 1,811 | 193,200 | 3,557 | 81 | - | 31,144 | - | (86,347) | Note 5 |
| No Transaction Detail | 180 | - | - | - | - | - | - | - | - | - | - | |
| Subtotal | 6,169 | 3,293 | 567,969 | 69,208 | 654,850 | 13,539 | 383 | - | 82,451 | - | (252,462) | |
| **World Wide Info Services** | | | | | | | | | | | | |
| Last Transactions | 44,249 | 44,238 | 2,085,139 | 2,081,430 | 3,150 | 47,248 | 2,379 | - | 218,171 | - | (267,240) | |
| Adjusted Transactions | 3,164 | 3,164 | 290,519 | 290,519 | - | 6,496 | 310 | - | 64,600 | - | (71,405) | Note 5 |
| No Transaction Detail | 2,271 | - | - | - | - | - | - | - | - | - | - | |
| Subtotal | 49,684 | 47,402 | 2,375,659 | 2,371,950 | 3,150 | 53,744 | 2,689 | - | 282,771 | - | (338,645) | |
| Total | 93,752 | 65,913 | $ 7,729,812 | $ 2,999,828 | $ 4,992,750 | 164,903 | 7,604 | $ - | $ 1,034,916 | $ - | $ (1,470,190) | |

Total Gain (Loss): $ (1,470,190)

Plus: Customer Service Fees
American Innovative Concepts 120,074
The Credit Voice 9,527
Global Interactive Technologies 77,103
National Life Network 520
World Wide Info Services 97,155
Subtotal 304,378

Total Gain (Loss) Plus Customer Service Fees $ (1,774,568)

MDD FORENSIC ACCOUNTANTS

**Summary of Transactions**
FTC v. Lifewatch

| Seller | Number of Accounts | Number of Refunds | Revenue | | Seller Charge | Operating Fees | | | | Net Gain (Loss) | MDD Notes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Total Charges | Refunds to Customer | | Payment Method | | Other | Monitoring Fees | | |
| | | | | | | Credit Card | ACH | | Monthly | SIM Card | |
| Plus: Equipment Not Returned | | | | | | | | | | | |
| American Innovative Concepts | 22,148 | 150 | Average Equipment Cost | | | | | | | | $ 1,661,100 | Note 6 |
| The Credit Voice | 3,475 | 150 | Average Equipment Cost | | | | | | | | 260,625 | |
| Global Interactive Technologies | 12,276 | 150 | Average Equipment Cost | | | | | | | | 920,700 | |
| National Life Network | 6,169 | 150 | Average Equipment Cost | | | | | | | | 462,675 | |
| World Wide Info Services | 49,684 | 150 | Average Equipment Cost | | | | | | | | 3,726,300 | |
| Subtotal | 93,752 | 750 | | | | | | | | | 7,031,400 | |
| Grand Total | | | | | | | | | | | $ (8,805,968) | |

NOTES to SCHEDULE 1:

Note 1: We have calculated Total Charges by determining the number of days a customer remained active and prorated the monthly rate accordingly. However, it is our understanding that Lifewatch issues a refund to customers whose last transaction date is within 30 days of their initial purchase, for these customers we have assumed the amount paid transaction date to determine the amount of refund.

Note 2: Lifewatch is charged a fixed rate of $350 per customer, however, a credit is issued by the vendor for the fee if a customer cancels their subscription within 90 days of the initial purchase, consistent with each vendor's contract.

Note 3: We have calculated fees associated with each payment method by multiplying the a rate of 3% or 0.5% for payments via Credit Card and ACH respectively.

Note 4: We have estimated monitoring fees of $0.33 and $0.15 per day for cellular and non-cellular monitoring respectively based on the average monthly rate.

Note 5: We have used a monthly average charge of $150 per vendor for the transactions in which the last charge included a piece of equipment.

Note 6: It is our understanding that all customers must return their equipment to Lifewatch upon cancellation of their subscription. We have estimated that only 50% of customers return the equipment. We have calculated Lifewatch's cost per piece of equipment based on an average of returned transactions.

MDD FORENSIC ACCOUNTANTS

Schedule 2
Page 1 of 1

## Analysis of Customer Duration
FTC v. Lifewatch

| Vendor | Number of Accounts | 0 Days | 1 - 30 Days | 31 - 60 Days | 61- 90 Days | 91 Days - 6 Months | 6 Months - One Year | Beyond One Year |
|---|---|---|---|---|---|---|---|---|
| American Innovative Concepts | 22,148 | 4,615 | 4,826 | 4,288 | 1,033 | 1,573 | 5,632 | 181 |
| The Credit Voice | 3,475 | 2,130 | - | - | 126 | 219 | 209 | 113 |
| Global Interactive Technologies | 12,276 | 2,485 | - | - | 592 | 948 | 2,389 | 1,079 |
| National Life Network | 6,169 | 1,599 | - | - | 235 | 388 | 1,482 | - |
| World Wide Info Services | 49,684 | 28,713 | - | - | 1,452 | 1,650 | 1,169 | 1,138 |
| Total | 93,752 | 39,542 | 4,826 | 4,288 | 3,438 | 4,778 | 10,881 | 2,511 |

