## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | ) ) ) ) ) | Case No. 15cv5781 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Gary Feinerman |
| LIFEWATCH INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS, | ) ) ) ) | |
| SAFE HOME SECURITY, INC., a Connecticut corporation, | ) ) ) | **AFFIDAVIT OF EVAN SIRLIN** |
| MEDGUARD ALERT, INC., a Connecticut corporation, | ) ) ) | |
| EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc., | ) ) ) | |
| MITCHEL MAY, individually and as an officer or manager of Lifewatch Inc., and | ) ) ) | |
| DAVID ROMAN, individually and as an officer or manager of Lifewatch Inc., Safe Home Security, Inc., and Medguard Alert, Inc. Defendants. | ) ) ) ) ) | |

I, Evan Sirlin, of full age and being duly sworn, say:

1. I am a New York resident and I am over the age of 18. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to the facts set forth herein.

2. During the time in which Lifewatch provided equipment at no cost to customers acquired from the Worldwide entities throughout 2012 and 2013, approximately 50% of the customers who received the equipment and cancelled did not return the equipment to Lifewatch. These customers received a refund and kept the equipment at Lifewatch's expense.

3. The equipment that Lifewatch ships to customers is always active and ready to use upon receipt. Lifewatch's policy has always been to sign the customer up with the monitoring contractor upon Lifewatch's acquisition of the customer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 26, 2017

_____
Evan Sirlin