## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Federal Trade Commission, et al.

Plaintiff,

v.                                                  Case No.: 1:15−cv−05781
                                                    Honorable Gary Feinerman

Lifewatch INC., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 29, 2017:

     MINUTE entry before the Honorable Gary Feinerman: The Clerk is directed to terminate Dkt. 242 as a motion because it is not, in fact, a motion. Plaintiff's motion to seal [285] is granted. Plaintiffs may file under seal the designated materials, so long as they publicly file redacted versions of those materials. Motion hearing set for 1/8/2018 [286] is stricken. Defendants' joint motion to file Exhibits P, Q and R under seal [287] is granted. Medguard Defendants may file under seal the designated materials, so long as they publicly file redacted versions of those materials. Motion hearing set for 1/8/2018 [288] is stricken. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.