# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
## Eastern Division

Federal Trade Commission, et al.

                    Plaintiff,

v.                                                         Case No.: 1:15−cv−05781

                                                                  Honorable Gary Feinerman

Lifewatch INC., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 9, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Because a summary judgment briefing schedule has already been set [240] and the court, having reviewed the motions, does not see any issue that would warrant a hearing before briefing is concluded, the status hearing set for 1/10/2018 [236] is stricken and re−set for 3/22/2018 at 9:00 a.m. By 1/23/2018, the parties shall contact the Courtroom Deputy with mutually agreeable trial weeks from August 2018 through October 2018.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.