## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FEDERAL TRADE COMMISSION; and )
STATE OF FLORIDA, OFFICE OF THE )
ATTORNEY GENERAL, DEPARTMENT )
OF LEGAL AFFAIRS, )
       Plaintiffs, )     Case No.  15 cv 5781
v. )
 )     Honorable Gary Feinerman
LIFEWATCH INC., a New York corporation, )
also d/b/a LIFEWATCH USA and MEDICAL )
ALARM SYSTEMS; SAFE HOME SECURITY )
INC., a Connecticut corporation; MEDGUARD )
ALERT, INC., a Connecticut corporation; EVAN )
SIRLIN, individually and as an officer or manager )
of Lifewatch Inc.; MITCHEL MAY, individually )
and as an officer or manager of Lifewatch Inc.; )
and DAVID ROMAN, individually and as an )
officer or manager of Lifewatch Inc., Safe Home )
Security, Inc., and Medguard Alert, Inc. )
       Defendants. )

## NOTICE OF MOTION

TO:    See Attached Service List

     **PLEASE TAKE NOTICE** that on **January 25, 2018 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead, in Room 2125, at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Defendants' Joint Motion Requesting an Extension of Time**, a copy of which is served upon you.

                         */s/ Joelle M. Shabat*

Brian W. Bell, Esq. (ARDC #0160431)
Joelle M. Shabat, Esq. (ARDC #6313951)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
(312) 321-0990 – Fax
bbell@smbtrials.com
jshabat@smbtrials.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **January 19, 2018**, I electronically filed **Defendants' Joint Motion Requesting an Extension of Time** with the Court using the CM/ECF system, which will automatically send copies to any party or attorney of record in the case (also see attached Service List).

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

_____/s/  Linda M. Shockley_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, <br><br> Plaintiffs, <br><br> v. <br><br> LIFEWATCH INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS; SAFE HOME SECURITY INC., a Connecticut corporation; MEDGUARD ALERT, INC., a Connecticut corporation; EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc.; MITCHEL MAY, individually and as an officer or manager of Lifewatch Inc.; and DAVID ROMAN, individually and as an officer or manager of Lifewatch Inc., Safe Home Security, Inc., and Medguard Alert, Inc. <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 15 cv 5781 ) ) Honorable Gary Feinerman ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## SERVICE LIST

David A. O'Toole, Esq.
Samantha C. Gordon, Esq.
Federal Trade Commission, Midwest Region
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5633
(312) 960-5600 – Fax
dotoole@ftc.gov
sgordon@ftc.gov
*Attorneys for Federal Trade Commission*


Denise K. Beamer, Esq. *(pro hac vice)*
Kristen K. Johnson, Esq. *(pro hac vice)*
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
135 West Central Boulevard, Suite 670
Orlando, Florida 32801
(407) 316-4840
(407) 245-0365 – Fax
denise.beamer@myfloridalegal.com
kristen.johnson@myfloridalegal.com
*Attorneys for State of Florida; Office of the Attorney General*

Joseph Lipari, Esq. *(pro hac vice)*
The Sultzer Law Group
14 Wall Street, 20th Floor
New York, New York 10005
(212) 618-1938
liparij@thesultzerlawgroup.com
*Attorneys for Lifewatch, Inc., Evan Sirlin, and Mitchel May*


Jason P. Sultzer, Esq. *(pro hac vice)*
The Sultzer Law Group
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
(845) 705-9460
(888) 749-7747 – Fax
sultzerj@thesultzerlawgroup.com
*Attorneys for Lifewatch, Inc., Evan Sirlin, and Mitchel May*