# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Federal Trade Commission, et al.

                            Plaintiff,

v.                                              Case No.: 1:15−cv−05781
                                             Honorable Gary Feinerman

Lifewatch INC., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time [313] is denied. The court already granted in part [311] Defendants' prior motion [308]. As matters now stand, Defendants will have had just shy of two months to respond to Plaintiffs' summary judgment motion, and they have more than a month to go. Motion hearing set for 1/29/2018 [314] is stricken. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.