UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, <br><br> Plaintiffs, <br><br> v. <br><br> LIFEWATCH INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS, <br><br> SAFE HOME SECURITY, INC., a Connecticut corporation, <br><br> MEDGUARD ALERT, INC., a Connecticut corporation, <br><br> EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc., <br><br> MITCHEL MAY, individually and as an officer or manager of Lifewatch Inc., and <br><br> DAVID ROMAN, individually and as an officer or manager of Lifewatch Inc., Safe Home Security, Inc., and MedGuard Alert, Inc. <br> Defendants. | Case No. 15-cv-5781 <br><br> Judge Gary Feinerman |

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE AN OVERSIZED RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS

Defendants, through their counsel, respectfully move this Honorable Court for leave to file additional statements of fact beyond the forty (40) assertions of additional fact imposed by Local Rule 56.1(b)(3)(c). In support thereof, Defendants state as follows:

1. On December 27, 2017, the parties filed motions for summary judgment and supporting exhibits. *See Dkt. #241-297.* Plaintiffs' submissions supporting their Motion as to all defendants included one hundred six (106) statements of fact comprising one hundred fifty four (154) single spaced pages, along with an oversize brief, and many thousands of pages of exhibits.

2. While plaintiffs contend they have made every effort to be concise, defendants need additional paragraphs to adequately address plaintiffs' one hundred six (106) statements of fact.

3. This Court previously granted plaintiffs' request to file up to one hundred twenty (120) statements of fact in their Local Rule 56.1(a)(3) Statement of Undisputed Material Facts.

4. Therefore, defendants request that they be permitted to file additional facts in response to plaintiffs' Statement of Undisputed Material Facts and allegations contained in their oversized brief.

5. Plaintiffs' counsel does not object to this motion.

WHEREFORE, Defendants respectfully request that this Court issue an Order granting defendants leave to file additional statements of fact beyond the forty (40) assertions of additional fact imposed by Local Rule 56.1(b)(3)(c) and for any other relief this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Lipari | /s/ Joelle M. Shabat |
| Jason Sultzer, Esq. | Brian W. Bell, Esq. |
| Joseph Lipari, Esq. | Joelle M. Shabat, Esq. |
| The Sultzer Law Group | Swanson, Martin & Bell, LLP |
| 14 Wall Street, 20th Floor | 330 North Wabash Avenue, Suite 3300 |
| New York, New York 10005 | Chicago, Illinois 60611 |
| (212) 618-1938 | (312) 321-9100 |
| sultzerj@thesultzerlawgroup.com | bbell@smbtrials.com |
| liparij@thesultzerlawgroup.com | jshabat@smbtrials.com |
| *Attorneys for Lifewatch, Inc., Evan Sirlin, and Mitchel May* | *Attorneys for Safe Home Security, Inc.; MedGuard Alert, Inc.; and David Roman* |