# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and | ) |
| | ) |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | ) ) ) Case No. 15cv5781 |
| Plaintiffs, | ) Judge Gary Feinerman |
| v. | ) Magistrate Judge Jeffrey T. Gilbert |
| LIFEWATCH, INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS, | ) |
| SAFE HOME SECURITY, INC., a Connecticut corporation, | ) |
| MEDGUARD ALERT, INC., a Connecticut corporation, | ) |
| EVAN SIRLIN, individually and as an officer or manager of Lifewatch Inc., | ) |
| MITCHEL MAY, individually and as an officer or manager of Lifewatch Inc., and | ) |
| DAVID ROMAN, individually and as an officer or manager of Lifewatch Inc., Safe Home Security, Inc., and Medguard Alert, Inc. | ) |
| Defendants. | ) |

## **PLAINTIFFS' MOTION TO AMEND EXHIBIT**

Plaintiffs Federal Trade Commission and State of Florida, Office of the Attorney General, Department of Legal Affairs, hereby move to amend Plaintiffs' Exhibit 97 – Attachment E – Part 10 filed in support of Plaintiffs' motion for summary judgment (Dkt. 241).

Plaintiffs discovered that they inadvertently omitted from their original filing fourteen pages (filed separately under seal as Exhibit A) that had the same Bates range as fourteen pages previously filed as part of Exhibit 97 – Attachment E – Part 10. On March 2, 2018, Plaintiffs provided Defendants with the inadvertently omitted pages, which were part of Defendants' document production in this case.

WHEREFORE, Plaintiffs Federal Trade Commission and State of Florida respectfully request that the Court grant Plaintiffs' motion to amend Plaintiffs' Exhibit 97 – Attachment E – Part 10 to include the inadvertently omitted documents.

Respectfully submitted,

Dated:  March 13, 2018    /s/Samantha Gordon
SAMANTHA GORDON
DAVID A. O'TOOLE
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Suite 3030
Chicago, Illinois 60604
Telephone: (312) 960-5634
Facsimile: (312) 960-5600

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## **CERTIFICATE OF SERVICE**

      I, Samantha Gordon, hereby certify that on March 13, 2018, I electronically filed **PLAINTIFFS' MOTION TO AMEND EXHIBIT** with the Court using the CM/ECF system, which will automatically send copies to any attorney of record in the case.

                                      Respectfully Submitted,

                                      /s/ Samantha Gordon
                                    SAMANTHA GORDON
                                    Federal Trade Commission, Midwest Region
                                    230 South Dearborn Street, Suite 3030
                                    Chicago, Illinois 60606
                                    (312) 960-5634
                                    sgordon@ftc.gov