# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, et al., ) | |
| ) | Case No. 15cv5781 |
| Plaintiffs, ) | |
| ) | Judge Gary Feinerman |
| v. ) | |
| ) | Mag. Judge Jeffrey T. Gilbert |
| LIFEWATCH INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 19, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Federal Trade Commission and State of Florida, Office of the Attorney General, Department of Legal Affairs, will appear before United States District Judge Gary Feinerman, in Courtroom 2125, at 219 S. Dearborn Street, Chicago, Illinois, to present Plaintiffs' Motion to Amend Exhibit.

Respectfully submitted,

March 13, 2018

s/Samantha Gordon
DAVID A. O'TOOLE
SAMANTHA GORDON
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Suite 3030
Chicago, Illinois 60606
Telephone: (312) 960-5634
dotoole@ftc.gov
sgordon@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## **CERTIFICATE OF SERVICE**

      I, Samantha Gordon, hereby certify that on March 13, 2018, I electronically filed **PLAINTIFFS' NOTICE OF MOTION** with the Court using the CM/ECF system, which will automatically send copies to any attorney of record in the case.

      Respectfully Submitted,

      s/ Samantha Gordon
SAMANTHA GORDON
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Suite 3030
Chicago, Illinois 60606
(312) 960-5634
sgordon@ftc.gov