UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> STATE OF FLORIDA, OFFICE OF THE ) <br> ATTORNEY GENERAL, DEPARTMENT ) <br> OF LEGAL AFFAIRS, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> LIFEWATCH INC., a New York corporation, ) <br> also d/b/a LIFEWATCH USA and MEDICAL ) <br> ALARM SYSTEMS, ) <br>  ) <br> SAFE HOME SECURITY, INC., a ) <br> Connecticut corporation, ) <br>  ) <br> MEDGUARD ALERT, INC., a Connecticut ) <br> corporation, ) <br>  ) <br> EVAN SIRLIN, individually and as an officer ) <br> or manager of Lifewatch Inc., ) <br>  ) <br> MITCHEL MAY, individually and as an officer or ) <br> manager of Lifewatch Inc., and ) <br>  ) <br> DAVID ROMAN, individually and as an officer ) <br> or manager of Lifewatch Inc., Safe Home Security, ) <br> Inc., and MedGuard Alert, Inc. ) <br> Defendants. ) <br> ) | Case No. 15cv5781 <br><br> Judge Gary Feinerman |

**DEFENDANTS' JOINT MEMORANDUM PURSUANT TO THE COURT'S
SEPTEMBER 24, 2018 MINUTE ORDER**

The Court's September 24, 2018 Minute Order directed that "by 10/5/2018, each party shall file a memorandum stating which portions, if any, of the Memorandum Opinion and Order should be redacted in the public version that will be filed shortly after 10/5/2018." (Dkt. 375). In response to the Court's Order, defendants jointly submit that, while the specific documents referenced in section I (A)(3) of the Memorandum and Order (entitled "Equitable Monetary Relief") have been designated "Confidential" under the Protective Order (Dkt. 81) and should not be publically disclosed as they include sensitive financial information, there is no part of the Memorandum and Order itself that needs to be redacted. Accordingly, defendants jointly submit that the version of the Memorandum Opinion and Order that was emailed to counsel by the Court's courtroom deputy Jackie Deanes on September 24th can be publically filed without redaction.

Dated: October 5, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph Lipari* | */s/ Joelle M. Shabat* |
| Joseph Lipari, Esq. | Brian W. Bell, Esq. |
| The Sultzer Law Group | Joelle M. Shabat, Esq. |
| 14 Wall Street, 20th Floor | Swanson, Martin & Bell, LLP |
| New York, New York 10005 | 330 North Wabash Avenue, Suite 3300 |
| (212) 618-1938 | Chicago, Illinois 60611 |
| liparij@thesultzerlawgroup.com | (312) 321-9100 |
| ***Attorneys for Lifewatch, Inc., Evan Sirlin, and Mitchel May*** | bbell@smbtrials.com |
| | jshabat@smbtrials.com |
| | ***Attorneys for Safe Home Security, Inc.; MedGuard Alert, Inc.; and David Roman*** |