# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | ) |
| | ) Case No. 15cv5781 |
| Plaintiffs, | ) |
| | ) Judge Gary Feinerman |
| v. | ) |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| LIFEWATCH, INC., a New York corporation, also d/b/a LIFEWATCH USA and MEDICAL ALARM SYSTEMS, *et al.*, | ) |
| Defendants. | ) |

## PLAINTIFFS' AGREED MOTION FOR A STAY

The Federal Trade Commission ("Commission") hereby moves for a stay of the deadlines set by the Court in its February 4, 2019 Minute Order (Dkt. 400) and March 29, 2019 Minute Order (Dkt. 408), and to dates for the final pretrial conference and trial set in its December 19, 2019 Minute Order (Dkt. 388). Defendants and attorneys for Plaintiffs have tentatively agreed to a final consent order, which would resolve all matters in this case.

Plaintiffs' counsel have forwarded the consent order and their respective recommendations to senior management at the Commission and the Florida Office of the Attorney General, respectively, and expect decisions no later than June 25, 2019. Depending on the result of those decisions, Plaintiffs will file a motion to enter the consent decree or request a status conference, as warranted.

Dated: April 22, 2019  /s/David A. O'Toole
DAVID A. O'TOOLE
SAMANTHA GORDON
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Suite 3030

Chicago, Illinois 60604
dotoole@ftc.gov
sgordon@ftc.gov
Telephone: (312) 960-5634
Facsimile: (312) 960-5600

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

I, David A. O'Toole, hereby certify that on April 22, 2019, I electronically filed PLAINTIFFS' MOTION FOR A STAY, with the Court using the CM/ECF system, which will automatically send copies to any attorney of record in the case.

Respectfully Submitted,

/s/ David A. O'Toole
DAVID A. O'TOOLE
Federal Trade Commission
230 South Dearborn Street, Suite 3030
Chicago, Illinois 60604
(312) 960-5634
email: dotoole@ftc.gov