# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Federal Trade Commission, et al.

                    Plaintiff,

v.                                                      Case No.: 1:15−cv−05781

                                                                                Honorable Gary Feinerman

Lifewatch INC., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiffs' agreed motion to stay [409] is granted in part and denied without prejudice in part. The 3/29/2019 order [408] is amended to provide that discovery is reopened through 6/10/2019 for the limited purposes set forth in Plaintiffs' motion. If Plaintiffs renew the motion to stay as to the other dates, they should indicate that decisions from senior management on the proposed settlement will be received no later than 5/17/2019. The court ordinarily would not impose such a requirement, but does so in light of what happened to the 11/13/2018 trial date. Motion hearing set for 4/25/2019 [410] is stricken. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.