IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIFEWATCH, INC., a New York corporation, ) <br> also d/b/a LIFEWATCH USA and MEDICAL ) <br> ALARM SYSTEMS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 15cv5781 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFFS' RENEWED AGREED MOTION FOR A STAY**

The Federal Trade Commission ("Commission") hereby moves for a stay of the deadlines set by the Court in its February 4, 2019 Minute Order (Dkt. 400) and March 29, 2019 Minute Order (Dkt. 408), and to dates for the final pretrial conference and trial set in its December 19, 2019 Minute Order (Dkt. 388). In support of their motion, the parties state as follows:

1. The parties previously filed (Dkt. 409), and this Court granted in part and denied in part, (Dkt. 411) a motion to stay the responses and replies to motions in limine (Dkts. 369, 370, 371, 272, 373, and 374) and the final pretrial order because Defendants and attorneys for Plaintiffs had agreed to a final consent order, which would resolve all matters in this case.

2. Since the parties' prior motion and the Court's Order, as instructed by the Court, Plaintiffs sought and obtained the approval of senior management at the Federal Trade Commission's Bureau of Consumer Protection and the Florida Office of the Attorney General. The final consent order now has been forwarded to the Commissioners for a final vote.

3. Plaintiffs' counsel expects the Commission to hold a formal vote on the final consent order in June. Depending on the result of the vote, Plaintiffs will file a motion to enter the consent decree or request a status conference, as warranted by June 24, 2019.

Dated: May 17, 2019   /s/Samantha Gordon
DAVID A. O'TOOLE
SAMANTHA GORDON
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Suite 3030
Chicago, Illinois 60604
dotoole@ftc.gov
sgordon@ftc.gov
Telephone: (312) 960-5623
Facsimile: (312) 960-5600

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## **CERTIFICATE OF SERVICE**

I, Samantha Gordon, hereby certify that on May 17, 2019, I electronically filed PLAINTIFFS' MOTION FOR A STAY, with the Court using the CM/ECF system, which will automatically send copies to any attorney of record in the case.

    Respectfully Submitted,

    /s/ Samantha Gordon
    SAMANTHA GORDON
    Federal Trade Commission
    230 South Dearborn Street, Suite 3030
    Chicago, Illinois 60604
    (312) 960-5623
    email: sgordon@ftc.gov