# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIFEWATCH, INC., a New York corporation, ) <br> also d/b/a LIFEWATCH USA and MEDICAL ) <br> ALARM SYSTEMS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 15cv5781 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 22, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Federal Trade Commission and State of Florida, Office of the Attorney General, Department of Legal Affairs, will appear before United States District Judge Gary Feinerman, in Courtroom 2125, at 219 S. Dearborn Street, Chicago, Illinois, to present Plaintiffs' Renewed Agreed Motion For A Stay.

                                        Respectfully submitted,

May 17, 2019                        /s/Samantha Gordon
                                        DAVID A. O'TOOLE
                                        SAMANTHA GORDON
                                        Federal Trade Commission, Midwest Region
                                        230 South Dearborn Street, Suite 3030
                                        Chicago, Illinois 60606
                                        (312) 960-5623
                                        dotoole@ftc.gov
                                        sgordon@ftc.gov

                                        Attorneys for Plaintiff
                                        FEDERAL TRADE COMMISSION