# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Federal Trade Commission, et al.

                    Plaintiff,

v.                                        Case No.: 1:15−cv−05781

                                              Honorable Gary Feinerman

Lifewatch INC., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2019:

      MINUTE entry before the Honorable Gary Feinerman: Motion hearing held. Plaintiffs' renewed agreed motion for a stay [412] is granted. The 7/8/2019 final pretrial conference and 7/15/2019 bench trial [388] are stricken. All pending motions in limine [369], [370], [371], [372], [373] and [374] are denied as moot. Status hearing set for 7/1/2019 at 9:30 a.m. Any party wishing to appear telephonically should make advance arrangements with the Courtroom Deputy. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.